IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>Defendants. | Civil Action No. 04-968-GMS |

**ALLERGAN'S FIRST NOTICE OF DEPOSITION TO DEFENDANTS PURSUANT TO FED. R. CIV. P. 30(B)(6)**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiffs ALLERGAN, INC., and ALLERGAN SALES, LLC ("Allergan") will take the deposition of ALCON, INC., et al. ("Alcon") at the offices of Fish & Richardson, P.C., 5000 Bank One Center, 1717 Main Street, Dallas, Texas 75201, commencing on March 31, 2005 at 9:30 a.m., and continuing thereafter until completed. The deposition will be transcribed by an officer authorized to administer oaths, and may be recorded by videographic, audiographic or other means.

The subject matters of the deposition are enclosed herein. Pursuant to the Federal Rules of Civil Procedure, defendants are required to designate one or more officers, directors, or managing agents, or other persons who consent to testify on defendants' behalf as to matters known or reasonable available to defendants.

## DEFINITIONS

To the extent applicable, the definitions from plaintiffs' first request for production of documents shall apply to this notice.

## TOPICS FOR EXAMINATION

1. Alcon's proposed brimonidine product, including all components and characteristics of that product.

2. The development of Alcon's proposed brimonidine product.

3. The intended use of Alcon's proposed brimonidine product.

4. The role and function of Povidone in Alcon's proposed brimonidine product.

5. All testing of Alcon's proposed brimonidine product, or any formulations employed in the development of Alcon's proposed brimonidine product, or any components of Alcon's proposed brimonidine product, including Povidone.

6. All solubility testing of brimonidine.

7. The advantages of Alcon's proposed brimonidine product over Alcon's currently available .2% Brimonidine product.

8. United States Patent Nos. 6,641,834 and 6,673,337.

9. NDA Application No. 21-764.

10. All testing of Allergan's ALPHAGAN P product.

11. The differences between Alcon's proposed brimonidine product and Allergan's ALPHAGAN P.

12. The documents requested by plaintiffs in this litigation.

13. The documents produced by defendants in this litigation.

Dated: March 8, 2005            FISH & RICHARDSON P.C.

By: /s/
William J. Marsden, Jr. (marsden@fr.com)
Sean P. Hayes (hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402

Juanita Brooks
W. Chad Shear
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN SALES, LLC

80023344.doc

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2005, I electronically filed ALLERGAN'S FIRST NOTICE OF DEPOSITION TO DEFENDANTS PURSUANT TO FED. R. CIV. P. 30(B)(6) with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391


I hereby certify that on March 8, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

_____
Sean P. Hayes