IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC.,<br><br>        Plaintiffs,<br><br>v.<br><br>ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No: 04-968-GMS |

### ALCON'S OBJECTIONS TO ALLERGAN'S FIRST NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6)

Defendants, Alcon Inc., Alcon Laboratories, Inc. and Alcon Research Ltd. (collectively "Alcon"), object to the Topics of Examination set forth in the First Notice of Deposition to Defendants Pursuant to Fed. R. Civ. P. 30(b)(6) served by plaintiffs, Allergan, Inc. and Allergan Sales, LLC. (collectively "Allergan"), as follows:

Topic No. 7:    The advantages of Alcon's proposed brimonidine product over Alcon's currently available .2% brimonidine product.

Objection:    Alcon objects to this topic because it seeks information that is irrelevant to any issue in this action and is not likely to lead to the discovery of admissible evidence.

Topic No. 8:   United States Patent Nos. 6,641,834 and 6,673,337.

Objection:   Alcon objects to this topic because it is vague and ambiguous in that it does not describe with reasonable particularity the subjects that Allergan seeks to discover. Alcon further objects to any examination on this topic to the extent that such examination seeks to elicit information that is protected by the attorney-client privilege and/or work product.

Topic No. 10:   All testing of Allergan's ALPHAGAN®P.

Objection:   Alcon objects to this topic because it seeks information that is irrelevant to any issue in this action and is not likely to lead to the discovery of admissible evidence.

Topic No. 11:   The differences between Alcon's proposed brimonidine product and Allergan's ALPHAGAN®P.

Objection:   Alcon objects to this topic because it seeks information that is irrelevant to any issue in this action and is not likely to lead to the discovery of admissible evidence.

Alcon maintains its right to object to specific questions posed by Allergan on the other topics listed in the Rule 30(b)(6) Notice.

Dated: March 18, 2005

/s/ Josy W. Ingersoll
Josy W. Ingersoll (No. 1088)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (203) 571-1253
jingersoll@ycst.com
Attorneys for Defendants
Alcon, Inc., Alcon Laboratories, Inc.,
and Alcon Research, Ltd.

Of Counsel:

Daniel J. Thomasch
Brian D. Coggio
M. Veronica Mullally
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Tel: (212) 506-5000
Fax (212) 506-5151

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire hereby certify that on March 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.A.
>919 N. Market Street, Suite 1100
>Wilmington, DE 19801

I further certify that on March 18, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Jonathan E. Singer, Esquire
>Fish & Richardson, P.A.
>3300 Dain Rauscher Plaza
>60 South Sixth Street
>Minneapolis, MN 55402

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Josy W. Ingersoll
>Josy W. Ingersoll (No. 1088)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>jingersoll@ycst.com

>Attorneys for Defendants