## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     **Civil Action No: 04-968-GMS**

## ALCON'S FIRST NOTICE OF DEPOSITION TO ALLERGAN
## PURSUANT TO FED. R. CIV. P. 30(b)(6)

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, defendants, Alcon Inc., Alcon Laboratories, Inc. and Alcon Research Ltd. (collectively "Alcon"), will take the deposition of plaintiffs, Allergan, Inc. and Allergan Sales, LLC (collectively "Allergan"), at the offices of Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Irvine, California 92614-2558, commencing on April 6, 2005, and continuing thereafter until completed. The deposition will be transcribed by an officer authorized to administer oaths, and may be recorded by videographic, audiographic, or other means. Pursuant to the Rule 30(b)(6), plaintiffs are required to designate one or more officers, directors, managing agents, or other persons who consent to testify on their behalf as to the matters listed in the Topics For Examination.

**DEFINITIONS**

To the extent applicable, the definitions in Alcon's First Requests for Production of Documents and Things shall apply to this Notice of Deposition.


**TOPICS FOR EXAMINATION**

1.      Conception of the invention(s) claimed in U.S. Patent No. 6,641,834, and the documents, if any, reflecting such conception.

2.      Reduction to practice of the invention(s) claimed in U.S. Patent No. 6,641,834, and the documents, if any, reflecting such reduction to practice.

3.      First disclosure, written or oral, of the invention(s) claimed in U.S. Patent No. 6,641,834, and the documents, if any, reflecting such disclosure.

4.      Conception of the invention(s) claimed in U.S. Patent No. 6,673,337, and the documents, if any, reflecting such conception.

5.      Reduction to practice of the invention(s) claimed in U.S. Patent No. 6,673,337, and the documents, if any, reflecting such reduction to practice .

6.      First disclosure, written or oral, of the invention(s) claimed in U.S. Patent No. 6,673,337, and the documents, if any, reflecting such disclosure.

7.      All testing of Allergan's ALPHAGAN®P product that relates or pertains to whether any of the components in that composition functions as a solubility enhancing component as that term is used in the patents-in-suit, and the documents, if any, reflecting such testing..

-2-

8.     All testing of Alcon's proposed brimonidine product that relates or pertains to whether any of the components in that composition functions as a solubility enhancing component as that term is used in the patents-in-suit, and the documents, if any, reflecting such testing.

9.     The documents requested by Alcon in this action.

10.     The documents produced by Allergan in this action.

Dated:  March 18, 2005

Josy W. Ingersoll (No. 1088)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, Delaware  19801
Tel:  (302) 571-6600
Fax:  (203) 571-1253
jingersoll@ycst.com

Attorneys for Defendants
Alcon, Inc., Alcon Laboratories, Inc.,
and Alcon Research, Ltd.

Of Counsel:

Daniel J. Thomasch
Brian D. Coggio
M. Veronica Mullally
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103
Tel:  (212) 506-5000
Fax  (212) 506-5151

-3-

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire hereby certify that on March 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.A.
> 919 N. Market Street, Suite 1100
> Wilmington, DE  19801

I further certify that on March 18, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Jonathan E. Singer, Esquire
> Fish & Richardson, P.A.
> 3300 Dain Rauscher Plaza
> 60 South Sixth Street
> Minneapolis, MN  55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP


Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jingersoll@ycst.com

Attorneys for Defendants

WP3:1092430.1                                                    63534.1001