IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | Civil Action No. 04-968-GMS |

## NOTICE OF DEPOSITION OF RAMON ESPINO

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(a) of the Federal Rules of Civil

Procedure, Plaintiffs Allergan, Inc. and Allergan Sales, LLC, by their counsel, will take

the deposition upon oral examination of Ramon Espino at the offices of Fish &

Richardson P.C., 5000 Bank One Center, 1717 Main Street, Dallas, TX 75201,

commencing at 9:00 a.m. on April 18, 2005.

The deposition will be taken before a notary public or other officer authorized to

administer oaths.  Testimony will be recorded by stenographic, audio, audiovisual, video,

and/or real-time computer means.

Dated: March 29, 2005                    FISH & RICHARDSON P.C.


By:    /s/ Sean P. Hayes
        William J. Marsden, Jr. (marsden@fr.com)
        Sean P. Hayes (hayes@fr.com)
        919 N. Market Street, Suite 1100
        P.O. Box 1114
        Wilmington, DE 19899-1114
        Telephone:  (302) 652-5070


        OF COUNSEL:
        Jonathan E. Singer
        Michael J. Kane
        Deanna J. Reichel
        FISH & RICHARDSON, P.C., P.A.
        3300 Dain Rauscher Plaza
        60 South Sixth Street
        Minneapolis, MN  55402
        Telephone:  (612) 335-5070

        Juanita Brooks
        W. Chad Shear
        FISH & RICHARDSON P.C.
        12390 El Camino Real
        San Diego, CA 92130
        Telephone: (858) 678-5070

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN SALES, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2005, I electronically filed with the Clerk of

Court using CM/ECF which will send notification of such filing(s) to the following:


Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391


I hereby certify that on March 29, 2005, I have mailed by United States Postal

Service, the document(s) to the following non-registered participants:

Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001


        /s/ Sean P. Hayes
        Sean P. Hayes