IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., | ) ) ) ) | Civil Action No: 04-968-GMS |
| Defendants. | ) ) ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Alcon Inc., Alcon Laboratories, Inc. and Alcon Research, Ltd., hereby certifies that on April 12, 2005 copies of (1) Alcon's Second Notice of Deposition to Allergan Pursuant to Fed. R. Civ. P. 30(b)(6); (2) Defendants Alcon Inc., Alcon Laboratories, Inc. and Alcon Research Ltd.'s Third Set of Requests for Production of Documents and Things (Nos. 35-39); and (3) this Notice of Service were caused to be served upon the below listed counsel in the manner indicated:

**BY HAND DELIVERY**

William J. Marsden, Jr., Esquire
Fish & Richardson, P.A.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Jonathan E. Singer, Esquire
Fish & Richardson, P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Additionally, the undersigned certifies that a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY ELECTRONIC FILING**

William J. Marsden, Jr., Esquire
Fish & Richardson, P.A.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

*Attorneys for Defendants Alcon, Inc., Alcon Laboratories, Inc. and Alcon Research, Ltd.*

Of Counsel

Daniel J. Thomasch
Brian D. Coggio
M. Veronica Mullally
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Tel: (212) 506-5000
Fax (212) 506-5151

Dated: April 12, 2005