32

what the cause of this observation may be. Nonetheless, Brimonidine tartrate is more soluble in solution with a 1.5% CMC than with no CMC.

5      CMC is also effective to solubilize Brimonidine tartrate in a biological environment, for example the biological environment of the cornea.

EXAMPLE 3

Brimonidine tartrate dimers.

10      Brimonidine tartrate is added to a test tube containing a composition including chlorite. The test tube was allowed to equilibrate for ten days. Samples obtained from the test tube is analyzed. It is observed that a portion of the Brimonidine tartrate monomer units conjugated to form dimers.

15      While this invention has been described with respect to various specific examples and embodiments, it is to be understood that the invention is not limited thereto and that it can be variously practiced with the scope of the following claims.

33

**WHAT IS CLAIMED IS:**

1.    A composition comprising:

an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;

a solubility enhancing component in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component in the composition relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component; and

a liquid carrier component.

2.    The composition of claim 1 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of imino-imidazolines, imidazolines, imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof and mixtures thereof.

3.    The composition of claim 1 wherein the therapeutically active component includes a quinoxaline component.

4.    The composition of claim 3 wherein the quinoxaline component is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures thereof.

5.    The composition of claim 3 wherein the quinoxaline component is selected from the group consisting of quinoxaline, (2-imidozolin-2-ylamino) quinoxaline,    5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, and tartrate of 5-bromo-6-(2-imidozolin-2-

34

ylamino) quinoxaline, derivatives thereof and mixtures thereof.

6. The composition of claim 1 wherein the therapeutically active component comprises a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

7. The composition of claim 1 wherein the alpha-2-adrenergic agonist component is substantially unionized.

8. The composition of claim 1 wherein the alpha-2-adrenergic agonist component is substantially unionized in a biological environment to which the composition is administered.

9. The composition of claim 1 wherein the alpha-2-adrenergic agonist component has increased diffusion through a lipid membrane relative to an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

10. The composition of claim 1 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of agonists of alpha-2A-adrenergic receptors, agonists of alpha-2B-adrenergic receptors, agonists of alpha-2D-adrenergic receptors and mixtures thereof.

11. The composition of claim 1 wherein the solubility enhancing component is effective to increase the solubility in a biological environment of the alpha-2-adrenergic agonist component relative to the solubility in a biological environment of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

35

12.  The composition of claim 1 wherein the solubility enhancing component comprises a polyanionic component.

13.  The composition of claim 12 wherein said polyanionic component is selected from the group consisting of anionic cellulose derivatives, anionic polymers derived from acrylic acid, anionic polymers derived from methacrylic acid, anionic polymers derived from alginic acid, anionic polymers derived from amino acids and mixtures thereof.

8 14.  The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of anionic cellulose derivatives and mixtures thereof.

9 15.  The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of carboxymethylcelluloses and derivatives thereof.

10 16.  The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.1% (w/v) to about 30% (w/v).

11 17.  The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 10% (w/v).

12 18.  The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

36

19.    The composition of claim 1 wherein the liquid carrier component is an aqueous liquid carrier component.

20.    The composition of claim 1 which is a solution.

*13* 21.    The composition of claim 1 which has a pH of about 7 or greater.

*14* 22.    The composition of claim 1 which has a pH in a range of about 7 to about 9.

*15* 23.    The composition of claim 1 which is ophthalmically acceptable.

24.    A composition comprising:
        an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;
        an anionic cellulose derivative in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component; and
        an aqueous liquid carrier component.

*17* 25.    The composition of claim *16* wherein the alpha-2-adrenergic agonist component comprises a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

*18* 26.    The composition of claim *16* wherein the anionic cellulose derivative comprises carboxymethylcellulose.

*19* 27.    The composition of claim *16* wherein the anionic cellulose derivative is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

37

28.   A composition comprising:

a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;

a solubility enhancing component in an amount effective to increase the solubility of the tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline; and

an aqueous liquid carrier component.

29.   The composition of claim 28 wherein the solubility enhancing component comprises a carboxymethylcellulose.

30.   The composition of claim 28, which is ophthalmically acceptable.

31.   A complex comprising monomer units derived from one or more quinoxaline components.

32.   The complex of claim 31 wherein the quinoxaline component is selected from the group consisting of a quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, derivatives thereof and mixtures thereof.

