10299386_11902

10

unknown mechanism.

Without limiting the invention to the specific groups and compounds listed, the following is a list of representative alpha-2 adrenergic agonists useful in this invention: imino-imidazolines, including clonidine, apraclonidine; imidazolines, including naphazoline, xymetazoline, tetrahydrozoline, and tramazoline; imidazoles, including detomidine, medetomidine, and dexmedetomidine; azepines, including B-HT 920 (6-allyl-2-amino-5,6,7,8 tetrahydro-4H-thiazolo[4,5-d]-azepine and B-HT 933; thiazines, including xylazine; oxazolines, including rilmenidine; guanidines, including guanabenz and guanfacine; catecholamines; and the like and derivatives thereof.

Particularly useful alpha-2-adrenergic agonists include quinoxaline components. In one embodiment, the quinoxaline components include quinoxaline, derivatives thereof and mixtures thereof. Preferably, the derivatives of quinoxaline include (2-imidozolin-2-ylamino) quinoxaline. More preferably, the derivatives of quinoxaline include 5-halide-6-(2-imidozolin-2-ylamino) quinoxaline. The "halide" of the 5-halide-6-(2-imidozolin-2-ylamino) quinoxaline may be a fluorine, a chlorine, an iodine, or preferably, a bromine, to form 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline. Even more preferably, the derivatives of quinoxaline to be used in accordance with this invention include a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, or Brimonidine tartrate.

Other useful quinoxaline derivatives are well known. For example, useful derivatives of a quinoxaline include the ones disclose by Burke et al U.S. Patent No. 5,703,077. See also Danielwicz et al 3,890,319. Each of

10299386.11190

11

the disclosures of Burke et al and Danielwicz et al is incorporated in its entirety by reference herein.

The quinoxaline and derivatives thereof, for example Brimonidine tartrate, are amine-containing and preferably
5   have pKa's of greater than 7, preferably about 7.5 to 9.

Analogs of the foregoing compounds that function as alpha-2 adrenergic agonists also are specifically intended to be embraced by the invention.

Preferably, the alpha-2-adrenergic agonists, for
10  example the ones listed above, are effective toward activating alpha-2A-adrenergic receptors, alpha-2B-adrenergic receptors and alpha-2D-adrenergic receptors.

In one embodiment, the alpha-2-adrenergic agonists, for example Brimonidine tartrate, are substantially
15  unionized in the compositions. In another embodiment, the adrenergic compounds are substantially unionized in the environment to which they are administered, for example the cornea. Without wishing to be limited by any theory or mechanism of action, it is believed that the unionized
20  forms of the adrenergic compounds facilitate their permeation across membrane lipid bilayers.

Any suitable SEC may be employed in accordance with the present invention. In one embodiment, the SECs include pyrrolinidone components. Examples of
25  pyrrolinidone components are polyvinylpyrrolinidones and derivatives thereof. In a preferred embodiment, the SECs include polyanionic components. The useful polyanionic components include, but are not limited to, those materials which are effective in increasing the apparent
30  solubility, preferably water solubility, of poorly soluble alpha-2-adrenergic agonist components and/or enhance the stability of the alpha-2-adrenergic agonist components and/or reduce unwanted side effects of the alpha-2-adrenergic agonist components. Furthermore, the

10290386.111902

12

polyanionic component is preferably ophthalmically acceptable at the concentrations used. Additionally, the polyanionic component preferably includes three (3) or more anionic (or negative) charges. In the event that the

5    polyanionic component is a polymeric material, it is preferred that each of the repeating units of the polymeric material include a discrete anionic charge. Particularly useful anionic components are those which are water soluble, for example, soluble at the concentrations

10   used in the presently useful liquid aqueous media, such as a liquid aqueous medium containing the alpha-2-adrenergic components.

The polyanionic component is preferably sufficiently anionic to interact with the alpha-2-adrenergic agonist

15   component. Such interaction is believed to be desirable to solubilize the alpha-2-adrenergic agonist component and/or to maintain such alpha-2-adrenergic agonist component soluble in the carrier component, for example a liquid medium.

20   Polyanionic components also include one or more polymeric materials having multiple anionic charges. Examples include:

metal carboxymethylstarchs
metal carboxymethylhydroxyethylstarchs
25   hydrolyzed polyacrylamides and polyacrylonitriles
heparin
homopolymers and copolymers of one or more of:
acrylic and methacrylic acids
metal acrylates and methacrylates
30   alginic acid
metal alginates
vinylsulfonic acid
metal vinylsulfonate

13

amino acids, such as aspartic acid, glutamic
acid and the like
metal salts of amino acids
p-styrenesulfonic acid
5     metal p-styrenesulfonate
2-methacryloyloxyethylsulfonic acids
metal 2-methacryloyloxethylsulfonates
3-methacryloyloxy-2-hydroxypropylsulonic acids
metal 3-methacryloyloxy-2-
10          hydroxypropylsulfonates
2-acrylamido-2-methylpropanesulfonic acids
metal 2-acrylamido-2-methylpropanesulfonates
allylsulfonic acid
metal allylsulfonate and the like.

