10299386.111902

37

28.    A composition comprising:

a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;

a solubility enhancing component in an amount effective to increase the solubility of the tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline; and

an aqueous liquid carrier component.

29.    The composition of claim 28 wherein the solubility enhancing component comprises a carboxymethylcellulose.

30.    The composition of claim 28 which is ophthalmically acceptable.

31.    A complex comprising monomer units derived from one or more quinoxaline components.

32.    The complex of claim 31 wherein the quinoxaline component is selected from the group consisting of a quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, derivatives thereof and mixtures thereof.

33.    The complex of claim 31 wherein the quinoxaline component is a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

34.    An oligomer comprising monomer units derived from a quinoxaline component.

10299386.111902

38

   35.  The oligomer of claim 34 wherein the quinoxaline component is selected from the group consisting of a quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, derivatives thereof and mixtures thereof.

   36.  The oligomer of claim 34 wherein the quinoxaline component is a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

   37.  The oligomer of claim 34 which is a dimer.

   38.  The oligomer of claim 35 which is a dimer.

   39.  The oligomer of claim 36 which is a dimer.

   40.  A composition comprising:
      an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;
      an oxy-chloro component in an effective amount to at least aid in preserving the composition; and
      a liquid carrier component,
wherein the composition is substantially free of cyclodextrins.

   41.  The composition of claim 40 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of imino-imidazolines, imidazolines, imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof and mixtures thereof.

   42.  The composition of claim 40 wherein the

10299386 . 111902

39

therapeutically active component includes a quinoxaline component.

43. The composition of claim 42 wherein the quinoxaline component is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures thereof.

44. The composition of claim 40 which further includes a solubility enhancing component in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component in the composition relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

45. The composition of claim 44 wherein the solubility enhancing component is effective to increase the solubility in a biological environment of the alpha-2-adrenergic agonist component relative to the solubility in a biological environment of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

46. The composition of claim 44 wherein the solubility enhancing component comprises a polyanionic component.

10029586 .111902

## DECLARATION FOR PATENT APPLICATION

D-2892

As a below named inventor, I hereby declare that:

My residence post office address and citizenship are as stated below next to my name.
I believe I am the original first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS the specification of which

(check one) [X ] is attached hereto
[ ] was filed on
as US Application Serial Number or PCT International Application Number
and was amended on ___ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.
I acknowledge the duty to disclose information which is material to the patentability as defined in 37 CFR § 1.56.
I hereby claim foreign priority benefits under 35 U.S.C. §119(a)-(d) or §365(b) of any foreign application(s) for patent or inventor's certificate, or §365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below any foreign application for patent or inventor's certificate, or PCT International application having a filing date before that of the application on which priority is claimed. NONE

Prior Foreign Application(s) Priority Not Claimed

(Number) (Country) (Day/Month/Year Filed) [ ]

I hereby claim the benefit under 35 U.S.C. §119(e) of any United States provisional application(s) listed below.

60/218,200 — (Application Number)
July 14, 2000 — (Filing Date)

I hereby claim the benefit under 35 U.S.C. §120 of any United States application(s), or §365(c) of any PCT International application designation the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. §112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR §1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application. NONE

(Application Number) (Filing Date) (Status -patented, pending, abandoned)

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: Martin A. Voet, Reg. No. 25,208, Robert Baran, Reg. No. 25,806, Carlos A. Fisher, Reg. No. 36,510, Stephen Donovan, Reg. No. 33,433 and Frank J. Uxa, Reg. No. 25,612

Address all telephone calls to
Address all correspondence to

Frank J. Uxa – Telephone: 949-450-1750
Frank J. Uxa
4 Venture, Suite 300
Irvine, CA 92618

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor (given name, family name)    OREST OLEJNIK

Inventor's signature _____
Residence                    Coto de Coza, CA
Post Office Address 5 Addington Place
                     Coto de Coza, CA 92679

Date            7/9/01
Citizenship    U.SA.

