|  | Notice of References Cited | Application/Control No. | Applicant(s)/Patent Under Reexamination |  |
|---|---|---|---|---|
|  |  | 10/299,386 | OLEJNIK ET AL. |  |
|  |  | Examiner | Art Unit |  |
|  |  | Rachel M. Bennett | 1615 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * |  | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
|  | A | US-US005215991A | 06-1993 | Burke | 514/255 |
|  | B | US-US006358935B1 | 03-2002 | Beck et al. | 514/58 |
|  | C | US- |  |  |  |
|  | D | US- |  |  |  |
|  | E | US- |  |  |  |
|  | F | US- |  |  |  |
|  | G | US- |  |  |  |
|  | H | US- |  |  |  |
|  | I | US- |  |  |  |
|  | J | US- |  |  |  |
|  | K | US- |  |  |  |
|  | L | US- |  |  |  |
|  | M | US- |  |  |  |

**FOREIGN PATENT DOCUMENTS**

| * |  | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
|  | N |  |  |  |  |  |
|  | O |  |  |  |  |  |
|  | P |  |  |  |  |  |
|  | Q |  |  |  |  |  |
|  | R |  |  |  |  |  |
|  | S |  |  |  |  |  |
|  | T |  |  |  |  |  |

**NON-PATENT DOCUMENTS**

| * |  | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
|  | U |  |
|  | V |  |
|  | W |  |
|  | X |  |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    Notice of References Cited                    Part of Paper No. 3

D-5892DIV

Receipt
FILE COPY
RECEIVED
JAN 3 0 2003
TECH CENTER 1600/2900

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
PATENT

In the application of:                    )
)
    OLEJNIK ET AL.                       )    Group Art Unit: 1615
)
Serial No.  10/299,386                    )    Examiner: Unknown
)
Filed: November 19, 2002                  )
)
For: COMPOSITIONS CONTAINING ALPHA-       )
    2-ADRENERGIC AGONIST COMPONENTS)

I hereby certify that this correspondence is being
deposited with the United States Postal Service
with sufficient postage as first class mail in
an envelope addressed to: Commissioner for
Patents, Washington, DC 20231, on or before
_January 15, 2003_
_Carol McPhee_
Title _Assist._
Date _1/15/03_

## REQUEST FOR CORRECTED FILING RECEIPT

Commissioner for Patents
Washington, D.C.  20231

Sir:

    Please issue a corrected Filing Receipt in the above-
identified application to read as follows with regard to the
APPLICANT:

    Please change applicant's city name from "Coto de Coza" to
--Coto de Caza--.

D-2892DIV                              2

      Therefore, applicant requests that a corrected filing receipt be issued, as set forth above, to properly identify the applicant's city.

Respectfully submitted,

Frank J. Uxa
Attorney for Applicant
Reg. No. 25,612
4 Venture, Suite 300
Irvine, CA  92618
(949) 450-1750
Facsimile (949) 450-1764

FJUxa/ac

RECEIVED    Page 1 of 2

JAN 3 0 2003    FILE COPY

TECH CENTER 1600/2900

OIPE    JAN 2 1 2003

UNITED STATES
PATENT AND
TRADEMARK OFFICE

Commissioner for Patents
Washington, DC 20231
www.uspto.gov

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | DRAWINGS | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|---|
| 10/299,386 | 11/19/2002 | 1614 | 740 | D-2892DIV | 1 | 7 | 1 |

CONFIRMATION NO. 4927

33197
STOUT, UXA, BUYAN & MULLINS LLP
4 VENTURE, SUITE 300
IRVINE, CA 92618

17361

FILING RECEIPT

*OC000000009282947*

Date Mailed: 12/23/2002

Receipt is acknowledged of this regular Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections, facsimile number 703-746-9195. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).

