32

what the cause of this observation may be.  Nonetheless,
Brimonidine tartrate is more soluble in solution with a
1.5% CMC than with no CMC.

5        CMC is also effective to solubilize Brimonidine
tartrate in a biological environment, for example the
biological environment of the cornea.

### EXAMPLE 3

Brimonidine tartrate dimers.

        Brimonidine tartrate is added to a test tube
10    containing a composition including chlorite.  The test
tube was allowed to equilibrate for ten days.  Samples
obtained from the test tube is analyzed.  It is observed
that a portion of the Brimonidine tartrate monomer units
conjugated to form dimers.

15        While this invention has been described with respect
to various specific examples and embodiments, it is to be
understood that the invention is not limited thereto and
that it can be variously practiced with the scope of the
following claims.

10236566 .090600

33

WHAT IS CLAIMED IS:

1.    A composition comprising:

an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;

a solubility enhancing component in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component in the composition relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component; and

a liquid carrier component.

2.    The composition of claim 1 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of amino-imidazolines, imidazolines, imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof and mixtures thereof.

3.    The composition of claim 1 wherein the therapeutically active component includes a quinoxaline component.

4.    The composition of claim 3 wherein the quinoxaline component is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures thereof.

5.    The composition of claim 3 wherein the quinoxaline component is selected from the group consisting of quinoxaline, (2-imidozolin-2-ylamino) quinoxaline, 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, and tartrate of 5-bromo-6-(2-imidozolin-2-

1023656 .090602

34

ylamino) quinoxaline, derivatives thereof and mixtures
thereof.

6. The composition of claim 1 wherein the
therapeutically active component comprises a tartrate of
5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

7. The composition of claim 1 wherein the alpha-2-
adrenergic agonist component is substantially unionized.

8. The composition of claim 1 wherein the alpha-2-
adrenergic agonist component is substantially unionized in
a biological environment to which the composition is
administered.

9. The composition of claim 1 wherein the alpha-2-
adrenergic agonist component has increased diffusion
through a lipid membrane relative to an identical alpha-2-
adrenergic agonist component in a similar composition
without the solubility enhancing component.

10. The composition of claim 1 wherein the alpha-2-
adrenergic agonist component is selected from the group
consisting of agonists of alpha-2A-adrenergic receptors,
agonists of alpha-2B-adrenergic receptors, agonists of
alpha-2D-adrenergic receptors and mixtures thereof.

11. The composition of claim 1 wherein the
solubility enhancing component is effective to increase
the solubility in a biological environment of the alpha-2-
adrenergic agonist component relative to the solubility in
a biological environment of an identical alpha-2-
adrenergic agonist component in a similar composition
without the solubility enhancing component.

35

12. The composition of claim 1 wherein the solubility enhancing component comprises a polyanionic component.

13. The composition of claim 12 wherein said polyanionic component is selected from the group consisting of anionic cellulose derivatives, anionic polymers derived from acrylic acid, anionic polymers derived from methacrylic acid, anionic polymers derived from alginic acid, anionic polymers derived from amino acids and mixtures thereof.

14. The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of anionic cellulose derivatives and mixtures thereof.

15. The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of carboxymethylcelluloses and derivatives thereof.

16. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.1% (w/v) to about 30% (w/v).

17. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 10% (w/v).

18. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

10236566 .090602

36

19. The composition of claim 1 wherein the liquid carrier component is an aqueous liquid carrier component.

20. The composition of claim 1 which is a solution.

21. The composition of claim 1 which has a pH of about 7 or greater.

22. The composition of claim 1 which has a pH in a range of about 7 to about 9.

23. The composition of claim 1 which is ophthalmically acceptable.

24. A composition comprising:
an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;
an anionic cellulose derivative in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component; and
an aqueous liquid carrier component.

25. The composition of claim 24 wherein the alpha-2-adrenergic agonist component comprises a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

26. The composition of claim 24 wherein the anionic cellulose derivative comprises carboxymethylcellulose.

27. The composition of claim 24 wherein the anionic cellulose derivative is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

37

28.   A composition comprising:

a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino)
quinoxaline in an amount effective to provide a
therapeutic benefit to a patient to whom the composition
is administered;

a solubility enhancing component in an amount
effective to increase the solubility of the tartrate of 5-
bromo-6-(2-imidozolin-2-ylamino) quinoxaline; and

an aqueous liquid carrier component.

