**EXHIBIT I**

# 18TH EDITION

# Remington's

**ALFONSO R GENNARO**
*Editor, and Chairman
of the Editorial Board*



# Pharmaceutical Sciences

## 1990

MACK PUBLISHING COMPANY

Easton, Pennsylvania 18042



Entered according to Act of Congress, in the year 1885 by Joseph P Remington, in the Office of the Librarian of Congress, at Washington DC

Copyright 1889, 1894, 1905, 1907, 1917, by Joseph P Remington

Copyright 1926, 1936, by Joseph P Remington Estate

Copyright 1948, 1951, by The Philadelphia College of Pharmacy and Science

Copyright © 1956, 1960, 1965, 1970, 1975, 1980, 1985, 1990, by The Philadelphia College of Pharmacy and Science

*All Rights Reserved*

Library of Congress Catalog Card No. 60-53334

ISBN 0-912734-04-3

*The use of structural formulas from USAN and the USP Dictionary of Drug Names is by permission of The USP Convention. The Convention is not responsible for any inaccuracy contained herein.*

NOTICE—*This text is not intended to represent, nor shall it be interpreted to be, the equivalent of or a substitute for the official United States Pharmacopeia (USP) and/or the National Formulary (NF). In the event of any difference or discrepancy between the current official USP or NF standards of strength, quality, purity, packaging and labeling for drugs and representations of them herein, the context and effect of the official compendia shall prevail.*

*Printed in the United States of America by the Mack Printing Company, Easton, Pennsylvania*

**Remington's Pharmaceutical Sciences** . . . *a treatise on the theory and practice of the pharmaceutical sciences, with essential information about pharmaceutical and medicinal agents; also a guide to the professional responsibilities of the pharmacist as the drug-information specialist of the health team . . . A textbook and reference work for pharmacists, physicians and other practitioners of the pharmaceutical and medical sciences.*

| | | |
|---|---|---|
| **EDITORS** | Alfonso R Gennaro, *Chairman* | Thomas Medwick |
| | Grafton D Chase | Edward G Rippie |
| | Ara Der Marderosian | Joseph B Schwartz |
| | Stewart C Harvey | Ewart A Swinyard |
| | Daniel A Hussar | Gilbert L Zink |

**AUTHORS**   The 109 chapters of this edition of *Remington's Pharmaceutical Sciences* were written by the editors, by members of the Editorial Board, and by other authors listed on pages ix to xi.

**Managing Editor**   John E Hoover

**Editorial Assistant**   Bonnie Brigham Packer

**Director**   Allen Misher 1985–1990

Eighteenth Edition—1990

*Published in the 170th year of the*
PHILADELPHIA COLLEGE OF PHARMACY AND SCIENCE

# Table of Contents

**Part 1    Orientation**

| | | |
|---|---|---|
| 1 | Scope | 3 |
| 2 | Evolution of Pharmacy | 8 |
| 3 | Ethics | 20 |
| 4 | The Practice of Community Pharmacy | 28 |
| 5 | Opportunities for Pharmacists in the Pharmaceutical Industry | 33 |
| 6 | Pharmacists in Government | 38 |
| 7 | Drug Information | 49 |
| 8 | Research | 60 |

**Part 2    Pharmaceutics**

| | | |
|---|---|---|
| 9 | Metrology and Calculation | 69 |
| 10 | Statistics | 104 |
| 11 | Computer Science | 138 |
| 12 | Calculus | 145 |
| 13 | Molecular Structure, Properties and States of Matter | 158 |
| 14 | Complex Formation | 182 |
| 15 | Thermodynamics | 197 |
| 16 | Solutions and Phase Equilibria | 207 |
| 17 | Ionic Solutions and Electrolytic Equilibria | 228 |
| 18 | Reaction Kinetics | 247 |
| 19 | Disperse Systems | 257 |
| 20 | Rheology | 310 |

**Part 3    Pharmaceutical Chemistry**

| | | |
|---|---|---|
| 21 | Inorganic Pharmaceutical Chemistry | 329 |
| 22 | Organic Pharmaceutical Chemistry | 356 |
| 23 | Natural Products | 380 |
| 24 | Drug Nomenclature—United States Adopted Names | 412 |
| 25 | Structure-Activity Relationship and Drug Design | 422 |

