**EXHIBIT L**

# WEBSTER'S DELUXE UNABRIDGED DICTIONARY

SECOND EDITION

BASED UPON THE BROAD FOUNDATIONS LAID DOWN BY

## Noah Webster

EXTENSIVELY REVISED BY THE PUBLISHER'S EDITORIAL STAFF UNDER THE GENERAL SUPERVISION OF

## JEAN L. McKECHNIE

INCLUDING ETYMOLOGIES, FULL PRONUNCIATIONS, SYNONYMS, AND AN ENCYCLOPEDIC SUPPLEMENT OF GEOGRAPHICAL AND BIOGRAPHICAL DATA, SCRIPTURE PROPER NAMES, FOREIGN WORDS AND PHRASES, PRACTICAL BUSINESS MATHEMATICS, ABBREVIATIONS, TABLES OF WEIGHTS AND MEASURES, SIGNS AND SYMBOLS, AND FORMS OF ADDRESS

ILLUSTRATED THROUGHOUT

## DORSET & BABER

# WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY

## Second Edition

Copyright © 1983 and 1955, 1956, 1957, 1958, 1959, 1960, 1962, 1964, 1968, 1970, 1975, 1977, 1979 by Simon & Schuster, a Division of Gulf & Western Corporation
Full-Color Plates Copyright © 1972 by Simon & Schuster, a Division of Gulf & Western Corporation

All rights reserved
including the right of reproduction
in whole or in part in any form

Published by New World Dictionaries/Simon and Schuster
A Simon & Schuster Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON AND SCHUSTER, TREE OF KNOWLEDGE and colophon are trademarks of Simon & Schuster.

*Dictionary Editorial Offices*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

Manufactured in the United States of America

10 9 8 7 6 5 4

Library of Congress Catalog Card Number: 83-42537

ISBN 0-671-41819-X

Previous editions of this book were published by The World Publishing Company, William Collins +World Publishing Co., Inc. and William Collins Publishers, Inc.

PRINTED IN THE UNITED STATES OF AMERICA

**cell**                                             **cenation**

outlined by the veins in the wing of an insect.
10. in electricity, (a) a receptacle containing electrodes and an electrolyte, used either for generating electricity by chemical reactions or for decomposing compounds by electrolysis; (b) any compartment of a storage battery.
11. in sociology, any group within a large organization whose purpose is to propagandize, proselytize, etc.
*Bunsen cell*; a cell in which carbon forms the negative electrode, zinc the positive, and nitric acid is used in a porous cup with the carbon, while sulfuric acid is in the outer vessel with the zinc.
*Daniell cell*; a cell in which the anode is zinc, the cathode copper. The zinc plate is surrounded by a porous cup filled with dilute sulfuric acid, or a zinc sulfate solution; the copper electrode is immersed in a solution of copper sulfate.
*gravity cell*; a modification of the Daniell cell, in which the two fluids are separated by their difference in specific gravity, so that the porous septum is dispensed with.
*Grove cell*; a cell in which platinum replaces the carbon of the Bunsen cell.
*primary cell*; see *primary cell*.
**cell**, *v.t.*; celled, *pt., pp.*; celling, *ppr.* to shut up in a cell. [Rare.]
**cel′la**, *n.*; *pl.* **cel′lae**, [L. *cella*, a small room, hut.] the inner part of an ancient Greek or Roman temple, exclusive of the porticoes.
**cel′lar**, *n.* [ME. *celler*; OFr. *celier*; L. *cellarium*, a pantry, storeroom, from *cella*, a small room, hut.]
1. a room or group of rooms below the ground level and usually under a building, often used for storing fuel, provisions, etc.
2. a cellar for wines.
3. a stock of wines; as, he keeps a good cellar.
*the cellar*; the lowest position, as in the relative standings of competing teams. [Colloq.]
**cel′lar**, *v.t.* to store in a cellar.
**cel′lar·age**, *n.* 1. space of or in a cellar.
2. cellars collectively.
3. charge for storage in a cellar.
**cel′lar·er**, **cel′lar·ist**, *n.* [L. *cellarius*, a steward, butler, from *cellarium*, a pantry.] an officer in a monastery who has the care of the cellar, or the charge of procuring and keeping the provisions.
**cel′lar·et**, *n.* a cabinet for bottles of wine or liquor, glasses, etc.
**celled** (seld), *a.* furnished with a cell or cells: commonly used in hyphenated compounds; as, single-*celled*.
**Cel·lep′o·ra, Cel·lip′o·ra**, *n.* [L. *cella*, a cell, and *porus*, Gr. *poros*, a passage.] a genus of molluscoid animals, phylum *Bryozoa*, composed of minute distinct cells arranged like fringes in longitudinal rows.
**cel·lif′er·ous**, *a.* [L. *cella*, a cell, and *ferre*, to bear.] bearing or producing cells.
**cel′list, 'cel′list** (chel′-), *n.* a person who plays the cello; violoncellist.
**cel′lo, 'cel′lo** (chel′-), *n.*; *pl.* **cel′los** or **'cel′los**, [from *violoncello*.] an instrument of the violin family, between the viola and the double bass in size and pitch; violoncello.
**cel·loi′din**, *n.* [*cell*, and -*oid*, and -*in*.] a concentrated solution of pyroxylin used in microscopy for embedding specimens that are to be cut into thin cross sections.
**cel′lo·phane**, *n.* [from *cellulose*, and Gr. *phanein*, to appear, seem.] a thin, transparent material made from cellulose, used as moisture-proof wrapping for foods, tobacco, etc., or to make packages look more attractive; formerly a trade-mark (*Cellophane*).
**Cel′lu·cot″ton**, *n.* the trade name of a very absorbent surgical dressing; also, [c-] the dressing itself.
**cel′lu·la**, *n.* [L. *cellula*, dim. of *cella*, a room, hut.] a small cell.
**cel′lu·lar**, *a.* 1. of or like a cell.
2. consisting of or containing cells.
*cellular* or *cell theory*; the theory that all animal and vegetable bodies consist of either a cell or cells, and that all cells develop from other cells.

