IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No: 04-968-GMS** |

## ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2005, that Defendants' Motion for Summary Judgment of Non-Infringement of Allergan's U.S. Patent No. 6, 673,337 and Invalidity of its U.S. Patent No. 6,641,834 is hereby GRANTED.

_____
U.S. District Judge