IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>      Plaintiffs,<br><br>   v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>      Defendants. | Civil Action No. 04-968-GMS |

## DECLARATION OF WILLIAM J. MARSDEN, JR.

I, William J. Marsden, Jr., declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., and I am counsel for Plaintiffs Allergan, Inc. and Allergan Sales, LLC, in the above-captioned matter.

2. Attached hereto as Exhibit A is a proposed order with claim constructions for the disputed limitations.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 6,673,337.

4. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 6,641,834.

5. Attached hereto as Exhibit D is a true and correct copy of an excerpt from Allergan's 10K for the year 2004.

6. Attached hereto as Exhibit E is a true and correct copy of the approved labeling for Alphagan®.

7.  Attached hereto as Exhibit F is a true and correct copy of the approved labeling for Alphagan® P.

8.  Attached hereto as Exhibit G is a true and correct copy of the prosecution history for U.S. Patent No. 6,641,834.

9.  Attached hereto as Exhibit H is a true and correct copy of U.S. Provisional Patent Application No. 60/218,200.

10.  Attached hereto as Exhibit I is a true and correct copy of U.S. Patent No. 6,627,210.

11.  Attached hereto as Exhibit J is a true and correct copy of the prosecution history for U.S. Patent No. 6,627,210.

12.  Attached hereto as Exhibit K is a true and correct copy of the prosecution history for U.S. Patent No. 6,673,337.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2005            FISH & RICHARDSON P.C.

By:  */s/ William J. Marsden, Jr.  (#2247)*
William J. Marsden, Jr. (marsden@fr.com)
Sean P. Hayes (hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN SALES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2005, I electronically filed with the Clerk of Court the DECLARATION OF WILLIAM J. MARSDEN, JR. using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

I hereby certify that on May 2, 2005, I have sent by Federal Express, the above document to the following non-registered participants:

Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

      /s/ William J. Marsden, Jr.  (#2247)
     William J. Marsden, Jr.

copy to replace 60292398.doc