# Part 1
# to
# EXHIBIT H

7-14-00

A/Prov.

(fee 10/96)

Approved for use through 04/11/99. OMB 0651-0037
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

## PROVISIONAL APPLICATION COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION under 37 CFR 1.53 (b)(2).

| Docket Number | D-2892 | Type a plus sign (+) inside this box → | + |
|---|---|---|---|

### INVENTOR(s)/APPLICANT(s)

| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY AND EITHER STATE OR FOREIGN COUNTRY) |
|---|---|---|---|
| OLEJNIK | OREST | | COTO DE CAZA, CA |
| KERSLAKE | EDWARD | D.S. | CHARLESTOWN, MA |

### TITLE OF THE INVENTION (280 characters max)

## COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS

### CORRESPONDENCE ADDRESS

STOUT, UXA, BUYAN & MULLINS, LLP
4 VENTURE
SUITE 300
IRVINE, CA 92618

| STATE | CA | ZIP CODE | 92618 | COUNTRY | USA |
|---|---|---|---|---|---|

### ENCLOSED APPLICATION PARTS (check all that apply)

| | | | | | |
|---|---|---|---|---|---|
| X | Specification | Number of Pages | 41 | | Small Entity Statement |
| X | Drawing(s) | Number of Sheets | 1 | | Other(specify) |

### METHOD OF PAYMENT (check one)

| | | PROVISIONAL FILING FEE AMOUNT ($) | $150.00 |
|---|---|---|---|
| | A check or money order is enclosed to cover the Provisional filing fee | | |
| X | The Commissioner is hereby authorized to charge filing fees and credit deposit Account Number: | 01-0885 | |

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.
☑ No.
☐ Yes, the name of the U.S. Government agency and the Government contract number are:

Respectfully submitted,

SIGNATURE _____    Date  7/14/00

FRANK J. UXA, Reg. No. 28,423

☐ Additional inventors are being named on separately numbered sheets attached hereto.

## PROVISIONAL APPLICATION FILING ONLY
SEND TO: Assistant Commissioner of Patents, Washington, DC  20231

AGN0063393

DOCKET NO.:  D-2892P

THE ENCLOSED PATENT APPLICATION OF OLEJNIK, ET AL IS BEING FILED
IN ACCORDANCE WITH SECTION 37 C.F.R. §1.10 BY EXPRESS MAIL AND SHOULD
BE ACCORDED A FILING DATE OF

JULY 14, 2000

SEE THE EXPRESS MAIL CERTIFICATE ATTACHED TO THE APPLICATION.

AGN0063394

Docket: D-2892P

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application:                                /

    Olejnik et al                          /   **BOX NEW PROVISIONAL**

                             /   **PATENT APPLICATION**

Filed:  Herewith                                  /

                                     /

For:  **COMPOSITIONS CONTAINING**          /

      **ALPHA-2-ADRENERGIC**              /

      **AGONIST COMPONENTS**             /

EXPRESS MAIL MAILING LABEL NO.  EL562948650US

Date of Deposit:  **July 14, 2000**

I hereby certify that the following documents as identified below are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under C.F.R. §1.10 on the date indicated above and are addressed to the Assistant Commissioner of Patents, Box New Provisional Patent Application, Washington, D.C.  20231:

1.    Provisional Application Cover Sheet;
2.    Specification forty-one (41) pages;
3.    One (1)  sheet of informal drawings; and a
4.    Return Receipt postcard to verify receipt.

The four (4) above-identified documents are enclosed herewith.

Respectfully submitted,

Lynette L. Gascoigne
Office of  Frank J. Uxa
Attorney for Applicant
Registration No. 25,612
4 Venture, Suite 300
Irvine, CA 9261'8
(949) 450-1750
Facsimile (949) 450-1764

AGN0063395

D-2892P

## COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS

### BACKGROUND OF THE INVENTION

The present invention relates to compositions containing alpha-2-adrenergic agonist components. More particularly, the invention relates to such compositions in which the alpha-2-adrenergic agonist components have
5  enhanced solubility at the therapeutically effective concentrations.

Alpha-2-adrenergic agonist components include chemical entities, such as compounds, ions, complexes and the like, which are effective to act on or bind to Alpha-
10  2-adrenergic receptors and provide a therapeutic effect. Alpha-2-adrenergic agonist components means the agonists themselves and any and all precursors thereof, metabolites thereof and combinations thereof. One of the continuing challenges of formulating compositions having alpha-2-
15  adrenergic agonist components is to render such components more effective. For example, alpha-2-adrenergic agonist components in liquid compositions often benefit from being soluble in the liquid carriers of such compositions. Such solubility promotes uniform and accurate administration.
20  Additionally, the dispensed or administered alpha-2-adrenergic agonist components should advantageously be soluble in biological systems or environments, for example, for effective or enhanced in vivo diffusion through cell membranes or lipid bilayers. Some alpha-2-
25  adrenergic agonist components with higher pKa's, for example, greater than about 7, tend to diffuse very well through lipid membranes at pH valves near their pka, because in such circumstances they are predominantly unionized in neutral to alkaline biological environments.

AGN0063396

2

However, some of these alpha-2-adrenergic agonist components become insoluble at neutral to alkaline biological pH's. Such insolubility may decrease membrane diffusion capabilities, rendering the alpha-2-adrenergic

5 agonist components less effective and/or their therapeutic effects more variable at a given dosage. Furthermore, solubilized alpha-2-adrenergic agonist components provide other benefits, for example, reduced irritation to tissues that interact with alpha-2-adrenergic agonist components.

