# Part 2
# to
# EXHIBIT H

27

received and diluted quantitatively with HPLC mobile
phase. The dilute sample was then injected directly on
the HPLC column (Dupont Zorbax, 250mm x 4.6mm, 5μm) for
Brimonidine tartrate assay in order to quantify the amount
5    of Brimonidine tartrate. A control of 10.05% Brimonidine
tartrate was prepared in the formulation vehicle at pH
6.3-6.5 and assayed before (untreated) and after (treated)
centrifugation and filtration. This was done to evaluate
the potential loss of Brimonidine tartrate in these two
10   steps    of    the    sample    preparation.    To    ensure
reproducibility, the study was repeated on consecutive
days.

Table I.    0.5% Brimonidine tartrate in Ophthalmic
Solution.

| Ingredient | Percent(w/v) |
|---|---|
| Brimonidine tartrate | 0.50 |
| Benzalkonium Chloride, NF | 0.0050 |
| Polyvinyl Alcohol, USP | 1.4 |
| Sodium Chloride, USP | 0.66 |
| Sodium Citrate, Dihydrate, USP | 0.45 |
| Hydrochloric Acid, NF or | |
| Sodium Hydroxide, NF for pH adjustment | 5-8 |
| Purified Water, USP | QS |

The solubility data for Brimonidine tartrate in the
25   formulation vehicles are presented in Table II. The
results show that the solubility of Brimonidine tartrate
is highly pH-dependent and spans more than two orders of
magnitude over the pH range of 5-8. The solubility
decreases sharply as the pH increases. The results for
30   the treated and untreated controls are very close,
suggesting that centrifugation and filtration does not
cause any significant loss of Brimonidine tartrate. The

AGN0063422

28

two solubility profiles obtained on consecutive days agree
with each other.

AGN0063423

29

Table II.  Solubility of Brimonidine tartrate in the Ophthalmic Solution Over pH Range of 5 to 8.

|   | Sample | \_\_\_ | | | | |
|---|--------|--------|------------|------------|------|-------------|
|   |        | **STUDY 1** | | | **STUDY 2** | |
|   | Sample | pH[a] | Solubility[e] | pH[a] | Solubility[e] |
| 5 | 1 | 5.55 | ≥164.4[b] | 5.50 | ≥200.6[b] |
|   | 2 | 5.92 | 132.6 | 5.92 | 160.8 |
|   | 3 | 6.14 | 30.4 | 6.06 | 50.1 |
|   | 4 | 6.57 | 7.55 | 6.90 | 3.19 |
|   | 5 | 7.00 | 2.69 | 7.40 | 1.19 |
| 10 | 6 | 7.45 | 1.17 | 7.77 | 0.63 |
|   | 7 | 7.83 | 0.62 | 7.86 | 0.58 |
|   | 8 | — | — | 7.88 | 0.54 |
|   | Control/ (untreated) | — | 0.486[c] | — | — |
| 15 | Control/ (treated) | — | 0.484[d] | — | — |

[a]  Measured after stirring for two-days before sample withdrawal for centrifugation and filtration.

20   [b]  Represents theoretical concentration based on sample weight.  The sample solution was clear indicating that all of the Brimonidine tartrate had dissolved.

[c]  Concentration of Brimonidine tartrate in
25   control before centrifugation and filtration step.

[d]  Concentration of Brimonidine tartrate in control after centrifugation and filtration step.

30   [e]  %w/v.

50218200.071400

30

### EXAMPLE 2

The pH-solubility profiles of Brimonidine tartrate in compositions (solutions) containing SECs and oxy-chloro components were determined. Particularly, the effects of sodium carboxymethylcellulose (CMC), an SEC, on the solubility of Brimonidine tartrate at various pH conditions were determined. The various concentrations of CMC tested with Brimonidine tartrate were 0%, 0.056%, 0.17%, 0.5%, 1.5% (w/v), Table III.

The samples tested also contained isotonic components, buffer components, and stabilized chlorine dioxide (Purite™), Table III. Sodium carboxymethylcellulose, sodium chloride, potassium chloride, calcium chloride dihydrate, and magnesium chloride hexahydrate were USP grade. Boric acid and sodium borate decahydrate were NF grade.

