# Part 2
# to
# EXHIBIT J

9

Examples of alpha-2-adrenergic agonist components include molecules containing amines. Preferably, the alpha-2-adrenergic agonist components are amine-containing molecules with pKa's of greater than about 7, more preferably about 7 to about 9.

Alpha-2-adrenergic agonist components include alpha-2-adrenergic agonists. As used herein, the term alpha-2 adrenergic agonist includes chemical entities, such as compounds, ions, complexes and the like, that produce a net sympatholytic response, resulting in increased accommodation, for example, by binding to presynaptic alpha-2 receptors on sympathetic postganglionic nerve endings or for example, to postsynaptic alpha-2 receptors on smooth muscle cells. A sympatholytic response is characterized by the inhibition, diminishment, or prevention of the effects of impulses conveyed by the sympathetic nervous system. The alpha-2 adrenergic agonists of the invention bind to the alpha-2 adrenergic receptors presynaptically, causing negative feedback to decrease the release of neuronal norepinephrine. Additionally, they also work on alpha-2 adrenergic receptors postsynaptically, inhibiting beta-adrenergic receptor-stimulated formation of cyclic AMP, which contributes to the relaxation of the ciliary muscle, in addition to the effects of postsynaptic alpha-2 adrenergic receptors on other intracellular pathways. Activity at either pre- or postsynaptic alpha-2 adrenergic receptors will result in a decreased adrenergic influence. Decreased adrenergic influence results in increased contraction resulting from cholinergic innervations. Alpha-2 adrenergic agonists also include compounds that have neuroprotective activity. For example, 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline is an alpha-2-adrenergic agonist which has a neuroprotective activity through an

AGN0221827

10

unknown mechanism.

Without limiting the invention to the specific groups
and compounds listed, the following is a list of
representative alpha-2 adrenergic agonists useful in this
5    invention: imino-imidazolines, including clonidine,
apraclonidine; imidazolines, including naphazoline,
xymetazoline, tetrahydrozoline, and tramazoline;
imidazoles, including detomidine, medetomidine, and
dexmedetomidine; azepines, including B-HT 920 (6-allyl-2-
10   amino-5,6,7,8 tetrahydro-4H-thiazolo[4,5-d]-azepine and B-
HT 933; thiazines, including xylazine; oxazolines,
including rilmenidine; guanidines, including guanabenz and
guanfacine; catecholamines; and the like and derivatives
thereof.

15   Particularly useful alpha-2-adrenergic agonists
include quinoxaline components. In one embodiment, the
quinoxaline components include quinoxaline, derivatives
thereof and mixtures thereof. Preferably, the derivatives
of quinoxaline include (2-imidozolin-2-ylamino)
20   quinoxaline. More preferably, the derivatives of
quinoxaline include 5-halide-6-(2-imidozolin-2-ylamino)
quinoxaline. The "halide" of the 5-halide-6-(2-
imidozolin-2-ylamino) quinoxaline may be a fluorine, a
chlorine, an iodine, or preferably, a bromine, to form 5-
25   bromo-6-(2-imidozolin-2-ylamino) quinoxaline. Even more
preferably, the derivatives of quinoxaline to be used in
accordance with this invention include a tartrate of 5-
bromo-6-(2-imidozolin-2-ylamino) quinoxaline, or
Brimonidine tartrate.

30   Other useful quinoxaline derivatives are well known.
For example, useful derivatives of a quinoxaline include
the ones disclose by Burke et al U.S. Patent No.
5,703,077. See also Danielwicz et al 3,890,319. Each of

AGN0221828

11

the disclosures of Burke et al and Danielwicz et al is
incorporated in its entirety by reference herein.

The quinoxaline and derivatives thereof, for example
Brimonidine tartrate, are amine-containing and preferably
5   have pKa's of greater than 7, preferably about 7.5 to 9.

Analogs of the foregoing compounds that function as
alpha-2 adrenergic agonists also are specifically intended
to be embraced by the invention.

Preferably, the alpha-2-adrenergic agonists, for
10  example the ones listed above, are effective toward
activating alpha-2A-adrenergic receptors, alpha-2B-
adrenergic receptors and alpha-2D-adrenergic receptors.

In one embodiment, the alpha-2-adrenergic agonists,
for example Brimonidine tartrate, are substantially
15  unionized in the compositions. In another embodiment, the
adrenergic compounds are substantially unionized in the
environment to which they are administered, for example
the cornea. Without wishing to be limited by any theory
or mechanism of action, it is believed that the unionized
20  forms of the adrenergic compounds facilitate their
permeation across membrane lipid bilayers.

Any suitable SEC may be employed in accordance with
the present invention. In one embodiment, the SECs
include pyrrolinidone components. Examples of
25  pyrrolinidone components are polyvinylpyrrolinidones and
derivatives thereof. In a preferred embodiment, the SECs
include polyanionic components. The useful polyanionic
components include, but are not limited to, those
materials which are effective in increasing the apparent
30  solubility, preferably water solubility, of poorly soluble
alpha-2-adrenergic agonist components and/or enhance the
stability of the alpha-2-adrenergic agonist components
and/or reduce unwanted side effects of the alpha-2-
adrenergic agonist components. Furthermore, the

AGN0221829

12

polyanionic component is preferably ophthalmically
acceptable at the concentrations used. Additionally, the
polyanionic component preferably includes three (3) or
more anionic (or negative) charges. In the event that the
5   polyanionic component is a polymeric material, it is
preferred that each of the repeating units of the
polymeric material include a discrete anionic charge.
Particularly useful anionic components are those which are
water soluble, for example, soluble at the concentrations
10   used in the presently useful liquid aqueous media, such as
a liquid aqueous medium containing the alpha-2-adrenergic
components.

