# Part 2
# to
# EXHIBIT K

10299386.111902

18

components selected so as to be effective and efficacious as preservatives in the present compositions, that is in the presence of polyanionic components, and preferably have reduced toxicity and more preferably substantially no
5   toxicity when the compositions are administered to a human or animal.

Preservatives or components which assist in the preservation of the composition which are commonly used in pharmaceutical compositions are often less effective when
10  used in the presence of solubilizing agents. In certain instances, this reduced preservative efficacy can be compensated for by using increased amounts of the preservative. However, where sensitive or delicate body tissue is involved, this approach may not be available
15  since the preservative itself may cause some adverse reaction or sensitivity in the human or animal, to whom the composition is administered.

Preferably, the present preservative components or components which assist in the preservation of the
20  composition, preferably the alpha-2-adrenergic agonist components therein, are effective in concentrations of less than about 1% (w/v) or about 0.8% (w/v) and may be 500 ppm (w/v) or less, for example, in the range of about 10 ppm(w/v) or less to about 200 ppm(w/v). Preservative
25  components in accordance with the present invention preferably include, but are not limited to, those which form complexes with the polyanionic component to a lesser extent than does benzalkonium chloride.

Very useful examples of the present preservative
30  components include, but are not limited to oxidative preservative components, for example oxy-chloro components, peroxides, persalts, peracids, and the like, and mixtures thereof. Specific examples of oxy-chloro components useful as preservatives in accordance with the

AGN0221717

10299386.111902

19

present invention include hypochlorite components, for example hypochlorites; chlorate components, for example chlorates; perchlorate components, for example perchlorates; and chlorite components. Examples of chlorite components include stabilized chlorine dioxide (SCD), metal chlorites, such as alkali metal and alkaline earth metal chlorites, and the like and mixtures therefor. Technical grade (or USP grade) sodium chlorite is a very useful preservative component. The exact chemical composition of many chlorite components, for example, SCD, is not completely understood. The manufacture or production of certain chlorite components is described in McNicholas U.S. Patent 3,278,447, which is incorporated in its entirety herein by reference. Specific examples of useful SCD products include that sold under the trademark Dura Klor by Rio Linda Chemical Company, Inc., and that sold under the trademark Anthium Dioxide by International Dioxide, Inc. An especially useful SCD is a product sold under the trademark Purite™ by Allergan, Inc. Other examples of oxidative preservative components includes peroxy components. For example, trace amounts of peroxy components stabilized with a hydrogen peroxide stabilizer, such as diethylene triamine penta(methylene phosphonic acid) or 1-hydroxyethylidene-1,1-diphosphonic acid, may be utilized as a preservative for use in components designed to be used in the ocular environment. Also, virtually any peroxy component may be used so long as it is hydrolyzed in water to produce hydrogen peroxide. Examples of such sources of hydrogen peroxide, which provide an effective resultant amount of hydrogen peroxide, include sodium perborate decahydrate, sodium peroxide and urea peroxide. It has been found that peracetic acid, an organic peroxy compound, may not be stabilized utilizing the present system. See, for example, Martin et al U.S. Patent No.

AGN0221718

10204386.111902

20

5,725,887, the disclosure of which is incorporated in its entirety herein by reference.

Preservatives other than oxidative preservative components may be included in the compositions. The
5    choice of preservatives may depend on the route of administration. Preservatives suitable for compositions to be administered by one route may possess detrimental properties which preclude their administration by another route. For nasal and ophthalmic compositions, preferred
10   preservatives include quaternary ammonium compounds, in particular the mixture of alkyl benzyl dimethyl ammonium compounds and the like known generically as "benzalkonium chloride." For compositions to be administered by inhalation, however, the preferred preservative is
15   chlorbutol and the like. Other preservatives which may be used, especially for compositions to be administered rectally, include alkyl esters of p-hydroxybenzoic acid and mixtures thereof, such as the mixture of methyl, ethyl, propyl, butyl esters and the like which is sold
20   under the trade name "Nipastat."

In another broad aspect of the present invention, compositions are provided which comprise an alpha-2-adrenergic agonist component, a preservative component in an effective amount to at least aid in preserving ,
25   preferably in an amount effective to preserve, the compositions and a liquid carrier component. Preferably, the preservative components include oxy-chloro components, such as compounds, ions, complexes and the like which (1) do not substantially or significantly detrimentally affect
30   the alpha-2-adrenergic agonist components in the compositions or the patients to whom the compositions are administered, and (2) are substantially biologically acceptable and chemically stable. Such compositions in accordance with the present invention comprise an alpha-2-

AGN0221719

10299386.111902

21

adrenergic agonist component, an oxy-chloro component, and a liquid carrier component, and preferably are substantially free of cyclodextrins.

5     The carrier components useful in the present invention are selected to be non-toxic and have no substantial detrimental effect on the present compositions, on the use of the compositions or on the human or animal to whom the compositions are administered. In one embodiment, the carrier component is a liquid

10   carrier. In a preferred embodiment, the carrier component is a liquid aqueous carrier component. A particularly useful aqueous liquid carrier component is that derived from saline, for example, a conventional saline solution or a conventional buffered saline solution. The aqueous

15   liquid carrier preferably has a pH in the range of about 6 to about 9 or about 10, more preferably about 6 to about 8, and still more preferably about 7.5. The liquid medium preferably has an ophthalmically acceptable tonicity level, for example, of at least about 200 mOsmol/kg, more

20   preferably in the range of about 200 to about 400 mOsmol/kg. In an especially useful embodiment, the osmolality or tonicity of the carrier component substantially corresponds to the tonicity of the fluids of the eye, in particular the human eye.

25     In one embodiment, the carrier components containing the SECs and the alpha-2-adrenergic agonist components may have viscosities of more than about 0.01 centipoise (cps) at 25°C, preferably more than about 1 cps at 25°C, even more preferably more than about 10 cps at 25°C. In a

30   preferred embodiment, the composition has a viscosity of about 50 cps at 25°C and comprises a conventional buffer saline solution, a carboxymethylcellulose and a Brimonidine tartrate.

