# Part 3
# to
# EXHIBIT K

10/299,388

sheet **2** of **2**

| Form PTO-1449 | | DOCKET NO: **D-2892DIV** | APPLN. NO.: **N/A** |
|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION**<br>**IN AN APPLICATION**<br>(Use several sheets if necessary) | | APPLICANT: **Olejnik et al.** | |
| | | FILING DATE: **Herewith** | GROUP ART: **N/A** |

### U. S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RB | 3 | 2 | 7 | 8 | 4 | 4 | 7 | 10/11/66 | McNicholas | | | |
| RB | 5 | 7 | 1 | 9 | 1 | 9 | 7 | 02/17/98 | Kanios et al. | | | |
| RB | 06 | 19 | 0 | 3 | 9 | 6 | 2 | 07/10/01 | Olejnik et al. | | | |
| | | | | | | | | | | | | |

other ref.

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | YES | NO |
| RB | 0 | 0 | 1 | 2 | 1 | 3 | 7 | 03/09/00 | International — WIPO | | | | |
| RB | 0 | 0 | 1 | 9 | 8 | 1 | | 04/13/00 | International — WIPO | | | | |
| | | | | | | | | | | | | | |

### OTHER DOCUMENTS

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| EXAMINER | DATE CONSIDERED: |
|---|---|
| Rachel O Bennett | 2/27/03 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

AGN0221752

10299386.111902

D-2892DIV

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### PATENT

2

In re application of:
OLEJNIK ET AL                        )   Group Art Unit:  N/A
                                     )   (Prior: 1615)
Serial No.  N/A                      )
                                     )   Examiner:  N/A
Dated:  Submitted herewith           )   (Prior: Bennett, R.)
                                     )
For: COMPOSITIONS CONTAINING         )
     ALPHA-2-ADRENERGIC AGONIST      )
     COMPONENTS                      )

### PRELIMINARY AMENDMENT

Commissioner for Patents
Washington, DC  20231

Sir:

Please amend the above-identified application as follows:

### IN THE SPECIFICATION:

On page 1, before the first sentence, add the following
paragraph:

--This application is a division of application Serial No.:
09/904,018, filed July 10, 2001, which application claims the
benefit of U.S. Provisional Application Serial No. 60/218,200 filed
July 14, 2002, the disclosure of each of these applications is
hereby incorporated herein in its entirety by reference.--

### IN THE CLAIMS:

Cancel claims 1 to 39, without prejudice.

Add new claims 40 to 46 as follows.

40.  (New Claim) A composition comprising:
        an alpha-2-adrenergic agonist component in an amount
effective to provide a therapeutic benefit to a patient to whom the

a

AGN0221753

10299386.111902

D-2892DIV                           2

composition is administered;

an oxy-chloro component in an effective amount to at least aid in preserving the composition; and

a liquid carrier component, wherein the composition is substantially free of cyclodextrins.

41. (New claim) The composition of claim 40 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of imino-imidazolines, imidazolines, imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof and mixtures thereof.

42. (New claim) The composition of claim 40 wherein the therapeutically active component includes a quinoxaline component.

43. (New claim) The composition of claim 42 wherein the quinoxaline component is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures thereof.

44. (New claim) The composition of claim 40 which further includes a solubility enhancing component in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component in the composition relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

45. (New claim) The composition of claim 44 wherein the solubility enhancing component is effective to increase the solubility in a biological environment of the alpha-2-adrenergic agonist component relative to the solubility in a biological environment of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

AGN0221754

10299386.111902

D-2892DIV                          3

46.  (New claim)  The composition of claim 44 wherein the solubility enhancing component comprises a polyanionic component.

## REMARKS

Claims 1 to 39 have been canceled, without prejudice.  New claims 40 to 46 have been added and are directed to embodiments for which patent protection is sought.

Applicant requests early and favorable action in the above-identified application.

Respectfully submitted,

Frank J. Uxa
Attorney for Applicant
Reg. No. 25,612
4 Venture, Suite 300
Irvine, CA  92618
(949) 450-1750
Facsimile (949) 450-1764

AGN0221755

10299386.111902

DOCKET NO.: D-2892DIV

THE ENCLOSED PATENT APPLICATION OF OLEJNIK ET AL IS BEING
FILED IN ACCORDANCE WITH SECTION 37 CFR 1.10 BY EXPRESS
MAIL AND SHOULD BE ACCORDED A FILING DATE OF:

November 19, 2002

SEE THE EXPRESS MAIL CERTIFICATE ATTACHED TO THE APPLICATION.

