IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>      Defendants. | Civil Action No. 04-968-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 6, 2005, a true and correct copy of PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-26) and PLAINTIFFS' RESPONSE TO DEFENDANTS' SECOND SET OF INTERROGATORIES (No. 12) was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY FEDERAL EXRESS**
Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

**BY FEDERAL EXPRESS**
Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391

Dated: May 6, 2005                    FISH & RICHARDSON P.C.

By: /s/ _____
William J. Marsden, Jr. (marsden@fr.com)
Sean P. Hayes (hayes@fr.com )
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070

OF COUNSEL:
Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON, P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

Juanita Brooks
W. Chad Shear
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN SALES, LLC

80024426.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2005, I electronically filed Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

I hereby certify that on May 6, 2005, I have mailed by First Class Mail, the document(s) to the following non-registered participants:

Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

William J. Marsden, Jr.