# EXHIBIT SJ 7



07/14/00

ISSUE CLASSIFICATION

| Class | Subclass |
|-------|----------|

QA LT
RW
#8

PROVISIONAL
APPLICATION
NUMBER

60/218,200

Form PTO-1528
(Rev. 6/93)

(FACE)

CONFIDENTIAL
ALC41188

**PATENT APPLICATION**

60218200

## CONTENTS

9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____
32. _____

(LEFT OUTSIDE)

CONFIDENTIAL
ALC41189

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| | | | |
| FEE DETERMINATION | | | |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | NF | 70276 | 10/31/00 |
| RESPONSE FORMALITY REVIEW | | | |
| | | | |

CONFIDENTIAL
ALC41190





CONFIDENTIAL
ALC41191

1

CONFIDENTIAL
ALC41192

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)

CONFIDENTIAL
ALC41193

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
Washington, D.C. 20231
www.uspto.gov

Bib Data Sheet

| SERIAL NUMBER 60/218,200 | FILING DATE 07/14/2000 RULE | CLASS - | GROUP ART UNIT - | ATTORNEY DOCKET NO. D-2692 P |
|---|---|---|---|---|

**APPLICANTS**

Orest Olejnik, Coto De Caza, CA ;
Edward D.S. Kerslake, Charlestown, MA ;

** CONTINUING DATA **************************

** FOREIGN APPLICATIONS **************************

IF REQUIRED, FOREIGN FILING LICENSE
GRANTED ** 10/31/2000

| Foreign Priority claimed ☐ yes ☐ no | STATE OR COUNTRY CA | SHEETS DRAWING 1 | TOTAL CLAIMS - | INDEPENDENT CLAIMS - |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged    Examiner's Signature    Initials | | | | |

**ADDRESS**

Stout Uxa Buyan & Mullins LLP
Suite 300
4 Venture
Irvine ,CA 92618

**TITLE**

Compositions containing alpha-2-adrenergic agonist components

| FILING FEE RECEIVED 150 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other |
| | | ☐ Credit |

CONFIDENTIAL
ALC41194

(fee 10/96)

7-14-00

APPROV.

PTO/SB/16(5-95)
Approved fr     through 04/11/98. OMB 0651-0037
Patent and Trademark Offic.     J. DEPARTMENT OF COMMERCE

PROVISIONAL APPLICATION COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION under 37 CFR 1.53 (b)(2).

| Docket Number | D-2892 P | | Type a plus sign (+) inside this box → | + |
|---|---|---|---|---|

### INVENTOR(s)/APPLICANT(s)

| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY AND EITHER STATE OR FOREIGN COUNTRY) |
|---|---|---|---|
| OLEJNIK | OREST | D.S. | COTO DE CAZA, CA |
| KERBLAKE | EDWARD | | CHARLESTOWN, MA |

### TITLE OF THE INVENTION (260 characters max)

## COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST COMPONENTS

### CORRESPONDENCE ADDRESS

STOUT, UXA, BUYAN & MULLINS, LLP
4 VENTURE
SUITE 300
IRVINE, CA 92618

| STATE | CA | ZIP CODE | 92618 | COUNTRY | USA |
|---|---|---|---|---|---|

### ENCLOSED APPLICATION PARTS (check all that apply)

| | | | | |
|---|---|---|---|---|
| X | Specification | Number of Pages | 41 | Small Entity Statement |
| | Drawing(s) | Number of Sheets | | Other(specify) |

### METHOD OF PAYMENT (check one)

| | A check or money order is enclosed to cover the Provisional filing fee | | PROVISIONAL FILING FEE AMOUNT ($) | $150.00 |
|---|---|---|---|---|
| X | The Commissioner is hereby authorized to charge filing fees and credit deposit Account Number: | 01-0885 | | |

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.
■ No.
□ Yes, the name of the U.S. Government agency and the Government contract number are: _____

Respectfully submitted,

SIGNATURE _____     Date 7/14/00
FRANK J. UXA, Reg. No. 34,412

□ Additional inventors are being named on separately numbered sheets attached hereto

PROVISIONAL APPLICATION FILING ONLY
SEND TO: Assistant Commissioner of Patents, Washington, DC 20231

CONFIDENTIAL
ALC41195

Docket: D-2892P

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application:                          /
    Olejnik et al                   /   **BOX NEW PROVISIONAL**
                                    /   **PATENT APPLICATION**
Filed:  Herewith                            /
                                    /
For:  **COMPOSITIONS CONTAINING**           /
    **ALPHA-2-ADRENERGIC**          /
    **AGONIST COMPONENTS**          /

EXPRESS MAIL MAILING LABEL NO.  EL562948650US

Date of Deposit:  **July 14, 2000**

I hereby certify that the following documents as identified below are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under C.F.R. §1.10 on the date indicated above and are addressed to the Assistant Commissioner of Patents, Box New Provisional Patent Application, Washington, D.C. 20231:

1.  Provisional Application Cover Sheet;
2.  Specification forty-one (41) pages;
3.  One (1) sheet of informal drawings; and a
4.  Return Receipt postcard to verify receipt.