33.   The complex of claim 31 wherein the quinoxaline component is a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

34.   An oligomer comprising monomer units derived from a quinoxaline component.

38

35. The oligomer of claim 34 wherein the quinoxaline component is selected from the group consisting of a quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, derivatives thereof and mixtures thereof.

36. The oligomer of claim 34 wherein the quinoxaline component is a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

37. The oligomer of claim 34 which is a dimer.

38. The oligomer of claim 35 which is a dimer.

39. The oligomer of claim 36 which is a dimer.

40. A composition comprising:
an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;
an oxy-chloro component in an effective amount to at least aid in preserving the composition; and
a liquid carrier component,
wherein the composition is substantially free of cyclodextrins.

41. The composition of claim 40 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of imino-imidazolines, imidazolines, imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof and mixtures thereof.

42. The composition of claim 40 wherein the

39

therapeutically active component includes a quinoxaline component.

43. The composition of claim 42 wherein the quinoxaline component is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures thereof.

44. The composition of claim 40 which further includes a solubility enhancing component in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component in the composition relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

45. The composition of claim 44 wherein the solubility enhancing component is effective to increase the solubility in a biological environment of the alpha-2-adrenergic agonist component relative to the solubility in a biological environment of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

46. The composition of claim 44 wherein the solubility enhancing component comprises a polyanionic component.

$17361$

●                    ◗

## DECLARATION FOR PATENT APPLICATION

D-2892

As a below named inventor, I hereby declare that:

My residence post office address and citizenship are as stated below next to my name.
I believe I am the original first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled **COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS** the specification of which

(check one)    [X ]    is attached hereto
         [ ]    was filed on
             as US Application Serial Number or PCT International Application Number
             and was amended on  ___ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification,
including the claims, as amended by any amendment referred to above.
I acknowledge the duty to disclose information which is material to the patentability as defined in 37 CFR
§ 1.56.
I hereby claim foreign priority benefits under 35 U.S.C. §119(a)-(d) or §365(b) of any foreign application(s) for patent or inventor's certificate, or §365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below any foreign application for patent or inventor's certificate, or PCT International application having a filing date before that of the application on which priority is claimed.    **NONE**

Prior Foreign Application(s)                                             **Priority Not Claimed**

                                     [ ]
    (Number)                    (Country)        (Day/Month/Year Filed)

I hereby claim the benefit under 35 U.S.C. §119(e) of any United States provisional application(s) listed below.

      60/218,200                July 14, 2000
    (Application Number)        (Filing Date)

I hereby claim the benefit under 35 U.S.C. §120 of any United States application(s), or §365(c) of any PCT International application designation the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. §112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR §1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.    **NONE**

    (Application Number)            (Filing Date)        (Status -patented, pending, abandoned)

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:  **Martin A. Voet, Reg. No. 25,208, Robert Baran, Reg. No. 25,806, Carlos A. Fisher, Reg. No. 36,510, Stephen Donovan, Reg. No. 33,433 and Frank J. Uxa, Reg. No. 25,612**

Address all telephone calls to     Frank J. Uxa – Telephone: 949-450-1750
Address all correspondence to      Frank J. Uxa
                                   4 Venture, Suite 300
                                   Irvine, CA 92618

I hereby declare that all statements made herein of my own knowledge are true and that all statements made
on information and belief are believed to be true; and further that these statements were made with the
knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or
both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may
jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor (given name, family name)     **OREST OLEJNIK**

Inventor's signature _____        Date _____ 7/9/01
Residence          Coto de Coza, CA                         Citizenship   U-SA.
Post Office Address 5 Addington Place
                   Coto de Coza, CA 92679

Full name of second inventor (given name, family name)     **EDWARD D.S. KERSLAKE**

Inventor's signature _____        Date   7/3/2001
Residence          Charleston, MA                           Citizenship U.S.A.
Post Office Address 30 Elm Street, #1                                     U.K
                   Charleston, MA 02129