15     In another embodiment, the polyanionic components
include anionic polysaccharides which tend to exist in
ionized forms at higher pH's, for example, pH's of about
7 or higher. The following are some examples of anionic
polysaccharides which may be employed in accordance with
20    this invention.

Polydextrose is a randomly bonded condensation
polymer of dextrose which is only partially metabolized by
mammals. The polymer can contain a minor amount of bound
sorbitol, citric acid, and glucose.

25    Chondroitin sulfate also known as sodium chondroitin
sulfate is a mucopolysaccharide found in every part of
human tissue, specifically cartilage, bones, tendons,
ligaments, and vascular walls. This polysaccharide has
been extracted and purified from the cartilage of sharks.

30    Carrageenan is a linear polysaccharide having
repeating galactose units and 3,6 anhydrogalactose units,
both of which can be sulfated or nonsulfated, joined by
alternating 1-3 and beta 1-4 glycosidic linkages.

10899386.111902

14

Carrageenan is a hydrocolloid which is heat extracted from several species of red seaweed and irish moss.

Maltodextrins are water soluble glucose polymers which are formed by the reaction of starch with an acid and/or enzymes in the presence of water.

Other anionic polysaccharides found useful in the present invention are hydrophilic colloidal materials and include the natural gums such as gellan gum, alginate gums, i.e., the ammonium and alkali metal salts of alginic acid and mixtures thereof.  In addition, chitosan, which is the common name for deacetylated chitin is useful. Chitin is a natural product comprising poly-(N-acetyl-D-glucosamine).    Gellan   gum   is   produced   from   the fermentation   of   pseudomonas   elodea   to   yield   an extracellular heteropolysaccharide.    The alginates and chitosan are available as dry powders from Protan, Inc., Commack, N.Y. Gellan gum is available from the Kelco Division of Merk & Co., Inc., San Diego, Calif.

Generally, the alginates can be any of the water-soluble alginates including the alkali metal alginates, such as sodium, potassium, lithium, rubidium and cesium salts of alginic acid, as well as the ammonium salt, and the soluble alginates of an organic base such as mono-, di-, or tri-ethanolamine alginates, aniline alginates, and the like. Generally, about 0.2% to about 1% by weight and, preferably, about 0.5% to about 3.0% by weight of gellan, alginate or chitosan ionic polysaccharides, based upon the total weight of the composition, are used to obtain the gel compositions of the invention.

Preferably, the anionic polysaccharides are cyclized. More preferably, the cyclized anionic polysaccharides include less than ten monomer units.     Even more preferably, the cyclized polysaccharides include less than six monomer units.

10299386 .11190B

15

In one embodiment, a particularly useful group of cyclized anionic polysaccharides includes the cyclodextrins. Examples of the cyclodextrin group include, but are not limited to: α-cyclodextrin, derivatives of α-cyclodextrin, β-cyclodextrin, derivatives of β-cyclodextrin, γ-cyclodextrin, derivatives of γ-cyclodextrin, carboxymethyl-β-cyclodextrin, carboxymethyl-ethyl-β-cyclodextrin, diethyl-β-cyclodextrin, dimethyl-β-cyclodextrin, methyl-β-cyclodextrin, random methyl-β-cyclodextrin, glucosyl-β-cyclodextrin, maltosyl-β-cyclodextrin, hydroxyethyl-β-cyclodextrin, hydroxypropyl-β-cyclodextrin, sulfobutylether-β-cyclodextrin, and the like and mixtures thereof. Sulfobutylether-β-cyclodextrin is a preferred cyclized anionic polyasaccharide in accordance with the present invention. It is advantageous that the SEC's, including the above mentioned cyclodextrins, employed in this invention be, at the concentration employed, non-toxic to the mammal, human, to inhibit the present incorporation is administered . As used herein, the term "derivatives" as it relates to a cyclodextrin means any substituted or otherwise modified compound which has the characteristic chemical structure of a cyclodextrin sufficiently to function as a cyclodextrin component, for example, to enhance the solubility and/or stability of active components and/or reduce unwanted side effects of the active components and/or to form inclusive complexes with active components, as described herein.

Although cyclodextrins and/or their derivatives may be employed as SECs, one embodiment of the invention may include SECs other than cyclodextrins and/or their derivatives.