Full name of second inventor (given name, family name)    EDWARD D.S. KERSLAKE

Inventor's signature _____
Residence                    Charleston, MA
Post Office Address 30 Elm Street, #1
                     Charleston, MA 02129

Date            7/3/2001
Citizenship    U.S.A.
               U.K

26 MOUNT VERNON
CHARLESTOWN
MA, 02129

RECEIVED

OCT 03 2001

LEGAL/PATENTS

D-2892

**UNITED S.. /TES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

SEPTEMBER 26, 2001                PTAS

ALLERGAN, INC.
FRANK J. UXA
PO BOX 19534
2525 DUPONT DRIVE
IRVINE, CA 92612

.*101787037A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.   A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.   THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.   IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 07/10/2001          REEL/FRAME: 011994/0783
                                      NUMBER OF PAGES: 3

BRIEF:   ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
   OLEJNIK, OREST                     DOC DATE: 07/09/2001

ASSIGNOR:
   KERSLAKE, EDWARD D.S.              DOC DATE: 07/03/2001

ASSIGNEE:
   ALLERGAN SALES, INC.
   PO BOX 19534
   2525 DUPONT DRIVE
   IRVINE, CALIFORNIA 92612

SERIAL NUMBER: 09904018               FILING DATE: 07/10/2001
PATENT NUMBER:                        ISSUE DATE:

JACQUELINE MOORE, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

FORM PTO-1595
(Rev. 6-93)
OMB No. 0651-0011 (exp. 4/94)

**07-25-2001**

||||||| 101787037

SHEET

**U.S. DEPARTMENT OF COMMERCE**
Patent and Trademark Office

To the Honorable Comm. _____ Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| OREST OLEJNIK | Name: **ALLERGAN SALES, INC.** |
| EDWARD D.S. KERSLAKE | Internal Address: PO BOX 19534 |
| Additional name(s) of conveying party(ies) attached?  ☐ Yes  ☒ No | |
| *07/10/01* | Street Address: 2525 DUPONT DRIVE |
| 3. Nature of conveyance: | IRVINE, CA  92612 |
| ☒ Assignment    ☐ Merger | |
| ☐ Security Agreement    ☐ Change of Name | |
| ☐ Other: _____ | |
| Execution Date: JULY 3RD AND 9TH, 2001 | Additional name(s) & address(es) attached? ☐ Yes ☒ No |

4. Application number(s) or patent number(s): *09/904018*
If this document is being filed together with a new application, the execution date of the application is: JULY 3 & 9, 2001
   A: Patent Application No.(s) _____        B. Patent No. (s) _____
                                        Additional numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: | 1 |
|---|---|---|
| Name:  ALLERGAN, INC. | |
| Internal Address:  PO BOX 19534 | 7. Total fee (37 CFR 3.41)...............$ 40 |
| Street Address:  2525 DUPONT DRIVE | ☐ Enclosed |
| IRVINE, CA  92612 | X  Authorized to be charged to deposit account |
| | 8. Deposit account number:   01-0885 |
| | (Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

9. Statement and signature.
   To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

FRANK J. UXA
Name of Person Signing

_____
Signature

July 10, 2001
Date

Total number of pages including cover sheet, attachments and document: 3

/24/2001 LMUELLER 00000130 010885
FC:581        40.00 CH

Mail documents to be recorded with required cover sheet information to:
0990405 Commissioner of Patents & Trademarks, Box assignments
Washington, D.C. 20231

OLEJNIK ET AL                    1                Docket No. 17361(AP)
ASSIGNMENT

WHEREAS we, Orest Olejnik of ORANGE COUNTY, CALIFORNIA and Edward D.S. Kerslake of __SUFFOLK___ COUNTY, MASSACHUSETTS (hereinafter referred to as ASSIGNOR), have invented and own a certain invention entitled: COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS for which I have executed a provisional application, and non-provisional application claiming priority thereto, for Letters Patent of the United States, said provisional patent application having been filed July 14, 2000 and bearing Serial No. 60/218,200 and said non-provisional application for which application for Letters Patent of the United States has been executed on even date herewith.

WHEREAS: Allergan Sales, Inc.,  having its principal place of business at 2525 Dupont Drive, Irvine, CA 92612 (hereinafter referred to as ASSIGNEE), is desirous of acquiring the entire interest in, to and under said invention and in, to and under Letters Patent or similar legal protection to be obtained therefor in the United States and in any and all foreign countries.