Applicant(s)

CAZA

Orest Olejnik, Coto de Coza, CA;
Edward D.S. Kerslake, Charlestown, MA;

Assignment For Published Patent Application
Allergan Sales, Inc., Irvine, CA;

Domestic Priority data as claimed by applicant
This application is a DIV of 09/904,018 07/10/2001
which claims benefit of 60/218,200 07/14/2000

Foreign Applications

If Required, Foreign Filing License Granted: 12/20/2002

Projected Publication Date: 04/03/2003

Non-Publication Request: No

Early Publication Request: No

Title
Compositions containing alpha-2-adrenergic agonist components

RECEIVED
DEC 3 0 2002
BY

Preliminary Class
        514

# LICENSE FOR FOREIGN FILING UNDER
## Title 35, United States Code, Section 184
## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Office of Export Administration, Department of Commerce (15 CFR 370.10 (j)); the Office of Foreign Assets Control, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

**EXHIBIT E, TAB 4**

MAR 1 9 2003
TECH CENTER 1600/2900

PTO/SB/122 (10-01)
Approved for use through 10/31/2002. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

OIPE
MAR 1 7 2003
PATENT & TRADEMARK OFFICE

**CHANGE OF**
**CORRESPONDENCE ADDRESS**
*Application*

Address to:
Commissioner for Patents
Washington, D.C. 20231

| | |
|---|---|
| Application Number | 10/299,386 |
| Filing Date | November 19, 2002 |
| First Named Inventor | Olejnik |
| Art Unit | 1615 |
| Examiner Name | NA |
| Attorney Docket No. | D-2892 DIV |

4/ Change of address

Please change the Correspondence Address for the above-identified application to:

☐  Customer Number

OR

| Customer Number | |
|---|---|

Customer Number Bar Code

Bet 6-24-03

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Firm or Individual Name | Carlos A. Fisher | | | | | |
| Address | Allergan, Inc. 2525 Dupont Drive | | | | | |
| City | Irvine | | State | CA | Zip | 92627 |
| Country | US | | | | | |
| Telephone | 714-246-4920 | | | Fax | 714-246-4249 | |

This form cannot be used to change the data associated with a Customer Number. To change the data associated with an existing Customer Number use "Request for Customer Number Data Change" (PTO/SB/124).

I am the:

☐  Applicant/Inventor.

☐  Assignee of record of the entire interest.
     Statement under 37 CFR 3.73(b) is enclosed.  (Form PTO/SB/96).

☒  Attorney or Agent of record.

☐  Registered practitioner named in the application transmittal letter in an application without an executed oath or declaration.  See 37 CFR 1.33(a)(1).  Registration Number

| | |
|---|---|
| Typed or Printed Name | Frank J. Uxa |
| Signature | [signature] |
| Date | March 10, 2003 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☒  *Total of     1     forms are submitted.

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, Washington, DC 20231, on or before

March 10, 2003
Janet McGhee
Title Assist.
Date 3/10/03

**EXHIBIT E, TAB 5**

#GP1626

DOCKET NO. 17361 DIV (AP)
PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of Olejnik, et al.

Serial No: 10/299,386

Filed: November 19, 2002

For:   COMPOSITIONS CONTAINING
ALPHA-2-ADRNERGIC AGONIST
COMPONENTS

Group Art Unit: 1626

Examiner: Bennett, R.

5/B e/m 6-13-03

### RECEIVED

JUN 1 8 2003

TECH CENTER 1600/2900

Bet 6-24-03

### REPLY TO OFFICE ACTION

This communication is in Reply to the Office Action mailed March 13, 2003. Applicants have carefully studied the Office Action, and respectfully request reconsideration of the claim rejections in light of the claim amendments and comments which follow.

CERTIFICATE OF MAILING
I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL
SERVICE AS FIRST CLASS  MAIL WITH SUFFICIENT POSTAGE IN AN ENVELOPE ADDRESSED TO THE:  MAIL STOP
AMENDMENT-FEE, COMMISSIONER FOR PATENTS, P.O. BOX 1450, ALEXANDRIA, VA  22313-1450 ON
6/13/2003
BONNIE FERGUSON
Signature of Person Making Deposit: _____  Date:   6/13/03

13

Serial No. 10/299,386                    2                    Docket No. 17361 DIV(AP)


AMENDMENTS TO THE CLAIMS

---

1-39 (Cancelled)

40. (Currently amended) A ~~therapeutically effective ophthalmic~~ composition comprising:
an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic
benefit to a patient to whom the composition is administered; ~~and~~
a solubility enhancing component other than a cyclodextrin in an amount effective to
increase the solubility of the alpha-2-adrenergic agonist component in the composition
relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar
composition without the solubility enhancing component
~~an oxy-chloro component in an effective amount to at least aid in preserving the~~
~~composition; and~~
~~a liquid carrier component,~~
~~wherein the composition is substantially free of cyclodextrins.~~

41. (Previously added) The composition of claim 40 wherein the alpha-2-adrenergic
component is selected from the group consisting of imino-imidazolines, imidazolines,
imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof,
and mixtures thereof.