29.   The composition of claim 28 wherein the
solubility enhancing component comprises a
carboxymethylcellulose.

30.   The composition of claim 28 which is
ophthalmically acceptable.

31.   A complex comprising monomer units derived from
one or more quinoxaline components.

32.   The complex of claim 31 wherein the quinoxaline
component is selected from the group consisting of a
quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-
bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate
of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline,
derivatives thereof and mixtures thereof.

33.   The complex of claim 31 wherein the quinoxaline
component is a tartrate of 5-bromo-6-(2-imidozolin-2-
ylamino) quinoxaline.

34.   An oligomer comprising monomer units derived
from a quinoxaline component.

38

35.    The oligomer of claim 34 wherein the quinoxaline component is selected from the group consisting of a quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate of    5-bromo-6-(2-imidozolin-2-ylamino)    quinoxaline, derivatives thereof and mixtures thereof.

36.    The oligomer of claim 34 wherein the quinoxaline component is a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

37.    The oligomer of claim 34 which is a dimer.

38.    The oligomer of claim 35 which is a dimer.

39.    The oligomer of claim 36 which is a dimer.

40.    A composition comprising:
        an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;
        an oxy-chloro component in an effective amount to at least aid in preserving the composition; and
        a liquid carrier component,
wherein   the   composition   is   substantially   free   of cyclodextrins.

41.    The composition of claim 40 wherein the alpha-2-adrenergic agonist component is selected from  the group consisting    of    imino-imidazolines,    imidazolines, imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof and mixtures thereof.

42.    The    composition   of   claim   40   wherein   the

10236566.090602

39

therapeutically active component includes a quinoxaline
component.

43. The composition of claim 42 wherein the
quinoxaline component is selected from the group
consisting of quinoxaline, derivatives thereof, and
mixtures thereof.

44. The composition of claim 40 which further
includes a solubility enhancing component in an amount
effective to increase the solubility of the alpha-2-
adrenergic agonist component in the composition relative
5    to the solubility of an identical alpha-2-adrenergic
agonist component in a similar composition without the
solubility enhancing component.

45. The composition of claim 44 wherein the
solubility enhancing component is effective to increase
the solubility in a biological environment of the alpha-2-
adrenergic agonist component relative to the solubility in
5    a biological environment of an identical alpha-2-
adrenergic agonist component in a similar composition
without the solubility enhancing component.

46. The composition of claim 44 wherein the
solubility enhancing component comprises a polyanionic
component.

Add
A2

add
B4

**DECLARATION FOR PATENT APPLICATION**

D-2892

As a below named inventor, I hereby declare that:

My residence post office address and citizenship are as stated below next to my name.
I believe I am the original first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled **COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS** the specification of which

(check one)    [X]    is attached hereto
           [ ]    was filed on
                as US Application Serial Number or PCT International Application Number
                and was amended on   ___   (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification,
including the claims, as amended by any amendment referred to above.
I acknowledge the duty to disclose information which is material to the patentability as defined in 37 CFR
§ 1.56.
I hereby claim foreign priority benefits under 35 U.S.C. §119(a)-(d) or §365(b) of any foreign
application(s) for patent or inventor's certificate, or §365(a) of any PCT International application which
designated at least one country other than the United States, listed below and have also identified below
any foreign application for patent or inventor's certificate, or PCT International application having a filing
date before that of the application on which priority is claimed.      **NONE**

Prior Foreign Application(s)                                     **Priority Not Claimed**

                                             [ ]
     (Number)                 (Country)        (Day/Month/Year Filed)

I hereby claim the benefit under 35 U.S.C. §119(e) of any United States provisional application(s) listed
below.