**Part 4    Testing and Analysis**

| | | |
|---|---|---|
| 26 | Analysis of Medicinals | 435 |
| 27 | Biological Testing | 484 |
| 28 | Clinical Analysis | 495 |
| 29 | Chromatography | 529 |
| 30 | Instrumental Methods of Analysis | 555 |
| 31 | Dissolution | 589 |

**Part 5    Radioisotopes in Pharmacy and Medicine**

| | | |
|---|---|---|
| 32 | Fundamentals of Radioisotopes | 605 |
| 33 | Medical Applications of Radioisotopes | 624 |

**Part 6    Pharmaceutical and Medicinal Agents**

| | | |
|---|---|---|
| 34 | Diseases: Manifestations and Pathophysiology | 655 |
| 35 | Drug Absorption, Action and Disposition | 697 |
| 36 | Basic Pharmacokinetics | 725 |
| 37 | Clinical Pharmacokinetics | 746 |
| 38 | Topical Drugs | 757 |
| 39 | Gastrointestinal Drugs | 774 |
| 40 | Blood, Fluids, Electrolytes and Hematologic Drugs | 800 |
| 41 | Cardiovascular Drugs | 831 |
| 42 | Respiratory Drugs | 860 |
| 43 | Sympathomimetic Drugs | 870 |
| 44 | Cholinomimetic Drugs | 889 |
| 45 | Adrenergic and Adrenergic Neuron Blocking Drugs | 898 |
| 46 | Antimuscarinic and Antispasmodic Drugs | 907 |
| 47 | Skeletal Muscle Relaxants | 916 |
| 48 | Diuretic Drugs | 929 |
| 49 | Uterine and Antimigraine Drugs | 943 |
| 50 | Hormones | 948 |
| 51 | Vitamins and Other Nutrients | 1002 |
| 52 | Enzymes | 1035 |
| 53 | General Anesthetics | 1039 |
| 54 | Local Anesthetics | 1048 |
| 55 | Sedatives and Hypnotics | 1057 |
| 56 | Antiepileptics | 1072 |
| 57 | Psychopharmacologic Agents | 1082 |
| 58 | Analgesics and Antipyretics | 1097 |
| 59 | Histamine and Antihistamines | 1123 |
| 60 | Central Nervous System Stimulants | 1132 |
| 61 | Antineoplastic and Immunosuppressive Drugs | 1138 |
| 62 | Antimicrobial Drugs | 1163 |
| 63 | Parasiticides | 1242 |
| 64 | Pesticides | 1249 |
| 65 | Diagnostic Drugs | 1272 |
| 66 | Pharmaceutical Necessities | 1286 |
| 67 | Adverse Drug Reactions | 1330 |
| 68 | Pharmacogenetics | 1344 |
| 69 | Pharmacological Aspects of Drug Abuse | 1349 |
| 70 | Introduction of New Drugs | 1365 |

**Part 7    Biological Products**

| | | |
|---|---|---|
| 71 | Principles of Immunology | 1379 |
| 72 | Immunizing Agents and Diagnostic Skin Antigens | 1389 |
| 73 | Allergenic Extracts | 1405 |
| 74 | Biotechnology and Drugs | 1416 |

**Part 8    Pharmaceutical Preparations and Their Manufacture**

| | | |
|---|---|---|
| 75 | Preformulation | 1435 |
| 76 | Bioavailability and Bioequivalency Testing | 1451 |
| 77 | Separation | 1459 |
| 78 | Sterilization | 1470 |
| 79 | Tonicity, Osmoticity, Osmolality and Osmolarity | 1481 |
| 80 | Plastic Packaging Materials | 1499 |
| 81 | Stability of Pharmaceutical Products | 1504 |
| 82 | Quality Assurance and Control | 1513 |
| 83 | Solutions, Emulsions, Suspensions and Extractives | 1519 |
| 84 | Parenteral Preparations | 1545 |
| 85 | Intravenous Admixtures | 1570 |
| 86 | Ophthalmic Preparations | 1581 |
| 87 | Medicated Applications | 1596 |
| 88 | Powders | 1615 |
| 89 | Oral Solid Dosage Forms | 1633 |
| 90 | Coating of Pharmaceutical Dosage Forms | 1666 |
| 91 | Sustained-Release Drug Delivery Systems | 1676 |
| 92 | Aerosols | 1694 |