*cellular plants*; plants having no spiral vessels, as mosses, lichens, etc.
*cellular tissue*; (a) in anatomy, the ordinary connective tissue made up of cells with large interspaces; (b) in botany, parenchyma, or vegetable pulp.
**cel′lu·lar**, *n.* a plant having no spiral vessels, and bearing no flowers, as lichens and mosses.
**cel′lu·late**, *a.* cellular.
**cel′lu·late**, *v.t.*; cellulated, *pt., pp.*; cellulating, *ppr.* to make cellular; to form into cells.
**cel′lu·la·ted**, *a.* cellular.
**cel′lule**, *n.* a very small cell, as on the wings of *Neuroptera*, or in the parenchyma of plants.
**cel·lu·lite′** (-lēt′), *n.* [Fr., lit., cellulitis, but popularized commercially by Nicole Ronsard, Fr. dietitian.] fatty deposits on the hips and thighs; a non-medical term.
**cel·lu·li′tis**, *n.* [L. *cellula*, a dim. of *cella*, a cell, and -*itis*.] an inflammation of a cellular tissue, especially of subcutaneous tissue.
**cel′lu·loid**, *n.* [*cellu*lose, and -*oid*.] a thin, inflammable substance made from pyroxylin and camphor, used for photographic films, toilet articles, etc.: a trade-mark (*Celluloid*).
**cel′lu·lose**, *a.* [L. *cellula*, dim. of *cella*, a room, hut.] containing or made up of cells.
**cel′lu·lose**, *n.* [Fr., from L. *cellula*, dim. of *cella*, a small room, hut.] the chief substance composing the cell walls or woody part of plants, a carbohydrate of unknown molecular structure but having the composition represented by the empirical formula $(C_6H_{10}O_5)x$: it is used in the manufacture of paper, rayon, explosives, etc.
*cellulose acetate*; any of several compounds produced by the action of acetic acid or acetic anhydride upon cellulose in the presence of concentrated sulfuric acid: used in making artificial silks, photographic films, etc.
*cellulose nitrate*; an ester of nitric acid and cellulose obtained by the action of nitric acid upon wood, cotton, or some other form of cellulose in the presence of concentrated sulfuric acid: it is used in the manufacture of guncotton and other explosives, rayon, varnishes, etc.
**cel′lu·lose**, *v.t.*; cellulosed, *pt., pp.*; cellulosing, *ppr.* to treat or cover with a cellulose compound.
**cel′lu·losed**, *a.* made or consisting of cellulose.
**cel·lu·lōs′ic**, *n.* a product or material made from cellulose.
**cel′lu·lous**, *a.* 1. full of cells.
2. consisting of cells.
**cell wall**, in biology, the covering or separating wall of a cell; especially, the relatively rigid covering of a plant cell.
**cē′lom**, *n.* the coelom.
**Cē·lō′si·a**, *n.* [Gr. *kēlos*, dry, burned, from the burned-like appearance of the flowers of some species.] a genus of annual plants, generally native to the tropics, order *Amaranthaceæ*. The cockscomb, *Celosia argentea*, common in cultivation, is perhaps the best known variety.
**cel′o·tex**, *n.* [cf. *cellulose* and *texture*.] a composition board made of sugar-cane residue, used for insulation in buildings: a trade-mark (*Celotex*).
**cel′si·tūde**, *n.* [L. *celsitudo*, from *celsus*, high.] height; elevation of rank; excellency. [Obs.]
**Cel′si·us**, *a.* [after Anders *Celsius* (1701–1744), Swed. astronomer, the inventor.] designating or of a thermometer on which, under laboratory conditions, 0° is the freezing point and 100° is the boiling point of water; centigrade: the formula for converting a Celsius temperature to Fahrenheit is $C° = 5/9(F° - 32)$.
**Celt**, (or kelt), *n.* [L. *Celtæ*, pl.; Gr. *Keltoi*, Celts; W. *celt*, a covert, *celtiad*, one that dwells in a covert, from *celu*, to hide.]
1. a Celtic-speaking person: the Bretons, Irish, Welsh, and Highland Scots are Celts.
2. one of an ancient people in central and western Europe, reputedly including the Gauls and Britons.
**celt**, *n.* [LL. *celtis*, a chisel, a celt.] a prehistoric tool of stone or bronze, resembling a chisel or ax head.
**Celt·i·bē′ri·an**, *a.* [L. *Celtiberi*, compounded of *Celtæ*, Celts, and *Iberi*, Iberians, the supposed original inhabitants of Spain.] pertaining to Celtiberia and its inhabitants, the Celtiberi, an ancient people of Spain.
**Celt·i·bē′ri·an**, *n.* an inhabitant of Celtiberia, the name given in ancient times to central Spain.