10      There continues to be a need for new compositions containing alpha-2-adrenergic agonist components.

## SUMMARY OF THE INVENTION

     New alpha-2-adrenergic agonist component-containing compositions have been discovered. The present

15 compositions contain certain materials which are effective in at least aiding or assisting in solubilizing the alpha-2-adrenergic agonist components in the compositions, and preferably in environments to which the compositions are administered or introduced, for example, biological

20 environments, such as the human eye. Preferably, solubilization of the alpha-2-adrenergic agonist components in accordance with the present invention facilitates transport of such components across lipid membranes. Also, preferably such solubilization allows

25 the provision of more reliable and reproducible dosage forms of the drug. In addition, alpha-2-adrenergic agonist component-containing compositions have been discovered which include preservatives which provide substantial advantages, for example, reduced adverse

30 interactions with the alpha-2-adrenergic agonist components and/or with the patients to whom the compositions are administered, while maintaining preservative effectiveness.

AGN0063397

3

The present compositions preferably enhance the
effectiveness of alpha-2-adrenergic agonist components by
increasing the apparent water solubility of the alpha-2-
adrenergic agonist components, preferably at pH's higher
5   than neutral.   The present compositions include, in
addition to the adrenergic agonist components, solubility
enhancing components (SECs) in amounts effective to
enhance the solubility of the alpha-2-adrenergic agonist
components.  Preferably, the alpha-2-adrenergic agonist
10  components are more soluble in the present compositions
having, for example, pH's of about 7 or greater, relative
to similar compositions without the SECs.  In another
embodiment, the alpha-2-adrenergic agonist components of
the present compositions are more soluble in neutral,
15  preferably alkaline, biological environments into which
the compositions are administered relative to alpha-2-
adrenergic agonist components in similar compositions
without the SECs.

In one embodiment, the alpha-2-adrenergic agonist
20  components   include   imino-imidazolines,   imidazolines,
imidazoles, azepines, thiazines, oxazolines, guanidines,
catecholamines, biologically compatible salts and esters
and mixtures thereof. Preferably, the alpha-2-adrenergic
agonist   components   include   quinoxaline   components.
25  Quinoxaline components include quinoxaline, biologically
compatible   salts   thereof,   esters   thereof,   other
derivatives thereof and the like, and mixtures thereof.
Non-limiting examples of quinoxaline derivatives include
(2-imidozolin-2-ylamino)     quinoxaline,     5-bromo-6-(2-
30  imidozolin-2-ylamino)   quinoxaline,   and   biologically
compatible salts thereof and esters thereof, preferably
the   tartrate   of   5-bromo-6-(2-imidozolin-2-ylamino)
quinoxaline,   and   the   like   and   mixtures   thereof.
Hereinafter, the tartrate of 5-bromo-6-(2-imidozolin-2-

AGN0063398

4

ylamino) quinoxaline is referred to as "Brimonidine tartrate."

In a preferred embodiment, the alpha-2-adrenergic agonist components, such as those listed above, are
5   specific for the alpha-2A-adrenergic receptors, alpha-2B-adrenergic receptors and/or alpha-2D-adrenergic receptors.

In one embodiment, the alpha-2-adrenergic agonist components are unionized in the compositions. Preferably, the alpha-2-adrenergic agonist components are also
10  unionized in the biological environment into which the compositions are administered.

In a useful embodiment, the SEC includes a polyanionic component. As used herein, the term "polyanionic component" refers to a chemical entity, for
15  example, an ionically charged species, such as an ionically charged polymeric material, which includes more than one discrete anionic charge, that is multiple discrete anionic charges. Preferably, the polyanionic component is selected from polymeric materials having
20  multiple anionic charges, and mixtures thereof.

Particularly useful polyanionic components are selected from anionic polymers derived from acrylic acid (meaning to include polymers from acrylic acid, acrylates and the like and mixtures thereof), anionic polymers
25  derived from methacrylic acid (meaning to include polymers from methacrylic acid, methacrylates, and the like and mixtures thereof), anionic polymers derived from alginic acid (meaning to include alginic acid, alginates, and the like and mixtures thereof), anionic polymers of amino
30  acids (meaning to include polymers of amino acids, amino acid salts, and the like and mixtures thereof), and the like, and mixtures thereof. Very useful polyanionic components are those selected from anionic cellulose

AGN0063399

5

derivatives and mixtures thereof, especially
carboxymethylcelluloses.

The polyanionic component preferably is sufficiently
anionic to interact with or otherwise affect, in
5   particular increase, the solubility of the alpha-2-
adrenergic components.  This interaction preferably is
sufficient to render the alpha-2-adrenergic components
substantially completely soluble at therapeutically
effective concentrations.  The amount of SEC in the
10  composition preferably is in the range of about 0.1% (w/v)
to about 30% (w/v), more preferably about 0.2% (w/v) to
about 10% (w/v), and even more preferably about 0.2% (w/v)
to about 0.6% (w/v).

The compositions include carrier components, for
15  example, aqueous liquid carrier components.  In one
embodiment, the compositions have pH's of about 7 or
greater, preferably about 7 to about 9, and are
ophthalmically acceptable.

In a preferred embodiment, a composition is provided
20  which includes an alpha-2-adrenergic agonist component in
an amount effective to provide at least one therapeutic
benefit to a patient to whom the composition is
administered, an anionic cellulose derivative in an
amount effective to increase the solubility of the alpha-
25  2-adrenergic agonist component and an aqueous liquid
carrier component.  The alpha-2-adrenergic agonist
component preferably comprises a tartrate of 5-bromo-6-(2-
imidozolin-2-ylamino) quinoxaline.  The anionic cellulose
derivative preferably comprises a carboxymethylcellulose.
30  The concentration of the anionic cellulose derivative in
the composition should be about 0.2% (w/v) to about 0.6%
(w/v).