#### Table III

| | Sample 1 | Sample 2 | Sample 3 | Sample 4 | Sample 5 | |
|---|---|---|---|---|---|---|
| Brimonidine tartrate | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | (w/v) |
| CMC | 0.0% | 0.056% | 0.17% | 0.5% | 1.5% | (w/v) |
| stabilized chlorine dioxide[a] | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% | (w/v) |
| sodium chloride | 0.58% | 0.58% | 0.58% | 0.58% | 0.58% | (w/v) |
| Potassium chloride | 0.14% | 0.14% | 0.14% | 0.14% | 0.14% | (w/v) |
| Calcium chloride, dihydrate | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | (w/v) |
| magnesium chloride, hexahydrate | 0.006% | 0.006% | 0.006% | 0.006% | 0.006% | (w/v) |
| boric acid | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | (w/v) |
| sodium tetraborate, decahydrate | 0.14% | 0.14% | 0.14% | 0.14% | 0.14% | (w/v) |

[a] Sold under the trademark Purite™ by Allergan, Inc.

AGN0063425

31

Each sample (1 through 5) was subjected to a range of pH's from about 7 to about 10. The vials containing the sample solutions were placed on a laboratory rotator and left for equilibration for fifteen days at room

5    temperature (~21 °C). The sample solutions were filtered using a 25 mm diameter polysulfone cellulose acetate syringe type filter with 0.45μm pore size. The filtered solutions were assayed for Brimonidine.

Conventional HPLC and detection techniques were used

10    to detect and determine the concentrations of soluble Brimonidine tartrate. Table IV. The solubility is plotted against pH for each CMC concentration. The experimental data points were fitted to a modified Henderson-Hasselbalch equation using a nonlinear least

15    squares type routine (Deltagraph version 4.0 DeltaPoint, Inc.), Fig. 1. The $R^2$ values show the goodness of fit between the experimental values and the theoretical equation to be better than 0.991.

AGN0063426

32

Table IV

| | pH | 0%CMC | 0.056%CMC | 0.17%CMC | 0.5%CMC | 1.5%CMC |
|---|---|---|---|---|---|---|
| | | | | Solubility of Brimonidine tartrate (%) | | |
| 5 | 6.67 | | 0.9302 | | 1.4464 | |
| | 6.68 | 1.4256 | | 1.4200 | | |
| | 6.93 | | | 0.7302 | | |
| | 7.10 | | | | 0.3693 | |
| | 7.11 | 0.2064 | 0.2828 | | | |
| 10 | 7.35 | | | | | 0.1904 |
| | 7.56 | | | | 0.1451 | |
| | 7.68 | 0.0786 | | | | |
| | 7.77 | | 0.0721 | | | |
| | 7.81 | | | 0.0735 | | |
| 15 | 8.10 | | | | | 0.0498 |
| | 8.46 | | | | 0.0313 | |
| | 8.50 | 0.0286 | | | | |
| | 8.55 | | | 0.0328 | | |
| | 8.67 | | | | | 0.0311 |
| 20 | 9.93 | | 0.0234 | | | |
| | 9.94 | | | | 0.0250 | |
| | 10.05 | | | 0.0241 | | |
| | 10.09 | 0.0218 | | | | |
| | 10.11 | | | | | 0.0222 |

AGN0063427

33

Fig. 1 clearly shows that the solubility of Brimonidine tartrate tends to increase with increasing CMC concentrations. For example, at pH 7.5, the sample with 0% CMC resulted in 1000 ppm of Brimonidine tartrate;
5   0.056% CMC, 1300 ppm; 0.17% CMC, 1300 ppm; and 0.5%, 1600 ppm. At pH 7.5, the sample with 1.5% CMC resulted in about 1400 ppm, which is less than that of a similar solution with CMC at 0.5%. It is unclear at this point what the cause of this observation may be. Nonetheless,
10  Brimonidine tartrate is more soluble in solution with a 1.5% CMC than with no CMC.

CMC is also effective to solubilize Brimonidine tartrate in a biological environment, for example the biological environment of the cornea.

15                          EXAMPLE 3
Brimonidine tartrate dimers.

Brimonidine tartrate is added to a test tube containing a composition including chlorite. The test tube was allowed to equilibrate for ten days. Samples
20  obtained from the test tube is analyzed. It is observed that a portion of the Brimonidine tartrate monomer units conjugated to form dimers.

While this invention has been described with respect to various specific examples and embodiments, it is to be
25  understood that the invention is not limited thereto and that it can be variously practiced with the scope of the following claims.

AGN0063428

34

## WHAT IS CLAIMED IS:

1.    A composition comprising:

an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;

a solubility enhancing component in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component in the composition relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component; and

a liquid carrier component.

2.    The composition of claim 1 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of imino-imidazolines, imidazolines, imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof and mixtures thereof.