The polyanionic component is preferably sufficiently
anionic to interact with the alpha-2-adrenergic agonist
15   component. Such interaction is believed to be desirable
to solubilize the alpha-2-adrenergic agonist component
and/or to maintain such alpha-2-adrenergic agonist
component soluble in the carrier component, for example a
liquid medium.

20   Polyanionic components also include one or more
polymeric materials having multiple anionic charges.
Examples include:

    metal carboxymethylstarchs
    metal carboxymethylhydroxyethylstarchs
25   hydrolyzed polyacrylamides and polyacrylonitriles
    heparin
    homopolymers and copolymers of one or more of:
        acrylic and methacrylic acids
        metal acrylates and methacrylates
30      alginic acid
        metal alginates
        vinylsulfonic acid
        metal vinylsulfonate

AGN0221830

13

amino acids, such as aspartic acid, glutamic
acid and the like
metal salts of amino acids
p-styrenesulfonic acid
5      metal p-styrenesulfonate
2-methacryloyloxyethylsulfonic acids
metal 2-methacryloyloxethylsulfonates
3-methacryloyloxy-2-hydroxypropylsulonic acids
metal 3-methacryloyloxy-2-
10                 hydroxypropylsulfonates
2-acrylamido-2-methylpropanesulfonic acids
metal 2-acrylamido-2-methylpropanesulfonates
allylsulfonic acid
metal allylsulfonate and the like.

15        In another embodiment, the polyanionic components
include anionic polysaccharides which tend to exist in
ionized forms at higher pH's, for example, pH's of about
7 or higher.  The following are some examples of anionic
polysaccharides which may be employed in accordance with
20   this invention.
Polydextrose is a randomly bonded condensation
polymer of dextrose which is only partially metabolized by
mammals. The polymer can contain a minor amount of bound
sorbitol, citric acid, and glucose.
25        Chondroitin sulfate also known as sodium chondroitin
sulfate is a mucopolysaccharide found in every part of
human tissue, specifically cartilage, bones, tendons,
ligaments, and vascular walls. This polysaccharide has
been extracted and purified from the cartilage of sharks.
30        Carrageenan is a linear polysaccharide having
repeating galactose units and 3,6 anhydrogalactose units,
both of which can be sulfated or nonsulfated, joined by
alternating 1-3 and beta 1-4 glycosidic linkages.

AGN0221831

14

Carrageenan is a hydrocolloid which is heat extracted from several species of red seaweed and irish moss.

Maltodextrins are water soluble glucose polymers which are formed by the reaction of starch with an acid
5    and/or enzymes in the presence of water.

Other anionic polysaccharides found useful in the present invention are hydrophilic colloidal materials and include the natural gums such as gellan gum, alginate gums, i.e., the ammonium and alkali metal salts of alginic
10   acid and mixtures thereof.  In addition, chitosan, which is the common name for deacetylated chitin is useful. Chitin is a natural product comprising poly-(N-acetyl-D-glucosamine).    Gellan gum  is  produced  from  the fermentation  of  pseudomonas  elodea  to  yield  an
15   extracellular heteropolysaccharide.   The alginates and chitosan are available as dry powders from Protan, Inc., Commack, N.Y. Gellan gum is available from the Kelco Division of Merk & Co., Inc., San Diego, Calif.

Generally, the alginates can be any of the water-
20   soluble alginates including the alkali metal alginates, such as sodium, potassium, lithium, rubidium and cesium salts of alginic acid, as well as the ammonium salt, and the soluble alginates of an organic base such as mono-, di-, or tri-ethanolamine alginates, aniline alginates, and
25   the like. Generally, about 0.2% to about 1% by weight and, preferably, about 0.5% to about 3.0% by weight of gellan, alginate or chitosan ionic polysaccharides, based upon the total weight of the composition, are used to obtain the gel compositions of the invention.

30   Preferably, the anionic polysaccharides are cyclized. More preferably, the cyclized anionic polysaccharides include  less  than  ten  monomer  units.    Even  more preferably, the cyclized polysaccharides include less than six monomer units.

AGN0221832

15

In one embodiment, a particularly useful group of cyclized anionic polysaccharides includes the cyclodextrins. Examples of the cyclodextrin group include, but are not limited to: α-cyclodextrin, derivatives of α-cyclodextrin, β-cyclodextrin, derivatives of β-cyclodextrin, γ-cyclodextrin, derivatives of γ-cyclodextrin, carboxymethyl-β-cyclodextrin, carboxymethyl-ethyl-β-cyclodextrin, diethyl-β-cyclodextrin, dimethyl-β-cyclodextrin, methyl-β-cyclodextrin, random methyl-β-cyclodextrin, glucosyl-β-cyclodextrin, maltosyl-β-cyclodextrin, hydroxyethyl-β-cyclodextrin, hydroxypropyl-β-cyclodextrin, sulfobutylether-β-cyclodextrin, and the like and mixtures thereof. Sulfobutylether-β-cyclodextrin is a preferred cyclized anionic polyasaccharide in accordance with the present invention. It is advantageous that the SEC's, including the above mentioned cyclodextrins, employed in this invention be, at the concentration employed, non-toxic to the mammal, human, to inhibit the present incorporation is administered . As used herein, the term "derivatives" as it relates to a cyclodextrin means any substituted or otherwise modified compound which has the characteristic chemical structure of a cyclodextrin sufficiently to function as a cyclodextrin component, for example, to enhance the solubility and/or stability of active components and/or reduce unwanted side effects of the active components and/or to form inclusive complexes with active components, as described herein.