      In order to insure that the pH of the aqueous liquid

AGN0221720

10299386.111902

22

carrier component, and thus the pH of the composition, is maintained within the desired range, the aqueous liquid carrier component may include at least one buffer component. Although any suitable buffer component may be employed, it is preferred to select such component so as not to produce a significant amount of chlorine dioxide or evolve significant amounts of gas, such as $CO_2$. It is preferred that the buffer component be inorganic. Alkali metal and alkaline earth metal buffer components are advantageously used in the present invention.

Any suitable ophthalmically acceptable tonicity component or components may be employed, provided that such component or components are compatible with the other ingredients of the liquid aqueous carrier component and do not have deleterious or toxic properties which could harm the human or animal to whom the present compositions are administered. Examples of useful tonicity components include sodium chloride, potassium chloride, mannitol, dextrose, glycerin, propylene glycol and mixtures thereof. In one embodiment, the tonicity component is selected from inorganic salts and mixtures thereof.

The present compositions may conveniently be presented as solutions or suspensions in aqueous liquids or non-aqueous liquids, or as oil-in-water or water-in-oil liquid emulsions. The present compositions may include one or more additional ingredients such as diluents, flavoring agents, surface active agents, thickeners, lubricants, and the like, for example, such additional ingredients which are conventionally employed in compositions of the same general type.

The present compositions in the form of aqueous suspensions may include excipients suitable for the manufacture of aqueous suspensions. Such excipients are suspending agents, for example, sodium

AGN0221721

10299386.111902

23

carboxymethylcellulose, methylcellulose, hydroxypropylmethylcellulose, sodium alginate, polyvinylpyrrolidone, gun tragacanth and gun acacia; dispersing or wetting agents may be a naturally occurring phosphatide, for example, lecithin, or condensation products of ethylene oxide with long chain aliphatic alcohols, for example, heptadecaethyleneoxycetanol, or condensation products of ethylene oxide with partial esters derived from fatty acids and a hexitol such as polyoxyethylene sorbitol mono-oleate, or condensation products of ethylene oxide with partial esters derived from fatty acids and hexitol anhydrides, for example, polyoxyethylene sorbitan mono-oleate, and the like and mixtures thereof. Such aqueous suspensions may also contain one or more coloring agents, one or more flavoring agents and one or more sweetening agents, such as sucrose, saccharin, and the like and mixtures thereof.

The present compositions in the form of oily suspensions may be formulated in a vegetable oil, for example, olive oil, sesame oil or coconut oil, or in a mineral oil such as liquid paraffin. Such suspensions may contain a thickening agent, for example beeswax, hard paraffin or cetyl alcohol. Sweetening agents, such as those set forth above, and flavoring agents may be added to provide a palatable oral preparation.

The present compositions may also be in the form of oil-in-water emulsions. The oily phase may be a vegetable oil, for example, olive oil or arachis oil, or a mineral oil, for example, liquid paraffin, and the like and mixtures thereof. Suitable emulsifying agents may be naturally-occurring gums, for example, gum acacia or gun tragacanth, naturally-occurring phosphatides, for example, soya bean lecithin, and esters or partial esters derived from fatty acids and hexitol anhydrides, for example,

AGN0221722

10299386.111902

24

sorbitan mono-oleate, and condensation products of the said partial esters with ethylene oxide, for example, polyoxyethylene sorbitan mono-oleate. The emulsions may also contain sweetening and flavoring agents.

5      The present compositions in the form of syrups and elixirs may be formulated with sweetening agents, for example, as described elsewhere herein. Such formulations may also contain a demulcent, and flavoring and coloring agents.

10     The specific dose level for any particular human or animal depends upon a variety of factors including the activity of the active component employed, the age, body weight, general health, sex, diet, time of administration, route of administration, rate of excretion, drug

15     combination and the severity of the particular condition undergoing therapy.

       In one broad aspect of the invention, complexes are formed in the present compositions. In one embodiment, the complexes include at least one monomer unit of a

20     quinoxaline component. Examples of quinoxaline components include quinoxaline, (2-imidozolin-2-ylamino) quinoxaline, 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, salts thereof, esters thereof, other derivatives thereof, and the like and mixtures thereof. For example, in one

25     embodiment, a complex of the present invention may include a conjugation of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline monomer units. In another embodiment, the complex may include a conjugation of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline monomer units and

30     Brimonidine tartrate monomer units.

       In a preferred embodiment, the complexes of the present invention are dimers. For example, a dimer in accordance with the present invention may include a quinoxaline and a   5-bromo-6-(2-imidozolin-2-ylamino)

AGN0221723

10299386.111902

25

quinoxaline. Preferably, a dimer in accordance with the present invention includes two Brimonidine tartrate monomer units.

Without wishing to limit the invention to any theory
5   or mechanism of operation, it is believed that any peroxide forming agent or strong oxidizing agent such as the oxidative preservative components, for example oxy-chloro components, peroxides, persalts, peracids, and the like, and mixtures thereof may facilitate the formation of
10  the complexes, preferably complexes of alpha-2-adrenergic agonist components. For example, dimers of Brimonidine tartrate monomer units are believed to be formed in the presence of chlorites, preferably stabilized chlorine dioxide.

15      Furthermore, it is believed that the interactions between the monomers which serve to hold the monomers or monomer subunits together to form a complex, preferably an oligomer and more preferably a dimer, may include, but not limited to, covalent bonding, ionic bonding, hydrophobic
20  bonding, electrostatic bonding, hydrogen bonding, other chemical and/or physical interactions, and the like and combinations thereof. Such complexes may disassociate in liquid, for example, aqueous liquid, media. In one embodiment, the monomers or monomer subunits are held
25  together by other than covalent bonding. In one embodiment, the monomers or monomer subunits are held together by electrostatic bonding or forces.

The following non-limiting examples illustrate certain aspects of the present invention.