AGN0221756

10299386.111902

D-2892DIV

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### PATENT

| | | |
|---|---|---|
| In re application of: | ) | |
|    OLEJNIK ET AL | ) | Group Art Unit:  N/A |
| | ) | (Prior: 1615) |
| Serial No.  N/A | ) | |
| | ) | Examiner:  N/A |
| Dated:  Submitted herewith | ) | (Prior: Bennett, R.) |
| | ) | |
| For: COMPOSITIONS CONTAINING | ) | |
|    ALPHA-2-ADRENERGIC AGONIST | ) | |
|    COMPONENTS | ) | |

Express Mail Mailing Label No. EV059890633

Date of Deposit: November 19, 2002

    I hereby certify that the following documents as identified below are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and are addressed to the Assistant Commissioner for Patents, Box New App, Washington, D.C.  20231:

1.   Application Transmittal Sheet;
2.   Application Data Sheet;
3.   Preliminary Amendment;
4    Copy of Application;
5.   1 Formal Drawing;
6.   Copy Declaration;
7.   Copy of Assignment Recordation Cover Sheet
    and Assignment;
8.   Information Disclosure Statement and PTO 1449; and
9.   Acknowledgment Postcard

The 9 above-identified documents are enclosed herewith.

    Respectfully submitted,

    Janet E. McGhee, Office of
    Frank J. Uxa
    Attorney for Applicant
    Reg. No. 25,612
    4 Venture, Suite 300
    Irvine, CA  92618
    (949) 450-1750
    Facsimile (949) 450-1764

FJUxa/ac

AGN0221757

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/299,186 | 11/19/2002 | Orest Olejnik | D-2892DIV | 4927 |

33197     7590     03/13/2003

STOUT, UXA, BUYAN & MULLINS LLP
4 VENTURE, SUITE 300
IRVINE, CA  92618

| EXAMINER |
|---|
| BENNETT, RACHEL M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1615 | |

DATE MAILED: 03/13/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

AGN0221758

| **Office Action Summary** | Application No. | Applicant(s) |
| | 10/299,386 | OLEJNIK ET AL. |
| | Examiner | Art Unit | |
| | Rachel M. Bennett | 1615 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>19 November 2002</u> .

2a)☐ This action is FINAL.          2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>40-46</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>40-46</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).

11)☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved by the Examiner.

    If approved, corrected drawings are required in reply to this Office action.

12)☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____ .

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage
application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14)☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    a) ☐ The translation of the foreign language provisional application has been received.

15)☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

| | | | |
|---|---|---|---|
| 1)☒ Notice of References Cited (PTO-892) | | 4) ☐ Interview Summary (PTO-413) Paper No(s). _____ . |
| 2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | | 5) ☐ Notice of Informal Patent Application (PTO-152) |
| 3)☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>1</u> . | | 6) ☐ Other: _____ . |

U.S. Patent and Trademark Office
PTO-326 (Rev. 04-01)          Office Action Summary          Part of Paper No. 3

AGN0221759

Application/Control Number: 10/299,386                                   Page 2
Art Unit: 1615

## DETAILED ACTION

The examiner acknowledges receipt of Preliminary Amendment A filed 11/19/02.

*Specification*

*Double Patenting*

1.  The nonstatutory double patenting rejection is based on a judicially created doctrine
grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or
improper timewise extension of the "right to exclude" granted by a patent and to prevent possible
harassment by multiple assignees.  See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.
Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686
F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA
1970); and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).
    A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to
overcome an actual or provisional rejection based on a nonstatutory double patenting ground
provided the conflicting application or patent is shown to be commonly owned with this
application.  See 37 CFR 1.130(b).
    Effective January 1, 1994, a registered attorney or agent of record may sign a terminal
disclaimer.  A terminal disclaimer signed by the assignee must fully comply with 37
CFR 3.73(b).

2.   Claims 40-43 are provisionally rejected under the judicially created doctrine of

obviousness-type double patenting as being unpatentable over claims 47-66 of copending

Application No. 10/236566.  Although the conflicting claims are not identical, they are not

patentably distinct from each other because both applications claim an alpha –2-adrenergic

agonist with an oxy-cholo component.

    This is a <u>provisional</u> obviousness-type double patenting rejection because the conflicting

claims have not in fact been patented.

3.   Claims 40-46 are provisionally rejected under the judicially created doctrine of

obviousness-type double patenting as being unpatentable over claims 1-52 of copending

Application No. 09/903962.  Although the conflicting claims are not identical, they are not

AGN0221760

Application/Control Number: 10/299,386                                    Page 3
Art Unit: 1615

patently distinct from each other because both applications claim an alpha –2-adrenergic

agonist with an oxy-cholo component.

   This is a <u>provisional</u> obviousness-type double patenting rejection because the conflicting

claims have not in fact been patented.

### Claim Rejections - 35 USC § 112

4.    The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the
> subject matter which the applicant regards as his invention.

5.    Claims 40-46 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for

failing to particularly point out and distinctly claim the subject matter which applicant regards as

the invention.  Applicants do not clearly define "substantially free of cyclodextrins" in the claims

or the specification.  Clarification is requested.

### Claim Rejections - 35 USC § 103

6.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

7.    Claims 40-46 are rejected under 35 U.S.C. 103(a) as being unpatentable over Burke (US

5215991) in further view of Beck et al. (US .6358935).