The four (4) above-identified documents are enclosed herewith.

Respectfully submitted,

Lynette L. Gascoigne
Office of  Frank J. Uxa
Attorney for Applicant
Registration No. 25,612
4 Venture, Suite 300
Irvine, CA 92618
(949) 450-1750
Facsimile (949) 450-1764

**CONFIDENTIAL
ALC41196**

DOCKET NO.: D-2892P

THE ENCLOSED PATENT APPLICATION OF OLEJNIK, ET AL IS BEING FILED
IN ACCORDANCE WITH SECTION 37 C.F.R. §1.10 BY EXPRESS MAIL AND SHOULD
BE ACCORDED A FILING DATE OF

JULY 14, 2000

SEE THE EXPRESS MAIL CERTIFICATE ATTACHED TO THE APPLICATION.

CONFIDENTIAL
ALC41197

41

COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST
COMPONENTS

ABSTRACT OF THE DISCLOSURE

Compositions useful for improving effectiveness of
alpha-2-adrenergic agonist components include carrier
components, alpha-2-adrenergic agonist components,
solubility enhancing components which aid in solubilizing
5    the alpha-2-adrenergic agonist components. In one
embodiment, the alpha-2-adrenergic agonist components
include alpha-2-adrenergic agonists. In another
embodiment, the solubility enhancing components include
carboxymethylcellulose.

CONFIDENTIAL
ALC41198

D-2892P

## COMPOSITIONS CONTAINING ALPHA-2-ADRENERGIC AGONIST
## COMPONENTS

### BACKGROUND OF THE INVENTION

The present invention relates to compositions
containing alpha-2-adrenergic agonist components. More
particularly, the invention relates to such compositions
in which the alpha-2-adrenergic agonist components have

5    enhanced solubility at the therapeutically effective
concentrations.

Alpha-2-adrenergic agonist components include
chemical entities, such as compounds, ions, complexes and
the like, which are effective to act on or bind to Alpha-

10   2-adrenergic receptors and provide a therapeutic effect.
Alpha-2-adrenergic agonist components means the agonists
themselves and any and all precursors thereof, metabolites
thereof and combinations thereof. One of the continuing
challenges of formulating compositions having alpha-2-

15   adrenergic agonist components is to render such components
more effective. For example, alpha-2-adrenergic agonist
components in liquid compositions often benefit from being
soluble in the liquid carriers of such compositions. Such
solubility promotes uniform and accurate administration.

20   Additionally, the dispensed or administered alpha-2-
adrenergic agonist components should advantageously be
soluble in biological systems or environments, for
example, for effective or enhanced in vivo diffusion
through cell membranes or lipid bilayers. Some alpha-2-

25   adrenergic agonist components with higher pKa's, for
example, greater than about 7, tend to diffuse very well
through lipid membranes at pH valves near their pka,
because in such circumstances they are predominantly
unionized in neutral to alkaline biological environments.

CONFIDENTIAL
ALC41199

2

However, some of these alpha-2-adrenergic agonist components become insoluble at neutral to alkaline biological pH's. Such insolubility may decrease membrane diffusion capabilities, rendering the alpha-2-adrenergic agonist components less effective and/or their therapeutic effects more variable at a given dosage. Furthermore, solubilized alpha-2-adrenergic agonist components provide other benefits, for example, reduced irritation to tissues that interact with alpha-2-adrenergic agonist components.

There continues to be a need for new compositions containing alpha-2-adrenergic agonist components.