26 MOUNT VERNON

CHARLESTOWN

MA, 02129

PRINT OF DRAW    S
AS ORIGINALL    ED

1/1



D-2892

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### PATENT

| | | |
|---|---|---|
| In re application of: | | |
| OLEJNIK ET AL | ) | Group Art Unit:  N/A |
| | ) | |
| Serial No.  N/A | ) | Examiner:  N/A |
| | ) | |
| Dated:  Submitted herewith | ) | |
| | ) | |
| For: COMPOSITIONS CONTAINING | ) | |
| ALPHA-2-ADRENERGIC AGONIST | ) | |
| COMPONENTS | ) | |

Express Mail Mailing Label No. EL608288434US

Date of Deposit: JULY 10, 2001

I hereby certify that the following documents as identified below are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and are addressed to the Assistant Commissioner for Patents, Box New App, Washington, D.C.  20231:

1.    Application Transmittal Sheet;
2.    Application Data Sheet;
3.    New Application;
4.    1 Formal Drawing;
5.    Declaration;
6.    Recordation Cover Sheet with Assignment;
7.    Return postcard.

The 7 above-identified documents are enclosed herewith.

Respectfully submitted,

*Janet C. McGhee*

Janet E. McGhee, Office of
Frank J. Uxa
Attorney for Applicant
Reg. No. 25,612
4 Venture, Suite 300
Irvine, CA  92618
(949) 450-1750
Facsimile (949) 450-1764

FJUxa/jm

07 — 13 — 01

A

S($ 10/97)

## UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| Docket No |
| --- |
| **D-2892** |

Total Pages in this Submission

TO THE COMMISSIONER FOR PATENTS
Box Patent Application
Washington, D.C. 20231

Transmitted herewith for filing under 35 U.S.C. 111(a) and 37 CFR 1.53(b) is a new utility patent application for an invention entitled:

### COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS

and invented by:

### OLEJNIK ET AL

If a CONTINUATION APPLICATION, *check appropriate box an supply the requisite information:*
[ ]Continuation  [ ]Divisional  [ ]Continuation-in-part (CIP) of prior application No.:

**Enclosed are Application Elements:**

[x]    Filing Fee
[x]    Specification having __40__ page(s) and including the following:
    [x]      Title of the Invention
    [X]      Cross References to Related Applications *(if applicable)*
    [x]      Background of the Invention
    [x]      Brief Summary of the Invention
    [x]      Description of the Drawings
    [x]      Detailed Description
    [x]      Claim(s) as Classified Below
    [x]      Abstract of the Disclosure
[x]    __1__ Sheets of Drawings(s) (37 CFR 113)  [X] Formal    [ ] Informal
[x]    Oath or Declaration    [x] Executed    [ ] Unexecuted
        [ ] Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[x]    Power of Attorney    [x] Executed    [ ] Unexecuted
        [ ] Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[ ]    Incorporation By Reference -- The entire disclosure of the prior application from which a copy of the oath or declaration is supplied under the above entry, is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.
[ ]    Computer Program in Microfiche *(Appendix)*

**Accompanying Application Parts**

[x ]    Assignment Papers (cover sheets & documents(s))
    [ ] The prior application is assigned of record to
        [ ] Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[ ]    37 CFR 3.73(B) Statement *(when there is an assignee)*
[ ]    English Translation Document *(if applicable)*

[ ]    Information Disclosure \     ment/PTO-1449         [ ] Copies of _ \    Cited Reference(s)
[ ]    Preliminary Amendment
[x]    Acknowledgment postcard
[ ]    Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[x]    Certificate of Mailing by Express Mail
[ ]    Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

**Fee Calculation and Transmittal**

* The filing fee is calculated on the basis of the claims existing in the prior application as amended by the accompanying preliminary amendment noted above.

| CLAIMS AS FILED | | | | | |
|---|---|---|---|---|---|
| **For** | **#Filed** | **#Allowed** | **#Extra** | **Rate** | **Fee** |
| **Total Claims** | 46 | – 20 = | 26 | X   $18.00 | $468.00 |
| **Independent Claims** | 6 | – 3 = | 3 | X   $80.00 | $   240.00 |
| **Multiple Dependent Claims** | *(check if applicable)* [ ] | | | | $   0.00 |
| | | | | **BASIC FEE** | $710.00 |
| **OTHER FEE** *(specify purpose) ASSIGNMENT RECORDATION FEE* | | | | | $   40.00 |
| (Applicant has small entity status under 37 CFR 1.9 and 1.27) | | | | **SMALL ENTITY STATUS** | — |
| | | | | **TOTAL FILING FEE** | $1458.00 |

[ ]    A check in the amount of $ __ to cover the filing fee and the assignment fee is enclosed.
[x]    The Commissioner is hereby authorized to charge and/or credit Deposit Account Number **01-0885** as described below.