A particularly useful and preferred class of polyanionic component includes anionic cellulose

10899386.111902

16

derivatives. Anionic cellulose derivatives include metal carboxymethylcelluloses, metal carboxymethylhydroxyethylcelluloses and hydroxypropylmethylcelluloses and derivatives thereof.

5    The present polyanionic components often can exist in the unionized state, for example, in the solid state, in combination with a companion or counter ion, in particular a plurality of discrete cations equal in number to the number of discrete anionic charges so that the unionized
10    polyanionic component is electrically neutral. For example, the present unionized polyanionic components may be present in the acid form and/or in combination with one or more metals. Since the polyanionic components are preferably ophthalmically acceptable, it is preferred that
15    the metal associated with the unionized polyanionic component be ophthalmically acceptable in the concentrations used. Particularly useful metals include the alkali metals, for example, sodium and potassium, the alkaline earth metals, for example, calcium and magnesium,
20    and mixtures thereof. Sodium is very useful to provide the counter ion in the unionized polyanionic component. Polyanionic components which, in the unionized states, are combined with cations other than $H^+$ and metal cations can be employed in the present invention.

25    The amount of SEC in the present compositions is not of critical importance so long as solubility at the alpha-2-adrenergic agonist component is at least somewhat increased and is present in a biologically acceptable amount. Such amount should be effective to perform the
30    desired function or functions in the present composition and/or after administration to the human or animal. In one embodiment, the amount of SEC, preferably the polyanionic component, is sufficient to complex at least in a major amount, and more preferably substantially all,

10899386.111902

17

of the alpha-2-adrenergic agonist component in the present composition. In one useful embodiment, the amount of polyanionic component in the present composition is in the range of about 0.1% to about 30% (w/v) or more of the composition. Preferably, the amount of polyanionic component is in the range of about 0.2% (w/v) to about 10% (w/v). More preferably, the amount of polyanionic component is in the range of about 0.2% (w/v) to about 0.6% (w/v). Even more preferably, the polyanionic component is carboxymethylcellulose and is present in the composition in the range of about 0.2% (w/v) to about 0.6% (w/v). A particularly useful concentration of carboxymethylcellulose in the present compositions is about 0.5%.

In one embodiment, the SECs, for example a carboxymethylcellulose, assist in solubilizing the alpha-2-adrenergic agonist components in the compositions. Although the SECs are capable aiding in the solubilization of ionized alpha-2-adrenergic agonist components, it is preferable that the SECs used in this invention could assist in the solubilization of unionized alpha-2-adrenergic agonist components. For example, in one embodiment, carboxymethylcellulose may help solubilize ionized alpha-2-adrenergic agonist components. In another embodiment, carboxymethylcellulose may help solubilize unionized alpha-2-adrenergic agonist components. In a preferred embodiment, the carboxylmethylcellulose helps solubilize ionized Brimonidine tartrate in the compositions. More preferably, the carboxylmethylcellulose helps solubilize unionized Brimonidine tartrate in the compositions.

In one embodiment, the compositions may also include preservative components or components which assist in the preservation of the composition. The preservative

18

components selected so as to be effective and efficacious as preservatives in the present compositions, that is in the presence of polyanionic components, and preferably have reduced toxicity and more preferably substantially no
5 toxicity when the compositions are administered to a human or animal.

Preservatives or components which assist in the preservation of the composition which are commonly used in pharmaceutical compositions are often less effective when
10 used in the presence of solubilizing agents. In certain instances, this reduced preservative efficacy can be compensated for by using increased amounts of the preservative. However, where sensitive or delicate body tissue is involved, this approach may not be available
15 since the preservative itself may cause some adverse reaction or sensitivity in the human or animal, to whom the composition is administered.

Preferably, the present preservative components or components which assist in the preservation of the
20 composition, preferably the alpha-2-adrenergic agonist components therein, are effective in concentrations of less than about 1% (w/v) or about 0.8% (w/v) and may be 500 ppm (w/v) or less, for example, in the range of about 10 ppm(w/v) or less to about 200 ppm(w/v). Preservative
25 components in accordance with the present invention preferably include, but are not limited to, those which form complexes with the polyanionic component to a lesser extent than does benzalkonium chloride.