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that in consideration of the payment by ASSIGNEE TO ASSIGNOR of the sum of One Dollar ($1.00), the receipt of which is hereby acknowledged, and for other good and valuable consideration, ASSIGNOR hereby sells, assigns and transfers to ASSIGNEE the full and exclusive right, title and interest to said invention in the United States and its territorial possessions and in all foreign countries to all Letters Patent or similar legal protection in the United States and its territorial possessions and in any and all foreign countries to be obtained for said invention by said application or any continuation, divisional, renewal, substitute or reissue thereof or any legal equivalent thereof in a foreign country for the full term or terms for which the same may be granted.

ASSIGNOR hereby covenants that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with this assignment and sale;

ASSIGNOR further covenants that ASSIGNEE will, upon its request, be provided promptly with all pertinent facts and documents relating to said application, said invention and said Letters Patent and legal equivalents in foreign countries as may be known and accessible to ASSIGNOR and will testify as to the same in any interference or litigation related thereto and will promptly execute and deliver to ASSIGNEE or its legal representative any and all papers, instruments or affidavits required to apply for, obtain, maintain, issue and enforce said application, said invention and said Letters Patent and said equivalent thereof in any foreign country which may be necessary or desirable to carry out the purposes thereof.

OLEJNIK ET AL                    2                Docket No. 17361(AP)

IN WITNESS WHEREOF, I/We have hereunto set hand and seal this

_____7/9_____, 2001.                    _Orest Olg_

OREST OLEJNIK

State of _CALIFORNIA_ )
                      ) ss:
County of _ORANGE_ )

On _JULY 9, 2001_ before me, _MARY LOU McNOWN_
personally appeared _OREST OLEJNIK_
personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person, or the entity upon
behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary seal: MARY LOU MCNOWN, Commission # 1229524, Notary Public - California, Orange County, My Comm. Expires Aug 16, 2003]

_Mary Lou McNown_
Notary Public

IN WITNESS WHEREOF, I/We have hereunto set hand and seal this

_____7/3_____, 2001.                    _Kerslake_

EDWARD D.S. KERSLAKE

State of _MASSACHUSETTS_ )
                         ) ss:
County of _Suffolk_ )

On _July 3, 2001_ before me, _Maureen Vibert, Notary Public_
personally appeared _Edward D.S. Kerslake_
personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person, or the entity upon
behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Maureen R Vibert_
Notary Public
My commission expires: 11/6/2006

PRINT OF DRAWINGS
AS ORIGINALLY FILED

10299986.111902

*1/1*



10299386 . 111902

# APPLICATION DATA SHEET

## Inventor Information

| | |
|---|---|
| Inventor One Given Name:: | Orest |
| Family Name:: | Olejnik |
| Postal Address Line One:: | 5 Addington Place |
| Postal Address Line Two:: | |
| City:: | Coto de Coza |
| State or Province:: | CA |
| Postal or Zip Code:: | 92679 |
| Citizenship Country:: | USA |

| | |
|---|---|
| Inventor Two Given Name:: | Edward D.S. |
| Family Name:: | Kerslake |
| Postal Address Line One:: | 26 Mount Vernon |
| Postal Address Line Two:: | |
| City:: | Charlestown |
| State or Province:: | MA |
| Postal or Zip Code:: | 02129 |
| Citizenship Country:: | UK |

## Correspondence Information

| | |
|---|---|
| USPTO Customer No.:: | 33197 |
| Name Line One:: | Frank J. Uxa |
| Name Line Two:: | Stout, Uxa, Buyan & Mullins, LLP |
| Address Line One:: | Suite 300 |
| Address Line Two:: | 4 Venture |
| City:: | Irvine |
| State or Province:: | CA |
| Postal or Zip Code:: | 92618 |
| Telephone:: | 949-450-1750 |
| Fax:: | 949-450-1764 |
| Electronic Mail:: | fjuxa@patlawyers.com |

1

10899386.111908

## Application Information

| | |
|---|---|
| Title Line One:: | Compositions Containing Alpha-2-Adrenergic |
| Title Line Two:: | Agonist Components |
| Total Drawing Sheets:: | 1 |
| Formal Drawings?:: | Yes |
| Application Type:: | Utility |

### Representative Information

| | | |
|---|---|---|
| Registration Number One:: | Martin A. Voet......................................... | 25,208 |
| Registration Number Two:: | Robert J. Baran...................................... | 25,806 |
| Registration Number Three:: | Carlos A. Fisher..................................... | 36,510 |
| Registration Number Four:: | Stephen Donovan................................... | 33,433 |
| Registration Number Five:: | Frank J. Uxa, Jr..................................... | 25,612 |