42. (Previously added) The composition of claim 40 wherein the therapeutically active
component includes a quinoxaline component.

43. (Previously added) The composition of claim 42 wherein the quinoxaline component
is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures
thereof.

44. (Currently amended) The composition of claim 40 ~~which further includes a~~ wherein said
solubility enhancing component ~~in an amount effective to increase the solubility of the~~
~~alpha-2-adrenergic agonist component in the composition relative to the solubility of an~~
~~identical alpha-2-adrenergic agonist component in a similar composition without the~~
~~solubility enhancing component~~ comprises an anionic polymer.

B

Serial No. 10/299,386          3          Docket No. 17361 DIV(AP)

45.     (Currently amended) The composition of claim 44 46 wherein the solubility enhancing component is effective to increase the solubility in a biological environment of the alpha-2-adrenergic agonist component relative to the solubility in a biological environment of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

46. (Currently amended) The composition of claim 44 42 wherein the solubility enhancing component comprises ~~a polyanionic component~~ an anionic polymer.

47. (New)     The composition of claim 42 wherein said solubility enhancing component comprisers an anionic polymer.

48. (New)     The composition of claim 40 which further comprises an effective amount of a preservative.

49. (New)     The composition of claim 45 which further comprises an effective amount of a preservative.

**Serial No. 10/299,386**                    4                    **Docket No. 17361 DIV(AP)**

## REMARKS

The Applicants are in receipt of the Office Action dated March 13, 2003. Following a careful review, the Applicants have the following comments.

*Correspondence Address*

Kindly note the change of correspondence address filed March 10, 2003. The new correspondence address is:

Carlos A. Fisher
Allergan. Inc.
Legal Department
Mail Stop T2-7
2525 Dupont Dr.
Irvine, CA 92612

*Provisional Obviousness Type Double Patenting Rejections*

Applicants herewith have filed a Terminal Disclaimer over 1) any patent issuing from US Patent Application Serial No. 10/236,566 and 2) issued United States Patent 6,562,873 (which issued from Serial No. 09/903,962). Thus, the provisional double patenting rejections are now thought to be moot.

*35 USC §112*

The Examiner rejected claims 40-46 as being allegedly indefinite due to use of the term "substantially free of cyclodextrins". Applicants have now amended claim 40 to state that the solubility enhancing component is other than a cyclodextrin. Thus, this rejection is now thought to be moot.

*35 USC 103*

The Examiner has rejected claims 40-46 as allegedly unpatentable over Burke (US Patent No. 5,215,991) in view of Beck (US Patent 6,358,935). Applicants respectfully traverse this rejection.

B

Serial No. 10/299,386                    5                    Docket No. 17361 DIV(AP)

The claims have now been amended to set forth the invention in a preferred embodiment thereof. Thus, as now claimed, the invention comprises a <u>therapeutically effective ophthalmic</u> composition containing an alpha -2- adrenergic receptor agonist and a solubility enhancing component.

The Examiner points out that Burke discloses compositions comprising a combination of alpha 2 agonists and Na+/H+ exchanges inhibitors for the treatment of high IOP. These combinations may be in liquid form, either suspensions or solutions. Burke discloses that the combinations claimed may optionally be formulated using various vehicles, including carboxymethyl cellulose, various tonicity agents, and various preservatives, including benzalkonium chloride.

The Examiner also cites Beck for the proposition that an oxychoro component may be used in an ophthalmic formulation. Applicants have amended the claims to remove the necessity for a preservative, this reference is no longer thought to be applicable.

Applicants respectfully maintain that for all its discussion of possible formulations, nothing in Burke discloses or suggests the use of a solubility enhancing component in combination with an alpha adrenergic agonist. The present application, which also discloses the advantages of using such a component (such as greater flexibility with the concentration and pH at which such composition is formulated is, to the Applicants' knowledge, the first reference to do so.