       60/218,200                July 14, 2000
     (Application Number)          (Filing Date)

I hereby claim the benefit under 35 U.S.C. §120 of any United States application(s), or §365(c) of any PCT
International application designation the United States, listed below and, insofar as the subject matter of
each of the claims of this application is not disclosed in the prior United States or PCT International
application in the manner provided by the first paragraph of 35 U.S.C. §112, I acknowledge the duty to
disclose information which is material to patentability as defined in 37 CFR §1.56 which became available
between the filing date of the prior application and the national or PCT International filing date of this
application.      **NONE**

     (Application Number)                  (Filing Date)         (Status -patented, pending, abandoned)

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all
business in the Patent and Trademark Office connected therewith: **Martin A. Voet, Reg. No. 25,208,
Robert Baran, Reg. No. 25,806, Carlos A. Fisher, Reg. No. 36,510, Stephen Donovan, Reg. No. 33,433
and Frank J. Uxa, Reg. No. 25,612**

Address all telephone calls to
Address all correspondence to

Frank J. Uxa – Telephone: 949-450-1750
Frank J. Uxa
4 Venture, Suite 300
Irvine, CA 92618

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor (given name, family name)    OREST OLEJNIK

Inventor's signature _____
Residence            Coto de Coza, CA
Post Office Address 5 Addington Place
                    Coto de Coza, CA 92679

Date          7/9/01
Citizenship   U-SA.

Full name of second inventor (given name, family name)    EDWARD D.S. KERSLAKE

Inventor's signature _____
Residence            Charleston, MA
Post Office Address 30 Elm Street, #1
                    Charleston, MA 02129

Date          7/3/2001
Citizenship   U.S.A.
              U.K

26 MOUNT VERNON
CHARLESTOWN
MA, 02129

FORM PTO-1595
(Rev. 6-93)
OMB No. 0651-0011 (exp. 4/94)

**\_CORDATION FORM COVER SHE\_**
**PATENTS ONLY**

U.S. DEPARTMENT OF COMMER\_
Patent and Trademark O\_

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): <br><br>OREST OLEJNIK <br><br>EDWARD D.S. KERSLAKE <br><br> Additional name(s) of conveying party(ies) attached?  ☐ Yes  ☒ No | 2. Name and address of receiving party(ies) <br><br> Name:  ALLERGAN SALES, INC. <br><br> Internal Address:  PO BOX 19534 <br><br><br> Street Address:  2525 DUPONT DRIVE <br> IRVINE, CA  92612 |
|---|---|
| 3. Nature of conveyance: <br><br> ☒ Assignment      ☐ Merger <br><br> ☐ Security Agreement   ☐ Change of Name <br><br> ☐ Other: _____ <br><br> Execution Date:  JULY 3RD AND 9TH, 2001 | <br><br><br><br><br> Additional name(s) & address(es) attached?  ☐ Yes  ☒ No |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is: JULY 3 & 9, 2001

   A. Patent Application No.(s)                     B. Patent No. (s)

Additional numbers attached?  ☐ Yes  ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: <br><br> Name:       ALLERGAN, INC. <br> Internal Address:   PO BOX 19534 <br> Street Address:    2525 DUPONT DRIVE <br>           IRVINE, CA  92612 | 6. Total number of applications and patents involved: <br><br> 7. Total fee (37 CFR 3.41)..............$ **40** <br><br> ☐ Enclosed <br><br> X Authorized to be charged to deposit account <br><br> 8. Deposit account number:   01-0886 |
|---|---|

                                           (Attach duplicate copy of this page if paying by deposit account)

DO NOT USE THIS SPACE

9. Statement and signature.

   *To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

|   **FRANK J. UXA** <br> Name of Person Signing | _____ <br> Signature | July 10, 2001 <br> Date |
|---|---|---|

Total number of pages including cover sheet, attachments and document:    3

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box assignments
Washington, D.C. 20231

OLEJNIK ET AL                        1                 Docket No. 17361(AP)

## ASSIGNMENT

WHEREAS we, Orest Olejnik of ORANGE COUNTY, CALIFORNIA and Edward D.S. Kerslake of _SUFFOLK_ COUNTY, MASSACHUSETTS (hereinafter referred to as ASSIGNOR), have invented and own a certain invention entitled: COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS for which I have executed a provisional application, and non-provisional application claiming priority thereto, for Letters Patent of the United States, said provisional patent application having been filed July 14, 2000 and bearing Serial No. 60/218,200 and said non-provisional application for which application for Letters Patent of the United States has been executed on even date herewith.