**Part 9    Pharmaceutical Practice**

| | | |
|---|---|---|
| 93 | Ambulatory Patient Care | 1715 |
| 94 | Institutional Patient Care | 1737 |
| 95 | Long-Term Care Facilities | 1758 |
| 96 | The Pharmacist and Public Health | 1773 |

| | | |
|---|---|---|
| 97 | The Patient: Behavioral Determinants | 1788 |
| 98 | Patient Communication | 1796 |
| 99 | Drug Education | 1803 |
| 100 | Patient Compliance | 1813 |
| 101 | The Prescription | 1828 |
| 102 | Drug Interactions | 1842 |
| 103 | Clinical Drug Literature | 1859 |
| 104 | Health Accessories | 1864 |
| 105 | Surgical Supplies | 1895 |
| 106 | Poison Control | 1905 |
| 107 | Laws Governing Pharmacy | 1914 |
| 108 | Community Pharmacy Economics and Management | 1940 |
| 109 | Dental Services | 1957 |

**Index**

Alphabetic Index ........................... 1967

### Sterile Water for Injection

#### Water for Parenterals

Water for injection sterilized and suitably packaged. It contains no antimicrobial agent or other added substance.

**Description**—Clear, colorless, odorless, liquid.

**Uses**—For the preparation of *all aqueous parenteral solutions*, including those used in *animal assays*. See page 1547 for a detailed discussion.

### Sterile Water for Irrigation

Water for injection that has been sterilized and suitably packaged. It contains no antimicrobial agent or other added substance.

**Description**—Clear, colorless, odorless liquid.

**Uses**—An *irrigating solution*.

# Emulsifying and Suspending Agents

An emulsion is a two-phase system in which one liquid is dispersed in the form of small globules throughout another liquid that is immiscible with the first liquid. Emulsions are formed and stabilized with the help of emulsifying agents, which are surfactants and/or viscosity-producing agents. A suspension is defined as a preparation containing finely divided insoluble material suspended in a liquid medium. The presence of a suspending agent is required to overcome agglomeration of the dispersed particles and to increase the viscosity of the medium so that the particles settle more slowly. Emulsifying and suspending agents are used extensively in the formulation of elegant pharmaceutical preparations for oral, parenteral and external use. For the theoretical and practical aspects of emulsions the interested reader is referred to pages 300 and 1605. More detailed information on the use of suspending agents is given on page 1538.

### Acacia

#### Gum Arabic

The dried gummy exudate from the stems and branches of *Acacia senegal* (Linné) Willdenow or of other related African species of *Acacia* (Fam *Leguminosae*).

**Constituents**—Principally calcium, magnesium and potassium salts of the polysaccharide *arabic acid*, which on acid hydrolysis yields L-arabinose, L-rhamnose, D-galactose and an aldobionic acid containing D-glucuronic acid and D-galactose.

**Description**—*Acacia:* Spheroidal tears up to 32 mm in diameter or angular fragments of white to yellowish white color; translucent or somewhat opaque; very brittle; almost odorless; produces a mucilaginous sensation on the tongue. *Flake Acacia:* White to yellowish white, thin flakes. *Powdered Acacia:* White to yellowish white, angular microscopic fragments. *Granular Acacia:* White to pale yellowish white, fine granules. *Spray-dried Acacia:* White to off-white compacted microscopic fragments or whole spheres.

**Solubility**—Insoluble in alcohol, but almost completely soluble in twice its weight of water at room temperature; the resulting solution flows readily and is acid to litmus.

**Incompatibilities**—*Alcohol or alcoholic solutions* precipitate acacia as a stringy mass when the alcohol amounts to more than about 35% of the total volume. Solution is effected by dilution with water. The mucilage is destroyed through precipitation of the acacia by *heavy metals*. *Borax* also causes a precipitation which is prevented by glycerin. It contains calcium and, therefore, possesses the incompatibilities of this ion.