CELLULAR TISSUE IN PLANTS


CELLO

CELTS

**Celt′ic** (or kelt′ik), *a.* [L. *Celticus*; Gr. *Keltikos*, from *Keltoi*, Celts.] of the Celts, their languages, culture, characteristics, etc.
*Celtic cross*; a Latin cross having a wheellike circle around the intersection of the limbs.
**Celt′ic**, *n.* a subfamily of the Indo-European family of languages with a *Goidelic* branch (Irish Gaelic, Scottish Gaelic, and Manx) and a *Brythonic* branch (Breton, Cornish, and Welsh.)
**Celt′i·cism**, *n.* 1. the manners and customs of the Celts.
2. a Celtic idiom, as in Irish English.
3. fondness for Celtic customs.
**Celt′i·cize**, *v.t.* to render Celtic.
**Celt′i·cize**, *v.i.* to become Celtic.
**Celt′is**, *n.* [L., an African species of lotus.] a genus of trees of several species, family *Ulmaceæ*; the nettle trees. *Celtis occidentalis*, the hackberry, is the principal North American species.
**cem′ba·lō**, *n.* [It.] (a) the harpsichord; (b) the dulcimer.
**cē·ment′**, *n.* [ME. *ciment*; OFr. *cement, ciment*; L. *cæmentum*, rough stone, chippings, from *cædere*, to cut.]
1. a substance made of powdered lime and clay, mixed with water and used to fasten stones and bricks together, or as paving: the mixture (mortar) hardens like stone when it dries.
2. any soft substance that fastens things together firmly when it hardens, as paste or glue.
3. a cementlike substance used in filling cavities, as in teeth.
4. anything that joins together or unites; a bond.
5. the bony outer crust of the root of a tooth.
6. in metallurgy, a dust or powder, as of charcoal or sand, or a finely divided metal, used in cementation.
7. in placer and hydraulic mining, a firmly compacted mass of gravel, held together b clay or silica.
*Portland cement*; see under *Portland*.
*rubber cement*; a cement made of pure rubber mechanically mixed with sulfur and dissolved in some such hydrocarbon as benzene, gasoline, etc.
**cē·ment′**, *v.t.*; cemented, *pt., pp.*; cementing, *ppr.* 1. to unite or join with or as with cement.
2. to unite firmly or closely; as, to *cement* friendship.
3. to spread or cover with cement.
**cē·ment′**, *v.i.* to become cemented; to stick; to cohere.
**cē·ment′al**, *a.* pertaining to cement, as of a tooth.
**cē″men·tā′tion**, *n.* 1. a cementing or being cemented.
2. in chemistry, the process by which a solid substance is caused to enter into or combine with another at a high temperature without fusion of either; specifically, the conversion of iron into steel by heating the iron in a mass of ground charcoal, and thus causing it to absorb a certain quantity of the charcoal.
**cē·ment′a·tō·ry**, *a.* cementing; having the quality of uniting firmly.
**cē·ment′er**, *n.* one who or that which cements.
**cē·ment′īte**, *n.* [*cement*, and -*ite*.] the carbide of iron, $Fe_3C$, occurring in steel, cast iron, and most other alloys of iron and carbon.
**cē″men·ti′tious** (-tish′us), *a.* [L. *cæmentitius*, pertaining to quarried stones; from *cæmentum*, rough stone, stone chippings.] pertaining to cement; having the quality of cementing; of the nature of cement.
**cē·men′tum**, *n.* [L.; cf. *cement*.] the hard, bony tissue forming the outer layer of the root of a tooth: also *cement*.
**cem·e·tē′ri·al** *a.* pertaining to a cemetery or burial. [Rare.]
**cem′e·ter·y**, *n.*; *pl.* **cem′e·ter·ies**, [LL. *cæmeterium*; Gr. *koimētērion*, a sleeping place, cemetery, from *koiman*, to put to sleep.] a place set apart for burial or interment; a graveyard; a necropolis.
**cen′a·cle**, *n.* [Fr. *cénacle*, from L. *cenaculum*, a dining room, from *cena*, dinner.]
1. [C-] the room in which Jesus and his disciples ate the Last Supper.
2. a coterie, as of writers.
**cē·nā′tion**, *n.* [L. *cenatio*, from *cenare*, to dine, eat.] the act of dining or supping. [Obs.]

ūse, bụll, brūte, tûrn, up; crȳ, myth; çat, machine, ace, church, çhord; gem, ang̃er, (Fr.) boṅ, aṣ; this, thin; aẓure      291