In a preferred embodiment, the present compositions
are ophthalmically acceptable, e.g. the compositions do

AGN0063400

6

not have deleterious or toxic properties which could harm
the eye of the human or animal to whom the compositions
are administered.

5      In one broad aspect of the invention, complexes are
formed in the compositions.    In one embodiment, the
complexes include monomer units derived from at least one
quinoxaline component.  In a preferred embodiment, the
complexes of the present invention are dimers.   In a
particularly preferred embodiment, the complexes are
10     complexes, especially dimers, of Bromodidine tartrate.

In another broad aspect of the present invention,
compositions are provided which comprise an alpha-2-
adrenergic agonist component and a preservative component
in an effective amount to at least aid in preserving the
15     compositions.   Preferably, the preservative components
include oxy-chloro components, such as compounds, ions,
complexes and the like which are biologically acceptable,
chemically  stable  and  do  not  substantially  or
significantly detrimentally affect the   an alpha-2-
20     adrenergic agonist component in the compositions or the
patients to whom the compositions are administered.  Such
compositions  preferably  are  substantially  free  of
cyclodextrins in the compositions or the patients to whom
the compositions are administered.

25     Any feature or combination of features described
herein are included within the scope of the present
invention provided that the features included in any such
combination are not mutually inconsistent as will be
apparent from the context, this specification, and the
30     knowledge of one of ordinary skill in the art.

Additional advantages and aspects of the present
invention  are  apparent  in  the  following  detailed
description and claims.

AGN0063401

**BRIEF DESCRIPTION OF THE DRAWING**

Fig. 1 is a graph of soluble Brimonidine tartrate verses pH at various carboxymethylcellulose concentrations.

**DETAILED DESCRIPTION OF THE INVENTION**

Compositions comprising alpha-2-adrenergic agonist components and SECs are provided. The alpha-2-adrenergic agonist components in the present compositions are made more soluble and may be more effectively utilized as therapeutic agents. The SECs employed in the present compositions may be effective in the solubilization of ionized alpha-2-adrenergic agonist components, unionized alpha-2-adrenergic agonist components or both. The present compositions include liquid carrier components and have the characteristics of liquid, for example, aqueous liquid, solutions.

Preferably, the alpha-2-adrenergic agonist components have increased solubility in the present compositions at pH's greater than 7, as compared to identical alpha-2-adrenergic agonist components, at comparable concentrations, in similar compositions without the SECs. More preferably, the alpha-2-adrenergic agonist components have increased solubility in the present compositions at pH's in the range of about 7 to about 10 and, as compared to identical alpha-2-adrenergic agonist components in similar compositions, at comparable concentrations, without the SECs.

Without wishing to be limited by any theory or mechanism of operation, it is believed that solubilized alpha-2-adrenergic agonist components are better able to cross the lipid membranes relative to unsolubilized alpha-2-adrenergic agonist components. It is further believed that the solubilized alpha-2-adrenergic agonist components

00471-00081203

8

are physically smaller and are therefore more able to physically permeate or diffuse through the lipid membranes.

5      In one embodiment, the SECs of this invention are capable of solubilizing the alpha-2-adrenergic agonist components in the biological environments into which they are introduced at therapeutically effective concentrations. Preferably, the biological environments into which the present compositions are introduced have 10    pH's ranging from about 7 to about 9. For example, a composition comprising a SEC and an alpha-2-adrenergic agonist component may be administered to the cornea of an eye, which has a pH of about 7, wherein the alpha-2-adrenergic agonist component is substantially solubilized 15   at the administered area. Furthermore, in one embodiment, the alpha-2-adrenergic agonist components solubilized by SECs at the administered area diffuse through biological lipid membranes more readily than alpha-2-adrenergic agonist components which are not solubilized by SECs. The 20    solubilization of alpha-2-adrenergic agonist components preferably reduces irritation to sensitive tissues in contact or interacting with the alpha-2-adrenergic agonist components.

       The presently useful alpha-2-adrenergic agonist 25    components preferably are chosen to benefit from the presence of the SECs. In general, the alpha-2-adrenergic agonist components are provided with increased apparent solubility, preferably increased apparent water solubility, by the presence of the SECs.

30      Examples of alpha-2-adrenergic agonist components include molecules containing amines. Preferably, the alpha-2-adrenergic agonist components are amine-containing molecules with pKa's of greater than about 7, more preferably about 7 to about 9.

AGN0063403

9

Alpha-2-adrenergic agonist components include alpha-2-adrenergic agonists. As used herein, the term alpha-2 adrenergic agonist includes chemical entities, such as compounds, ions, complexes and the like, that produce a
5   net sympatholytic response, resulting in increased accommodation, for example, by binding to presynaptic alpha-2 receptors on sympathetic postganglionic nerve endings or for example, to postsynaptic alpha-2 receptors on smooth muscle cells. A sympatholytic response is
10  characterized by the inhibition, diminishment, or prevention of the effects of impulses conveyed by the sympathetic nervous system. The alpha-2 adrenergic agonists of the invention bind to the alpha-2 adrenergic receptors presynaptically, causing negative feedback to
15  decrease the release of neuronal norepinephrine. Additionally, they also work on alpha-2 adrenergic receptors postsynaptically, inhibiting beta-adrenergic receptor-stimulated formation of cyclic AMP, which contributes to the relaxation of the ciliary muscle, in
20  addition to the effects of postsynaptic alpha-2 adrenergic receptors on other intracellular pathways. Activity at either pre- or postsynaptic alpha-2 adrenergic receptors will result in a decreased adrenergic influence. Decreased adrenergic influence results in increased
25  contraction resulting from cholinergic innervations. Alpha-2 adrenergic agonists also include compounds that have neuroprotective activity. For example, 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline is an alpha-2-adrenergic agonist which has a neuroprotective activity through an
30  unknown mechanism.