3.    The composition of claim 1 wherein the therapeutically active component includes a quinoxaline component.

4.    The composition of claim 3 wherein the quinoxaline component is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures thereof.

5.    The composition of claim 3 wherein the quinoxaline component is selected from the group consisting of quinoxaline, (2-imidozolin-2-ylamino) quinoxaline, 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, and tartrate of 5-bromo-6-(2-imidozolin-2-

AGN0063429

35

ylamino) quinoxaline, derivatives thereof and mixtures
thereof.

6.    The composition of claim 1 wherein the
therapeutically active component comprises a tartrate of
5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

7.    The composition of claim 1 wherein the alpha-2-
adrenergic agonist component is substantially unionized.

8.    The composition of claim 1 wherein the alpha-2-
adrenergic agonist component is substantially unionized in
a biological environment to which the composition is
administered.

9.    The composition of claim 1 wherein the alpha-2-
adrenergic agonist component has increased diffusion
through a lipid membrane relative to an identical alpha-2-
adrenergic agonist component in a similar composition
without the solubility enhancing component.

10.    The composition of claim 1 wherein the
adrenergic agonist component is selected from the group
consisting of agonists of alpha-2A-adrenergic receptors,
agonists of alpha-2B-adrenergic receptors, agonists of
alpha-2D-adrenergic receptors and mixtures thereof.

11.    The composition of claim 1 wherein the
solubility enhancing component is effective to increase
the solubility in a biological environment of the alpha-2-
adrenergic agonist component relative to the solubility in
a biological environment of an identical alpha-2-
adrenergic agonist component in a similar composition
without the solubility enhancing component.

AGN0063430

36

12. The composition of claim 1 wherein the solubility enhancing component comprises a polyanionic component.

13. The composition of claim 12 wherein said polyanionic component is selected from the group consisting of anionic cellulose derivatives, anionic polymers derived from acrylic acid, anionic polymers derived from methacrylic acid, anionic polymers derived from alginic acid, anionic polymers derived from amino acids and mixtures thereof.

14. The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of anionic cellulose derivatives and mixtures thereof.

15. The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of carboxymethylcelluloses and derivatives thereof.

16. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.1% (w/v) to about 30% (w/v).

17. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 10% (w/v).

18. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

50218200.07.1400

37

19. The composition of claim 1 wherein the liquid carrier component is an aqueous liquid carrier component.

20. The composition of claim 1 which is a solution.

21. The composition of claim 1 which has a pH of about 7 or greater.

22. The composition of claim 1 which has a pH in a range of about 7 to about 9.

23. The composition of claim 1 which is ophthalmically acceptable.

24. A composition comprising:
an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;
an anionic cellulose derivative in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component; and
an aqueous liquid carrier component.

25. The composition of claim 24 wherein the alpha-2-adrenergic agonist component comprises a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

26. The composition of claim 24 wherein the anionic cellulose derivative comprises carboxymethylcellulose.

27. The composition of claim 24 wherein the anionic cellulose derivative is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

AGN0063432

38

28.  A composition comprising:

a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;

a solubility enhancing component in an amount effective to increase the solubility of the tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline; and

an aqueous liquid carrier component.

29.  The composition of claim 28 wherein the solubility enhancing component comprises a carboxymethylcellulose.

30.  The composition of claim 28 which is ophthalmically acceptable.

31.  A complex comprising monomer units derived from one or more quinoxaline components.

32.  The complex of claim 31 wherein the quinoxaline component is selected from the group consisting of a quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, derivatives thereof and mixtures thereof.

33.  The complex of claim 31 wherein the quinoxaline component is a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

34.  An oligomer comprising monomer units derived from a quinoxaline component.

AGN0063433

39

35. The oligomer of claim 34 wherein the quinoxaline component is selected from the group consisting of a quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, derivatives thereof and mixtures thereof.

36. The oligomer of claim 34 wherein the quinoxaline component is a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

37. The oligomer of claim 34 which is a dimer.

38. The oligomer of claim 35 which is a dimer.

39. The oligomer of claim 36 which is a dimer.

40. A composition comprising:
an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;
an oxy-chloro component in an effective amount to at least aid in preserving the composition; and
a liquid carrier component,
wherein the composition is substantially free of cyclodextrins.

41. The composition of claim 40 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of imino-imidazolines, imidazolines, imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof and mixtures thereof.

42. The composition of claim 40 wherein the

AGN0063434

40

therapeutically active component includes a quinoxaline component.