Although cyclodextrins and/or their derivatives may be employed as SECs, one embodiment of the invention may include SECs other than cyclodextrins and/or their derivatives.

A particularly useful and preferred class of polyanionic component includes anionic cellulose

AGN0221833

16

derivatives.  Anionic cellulose derivatives include metal
c a r b o x y m e t h y l c e l l u l o s e s ,      m e t a l
c a r b o x y m e t h y l h y d r o x y e t h y l c e l l u l o s e s    a n d
hydroxypropylmethylcelluloses and derivatives thereof.

5      The present polyanionic components often can exist in
the unionized state, for example, in the solid state, in
combination with a companion or counter ion, in particular
a plurality of discrete cations equal in number to the
number of discrete anionic charges so that the unionized
10     polyanionic component is electrically neutral.    For
example, the present unionized polyanionic components may
be present in the acid form and/or in combination with one
or more metals.    Since the polyanionic components are
preferably ophthalmically acceptable, it is preferred that
15     the metal associated with the unionized polyanionic
component  be  ophthalmically  acceptable  in  the
concentrations used.  Particularly useful metals include
the alkali metals, for example, sodium and potassium, the
alkaline earth metals, for example, calcium and magnesium,
20     and mixtures thereof.  Sodium is very useful to provide
the counter ion in the unionized polyanionic component.
Polyanionic components which, in the unionized states, are
combined with cations other than H' and metal cations can
be employed in the present invention.

25      The amount of SEC in the present compositions is not
of critical importance so long as solubility at the alpha-
2-adrenergic  agonist  component  is  at  least  somewhat
increased and is present in a biologically acceptable
amount.  Such amount should be effective to perform the
30     desired function or functions in the present composition
and/or after administration to the human or animal.    In
one  embodiment,  the  amount  of  SEC,  preferably  the
polyanionic component, is sufficient to complex at least
in a major amount, and more preferably substantially all,

AGN0221834

17

of the alpha-2-adrenergic agonist component in the present composition. In one useful embodiment, the amount of polyanionic component in the present composition is in the range of about 0.1% to about 30% (w/v) or more of the composition. Preferably, the amount of polyanionic component is in the range of about 0.2% (w/v) to about 10% (w/v). More preferably, the amount of polyanionic component is in the range of about 0.2% (w/v) to about 0.6% (w/v). Even more preferably, the polyanionic component is carboxymethylcellulose and is present in the composition in the range of about 0.2% (w/v) to about 0.6% (w/v). A particularly useful concentration of carboxymethylcellulose in the present compositions is about 0.5%.

In one embodiment, the SECs, for example a carboxymethylcellulose, assist in solubilizing the alpha-2-adrenergic agonist components in the compositions. Although the SECs are capable aiding in the solubilization of ionized alpha-2-adrenergic agonist components, it is preferable that the SECs used in this invention could assist in the solubilization of unionized alpha-2-adrenergic agonist components. For example, in one embodiment, carboxymethylcellulose may help solubilize ionized alpha-2-adrenergic agonist components. In another embodiment, carboxymethylcellulose may help solubilize unionized alpha-2-adrenergic agonist components. In a preferred embodiment, the carboxylmethylcellulose helps solubilize ionized Brimonidine tartrate in the compositions. More preferably, the carboxymethylcellulose helps solubilize unionized Brimonidine tartrate in the compositions.

In one embodiment, the compositions may also include preservative components or components which assist in the preservation of the composition. The preservative

AGN0221835

18

components selected so as to be effective and efficacious
as preservatives in the present compositions, that is in
the presence of polyanionic components, and preferably
have reduced toxicity and more preferably substantially no
5    toxicity when the compositions are administered to a human
or animal.

Preservatives or components which assist in the
preservation of the composition which are commonly used in
pharmaceutical compositions are often less effective when
10    used in the presence of solubilizing agents. In certain
instances, this reduced preservative efficacy can be
compensated for by using increased amounts of the
preservative. However, where sensitive or delicate body
tissue is involved, this approach may not be available
15    since the preservative itself may cause some adverse
reaction or sensitivity in the human or animal, to whom
the composition is administered.

Preferably, the present preservative components or
components which assist in the preservation of the
20    composition, preferably the alpha-2-adrenergic agonist
components therein, are effective in concentrations of
less than about 1% (w/v) or about 0.8% (w/v) and may be
500 ppm (w/v) or less, for example, in the range of about
10 ppm(w/v) or less to about 200 ppm(w/v). Preservative
25    components in accordance with the present invention
preferably include, but are not limited to, those which
form complexes with the polyanionic component to a lesser
extent than does benzalkonium chloride.