30              EXAMPLE 1

Brimonidine tartrate has a pKa of about 7.78. The pH-solubility profile of 0.5% (w/v) Brimonidine tartrate in a formulation, Ophthalmic Solution, was established in

AGN0221724

10299386.111902

26

the pH range of about 5 to about 8 at 23 °C. Table 1. It
will be understood that concentrations of adrenergic
agonists other than 0.5% may be used, so long as they have
therapeutic activity. Likewise, the temperature may be
5    varied, for example, solubility curves may be performed at
37 °C (98.6 °F). The formulation vehicle was prepared by
first dissolving polyvinyl alcohol (PVA) in water. The
PVA was added to approximately 1/3 of the required total
amount of purified water with constant stirring. The
10   slurry was stirred for 20-30 minutes and then heated to
80-95 °C with constant stirring. The mixture was removed
from the heat source within 1 hour after having reached
the temperature of 80-90 °C and stirred for an additional
10 minutes to ensure homogeneity (Part I). The other
15   ingredients of the Ophthalmic Solution, except for
Brimonidine tartrate, were dissolved in a separate
container with an additional 1/3 of the required total
amount of purified water (Part II). The PVA mixture (Part
I) was then quantitatively transferred to Part II using
20   several rinse volumes of purified water. The solution was
adjusted to final volume with purified water without pH
adjustment.

Brimonidine tartrate was weighed and transferred to
a 10 mL test tube containing 5 mL of the formulation
25   vehicle described above. The pH of each sample was then
adjusted to a desired value using dilute sodium hydroxide
and/or dilute hydrochloric acid. The samples were placed
in a rack on a stir plate and stirred at high speed to
achieve uniform mixing for 2 days; a partition was placed
30   between the rack and the stir plate to prevent any heat
diffusion from the stir plate to the samples. The
temperature of the laboratory was monitored throughout the
study and was found to be 23±1 °C.

At the end of two days of stirring, the pH value of

10290386.111902

27

each sample was measured, and then approximately 1 mL of
each sample was placed in a micro centrifuge tube
(polypropylene) and centrifuged at 4,000 rpm for 10
minutes. The supernatant was filtered through a 1μm
5    filter unit(Whatman, 13mm, PTFE). The first 3-4 drops of
the filtrate were discarded; the rest of the filtrate was
received and diluted quantitatively with HPLC mobile
phase. The dilute sample was then injected directly on
the HPLC column (Dupont Zorbax, 250mm x 4.6mm, 5μm) for
10   Brimonidine tartrate assay in order to quantify the amount
of Brimonidine tartrate. A control of 10.05% Brimonidine
tartrate was prepared in the formulation vehicle at pH
6.3-6.5 and assayed before (untreated) and after (treated)
centrifugation and filtration. This was done to evaluate
15   the potential loss of Brimonidine tartrate in these two
steps of the sample preparation. To ensure
reproducibility, the study was repeated on consecutive
days.

Table I.    0.5% Brimonidine tartrate in Ophthalmic
20   Solution.

| Ingredient | Percent (w/v) |
|---|---|
| Brimonidine tartrate | 0.50 |
| Benzalkonium Chloride, NF | 0.0050 |
| Polyvinyl Alcohol, USP | 1.4 |
| Sodium Chloride, USP | 0.66 |
| Sodium Citrate, Dihydrate, USP | 0.45 |
| Hydrochloric Acid, NF or | |
| Sodium Hydroxide, NF for pH adjustment | 5-8 |
| Purified Water, USP | QS |

30      The solubility data for Brimonidine tartrate in the
formulation vehicles are presented in Table II. The
results show that the solubility of Brimonidine tartrate

AGN0221726

10299386.111902

28

is highly pH-dependent and spans more than two orders of magnitude over the pH range of 5-8. The solubility decreases sharply as the pH increases. The results for the treated and untreated controls are very close,
5   suggesting that centrifugation and filtration does not cause any significant loss of Brimonidine tartrate. The two solubility profiles obtained on consecutive days agree with each other.

10  Table II.   Solubility of Brimonidine tartrate in the Ophthalmic Solution Over pH Range of 5 to 8.

| Sample | pH[a] | STUDY 1 Solubility[a] | pH[a] | STUDY 2 Solubility[a] |
|---|---|---|---|---|
| 1 | 5.55 | ≥164.4[b] | 5.50 | ≥200.6[b] |
| 2 | 5.92 | 132.6 | 5.92 | 160.8 |
| 3 | 6.14 | 30.4 | 6.06 | 50.1 |
| 4 | 6.57 | 7.55 | 6.90 | 3.19 |
| 5 | 7.00 | 2.69 | 7.40 | 1.19 |
| 6 | 7.45 | 1.17 | 7.77 | 0.63 |
| 7 | 7.83 | 0.62 | 7.86 | 0.58 |
| 8 | — | — | 7.88 | 0.54 |
| Control/ (untreated) | — | 0.486[c] | — | — |
| Control/ (treated) | — | 0.484[d] | — | — |

[a]  Measured after stirring for two-days before sample withdrawal for centrifugation and filtration.
[b]  Represents theoretical concentration based on sample weight. The sample solution was clear indicating that all of the Brimonidine tartrate had dissolved.
[c]  Concentration of Brimonidine tartrate in

AGN0221727

10299386.111902

29

control, before centrifugation and filtration
step.

d       Concentration of Brimonidine tartrate in
control after centrifugation and filtration
5       step.

*       %w/v.

EXAMPLE 2

The pH-solubility profiles of Brimonidine tartrate in
compositions (solutions) containing SECs and oxy-chloro
10    components were determined. Particularly, the effects of
sodium carboxymethylcellulose (CMC), an SEC, on the
solubility of Brimonidine tartrate at various pH
conditions were determined. The various concentrations of
CMC tested with Brimonidine tartrate were 0%, 0.056%,
15    0.17%, 0.5%, 1.5% (w/v), Table III.

The samples tested also contained isotonic
components, buffer components, and stabilized chlorine
dioxide (Purite™), Table III. Sodium carboxymethyl-
cellulose, sodium chloride, potassium chloride, calcium
20    chloride dihydrate, and magnesium chloride hexahydrate
were USP grade. Boric acid and sodium borate decahydrate
were NF grade.