   Burke discloses pharmaceutical compositions of alpha 2 agonists and $Na+/H+$ exchange

inhibitors which are useful in lowering intraocular pressure (IOP) and treatment of intraocular

hypertension (see abstract).  Preferred imidazoline-derived alpha 2 agonists or pharmaceutically

acceptable salts thereof are disclosed in col. 3 (see formula).  The most preferred imidazoline-

AGN0221761

Application/Control Number: 10/299,386                                    Page 4
Art Unit: 1615

derived alpha 2 agonist compounds include 5-bromo-6-(2-imidazolidine-2-

ylamino)quinoaxaline.  Doses of alpha 2 agonist in an ophthalmic preparation effective, non-

toxic amount of the agonist in a pharmaceutically acceptable liquid, gel, cream or aqueous or

nonaqueous liquid suspension or solution are preferably from about 0.001% to about 1.0%

weight/volume.  Regardless of the preferred range stated herein, one can determine the most

efficacious dose for a particular alpha 2 agonist by carrying out a dose response curve as is well

known in the art (see col. 4 lines 34-44).  Various buffers and means for adjusting pH may be

used as long as the resulting preparation is ophthalmically acceptable.  Benzalkonium choride

may be used as a preservative.  Vehicles include carboxy methyl cellulose.  Burke does not

disclose the preservative to be a chlorite component.

    Beck discloses compositions including a liquid medium, a cylodextrin component and a

preservative component which has a reduced tendency of being complexed with the cyclodextrin

component.  The clycodextrin component can be in an amount as little as 0.1%.  In one

embodiment, the preservative component is a chlorite component.  Active compounds, such as

pharmaceutically active components or drugs, preferably are included in the compositions (see

abstracts).  For example, the present compositions may include a pharmaceutically effective in

providing a therapeutic effect when administered to the eyes of a human or animal.  The

preservative employed is preferably ophthalmically acceptable at the concentration employed so

that the human or animal is effectively treated without significant harm caused by the presence

of the preservative (see col. 1).  Preferably, the preservative component has in increased or

greater preservative efficacy in the composition relative to an identical amount (w/v) of

benzalkonium chloride.

AGN0221762

Application/Control Number: 10/299,386                                      Page 5
Art Unit: 1615

   Absent unexpected results, it would have been obvious to one of ordinary skill in the art

at the time the invention was made to have modified the composition of Burke by substituting

the preservative, chlorite as taught by Beck for the benzalkonium choride because of the

expectation of increased or greater preservative efficacy as taught by Beck.

*Correspondence*

   Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Rachel M. Bennett whose telephone number is (703) 308-8779.

The examiner can normally be reached on Monday through Friday, 8:00 A.M. to 4:30 P.M..

   If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Thurman K. Page can be reached on (703) 308-2927. The fax phone numbers for the

organization where this application or proceeding is assigned are (703) 305-3592 for regular

communications and (703) 308-7924 for After Final communications.

   Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 308-1234.


R. Bennett
March 3, 2003


THURMAN K. PAGE
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 1600

AGN0221763

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| **Notice of References Cited** | 10/299,386 | OLEJNIK ET AL. |
| | Examiner | Art Unit | |
| | Rachel M. Bennett | 1615 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-US005215991A | 06-1993 | Burke | 514/255 |
| | B | US-US006358935B1 | 03-2002 | Beck et al. | 514/58 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                                   Notice of References Cited                                   Part of Paper No. 3

AGN0221764



D#892DIV

*Receipt*
FILE COPY
RECEIVED
JAN 3 0 2003
TECH CENTER 1600/2900

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### PATENT

In the application of:                    )
                                          )
    OLEJNIK ET AL.                         )
                                          )   Group Art Unit: 1615
Serial No.  10/299,386                    )
                                          )   Examiner: Unknown
Filed: November 19, 2002                  )
                                          )
For: COMPOSITIONS CONTAINING ALPHA- )
    2-ADRENERGIC AGONIST COMPONENTS)

I hereby certify that this correspondence is being
deposited with the United States Postal Service
with sufficient postage as first class mail in
an envelope addressed to: Commissioner for
Patents, Washington, DC 20231, on or before
_January 15, 2003_
_Carol McGee_
Title _Assist._
Date _1/15/03_

### REQUEST FOR CORRECTED FILING RECEIPT

Commissioner for Patents
Washington, D.C.  20231


Sir:

    Please issue a corrected Filing Receipt in the above-
identified application to read as follows with regard to the
APPLICANT:

    **Please change applicant's city name from "Coto de Coza" to**
--Coto de Caza--.

AGN0221765

D-2892DIV                          2

    Therefore, applicant requests that a corrected filing receipt be issued, as set forth above, to properly identify the applicant's city.