SUMMARY OF THE INVENTION

New alpha-2-adrenergic agonist component-containing compositions have been discovered. The present compositions contain certain materials which are effective in at least aiding or assisting in solubilizing the alpha-2-adrenergic agonist components in the compositions, and preferably in environments to which the compositions are administered or introduced, for example, biological environments, such as the human eye. Preferably, solubilization of the alpha-2-adrenergic agonist components in accordance with the present invention facilitates transport of such components across lipid membranes. Also, preferably such solubilization allows the provision of more reliable and reproducible dosage forms of the drug. In addition, alpha-2-adrenergic agonist component-containing compositions have been discovered which include preservatives which provide substantial advantages, for example, reduced adverse interactions with the alpha-2-adrenergic agonist components and/or with the patients to whom the compositions are administered, while maintaining preservative effectiveness.

CONFIDENTIAL
ALC41200

3

The present compositions preferably enhance the
effectiveness of alpha-2-adrenergic agonist components by
increasing the apparent water solubility of the alpha-2-
adrenergic agonist components, preferably at pH's higher
5    than neutral.   The present compositions include, in
addition to the adrenergic agonist components, solubility
enhancing components (SECs) in amounts effective to
enhance the solubility of the alpha-2-adrenergic agonist
components.  Preferably, the alpha-2-adrenergic agonist
10   components are more soluble in the present compositions
having, for example, pH's of about 7 or greater, relative
to similar compositions without the SECs.   In another
embodiment, the alpha-2-adrenergic agonist components of
the present compositions are more soluble in neutral,
15   preferably alkaline, biological environments into which
the compositions are administered relative to alpha-2-
adrenergic agonist components in similar compositions
without the SECs.

In one embodiment, the alpha-2-adrenergic agonist
20   components include imino-imidazolines, imidazolines,
imidazoles, azepines, thiazines, oxazolines, guanidines,
catecholamines, biologically compatible salts and esters
and mixtures thereof.  Preferably, the alpha-2-adrenergic
agonist components include quinoxaline components.
25   Quinoxaline components include quinoxaline, biologically
compatible salts thereof, esters thereof, other
derivatives thereof and the like, and mixtures thereof.
Non-limiting examples of quinoxaline derivatives include
(2-imidozolin-2-ylamino) quinoxaline, 5-bromo-6-(2-
30   imidozolin-2-ylamino) quinoxaline, and biologically
compatible salts thereof and esters thereof, preferably
the tartrate of 5-bromo-6-(2-imidozolin-2-ylamino)
quinoxaline, and the like and mixtures thereof.
Hereinafter, the tartrate of 5-bromo-6-(2-imidozolin-2-

50412205    00470.002815.0

CONFIDENTIAL
ALC41201

4

ylamino) quinoxaline is referred to as "Brimonidine tartrate."

In a preferred embodiment, the alpha-2-adrenergic agonist components, such as those listed above, are specific for the alpha-2A-adrenergic receptors, alpha-2B-adrenergic receptors and/or alpha-2D-adrenergic receptors.

In one embodiment, the alpha-2-adrenergic agonist components are unionized in the compositions. Preferably, the alpha-2-adrenergic agonist components are also unionized in the biological environment into which the compositions are administered.

In a useful embodiment, the SEC includes a polyanionic component. As used herein, the term "polyanionic component" refers to a chemical entity, for example, an ionically charged species, such as an ionically charged polymeric material, which includes more than one discrete anionic charge, that is multiple discrete anionic charges. Preferably, the polyanionic component is selected from polymeric materials having multiple anionic charges, and mixtures thereof.

Particularly useful polyanionic components are selected from anionic polymers derived from acrylic acid (meaning to include polymers from acrylic acid, acrylates and the like and mixtures thereof), anionic polymers derived from methacrylic acid (meaning to include polymers from methacrylic acid, methacrylates, and the like and mixtures thereof), anionic polymers derived from alginic acid (meaning to include alginic acid, alginates, and the like and mixtures thereof), anionic polymers of amino acids (meaning to include polymers of amino acids, amino acid salts, and the like and mixtures thereof), and the like, and mixtures thereof. Very useful polyanionic components are those selected from anionic cellulose

CONFIDENTIAL
ALC41202

5

derivatives  and  mixtures  thereof,  especially
carboxymethylcelluloses.

The polyanionic component preferably is sufficiently
anionic  to  interact  with  or  otherwise  affect,  in
5    particular increase, the solubility of the alpha-2-
adrenergic components.  This interaction preferably is
sufficient to render the alpha-2-adrenergic components
substantially  completely  soluble  at  therapeutically
effective concentrations.  The amount of SEC in the
10    composition preferably is in the range of about 0.1% (w/v)
to about 30% (w/v), more preferably  about 0.2% (w/v) to
about 10% (w/v), and even more preferably about 0.2% (w/v)
to about 0.6% (w/v).