    [x]    Charge the amount of **$1458.00** as filing fee and assignment fee.
    [x]    Credit any overpayment.
    [x]    Charge any additional filing fees required under 37 CFR 1.16 and 1.17.

Respectfully Submitted,

Frank J. Uxa
Attorney for Applicants
Registration Number: 25,612

Stout, Uxa, Buyan & Mullins, LLP
4 VENTURE, SUITE 300, IRVINE, CA 92618
*phone* (949) 450-1750; *fax* (949) 450-1764

**EXHIBIT D , TAB 2**

D-2892

#1614

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:       )
     Olejnik et al.         )
                            )
U.S. Serial No: 09/904,018  )
                            )
Filed:   July 10, 2001      )
                            )
For: COMPOSITIONS CONTAINING)
     ALPHA-2-ADRENERGIC AGONIST )
     COMPONENTS             )
                            )

Commissioner for Patents
Washington, D.C.   20231

**INFORMATION DISCLOSURE STATEMENT**

Sir:

Applicant wishes to call to the attention of the Examiner the copy of the co-pending application cited on the accompanying Form PTO-1449.  A copy of the listed reference is enclosed herewith.

Because this IDS is being submitted before the mailing of the first Office Action on the merits, no fee is required.  However, if any fee is deemed necessary, the Commissioner is hereby authorized to charge any necessary fee, or credit any overpayment, to Deposit Account No. 01-0885.

D-2892

No concession is made that this document is prior art, and applicant expressly reserves the right to antedate the document as may be appropriate. Applicant requests that this document be made of record in the above-identified application.

Respectfully Submitted

Frank J. Uxa
Attorney for Applicants
Registration No. 25,612
4 Venture, Suite 300
Irvine, CA   92618
(949) 450-1750
(949) 450-1764 Facsimile

Date: _1/16/02_

FJUxa/jh

**CERTIFICATE OF MAILING**
I hereby certify that this correspondence is
being deposited with the United States Postal service as
first class mail in an envelope addressed to:
Commissioner for Patents
Washington, D.C.  20231
on _1/16/02_

Jean F. Heuler

Sheet 1 of 1

| Form PTO-1449 | | Docket Number (Optional)   D-2892 | | Application Number   09/904,018 | | |
|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION IN AN APPLICATION** (Use several sheets if necessary) | | Applicant   OLEJNIK ET AL. | | | | |
| | | Filing Date   July 10, 2001 | | Group Art Unit   1614 | | |

## U. S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | RULING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | 09/903,962 | 07/10/2001 | Olejnik et al. | | | 07/10/2001 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS  (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |

EXAMINER   *Rachel W. Bennett*          DATE CONSIDERED   1/8/02

EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

**EXHIBIT D , TAB 3**

$\underset{\#3.x}{614}$
8-16-0

D-2892

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT

application of:
Olejnik et al                    )     Group Art Unit: 1614

Serial No. 09/904,018            )     Examiner: Unknown

Filed: July 10, 2001             )

For: COMPOSITIONS CONTAINING     )
     ALPHA-2-ADRENERGIC          )
     AGONIST COMPONENTS          )

RECEIVED

AUG 09 2002

TECH CENTER 1600/2900

I hereby certify that this correspondence is being
deposited with the United States Postal Service
with sufficient postage as first class mail in
an envelope addressed to: Commissioner for
Patents, Washington, DC 20231, on or before

_July 31 2002_

_Janet McGhee_

Title _Assistant_

Date _7/31/02_

COPY OF PAPERS
ORIGINALLY FILED

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
Washington, DC  20231

Dear Sir:

Applicant wishes to call to the attention of the Examiner the
documents cited on the accompanying Form PTO-1449. No concession
is made that these documents are prior art, and applicant expressly
reserves the right to antedate the documents as may be appropriate.
This Supplemental Information Disclosure Statement is being filed
before the first office action has been received from the Patent
and Trademark Office in the above-identified application.