Very useful examples of the present preservative
30 components include, but are not limited to oxidative preservative components, for example oxy-chloro components, peroxides, persalts, peracids, and the like, and mixtures thereof. Specific examples of oxy-chloro components useful as preservatives in accordance with the

1029986 .11906

19

present invention include hypochlorite components, for
example hypochlorites; chlorate components, for example
chlorates; perchlorate components, for example
perchlorates; and chlorite components. Examples of
5  chlorite components include stabilized chlorine dioxide
(SCD), metal chlorites, such as alkali metal and alkaline
earth metal chlorites, and the like and mixtures therefor.
Technical grade (or USP grade) sodium chlorite is a very
useful preservative component. The exact chemical
10 composition of many chlorite components, for example, SCD,
is not completely understood. The manufacture or
production of certain chlorite components is described in
McNicholas U.S. Patent 3,278,447, which is incorporated in
its entirety herein by reference. Specific examples of
15 useful SCD products include that sold under the trademark
Dura Klor by Rio Linda Chemical Company, Inc., and that
sold under the trademark Anthium Dioxide by International
Dioxide, Inc. An especially useful SCD is a product sold
under the trademark Purite™ by Allergan, Inc. Other
20 examples of oxidative preservative components includes
peroxy components. For example, trace amounts of peroxy
components stabilized with a hydrogen peroxide stabilizer,
such as diethylene triamine penta(methylene phosphonic
acid) or 1-hydroxyethylidene-1;1-diphosphonic acid, may be
25 utilized as a preservative for use in components designed
to be used in the ocular environment. Also, virtually any
peroxy component may be used so long as it is hydrolyzed
in water to produce hydrogen peroxide. Examples of such
sources of hydrogen peroxide, which provide an effective
30 resultant amount of hydrogen peroxide, include sodium
perborate decahydrate, sodium peroxide and urea peroxide.
It has been found that peracetic acid, an organic peroxy
compound, may not be stabilized utilizing the present
system. See, for example, Martin et al U.S. Patent No.

10299386.11902

20

5,725,887, the disclosure of which is incorporated in its entirety herein by reference.

Preservatives other than oxidative preservative components may be included in the compositions. The
5    choice of preservatives may depend on the route of administration. Preservatives suitable for compositions to be administered by one route may possess detrimental properties which preclude their administration by another route. For nasal and ophthalmic compositions, preferred
10   preservatives include quaternary ammonium compounds, in particular the mixture of alkyl benzyl dimethyl ammonium compounds and the like known generically as "benzalkonium chloride." For compositions to be administered by inhalation, however, the preferred preservative is
15   chlorbutol and the like. Other preservatives which may be used, especially for compositions to be administered rectally, include alkyl esters of p-hydroxybenzoic acid and mixtures thereof, such as the mixture of methyl, ethyl, propyl, butyl esters and the like which is sold
20   under the trade name "Nipastat."

In another broad aspect of the present invention, compositions are provided which comprise an alpha-2-adrenergic agonist component, a preservative component in an effective amount to at least aid in preserving ,
25   preferably in an amount effective to preserve, the compositions and a liquid carrier component. Preferably, the preservative components include oxy-chloro components, such as compounds, ions, complexes and the like which (1) do not substantially or significantly detrimentally affect
30   the alpha-2-adrenergic agonist components in the compositions or the patients to whom the compositions are administered, and (2) are substantially biologically acceptable and chemically stable. Such compositions in accordance with the present invention comprise an alpha-2-

10299386 .111902

21

adrenergic agonist component, an oxy-chloro component, and
a liquid carrier component, and preferably are
substantially free of cyclodextrins.

    The carrier components useful in the present
5   invention are selected to be non-toxic and have no
substantial detrimental effect on the present
compositions, on the use of the compositions or on the
human or animal to whom the compositions are administered.
In one embodiment, the carrier component is a liquid
10  carrier. In a preferred embodiment, the carrier component
is a liquid aqueous carrier component. A particularly
useful aqueous liquid carrier component is that derived
from saline, for example, a conventional saline solution
or a conventional buffered saline solution. The aqueous
15  liquid carrier preferably has a pH in the range of about
6 to about 9 or about 10, more preferably about 6 to about
8, and still more preferably about 7.5. The liquid medium
preferably has an ophthalmically acceptable tonicity
level, for example, of at least about 200 mOsmol/kg, more
20  preferably in the range of about 200 to about 400
mOsmol/kg. In an especially useful embodiment, the
osmolality or tonicity of the carrier component
substantially corresponds to the tonicity of the fluids of
the eye, in particular the human eye.

25       In one embodiment, the carrier components containing
the SECs and the alpha-2-adrenergic agonist components may
have viscosities of more than about 0.01 centipoise (cps)
at 25°C, preferably more than about 1 cps at 25°C, even
more preferably more than about 10 cps at 25°C. In a
30  preferred embodiment, the composition has a viscosity of
about 50 cps at 25°C and comprises a conventional buffer
saline solution, a carboxymethylcellulose and a
Brimonidine tartrate.

    In order to insure that the pH of the aqueous liquid

10299386 . 111902

22

carrier component, and thus the pH of the composition, is
maintained within the desired range, the aqueous liquid
carrier component may include at least one buffer
component. Although any suitable buffer component may be
5     employed, it is preferred to select such component so as
not to produce a significant amount of chlorine dioxide or
evolve significant amounts of gas, such as $CO_2$. It is
preferred that the buffer component be inorganic. Alkali
metal and alkaline earth metal buffer components are
10    advantageously used in the present invention.