### Continuity Information

| | |
|---|---|
| This application is a:: | Divisional |
| >Application One:: | 09/904,018 |
| Filing Date:: | July 10, 2001 |

### Assignment Information

| | |
|---|---|
| Assignee Name:: | Allergan Sales, Inc. |
| Postal Address Line One:: | 2525 Dupont Drive |
| Postal Address Line Two:: | |
| City:: | Irvine |
| State or Province:: | CA |
| Postal or Zip Code:: | 92612 |

2

11 - 20 - 20299386 .11190

S($ 10/97)

| UTILITY PATENT APPLICATION TRANSMITTAL | Docket No |
|---|---|
| (Only for new nonprovisional applications under 37 CFR 1.53(b)) | **D-2892DIV** |

Total Pages in this Sub

TO THE COMMISSIONER FOR PATENTS
Box Patent Application
Washington, D.C. 20231

Transmitted herewith for filing under 35 U.S.C. 111(a) and 37 CFR 1.53(b) is a new utility patent application for an invention entitled:

## COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS

and invented by:

### OLEJNIK ET AL

**If a CONTINUATION APPLICATION,** *check appropriate box an supply the requisite information:*
[ ]Continuation  [X]Divisional  [ ]Continuation-in-part (CIP) of prior application No.: 09/904,018, filed July 10, 2001, **application claims the benefit of U.S. Provisional Application Serial No. 60/218,200 filed July 14, 2002.**

**Enclosed are Application Elements:**
[x]     Filing Fee
[x]     Specification having **40** page(s) and including the following:
       [x]     Title of the Invention
       [X]     Cross References to Related Applications *(if applicable)*
       [x]     Background of the Invention
       [x]     Brief Summary of the Invention
       [x]     Description of the Drawings
       [x]     Detailed Description
       [x]     Claim(s) as Classified Below
       [x]     Abstract of the Disclosure
[x]     <u>1</u>  Sheets of Drawings(s) (37 CFR 113) [X] Formal     [ ] Informal
[x]     Oath or Declaration    [x] Executed    [ ] Unexecuted
       [ X ] Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[x]     Power of Attorney    [ X ] Executed    [ ] Unexecuted
       [ ] Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[X ]    Incorporation By Reference -- The entire disclosure of the prior application from which a copy of the oath or declaration is supplied under the above entry, is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.
[ ]     Computer Program in Microfiche *(Appendix)*

**Accompanying Application Parts**
[x]     Assignment Papers (cover sheets & documents(s))
       [X ] The prior application is assigned of record to Allergan Sales, Inc.
              [X ] Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[ ]     37 CFR 3.73(B) Statement *(when there is an assignee)*
[ ]     English Translation Document *(if applicable)*



33197
PATENT TRADEMARK OFFICE

10299386.111902

[X]    Information Disclosure State    /PTO-1449    [ ] Copies of _ ID.    ed Reference(s)
[X]    Preliminary Amendment
[x]    Acknowledgment postcard
[ ]    Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[x ]    Certificate of Mailing by Express Mail
[ ]    Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

**Fee Calculation and Transmittal**

    *  *The filing fee is calculated on the basis of the claims existing in the prior application as amended by the accompanying preliminary amendment noted above.*

| CLAIMS AS FILED | | | | | |
|---|---|---|---|---|---|
| **For** | **#Filed** | **#Allowed** | **#Extra** | **Rate** | **Fee** |
| **Total Claims** | 7 | - 20 = | 0 | X  $18.00 | $.00 |
| **Independent Claims** | 1 | - 3 = | 0 | X  $84.00 | $.00 |
| **Multiple Dependent Claims** | *(check if applicable)* [ ] | | | | $ 0.00 |
| | | | | **BASIC FEE** | $740.00 |
| **OTHER FEE** *(specify purpose)* ASSIGNMENT RECORDATION FEE | | | | | $.00 |
| *(Applicant has small entity status under 37 CFR 1.9 and 1.27)* | | | | **SMALL ENTITY STATUS** | — |
| | | | | **TOTAL FILING FEE** | $740.00 |

[ ]    A check in the amount of $ __ to cover the filing fee and the assignment fee is enclosed.
[x]    The Commissioner is hereby authorized to charge and/or credit Deposit Account Number **01-0885** as described below.
    [x]    Charge the amount of $**740.00** as filing fee and assignment fee.
    [x]    Credit any overpayment.
    [x]    Charge any additional filing fees required under 37 CFR 1.16 and 1.17.