For these reasons, the Applicants respectfully request reconsideration and withdrawal of the pending rejections.

If there is a fee, please charge deposit account 01-0885.

Date: 6/13/03                    By: _____
                                         Carlos A. Fisher
                                         Reg. No. 36,510
                                         ALLERGAN SALES, INC.

Please direct all correspondence to:

Carlos A. Fisher (T2-7H)
Attorney of Record
ALLERGAN, INC.
2525 Dupont Drive
Irvine, CA 92612
Telephone: 714/246-4920
Fax: 714/246-4249

**EXHIBIT E, TAB 6**



DOCKET NO. 17361DIV(AP)
PATENT

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re Application of Olejnik et al | Group Art Unit: 1615 |
| Serial No: 10/299,386 | Examiner: Bennett, R. |
| Filed: November 19, 2002 | |
| For:    COMPOSITIONS CONTAINING ALPHA-2-AGONIST ADRENERGIC AGONIST COMPONENTS | |

Commissioner of Patents
Washington, D.C. 20231

### TERMINAL DISCLAIMER TO OBVIATE A PROVISIONAL DOUBLE PATENTING REJECTION OVER BOTH AN ISSUED PATENT AND A PENDING PATENT APPLICATION

Dear Sir:

The owner, ALLERGAN, INC., of 100 percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 USC 154 and 156 and 173, as may be presently shortened by any terminal disclaimer, of 1) any patent issuing on co-pending United States Patent Application No.10/236,566 and on 2) issued United States Patent 6,562,873. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it, any patent issuing from the above-identified patent application, and the above-identified patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 USC 154 to 156 and 173 of either 1) any patent issuing from United States Patent Application  No. 10/236,566, or 2) issued United States Patent 6,562,873 as presently shortened by any terminal disclaimer, in the event that one

06/17/2003 SHIONESI1 00000133 010865   10299386

01 FC:1814          116.00 DA

Serial No. 10/299,386
Docket No. 17361 DIV(AP)                    2

or both of the latter: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminal disclaimed under 37 CFR 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

The undersigned is an attorney of record.

Date: _____ 6/13/03 _____

By: _____

Carlos A. Fisher
Reg. No. 36,510

ALLERGAN SALES, LLC

X____  Please charge the terminal disclaimer fee under 37 CFR 1.20(d) to Account No. 01-0885. A duplicate of this terminal disclaimer is enclosed.

Please direct all future correspondence to:

Carlos A. Fisher (T2-7H)
Attorney of Record
ALLERGAN, INC.
2525 Dupont Drive
Irvine, CA  92612
Telephone:  714/246-4920
Fax: 714/246-4249

**EXHIBIT E, TAB 7**

| | Application No. | Applicant(s) |
|---|---|---|
| *Notice of Allowability* | 10/299,386 | OLEJNIK ET AL. |
| | Examiner | Art Unit |
| | Rachel M. Bennett | 1615 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MEEP 1308.

1. ☒ This communication is responsive to *Amendment B and Terminal Disclaimer filed 6/16/03.*

2. ☒ The allowed claim(s) is/are *40-49.*

3. ☒ The drawings filed on *19 November 2002* are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

5. ☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
   (a) ☐ The translation of the foreign language provisional application has been received.

6. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
      1) ☐ hereto or 2) ☐ to Paper No. _____.
   (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the Examiner.
   (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet.

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)
2 ☐ Notice of Informal Patent Application (PTO-152)
3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
4 ☐ Interview Summary (PTO-413), Paper No._____.
5 ☐ Information Disclosure Statements (PTO-1449), Paper No. _____.
6 ☐ Examiner's Amendment/Comment
7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
8 ☐ Examiner's Statement of Reasons for Allowance
9 ☐ Other

THURMAN K. PAGE
SUPERVISORY PATENT EXAMINER
CENTER 1600

Application/Control Number: 10/299,386                                    Page 2
Art Unit: 1615

## DETAILED ACTION

The examiner acknowledges receipt of Amendment B filed 6/16/03.