WHEREAS: Allergan Sales, Inc., having its principal place of business at 2525 Dupont Drive, Irvine, CA 92612 (hereinafter referred to as ASSIGNEE), is desirous of acquiring the entire interest in, to and under said invention and in, to and under Letters Patent or similar legal protection to be obtained therefor in the United States and in any and all foreign countries.

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that in consideration of the payment by ASSIGNEE TO ASSIGNOR of the sum of One Dollar ($1.00), the receipt of which is hereby acknowledged, and for other good and valuable consideration, ASSIGNOR hereby sells, assigns and transfers to ASSIGNEE the full and exclusive right, title and interest to said invention in the United States and its territorial possessions and in all foreign countries to all Letters Patent or similar legal protection in the United States and its territorial possessions and in any and all foreign countries to be obtained for said invention by said application or any continuation, divisional, renewal, substitute or reissue thereof or any legal equivalent thereof in a foreign country for the full term or terms for which the same may be granted.

ASSIGNOR hereby covenants that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with this assignment and sale;

ASSIGNOR further covenants that ASSIGNEE will, upon its request, be provided promptly with all pertinent facts and documents relating to said application, said invention and said Letters Patent and legal equivalents in foreign countries as may be known and accessible to ASSIGNOR and will testify as to the same in any interference or litigation related thereto and will promptly execute and deliver to ASSIGNEE or its legal representative any and all papers, instruments or affidavits required to apply for, obtain, maintain, issue and enforce said application, said invention and said Letters Patent and said equivalent thereof in any foreign country which may be necessary or desirable to carry out the purposes thereof.

-1-

102365566 090602

OLEJNIK ET AL                    2                    Docket No. 17361(AP)

IN WITNESS WHEREOF, I/We have hereunto set hand and seal this

_____ 7/9 _____, 2001.

OREST OLEJNIK

State of _CALIFORNIA_ )
                        ) ss:
County of _ORANGE_ )

On _JULY 9, 2001_ before me, _MARY LOU McNOWN_
personally appeared _OREST OLEJNIK_
~~personally known to me (or~~ proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person, or the entity upon
behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

MARY LOU McNOWN
Commission # 1229524
Notary Public - California
Orange County
My Comm. Expires Aug 16, 2003

_____
Notary Public

IN WITNESS WHEREOF, I/We have hereunto set hand and seal this

_____ 7/3 _____, 2001.

EDWARD D.S. KERSLAKE

State of _MASSACHUSETTS_ )
                          ) ss:
County of _Suffolk_ )

On _July 3, 2001_ before me, _Maureen Vibert, Notary Publi._
personally appeared _Edward D.S. Kerslake_
personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person, or the entity upon
behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public
My Commission expires: 11/6/2006

PRINT OF DRAWINGS
AS ORIGINALLY FILED

1/1



10236566 .090602

# APPLICATION DATA SHEET

## Inventor Information

| | |
|---|---|
| Inventor One Given Name:: | Orest |
| Family Name:: | Olejnik |
| Postal Address Line One:: | 5 Addington Place |
| Postal Address Line Two:: | |
| City:: | Coto de Coza |
| State or Province:: | CA |
| Postal or Zip Code:: | 92679 |
| Citizenship Country:: | USA |

| | |
|---|---|
| Inventor Two Given Name:: | Edward D.S. |
| Family Name:: | Kerslake |
| Postal Address Line One:: | 26 Mount Vernon |
| Postal Address Line Two:: | |
| City:: | Charlestown |
| State or Province:: | MA |
| Postal or Zip Code:: | 02129 |
| Citizenship Country:: | UK |