It contains a *peroxidase* which acts as an oxidizing agent and produces colored derivatives of *aminopyrine, antipyrine, cresol, guaiacol, phenol, tannin, thymol, vanillin* and other substances. Among the alkaloids affected are *atropine, apomorphine, cocaine, homatropine, hyoscyamine, morphine, physostigmine* and *scopolamine*. A partial destruction of the alkaloid occurs in the reaction. Heating the solution of acacia for a few minutes at 100° destroys the peroxidase and the color reactions are avoided.

**Uses**—Extensively as a *suspending agent* for insoluble substances in water (page 1538), in the preparation of emulsions (pages 298 and 1534) and for making pills and troches (page 1664).

It is used for its *demulcent* action in inflammations of the throat or stomach.

Its solutions should not be used as a substitute for serum protein in the treatment of *shock* and as a *diuretic* in hypoproteinemic edema, since it produces serious syndromes that may result in death.

**Acacia Mucilage** [Mucilage of Gum Arabic]—*Preparation:* Place acacia (in small fragments, 350 g) in a graduated bottle having a wide mouth and a capacity not greatly exceeding 1000 mL, wash the drug with cold purified water, allow it to drain and add enough warm purified water, in which benzoic acid (2 g) has been dissolved, to make the product measure 1000 mL. After stoppering, lay the bottle on its side, rotate it occasionally, and when the acacia has dissolved strain the mucilage. *It also may be prepared as follows:* dissolve benzoic acid (2 g) in purified water (400 mL) with the aid of heat, and add the solution to powdered or granular acacia (350 g), in a mortar, triturating until the acacia is dissolved. Then add sufficient purified water to make the product measure 1000 mL, and strain if necessary. This second method is primarily for extemporaneous preparation. *Uses:* A *demulcent* and a *suspending agent*. It also has been employed as an *excipient* in making pills and troches, and as an *emulsifying agent* for cod liver oil and other substances. *Caution*—It must be free from mold or any other indication of decomposition.

### Agar

#### Agar-Agar; Vegetable Gelatin; Gelosa; Chinese or Japanese Gelatin

The dried, hydrophilic, colloidal substance extracted from *Gelidium cartilagineum* (Linné) Gaillon (Fam *Gelidiaceae*), *Gracilaria confervoides* (Linné) Greville (Fam *Sphaerococcaceae*) and related red algae (Class *Rhodophyceae*).

**Constituents**—Chiefly of the calcium salt of a galactan mono-(acid sulfate).

**Description**—Usually in bundles of thin, membranous, agglutinated strips or in cut, flaked, or granulated forms; may be weak yellowish orange, yellowish gray to pale yellow or colorless; tough when damp, brittle when dry; odorless or with a slight odor; produces a mucilaginous sensation on the tongue. Also supplied as a white to yellowish white or pale-yellow powder.

**Solubility**—Insoluble in cold water; soluble in boiling water.

**Incompatibilities**—Like other gums, it is dehydrated and precipitated from solution by *alcohol*. *Tannic acid* causes precipitation; *electrolytes* cause partial dehydration and decrease in viscosity of sols.

**Uses**—A relatively ineffective bulk-producing laxative used in a variety of proprietary cathartics. In mineral oil emulsions it acts as a stabilizer. The usual dose is 4 to 16 g once or twice a day.

It also is used in culture media for bacteriological work and in the manufacture of ice cream, confectionaries, etc.

### Alginic Acid

Alginic acid [9005-32-7] (average equivalent weight 200); a hydrophilic colloidal carbohydrate extracted with dilute alkali from various species of brown seaweeds (*Phaeophyceae*).

**Preparation**—Precipitates when an aqueous solution of *Sodium Alginate* is treated with mineral acid.

**Description**—White to yellowish white, fibrous powder; odorless or practically odorless, and tasteless; pH (3 in 100 dispersion in water) 1.5 to 3.5; $pK_a$ (0.1$N$ NaCl, 20°) 3.42.