Without limiting the invention to the specific groups and compounds listed, the following is a list of representative alpha-2 adrenergic agonists useful in this invention: imino-imidazolines, including clonidine,

AGN0063404

10

apraclonidine; imidazolines, including naphazoline, xymetazoline, tetrahydrozoline, and tramazoline; imidazoles, including detomidine, medetomidine, and dexmedetomidine; azepines, including B-HT 920 (6-allyl-2-
5     amino-5,6,7,8 tetrahydro-4H-thiazolo[4,5-d]-azepine and B-HT 933; thiazines, including xylazine; oxazolines, including rilmenidine; guanidines, including guanabenz and guanfacine; catecholamines; and the like and derivatives thereof.

10     Particularly useful alpha-2-adrenergic agonists include quinoxaline components. In one embodiment, the quinoxaline components include quinoxaline, derivatives thereof and mixtures thereof. Preferably, the derivatives of quinoxaline include (2-imidozolin-2-ylamino)
15     quinoxaline. More preferably, the derivatives of quinoxaline include 5-halide-6-(2-imidozolin-2-ylamino) quinoxaline. The "halide" of the 5-halide-6-(2-imidozolin-2-ylamino) quinoxaline may be a fluorine, a chlorine, an iodine, or preferably, a bromine, to form 5-
20     bromo-6-(2-imidozolin-2-ylamino) quinoxaline. Even more preferably, the derivatives of quinoxaline to be used in accordance with this invention include a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, or Brimonidine tartrate.

25     Other useful quinoxaline derivatives are well known. For example, useful derivatives of a quinoxaline include the ones disclose by Burke et al U.S. Patent No. 5,703,077. See also Danielwicz et al 3,890,319. Each of the disclosures of Burke et al and Danielwicz et al is
30     incorporated in its entirety by reference herein.

The quinoxaline and derivatives thereof, for example Brimonidine tartrate, are amine-containing and preferably have pKa's of greater than 7, preferably about 7.5 to 9.

Analogs of the foregoing compounds that function as

AGN0063405

11

alpha-2 adrenergic agonists also are specifically intended
to be embraced by the invention.

Preferably, the alpha-2-adrenergic agonists, for
example the ones listed above, are effective toward
5    activating alpha-2A-adrenergic receptors, alpha-2B-
adrenergic receptors and alpha-2D-adrenergic receptors.

In one embodiment, the alpha-2-adrenergic agonists,
for example Brimonidine tartrate, are substantially
unionized in the compositions. In another embodiment, the
10   adrenergic compounds are substantially unionized in the
environment to which they are administered, for example
the cornea. Without wishing to be limited by any theory
or mechanism of action, it is believed that the unionized
forms of the adrenergic compounds facilitate their
15   permeation across membrane lipid bilayers.

Any suitable SEC may be employed in accordance with
the present invention. In one embodiment, the SECs
include pyrrolinidone components. Examples of
pyrrolinidone components are polyvinylpyrrolinidones and
20   derivatives thereof. In a preferred embodiment, the SECs
include polyanionic components. The useful polyanionic
components include, but are not limited to, those
materials which are effective in increasing the apparent
solubility, preferably water solubility, of poorly soluble
25   alpha-2-adrenergic agonist components and/or enhance the
stability of the alpha-2-adrenergic agonist components
and/or reduce unwanted side effects of the alpha-2-
adrenergic agonist components. Furthermore, the
polyanionic component is preferably ophthalmically
30   acceptable at the concentrations used. Additionally, the
polyanionic component preferably includes three (3) or
more anionic (or negative) charges. In the event that the
polyanionic component is a polymeric material, it is
preferred that each of the repeating units of the

AGN0063406

12

polymeric material include a discrete anionic charge. Particularly useful anionic components are those which are water soluble, for example, soluble at the concentrations used in the presently useful liquid aqueous media, such as
5   a liquid aqueous medium containing the alpha-2-adrenergic components.

The polyanionic component is preferably sufficiently anionic to interact with the alpha-2-adrenergic agonist component. Such interaction is believed to be desirable
10  to solubilize the alpha-2-adrenergic agonist component and/or to maintain such alpha-2-adrenergic agonist component soluble in the carrier component, for example a liquid medium.

Polyanionic components also include one or more
15  polymeric materials having multiple anionic charges. Examples include:

    metal carboxymethylstarchs
    metal carboxymethylhydroxyethylstarchs
    hydrolyzed polyacrylamides and polyacrylonitriles
20  heparin
    homopolymers and copolymers of one or more of:
        acrylic and methacrylic acids
        metal acrylates and methacrylates
        alginic acid
25      metal alginates
        vinylsulfonic acid
        metal vinylsulfonate
        amino acids, such as aspartic acid, glutamic
        acid and the like
30      metal salts of amino acids
        p-styrenesulfonic acid
        metal p-styrenesulfonate
        2-methacryloyloxyethylsulfonic acids

AGN0063407

13

metal 2-methacryloyloxethylsulfonates
3-methacryloyloxy-2-hydroxypropylsulonic acids
metal 3-methacryloyloxy-2-
        hydroxypropylsulfonates
5       2-acrylamido-2-methylpropanesulfonic acids
metal 2-acrylamido-2-methylpropanesulfonates
allylsulfonic acid
        metal allylsulfonate and the like.