43. The composition of claim 42 wherein the quinoxaline component is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures thereof.

44. The composition of claim 40 which further includes a solubility enhancing component in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component in the composition relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

45. The composition of claim 44 wherein the solubility enhancing component is effective to increase the solubility in a biological environment of the alpha-2-adrenergic agonist component relative to the solubility in a biological environment of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

46. The composition of claim 44 wherein the solubility enhancing component comprises a polyanionic component.

AGN0063435

41

COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST

COMPONENTS

## ABSTRACT OF THE DISCLOSURE

Compositions useful for improving effectiveness of alpha-2-adrenergic agonist components include carrier components, alpha-2-adrenergic agonist components, solubility enhancing components which aid in solubilizing the alpha-2-adrenergic agonist components. In one embodiment, the alpha-2-adrenergic agonist components include alpha-2-adrenergic agonists. In another embodiment, the solubility enhancing components include carboxymethylcellulose.

AGN0063436

Figure 1





AGN0063437

11-13-00  04:58PM    FROM-STOUT, UXA, BUYAN & MULLINS LLP    9494501764    RECEIVED    -02/04    F-461    C4

REC'D

NOV 1 1 2000



UNITED STATES PATENT AND TRADEMARK OFFICE    LEGAL/PATENTS

LEGAL/PATENTS

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | DRAWINGS | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|---|
| 60/218,200 | 07/14/2000 | | 150 | D-2892 P | 1 | | |

Stout Uxa Buyan & Mullins LLP
Suite 300
4 Venture
Irvine, CA 92618

**FILING RECEIPT**

||||||||||||||||||||||||||||||||||||
*OC000000005520161*

Date Mailed: 10/31/2000

Receipt is acknowledged of this provisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Customer Service Center. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the PTO processes the reply to the Notice, the PTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).

**Applicant(s)**

Orest Olejnik, Coto De Caza, CA ,
Edward D.S. Kerslake, Charlestown, MA ;

**Continuing Data as Claimed by Applicant**

**Foreign Applications**

**If Required, Foreign Filing License Granted 10/31/2000**

RESPONSE DUE *July 14, 2001*
ACTION *Wish to Convert*
PROV. *App. to Utility App.*

RESPONSE DUE *June 14 2001*
ACTION *PROV. Foreign filing*

**Title**

Compositions containing alpha-2-adrenergic agonist components

**Preliminary Class**

Data entry by : TRAN, NHU THUY    Team : OIPE    Date: 10/31/2000

||||||||||||||||||||||||||||||||||

RECEIVED
NOV 0 6 2000
STOUT, UXA,

file://C:\APPS\PreExam\correspondence\1_A.xml    CC: CPI:    10/31/00
11-14-2000

AGN0063438

11-15-00   04:59PM   FROM-STOUT, UXA, BUYAN & MULLINS LLP        9494501764        T-141   P.03/04   F-461

# LICENSE FOR FOREIGN FILING UNDER
## Title 35, United States Code, Section 184
## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CRF 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 35 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Office of Export Administration, Department of Commerce (15 CFR 370.10 (j)); the Office of Foreign Assets Control, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15 (b).

PLEASE NOTE the following information about the Filing Receipt:

- The articles such as "a," "an" and "the" are not included as the first words in the title of an application. They are considered to be unnecessary to the understanding of the title.
- The words "new," "improved," "improvements in" or "relating to" are not included as first words in the title of an application because a patent application, by nature, is a new idea or improvement.
- The title may be truncated if it consists of more than 600 characters (letters and spaces combined).
- The docket number allows a maximum of 25 characters.
- If your application was submitted under 37 CFR 1.10, your filing date should be the "date in" found on the Express Mail label. If there is a discrepancy, you should submit a request for a corrected Filing Receipt along with a copy of the Express Mail label showing the "date in."
- The title is recorded in sentence case.