Very useful examples of the present preservative
30    components include, but are not limited to oxidative
preservative components, for example oxy-chloro
components, peroxides, persalts, peracids, and the like,
and mixtures thereof. Specific examples of oxy-chloro
components useful as preservatives in accordance with the

AGN0221836

19

present invention include hypochlorite components, for
example hypochlorites; chlorate components, for example
chlorates;    perchlorate    components,    for    example
perchlorates; and chlorite components.    Examples of
5    chlorite components include stabilized chlorine dioxide
(SCD), metal chlorites, such as alkali metal and alkaline
earth metal chlorites, and the like and mixtures therefor.
Technical grade (or USP grade) sodium chlorite is a very
useful preservative component.    The exact chemical
10    composition of many chlorite components, for example, SCD,
is not completely understood.    The manufacture or
production of certain chlorite components is described in
McNicholas U.S. Patent 3,278,447, which is incorporated in
its entirety herein by reference.    Specific examples of
15    useful SCD products include that sold under the trademark
Dura Klor by Rio Linda Chemical Company, Inc., and that
sold under the trademark Anthium Dioxide by International
Dioxide, Inc.    An especially useful SCD is a product sold
under the trademark Purite™ by Allergan, Inc.    Other
20    examples of oxidative preservative components includes
peroxy components.    For example, trace amounts of peroxy
components stabilized with a hydrogen peroxide stabilizer,
such as diethylene triamine penta(methylene phosphonic
acid) or 1-hydroxyethylidene-1,1-diphosphonic acid, may be
25    utilized as a preservative for use in components designed
to be used in the ocular environment. Also, virtually any
peroxy component may be used so long as it is hydrolyzed
in water to produce hydrogen peroxide. Examples of such
sources of hydrogen peroxide, which provide an effective
30    resultant amount of hydrogen peroxide, include sodium
perborate decahydrate, sodium peroxide and urea peroxide.
It has been found that peracetic acid, an organic peroxy
compound, may not be stabilized utilizing the present
system.    See, for example, Martin et al U.S. Patent No.

20

5,725,887, the disclosure of which is incorporated in its entirety herein by reference.

Preservatives other than oxidative preservative components may be included in the compositions. The
5    choice of preservatives may depend on the route of administration. Preservatives suitable for compositions to be administered by one route may possess detrimental properties which preclude their administration by another route. For nasal and ophthalmic compositions, preferred
10    preservatives include quaternary ammonium compounds, in particular the mixture of alkyl benzyl dimethyl ammonium compounds and the like known generically as "benzalkonium chloride." For compositions to be administered by inhalation, however, the preferred preservative is
15    chlorbutol and the like. Other preservatives which may be used, especially for compositions to be administered rectally, include alkyl esters of p-hydroxybenzoic acid and mixtures thereof, such as the mixture of methyl, ethyl, propyl, butyl esters and the like which is sold
20    under the trade name "Nipastat."

In another broad aspect of the present invention, compositions are provided which comprise an alpha-2-adrenergic agonist component, a preservative component in an effective amount to at least aid in preserving ,
25    preferably in an amount effective to preserve, the compositions and a liquid carrier component. Preferably, the preservative components include oxy-chloro components, such as compounds, ions, complexes and the like which (1) do not substantially or significantly detrimentally affect
30    the alpha-2-adrenergic agonist components in the compositions or the patients to whom the compositions are administered, and (2) are substantially biologically acceptable and chemically stable. Such compositions in accordance with the present invention comprise an alpha-2-

AGN0221838

21

adrenergic agonist component, an oxy-chloro component, and a liquid carrier component, and preferably are substantially free of cyclodextrins.

5     The carrier components useful in the present invention are selected to be non-toxic and have no substantial detrimental effect on the present compositions, on the use of the compositions or on the human or animal to whom the compositions are administered. In one embodiment, the carrier component is a liquid

10 carrier. In a preferred embodiment, the carrier component is a liquid aqueous carrier component. A particularly useful aqueous liquid carrier component is that derived from saline, for example, a conventional saline solution or a conventional buffered saline solution. The aqueous

15 liquid carrier preferably has a pH in the range of about 6 to about 9 or about 10, more preferably about 6 to about 8, and still more preferably about 7.5. The liquid medium preferably has an ophthalmically acceptable tonicity level, for example, of at least about 200 mOsmol/kg, more

20 preferably in the range of about 200 to about 400 mOsmol/kg. In an especially useful embodiment, the osmolality or tonicity of the carrier component substantially corresponds to the tonicity of the fluids of the eye, in particular the human eye.

25     In one embodiment, the carrier components containing the SECs and the alpha-2-adrenergic agonist components may have viscosities of more than about 0.01 centipoise (cps) at 25°C, preferably more than about 1 cps at 25°C, even more preferably more than about 10 cps at 25°C. In a

30 preferred embodiment, the composition has a viscosity of about 50 cps at 25°C and comprises a conventional buffer saline solution, a carboxymethylcellulose and a Brimonidine tartrate.

    In order to insure that the pH of the aqueous liquid

AGN0221839

22

carrier component, and thus the pH of the composition, is maintained within the desired range, the aqueous liquid carrier component may include at least one buffer component. Although any suitable buffer component may be
5   employed, it is preferred to select such component so as not to produce a significant amount of chlorine dioxide or evolve significant amounts of gas, such as $CO_2$. It is preferred that the buffer component be inorganic. Alkali metal and alkaline earth metal buffer components are
10  advantageously used in the present invention.