AGN0221728

10299386.111902

30

### Table III

| | Sample 1 | Sample 2 | Sample 3 | Sample 4 | Sample 5 | |
|---|---|---|---|---|---|---|
| Brimonidine tartrate | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | (w/v) |
| CMC | 0.0% | 0.056% | 0.17% | 0.5% | 1.5% | (w/v) |
| Stabilized chlorine dioxide[a] | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% | (w/v) |
| Sodium chloride | 0.58% | 0.58% | 0.58% | 0.58% | 0.58% | (w/v) |
| Potassium chloride | 0.14% | 0.14% | 0.14% | 0.14% | 0.14% | (w/v) |
| Calcium chloride, dihydrate | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | (w/v) |
| magnesium chloride, hexahydrate | 0.006% | 0.006% | 0.006% | 0.006% | 0.006% | (w/v) |
| boric acid | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | (w/v) |
| sodium tetraborate, decahydrate | 0.14% | 0.14% | 0.14% | 0.14% | 0.14% | (w/v) |

[a] Sold under the trademark Purite™ by Allergan, Inc.

    Each sample (1 through 5) was subjected to a range of pH's from about 7 to about 10.  The vials containing the sample solutions were placed on a laboratory rotator and left for equilibration for fifteen days at room temperature (~21 °C).  The sample solutions were filtered using a 25 mm diameter polysulfone cellulose acetate syringe type filter with 0.45μm pore size.  The filtered solutions were assayed for Brimonidine.

    Conventional HPLC and detection techniques were used to detect and determine the concentrations of soluble Brimonidine tartrate.  Table IV.  The solubility is plotted against pH for each CMC concentration.  The experimental data points were fitted to a modified Henderson-Hasselbalch equation using a nonlinear least squares routine (Deltagraph version 4.0 DeltaPoint, Inc.), Fig. 1.  The $R^2$ values show the goodness of fit between the experimental values and the theoretical equation to be better than 0.991.

AGN0221729

10299386.111902

31

## Table IV

| pH | 0%CMC | 0.056%CMC | 0.17%CMC | 0.5%CMC | 1.5%CMC |
|---|---|---|---|---|---|
| | | | Solubility of Brimonidine tartrate (%) | | |
| 6.67 | | 0.9302 | | 1.4464 | |
| 6.68 | 1.4256 | | 1.4200 | | |
| 6.93 | | | 0.7302 | | |
| 7.10 | | | | 0.3693 | |
| 7.11 | 0.2064 | 0.2828 | | | |
| 7.35 | | | | | 0.1904 |
| 7.56 | | | | 0.1451 | |
| 7.68 | 0.0786 | | | | |
| 7.77 | | 0.0721 | | | |
| 7.81 | | | 0.0735 | | |
| 8.10 | | | | | 0.0498 |
| 8.46 | | | | 0.0313 | |
| 8.50 | 0.0286 | | | | |
| 8.55 | | | 0.0328 | | |
| 8.67 | | | | | 0.0311 |
| 9.93 | | 0.0234 | | | |
| 9.94 | | | | 0.0250 | |
| 10.05 | | | 0.0241 | | |
| 10.09 | 0.0218 | | | | |
| 10.11 | | | | | 0.0222 |

Fig. 1 clearly shows that the solubility of Brimonidine tartrate tends to increase with increasing CMC concentrations. For example, at pH 7.5, the sample with 0% CMC resulted in 1000 ppm of Brimonidine tartrate; 0.056% CMC, 1300 ppm; 0.17% CMC, 1300 ppm; and 0.5%, 1600 ppm. At pH 7.5, the sample with 1.5% CMC resulted in about 1400 ppm, which is less than that of a similar solution with CMC at 0.5%. It is unclear at this point

AGN0221730

10299386.111902

32

what the cause of this observation may be. Nonetheless, Brimonidine tartrate is more soluble in solution with a 1.5% CMC than with no CMC.

CMC is also effective to solubilize Brimonidine tartrate in a biological environment, for example the biological environment of the cornea.

### EXAMPLE 3

Brimonidine tartrate dimers.

Brimonidine tartrate is added to a test tube containing a composition including chlorite. The test tube was allowed to equilibrate for ten days. Samples obtained from the test tube is analyzed. It is observed that a portion of the Brimonidine tartrate monomer units conjugated to form dimers.

While this invention has been described with respect to various specific examples and embodiments, it is to be understood that the invention is not limited thereto and that it can be variously practiced with the scope of the following claims.

AGN0221731

10299386.111902

33

**WHAT IS CLAIMED IS:**

1.    A composition comprising:
an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;

5          a solubility enhancing component in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component in the composition relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar composition without the

10    solubility enhancing component; and
a liquid carrier component.

2.    The composition of claim 1 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of imino-imidazolines, imidazolines, imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof and mixtures thereof.

3.    The composition of claim 1 wherein the therapeutically active component includes a quinoxaline component.

4.    The composition of claim 3 wherein the quinoxaline component is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures thereof.

5.    The composition of claim 3 wherein the quinoxaline component is selected from the group consisting of quinoxaline, (2-imidozolin-2-ylamino)

5    quinoxaline,      5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, and tartrate of 5-bromo-6-(2-imidozolin-2-

AGN0221732

10299386.111902

34

ylamino) quinoxaline, derivatives thereof and mixtures
thereof.

6. The composition of claim 1 wherein the
therapeutically active component comprises a tartrate of
5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

7. The composition of claim 1 wherein the alpha-2-
adrenergic agonist component is substantially unionized.

8. The composition of claim 1 wherein the alpha-2-
adrenergic agonist component is substantially unionized in
a biological environment to which the composition is
administered.

9. The composition of claim 1 wherein the alpha-2-
adrenergic agonist component has increased diffusion
through a lipid membrane relative to an identical alpha-2-
adrenergic agonist component in a similar composition
without the solubility enhancing component.

5

10. The composition of claim 1 wherein the alpha-2-
adrenergic agonist component is selected from the group
consisting of agonists of alpha-2A-adrenergic receptors,
agonists of alpha-2B-adrenergic receptors, agonists of
alpha-2D-adrenergic receptors and mixtures thereof.