Respectfully submitted,

Frank J. Uxa
Attorney for Applicant
Reg. No. 25,612
4 Venture, Suite 300
Irvine, CA  92618
(949) 450-1750
Facsimile (949) 450-1764

FJUxa/ac

AGN0221766



RECEIVED    Page 1 of 2

JAN 3 0 2003
TECH CENTER 1600/2900

**UNITED STATES PATENT AND TRADEMARK OFFICE**

OIPE JAN 2 1 2003 PATENT & TRADEMARK OFFICE

FILE COPY

Commissioner for Patents
Washington, DC 20231
www.uspto.gov

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | DRAWINGS | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|---|
| 10/299,386 | 11/19/2002 | 1614 | 740 | D-2892DIV | 1 | 7 | 1 |

**CONFIRMATION NO. 4927**

33197
STOUT, UXA, BUYAN & MULLINS LLP
4 VENTURE, SUITE 300
IRVINE, CA 92618

17361

**FILING RECEIPT**

*OC000000009282947*

Date Mailed: 12/23/2002

Receipt is acknowledged of this regular Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections, facsimile number 703-746-9195. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).

Applicant(s)
CAZA
Orest Olejnik, Coto de Coza, CA;
Edward D.S. Kerslake, Charlestown, MA;

**Assignment For Published Patent Application**
Allergan Sales, Inc., Irvine, CA;

**Domestic Priority data as claimed by applicant**
This application is a DIV of 09/904,018 07/10/2001
which claims benefit of 60/218,200 07/14/2000

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 12/20/2002

**Projected Publication Date:** 04/03/2003

**Non-Publication Request:** No

**Early Publication Request:** No

**Title**
Compositions containing alpha-2-adrenergic agonist components



RECEIVED
DEC 3 0 2002

AGN0221767

Preliminary Class
514

---

## LICENSE FOR FOREIGN FILING UNDER
### Title 35, United States Code, Section 184
### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Office of Export Administration, Department of Commerce (15 CFR 370.10 (j)); the Office of Foreign Assets Control, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

AGN0221768

MAR 1 9 2003
TECH CENTER 1600/2900

OIPE
MAR 1 7 2003
PATENT & TRADEMARK

PTO/SB/122 (10-01)
Approved for use through 10/31/2002. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**CHANGE OF**
**CORRESPONDENCE ADDRESS**
*Application*

Address to:
Commissioner for Patents
Washington, D.C. 20231

| | |
|---|---|
| Application Number | 10/299,386 |
| Filing Date | November 19, 2002 |
| First Named Inventor | Olejnik |
| Art Unit | 1615 |
| Examiner Name | NA |
| Attorney Docket No. | D-2892 DIV |

4/ Change
of address

Please change the Correspondence Address for the above-identified application
to:

☐ Customer Number    *Customer Number*    → [ Customer Number Bar Code ]

OR

Bet
6-24-03

| | | | | |
|---|---|---|---|---|
| ☒ Firm or Individual Name | Carlos A. Fisher | | | |
| Address | Allergan, Inc. 2525 Dupont Drive | | | |
| City | Irvine | State | CA | Zip 92627 |
| Country | US | | | |
| Telephone | 714-246-4920 | | Fax | 714-246-4249 |

This form cannot be used to change the data associated with a Customer Number. To change the data associated with an existing Customer Number use "Request for Customer Number Data Change" (PTO/SB/124).

I am the:

☐ Applicant/Inventor.

☐ Assignee of record of the entire interest.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

☒ Attorney or Agent of record.

☐ Registered practitioner named in the application transmittal letter in an application without an executed oath or declaration. See 37 CFR 1.33(a)(1). Registration Number

| | |
|---|---|
| Typed or Printed Name | Frank J. Uxa |
| Signature | *Frank J. Uxa* |
| Date | March 16, 2003 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below".

☒ *Total of    1    forms are submitted.

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, Washington, DC 20231, on or before

March 10, 2003
Bret McGhee
Title Assist.
Date 3/10/03

AGN0221769



*41*

\#GP1626

DOCKET NO. 17361 DIV (AP)
PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of Olejnik, et al.

Serial No: 10/299,386

Filed: November 19, 2002

For: COMPOSITIONS CONTAINING
ALPHA-2-ADRNERGIC AGONIST
COMPONENTS

Group Art Unit: 1626

Examiner: Bennett, R.

5/B e/m 6-13-03

**RECEIVED**

JUN 1 8 2003     *Bet 6-24-03*

TECH CENTER 1600/2900

### REPLY TO OFFICE ACTION

This communication is in Reply to the Office Action mailed March 13, 2003.
Applicants have carefully studied the Office Action, and respectfully request reconsideration
of the claim rejections in light of the claim amendments and comments which follow.

CERTIFICATE OF MAILING
I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL
SERVICE AS FIRST CLASS MAIL WITH SUFFICIENT POSTAGE IN AN ENVELOPE ADDRESSED TO THE: MAIL STOP
AMENDMENT-FEE, COMMISSIONER FOR PATENTS, P.O. BOX 1450, ALEXANDRIA, VA 22313-1450 ON
6/13/2003
Signature of Person Making Deposit: _Bonnie Ferguson_     Date: 6/13/03

*13*

AGN0221770

Serial No. 10/299,386                2                Docket No. 17361 DIV(AP)


AMENDMENTS TO THE CLAIMS

1-39 (Cancelled)

1.    40.    (Currently amended) A therapeutically effective ophthalmic composition comprising:
an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic
benefit to a patient to whom the composition is administered; and
a solubility enhancing component other than a cyclodextrin in an amount effective to
increase the solubility of the alpha-2-adrenergic agonist component in the composition
relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar
composition without the solubility enhancing component
an oxy-chloro component in an effective amount to at least aid in preserving the
composition; and
a liquid carrier component,
wherein the composition is substantially free of cyclodextrins.