The  compositions  include  carrier  components, for
15    example, aqueous  liquid  carrier  components.   In  one
embodiment, the compositions have pH's of about 7 or
greater, preferably about 7 to about 9, and are
ophthalmically acceptable.

In a preferred embodiment, a composition is provided
20    which includes an alpha-2-adrenergic agonist component in
an amount effective to provide at least one therapeutic
benefit  to  a  patient  to  whom  the  composition  is
administered, an anionic cellulose  derivative in an
amount effective to increase the solubility of the alpha-
25    2-adrenergic agonist component and an aqueous liquid
carrier component.   The  alpha-2-adrenergic  agonist
component preferably comprises a tartrate of 5-bromo-6-(2-
imidozolin-2-ylamino) quinoxaline. The anionic cellulose
derivative preferably comprises a carboxymethylcellulose.
30    The concentration of the anionic cellulose derivative in
the composition should be about 0.2% (w/v) to about 0.6%
(w/v).

In a preferred embodiment, the present compositions
are ophthalmically acceptable, e.g. the compositions do

CONFIDENTIAL
ALC41203

6

not have deleterious or toxic properties which could harm the eye of the human or animal to whom the compositions are administered.

In one broad aspect of the invention, complexes are
5   formed in the compositions.   In one embodiment, the complexes include monomer units derived from at least one quinoxaline component.   In a preferred embodiment, the complexes of the present invention are dimers.   In a particularly preferred embodiment, the complexes are
10  complexes, especially dimers, of Bromodidine tartrate.

In another broad aspect of the present invention, compositions are provided which comprise an alpha-2-adrenergic agonist component and a preservative component in an effective amount to at least aid in preserving the
15  compositions.   Preferably, the preservative components include oxy-chloro components, such as compounds, ions, complexes and the like which are biologically acceptable, chemically stable and do not substantially or significantly detrimentally affect the an alpha-2-
20  adrenergic agonist component in the compositions or the patients to whom the compositions are administered.   Such compositions preferably are substantially free of cyclodextrins in the compositions or the patients to whom the compositions are administered.

25       Any feature or combination of features described herein are included within the scope of the present invention provided that the features included in any such combination are not mutually inconsistent as will be apparent from the context, this specification, and the
30  knowledge of one of ordinary skill in the art.

Additional advantages and aspects of the present invention are apparent in the following detailed description and claims.

CONFIDENTIAL
ALC41204

7

BRIEF DESCRIPTION OF THE DRAWING

Fig. 1 is a graph of soluble Brimonidine tartrate verses pH at various carboxymethylcellulose concentrations.

5    DETAILED DESCRIPTION OF THE INVENTION

Compositions comprising alpha-2-adrenergic agonist components and SECs are provided. The alpha-2-adrenergic agonist components in the present compositions are made more soluble and may be more effectively utilized as

10   therapeutic agents. The SECs employed in the present compositions may be effective in the solubilization of ionized alpha-2-adrenergic agonist components, unionized alpha-2-adrenergic agonist components or both. The present compositions include liquid carrier components

15   and have the characteristics of liquid, for example, aqueous liquid, solutions.

Preferably, the alpha-2-adrenergic agonist components have increased solubility in the present compositions at pH's greater than 7, as compared to identical alpha-2-

20   adrenergic agonist components, at comparable concentrations, in similar compositions without the SECs. More preferably, the alpha-2-adrenergic agonist components have increased solubility in the present compositions at pH's in the range of about 7 to about 10 and, as compared

25   to identical alpha-2-adrenergic agonist components in similar compositions, at comparable concentrations, without the SECs.

Without wishing to be limited by any theory or mechanism of operation, it is believed that solubilized

30   alpha-2-adrenergic agonist components are better able to cross the lipid membranes relative to unsolubilized alpha-2-adrenergic agonist components. It is further believed that the solubilized alpha-2-adrenergic agonist components

CONFIDENTIAL
ALC41205

8

are physically smaller and are therefore more able to physically permeate or diffuse through the lipid membranes.

In one embodiment, the SECs of this invention are
5   capable of solubilizing the alpha-2-adrenergic agonist components in the biological environments into which they are introduced at therapeutically effective concentrations. Preferably, the biological environments into which the present compositions are introduced have
10  pH's ranging from about 7 to about 9. For example, a composition comprising a SEC and an alpha-2-adrenergic agonist component may be administered to the cornea of an eye, which has a pH of about 7, wherein the alpha-2-adrenergic agonist component is substantially solubilized
15  at the administered area. Furthermore, in one embodiment, the alpha-2-adrenergic agonist components solubilized by SECs at the administered area diffuse through biological lipid membranes more readily than alpha-2-adrenergic agonist components which are not solubilized by SECs. The
20  solubilization of alpha-2-adrenergic agonist components preferably reduces irritation to sensitive tissues in contact or interacting with the alpha-2-adrenergic agonist components.