Respectfully submitted,

Frank J. Uxa
Attorney for Applicant
Reg. No. 25,612
4 Venture, Suite 300
Irvine, CA  92618
(949) 450-1750
Facsimile (949) 450-1764

FJUxa/ac

Sheet **1** of 1

| | | |
|---|---|---|
| DOCKET NO: **D-2892** | | APPLN. NO.: 09/904,018 |
| APPLICANT: **Olejnik et al.** | | |
| FILING DATE: **7/10 /01** | | GROUP ART: **1614** |

Form PTO-1449

**INFORMATION DISCLOSURE CITATION IN AN APPLICATION**
( Use several sheets if necessary)

## U. S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | RULING DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓DB | 3 | 2 | 7 | 8 | 4 | 4 | 7 | 10/11/88 | McNicholas | | | |
| ✓DB | 5 | 7 | 1 | 9 | 1 | 9 | 7 | 02/17/98 | Kanios et al. | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

RECEIVED
AUG 09 2002
TECH CENTER 1600/2900

COPY OF PAPERS
ORIGINALLY FILED

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | YES | NO |
| ✓DB | 0 | 0 | 1 | 2 | 1 | 3 | 7 | 03/09/00 | International WIPO | | | | |
| ✓DB | 0 | 0 | 1 | 9 | 9 | 8 | 1 | 04/13/00 | International WIPO | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## OTHER DOCUMENTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| EXAMINER | DATE CONSIDERED: |
|---|---|
| Rachel M. Bennett | 1/8/03 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

**EXHIBIT D , TAB 4**

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/904,018 | 07/10/2001 | Orest Olejnik | D-2892 | 1779 |

7590        09/18/2002

Frank J. Uxa
Stout, Uxa, Buyan & Mullins, LLP
Suite 300
4 Venture
Irvine, CA 92618

| EXAMINER |
|---|
| BENNETT, RACHEL M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1615 | |

DATE MAILED: 09/18/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/904,018 | OLEJNIK ET AL. |
| | Examiner | Art Unit | |
| | Rachel M. Bennett | 1615 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _1_ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on _08 August 2002_ .
2a) ☐ This action is FINAL.   2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) _1-46_ is/are pending in the application.
   4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☐ Claim(s) _____ is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☒ Claim(s) _1-46_ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved by the Examiner.
    If approved, corrected drawings are required in reply to this Office action.
12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some *   c) ☐ None of:
       1. ☐ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
       3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.
14) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
    a) ☐ The translation of the foreign language provisional application has been received.
15) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .
4) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____

Application/Control Number: 09/904,018                                    Page 2
Art Unit: 1615

## DETAILED ACTION

### Election/Restrictions

1.    Restriction to one of the following inventions is required under 35 U.S.C. 121:

    I.    Claims 1-30, drawn to composition, classified in class 424, subclass 455.

    II.    Claims 31-33, drawn to complex, classified in class 514, subclass 249.

    III.    Claims 34-39, drawn to oligmer comprising monomer units, classified in class 514, subclass 1.

    IV.    Claims 40-46, drawn to a composition comprising oxychloro, classified in class 424, subclass 400.

The inventions are distinct, each from the other because of the following reasons:

The inventions of Group I and Groups II & III are independent and distinct because the complex and oligomer of Groups II & III do not require a solubility enhancing component or an aqueous liquid carrier component as required by Group I.

The inventions of Group I and Group IV are independent and distinct because the composition of Group I does not require the preserving agent as required by Group IV.

The inventions of Group II and III are independent and distinct because the complex of Group II is not a dimmer as required by the oligomer of Group III.

The inventions of Group IV and Groups II & III are independent and distinct because the complex and oligmer of Groups II & III do not require an oxy-chloro component and a liquid carrier as required by the composition of Group IV.

Application/Control Number: 09/904,018                                    Page 3
Art Unit: 1615

2.     Because these inventions are distinct for the reasons given above and have acquired a separate status in the art as shown by their different classification, restriction for examination purposes as indicated is proper.

3.     Because these inventions are distinct for the reasons given above and the search required for Group I and IV is not required for Group II and III, restriction for examination purposes as indicated is proper.

Applicant is advised that the reply to this requirement to be complete must include an election of the invention to be examined even though the requirement be traversed (37 CFR 1.143).