         Any suitable ophthalmically acceptable tonicity
component or components may be employed, provided that
such component or components are compatible with the other
ingredients of the liquid aqueous carrier component and do
15    not have deleterious or toxic properties which could harm
the human or animal to whom the present compositions are
administered. Examples of useful tonicity components
include sodium chloride, potassium chloride, mannitol,
dextrose, glycerin, propylene glycol and mixtures thereof.
20    In one embodiment, the tonicity component is selected from
inorganic salts and mixtures thereof.

         The present compositions may conveniently be
presented as solutions or suspensions in aqueous liquids
or non-aqueous liquids, or as oil-in-water or water-in-oil
25    liquid emulsions. The present compositions may include
one or more additional ingredients such as diluents,
flavoring agents, surface active agents, thickeners,
lubricants, and the like, for example, such additional
ingredients which are conventionally employed in
30    compositions of the same general type.

         The present compositions in the form of aqueous
suspensions may include excipients suitable for the
manufacture of aqueous suspensions. Such excipients are
suspending agents, for example, sodium

10299386.111902

23

carboxymethylcellulose, methylcellulose, hydroxypropylmethylcellulose, sodium alginate, polyvinylpyrrolidone, gun tragacanth and gun acacia; dispersing or wetting agents may be a naturally occurring phosphatide, for example, lecithin, or condensation products of ethylene oxide with long chain aliphatic alcohols, for example, heptadecaethyleneoxycetanol, or condensation products of ethylene oxide with partial esters derived from fatty acids and a hexitol such as polyoxyethylene sorbitol mono-oleate, or condensation products of ethylene oxide with partial esters derived from fatty acids and hexitol anhydrides, for example, polyoxyethylene sorbitan mono-oleate, and the like and mixtures thereof. Such aqueous suspensions may also contain one or more coloring agents, one or more flavoring agents and one or more sweetening agents, such as sucrose, saccharin, and the like and mixtures thereof.

The present compositions in the form of oily suspensions may be formulated in a vegetable oil, for example, olive oil, sesame oil or coconut oil, or in a mineral oil such as liquid paraffin. Such suspensions may contain a thickening agent, for example beeswax, hard paraffin or cetyl alcohol. Sweetening agents, such as those set forth above, and flavoring agents may be added to provide a palatable oral preparation.

The present compositions may also be in the form of oil-in-water emulsions. The oily phase may be a vegetable oil, for example, olive oil or arachis oil, or a mineral oil, for example, liquid paraffin, and the like and mixtures thereof. Suitable emulsifying agents may be naturally-occurring gums, for example, gum acacia or gun tragacanth, naturally-occurring phosphatides, for example, soya bean lecithin, and esters or partial esters derived from fatty acids and hexitol anhydrides, for example,

10299386.11902

24

sorbitan mono-oleate, and condensation products of the said partial esters with ethylene oxide, for example, polyoxyethylene sorbitan mono-oleate. The emulsions may also contain sweetening and flavoring agents.

5      The present compositions in the form of syrups and elixirs may be formulated with sweetening agents, for example, as described elsewhere herein. Such formulations may also contain a demulcent, and flavoring and coloring agents.

10     The specific dose level for any particular human or animal depends upon a variety of factors including the activity of the active component employed, the age, body weight, general health, sex, diet, time of administration, route of administration, rate of excretion, drug

15     combination and the severity of the particular condition undergoing therapy.

In one broad aspect of the invention, complexes are formed in the present compositions. In one embodiment, the complexes include at least one monomer unit of a

20     quinoxaline component. Examples of quinoxaline components include quinoxaline, (2-imidozolin-2-ylamino) quinoxaline, 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, salts thereof, esters thereof, other derivatives thereof, and the like and mixtures thereof. For example, in one

25     embodiment, a complex of the present invention may include a conjugation of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline monomer units. In another embodiment, the complex may include a conjugation of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline monomer units and

30     Brimonidine tartrate monomer units.

In a preferred embodiment, the complexes of the present invention are dimers. For example, a dimer in accordance with the present invention may include a quinoxaline and a 5-bromo-6-(2-imidozolin-2-ylamino)

10899386.119908

25

quinoxaline. Preferably, a dimer in accordance with the present invention includes two Brimonidine tartrate monomer units.

5    Without wishing to limit the invention to any theory or mechanism of operation, it is believed that any peroxide forming agent or strong oxidizing agent such as the oxidative preservative components, for example oxy-chloro components, peroxides, persalts, peracids, and the like, and mixtures thereof may facilitate the formation of 10    the complexes, preferably complexes of alpha-2-adrenergic agonist components. For example, dimers of Brimonidine tartrate monomer units are believed to be formed in the presence of chlorites, preferably stabilized chlorine dioxide.