Respectfully Submitted,

Frank J. Uxa
Attorney for Applicants
Registration Number: 25,612

Stout, Uxa, Buyan & Mullins, LLP
4 VENTURE, SUITE 300, IRVINE, CA  92618
*phone* (949) 450-1750; *fax* (949) 450-1764

D-2892DIV



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:
     OLEJNIK ET AL                     )    Group Art Unit: N/A
                                       )    (Prior: 1615)
Serial No. N/A                         )
                                       )
Dated: Submitted Herewith             )    Examiner: N/A
                                       )    (Prior: Bennett, R.)
For:  COMPOSITIONS CONTAINING          )
      ALPHA-2-ADRENERGIC AGONIST       )
      COMPONENTS                       )

### INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
Washington, DC  20231

Dear Sir:

     Applicant wishes to call to the attention of the Examiner the
documents cited on the accompanying Form PTO-1449.  No concession
is made that these documents are prior art, and applicant expressly
reserves the right to antedate the documents as may be appropriate.
Applicant requests that each of these documents be made of record
in the above-identified application.

     Each of these documents were cited in related (parent)
application Serial No. 09/904,018 filed July 10, 2001.  Therefore,
no copies of these documents are submitted herewith.

                              Respectfully submitted,

                              Frank J. Uxa
                              Attorney for Applicant
                              Reg. No. 25,612
                              4 Venture, Suite 300
                              Irvine, CA  92618
                              (949) 450-1750
FJUxa/ac                      Facsimile (949) 450-1764

Sheet 1 of 2

| Form PTO-1449 | | | | | | DOCKET NO: D-2892DIV | | | | APPLN. NO.: N/A | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** **IN AN APPLICATION** (Use several sheets if necessary) | | | | | | APPLICANT: Olejnik et al. | | | | | |
| | | | | | | FILING DATE: Herewith | | | | GROUP ART: N/A | |

## U. S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | DATE | NAME | CLASS | SUBCLASS | RULING DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PB | 3 | 8 | 9 | 0 | 3 | 1 | 9 | 06/17/75 | Danielwicz et al. | | | |
| | 4 | 5 | 3 | 0 | 9 | 2 | 0 | 07/23/85 | Nestor et al. | | | |
| | 4 | 8 | 0 | 6 | 6 | 6 | 6 | 02/21/89 | Portoghese | | | |
| | 5 | 0 | 2 | 1 | 4 | 1 | 6 | 06/04/91 | Gluchowski | | | |
| | 5 | 2 | 0 | 2 | 1 | 2 | 8 | 04/13/93 | Morelia et al. | | | |
| | 5. | 3 | 5 | 2 | 7 | 9 | 6 | 10/04/94 | Hoeger et al. | | | |
| | 5 | 4 | 5 | 9 | 1 | 3 | 3 | 10/17/95 | Neufeld | | | |
| | 5 | 7 | 0 | 3 | 0 | 7 | 7 | 12/30/97 | Burke et al. | | | |
| | 5 | 7 | 2 | 6 | 8 | 8 | 7 | 03/10/98 | Martin et al. | | | |
| | 5 | 8 | 1 | 4 | 4 | 1 | 6 | 09/29/98 | Lee et al. | | | |
| | 5 | 8 | 3 | 4 | 5 | 0 | 2 | 11/10/98 | Cheng et al. | | | |
| PB | 5 | 9 | 9 | 4 | 1 | 1 | 0 | 11/30/99 | Mosbach et al. | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | YES | NO |
| PB | 2 | 0 | 4 | 8 | 3· | 1 | 6 | 02/09/92 | Canada | | | | |
| | 0 | 6' | 0 | 9 | 9 | 6 | 1 | 05/10/94 | European | | | | |
| | 94 | / | 1 | 6 | 6 | 8 | 5 | 08/04/94 | International WIPO | | | | |
| | 98 | / | 4 | 7 | 8 | 7 | 8 | 10/29/98 | International WIPO | | | | |
| | 99 | / | 4 | 3 | 2 | 9 | 9 | 09/02/99 | International WIPO | | | | |
| PB | 99 | / | 5 | 1 | 2 | 7 | 3 | 10/14/99 | International WIPO | | | | |