### *Terminal Disclaimer*

1.      The terminal disclaimer filed on 6/16/03 disclaiming the terminal portion of any patent

granted on this application which would extend beyond the expiration date of co-pending

application 10/236566 and US Pat. 6,562,873 has been reviewed and is accepted.  The terminal

disclaimer has been recorded.

### *Allowable Subject Matter*

2.      Claims 40-49 are allowed.

### *Correspondence*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Rachel M. Bennett whose telephone number is (703) 308-8779.

The examiner can normally be reached on Monday through Friday, 8:00 A.M. to 4:30 P.M..

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Thurman K. Page can be reached on (703) 308-2927.  The fax phone numbers for the

organization where this application or proceeding is assigned are (703) 305-3592 for regular

communications and (703) 308-7924 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 308-1234.

THURMAN K. PAGE
SUPERVISORY PATENT EXAMINER
CENTER 1600



## United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| | |
|---|---|
| 7590      08/04/2003 | |

CARLOS A. FISHER
ALLERGAN, INC.
2525 DUPONT DRIVE
IRVINE, CA 92627

| EXAMINER |
|---|
| BENNETT, RACHEL M |

| ART UNIT | CLASS-SUBCLASS |
|---|---|
| 1615 | 424-078040 |

DATE MAILED: 08/04/2003

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/299,386 | 11/19/2002 | Orest Olejnik | D-2892DIV | 4927 |

TITLE OF INVENTION: COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC  AGONIST COMPONENTS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1300 | $300 | $1600 | 11/04/2003 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A, If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐   Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 4

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004.

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to: Mail**   Mail Stop ISSUE FEE
Commissioner for Patents
Alexandria, Virginia 22313-1450
**Fax**   (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

7590   08/04/2003

CARLOS A. FISHER
ALLERGAN, INC.
2525 DUPONT DRIVE
IRVINE, CA 92627

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/299,386 | 11/19/2002 | Orest Olejnik | D-2892DIV | 4927 |

TITLE OF INVENTION: COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1300 | $300 | $1600 | 11/04/2003 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BENNETT, RACHEL M | 1615 | 424-078040 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent)   ☐ individual   ☐ corporation or other private group entity   ☐ government

4a. The following fee(s) are enclosed:

☐ Issue Fee

☐ Publication Fee

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):

☐ A check in the amount of the fee(s) is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)                    (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004. OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov/

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/299,386 | 11/19/2002 | Orest Olejnik | D-2892DIV | 4927 |

7590    08/04/2003

CARLOS A. FISHER
ALLERGAN, INC.
2525 DUPONT DRIVE
IRVINE, CA 92627

| EXAMINER |
|---|
| BENNETT, RACHEL M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1615 | |

DATE MAILED: 08/04/2003

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (application filed on or after May 29, 2000)

The patent term adjustment to date is 0 days. If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the term adjustment will be 0 days.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

Any questions regarding the patent term extension or adjustment determination should be directed to the Office of Patent Legal Administration at (703)305-1383.

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004.

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/299,386 | 11/19/2002 | Orest Olejnik | D-2892DIV | 4927 |

| | 7590 | 08/04/2003 |
|---|---|---|

CARLOS A. FISHER
ALLERGAN, INC.
2525 DUPONT DRIVE
IRVINE, CA 92627
UNITED STATES

| EXAMINER |
|---|
| BENNETT, RACHEL M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1615 | |

DATE MAILED: 08/04/2003

### Notice of Fee Increase on January 1, 2003

If a reply to a "Notice of Allowance and Fee(s) Due" is filed in the Office on or after January 1, 2003, then the amount due will be higher than that set forth in the "Notice of Allowance and Fee(s) Due" since there will be an increase in fees effective on January 1, 2003. See Revision of Patent and Trademark Fees for Fiscal Year 2003: Final Rule, 67 Fed. Reg. 70847, 70849 (November 27, 2002).

The current fee schedule is accessible from: http://www.uspto.gov/main/howtofees.htm.