## Correspondence Information

| | |
|---|---|
| USPTO Customer Number:: | 33,197 |
| Name Line One:: | Frank J. Uxa |
| Name Line Two:: | Stout, Uxa, Buyan & Mullins, LLP |
| Address Line One:: | Suite 300 |
| Address Line Two:: | 4 Venture |
| City:: | Irvine |
| State or Province:: | CA |
| Postal or Zip Code:: | 92618 |
| Telephone:: | 949-450-1750 |
| Fax:: | 949-450-1764 |
| Electronic Mail:: | fjuxa@patlawyers.com |

1

10236566 .090602

## Application Information

| | |
|---|---|
| Title Line One:: | Compositions Containing Alpha-2-Adrenergic |
| Title Line Two:: | Agonist Components |
| Total Drawing Sheets:: | 1 |
| Formal Drawings?:: | Yes |
| Application Type:: | Utility |

## Representative Information

| | | |
|---|---|---|
| Registration Number One:: | Frank J. Uxa, Jr.................................... | 25,612 |
| Registration Number Two:: | Donald E. Stout.................................... | 34,493 |
| Registration Number Three:: | Robert D. Buyan................................... | 32,460 |
| Registration Number Four:: | Kenton R. Mullins................................. | 36,331 |
| Registration Number Five:: | Jo Anne M. Ybaben.............................. | 42,243 |
| Registration Number Six:: | Linda Allyson Fox.................................. | 38,883 |
| Registration Number Seven:: | Kyle D. Yesland................................... | 45,520 |
| Registration Number Eight:: | Ketan Vakil.......................................... | 43,215 |
| Registration Number Nine:: | Greg S. Hollrigel, Ph. D........................ | 45,374 |
| Registration Number Ten:: | Martin A. Voet..................................... | 25,208 |
| Registration Number Eleven:: | Robert J. Baran................................... | 25,806 |
| Registration Number Twelve:: | Carlos A. Fisher................................... | 36,510 |
| Registration Number Thirteen:: | Stephen Donovan................................ | 33,433 |

## Continuity Information

| | |
|---|---|
| This application is a:: | Regular |
| >Application One:: | 60/218,200 |
| Filing Date:: | July 14, 2000 |

| | |
|---|---|
| This application is a:: | Continuation |
| >Application One:: | 09/904,018 |
| Filing Date:: | July 10, 2001 |

## Assignment Information

2

10236566.090602

| | |
|---|---|
| Assignee Name:: | Allergan Sales, Inc. |
| Postal Address Line One:: | 2525 Dupont Drive |
| Postal Address Line Two:: | |
| City:: | Irvine |
| State or Province:: | CA |
| Postal or Zip Code:: | 92612 |

3



S($ 10/97)

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

Docket No
**D-2892CON**

Total Pages in this Submission

TO THE COMMISSIONER FOR PATENTS
Box Patent Application
Washington, D.C. 20231

Transmitted herewith for filing under 35 U.S.C. 111(a) and 37 CFR 1.53(b) is a new utility patent application for an invention entitled:

## COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS

and invented by:

### OLEJNIK ET AL

If a CONTINUATION APPLICATION, *check appropriate box an supply the requisite information:*
[ xContinuation [ ]Divisional [ ]Continuation-in-part (CIP) of prior application No.: 09/904,018 filed July 10, 2001, which, in turn , claims the benefit of U.S. Provisional Application Serial No. 60/218,200, filed July 14, 2000.

Enclosed are Application Elements:

[x]  Filing Fee

[x]  Specification having **40**  page(s) and including the following:

    [x]   Title of the Invention

    [X]   Cross References to Related Applications *(if applicable)*

    [x]   Background of the Invention

    [x]   Brief Summary of the Invention

    [x]   Description of the Drawings

    [x]   Detailed Description

    [x]   Claim(s) as Classified Below

    [x]   Abstract of the Disclosure

[x]  **1** Sheets of Drawings(s) (37 CFR 113) [X] Formal     [ ] Informal

[x]  Oath or Declaration   [x] Executed    [ ] Unexecuted

    [x ] Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*

[x]  Power of Attorney   [x] Executed    [ ] Unexecuted

    [x ] Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*

[ ]  Incorporation By Reference -- The entire disclosure of the prior application from which a copy of the oath or declaration is supplied under the above entry, is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

[ ]  Computer Program in Microfiche *(Appendix)*

**Accompanying Application Parts**

[x ]  Assignment Papers (cover sheets & documents(s))

    [x ] The prior application is assigned of record to Allergan Sales, Inc.