**Solubility**—Insoluble in water or organic solvents; soluble in alkaline solutions.

**Uses**—A *pharmaceutic aid* (tablet binder and emulsifying agent). It is used as a sizing agent in the paper and textile industries.

## Sodium Alginate

Alginic acid, sodium salt; Algin; Manucol; Norgine; Kelgin (*Kelco*)

Sodium alginate [9005-38-3] (average equivalent weight 220); the purified carbohydrate product extracted from brown seaweeds by the use of dilute alkali. It consists chiefly of the sodium salt of alginic acid, a polyuronic acid composed of beta-D-mannuronic acid residues linked so that the carboxyl group of each unit is free while the aldehyde group is shielded by a glycosidic linkage.

**Description**—Nearly odorless and tasteless, coarse or fine powder, yellowish white in color.
**Solubility**—Dissolves in water, forming a viscous, colloidal solution; insoluble in alcohol or in hydroalcoholic solutions in which the alcohol content is greater than about 30% by weight; insoluble in chloroform, ether or acids, when the pH of the solution becomes lower than about 3.

**Uses**—A *thickening* and *emulsifying agent*. This property makes it useful in a variety of areas. For example, it is used to impart smoothness and body to ice cream and to prevent formation of ice particles.

## Bentonite

Wilhinite; Soap Clay; Mineral Soap

Bentonite [1302-78-9]; a native, colloidal, hydrated aluminum silicate.
**Occurrence**—Bentonite is found in the Midwest of the US and Canada. Originally called *Taylorite* after its discoverer in Wyoming, its name was changed to bentonite after its discovery in the Fort Benton formation of the Upper Cretaceous of Wyoming.

**Description**—Very fine, odorless powder with a slightly earthy taste, free from grit; the powder is nearly white, but may be a pale buff or cream-colored.
The US Geological Survey has defined bentonite as "a transported stratified clay formed by the alteration of volcanic ash shortly after deposition." Chemically, it is $Al_2O_3.4SiO_2.H_2O$ plus other minerals as impurities. It consists of colloidal crystalline plates, of less than microscopic dimensions in thickness, and of colloidal dimensions in breadth. This fact accounts for the extreme swelling that occurs when it is placed in water, since the water penetrates between an infinite number of plates. A good specimen swells 12 to 14 times its volume.
**Solubility**—Insoluble in water or acids, but it has the property of adsorbing large quantities of water, swelling to approximately 12 times its original volume, and forming highly viscous thixotropic suspensions or *gels*. This property makes it highly useful in pharmacy. Its gel-forming property is augmented by the addition of small amounts of alkaline substances, such as magnesium oxide. It does not swell in organic solvents.
**Incompatibilities**—*Acids* and *acid salts* decrease its water-absorbing power and thus cause a breakdown of the magma. Suspensions are most stable at a pH above 7.

**Uses**—A *protective colloid* for the *stabilization of suspensions*. It also has been used as an emulsifier for oil and as a base for plasters, ointments and similar preparations.
**Bentonite Magma**—*Preparation:* Sprinkle bentonite (50 g), in portions, on hot purified water (800 g), allowing each portion to become thoroughly wetted without stirring. Allow it to stand with occasional stirring for 24 hr. Stir until a uniform magma is obtained, add purified water to make 1000 g, and mix. The magma may be prepared also by mechanical means such as by use of a blender, as follows: Place purified water (about 500 g) in the blender, and while the machine is running, add bentonite (50 g). Add purified water to make up to about 1000 g or up to the operating capacity of the blender. Blend the mixture for 5 to 10 min, add purified water to make 1000 g, and mix. *Uses:* A *suspending agent* for insoluble medicaments.

## Carbomer

Carboxypolymethylene

A synthetic high-molecular-weight cross-linked polymer of acrylic acid; contains 56 to 68% of carboxylic acid (—COOH) groups. The viscosity of a neutralized preparation (2.5 g/500 mL water) is 30,000 to 40,000 centipoises.

**Description**—White, fluffy powder with a slight characteristic odor; hygroscopic; pH (1 in 100 dispersion) about 3; specific gravity about 1.41.
**Solubility** (neutralized with alkali hydroxides or amines)—Dissolves in water, alcohol and glycerin.