        In another embodiment, the polyanionic components
10    include anionic polysaccharides which tend to exist in
ionized forms at higher pH's, for example, pH's of about
7 or higher. The following are some examples of anionic
polysaccharides which may be employed in accordance with
this invention.
15        Polydextrose is a randomly bonded condensation
polymer of dextrose which is only partially metabolized by
mammals. The polymer can contain a minor amount of bound
sorbitol, citric acid, and glucose.
        Chondroitin sulfate also known as sodium chondroitin
20    sulfate is a mucopolysaccharide found in every part of
human tissue, specifically cartilage, bones, tendons,
ligaments, and vascular walls. This polysaccharide has
been extracted and purified from the cartilage of sharks.
        Carrageenan is a linear polysaccharide having
25    repeating galactose units and 3,6 anhydrogalactose units,
both of which can be sulfated or nonsulfated, joined by
alternating 1-3 and beta 1-4 glycosidic linkages.
Carrageenan is a hydrocolloid which is heat extracted from
several species of red seaweed and irish moss.
30        Maltodextrins are water soluble glucose polymers
which are formed by the reaction of starch with an acid
and/or enzymes in the presence of water.
        Other anionic polysaccharides found useful in the

AGN0063408

14

present invention are hydrophilic colloidal materials and include the natural gums such as gellan gum, alginate gums, i.e., the ammonium and alkali metal salts of alginic acid and mixtures thereof. In addition, chitosan, which
5  is the common name for deacetylated chitin is useful. Chitin is a natural product comprising poly-(N-acetyl-D-glucosamine). Gellan gum is produced from the fermentation of pseudomonas elodea to yield an extracellular heteropolysaccharide. The alginates and
10  chitosan are available as dry powders from Protan, Inc., Commack, N.Y. Gellan gum is available from the Kelco Division of Merk & Co., Inc., San Diego, Calif.

Generally, the alginates can be any of the water-soluble alginates including the alkali metal alginates,
15  such as sodium, potassium, lithium, rubidium and cesium salts of alginic acid, as well as the ammonium salt, and the soluble alginates of an organic base such as mono-, di-, or tri-ethanolamine alginates, aniline alginates, and the like. Generally, about 0.2% to about 1% by weight and,
20  preferably, about 0.5% to about 3.0% by weight of gellan, alginate or chitosan ionic polysaccharides, based upon the total weight of the composition, are used to obtain the gel compositions of the invention.

Preferably, the anionic polysaccharides are cyclized.
25  More preferably, the cyclized anionic polysaccharides include less than ten monomer units. Even more preferably, the cyclized polysaccharides include less than six monomer units.

In one embodiment, a particularly useful group of
30  cyclized anionic polysaccharides includes the cyclodextrins. Examples of the cyclodextrin group include, but are not limited to: α-cyclodextrin, derivatives of α-cyclodextrin, β-cyclodextrin, derivatives of β-cyclodextrin, γ-cyclodextrin, derivatives of γ-

AGN0063409

15

cyclodextrin, carboxymethyl-β-cyclodextrin, carboxymethyl-
ethyl-β-cyclodextrin, diethyl-β-cyclodextrin, dimethyl-β-
cyclodextrin, methyl-β-cyclodextrin, random methyl-β-
cyclodextrin, glucosyl-β-cyclodextrin, maltosyl-β-
5   cyclodextrin, hydroxyethyl-β-cyclodextrin, hydroxypropyl-
β-cyclodextrin, sulfobutylether-β-cyclodextrin, and the
like and mixtures thereof. Sulfobutylether-β-cyclodextrin
is a preferred cyclized anionic polyasaccharide in
accordance with the present invention. It is advantageous
10   that the SEC's, including the above mentioned
cyclodextrins, employed in this invention be, at the
concentration employed, non-toxic to the mammal, human, to
inhibit the present incorporation is administered . As
used herein, the term "derivatives" as it relates to a
15   cyclodextrin means any substituted or otherwise modified
compound which has the characteristic chemical structure
of a cyclodextrin sufficiently to function as a
cyclodextrin component, for example, to enhance the
solubility and/or stability of active components and/or
20   reduce unwanted side effects of the active components
and/or to form inclusive complexes with active components,
as described herein.

   Although cyclodextrins and/or their derivatives may
be employed as SECs, one embodiment of the invention may
25   include SECs other than cyclodextrins and/or their
derivatives.

   A particularly useful and preferred class of
polyanionic component includes anionic cellulose
derivatives. Anionic cellulose derivatives include metal
30   c a r b o x y m e t h y l c e l l u l o s e s ,   m e t a l
c a r b o x y m e t h y l h y d r o x y e t h y l c e l l u l o s e s   a n d
hydroxypropylmethylcelluloses and derivatives thereof.

   The present polyanionic components often can exist in
the unionized state, for example, in the solid state, in

AGN0063410

16

combination with a companion or counter ion, in particular
a plurality of discrete cations equal in number to the
number of discrete anionic charges so that the unionized
polyanionic component is electrically neutral.    For
5    example, the present unionized polyanionic components may
be present in the acid form and/or in combination with one
or more metals.    Since the polyanionic components are
preferably ophthalmically acceptable, it is preferred that
the metal associated with the unionized polyanionic
10    component    be    ophthalmically    acceptable    in    the
concentrations used.    Particularly useful metals include
the alkali metals, for example, sodium and potassium, the
alkaline earth metals, for example, calcium and magnesium,
and mixtures thereof.    Sodium is very useful to provide
15    the counter ion in the unionized polyanionic component.
Polyanionic components which, in the unionized states, are
combined with cations other than $H^+$ and metal cations can
be employed in the present invention.