Any corrections that may need to be done to your Filing Receipt should be directed to:

file://C:\APPS\PreExam\correspondence\1_A.xml

10/31/00

AGN0063439

POST OFFICE
TO ADDRESSEE

UNITED STATES POSTAL SERVICE™

EXPRESS
MAIL

ORIGIN (POSTAL USE ONLY)

PO ZIP Code

Day of Delivery

Flat Rate Envelope

Date In

Time In

AM
PM

Weight

Postage
$

Return Receipt Fee

COD Fee

Insurance Fee

Total Postage & Fees
$

Int'l Alpha Country Code

Acceptance Clerk Initials

No Delivery
Weekend   Holiday

DELIVERY (CUSTOMER USE ONLY)

METHOD OF PAYMENT:

Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

FROM: (PLEASE PRINT)

PHONE (   )

TO: (PLEASE PRINT)

PHONE (   )

Customer Signature

WAIVER OF SIGNATURE (Domestic Only) Addressee's signature is required unless the mailer checks the "Waiver of Signature" box. If requested, the mailer authorizes that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY
Weekend   Holiday

EL562948650US

*EL562948650US*

SEE REVERSE SIDE FOR
SERVICE GUARANTEE AND LIMITS
ON INSURANCE COVERAGE

Customer Copy
Label 11-F July 1997

PRESS HARD.
You are making 3 copies.

FOR PICKUP OR TRACKING CALL 1-800-222-1811   WWW.USPS.GOV

AGN0063440





*New Provisional Application*

*The United States Patent & Trademark Office*
*official mailroom stamp affixd hereto acknowledges receipt of the documents indicated below*

Applicant: Olejnik et al

U.S. Serial Number: _____ Docket: D-2892 P

Filed: herewith

*New Provisional Application* as Containing Alpha-2. _____ ___ 4 2500 Date Due: _____

*Enclosed*

☑ asmittal letter ☑ Deposit Account Authorization
☐ transmittal letter ☐ Deposit Account Authorization
eet(s) of ☐ formal ☑ informal

_____ in the amount of $ _____

f Attorney

on Cover ☐ Deposit Account Authorization
: ☐ an individual ☐ a small business
letter ☐ Deposit Account Authorization

ment
of references listed
posit Account Authorization

_____
_____
_____
_____
_____

✓STUS

Express Mail ☐ first class mail

---

*The United States Patent & Trademark Office*
*official mailroom stamp affixed hereto acknowledges receipt of the documents indicated below*

Applicant: Olejnik et al

U.S. Serial Number: _____ Docket: _____

Filed: herewith

Title: _____

Date Mailed: _____ Date Due: _____

*Enclosed*

☐ Patent Application ☑ transmittal letter ☐ Deposit Account Authorization
☐ Trademark Application ☐ transmittal letter ☐ Deposit Account Authorization
☑ Drawings: ___ sheet(s) of ☐ formal ☑ informal
☐ Check number: _____ in the amount of $ _____
☐ Declaration and/or Power of Attorney
☐ Assignment ☐ Recordation Cover ☐ Deposit Account Authorization
☐ Small Entity Status form for ☐ an individual ☐ a small business
☐ Amendment ☐ transmittal letter ☐ Deposit Account Authorization
☐ Information Disclosure Statement
☐ Form PTO 1449 and copies of references listed
☐ Issue Fee transmittal ☐ Deposit Account Authorization
☐ _____    1c474 U S PTO
☐ _____    60/218200
☐ _____    07/14/00
☐ _____
☐ _____

☑ Certificate of Mailing by ☑ Express Mail ☐ first class mail

AGN0063441



**POST OFFICE TO ADDRESSEE**



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE™

*EL562948650US*

EL562948650US

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code

| Day of Delivery | Flat Rate Envelope |
| Next | Second |

Date In

| 12 Noon | 3 PM |
| 2nd Day | 3rd Day |

Postage $

Return Receipt Fee

Weight

Int'l Alpha Country Code

COD Fee    Insurance Fee

No Delivery
Weekend    Holiday

Acceptance Clerk Initials

Total Postage & Fees
$

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | Employee Signature |
| Mo. Day | AM PM | |
| Delivery Attempt | Time | Employee Signature |
| Mo. Day | AM PM | |
| Delivery Date | Time | Employee Signature |
| Mo. Day | AM PM | |

Signature of Addressee or Agent
X

Name - Please Print
X

Mailing Label Label 11-F July 1997

**CUSTOMER USE ONLY**
METHOD OF PAYMENT
Express Mail Corporate Acct. No.    X927758

Federal Agency Acct. No. or
Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY    Weekend    Holiday

Customer Signature

47/ 50
F02

**FROM:** (PLEASE PRINT)  PHONE **949 450 1750**

FRANK J UXA
4 VENTURE STE 300
IRVINE        CA 92618-7384

D.2892 P

**TO:** (PLEASE PRINT)  PHONE

Assistant Commissioner for Patents
New Provisional Application
Washington DC 20231

**PRESS HARD.**    FOR PICKUP OR TRACKING CALL 1-800-222-1811    www.usps.gov    EMS

AGN0063442