Any suitable ophthalmically acceptable tonicity component or components may be employed, provided that such component or components are compatible with the other ingredients of the liquid aqueous carrier component and do
15  not have deleterious or toxic properties which could harm the human or animal to whom the present compositions are administered. Examples of useful tonicity components include sodium chloride, potassium chloride, mannitol, dextrose, glycerin, propylene glycol and mixtures thereof.
20  In one embodiment, the tonicity component is selected from inorganic salts and mixtures thereof.

The present compositions may conveniently be presented as solutions or suspensions in aqueous liquids or non-aqueous liquids, or as oil-in-water or water-in-oil
25  liquid emulsions. The present compositions may include one or more additional ingredients such as diluents, flavoring agents, surface active agents, thickeners, lubricants, and the like, for example, such additional ingredients which are conventionally employed in
30  compositions of the same general type.

The present compositions in the form of aqueous suspensions may include excipients suitable for the manufacture of aqueous suspensions. Such excipients are suspending agents, for example, sodium

AGN0221840

23

carboxymethylcellulose,    methylcellulose,
hydroxypropylmethylcellulose,    sodium    alginate,
polyvinylpyrrolidone, gun tragacanth and gun acacia;
dispersing or wetting agents may be a naturally occurring
5   phosphatide, for example, lecithin, or condensation
products of ethylene oxide with long chain aliphatic
alcohols, for example, heptadecaethyleneoxycetanol, or
condensation products of ethylene oxide with partial
esters derived from fatty acids and a hexitol such as
10   polyoxyethylene sorbitol mono-oleate, or condensation
products of ethylene oxide with partial esters derived
from fatty acids and hexitol anhydrides, for example,
polyoxyethylene sorbitan mono-oleate, and the like and
mixtures thereof.   Such aqueous suspensions may also
15   contain one or more coloring agents, one or more flavoring
agents and one or more sweetening agents, such as sucrose,
saccharin, and the like and mixtures thereof.
   The present compositions in the form of oily
suspensions may be formulated in a vegetable oil, for
20   example, olive oil, sesame oil or coconut oil, or in a
mineral oil such as liquid paraffin.  Such suspensions may
contain a thickening agent, for example beeswax, hard
paraffin or cetyl alcohol.   Sweetening agents, such as
those set forth above, and flavoring agents may be added
25   to provide a palatable oral preparation.
   The present compositions may also be in the form of
oil-in-water emulsions.  The oily phase may be a vegetable
oil, for example, olive oil or arachis oil, or a mineral
oil, for example, liquid paraffin, and the like and
30   mixtures thereof.   Suitable emulsifying agents may be
naturally-occurring gums, for example, gum acacia or gun
tragacanth, naturally-occurring phosphatides, for example,
soya bean lecithin, and esters or partial esters derived
from fatty acids and hexitol anhydrides, for example,

AGN0221841

24

sorbitan mono-oleate, and condensation products of the said partial esters with ethylene oxide, for example, polyoxyethylene sorbitan mono-oleate. The emulsions may also contain sweetening and flavoring agents.

5      The present compositions in the form of syrups and elixirs may be formulated with sweetening agents, for example, as described elsewhere herein. Such formulations may also contain a demulcent, and flavoring and coloring agents.

10      The specific dose level for any particular human or animal depends upon a variety of factors including the activity of the active component employed, the age, body weight, general health, sex, diet, time of administration, route of administration, rate of excretion, drug 15  combination and the severity of the particular condition undergoing therapy.

      In one broad aspect of the invention, complexes are formed in the present compositions. In one embodiment, the complexes include at least one monomer unit of a 20  quinoxaline component. Examples of quinoxaline components include quinoxaline, (2-imidozolin-2-ylamino) quinoxaline, 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, salts thereof, esters thereof, other derivatives thereof, and the like and mixtures thereof. For example, in one 25  embodiment, a complex of the present invention may include a conjugation of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline monomer units. In another embodiment, the complex may include a conjugation of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline monomer units and 30  Brimonidine tartrate monomer units.

      In a preferred embodiment, the complexes of the present invention are dimers. For example, a dimer in accordance with the present invention may include a quinoxaline and a 5-bromo-6-(2-imidozolin-2-ylamino)

AGN0221842

25

quinoxaline.  Preferably, a dimer in accordance with the present invention includes two Brimonidine tartrate monomer units.

Without wishing to limit the invention to any theory
5   or mechanism of operation, it is believed that any peroxide forming agent or strong oxidizing agent such as the oxidative preservative components, for example oxychloro components, peroxides, persalts, peracids, and the like, and mixtures thereof may facilitate the formation of
10  the complexes, preferably complexes of alpha-2-adrenergic agonist components.  For example, dimers of Brimonidine tartrate monomer units are believed to be formed in the presence of chlorites, preferably stabilized chlorine dioxide.