5

11. The composition of claim 1 wherein the
solubility enhancing component is effective to increase
the solubility in a biological environment of the alpha-2-
adrenergic agonist component relative to the solubility in
a biological environment of an identical alpha-2-
adrenergic agonist component in a similar composition
without the solubility enhancing component.

5

AGN0221733

10299386.111902

35

12. The composition of claim 1 wherein the solubility enhancing component comprises a polyanionic component.

13. The composition of claim 12 wherein said polyanionic component is selected from the group consisting of anionic cellulose derivatives, anionic polymers derived from acrylic acid, anionic polymers derived from methacrylic acid, anionic polymers derived from alginic acid, anionic polymers derived from amino acids and mixtures thereof.

14. The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of anionic cellulose derivatives and mixtures thereof.

15. The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of carboxymethylcelluloses and derivatives thereof.

16. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.1% (w/v) to about 30% (w/v).

17. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 10% (w/v).

18. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

AGN0221734

102⁰9386.111902

36

19.  The composition of claim 1 wherein the liquid carrier component is an aqueous liquid carrier component.

20.  The composition of claim 1 which is a solution.

21.  The composition of claim 1 which has a pH of about 7 or greater.

22.  The composition of claim 1 which has a pH in a range of about 7 to about 9.

23.  The composition of claim 1 which is ophthalmically acceptable.

24.  A composition comprising:
     an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;
5    an anionic cellulose derivative in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component; and
     an aqueous liquid carrier component.

25.  The composition of claim 24 wherein the alpha-2-adrenergic agonist component comprises a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

26.  The composition of claim 24 wherein the anionic cellulose derivative comprises carboxymethylcellulose.

27.  The composition of claim 24 wherein the anionic cellulose derivative is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

AGN0221735

10299386.111902

37

28.  A composition comprising:

a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;

a solubility enhancing component in an amount effective to increase the solubility of the tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline; and

an aqueous liquid carrier component.

29.  The composition of claim 28 wherein the solubility enhancing component comprises a carboxymethylcellulose.

30.  The composition of claim 28 which is ophthalmically acceptable.

31.  A complex comprising monomer units derived from one or more quinoxaline components.

32.  The complex of claim 31 wherein the quinoxaline component is selected from the group consisting of a quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, derivatives thereof and mixtures thereof.

33.  The complex of claim 31 wherein the quinoxaline component is a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

34.  An oligomer comprising monomer units derived from a quinoxaline component.

AGN0221736

10299386.111902

38

35.  The oligomer of claim 34 wherein the quinoxaline
component is selected from the group consisting of a
quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-
bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate
of   5-bromo-6-(2-imidozolin-2-ylamino)   quinoxaline,
derivatives thereof and mixtures thereof.

36.  The oligomer of claim 34 wherein the quinoxaline
component is a tartrate of 5-bromo-6-(2-imidozolin-2-
ylamino) quinoxaline.

37.  The oligomer of claim 34 which is a dimer.

38.  The oligomer of claim 35 which is a dimer.

39.  The oligomer of claim 36 which is a dimer.

40.  A composition comprising:
       an alpha-2-adrenergic agonist component in an
amount effective to provide a therapeutic benefit to a
patient to whom the composition is administered;
       an oxy-chloro component in an effective amount
to at least aid in preserving the composition; and
       a liquid carrier component,
wherein the composition is substantially free of
cyclodextrins.

41.  The composition of claim 40 wherein the alpha-2-
adrenergic agonist component is selected from  the group
consisting    of    imino-imidazolines,    imidazolines,
imidazoles, azepines, thiazines, oxazolines, guanidines,
catecholamines, derivatives thereof and mixtures thereof.

42.  The  composition  of  claim  40  wherein  the

AGN0221737

10299386.111902

39

therapeutically active component includes a quinoxaline
component.

43. The composition of claim 42 wherein the
quinoxaline component is selected from the group
consisting of quinoxaline, derivatives thereof, and
mixtures thereof.

44. The composition of claim 40 which further
includes a solubility enhancing component in an amount
effective to increase the solubility of the alpha-2-
adrenergic agonist component in the composition relative
5   to the solubility of an identical alpha-2-adrenergic
agonist component in a similar composition without the
solubility enhancing component.

45. The composition of claim 44 wherein the
solubility enhancing component is effective to increase
the solubility in a biological environment of the alpha-2-
adrenergic agonist component relative to the solubility in
5   a biological environment of an identical alpha-2-
adrenergic agonist component in a similar composition
without the solubility enhancing component.

46. The composition of claim 44 wherein the
solubility enhancing component comprises a polyanionic
component.

AGN0221738

102993386.111902

## DECLARATION FOR PATENT APPLICATION

D-2892

As a below named inventor, I hereby declare that:

My residence post office address and citizenship are as stated below next to my name.
I believe I am the original first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS the specification of which

(check one)    [X ]    is attached hereto
               [ ]    was filed on
                      as US Application Serial Number or PCT International Application Number
                      and was amended on ___ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification,

including the claims, as amended by any amendment referred to above.
I acknowledge the duty to disclose information which is material to the patentability as defined in 37 CFR §1.56.
I hereby claim foreign priority benefits under 35 U.S.C. §119(a)-(d) or §365(b) of any foreign application(s) for patent or inventor's certificate, or §365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below any foreign application for patent or inventor's certificate, or PCT International application having a filing date before that of the application on which priority is claimed.    NONE

Prior Foreign Application(s)                                        Priority Not Claimed

                                                         [ ]
        (Number)          (Country)          (Day/Month/Year Filed)

I hereby claim the benefit under 35 U.S.C. §119(e) of any United States provisional application(s) listed below.