2.    41.    (Previously added) The composition of claim 40 wherein the alpha-2-adrenergic
component is selected from the group consisting of imino-imidazolines, inidazolines,
imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof,
and mixtures thereof.

3.    42.    (Previously added) The composition of claim 40 wherein the therapeutically active
component includes a quinoxaline component.

4.    43.    (Previously added) The composition of claim 3 wherein the quinoxaline component
is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures
thereof.

5.    44.    (Currently amended) The composition of claim 40 which further includes a wherein said
solubility enhancing component in an amount effective to increase the solubility of the
alpha-2-adrenergic agonist component in the composition relative to the solubility of an
identical alpha-2-adrenergic agonist component in a similar composition without the
solubility enhancing component comprises an anionic polymer.

Serial No. 10/299,386                3                Docket No. 17361 DIV(AP)

45.    (Currently amended) The composition of claim 44 42 wherein the solubility
enhancing component is effective to increase the solubility in a biological environment of
the alpha-2-adrenergic agonist component relative to the solubility in a biological
environment of an identical alpha-2-adrenergic agonist component in a similar composition
without the solubility enhancing component.

46. (Currently amended)  The composition of claim 44 42 wherein the solubility enhancing
component comprises a polyanionic component an anionic polymer.

47. (New)    The composition of claim 42 wherein said solubility enhancing component
comprisers an anionic polymer.

48. (New)    The composition of claim 40 which further comprises an effective amount of
a preservative.

49. (New)    The composition of claim 46 which further comprises an effective amount of
a preservative.

Serial No. 10/299,386                4                Docket No. 17361 DIV(AP)

## REMARKS

The Applicants are in receipt of the Office Action dated March 13, 2003. Following a careful review, the Applicants have the following comments.

*Correspondence Address*

Kindly note the change of correspondence address filed March 10, 2003. The new correspondence address is:

Carlos A. Fisher
Allergan. Inc.
Legal Department
Mail Stop T2-7
2525 Dupont Dr.
Irvine, CA 92612

*Provisional Obviousness Type Double Patenting Rejections*

Applicants herewith have filed a Terminal Disclaimer over 1) any patent issuing from US Patent Application Serial No. 10/236,566 and 2) issued United States Patent 6,562,873 (which issued from Serial No. 09/903,962). Thus, the provisional double patenting rejections are now thought to be moot.

*35 USC §112*

The Examiner rejected claims 40-46 as being allegedly indefinite due to use of the term "substantially free of cyclodextrins". Applicants have now amended claim 40 to state that the solubility enhancing component is other than a cyclodextrin. Thus, this rejection is now thought to be moot.

35 USC 103

The Examiner has rejected claims 40-46 as allegedly unpatentable over Burke (US Patent No. 5,215,991) in view of Beck (US Patent 6,358,935). Applicants respectfully traverse this rejection.

AGN0221773

Serial No. 10/299,386            5            Docket No. 17361 DIV(AP)

The claims have now been amended to set forth the invention in a preferred embodiment thereof. Thus, as now claimed, the invention comprises a therapeutically effective ophthalmic composition containing an alpha -2- adrenergic receptor agonist and a solubility enhancing component.

The Examiner points out that Burke discloses compositions comprising a combination of alpha 2 agonists and Na+/H+ exchanges inhibitors for the treatment of high IOP. These combinations may be in liquid form, either suspensions or solutions. Burke discloses that the combinations claimed may optionally be formulated using various vehicles, including carboxymethyl cellulose, various tonicity agents, and various preservatives, including benzalkonium chloride.

The Examiner also cites Beck for the proposition that an oxychoro component may be used in an ophthalmic formulation. Applicants have amended the claims to remove the necessity for a preservative, this reference is no longer thought to be applicable.

Applicants respectfully maintain that for all its discussion of possible formulations, nothing in Burke discloses or suggests the use of a solubility enhancing component in combination with an alpha adrenergic agonist. The present application, which also discloses the advantages of using such a component (such as greater flexibility with the concentration and pH at which such composition is formlated) is, to the Applicants' knowledge, the first reference to do so.

For these reasons, the Applicants respectfully request reconsideration and withdrawal of the pending rejections.

If there is a fee, please charge deposit account 01-0885.

Date: 6/13/03                    By: _____
                                       Carlos A. Fisher
                                       Reg. No. 36,510
                                       ALLERGAN SALES, INC.