The presently useful alpha-2-adrenergic agonist
25  components preferably are chosen to benefit from the presence of the SECs. In general, the alpha-2-adrenergic agonist components are provided with increased apparent solubility, preferably increased apparent water solubility, by the presence of the SECs.

30  Examples of alpha-2-adrenergic agonist components include molecules containing amines. Preferably, the alpha-2-adrenergic agonist components are amine-containing molecules with pKa's of greater than about 7, more preferably about 7 to about 9.

CONFIDENTIAL
ALC41206

9

Alpha-2-adrenergic agonist components include alpha-2-adrenergic agonists. As used herein, the term alpha-2 adrenergic agonist includes chemical entities, such as compounds, ions, complexes and the like, that produce a net sympatholytic response, resulting in increased accommodation, for example, by binding to presynaptic alpha-2 receptors on sympathetic postganglionic nerve endings or for example, to postsynaptic alpha-2 receptors on smooth muscle cells. A sympatholytic response is characterized by the inhibition, diminishment, or prevention of the effects of impulses conveyed by the sympathetic nervous system. The alpha-2 adrenergic agonists of the invention bind to the alpha-2 adrenergic receptors presynaptically, causing negative feedback to decrease the release of neuronal norepinephrine. Additionally, they also work on alpha-2 adrenergic receptors postsynaptically, inhibiting beta-adrenergic receptor-stimulated formation of cyclic AMP, which contributes to the relaxation of the ciliary muscle, in addition to the effects of postsynaptic alpha-2 adrenergic receptors on other intracellular pathways. Activity at either pre- or postsynaptic alpha-2 adrenergic receptors will result in a decreased adrenergic influence. Decreased adrenergic influence results in increased contraction resulting from cholinergic innervations. Alpha-2 adrenergic agonists also include compounds that have neuroprotective activity. For example, 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline is an alpha-2-adrenergic agonist which has a neuroprotective activity through an unknown mechanism.

Without limiting the invention to the specific groups and compounds listed, the following is a list of representative alpha-2 adrenergic agonists useful in this invention: imino-imidazolines, including clonidine,

CONFIDENTIAL
ALC41207

10

apraclonidine; imidazolines, including naphazoline, xymetazoline, tetrahydrozoline, and tramazoline; imidazoles, including detomidine, medetomidine, and dexmedetomidine; azepines, including B-HT 920 (6-allyl-2-

5  amino-5,6,7,8 tetrahydro-4H-thiazolo[4,5-d]-azepine and B-HT 933; thiazines, including xylazine; oxazolines, including rilmenidine; guanidines, including guanabenz and guanfacine; catecholamines; and the like and derivatives thereof.

10  Particularly useful alpha-2-adrenergic agonists include quinoxaline components. In one embodiment, the quinoxaline components include quinoxaline, derivatives thereof and mixtures thereof. Preferably, the derivatives of quinoxaline include (2-imidozolin-2-ylamino)

15  quinoxaline. More preferably, the derivatives of quinoxaline include 5-halide-6-(2-imidozolin-2-ylamino) quinoxaline. The "halide" of the 5-halide-6-(2-imidozolin-2-ylamino) quinoxaline may be a fluorine, a chlorine, an iodine, or preferably, a bromine, to form 5-

20  bromo-6-(2-imidozolin-2-ylamino) quinoxaline. Even more preferably, the derivatives of quinoxaline to be used in accordance with this invention include a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, or Brimonidine tartrate.

25  Other useful quinoxaline derivatives are well known. For example, useful derivatives of a quinoxaline include the ones disclose by Burke et al U.S. Patent No. 5,703,077. See also Danielwicz et al 3,890,319. Each of the disclosures of Burke et al and Danielwicz et al is

30  incorporated in its entirety by reference herein.

The quinoxaline and derivatives thereof, for example Brimonidine tartrate, are amine-containing and preferably have pKa's of greater than 7, preferably about 7.5 to 9.

Analogs of the foregoing compounds that function as

CONFIDENTIAL
ALC41208

11

alpha-2 adrenergic agonists also are specifically intended to be embraced by the invention.