4.     Applicant is reminded that upon the cancellation of claims to a non-elected invention, the inventorship must be amended in compliance with 37 CFR 1.48(b) if one or more of the currently named inventors is no longer an inventor of at least one claim remaining in the application. Any amendment of inventorship must be accompanied by a request under 37 CFR 1.48(b) and by the fee required under 37 CFR 1.17(i).

*Correspondence*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Rachel M. Bennett whose telephone number is (703) 308-8779. The examiner can normally be reached on Monday through Friday, 8:00 A.M. to 4:30 P.M..

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Thurman K. Page can be reached on (703) 308-2927. The fax phone numbers for the organization where this application or proceeding is assigned are (703) 305-3592 for regular communications and (703) 309-7924 for After Final communications.

Application/Control Number: 09/904,018                                    Page 4
Art Unit: 1615

    Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 308-1234.

R. Bennett
September 16, 2002

THURMAN K. PAGE
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER-1600

**EXHIBIT D , TAB 5**



D-26592

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
PATENT

In application of:
   Olejnik et al                    )     Group Art Unit: 1614
                                     )
Serial No. 09/904,018               )     Examiner: Unknown
                                     )
Filed: July 10, 2001                )
                                     )
For: COMPOSITIONS CONTAINING        )
   ALPHA-2-ADRENERGIC               )
   AGONIST COMPONENTS               )

I hereby certify that this correspondence is being
deposited with the United States Postal Service
with sufficient postage as first class mail in
an envelope addressed to: Commissioner for
Patents, Washington, DC 20231, on or before *September 19, 2002*

Title _____ATTY_____

Date _____9/19/02_____

**SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT**

Commissioner for Patents
Washington, DC  20231

Dear Sir:

   Applicant wishes to call to the attention of the Examiner the
documents cited on the accompanying Form PTO-1449.  No concession
is made that these documents are prior art, and applicant expressly
reserves the right to antedate the documents as may be appropriate.
This Supplemental Information Disclosure Statement is being filed
before the first office action has been received from the Patent
and Trademark Office in the above-identified application.

                              Respectfully submitted,

                              Frank J. Uxa
                              Attorney for Applicant
                              Reg. No. 25,612
                              4 Venture, Suite 300
                              Irvine, CA  92618
                              (949) 450-1750
FJUxa/ac                      Facsimile (949) 450-1764

Sheet 1 of 1

Form PTO-1449

**INFORMATION DISCLOSURE CITATION IN AN APPLICATION**
(Use several sheets if necessary)

| DOCKET NO: D-2892 | | APPLN. NO.: 09/904,118 |
| APPLICANT: Olejnik et al. | | |
| FILING DATE: 7/10/01 | | GROUP ART: 1614 |

OIPE
SEP 2 3 2002

RECEIVED
SEP 2 5 2002
CH CENTER 10/2900

## U. S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RB | 3 | 8 | 9 | 0 | 3 | 1 | 9 | 08/17/76 | Danielwicz et al. | | | |
| | 4 | 5 | 3 | 0 | 9 | 2 | 0 | 07/23/85 | Nestor et al. | | | |
| | 4 | 8 | 0 | 6 | 5 | 5 | 6 | 02/21/89 | Portoghese | | | |
| | 5 | 0 | 2 | 1 | 4 | 1 | 6 | 06/04/91 | Gluchowski | | | |
| | 5 | 2 | 0 | 2 | 1 | 2 | 8 | 04/13/93 | Morella et al. | | | |
| | 5 | 3 | 5 | 2 | 7 | 9 | 6 | 10/04/94 | Hooper et al. | | | |
| | 5 | 4 | 6 | 9 | 1 | 3 | 3 | 10/17/95 | Neufeld | | | |
| | 5 | 7 | 0 | 3 | 0 | 7 | 7 | 12/30/97 | Burke et al. | | | |
| | 5 | 7 | 2 | 5 | 8 | 8 | 7 | 03/10/98 | Martin et al. | | | |
| | 5 | 8 | 1 | 4 | 8 | 3 | 3 | 09/29/98 | Lee et al. | | | |
| | 5 | 8 | 3 | 4 | 5 | 0 | 2 | 11/10/98 | Cheng et al. | | | |
| RB | 5 | 9 | 9 | 4 | 1 | 1 | 0 | 11/30/99 | Mosbach et al. | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | YES | NO |
| RB | 2 | 0 | 4 | 6 | 3 | 1 | 5 | 02/09/92 | Canada | | | | |
| | 0 | 6 | 0 | 9 | 9 | 6 | 1 | 08/10/94 | European | | | | |
| | 94 | / | 1 | 6 | 6 | 8 | 5 | 08/04/94 | International  WIPO | | | | |
| | 98 | / | 4 | 7 | 8 | 7 | 8 | 10/29/98 | International  WIPO | | | | |
| | 99 | / | 4 | 3 | 2 | 9 | 9 | 09/02/99 | International  WIPO | | | | |
| RB | 99 | / | 5 | 1 | 2 | 7 | 3 | 10/14/99 | International | | | | |