15    Furthermore, it is believed that the interactions between the monomers which serve to hold the monomers or monomer subunits together to form a complex, preferably an oligomer and more preferably a dimer, may include, but not limited to, covalent bonding, ionic bonding, hydrophobic 20    bonding, electrostatic bonding, hydrogen bonding, other chemical and/or physical interactions, and the like and combinations thereof. Such complexes may disassociate in liquid, for example, aqueous liquid, media. In one embodiment, the monomers or monomer subunits are held 25    together by other than covalent bonding. In one embodiment, the monomers or monomer subunits are held together by electrostatic bonding or forces.

The following non-limiting examples illustrate certain aspects of the present invention.

30    EXAMPLE 1

Brimonidine tartrate has a pKa of about 7.78. The pH-solubility profile of 0.5% (w/v) Brimonidine tartrate in a formulation, Ophthalmic Solution, was established in

10299386 .111902

26

the pH range of about 5 to about 8 at 23 °C. Table 1. It
will be understood that concentrations of adrenergic
agonists other than 0.5% may be used, so long as they have
therapeutic activity. Likewise, the temperature may be
5    varied, for example, solubility curves may be performed at
37 °C (98.6 °F). The formulation vehicle was prepared by
first dissolving polyvinyl alcohol (PVA) in water. The
PVA was added to approximately 1/3 of the required total
amount of purified water with constant stirring. The
10   slurry was stirred for 20-30 minutes and then heated to
80-95 °C with constant stirring. The mixture was removed
from the heat source within 1 hour after having reached
the temperature of 80-90 °C and stirred for an additional
10 minutes to ensure homogeneity (Part I). The other
15   ingredients of the Ophthalmic Solution, except for
Brimonidine tartrate, were dissolved in a separate
container with an additional 1/3 of the required total
amount of purified water (Part II). The PVA mixture (Part
I) was then quantitatively transferred to Part II using
20   several rinse volumes of purified water. The solution was
adjusted to final volume with purified water without pH
adjustment.

Brimonidine tartrate was weighed and transferred to
a 10 mL test tube containing 5 mL of the formulation
25   vehicle described above. The pH of each sample was then
adjusted to a desired value using dilute sodium hydroxide
and/or dilute hydrochloric acid. The samples were placed
in a rack on a stir plate and stirred at high speed to
achieve uniform mixing for 2 days; a partition was placed
30   between the rack and the stir plate to prevent any heat
diffusion from the stir plate to the samples. The
temperature of the laboratory was monitored throughout the
study and was found to be 23±1 °C.

At the end of two days of stirring, the pH value of

10290386 . 111902

27

each sample was measured, and then approximately 1 mL of each sample was placed in a micro centrifuge tube (polypropylene) and centrifuged at 4,000 rpm for 10 minutes. The supernatant was filtered through a 1μm filter unit (Whatman, 13mm, PTFE). The first 3-4 drops of the filtrate were discarded; the rest of the filtrate was received and diluted quantitatively with HPLC mobile phase. The dilute sample was then injected directly on the HPLC column (Dupont Zorbax, 250mm x 4.6mm, 5μm) for Brimonidine tartrate assay in order to quantify the amount of Brimonidine tartrate. A control of 10.05% Brimonidine tartrate was prepared in the formulation vehicle at pH 6.3-6.5 and assayed before (untreated) and after (treated) centrifugation and filtration. This was done to evaluate the potential loss of Brimonidine tartrate in these two steps of the sample preparation. To ensure reproducibility, the study was repeated on consecutive days.

Table I.     0.5% Brimonidine tartrate in Ophthalmic Solution.

| Ingredient | Percent (w/v) |
| --- | --- |
| Brimonidine tartrate | 0.50 |
| Benzalkonium Chloride, NF | 0.0050 |
| Polyvinyl Alcohol, USP | 1.4 |
| Sodium Chloride, USP | 0.66 |
| Sodium Citrate, Dihydrate, USP | 0.45 |
| Hydrochloric Acid, NF or | |
| Sodium Hydroxide, NF for pH adjustment | 5-8 |
| Purified Water, USP | QS |

The solubility data for Brimonidine tartrate in the formulation vehicles are presented in Table II. The results show that the solubility of Brimonidine tartrate

10299386.11190B

28

is highly pH-dependent and spans more than two orders of magnitude over the pH range of 5-8. The solubility decreases sharply as the pH increases. The results for the treated and untreated controls are very close, suggesting that centrifugation and filtration does not cause any significant loss of Brimonidine tartrate. The two solubility profiles obtained on consecutive days agree with each other.