## OTHER DOCUMENTS

| | |
|---|---|
| | |
| | |
| | |
| | |

| EXAMINER | DATE CONSIDERED: |
|---|---|
| *Rachel Bennett* | 2/27/03 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

*18/299, 336*

Sheet 2 of 2

| Form PTO-1449 | | | | | | | | | DOCKET NO: D-2892DIV | | APPLN. NO.: N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION IN AN APPLICATION** (Use several sheets if necessary) | | | | | | | | | APPLICANT: Olejnik et al. | | |
| | | | | | | | | | FILING DATE: Herewith | | GROUP ART: N/A |

### U. S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | RULING DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *RB* | 3 | 2 | 7 | 8 | 4 | 4 | 7 | 10/11/66 | McNicholas | | | |
| *RB* | 5 | 7 | 1 | 9 | 1 | 9 | 7 | 02/17/98 | Kanios et al. | | | |
| *RB* | 09 | /9 | 0 | 3 | 9 | 6 | 2 | 07/10/01 | Olejnik et al. | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | YES | NO |
| *RB* | 0 | 0 | 1 | 2 | 1 | 3 | 7 | 03/09/00 | International — WIPO | | | | |
| *RB* | 0 | 0 | 1 | 9 | 9 | 8 | 1 | 04/13/00 | International — WIPO | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

### OTHER DOCUMENTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

EXAMINER *Rachel O Bennett*

DATE CONSIDERED: 2/27/03

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

**EXHIBIT E, TAB 2**

D-2892DIV

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### PATENT

| | |
|---|---|
| In re application of:<br>    OLEJNIK ET AL | Group Art Unit:  N/A<br>(Prior: 1615) |
| Serial No.  N/A | |
| Dated:  Submitted herewith | Examiner:  N/A<br>(Prior: Bennett, R.) |
| For: COMPOSITIONS CONTAINING<br>    ALPHA-2-ADRENERGIC AGONIST<br>    COMPONENTS | |

### PRELIMINARY AMENDMENT

Commissioner for Patents
Washington, DC  20231

Sir:

    Please amend the above-identified application as follows:

### IN THE SPECIFICATION:

    On page 1, before the first sentence, add the following paragraph:

    --This application is a division of application Serial No.: 09/904,018, filed July 10, 2001, which application claims the benefit of U.S. Provisional Application Serial No. 60/218,200 filed July 14, 2000, the disclosure of each of these applications is hereby incorporated herein in its entirety by reference.--

### IN THE CLAIMS:

    Cancel claims 1 to 39, without prejudice.

    Add new claims 40 to 46 as follows.

40.    (New Claim) A composition comprising:
        an alpha-2-adrenergic agonist component  in  an  amount effective to provide a therapeutic benefit to a patient to whom the

10899386.111902

D-2892DIV                                    2

composition is administered;

an oxy-chloro component in an effective amount to at least aid in preserving the composition; and

a liquid carrier component,

wherein the composition is substantially free of cyclodextrins.

41.    (New claim)  The composition of claim 40 wherein the alpha-2-adrenergic agonist component is selected from  the group consisting  of  imino-imidazolines,  imidazolines,  imidazoles, azepines,  thiazines,  oxazolines,  guanidines,  catecholamines, derivatives thereof and mixtures thereof.

42.    (New claim)  The composition of claim 40 wherein the therapeutically active component includes a quinoxaline component.

43.    (New claim)  The composition of claim 42 wherein the quinoxaline  component  is  selected  from  the  group  consisting  of quinoxaline, derivatives thereof, and mixtures thereof.

44.    (New claim)  The composition of claim 40 which further includes a solubility enhancing component in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component in the composition relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

45.    (New claim)  The composition of claim 44 wherein the solubility  enhancing  component  is  effective  to  increase  the solubility in a biological environment of the alpha-2-adrenergic agonist  component  relative  to  the  solubility  in  a  biological environment of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

D-2892DIV                              3

a² concl⁰

    46.  (New claim)  The composition of claim 44 wherein the solubility enhancing component comprises a polyanionic component.

## REMARKS

   Claims 1 to 39 have been canceled, without prejudice.  New claims 40 to 46 have been added and are directed to embodiments for which patent protection is sought.

    Applicant requests early and favorable action in the above-identified application.