If the issue fee paid is the amount shown on the "Notice of Allowance and Fee(s) Due," but not the correct amount in view of the fee increase, a "Notice to Pay Balance of Issue Fee" will be mailed to applicant. In order to avoid processing delays associated with mailing of a "Notice to Pay Balance of Issue Fee," if the response to the Notice of Allowance and Fee(s) due form is to be filed on or after January 1, 2003 (or mailed with a certificate of mailing on or after January 1, 2003), the issue fee paid should be the fee that is required at the time the fee is paid. If the issue fee was previously paid, and the response to the "Notice of Allowance and Fee(s) Due" includes a request to apply a previously-paid issue fee to the issue fee now due, then the difference between the issue fee amount at the time the response is filed and the previously paid issue fee should be paid. See Manual of Patent Examining Procedure, Section 1308.01 (Eighth Edition, August 2001).

Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004.

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**    Mail Stop ISSUE FEE
Commissioner for Patents
Alexandria, Virginia 22313-1450

**Fax**    (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

```
                      7590        08/04/2003
CARLOS A. FISHER
ALLERGAN, INC.
2525 DUPONT DRIVE
IRVINE, CA 92627
```

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

Bonnie Ferguson _____ (Depositor's name)

_____ (Signature)

8/8/2003 _____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/299,386 | 11/19/2002 | Orest Olejnik | D-2892DIV | 4927 |

TITLE OF INVENTION: COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1300 | $300 | $1600 | 11/04/2003 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BENNETT, RACHEL M | 1615 | 424-078040 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). | 2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. | 1 Frank J. Uxa |
|---|---|---|
| ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached. | | 2 Carlos A. Fisher |
| ☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required. | | 3 Martin A. Voet |

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

| (A) NAME OF ASSIGNEE | (B) RESIDENCE: (CITY and STATE OR COUNTRY) |
|---|---|
| Allergan, Inc. | Irvine, California USA |

Please check the appropriate assignee category or categories (will not be printed on the patent)    ☐ individual  ☒ corporation or other private group entity  ☐ government

| 4a. The following fee(s) are enclosed: | 4b. Payment of Fee(s): |
|---|---|
| ☒ Issue Fee | ☐ A check in the amount of the fee(s) is enclosed. |
| ☒ Publication Fee | ☐ Payment by credit card. Form PTO-2038 is attached. |
| ☒ Advance Order - # of Copies __10__ | ☒ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number 01-0885 (enclose an extra copy of this form). |

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature) _____ (Date) 8/12/03

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1993, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

```
08/18/2003 RBERHE1  00000094 010885  10299386
01 FC:1501    1300.00 DA
02 FC:8001      30.00 DA
03 FC:1504     300.00 DA
```

**TRANSMIT THIS FORM WITH FEE(S)**

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004. OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

6673337

1/1

# FIG. 1



# CLAIMS ONLY

| SERIAL NO. | | FILING DATE |
|---|---|---|
| APPLICANT(S) | | |

## CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | |
|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| TOTAL IND. | | | | | | |
| TOTAL DEP. | 6 | | | | | |
| TOTAL CLAIMS | | | | | | |

| | * | | * | | * | |
|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 51 | | | | | | |
| 52 | | | | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | | | | | | |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | | | | | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |
| 76 | | | | | | |
| 77 | | | | | | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |
| 92 | | | | | | |
| 93 | | | | | | |
| 94 | | | | | | |
| 95 | | | | | | |
| 96 | | | | | | |
| 97 | | | | | | |
| 98 | | | | | | |
| 99 | | | | | | |
| 100 | | | | | | |
| TOTAL IND. | | | | | | |
| TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | | | | | | |

*MAY BE USED FOR ADDITIONAL CLAIMS OR ADMENDMENTS

FORM PTO-2022 (1-98)

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

*U.S. GPO: 1998-443-593/89152

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 2001

Application or Docket Number
_10 299 374_

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 7 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 7 minus 20= | * 0 |
| INDEPENDENT CLAIMS | 1 minus 3 = | * 0 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | OR | RATE | FEE |
| BASIC FEE | 370.00 | OR | BASIC FEE | 740.00 |
| X$ 9= | | OR | X$18= | ✓ |
| X42= | | OR | X84= | ✓ |
| +140= | | OR | +280= | ✓ |
| TOTAL | | OR | TOTAL | 740 |

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * 10 | Minus | ** 20 | = |
| Independent | * 1 | Minus | *** 3 | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

☆U.S. GPO:2001 482:124 / 59197