        [x ] Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*

[ ]  37 CFR 3.73(B) Statement *(when there is an assignee)*

10236566_090602

[ ]  English Translation Docume     *applicable*)
[ x]  Information Disclosure Statement/PTO-1449        [ ] Copies of _ IDS Cited Reference(s)
[ x]  Preliminary Amendment
[x]  Acknowledgment postcard
[ ]  Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[x ]  Certificate of Mailing by Express Mail
[ ]  Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

**Fee Calculation and Transmittal**

*  *The filing fee is calculated on the basis of the claims existing in the prior application as amended by the accompanying preliminary amendment noted above.*

| CLAIMS AS FILED | | | | | |
|---|---|---|---|---|---|
| **For** | **#Filed** | **#Allowed** | **#Extra** | **Rate** | **Fee** |
| **Total Claims** | 20 | – 20 = | 0 | X  $18.00 | $0.00 |
| **Independent Claims** | 2 | – 3 = | 0 | X  $80.00 | $    0.00 |
| **Multiple Dependent Claims** | *(check if applicable)* [ ] | | | | $    0.00 |
| | | | | **BASIC FEE** | $740.00 |
| **OTHER FEE** *(specify purpose) ASSIGNMENT RECORDATION FEE* | | | | | |
| (Applicant has small entity status under 37 CFR 1.9 and 1.27) | | | **SMALL ENTITY STATUS** | | -- |
| | | | | **TOTAL FILING FEE** | $740.00 |

[]  A check in the amount of $ ___ to cover the filing fee and the assignment fee is enclosed.
[x]  The Commissioner is hereby authorized to charge and/or credit Deposit Account Number <u>01-0885</u> as described below.

  [x]  Charge the amount of **$740.00** as filing fee and assignment fee.
  [x]  Credit any overpayment.
  [x]  Charge any additional filing fees required under 37 CFR 1.16 and 1.17.

Respectfully Submitted,

Frank J. Uxa
Attorney for Applicants
Registration Number: 25,612

Stout, Uxa, Buyan & Mullins, LLP
4 VENTURE, SUITE 300, IRVINE, CA  92618
*phone* (949) 450-1750; *fax* (949) 450-1764

**EXHIBIT F , TAB 2**

10236566 .090602

#21A
11/11/02

D-2892CON

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>
PATENT

In the application of:                    )
     Olejnik et al                       )         Group Art Unit: N/A
                                         )
                                         )
Serial No.     N/A                        )         Examiner: N/A
                                         )
Filing Date:   HEREWITH                    )
                                         )
For: COMPOSITIONS CONTAINING              )
    ALPHA-2-ADRENERGIC                    )
    AGONIST COMPONENTS                    )


<u>PRELIMINARY AMENDMENT</u>


Commissioner for Patents
Washington, DC  20231

Dear Sir:

    Please amend the subject application as follows:


<u>IN THE SPECIFICATION</u>

    Page 1, delete the first paragraph and insert in place thereof:

    --This application is a continuation of application Serial No. 09/904,018, filed July 10, 2001 which, in turn, claims the benefit of U.S. Provisional Application Serial No. 60/218,200, filed July 14, 2002. The disclosure of each of the above-noted applications is incorporated in its entirety herein by reference.--


<u>IN THE CLAIMS</u>

    Cancel Claims 1 to 46, without prejudice.

    Add new claims 47 to 66 as follows:

47.  (New Claim) A composition comprising;

10236566.090602

D-2892CON
Olejnik et al
Page 2

water; and

up      to      about      0.15%      (w/v)      of
5-bromo-6-(2-imidozolin-2-ylamino)quinoxaline      tartrate,      the
composition having a pH of about 7.0 or greater, and the
5-bromo-6-(2-imidozolin-2-ylamino)quinoxaline      tartrate      being
soluble in the composition at 21°C.

48. (New Claim) The composition of claim 47 which includes up
to   0.15%(w/v)   of   5-bromo-6-(2-imidozolin-2-ylamino)quinoxaline
tartrate.