**Uses**—A *thickening, suspending, dispersing* and *emulsifying agent* for pharmaceuticals, cosmetics, waxes, paints and other industrial products.

## Carrageenan

Carrageenan [9000-07-1].
**Preparation**—The hydrocolloid extracted with water or aqueous alkali from certain red seaweeds of the class *Rhodophyceae*, and separated from the solution by precipitation with alcohol (methanol, ethanol or isopropanol) or by drum-roll drying or freezing.
**Constituents**—It is a variable mixture of potassium, sodium, calcium, magnesium and ammonium sulfate esters of galactose and 3,6-anhydrogalactose copolymers, the hexoses being alternately linked $\alpha$-1,3 and $\beta$-1,4 in the polymer. The three main types of copolymers present are *kappa*-carrageenan, *iota*-carrageenan and *lambda*-carrageenan, which differ in the composition and manner of linkage of monomeric units and the degree of sulfation (the ester sulfate content for carrageenans varies from 18 to 40%). *Kappa*-carrageenan and *iota*-carrageenan are the gelling fractions; *lambda*-carrageenan is the nongelling fraction. The gelling fractions may be separated from the nongelling fraction by addition of potassium chloride to an aqueous solution of carrageenan. Carrageenan separated by drum-roll drying may contain mono- and diglycerides or up to 5% of polysorbate 80 used as roll-stripping agents.

**Description**—Yellow-brown to white, coarse to fine powder; odorless; tasteless, producing a mucilaginous sensation on the tongue.
**Solubility**—All carrageenans hydrate rapidly in cold water, but only *lambda*-carrageenan and sodium carrageenans dissolve completely. Gelling carrageenans require heating to about 80° for complete solution where potassium and calcium ions are present.

**Uses**—In the pharmaceutical and food industries as an emulsifying, suspending and gelling agent.

## Carboxymethylcellulose Sodium

Carbose D; Carboxymethocel S; CMC; Cellulose Gum (*Hercules*)

Cellulose, carboxymethyl ether, sodium salt [9004-32-4]; contains 6.5–9.5% of sodium (Na), calculated on the dried basis. It is available in several viscosity types: low, medium, high and extra high.

**Description**—White to cream-colored powder or granules; the powder is hygroscopic; pH (1 in 100 aqueous solution) about 7.5.
**Solubility**—Easily dispersed in water to form colloidal solutions; insoluble in alcohol, ether or most other organic solvents.

**Uses**—*Pharmaceutic aid* (suspending agent, tablet excipient or viscosity-increasing agent). In tablet form it is used as a hydrophilic colloid laxative.
**Dose**—*Usual, adult, laxative,* 1.5 g 3 or 4 times a day.
**Dosage Form**: Tablets: 500 mg.

## Powdered Cellulose

Cellulose [9004-34-6] $(C_6H_{10}O_5)_n$; purified, mechanically disintegrated cellulose prepared by processing alpha cellulose obtained as a pulp from fibrous plant materials.

**Description**—White, odorless substance, consisting of fibrous particles, which may be compressed into self-binding tablets which disintegrate rapidly in water; exists in various grades, exhibiting degrees of fineness ranging from a free-flowing dense powder to a coarse, fluffy, nonflowing material; pH (supernatant liquid of a 10 g/90 mL aqueous suspension after 1 hr) 5 to 7.5.
**Solubility**—Insoluble in water, dilute acids or nearly all organic solvents; slightly soluble in NaOH solution (1 in 20).

**Uses**—*Pharmaceutic aid* (tablet diluent, adsorbent or suspending agent).

**Cetyl Alcohol**—page 1312.

## Cholesterol

Cholest-5-en-3-ol, (3$\beta$)-, Cholesterin

Cholest-5-en-3$\beta$-ol [57-88-5] $C_{27}H_{46}O$ (386.66).
For the structural formula, see page 389.
A steroid alcohol widely distributed in the animal organism. In addition to cholesterol and its esters, several closely related steroid alcohols occur in the yolk of eggs, the brain, milk, fish oils, wool fat