The amount of SEC in the present compositions is not
20    of critical importance so long as solubility at the alpha-
2-adrenergic agonist component is at least somewhat
increased and is present in a biologically acceptable
amount.    Such amount should be effective to perform the
desired function or functions in the present composition
25    and/or after administration to the human or animal.    In
one embodiment, the amount of SEC, preferably the
polyanionic component, is sufficient to complex at least
in a major amount, and more preferably substantially all,
of the alpha-2-adrenergic agonist component in the present
30    composition.    In one useful embodiment, the amount of
polyanionic component in the present composition is in the
range of about 0.1% to about 30% (w/v) or more of the
composition.    Preferably, the amount of polyanionic
component is in the range of about 0.2% (w/v) to about 10%

AGN0063411

17

(w/v). More preferably, the amount of polyanionic component is in the range of about 0.2% (w/v) to about 0.6% (w/v). Even more preferably, the polyanionic component is carboxymethylcellulose and is present in the composition in the range of about 0.2% (w/v) to about 0.6% (w/v). A particularly useful concentration of carboxymethylcellulose in the present compositions is about 0.5%.

In one embodiment, the SECs, for example a carboxymethylcellulose, assist in solubilizing the alpha-2-adrenergic agonist components in the compositions. Although the SECs are capable aiding in the solubilization of ionized alpha-2-adrenergic agonist components, it is preferable that the SECs used in this invention could assist in the solubilization of unionized alpha-2-adrenergic agonist components. For example, in one embodiment, carboxymethylcellulose may help solubilize ionized alpha-2-adrenergic agonist components. In another embodiment, carboxymethylcellulose may help solubilize unionized alpha-2-adrenergic agonist components. In a preferred embodiment, the carboxylmethylcellulose helps solubilize ionized Brimonidine tartrate in the compositions. More preferably, the carboxylmethylcellulose helps solubilize unionized Brimonidine tartrate in the compositions.

In one embodiment, the compositions may also include preservative components or components which assist in the preservation of the composition. The preservative components selected so as to be effective and efficacious as preservatives in the present compositions, that is in the presence of polyanionic components, and preferably have reduced toxicity and more preferably substantially no toxicity when the compositions are administered to a human or animal.

AGN0063412

18

Preservatives or components which assist in the preservation of the composition which are commonly used in pharmaceutical compositions are often less effective when used in the presence of solubilizing agents. In certain 5 instances, this reduced preservative efficacy can be compensated for by using increased amounts of the preservative. However, where sensitive or delicate body tissue is involved, this approach may not be available since the preservative itself may cause some adverse 10 reaction or sensitivity in the human or animal, to whom the composition is administered.

Preferably, the present preservative components or components which assist in the preservation of the composition, preferably the alpha-2-adrenergic agonist 15 components therein, are effective in concentrations of less than about 1% (w/v) or about 0.8% (w/v) and may be 500 ppm (w/v) or less, for example, in the range of about 10 ppm(w/v) or less to about 200 ppm(w/v). Preservative components in accordance with the present invention 20 preferably include, but are not limited to, those which form complexes with the polyanionic component to a lesser extent than does benzalkonium chloride.

Very useful examples of the present preservative components include, but are not limited to oxidative 25 preservative components, for example oxy-chloro components, peroxides, persalts, peracids, and the like, and mixtures thereof. Specific examples of oxy-chloro components useful as preservatives in accordance with the present invention include hypochlorite components, for 30 example hypochlorites; chlorate components, for example chlorates; perchlorate components, for example perchlorates; and chlorite components. Examples of chlorite components include stabilized chlorine dioxide (SCD), metal chlorites, such as alkali metal and alkaline

AGN0063413

19

earth metal chlorites, and the like and mixtures therefor.
Technical grade (or USP grade) sodium chlorite is a very
useful preservative component. The exact chemical
composition of many chlorite components, for example, SCD,
5    is not completely understood. The manufacture or
production of certain chlorite components is described in
McNicholas U.S. Patent 3,278,447, which is incorporated in
its entirety herein by reference. Specific examples of
useful SCD products include that sold under the trademark
10   Dura Klor by Rio Linda Chemical Company, Inc., and that
sold under the trademark Anthium Dioxide by International
Dioxide, Inc. An especially useful SCD is a product sold
under the trademark Purite™ by Allergan, Inc. Other
examples of oxidative preservative components includes
15   peroxy components. For example, trace amounts of peroxy
components stabilized with a hydrogen peroxide stabilizer,
such as diethylene triamine penta(methylene phosphonic
acid) or 1-hydroxyethylidene-1,1-diphosphonic acid, may be
utilized as a preservative for use in components designed
20   to be used in the ocular environment. Also, virtually any
peroxy component may be used so long as it is hydrolyzed
in water to produce hydrogen peroxide. Examples of such
sources of hydrogen peroxide, which provide an effective
resultant amount of hydrogen peroxide, include sodium
25   perborate decahydrate, sodium peroxide and urea peroxide.
It has been found that peracetic acid, an organic peroxy
compound, may not be stabilized utilizing the present
system. See, for example, Martin et al U.S. Patent No.
5,725,887, the disclosure of which is incorporated in its
30   entirety herein by reference.