15      Furthermore, it is believed that the interactions between the monomers which serve to hold the monomers or monomer subunits together to form a complex, preferably an oligomer and more preferably a dimer, may include, but not limited to, covalent bonding, ionic bonding, hydrophobic
20  bonding, electrostatic bonding, hydrogen bonding, other chemical and/or physical interactions, and the like and combinations thereof.  Such complexes may disassociate in liquid, for example, aqueous liquid, media.  In one embodiment, the monomers or monomer subunits are held
25  together by other than covalent bonding.  In one embodiment, the monomers or monomer subunits are held together by electrostatic bonding or forces.

The following non-limiting examples illustrate certain aspects of the present invention.

30                      EXAMPLE 1

Brimonidine tartrate has a pKa of about 7.78.  The pH-solubility profile of 0.5% (w/v) Brimonidine tartrate in a formulation, Ophthalmic Solution, was established in

26

the pH range of about 5 to about 8 at 23 °C.  Table 1.  It
will be understood that concentrations of adrenergic
agonists other than 0.5% may be used, so long as they have
therapeutic activity.  Likewise, the temperature may be
5  varied, for example, solubility curves may be performed at
37 °C (98.6 °F).  The formulation vehicle was prepared by
first dissolving polyvinyl alcohol (PVA) in water.  The
PVA was added to approximately 1/3 of the required total
amount of purified water with constant stirring.  The
10  slurry was stirred for 20-30 minutes and then heated to
80-95 °C with constant stirring.  The mixture was removed
from the heat source within 1 hour after having reached
the temperature of 80-90 °C and stirred for an additional
10 minutes to ensure homogeneity (Part I).  The other
15  ingredients of the Ophthalmic Solution, except for
Brimonidine tartrate, were dissolved in a separate
container with an additional 1/3 of the required total
amount of purified water (Part II).  The PVA mixture (Part
I) was then quantitatively transferred to Part II using
20  several rinse volumes of purified water.  The solution was
adjusted to final volume with purified water without pH
adjustment.

Brimonidine tartrate was weighed and transferred to
a 10 mL test tube containing 5 mL of the formulation
25  vehicle described above.  The pH of each sample was then
adjusted to a desired value using dilute sodium hydroxide
and/or dilute hydrochloric acid.  The samples were placed
in a rack on a stir plate and stirred at high speed to
achieve uniform mixing for 2 days; a partition was placed
30  between the rack and the stir plate to prevent any heat
diffusion from the stir plate to the samples.  The
temperature of the laboratory was monitored throughout the
study and was found to be 23±1 °C.

At the end of two days of stirring, the pH value of

AGN0221844

27

each sample was measured, and then approximately 1 mL of
each sample was placed in a micro centrifuge tube
(polypropylene) and centrifuged at 4,000 rpm for 10
minutes. The supernatant was filtered through a 1µm
5   filter unit(Whatman, 13mm, PTFE). The first 3-4 drops of
the filtrate were discarded; the rest of the filtrate was
received and diluted quantitatively with HPLC mobile
phase. The dilute sample was then injected directly on
the HPLC column (Dupont Zorbax, 250mm x 4.6mm, 5µm) for
10  Brimonidine tartrate assay in order to quantify the amount
of Brimonidine tartrate. A control of 10.05% Brimonidine
tartrate was prepared in the formulation vehicle at pH
6.3-6.5 and assayed before (untreated) and after (treated)
centrifugation and filtration. This was done to evaluate
15  the potential loss of Brimonidine tartrate in these two
steps of the sample preparation. To ensure
reproducibility, the study was repeated on consecutive
days.

Table I.    0.5% Brimonidine tartrate in Ophthalmic
20  Solution.

| Ingredient | Percent(w/v) |
|---|---|
| Brimonidine tartrate | 0.50 |
| Benzalkonium Chloride, NF | 0.0050 |
| Polyvinyl Alcohol, USP | 1.4 |
| Sodium Chloride, USP | 0.66 |
| Sodium Citrate, Dihydrate, USP | 0.45 |
| Hydrochloric Acid, NF or | |
| Sodium Hydroxide, NF for pH adjustment | 5-8 |
| Purified Water, USP | QS |

30      The solubility data for Brimonidine tartrate in the
formulation vehicles are presented in Table II. The
results show that the solubility of Brimonidine tartrate

AGN0221845

28

is highly pH-dependent and spans more than two orders of
magnitude over the pH range of 5-8. The solubility
decreases sharply as the pH increases. The results for
the treated and untreated controls are very close,
suggesting that centrifugation and filtration does not
cause any significant loss of Brimonidine tartrate. The
two solubility profiles obtained on consecutive days agree
with each other.

Table II.  Solubility of Brimonidine tartrate in the
Ophthalmic Solution Over pH Range of 5 to 8.

| | | STUDY 1 | | STUDY 2 |
|---|---|---|---|---|
| Sample | pH[a] | Solubility[e] | pH[a] | Solubility[e] |
| 1 | 5.55 | ≥164.4[b] | 5.50 | ≥200.6[b] |
| 2 | 5.92 | 132.6 | 5.92 | 160.8 |
| 3 | 6.14 | 30.4 | 6.06 | 50.1 |
| 4 | 6.57 | 7.55 | 6.90 | 3.19 |
| 5 | 7.00 | 2.69 | 7.40 | 1.19 |
| 6 | 7.45 | 1.17 | 7.77 | 0.63 |
| 7 | 7.83 | 0.62 | 7.86 | 0.58 |
| 8 | ___ | ___ | 7.88 | 0.54 |
| Control/ (untreated) | ___ | 0.486[c] | ___ | ___ |
| Control/ (treated) | ___ | 0.484[d] | ___ | ___ |

[a]    Measured after stirring for two-days before sample
       withdrawal for centrifugation and filtration.
[b]    Represents theoretical concentration based on
       sample weight. The sample solution was clear
       indicating that all of the Brimonidine tartrate
       had dissolved.
[c]    Concentration   of   Brimonidine   tartrate   in

AGN0221846

29

control before centrifugation and filtration
step.

d     Concentration   of   Brimonidine   tartrate in
control   after   centrifugation   and   filtration

5     step.

e     %w/v.