        60/218,200          July 14, 2000
    (Application Number)      (Filing Date)

I hereby claim the benefit under 35 U.S.C. §120 of any United States application(s), or §365(c) of any PCT International application designation the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. §112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR §1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.    NONE

    (Application Number)          (Filing Date)          (Status -patented, pending, abandoned)

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: Martin A. Voet, Reg. No. 25,208, Robert Baran, Reg. No. 25,806, Carlos A. Fisher, Reg. No. 36,510, Stephen Donovan, Reg. No. 33,433 and Frank J. Uxa, Reg. No. 25,612

AGN0221739

10299386.111902

| Address all telephone calls to | Frank J. Uxa - Telephone: 949-450-1750 |
| Address all correspondence to | Frank J. Uxa |
| | 4 Venture, Suite 300 |
| | Irvine, CA 92618 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor (given name, family name)     OREST OLEJNIK

Inventor's signature _____     Date 7/9/01
Residence          Coto de Coza, CA               Citizenship U.S.A.
Post Office Address 5 Addington Place
                   Coto de Coza, CA 92679

Full name of second inventor (given name, family name)     EDWARD D.S. KERSLAKE

Inventor's signature _____     Date 7/3/2001
Residence          Charleston, MA                 Citizenship U.S.A.
Post Office Address 30 Elm Street, #1                        U.K
                   Charleston, MA 02129

26 MOUNT VERNON
CHARLESTOWN
MA, 02129

RECEIVED

OCT 03 2001

LEGAL/PATENTS



D-2892

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

SEPTEMBER 26, 2001                    PTAS

ALLERGAN, INC.
FRANK J. UXA
PO BOX 19534
2525 DUPONT DRIVE
IRVINE, CA 92612

.*101787037A*

                UNITED STATES PATENT AND TRADEMARK OFFICE
              NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 07/10/2001          REEL/FRAME: 011994/0783
                                      NUMBER OF PAGES: 3

BRIEF:  ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
    OLEJNIK, OREST                    DOC DATE: 07/09/2001

ASSIGNOR:
    KERSLAKE, EDWARD D.S.             DOC DATE: 07/03/2001

ASSIGNEE:
    ALLERGAN SALES, INC.
    PO BOX 19534
    2525 DUPONT DRIVE
    IRVINE, CALIFORNIA 92612

SERIAL NUMBER: 09904018               FILING DATE: 07/10/2001
PATENT NUMBER:                        ISSUE DATE:

JACQUELINE MOORE, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

AGN0221741

FORM PTO-1595
(Rev. 6-93)
OMB No. 0651-0011 (exp. 4/94)

**07-25-2001**

||||||||||||||||||||||||||||||
**101787037**

**SHEET**

**U.S. DEPARTMENT OF COMMERCE**
Patent and Trademark Office

To the Honorable Comm...... Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| OREST OLEJNIK | Name:     ALLERGAN SALES, INC. |
| EDWARD D.S. KERSLAKE | Internal Address: PO BOX 19534 |
| Additional name(s) of conveying party(ies) attached?  ☐ Yes ☒ No | |
| _07/10/01_ | Street Address:   2525 DUPONT DRIVE |
| | IRVINE, CA 92612 |

11046 U.S. PTO
09/904018
07/10/01

| 3. Nature of conveyance: | |
|---|---|
| ☒ Assignment | ☐ Merger |
| ☐ Security Agreement | ☐ Change of Name |
| ☐ Other: _____ | |
| Execution Date:  JULY 3RD AND 9TH, 2001 | Additional name(s) & address(es) attached? ☐ Yes ☒ No |

4. Application number(s) or patent number(s):  _09/904018_
If this document is being filed together with a new application, the execution date of the application is: JULY 3 & 9, 2001
   A. Patent Application No.(s)                             B. Patent No. (s)
                                           Additional numbers attached?  ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved:     | 1 | |
|---|---|---|---|
| Name:        ALLERGAN, INC. | 7. Total fee (37 CFR 3.41)................$ 40 |
| Internal Address:   PO BOX 19534 | ☐ Enclosed |
| Street Address:    2525 DUPONT DRIVE | X Authorized to be charged to deposit account |
|               IRVINE, CA 92612 | |
| | 8. Deposit account number:    01-0885 |
| | (Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

__FRANK J. UXA__                    _Frank J. Uxa_ (signature)              _July 10, 2001_
Name of Person Signing                    Signature                          Date

Total number of pages including cover sheet, attachments and document.      | 3 |

07/24/2001 LMUELLER 00000130 010885
09904018

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

01 FC:581     40.00 CH

AGN0221742

OLEJNIK ET AL                    1                    Docket No. 17361(AP)

## ASSIGNMENT

WHEREAS we, Orest Olejnik of ORANGE COUNTY, CALIFORNIA and Edward D.S. Kerslake of __SUFFOLK__ COUNTY, MASSACHUSETTS (hereinafter referred to as ASSIGNOR), have invented and own a certain invention entitled: COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS for which I have executed a provisional application, and non-provisional application claiming priority thereto, for Letters Patent of the United States, said provisional patent application having been filed July 14, 2000 and bearing Serial No. 60/218,200 and said non-provisional application for which application for Letters Patent of the United States has been executed on even date herewith.

WHEREAS: Allergan Sales, Inc., having its principal place of business at 2525 Dupont Drive, Irvine, CA 92612 (hereinafter referred to as ASSIGNEE), is desirous of acquiring the entire interest in, to and under said invention and in, to and under Letters Patent or similar legal protection to be obtained therefor in the United States and in any and all foreign countries.

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that in consideration of the payment by ASSIGNEE TO ASSIGNOR of the sum of One Dollar ($1.00), the receipt of which is hereby acknowledged, and for other good and valuable consideration, ASSIGNOR hereby sells, assigns and transfers to ASSIGNEE the full and exclusive right, title and interest to said invention in the United States and its territorial possessions and in all foreign countries to all Letters Patent or similar legal protection in the United States and its territorial possessions and in any and all foreign countries to be obtained for said invention by said application or any continuation, divisional, renewal, substitute or reissue thereof or any legal equivalent thereof in a foreign country for the full term or terms for which the same may be granted.

ASSIGNOR hereby covenants that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with this assignment and sale;

ASSIGNOR further covenants that ASSIGNEE will, upon its request, be provided promptly with all pertinent facts and documents relating to said application, said invention and said Letters Patent and legal equivalents in foreign countries as may be known and accessible to ASSIGNOR and will testify as to the same in any interference or litigation related thereto and will promptly execute and deliver to ASSIGNEE or its legal representative any and all papers, instruments or affidavits required to apply for, obtain, maintain, issue and enforce said application, said invention and said Letters Patent and said equivalent thereof in any foreign country which may be necessary or desirable to carry out the purposes thereof.