Please direct all correspondence to:

Carlos A. Fisher (T2-7H)
Attorney of Record
ALLERGAN, INC.
2525 Dupont Drive
Irvine, CA 92612
Telephone: 714/246-4920
Fax: 714/246-4249

AGN0221774



DOCKET NO. 17361DIV(AP)
PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re Application of Olejnik et al | Group Art Unit: 1615 |
| Serial No: 10/299,386 | Examiner: Bennett, R. |
| Filed: November 19, 2002 | |
| For:    COMPOSITIONS CONTAINING ALPHA-<br>2-AGONIST ADRENERGIC AGONIST<br>COMPONENTS | |

Commissioner of Patents
Washington, D.C. 20231

**TERMINAL DISCLAIMER TO OBVIATE A PROVISIONAL DOUBLE
PATENTING REJECTION OVER BOTH AN ISSUED PATENT AND A
PENDING PATENT APPLICATION**

Dear Sir:

The owner, ALLERGAN, INC., of 100 percent interest in the instant application
hereby disclaims, except as provided below, the terminal part of the statutory term of any
patent granted on the instant application, which would extend beyond the expiration date
of the full statutory term defined in 35 USC 154 and 156 and 173, as may be presently
shortened by any terminal disclaimer, of 1) any patent issuing on co-pending United
States Patent Application No.10/236,566 and on 2) issued United States Patent 6,562,873.
The owner hereby agrees that any patent so granted on the instant application shall be
enforceable only for and during such period that it, any patent issuing from the above-
identified patent application, and the above-identified patent are commonly owned. This
agreement runs with any patent granted on the instant application and is binding upon the
grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of
any patent granted on the instant application that would extend to the expiration date of
the full statutory term as defined in 35 USC 154 to 156 and 173 of either 1) any patent
issuing from United States Patent Application  No. 10/236,566, or 2) issued United States
Patent 6,562,873 as presently shortened by any terminal disclaimer, in the event that one

06/17/2003 BKTHNSS1 00000133 010885  11295386
01 FC:1814            110.00 DA

AGN0221775

Serial No. 10/299,386                    2
Docket No. 17361 DIV(AP)

or both of the latter: expires for failure to pay a maintenance fee, is held unenforceable, is
found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or
terminal disclaimed under 37 CFR 1.321, has all claims cancelled by a reexamination
certificate, is reissued, or is in any manner terminated prior to the expiration of its full
statutory term as presently shortened by any terminal disclaimer.

The undersigned is an attorney of record.

Date: _____6/13/03_____

By: _____
Carlos A. Fisher
Reg. No. 36,510

ALLERGAN SALES, LLC

X    Please charge the terminal disclaimer fee under 37 CFR 1.20(d) to
Account No. 01-0885. A duplicate of this terminal disclaimer is
enclosed.

Please direct all future correspondence to:

Carlos A. Fisher (T2-7H)
Attorney of Record
ALLERGAN, INC.
2525 Dupont Drive
Irvine, CA 92612
Telephone: 714/246-4920
Fax: 714/246-4249

AGN0221776

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 10/299,386 | OLEJNIK ET AL. |
| | Examiner | Art Unit | |
| | Rachel M. Bennett | 1615 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to _Amendment B and Terminal Disclaimer filed 6/16/03_.

2. ☒ The allowed claim(s) is/are _40-49_.

3. ☒ The drawings filed on _19 November 2002_ are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

5. ☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    (a) ☐ The translation of the foreign language provisional application has been received.

6. ☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No. _____.

    (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the Examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet.

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Attachment(s)

| | |
|---|---|
| 1☐ Notice of References Cited (PTO-892) | 2☐ Notice of Informal Patent Application (PTO-152) |
| 3☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | 4☐ Interview Summary (PTO-413), Paper No. _____. |
| 5☐ Information Disclosure Statements (PTO-1449), Paper No. _____. | 6☐ Examiner's Amendment/Comment |
| 7☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material | 8☐ Examiner's Statement of Reasons for Allowance |
| | 9☐ Other |

THURMAN K. PAGE
SUPERVISORY PATENT EXAMINER
CENTER 1600

AGN0221777

Application/Control Number: 10/299,386                                   Page 2
Art Unit: 1615

## DETAILED ACTION

The examiner acknowledges receipt of Amendment B filed 6/16/03.

### *Terminal Disclaimer*

1.      The terminal disclaimer filed on 6/16/03 disclaiming the terminal portion of any patent

granted on this application which would extend beyond the expiration date of co-pending

application 10/236566 and US Pat. 6,562,873 has been reviewed and is accepted. The terminal

disclaimer has been recorded.

### *Allowable Subject Matter*

2.      Claims 40-49 are allowed.

### *Correspondence*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Rachel M. Bennett whose telephone number is (703) 308-8779.

The examiner can normally be reached on Monday through Friday, 8:00 A.M. to 4:30 P.M..

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Thurman K. Page can be reached on (703) 308-2927. The fax phone numbers for the

organization where this application or proceeding is assigned are (703) 305-3592 for regular

communications and (703) 308-7924 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 308-1234.