Preferably, the alpha-2-adrenergic agonists, for example the ones listed above, are effective toward
5    activating alpha-2A-adrenergic receptors, alpha-2B-adrenergic receptors and alpha-2D-adrenergic receptors.

In one embodiment, the alpha-2-adrenergic agonists, for example Brimonidine tartrate, are substantially unionized in the compositions. In another embodiment, the
10   adrenergic compounds are substantially unionized in the environment to which they are administered, for example the cornea. Without wishing to be limited by any theory or mechanism of action, it is believed that the unionized forms of the adrenergic compounds facilitate their
15   permeation across membrane lipid bilayers.

Any suitable SEC may be employed in accordance with the present invention. In one embodiment, the SECs include Pyrrolinidone components. Examples of pyrrolinidone components are polyvinylpyrrolinidones and
20   derivatives thereof. In a preferred embodiment, the SECs include polyanionic components. The useful polyanionic components include, but are not limited to, those materials which are effective in increasing the apparent solubility, preferably water solubility, of poorly soluble
25   alpha-2-adrenergic agonist components and/or enhance the stability of the alpha-2-adrenergic agonist components and/or reduce unwanted side effects of the alpha-2-adrenergic agonist components. Furthermore, the polyanionic component is preferably ophthalmically
30   acceptable at the concentrations used. Additionally, the polyanionic component preferably includes three (3) or more anionic (or negative) charges. In the event that the polyanionic component is a polymeric material, it is preferred that each of the repeating units of the

CONFIDENTIAL
ALC41209

12

polymeric material include a discrete anionic charge. Particularly useful anionic components are those which are water soluble, for example, soluble at the concentrations used in the presently useful liquid aqueous media, such as
5  a liquid aqueous medium containing the alpha-2-adrenergic components.

The polyanionic component is preferably sufficiently anionic to interact with the alpha-2-adrenergic agonist component. Such interaction is believed to be desirable
10  to solubilize the alpha-2-adrenergic agonist component and/or to maintain such alpha-2-adrenergic agonist component soluble in the carrier component, for example a liquid medium.

Polyanionic components also include one or more
15  polymeric materials having multiple anionic charges. Examples include:

    metal carboxymethylstarchs
    metal carboxymethylhydroxyethylstarchs
    hydrolyzed polyacrylamides and polyacrylonitriles
20  heparin
    homopolymers and copolymers of one or more of:
        acrylic and methacrylic acids
        metal acrylates and methacrylates
        alginic acid
25      metal alginates
        vinylsulfonic acid
        metal vinylsulfonate
        amino acids, such as aspartic acid, glutamic
        acid and the like
30      metal salts of amino acids
        p-styrenesulfonic acid
        metal p-styrenesulfonate
        2-methacryloyloxyethylsulfonic acids

CONFIDENTIAL
ALC41210

13

        metal 2-methacryloyloxethylsulfonates

        3-methacryloyloxy-2-hydroxypropylsulonic acids

        metal 3-methacryloyloxy-2-

            hydroxypropylsulfonates

5       2-acrylamido-2-methylpropanesulfonic acids

        metal 2-acrylamido-2-methylpropanesulfonates

        allylsulfonic acid

        metal allylsulfonate and the like.

        In another embodiment, the polyanionic components
10   include anionic polysaccharides which tend to exist in
ionized forms at higher pH's, for example, pH's of about
7 or higher. The following are some examples of anionic
polysaccharides which may be employed in accordance with
this invention.

15       Polydextrose is a randomly bonded condensation
polymer of dextrose which is only partially metabolized by
mammals. The polymer can contain a minor amount of bound
sorbitol, citric acid, and glucose.

        Chondroitin sulfate also known as sodium chondroitin
20   sulfate is a mucopolysaccharide found in every part of
human tissue, specifically cartilage, bones, tendons,
ligaments, and vascular walls. This polysaccharide has
been extracted and purified from the cartilage of sharks.

        Carrageenan is a linear polysaccharide having
25   repeating galactose units and 3,6 anhydrogalactose units,
both of which can be sulfated or nonsulfated, joined by
alternating 1-3 and beta 1-4 glycosidic linkages.
Carrageenan is a hydrocolloid which is heat extracted from
several species of red seaweed and irish moss.

30     Maltodextrins are water soluble glucose polymers
which are formed by the reaction of starch with an acid
and/or enzymes in the presence of water.

        Other anionic polysaccharides found useful in the

CONFIDENTIAL
ALC41211