## OTHER DOCUMENTS

| | |
|---|---|
| | |
| | |
| | |
| | |

| EXAMINER  Rachel M. Bennett | DATE CONSIDERED:  1/8/03 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

**EXHIBIT D , TAB 6**

D-2892

RECEIVED
OCT 2 5 2002
TECH CENTER 1600/2900
16 15
#6
YC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
PATENT

In the application of:                )
     Olejnik                          )      Group Art Unit:  1615
                                      )
Serial No.  09/904,018                )      Examiner: Bennett, Rachel  11 6 02
                                      )
Filed: July 10, 2001                  )
                                      )
For: COMPOSITIONS CONTAINING ALPHA-2-
     ADRENERGIC AGONIST COMPONENTS

I hereby certify that this correspondence is being
deposited with the United States Postal Service
with sufficient postage as first class mail in
an envelope addressed to: Commissioner for
Patents, Washington, D.C.  20231, on or

before _____ OCTOBER 16, 2002_____

Title _____

Date _____ 10/16/02 _____

RESPONSE TO RESTRICTION REQUIREMENT

Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

     This is in response to the Examiner's communication mailed
September 18, 2002.

     Restriction has been required between Group I, claims 1 to 30,
drawn to compositions; Group II, claims 31 to 33, drawn to
complexes; Group III, claims 34 to 39, drawn to oligmer comprising
monomers; and Group IV, claims 40 to 46, drawn to a compositions.
Applicant elects the Group I claims.  However, applicant traverses
the restriction requirement.

     Each of the present claims 1 to 46 involve an alpha-2-
adrenergic agonist component and/or a quinoxaline component.  Thus,
each of the present claims is closely related.  A search directed
to one of the above-noted groups of claims would also be an
effective search for the other groups of claims.  Therefore, the
Patent and Trademark Office is placed under no undue burden in
considering all of the present claims in the above-identified
application.

D-2892                                    2

    In view of the above, applicant requests that the restriction requirement be withdrawn.

    Applicant respectfully requests early and favorable action in the above-identified application.

                          Respectfully submitted,

                          Frank J. Uxa
                          Attorney for Applicant
                          Reg. No. 25,612
                          4 Venture, Suite 300
                          Irvine, CA 92618
                          (714) 450-1750
                          Facsimile (714) 450-1764

FJU/jm

**EXHIBIT D , TAB 7**

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/904,018 | 07/10/2001 | Orest Olejnik | D-2892 | 1779 |

7590        01/15/2003

Frank J. Uxa
Stout, Uxa, Buyan & Mullins, LLP
Suite 300
4 Venture
Irvine, CA  92618

| EXAMINER |
|---|
| BENNETT, RACHEL M. |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1615 | |

DATE MAILED: 01/15/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 09/904,018 | OLEJNIK ET AL. |
| | Examiner | Art Unit | |
| | Rachel M. Bennett | 1615 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>22 October 2002</u>.

2a) ☐ This action is FINAL.    2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>1-46</u> is/are pending in the application.

    4a) Of the above claim(s) <u>31-46</u> is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) <u>1-30</u> is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved by the Examiner.

    If approved, corrected drawings are required in reply to this Office action.

12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All b) ☐ Some * c) ☐ None of:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____.

      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14) ☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    a) ☐ The translation of the foreign language provisional application has been received.

15) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>5</u>₁+₂

4) ☐ Interview Summary (PTO-413) Paper No(s). _____.
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____.

U.S. Patent and Trademark Office
PTO-326 (Rev. 04-01)    **Office Action Summary**    Part of Paper No. 7