Table II. Solubility of Brimonidine tartrate in the Ophthalmic Solution Over pH Range of 5 to 8.

| Sample | STUDY 1 | | STUDY 2 | |
|---|---|---|---|---|
| | $pH^a$ | Solubility[c] | $pH^a$ | Solubility[c] |
| 1 | 5.55 | ≥164.4[b] | 5.50 | ≥200.6[b] |
| 2 | 5.92 | 132.6 | 5.92 | 160.8 |
| 3 | 6.14 | 30.4 | 6.06 | 50.1 |
| 4 | 6.57 | 7.55 | 6.90 | 3.19 |
| 5 | 7.00 | 2.69 | 7.40 | 1.19 |
| 6 | 7.45 | 1.17 | 7.77 | 0.63 |
| 7 | 7.83 | 0.62 | 7.86 | 0.58 |
| 8 | —— | —— | 7.88 | 0.54 |
| Control/ (untreated) | —— | 0.486[c] | —— | —— |
| Control/ (treated) | —— | 0.484[d] | —— | —— |

[a] Measured after stirring for two-days before sample withdrawal for centrifugation and filtration.

[b] Represents theoretical concentration based on sample weight. The sample solution was clear indicating that all of the Brimonidine tartrate had dissolved.

[c] Concentration of Brimonidine tartrate in

10299386.111902

29

control, before centrifugation and filtration step.

d    Concentration of Brimonidine tartrate in control after centrifugation and filtration step.

*    %w/v.

## EXAMPLE 2

The pH-solubility profiles of Brimonidine tartrate in compositions (solutions) containing SECs and oxy-chloro components were determined. Particularly, the effects of sodium carboxymethylcellulose (CMC), an SEC, on the solubility of Brimonidine tartrate at various pH conditions were determined. The various concentrations of CMC tested with Brimonidine tartrate were 0%, 0.056%, 0.17%, 0.5%, 1.5% (w/v), Table III.

The samples tested also contained isotonic components, buffer components, and stabilized chlorine dioxide (Purite™), Table III. Sodium carboxymethyl-cellulose, sodium chloride, potassium chloride, calcium chloride dihydrate, and magnesium chloride hexahydrate were USP grade. Boric acid and sodium borate decahydrate were NF grade.

30

## Table III

| | Sample 1 | Sample 2 | Sample 3 | Sample 4 | Sample 5 | |
|---|---|---|---|---|---|---|
| Brimonidine tartrate | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | (w/v) |
| CMC | 0.0% | 0.056% | 0.17% | 0.5% | 1.5% | (w/v) |
| Stabilized chlorine dioxide[a] | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% | (w/v) |
| Sodium chloride | 0.58% | 0.58% | 0.58% | 0.58% | 0.58% | (w/v) |
| Potassium chloride | 0.14% | 0.14% | 0.14% | 0.14% | 0.14% | (w/v) |
| Calcium chloride, dihydrate | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | (w/v) |
| magnesium chloride, hexahydrate | 0.006% | 0.006% | 0.006% | 0.006% | 0.006% | (w/v) |
| boric acid | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | (w/v) |
| sodium tetraborate, decahydrate | 0.14% | 0.14% | 0.14% | 0.14% | 0.14% | (w/v) |

[a] Sold under the trademark Purite™ by Allergan, Inc.

Each sample (1 through 5) was subjected to a range of pH's from about 7 to about 10. The vials containing the sample solutions were placed on a laboratory rotator and left for equilibration for fifteen days at room temperature (~21 °C). The sample solutions were filtered using a 25 mm diameter polysulfone cellulose acetate syringe type filter with 0.45μm pore size. The filtered solutions were assayed for Brimonidine.

Conventional HPLC and detection techniques were used to detect and determine the concentrations of soluble Brimonidine tartrate. Table IV. The solubility is plotted against pH for each CMC concentration. The experimental data points were fitted to a modified Henderson-Hasselbalch equation using a nonlinear least squares routine (Deltagraph version 4.0 DeltaPoint, Inc.), Fig. 1. The $R^2$ values show the goodness of fit between the experimental values and the theoretical equation to be better than 0.991.