                               Respectfully submitted,

                               Frank J. Uxa
                               Attorney for Applicant
                               Reg. No. 25,612
                               4 Venture, Suite 300
                               Irvine, CA  92618
                               (949) 450-1750
                               Facsimile (949) 450-1764

10299586.111902

DOCKET NO.:  D-2892DIV

THE ENCLOSED PATENT APPLICATION OF OLEJNIK ET AL IS BEING
FILED IN ACCORDANCE WITH SECTION 37 CFR 1.10 BY EXPRESS
MAIL AND SHOULD BE ACCORDED A FILING DATE OF:

November 19, 2002

SEE THE EXPRESS MAIL CERTIFICATE ATTACHED TO THE APPLICATION.

10299586 .111902

D-2892DIV

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### PATENT

In re application of:
OLEJNIK ET AL                              )    Group Art Unit:  N/A
                                           )    (Prior: 1615)
Serial No.  N/A                            )
                                           )    Examiner:  N/A
Dated:  Submitted herewith                 )    (Prior: Bennett, R.)
                                           )
For: COMPOSITIONS CONTAINING               )
     ALPHA-2-ADRENERGIC AGONIST            )
     COMPONENTS                            )

Express Mail Mailing Label No. EV059890633

Date of Deposit: November 19, 2002

    I hereby certify that the following documents as identified below are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and are addressed to the Assistant Commissioner for Patents, Box New App, Washington, D.C.  20231:

    1.    Application Transmittal Sheet;
    2.    Application Data Sheet;
    3.    Preliminary Amendment;
    4.    Copy of Application;
    5.    1 Formal Drawing;
    6.    Copy Declaration;
    7.    Copy of Assignment Recordation Cover Sheet
          and Assignment;
    8.    Information Disclosure Statement and PTO 1449; and
    9.    Acknowledgment Postcard

The 9 above-identified documents are enclosed herewith.

                        Respectfully submitted,

                        _Janet C. McGhee_

                        Janet E. McGhee, Office of
                        Frank J. Uxa
                        Attorney for Applicant
                        Reg. No. 25,612
                        4 Venture, Suite 300
                        Irvine, CA  92618
                        (949) 450-1750
                        Facsimile (949) 450-1764

FJUxa/ac

**EXHIBIT E, TAB 3**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/299,386 | 11/19/2002 | Orest Olejnik | D-2892DIV | 4927 |

33197      7590      03/13/2003

STOUT, UXA, BUYAN & MULLINS LLP
4 VENTURE, SUITE 300
IRVINE, CA  92618

| EXAMINER |
|---|
| BENNETT, RACHEL M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1615 | |

DATE MAILED: 03/13/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

| | | Application No. | Applicant(s) |
|---|---|---|---|
| **Office Action Summary** | | 10/299,386 | OLEJNIK ET AL. |
| | | Examiner | Art Unit |
| | | Rachel M. Bennett | 1615 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>19 November 2002</u> .

2a) ☐ This action is **FINAL**.    2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>40-46</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) <u>40-46</u> is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved by the Examiner.

    If approved, corrected drawings are required in reply to this Office action.

12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some *   c) ☐ None of:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    a) ☐ The translation of the foreign language provisional application has been received.

15) ☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>1</u> .
4) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: 

U.S. Patent and Trademark Office
PTO-326 (Rev. 04-01)            Office Action Summary            Part of Paper No. 3

Application/Control Number: 10/299,386                                                      Page 2
Art Unit: 1615

## DETAILED ACTION

The examiner acknowledges receipt of Preliminary Amendment A filed 11/19/02.

### *Specification*

### *Double Patenting*

1.      The nonstatutory double patenting rejection is based on a judicially created doctrine
grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or
improper timewise extension of the "right to exclude" granted by a patent and to prevent possible
harassment by multiple assignees.  See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.
Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686
F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA
1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).
        A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to
overcome an actual or provisional rejection based on a nonstatutory double patenting ground
provided the conflicting application or patent is shown to be commonly owned with this
application.  See 37 CFR 1.130(b).
        Effective January 1, 1994, a registered attorney or agent of record may sign a terminal
disclaimer.  A terminal disclaimer signed by the assignee must fully comply with 37
CFR 3.73(b).