49. (New Claim) The composition of claim 47 which includes
about 0.15% (w/v) of 5-bromo-6-(2-imidozolin-2-ylamino)quinoxaline
tartrate.

50. (New Claim) The composition of claim 47 which includes
0.15%   (w/v)   of   5-bromo-6-(2-imidozolin-2-ylamino)quinoxaline
tartrate.

51. (New Claim) The composition of claim 47 having a pH of
7.0 or greater.

52. (New Claim) The composition of claim 47 which is
ophthalmically acceptable.

53. (New Claim) The composition of claim 47 which further
comprises an oxy-chloro component in an amount effective to at
least assist in preserving the composition.

54. (New Claim) The composition of claim 53 wherein the oxy-
chloro component comprises a chlorite component.

55. (New Claim) The composition of claim 47 which is

10236566.090602

D-2892CON
Olejnik et al
Page 3

substantially free of anionic cellulosic derivatives.

56. (New Claim) The composition of claim 51 which is substantially free of carboxymethyl cellulose.

57. (New Claim) A composition comprising:
     water, and
     up to about 0.15% (w/v) of a component selected from
t h e        g r o u p        c o n s i s t i n g        o f
5-bromo-6-(2-imidozolin-2-ylamino)quinoxaline,        salts        of
5-bromo-6-(2-imidozolin-2-ylamino)quinoxaline, esters of 5-bromo-6-
(2-imidozolin-2-ylamino)quinoxaline and mixtures thereof, the
composition having a pH of about 7.0 or greater, and the component
being soluble in the composition at 21°C.

58. (New Claim) The composition of claim 57 which includes up to 0.15% (w/v) of the component.

59. (New Claim) The composition of claim 57 which includes about 0.15% (w/v) of the component.

60. (New Claim) The composition of claim 57 which includes 0.15% (w/v) of the component.

61. (New Claim) The composition of claim 57 having a pH of 7.0 or greater.

62. (New Claim) The composition of claim 57 which is ophthalmically acceptable.

63. (New Claim) The composition of claim 57 which further comprises an oxy-chloro component in an amount effective to at least assist in preserving the composition.

1023656.090602

D-2892CON
Olejnik et al
Page 4

16 64.    (New Claim) The composition of claim 15 wherein the oxy-chloro component comprises a chlorite component.

Ad cont'd

17 65.    (New Claim) The composition of claim 10 which is substantially free of anionic cellulosic derivatives.

18 66.    (New Claim) The composition of claim 10 which is substantially free of carboxymethyl cellulose.

## REMARKS

The specification has been amended to make reference to prior, related applications.

Claims 1 to 46 have been canceled, without prejudice.

New claims 47 to 66 have been added and are directed to embodiments for which patent protection is sought. Each of these new claims is fully supported by the present specification.

Applicant respectfully requests early and favorable action in the above-identified application.

Respectfully submitted,

Frank G. Uxa
Attorney for Applicant
Reg. No. 25,612
4 Venture, Suite 300
Irvine, CA  92618
(949) 450-1750
Facsimile (949) 450-1764

FJUxa/jm

**EXHIBIT F , TAB 3**

#3

D D-2892CON

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### PATENT

In the application of:     )
     Olejnik et al     )     Group Art Unit: N/A
     )
     )
Serial No.     N/A     )     Examiner: N/A
     )
Filing Date:     HEREWITH     )
     )
For: COMPOSITIONS CONTAINING     )
     ALPHA-2-ADRENERGIC     )
     AGONIST COMPONENTS     )

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, DC  20231

Dear Sir:

Applicant wishes to call to the attention of the Examiner the documents cited on the accompanying Form PTO-1449. No concession is made that these documents are prior art, and applicant expressly reserves the right to antedate the documents as may be appropriate. Applicant requests that each of these documents be made of record in the above-identified application.

Some of these documents were cited in related application Application Serial No. 09/904,018, filed July 10, 2001 and Application Serial No. 09/903,962, filed July 10, 2001.

Therefore, no copies of these documents are submitted herewith.