Preservatives other than oxidative preservative
components may be included in the compositions. The
choice of preservatives may depend on the route of
administration. Preservatives suitable for compositions

AGN0063414

20

to be administered by one route may possess detrimental
properties which preclude their administration by another
route.  For nasal and ophthalmic compositions, preferred
preservatives include quaternary ammonium compounds, in
5    particular the mixture of alkyl benzyl dimethyl ammonium
compounds and the like known generically as "benzalkonium
chloride."   For compositions to be administered by
inhalation, however, the preferred preservative is
chlorbutol and the like.  Other preservatives which may be
10   used, especially for compositions to be administered
rectally, include alkyl esters of p-hydroxybenzoic acid
and mixtures thereof, such as the mixture of methyl,
ethyl, propyl, butyl esters and the like which is sold
under the trade name "Nipastat."

15        In another broad aspect of the present invention,
compositions are provided which comprise an alpha-2-
adrenergic agonist component, a preservative component in
an effective amount to at least aid in preserving ,
preferably in an amount effective to preserve, the
20   compositions and a liquid carrier component.  Preferably,
the preservative components include oxy-chloro components,
such as compounds, ions, complexes and the like which (1)
do not substantially or significantly detrimentally affect
the    alpha-2-adrenergic   agonist    components    in    the
25   compositions or the patients to whom the compositions are
administered,  and  (2)  are  substantially  biologically
acceptable and chemically stable.  Such compositions in
accordance with the present invention comprise an alpha-2-
adrenergic agonist component, an oxy-chloro component, and
30   a    liquid    carrier    component,    and    preferably    are
substantially free of cyclodextrins.

     The  carrier  components  useful  in  the  present
invention are selected to be non-toxic and have no
substantial    detrimental    effect    on    the    present

AGN0063415

21

compositions, on the use of the compositions or on the human or animal to whom the compositions are administered. In one embodiment, the carrier component is a liquid carrier. In a preferred embodiment, the carrier component

5   is a liquid aqueous carrier component. A particularly useful aqueous liquid carrier component is that derived from saline, for example, a conventional saline solution or a conventional buffered saline solution. The aqueous liquid carrier preferably has a pH in the range of about

10  6 to about 9 or about 10, more preferably about 6 to about 8, and still more preferably about 7.5. The liquid medium preferably has an ophthalmically acceptable tonicity level, for example, of at least about 200 mOsmol/kg, more preferably in the range of about 200 to about 400

15  mOsmol/kg. In an especially useful embodiment, the osmolality or tonicity of the carrier component substantially corresponds to the tonicity of the fluids of the eye, in particular the human eye.

In one embodiment, the carrier components containing
20  the SECs and the alpha-2-adrenergic agonist components may have viscosities of more than about 0.01 centipoise (cps) at 25°C, preferably more than about 1 cps at 25°C, even more preferably more than about 10 cps at 25°C. In a preferred embodiment, the composition has a viscosity of
25  about 50 cps at 25°C and comprises a conventional buffer saline solution, a carboxymethylcellulose and a Brimonidine tartrate.

In order to insure that the pH of the aqueous liquid carrier component, and thus the pH of the composition, is
30  maintained within the desired range, the aqueous liquid carrier component may include at least one buffer component. Although any suitable buffer component may be employed, it is preferred to select such component so as not to produce a significant amount of chlorine dioxide or

AGN0063416

22

evolve significant amounts of gas, such as $CO_2$. It is
preferred that the buffer component be inorganic. Alkali
metal and alkaline earth metal buffer components are
advantageously used in the present invention.

5        Any suitable ophthalmically acceptable tonicity
component or components may be employed, provided that
such component or components are compatible with the other
ingredients of the liquid aqueous carrier component and do
not have deleterious or toxic properties which could harm
10       the human or animal to whom the present compositions are
administered.    Examples of useful tonicity components
include sodium chloride, potassium chloride, mannitol,
dextrose, glycerin, propylene glycol and mixtures thereof.
In one embodiment, the tonicity component is selected from
15       inorganic salts and mixtures thereof.

        The present compositions may conveniently be
presented as solutions or suspensions in aqueous liquids
or non-aqueous liquids, or as oil-in-water or water-in-oil
liquid emulsions.   The present compositions may include
20       one or more additional ingredients such as diluents,
flavoring agents, surface active agents, thickeners,
lubricants, and the like, for example, such additional
ingredients which are conventionally employed in
compositions of the same general type.

25       The present compositions in the form of aqueous
suspensions may include excipients suitable for the
manufacture of aqueous suspensions.  Such excipients are
suspending      agents,     for     example,     sodium
carboxymethylcellulose,       methylcellulose,
30       hydroxypropylmethylcellulose,     sodium     alginate,
polyvinylpyrrolidone, gun tragacanth and gun acacia;
dispersing or wetting agents may be a naturally occurring
phosphatide, for example, lecithin, or condensation
products of ethylene oxide with long chain aliphatic

AGN0063417

23

alcohols, for example, heptadecaethyleneoxycetanol, or condensation products of ethylene oxide with partial esters derived from fatty acids and a hexitol such as polyoxyethylene sorbitol mono-oleate, or condensation

5    products of ethylene oxide with partial esters derived from fatty acids and hexitol anhydrides, for example, polyoxyethylene sorbitan mono-oleate, and the like and mixtures thereof. Such aqueous suspensions may also contain one or more coloring agents, one or more flavoring

10   agents and one or more sweetening agents, such as sucrose, saccharin, and the like and mixtures thereof.