## EXAMPLE 2

The pH-solubility profiles of Brimonidine tartrate in
compositions (solutions) containing SECs and oxy-chloro

10    components were determined.  Particularly, the effects of
sodium carboxymethylcellulose (CMC), an SEC, on the
solubility   of   Brimonidine   tartrate   at   various   pH
conditions were determined.  The various concentrations of
CMC tested with Brimonidine tartrate were 0%, 0.056%,

15    0.17%, 0.5%, 1.5% (w/v), Table III.

The   samples   tested   also   contained   isotonic
components, buffer components, and stabilized chlorine
dioxide (Purite™), Table III.  Sodium carboxymethyl-
cellulose, sodium chloride, potassium chloride, calcium

20    chloride dihydrate, and magnesium chloride hexahydrate
were USP grade.  Boric acid and sodium borate decahydrate
were NF grade.

AGN0221847

30

## Table III

|  |  | Sample 1 | Sample 2 | Sample 3 | Sample 4 | Sample 5 |  |
|---|---|---|---|---|---|---|---|
|  | Brimonidine tartrate | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | (w/v) |
| 5 | CMC | 0.0% | 0.056% | 0.17% | 0.5% | 1.5% | (w/v) |
|  | Stabilized chlorine dioxide[a] | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% | (w/v) |
|  | Sodium chloride | 0.58% | 0.58% | 0.58% | 0.58% | 0.58% | (w/v) |
|  | Potassium chloride | 0.14% | 0.14% | 0.14% | 0.14% | 0.14% | (w/v) |
| 10 | Calcium chloride, dihydrate | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | (w/v) |
|  | magnesium chloride, hexahydrate | 0.006% | 0.006% | 0.006% | 0.006% | 0.006% | (w/v) |
|  | boric acid | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | (w/v) |
| 15 | sodium tetraborate, decahydrate | 0.14% | 0.14% | 0.14% | 0.14% | 0.14% | (w/v) |

[a] Sold under the trademark Purite™ by Allergan, Inc.

      Each sample (1 through 5) was subjected to a range of pH's from about 7 to about 10. The vials containing the

20  sample solutions were placed on a laboratory rotator and left for equilibration for fifteen days at room temperature (~21 °C). The sample solutions were filtered using a 25 mm diameter polysulfone cellulose acetate syringe type filter with 0.45μm pore size. The filtered

25  solutions were assayed for Brimonidine.

      Conventional HPLC and detection techniques were used to detect and determine the concentrations of soluble Brimonidine tartrate. Table IV. The solubility is plotted against pH for each CMC concentration. The

30  experimental data points were fitted to a modified Henderson-Hasselbalch equation using a nonlinear least squares routine (Deltagraph version 4.0 DeltaPoint, Inc.), Fig. 1. The $R^2$ values show the goodness of fit between the experimental values and the theoretical equation to

35  be better than 0.991.

AGN0221848

31

Table IV

| pH | Solubility of Brimonidine tartrate (%) | | | | |
|---|---|---|---|---|---|
|  | 0%CMC | 0.056%CMC | 0.17%CMC | 0.5%CMC | 1.5%CMC |
| 6.67 |  | 0.9302 |  | 1.4464 |  |
| 6.68 | 1.4256 |  | 1.4200 |  |  |
| 6.93 |  |  | 0.7302 |  |  |
| 7.10 |  |  |  | 0.3693 |  |
| 7.11 | 0.2064 | 0.2828 |  |  |  |
| 7.35 |  |  |  |  | 0.1904 |
| 7.56 |  |  |  | 0.1451 |  |
| 7.68 | 0.0786 |  |  |  |  |
| 7.77 |  | 0.0721 |  |  |  |
| 7.81 |  |  | 0.0735 |  |  |
| 8.10 |  |  |  |  | 0.0498 |
| 8.46 |  |  |  | 0.0313 |  |
| 8.50 | 0.0286 |  |  |  |  |
| 8.55 |  |  | 0.0328 |  |  |
| 8.67 |  |  |  |  | 0.0311 |
| 9.93 |  | 0.0234 |  |  |  |
| 9.94 |  |  |  | 0.0250 |  |
| 10.05 |  |  | 0.0241 |  |  |
| 10.09 | 0.0218 |  |  |  |  |
| 10.11 |  |  |  |  | 0.0222 |

Fig. 1 clearly shows that the solubility of Brimonidine tartrate tends to increase with increasing CMC concentrations. For example, at pH 7.5, the sample with 0% CMC resulted in 1000 ppm of Brimonidine tartrate; 0.056% CMC, 1300 ppm; 0.17% CMC, 1300 ppm; and 0.5%, 1600 ppm. At pH 7.5, the sample with 1.5% CMC resulted in about 1400 ppm, which is less than that of a similar solution with CMC at 0.5%. It is unclear at this point

AGN0221849

32

what the cause of this observation may be.  Nonetheless, Brimonidine tartrate is more soluble in solution with a 1.5% CMC than with no CMC.