-1-

AGN0221743

OLEJNIK ET AL                    2                Docket No. 17361(AP)

IN WITNESS WHEREOF, I/We have hereunto set hand and seal this

_____7 / 9_____, 2001.

                                                    ~Orest Olejnik~

                                    OREST OLEJNIK

State of _CALIFORNIA_                    )
                                        ) ss:
County of _ORANGE_                      )

On _JULY 9, 2001_ before me, _MARY LOU McNOWN_ personally appeared _OREST OLEJNIK_ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person, or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary seal: MARY LOU McNOWN, Commission # 1229524, Notary Public - California, Orange County, My Comm. Expires Aug 16, 2003]

                                    _Mary Lou McNown_
                                    Notary Public

IN WITNESS WHEREOF, I/We have hereunto set hand and seal this

___7 / 3___, 2001.

                                                    ~Kerslake~

                                    EDWARD D.S. KERSLAKE

State of _MASSACHUSETTS_ )
                         ) ss:
County of _Suffolk_      )

On _July 3, 2001_ before me, _Maureen Vibert, Notary Public_ personally appeared _Edward D.S. Kerslake_ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person, or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

                                    _Maureen R Vibert_
                                    Notary Public
                        My Commission expires: 11/6/2006

                                    -2-

PRINT OF DRAWINGS
AS ORIGINALLY FILED

10299386.111902

1/1



AGN0221745

10299386.111902

## APPLICATION DATA SHEET

### Inventor Information

Inventor One Given Name::       Orest
Family Name::                   Olejnik
Postal Address Line One::       5 Addington Place
Postal Address Line Two::
City::                          Coto de Coza
State or Province::             CA
Postal or Zip Code::            92679
Citizenship Country::           USA

Inventor Two Given Name::       Edward D.S.
Family Name::                   Kerslake
Postal Address Line One::       26 Mount Vernon
Postal Address Line Two::
City::                          Charlestown
State or Province::             MA
Postal or Zip Code::            02129
Citizenship Country::           UK

### Correspondence Information

USPTO Customer No.::            33197
Name Line One::                 Frank J. Uxa
Name Line Two::                 Stout, Uxa, Buyan & Mullins, LLP
Address Line One::              Suite 300
Address Line Two::              4 Venture
City::                          Irvine
State or Province::             CA
Postal or Zip Code::            92618
Telephone::                     949-450-1750
Fax::                           949-450-1764
Electronic Mail::               fjuxa@patlawyers.com

1

AGN0221746

10299386.111902

## Application Information

| | |
|---|---|
| Title Line One:: | Compositions Containing Alpha-2-Adrenergic |
| Title Line Two:: | Agonist Components |
| Total Drawing Sheets:: | 1 |
| Formal Drawings?:: | Yes |
| Application Type:: | Utility |

## Representative Information

| | | |
|---|---|---|
| Registration Number One:: | Martin A. Voet...................................... | 25,208 |
| Registration Number Two:: | Robert J. Baran..................................... | 25,806 |
| Registration Number Three:: | Carlos A. Fisher.................................... | 38,510 |
| Registration Number Four:: | Stephen Donovan.................................. | 33,433 |
| Registration Number Five:: | Frank J. Uxa, Jr.................................... | 25,612 |

## Continuity Information

| | |
|---|---|
| This application is a:: | Divisional |
| >Application One:: | 09/904,018 |
| Filing Date:: | July 10, 2001 |

## Assignment Information

| | |
|---|---|
| Assignee Name:: | Allergan Sales, Inc. |
| Postal Address Line One:: | 2525 Dupont Drive |
| Postal Address Line Two:: | |
| City:: | Irvine |
| State or Province:: | CA |
| Postal or Zip Code:: | 92612 |

2

AGN0221747



11-20-    20299386.111902  A

S(S 10/97)

11/19/02

| UTILITY PATENT APPLICATION TRANSMITTAL | Docket No |
|---|---|
| *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | **D-2892DIV** |
| | Total Pages in this Sub... |

TO THE COMMISSIONER FOR PATENTS
**Box Patent Application**
**Washington, D.C. 20231**

Transmitted herewith for filing under 35 U.S.C. 111(a) and 37 CFR 1.53(b) is a new utility patent application for an invention entitled:

## COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS

and invented by:

### OLEJNIK ET AL

If a CONTINUATION APPLICATION, *check appropriate box an supply the requisite information:*
[ ]Continuation  [X]Divisional  [ ]Continuation-in-part (CIP) of prior application No.: 09/904,018, filed July 10, 2001, application claims the benefit of U.S. Provisional Application Serial No. 60/218,200 filed July 14, 2002.

Enclosed are **Application Elements:**
[x]  Filing Fee
[x]  Specification having **40** page(s) and including the following:
    [x]  Title of the Invention
    [X]  Cross References to Related Applications *(if applicable)*
    [x]  Background of the Invention
    [x]  Brief Summary of the Invention
    [x]  Description of the Drawings
    [x]  Detailed Description
    [x]  Claim(s) as Classified Below
    [x]  Abstract of the Disclosure
[x]  **1** Sheets of Drawings(s) (37 CFR 113) [X] Formal  [ ] Informal
[x]  Oath or Declaration  [x] Executed  [ ] Unexecuted
    [ X ] Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[x]  Power of Attorney  [x ] Executed  [ ] Unexecuted
    [X] Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[X ]  Incorporation By Reference – The entire disclosure of the prior application from which a copy of the oath or declaration is supplied under the above entry, is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.
[ ]  Computer Program in Microfiche *(Appendix)*

**Accompanying Application Parts**
[x ]  Assignment Papers (cover sheets & documents(s))
    [ X ] The prior application is assigned of record to Allergan Sales, Inc.
    [X ] Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[ ]  37 CFR 3.73(B) Statement *(when there is an assignee)*
[ ]  English Translation Document *(if applicable)*