THURMAN K. PAGE
SUPERVISORY PATENT EXAMINER
CENTER 1600

AGN0221778

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

7590        08/04/2003

CARLOS A. FISHER
ALLERGAN, INC.
2525 DUPONT DRIVE
IRVINE, CA 92627

| EXAMINER |
| --- |
| BENNETT, RACHEL M |

| ART UNIT | CLASS-SUBCLASS |
| --- | --- |
| 1615 | 424-078040 |

DATE MAILED: 08/04/2003

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 10/299,386 | 11/19/2002 | Orest Olejnik | D-2892DIV | 4927 |

TITLE OF INVENTION: COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC  AGONIST COMPONENTS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- |
| nonprovisional | NO | $1300 | $300 | $1600 | 11/04/2003 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 4

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004.

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**  Mail Stop ISSUE FEE
Commissioner for Patents
Alexandria, Virginia 22313-1450
**Fax**  (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections of use Block 1)

7590    08/04/2003

CARLOS A. FISHER
ALLERGAN, INC.
2525 DUPONT DRIVE
IRVINE, CA 92627

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/299,386 | 11/19/2002 | Orest Olejnik | D-2892DIV | 4927 |

TITLE OF INVENTION: COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1300 | $300 | $1600 | 11/04/2003 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BENNETT, RACHEL M | 1615 | 424-078040 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                              (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent)    ☐ individual    ☐ corporation or other private group entity    ☐ government

4a. The following fee(s) are enclosed:

☐ Issue Fee

☐ Publication Fee

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):

☐ A check in the amount of the fee(s) is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)                              (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004. OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

AGN0221780



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/299,386 | 11/19/2002 | Orest Olejnik | D-2892DIV | 4927 |

| 7590 | 08/04/2003 |
|---|---|

CARLOS A. FISHER
ALLERGAN, INC.
2525 DUPONT DRIVE
IRVINE, CA 92627

| EXAMINER |
|---|
| BENNETT, RACHEL M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1615 | |

DATE MAILED: 08/04/2003

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (application filed on or after May 29, 2000)

The patent term adjustment to date is 0 days. If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the term adjustment will be 0 days.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

Any questions regarding the patent term extension or adjustment determination should be directed to the Office of Patent Legal Administration at (703)305-1383.

Page 3 of 4

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004.

AGN0221781



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/299,386 | 11/19/2002 | Orest Olejnik | D-2892DIV | 4927 |

7590    08/04/2003

CARLOS A. FISHER
ALLERGAN, INC.
2525 DUPONT DRIVE
IRVINE, CA 92627
UNITED STATES

| EXAMINER |
|---|
| BENNETT, RACHEL M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1615 | |

DATE MAILED: 08/04/2003

### Notice of Fee Increase on January 1, 2003

If a reply to a "Notice of Allowance and Fee(s) Due" is filed in the Office on or after January 1, 2003, then the amount due will be higher than that set forth in the "Notice of Allowance and Fee(s) Due" since there will be an increase in fees effective on January 1, 2003. See Revision of Patent and Trademark Fees for Fiscal Year 2003: Final Rule, 67 Fed. Reg. 70847, 70849 (November 27, 2002).

The current fee schedule is accessible from: http://www.uspto.gov/main/howtofees.htm.

If the issue fee paid is the amount shown on the "Notice of Allowance and Fee(s) Due," but not the correct amount in view of the fee increase, a "Notice to Pay Balance of Issue Fee" will be mailed to applicant. In order to avoid processing delays associated with mailing of a "Notice to Pay Balance of Issue Fee," if the response to the Notice of Allowance and Fee(s) due form is to be filed on or after January 1, 2003 (or mailed with a certificate of mailing on or after January 1, 2003), the issue fee paid should be the fee that is required at the time the fee is paid. If the issue fee was previously paid, and the response to the "Notice of Allowance and Fee(s) Due" includes a request to apply a previously-paid issue fee to the issue fee now due, then the difference between the issue fee amount at the time the response is filed and the previously paid issue fee should be paid. See Manual of Patent Examining Procedure, Section 1308.01 (Eighth Edition, August 2001).

Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

Page 4 of 4

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004.

AGN0221782

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail** **Mail Stop ISSUE FEE**
Commissioner for Patents
Alexandria, Virginia 22313-1450

**Fax** (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

7590    08/04/2003

CARLOS A. FISHER
ALLERGAN, INC.
2525 DUPONT DRIVE
IRVINE, CA 92627

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

Bonnie Ferguson    _(Depositor's name)_

_Bonnie Ferguson_    _(Signature)_

8/12/2003    _(Date)_

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/299,186 | 11/19/2002 | Orest Olejnik | D-2892DIV | 4927 |

TITLE OF INVENTION: COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1300 | $300 | $1600 | 11/04/2003 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BENNETT, RACHEL M | 1615 | 424-078040 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1    Frank J. Uxa

2    Carlos A. Fisher

3    Martin A. Voet

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THIS PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Allergan, Inc.    Irvine, California    USA

Please check the appropriate assignee category or categories (will not be printed on the patent):    ☐ individual    ☒ corporation or other private group entity    ☐ government

4a. The following fee(s) are enclosed:    4b. Payment of fee(s):

☒ Issue Fee    ☐ A check in the amount of the fee(s) is enclosed.