10299386.111902

31

Table IV

Solubility of Brimonidine tartrate (%)

| pH | 0%CMC | 0.056%CMC | 0.17%CMC | 0.5%CMC | 1.5%CMC |
|---|---|---|---|---|---|
| 6.67 | | 0.9302 | | 1.4464 | |
| 6.68 | 1.4256 | | 1.4200 | | |
| 6.93 | | | 0.7302 | | |
| 7.10 | | | | 0.3693 | |
| 7.11 | 0.2064 | 0.2828 | | | |
| 7.35 | | | | | 0.1904 |
| 7.56 | | | | 0.1451 | |
| 7.68 | 0.0786 | | | | |
| 7.77 | | 0.0721 | | | |
| 7.81 | | | 0.0735 | | |
| 8.10 | | | | | 0.0498 |
| 8.46 | | | | 0.0313 | |
| 8.50 | 0.0286 | | | | |
| 8.55 | | | 0.0328 | | |
| 8.67 | | | | | 0.0311 |
| 9.93 | | 0.0234 | | | |
| 9.94 | | | | 0.0250 | |
| 10.05 | | | 0.0241 | | |
| 10.09 | 0.0218 | | | | |
| 10.11 | | | | | 0.0222 |

Fig. 1 clearly shows that the solubility of Brimonidine tartrate tends to increase with increasing CMC concentrations. For example, at pH 7.5, the sample with 0% CMC resulted in 1000 ppm of Brimonidine tartrate; 0.056% CMC, 1300 ppm; 0.17% CMC, 1300 ppm; and 0.5%, 1600 ppm. At pH 7.5, the sample with 1.5% CMC resulted in about 1400 ppm, which is less than that of a similar solution with CMC at 0.5%. It is unclear at this point

10299586.111902

32

what the cause of this observation may be. Nonetheless, Brimonidine tartrate is more soluble in solution with a 1.5% CMC than with no CMC.

5      CMC is also effective to solubilize Brimonidine tartrate in a biological environment, for example the biological environment of the cornea.


EXAMPLE 3

Brimonidine tartrate dimers.

10      Brimonidine tartrate is added to a test tube containing a composition including chlorite. The test tube was allowed to equilibrate for ten days. Samples obtained from the test tube is analyzed. It is observed that a portion of the Brimonidine tartrate monomer units conjugated to form dimers.


15      While this invention has been described with respect to various specific examples and embodiments, it is to be understood that the invention is not limited thereto and that it can be variously practiced with the scope of the following claims.

10299386 .111902

33

WHAT IS CLAIMED IS:

1.    A composition comprising:

an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;

a solubility enhancing component in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component in the composition relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component; and

a liquid carrier component.

2.    The composition of claim 1 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of imino-imidazolines, imidazolines, imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof and mixtures thereof.

3.    The composition of claim 1 wherein the therapeutically active component includes a quinoxaline component.

4.    The composition of claim 3 wherein the quinoxaline component is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures thereof.

5.    The composition of claim 3 wherein the quinoxaline component is selected from the group consisting of quinoxaline, (2-imidozolin-2-ylamino) quinoxaline, 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, and tartrate of 5-bromo-6-(2-imidozolin-2-

10299586.111902

34

ylamino) quinoxaline, derivatives thereof and mixtures thereof.

6. The composition of claim 1 wherein the therapeutically active component comprises a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

7. The composition of claim 1 wherein the alpha-2-adrenergic agonist component is substantially unionized.

8. The composition of claim 1 wherein the alpha-2-adrenergic agonist component is substantially unionized in a biological environment to which the composition is administered.

9. The composition of claim 1 wherein the alpha-2-adrenergic agonist component has increased diffusion through a lipid membrane relative to an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

10. The composition of claim 1 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of agonists of alpha-2A-adrenergic receptors, agonists of alpha-2B-adrenergic receptors, agonists of alpha-2D-adrenergic receptors and mixtures thereof.

11. The composition of claim 1 wherein the solubility enhancing component is effective to increase the solubility in a biological environment of the alpha-2-adrenergic agonist component relative to the solubility in a biological environment of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

10299386.111902

35

12. The composition of claim 1 wherein the solubility enhancing component comprises a polyanionic component.

13. The composition of claim 12 wherein said polyanionic component is selected from the group consisting of anionic cellulose derivatives, anionic polymers derived from acrylic acid, anionic polymers derived from methacrylic acid, anionic polymers derived from alginic acid, anionic polymers derived from amino acids and mixtures thereof.

14. The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of anionic cellulose derivatives and mixtures thereof.

15. The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of carboxymethylcelluloses and derivatives thereof.

16. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.1% (w/v) to about 30% (w/v).

17. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 10% (w/v).

18. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

36

19. The composition of claim 1 wherein the liquid carrier component is an aqueous liquid carrier component.

20. The composition of claim 1 which is a solution.

21. The composition of claim 1 which has a pH of about 7 or greater.

22. The composition of claim 1 which has a pH in a range of about 7 to about 9.

23. The composition of claim 1 which is ophthalmically acceptable.

24. A composition comprising:
    an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;
    an anionic cellulose derivative in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component; and
    an aqueous liquid carrier component.

25. The composition of claim 24 wherein the alpha-2-adrenergic agonist component comprises a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

26. The composition of claim 24 wherein the anionic cellulose derivative comprises carboxymethylcellulose.

27. The composition of claim 24 wherein the anionic cellulose derivative is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).