2.      Claims 40-43 are provisionally rejected under the judicially created doctrine of

obviousness-type double patenting as being unpatentable over claims 47-66 of copending

Application No. 10/236566.  Although the conflicting claims are not identical, they are not

patentably distinct from each other because both applications claim an alpha −2-adrenergic

agonist with an oxy-cholo component.

        This is a <u>provisional</u> obviousness-type double patenting rejection because the conflicting

claims have not in fact been patented.

3.      Claims 40-46 are provisionally rejected under the judicially created doctrine of

obviousness-type double patenting as being unpatentable over claims 1-52 of copending

Application No. 09/903962.  Although the conflicting claims are not identical, they are not

Application/Control Number: 10/299,386                                          Page 3
Art Unit: 1615

patentably distinct from each other because both applications claim an alpha –2-adrenergic

agonist with an oxy-cholo component.

      This is a <u>provisional</u> obviousness-type double patenting rejection because the conflicting

claims have not in fact been patented.

### *Claim Rejections - 35 USC § 112*

4.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

5.      Claims 40-46 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for

failing to particularly point out and distinctly claim the subject matter which applicant regards as

the invention. Applicants do not clearly define "substantially free of cyclodextrins" in the claims

or the specification. Clarification is requested.

### *Claim Rejections - 35 USC § 103*

6.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

7.      Claims 40-46 are rejected under 35 U.S.C. 103(a) as being unpatentable over Burke (US

5215991) in further view of Beck et al. (US .6358935).

      Burke discloses pharmaceutical compositions of alpha 2 agonists and Na+/H+ exchange

inhibitors which are useful in lowering intraocular pressure (IOP) and treatment of intraocular

hypertension (see abstract). Preferred imidazoline-derived alpha 2 agonists or pharmaceutically

acceptable salts thereof are disclosed in col. 3 (see formula). The most preferred imidazoline-

Application/Control Number: 10/299,386                                        Page 4
Art Unit: 1615

derived alpha 2 agonist compounds include 5-bromo-6-(2-imidazolidine-2-

ylamino)quinoaxaline.  Doses of alpha 2 agonist in an ophthalmic preparation effective, non-

toxic amount of the agonist in a pharmaceutically acceptable liquid, gel, cream or aqueous or

nonaqueous liquid suspension or solution are preferably from about 0.001% to about 1.0%

weight/volume.  Regardless of the preferred range stated herein, one can determine the most

efficacious dose for a particular alpha 2 agonist by carrying out a dose response curve as is well

known in the art (see col. 4 lines 34-44).  Various buffers and means for adjusting pH may be

used as long as the resulting preparation is ophthalmically acceptable.  Benzalkonium choride

may be used as a preservative.  Vehicles include carboxy methyl cellulose.  Burke does not

disclose the preservative to be a chlorite component.

        Beck discloses compositions including a liquid medium, a cylodextrin component and a

preservative component which has a reduced tendency of being complexed with the cyclodextrin

component.  The clycodextrin component can be in an amount as little as 0.1%.  In one

embodiment, the preservative component is a chlorite component.  Active compounds, such as

pharmaceutically active components or drugs, preferably are included in the compositions (see

abstracts).  For example, the present compositions may include a pharmaceutically effective in

providing a therapeutic effect when administered to the eyes of a human or animal.  The

preservative employed is preferably ophthalmically acceptable at the concentration employed so

that the human or animal is effectively treated without significant harm caused by the presence

of the preservative (see col. 1).  Preferably, the preservative component has in increased or

greater preservative efficacy in the composition relative to an identical amount (w/v) of

benzalkonium chloride.

Application/Control Number: 10/299,386                                    Page 5
Art Unit: 1615

Absent unexpected results, it would have been obvious to one of ordinary skill in the art

at the time the invention was made to have modified the composition of Burke by substituting

the preservative, chlorite as taught by Beck for the benzalkonium choride because of the

expectation of increased or greater preservative efficacy as taught by Beck.

*Correspondence*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Rachel M. Bennett whose telephone number is (703) 308-8779.

The examiner can normally be reached on Monday through Friday, 8:00 A.M. to 4:30 P.M..

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Thurman K. Page can be reached on (703) 308-2927. The fax phone numbers for the

organization where this application or proceeding is assigned are (703) 305-3592 for regular

communications and (703) 308-7924 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 308-1234.


R. Bennett
March 3, 2003

THURMAN K. PAGE
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 1600