Respectfully submitted,

Frank J. Uxa
Attorney for Applicant
Reg. No. 25,612
4 Venture, Suite 300
Irvine, CA  92618
(949) 450-1750
Facsimile (949) 450-1764

FJUxa/au

DOCKET NO.:  D-2892CON

THE ENCLOSED PATENT APPLICATION OF OLEJNIK ET AL IS BEING
FILED IN ACCORDANCE WITH SECTION 37 CFR 1.10 BY EXPRESS
MAIL AND SHOULD BE ACCORDED A FILING DATE OF:

September 6, 2002

SEE THE EXPRESS MAIL CERTIFICATE ATTACHED TO THE APPLICATION.

Sheet 1 of 1

| Form PTO-1449 | | | | | | | | | DOCKET NO: D-2892CON | | APPLN. NO.: N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION**<br>**IN AN APPLICATION**<br>(Use several sheets if necessary) | | | | | | | | | APPLICANT: Olejnik et al | | |
| | | | | | | | | | FILING DATE: Herewith | | GROUP ART: N/A |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | RULED DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RB | 3 | 2 | 7 | 8 | 4 | 4 | 7 | 10/11/66 | McNicholas | | | |
| | 3 | 8 | 9 | 0 | 3 | 1 | 9 | 06/17/75 | Danielwicz et al. | | | |
| | 4 | 5 | 3 | 0 | 9 | 2 | 0 | 07/23/85 | Nestor et al. | | | |
| | 4 | 8 | 0 | 6 | 5 | 6 | 6 | 02/21/89 | Portoghese | | | |
| | 5 | 0 | 2 | 1 | 4 | 1 | 6 | 06/04/91 | Gluchowski | | | |
| | 5 | 2 | 0 | 2 | 1 | 2 | 8 | 04/13/93 | Morella et al. | | | |
| | 5 | 3 | 5 | 2 | 7 | 9 | 6 | 10/04/94 | Hoeger et al. | | | |
| | 5 | 4 | 5 | 9 | 1 | 3 | 3 | 10/17/95 | Neufeld | | | |
| | 5 | 7 | 0 | 3 | 0 | 7 | 7 | 12/30/97 | Burke et al. | | | |
| | 5 | 7 | 1 | 9 | 1 | 9 | 7 | 02/17/98 | Kanios et al. | | | |
| | 5 | 7 | 2 | 5 | 8 | 8 | 1 | 03/10/98 | Merlin et al. | | | |
| | 5 | 8 | 1 | 4 | 6 | 3 | 8 | 09/29/98 | Lee et al. | | | |
| | 5 | 8 | 3 | 4 | 5 | 0 | 2 | 11/10/98 | Cheng et al. | | | |
| RB | 5 | 9 | 9 | 4 | 1 | 1 | 0 | 11/30/99 | Mosbach et al. | | | |

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | YES | NO |
| RB | 2 | 0 | 4 | 8 | 3 | 1 | 5 | 02/09/92 | Canada | | | | |
| | 0 | 6 | 0 | 9 | 9 | 6 | 1 | 08/10/94 | European | | | | |
| | 94 | / | 1 | 6 | 6 | 8 | 5 | 08/04/94 | International WIPO | | | | |
| | 98 | / | 4 | 7 | 8 | 7 | 8 | 10/29/98 | International WIPO | | | | |
| | 99 | / | 4 | 3 | 2 | 9 | 9 | 09/02/99 | International WIPO | | | | |
| | 99 | / | 5 | 1 | 2 | 7 | 3 | 10/14/99 | International WIPO | | | | |
| | 00 | / | 1 | 2 | 1 | 3 | 7 | 03/09/00 | International WIPO | | | | |
| RB | 00 | / | 1 | 9 | 9 | 8 | 1 | 04/13/00 | International WIPO | | | | |

### OTHER DOCUMENTS

| | U.S. Patent Application Serial No. 09/903,962, filed July 10, 2001 |
|---|---|

| EXAMINER | | DATE CONSIDERED: |
|---|---|---|
| *Rachel M. Bennett* | | 12/10/02 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered.
Include copy of this form with next communication to the applicant.