The present compositions in the form of oily suspensions may be formulated in a vegetable oil, for example, olive oil, sesame oil or coconut oil, or in a

15   mineral oil such as liquid paraffin. Such suspensions may contain a thickening agent, for example beeswax, hard paraffin or cetyl alcohol. Sweetening agents, such as those set forth above, and flavoring agents may be added to provide a palatable oral preparation.

20   The present compositions may also be in the form of oil-in-water emulsions. The oily phase may be a vegetable oil, for example, olive oil or arachis oil, or a mineral oil, for example, liquid paraffin, and the like and mixtures thereof. Suitable emulsifying agents may be

25   naturally-occurring gums, for example, gum acacia or gum tragacanth, naturally-occurring phosphatides, for example, soya bean lecithin, and esters or partial esters derived from fatty acids and hexitol anhydrides, for example, sorbitan mono-oleate, and condensation products of the

30   said partial esters with ethylene oxide, for example, polyoxyethylene sorbitan mono-oleate. The emulsions may also contain sweetening and flavoring agents.

The present compositions in the form of syrups and elixirs may be formulated with sweetening agents, for

AGN0063418

24

example, as described elsewhere herein. Such formulations may also contain a demulcent, and flavoring and coloring agents.

The specific dose level for any particular human or

5    animal depends upon a variety of factors including the activity of the active component employed, the age, body weight, general health, sex, diet, time of administration, route of administration, rate of excretion, drug combination and the severity of the particular condition

10   undergoing therapy.

In one broad aspect of the invention, complexes are formed in the present compositions. In one embodiment, the complexes include at least one monomer unit of a quinoxaline component. Examples of quinoxaline components

15   include quinoxaline, (2-imidozolin-2-ylamino) quinoxaline, 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, salts thereof, esters thereof, other derivatives thereof, and the like and mixtures thereof. For example, in one embodiment, a complex of the present invention may include

20   a conjugation of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline monomer units. In another embodiment, the complex may include a conjugation of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline monomer units and Brimonidine tartrate monomer units.

25   In a preferred embodiment, the complexes of the present invention are dimers. For example, a dimer in accordance with the present invention may include a quinoxaline and a 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline. Preferably, a dimer in accordance with the

30   present invention includes two Brimonidine tartrate monomer units.

Without wishing to limit the invention to any theory or mechanism of operation, it is believed that any peroxide forming agent or strong oxidizing agent such as

AGN0063419

25

the oxidative preservative components, for example oxy-
chloro components, peroxides, persalts, peracids, and the
like, and mixtures thereof may facilitate the formation of
the complexes, preferably complexes of alpha-2-adrenergic
5    agonist components. For example, dimers of Brimonidine
tartrate monomer units are believed to be formed in the
presence of chlorites, preferably stabilized chlorine
dioxide.

Furthermore, it is believed that the interactions
10   between the monomers which serve to hold the monomers or
monomer subunits together to form a complex, preferably an
oligomer and more preferably a dimer, may include, but not
limited to, covalent bonding, ionic bonding, hydrophobic
bonding, electrostatic bonding, hydrogen bonding, other
15   chemical and/or physical interactions, and the like and
combinations thereof. Such complexes may disassociate in
liquid, for example, aqueous liquid, media. In one
embodiment, the monomers or monomer subunits are held
together by other than covalent bonding. In one
20   embodiment, the monomers or monomer subunits are held
together by electrostatic bonding or forces.

The following non-limiting examples illustrate
certain aspects of the present invention.

EXAMPLE 1

25   Brimonidine tartrate has a pKa of about 7.78. The
pH-solubility profile of 0.5% (w/v) Brimonidine tartrate
in a formulation, Ophthalmic Solution, was established in
the pH range of about 5 to about 8 at 23 °C. Table 1. It
will be understood that concentrations of adrenergic
30   agonists other than 0.5% may be used, so long as they have
therapeutic activity. Likewise, the temperature may be
varied, for example, solubility curves may be performed at
37 °C (98.6 °F). The formulation vehicle was prepared by

AGN0063420

26

first dissolving polyvinyl alcohol (PVA) in water. The PVA was added to approximately 1/3 of the required total amount of purified water with constant stirring. The slurry was stirred for 20-30 minutes and then heated to 5  80-95 °C with constant stirring. The mixture was removed from the heat source within 1 hour after having reached the temperature of 80-90 °C and stirred for an additional 10 minutes to ensure homogeneity (Part I). The other ingredients of the Ophthalmic Solution, except for 10  Brimonidine tartrate, were dissolved in a separate container with an additional 1/3 of the required total amount of purified water (Part II). The PVA mixture (Part I) was then quantitatively transferred to Part II using several rinse volumes of purified water. The solution was 15  adjusted to final volume with purified water without pH adjustment.

Brimonidine tartrate was weighed and transferred to a 10 mL test tube containing 5 mL of the formulation vehicle described above. The pH of each sample was then 20  adjusted to a desired value using dilute sodium hydroxide and/or dilute hydrochloric acid. The samples were placed in a rack on a stir plate and stirred at high speed to achieve uniform mixing for 2 days; a partition was placed between the rack and the stir plate to prevent any heat 25  diffusion from the stir plate to the samples. The temperature of the laboratory was monitored throughout the study and was found to be 23±1 °C.

At the end of two days of stirring, the pH value of each sample was measured, and then approximately 1 mL of 30  each sample was placed in a micro centrifuge tube (polypropylene) and centrifuged at 4,000 rpm for 10 minutes. The supernatant was filtered through a 1μm filter unit (Whatman, 13mm, PTFE). The first 3-4 drops of the filtrate were discarded; the rest of the filtrate was

AGN0063421