CMC is also effective to solubilize Brimonidine 5 tartrate in a biological environment, for example the biological environment of the cornea.

### EXAMPLE 3

Brimonidine tartrate dimers.

Brimonidine tartrate is added to a test tube 10 containing a composition including chlorite.  The test tube was allowed to equilibrate for ten days.  Samples obtained from the test tube is analyzed.  It is observed that a portion of the Brimonidine tartrate monomer units conjugated to form dimers.

15      While this invention has been described with respect to various specific examples and embodiments, it is to be understood that the invention is not limited thereto and that it can be variously practiced with the scope of the following claims.

AGN0221850

33

WHAT IS CLAIMED IS:

1.    A composition comprising:
    an alpha-2-adrenergic agonist component in an
amount effective to provide a therapeutic benefit to a
patient to whom the composition is administered;
    a solubility enhancing component in an amount
5  effective to increase the solubility of the alpha-2-
adrenergic agonist component in the composition relative
to the solubility of an identical alpha-2-adrenergic
agonist component in a similar composition without the
10  solubility enhancing component; and
    a liquid carrier component.

2.    The composition of claim 1 wherein the alpha-2-
adrenergic agonist component is selected from  the group
consisting    of    imino-imidazolines,    imidazolines,
imidazoles, azepines, thiazines, oxazolines, guanidines,
catecholamines, derivatives thereof and mixtures thereof.

3.    The  composition  of  claim  1  wherein  the
therapeutically active component includes a quinoxaline
component.

4.    The   composition   of   claim  3  wherein   the
quinoxaline  component  is  selected  from  the  group
consisting of quinoxaline,  derivatives  thereof,  and
mixtures thereof.

5.    The   composition   of   claim  3  wherein   the
quinoxaline  component  is  selected  from  the  group
consisting  of  quinoxaline,  (2-imidozolin-2-ylamino)
quinoxaline,    5-bromo-6-(2-imidozolin-2-ylamino)
5  quinoxaline, and tartrate of 5-bromo-6-(2-imidozolin-2-

AGN0221851

34

ylamino) quinoxaline, derivatives thereof and mixtures thereof.

6. The composition of claim 1 wherein the therapeutically active component comprises a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

7. The composition of claim 1 wherein the alpha-2-adrenergic agonist component is substantially unionized.

8. The composition of claim 1 wherein the alpha-2-adrenergic agonist component is substantially unionized in a biological environment to which the composition is administered.

9. The composition of claim 1 wherein the alpha-2-adrenergic agonist component has increased diffusion through a lipid membrane relative to an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

10. The composition of claim 1 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of agonists of alpha-2A-adrenergic receptors, agonists of alpha-2B-adrenergic receptors, agonists of alpha-2D-adrenergic receptors and mixtures thereof.

11. The composition of claim 1 wherein the solubility enhancing component is effective to increase the solubility in a biological environment of the alpha-2-adrenergic agonist component relative to the solubility in a biological environment of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

AGN0221852

35

12. The composition of claim 1 wherein the solubility enhancing component comprises a polyanionic component.

13. The composition of claim 12 wherein said polyanionic component is selected from the group consisting of anionic cellulose derivatives, anionic polymers derived from acrylic acid, anionic polymers derived from methacrylic acid, anionic polymers derived from alginic acid, anionic polymers derived from amino acids and mixtures thereof.

14. The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of anionic cellulose derivatives and mixtures thereof.

15. The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of carboxymethylcelluloses and derivatives thereof.

16. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.1% (w/v) to about 30% (w/v).

17. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 10% (w/v).

18. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

AGN0221853

36

19.  The composition of claim 1 wherein the liquid carrier component is an aqueous liquid carrier component.

20.  The composition of claim 1 which is a solution.

21.  The composition of claim 1 which has a pH of about 7 or greater.

22.  The composition of claim 1 which has a pH in a range of about 7 to about 9.

23.  The composition of claim 1 which is ophthalmically acceptable.

24.  A composition comprising:

an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;

an anionic cellulose derivative in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component; and

an aqueous liquid carrier component.

25.  The composition of claim 24 wherein the alpha-2-adrenergic agonist component comprises a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

26.  The composition of claim 24 wherein the anionic cellulose derivative comprises carboxymethylcellulose.

27.  The composition of claim 24 wherein the anionic cellulose derivative is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

AGN0221854

37

28.  A composition comprising:

a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;

a solubility enhancing component in an amount effective to increase the solubility of the tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline; and

an aqueous liquid carrier component.

29.  The composition of claim 28 wherein the solubility enhancing component comprises a carboxymethylcellulose.

30.  The composition of claim 28 which is ophthalmically acceptable.

31.  A complex comprising monomer units derived from one or more quinoxaline components.

32.  The complex of claim 31 wherein the quinoxaline component is selected from the group consisting of a quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, derivatives thereof and mixtures thereof.

33.  The complex of claim 31 wherein the quinoxaline component is a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

34.  An oligomer comprising monomer units derived from a quinoxaline component.

AGN0221855