33197
PATENT TRADEMARK OFFICE

AGN0221748

10299386.111902

[X]    Information Disclosure State     /PTO-1449     [] Copies of _ ID.    .ed Reference(s)
[X]    Preliminary Amendment
[x]    Acknowledgment postcard
[ ]    Copy from prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*
[x]    Certificate of Mailing by Express Mail
[ ]    Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

**Fee Calculation and Transmittal**

    * *The filing fee is calculated on the basis of the claims existing in the prior application as amended by the accompanying preliminary amendment noted above.*

| CLAIMS AS FILED | | | | | |
|---|---|---|---|---|---|
| **For** | **#Filed** | **#Allowed** | **#Extra** | **Rate** | **Fee** |
| **Total Claims** | 7 | - 20 = | 0 | X  $18.00 | $.00 |
| **Independent Claims** | 1 | - 3 = | 0 | X  $84.00 | $.00 |
| **Multiple Dependent Claims** | *(check if applicable)* [ ] | | | | $ 0.00 |
| | | | | **BASIC FEE** | $740.00 |
| **OTHER FEE** *(specify purpose)* ASSIGNMENT RECORDATION FEE | | | | | $.00 |
| (Applicant has small entity status under 37 CFR 1.9 and 1.27) | | | | **SMALL ENTITY STATUS** | -- |
| | | | | **TOTAL FILING FEE** | $740.00 |

[ ]    A check in the amount of $ __ to cover the filing fee and the assignment fee is enclosed.

[x]    The Commissioner is hereby authorized to charge and/or credit Deposit Account Number 01-0885
       as described below.

    [x]    Charge the amount of $740.00 as filing fee and assignment fee.

    [x]    Credit any overpayment.

    [x]    Charge any additional filing fees required under 37 CFR 1.16 and 1.17.

                                              Respectfully Submitted,

                                              /Frank J. Uxa
                                              Attorney for Applicants
                                              Registration Number: 25,612

Stout, Uxa, Buyan & Mullins, LLP
4 VENTURE, SUITE 300, IRVINE, CA  92618
*phone* (949) 450-1750; *fax* (949) 450-1764

AGN0221749

D-2892DIV



### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:
  OLEJNIK ET AL                          )    Group Art Unit: N/A
                                         )    (Prior: 1615)
Serial No. N/A                           )
                                         )    Examiner: N/A
Dated: Submitted Herewith                )    (Prior: Bennett, R.)
                                         )
For:  COMPOSITIONS CONTAINING            )
      ALPHA-2-ADRENERGIC AGONIST         )
      COMPONENTS                         )

#### INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
Washington, DC 20231

Dear Sir:

    Applicant wishes to call to the attention of the Examiner the documents cited on the accompanying Form PTO-1449.  No concession is made that these documents are prior art, and applicant expressly reserves the right to antedate the documents as may be appropriate. Applicant requests that each of these documents be made of record in the above-identified application.

    Each of these documents were cited in related (parent) application Serial No. 09/904,018 filed July 10, 2001.  Therefore, no copies of these documents are submitted herewith.

                        Respectfully submitted,

                        Frank J. Uxa
                        Attorney for Applicant
                        Reg. No. 25,612
                        4 Venture, Suite 300
                        Irvine, CA  92618
                        (949) 450-1750
                        Facsimile (949) 450-1764

FJUxa/ac

AGN0221750

Sheet 1 of 2

Form PTO-1449

**INFORMATION DISCLOSURE CITATION IN AN APPLICATION**
(Use several sheets if necessary)

| DOCKET NO: D-2892DIV | APPLN. NO.: N/A |
| APPLICANT: Olejnik et al. | |
| FILING DATE: Herewith | GROUP ART: N/A |

## U. S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RB | 3 | 8 | 9 | 0 | 3 | 1 | 9 | 06/17/75 | Danielwicz et al. | | | |
| | 4 | 5 | 3 | 0 | 9 | 2 | 0 | 07/23/85 | Nestor et al. | | | |
| | 4 | 8 | 0 | 6 | 5 | 6 | 6 | 02/21/89 | Portoghese | | | |
| | 5 | 0 | 2 | 1 | 4 | 1 | 6 | 06/04/91 | Gluchowski | | | |
| | 5 | 2 | 0 | 2 | 1 | 2 | 9 | 04/13/93 | Morella et al. | | | |
| | 5 | 3 | 5 | 2 | 7 | 9 | 6 | 10/04/94 | Hoeger et al. | | | |
| | 5 | 4 | 6 | 9 | 1 | 3 | 3 | 10/17/95 | Neufeld | | | |
| | 5 | 7 | 0 | 3 | 0 | 7 | 7 | 12/30/97 | Burke et al. | | | |
| | 5 | 7 | 2 | 5 | 8 | 8 | 7 | 03/10/98 | Martin et al. | | | |
| | 5 | 8 | 1 | 4 | 6 | 3 | 8 | 09/29/98 | Lee et al. | | | |
| | 5 | 6 | 3 | 4 | 5 | 0 | 2 | 11/10/98 | Cheng et al. | | | |
| RB | 5 | 9 | 9 | 4 | 1 | 1 | 0 | 11/30/99 | Mosbach et al. | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | YES | NO |
| RB | 2 | 0 | 4 | 6 | 3 | 1 | 5 | 02/09/92 | Canada | | | | |
| | 0 | 6 | 0 | 9 | 9 | 6 | 1 | 05/10/94 | European | | | | |
| | 94 | / | 1 | 6 | 6 | 6 | 5 | 08/04/94 | International WIPO | | | | |
| | 95 | / | 4 | 7 | 6 | 7 | 8 | 10/29/95 | International WIPO | | | | |
| | 99 | / | 4 | 3 | 2 | 9 | 9 | 09/02/99 | International WIPO | | | | |
| RB | 99 | / | 5 | 1 | 2 | 7 | 3 | 10/14/99 | International WIPO | | | | |

## OTHER DOCUMENTS

| | |
|---|---|
| | |
| | |
| | |

| EXAMINER | Rachl Bennett | DATE CONSIDERED: 2/27/03 |

**EXAMINER:** Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

AGN0221751