☒ Publication Fee    ☐ Payment by credit card. Form PTO-2038 is attached.

☒ Advance Order - # of Copies 10    ☒ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number 01-0885 (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

_(Authorized Signature)_    8/12/03 _(Date)_

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

08/18/2003 KBERNE1 00000094 010885 10299386
01 FC:11501    1300.00 DA
02 FC:8001    30.00 DA
03 FC:11504    300.00 DA

**TRANSMIT THIS FORM WITH FEE(S)**

PTOL-85 (REV. 05-03) Approved for use through 04/30/2004, OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

AGN0221783

10299386.111902

6673337

1/1

## FIG. 1



AGN0221784

# CLAIMS ONLY

| SERIAL NO. | | FILING DATE |
| --- | --- | --- |
| APPLICANT(S) | | |

## CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | * | | * | | * | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | | | | | | | 51 | | | | | | |
| 2 | | | | | | | 52 | | | | | | |
| 3 | | | | | | | 53 | | | | | | |
| 4 | | | | | | | 54 | | | | | | |
| 5 | | | | | | | 55 | | | | | | |
| 6 | | | | | | | 56 | | | | | | |
| 7 | | | | | | | 57 | | | | | | |
| 8 | | | | | | | 58 | | | | | | |
| 9 | | | | | | | 59 | | | | | | |
| 10 | | | | | | | 60 | | | | | | |
| 11 | | | | | | | 61 | | | | | | |
| 12 | | | | | | | 62 | | | | | | |
| 13 | | | | | | | 63 | | | | | | |
| 14 | | | | | | | 64 | | | | | | |
| 15 | | | | | | | 65 | | | | | | |
| 16 | | | | | | | 66 | | | | | | |
| 17 | | | | | | | 67 | | | | | | |
| 18 | | | | | | | 68 | | | | | | |
| 19 | | | | | | | 69 | | | | | | |
| 20 | | | | | | | 70 | | | | | | |
| 21 | | | | | | | 71 | | | | | | |
| 22 | | | | | | | 72 | | | | | | |
| 23 | | | | | | | 73 | | | | | | |
| 24 | | | | | | | 74 | | | | | | |
| 25 | | | | | | | 75 | | | | | | |
| 26 | | | | | | | 76 | | | | | | |
| 27 | | | | | | | 77 | | | | | | |
| 28 | | | | | | | 78 | | | | | | |
| 29 | | | | | | | 79 | | | | | | |
| 30 | | | | | | | 80 | | | | | | |
| 31 | | | | | | | 81 | | | | | | |
| 32 | | | | | | | 82 | | | | | | |
| 33 | | | | | | | 83 | | | | | | |
| 34 | | | | | | | 84 | | | | | | |
| 35 | | | | | | | 85 | | | | | | |
| 36 | | | | | | | 86 | | | | | | |
| 37 | | | | | | | 87 | | | | | | |
| 38 | | | | | | | 88 | | | | | | |
| 39 | | | | | | | 89 | | | | | | |
| 40 | | | | | | | 90 | | | | | | |
| 41 | | | | | | | 91 | | | | | | |
| 42 | | | | | | | 92 | | | | | | |
| 43 | | | | | | | 93 | | | | | | |
| 44 | | | | | | | 94 | | | | | | |
| 45 | | | | | | | 95 | | | | | | |
| 46 | | | | | | | 96 | | | | | | |
| 47 | | | | | | | 97 | | | | | | |
| 48 | | | | | | | 98 | | | | | | |
| 49 | | | | | | | 99 | | | | | | |
| 50 | | | | | | | 100 | | | | | | |
| TOTAL IND. | | | | | | | TOTAL IND. | | | | | | |
| TOTAL DEP. | | 6 | | | | | TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | 7 | | | | | | TOTAL CLAIMS | | | | | | |

*MAY BE USED FOR ADDITIONAL CLAIMS OR ADMENDMENTS

FORM PTO-2022 (1-98)

U.S.DEPARTMENT OF COMMERCE
Patent and Trademark Office

*U.S. GPO: 1998-443-593/69152

AGN0221785

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 2001

Application or Docket Number
10 299 374

### CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 7 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 7 minus 20 = | * 0 |
| INDEPENDENT CLAIMS | 1 minus 3 = | * 0 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

\* If the difference in column 1 is less than zero, enter "0" in column 2

| | SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|
| | RATE | FEE | OR | RATE | FEE |
| BASIC FEE | 370.00 | | OR | BASIC FEE | 740.00 |
| | X$ 9= | | OR | X$18= | |
| | X42= | | OR | X84= | |
| | +140= | | OR | +280= | |
| | TOTAL | | OR | TOTAL | 740 |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * 40 | Minus | ** 20 | = |
| Independent | * 1 | Minus | *** 3 | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X42= | | OR | X84= | |
| +140= | | OR | +280= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
  The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875  (Rev. 8/01)     ☆U.S GPO:2001 482-124 / 59197     Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

AGN0221786