14

present invention are hydrophilic colloidal materials and
include the natural gums such as gellan gum, alginate
gums, i.e., the ammonium and alkali metal salts of alginic
acid and mixtures thereof.  In addition, chitosan, which
5   is the common name for deacetylated chitin is useful.
Chitin is a natural product comprising poly-(N-acetyl-D-
glucosamine).    Gellan gum is produced from the
fermentation of pseudomonas elodea to yield an
extracellular heteropolysaccharide.  The alginates and
10   chitosan are available as dry powders from Protan, Inc.,
Commack, N.Y. Gellan gum is available from the Kelco
Division of Merk & Co., Inc., San Diego, Calif.

Generally, the alginates can be any of the water-
soluble alginates including the alkali metal alginates,
15   such as sodium, potassium, lithium, rubidium and cesium
salts of alginic acid, as well as the ammonium salt, and
the soluble alginates of an organic base such as mono-,
di-, or tri-ethanolamine alginates, aniline alginates, and
the like. Generally, about 0.2% to about 1% by weight and,
20   preferably, about 0.5% to about 3.0% by weight of gellan,
alginate or chitosan ionic polysaccharides, based upon the
total weight of the composition, are used to obtain the
gel compositions of the invention.

Preferably, the anionic polysaccharides are cyclized.
25   More preferably, the cyclized anionic polysaccharides
include less than ten monomer units.   Even more
preferably, the cyclized polysaccharides include less than
six monomer units.

In one embodiment, a particularly useful group of
30   cyclized    anionic    polysaccharides    includes    the
cyclodextrins.  Examples of the cyclodextrin group
include, but are not limited to:  α-cyclodextrin,
derivatives of α-cyclodextrin, β-cyclodextrin, derivatives
of β-cyclodextrin, γ-cyclodextrin, derivatives of γ-

CONFIDENTIAL
ALC41212

15

cyclodextrin, carboxymethyl-β-cyclodextrin, carboxymethyl-ethyl-β-cyclodextrin, diethyl-β-cyclodextrin, dimethyl-β-cyclodextrin, methyl-β-cyclodextrin, random methyl-β-cyclodextrin, glucosyl-β-cyclodextrin, maltosyl-β-cyclodextrin, hydroxyethyl-β-cyclodextrin, hydroxypropyl-β-cyclodextrin, sulfobutylether-β-cyclodextrin, and the like and mixtures thereof. Sulfobutylether-β-cyclodextrin is a preferred cyclized anionic polyasaccharide in accordance with the present invention. It is advantageous that the SEC's, including the above mentioned cyclodextrins, employed in this invention be, at the concentration employed, non-toxic to the mammal, human, to inhibit the present incorporation is administered . As used herein, the term "derivatives" as it relates to a cyclodextrin means any substituted or otherwise modified compound which has the characteristic chemical structure of a cyclodextrin sufficiently to function as a cyclodextrin component, for example, to enhance the solubility and/or stability of active components and/or reduce unwanted side effects of the active components and/or to form inclusive complexes with active components, as described herein.

Although cyclodextrins and/or their derivatives may be employed as SECs, one embodiment of the invention may include SECs other than cyclodextrins and/or their derivatives.

A particularly useful and preferred class of polyanionic component includes anionic cellulose derivatives. Anionic cellulose derivatives include metal carboxymethylcelluloses, metal carboxymethylhydroxyethylcelluloses and hydroxypropylmethylcelluloses and derivatives thereof.

The present polyanionic components often can exist in the unionized state, for example, in the solid state, in

CONFIDENTIAL
ALC41213

16

combination with a companion or counter ion, in particular a plurality of discrete cations equal in number to the number of discrete anionic charges so that the unionized polyanionic component is electrically neutral. For example, the present unionized polyanionic components may be present in the acid form and/or in combination with one or more metals. Since the polyanionic components are preferably ophthalmically acceptable, it is preferred that the metal associated with the unionized polyanionic component be ophthalmically acceptable in the concentrations used. Particularly useful metals include the alkali metals, for example, sodium and potassium, the alkaline earth metals, for example, calcium and magnesium, and mixtures thereof. Sodium is very useful to provide the counter ion in the unionized polyanionic component. Polyanionic components which, in the unionized states, are combined with cations other than H⁺ and metal cations can be employed in the present invention.

The amount of SEC in the present compositions is not of critical importance so long as solubility at the alpha-2-adrenergic agonist component is at least somewhat increased and is present in a biologically acceptable amount. Such amount should be effective to perform the desired function or functions in the present composition and/or after administration to the human or animal. In one embodiment, the amount of SEC, preferably the polyanionic component, is sufficient to complex at least in a major amount, and more preferably substantially all, of the alpha-2-adrenergic agonist component in the present composition. In one useful embodiment, the amount of polyanionic component in the present composition is in the range of about 0.1% to about 30% (w/v) or more of the composition. Preferably, the amount of polyanionic component is in the range of about 0.2% (w/v) to about 10%

CONFIDENTIAL
ALC41214

17

(w/v).    More preferably,  the  amount  of  polyanionic
component is in the range of about 0.2% (w/v) to about
0.6%  (w/v).  Even  more  preferably,  the  polyanionic
component is carboxymethylcellulose and is present in the
composition in the range of about 0.2% (w/v) to about 0.6%
(w/v).    A   particularly   useful   concentration   of
carboxymethylcellulose  in  the  present  compositions  is
about 0.5%.

In  one  embodiment,  the  SECs,  for  example  a
carboxymethylcellulose, assist in solubilizing the alpha-
2-adrenergic  agonist  components  in  the  compositions.
Although the SECs are capable aiding in the solubilization
of ionized alpha-2-adrenergic agonist components, it is
preferable that the SECs used in this invention could
assist  in  the  solubilization  of  unionized  alpha-2-
adrenergic  agonist  components.    For  example,  in  one
embodiment, carboxymethylcellulose may help solubilize
ionized alpha-2-adrenergic agonist components.  In another
embodiment,  carboxymethylcellulose  may  help  solubilize
unionized alpha-2-adrenergic agonist components.    In  a
preferred embodiment, the carboxylmethylcellulose helps
solubilize  ionized  Brimonidine  tartrate  in  the
compositions.        More    preferably,    the
carboxylmethylcellulose  helps  solubilize  unionized
Brimonidine tartrate in the compositions.

In one embodiment, the compositions may also include
preservative components or components which assist in the
preservation  of  the  composition.    The  preservative
components selected so as to be effective and efficacious
as preservatives in the present compositions, that is in
the presence of polyanionic components, and preferably
have reduced toxicity and more preferably substantially no
toxicity when the compositions are administered to a human
or animal.

CONFIDENTIAL
ALC41215

18

Preservatives or components which assist in the preservation of the composition which are commonly used in pharmaceutical compositions are often less effective when used in the presence of solubilizing agents. In certain

5    instances, this reduced preservative efficacy can be compensated for by using increased amounts of the preservative. However, where sensitive or delicate body tissue is involved, this approach may not be available since the preservative itself may cause some adverse

10   reaction or sensitivity in the human or animal, to whom the composition is administered.

Preferably, the present preservative components or components which assist in the preservation of the composition, preferably the alpha-2-adrenergic agonist

15   components therein, are effective in concentrations of less than about 1% (w/v) or about 0.8% (w/v) and may be 500 ppm (w/v) or less, for example, in the range of about 10 ppm(w/v) or less to about 200 ppm(w/v). Preservative components in accordance with the present invention

20   preferably include, but are not limited to, those which form complexes with the polyanionic component to a lesser extent than does benzalkonium chloride.

Very useful examples of the present preservative components include, but are not limited to oxidative

25   preservative components, for example oxy-chloro components, peroxides, persalts, peracids, and the like, and mixtures thereof. Specific examples of oxy-chloro components useful as preservatives in accordance with the present invention include hypochlorite components, for

30   example hypochlorites; chlorate components, for example chlorates; perchlorate components, for example perchlorates; and chlorite components. Examples of chlorite components include stabilized chlorine dioxide (SCD), metal chlorites, such as alkali metal and alkaline

CONFIDENTIAL
ALC41216

19

earth metal chlorites, and the like and mixtures therefor. Technical grade (or USP grade) sodium chlorite is a very useful preservative component. The exact chemical composition of many chlorite components, for example, SCD,

5   is not completely understood. The manufacture or production of certain chlorite components is described in McNicholas U.S. Patent 3,278,447, which is incorporated in its entirety herein by reference. Specific examples of useful SCD products include that sold under the trademark

10  Dura Klor by Rio Linda Chemical Company, Inc., and that sold under the trademark Anthium Dioxide by International Dioxide, Inc. An especially useful SCD is a product sold under the trademark Purite™ by Allergan, Inc. Other examples of oxidative preservative components includes

15  peroxy components. For example, trace amounts of peroxy components stabilized with a hydrogen peroxide stabilizer, such as diethylene triamine penta(methylene phosphonic acid) or 1-hydroxyethylidene-1,1-diphosphonic acid, may be utilized as a preservative for use in components designed

20  to be used in the ocular environment. Also, virtually any peroxy component may be used so long as it is hydrolyzed in water to produce hydrogen peroxide. Examples of such sources of hydrogen peroxide, which provide an effective resultant amount of hydrogen peroxide, include sodium

25  perborate decahydrate, sodium peroxide and urea peroxide. It has been found that peracetic acid, an organic peroxy compound, may not be stabilized utilizing the present system. See, for example, Martin et al U.S. Patent No. 5,725,887, the disclosure of which is incorporated in its

30  entirety herein by reference.

Preservatives other than oxidative preservative components may be included in the compositions. The choice of preservatives may depend on the route of administration. Preservatives suitable for compositions

CONFIDENTIAL
ALC41217

to be administered by one route may possess detrimental properties which preclude their administration by another route. For nasal and ophthalmic compositions, preferred preservatives include quaternary ammonium compounds, in particular the mixture of alkyl benzyl dimethyl ammonium compounds and the like known generically as "benzalkonium chloride." For compositions to be administered by inhalation, however, the preferred preservative is chlorbutol and the like. Other preservatives which may be used, especially for compositions to be administered rectally, include alkyl esters of p-hydroxybenzoic acid and mixtures thereof, such as the mixture of methyl, ethyl, propyl, butyl esters and the like which is sold under the trade name "Nipastat."

In another broad aspect of the present invention, compositions are provided which comprise an alpha-2-adrenergic agonist component, a preservative component in an effective amount to at least aid in preserving, preferably in an amount effective to preserve, the compositions and a liquid carrier component. Preferably, the preservative components include oxy-chloro components, such as compounds, ions, complexes and the like which (1) do not substantially or significantly detrimentally affect the alpha-2-adrenergic agonist components in the compositions or the patients to whom the compositions are administered, and (2) are substantially biologically acceptable and chemically stable. Such compositions in accordance with the present invention comprise an alpha-2-adrenergic agonist component, an oxy-chloro component, and a liquid carrier component, and preferably are substantially free of cyclodextrins.

The carrier components useful in the present invention are selected to be non-toxic and have no substantial detrimental effect on the present

00417.00028105

CONFIDENTIAL
ALC41218

21

compositions, on the use of the compositions or on the human or animal to whom the compositions are administered. In one embodiment, the carrier component is a liquid carrier. In a preferred embodiment, the carrier component
5 is a liquid aqueous carrier component. A particularly useful aqueous liquid carrier component is that derived from saline, for example, a conventional saline solution or a conventional buffered saline solution. The aqueous liquid carrier preferably has a pH in the range of about
10 6 to about 9 or about 10, more preferably about 6 to about 8, and still more preferably about 7.5. The liquid medium preferably has an ophthalmically acceptable tonicity level, for example, of at least about 200 mOsmol/kg, more preferably in the range of about 200 to about 400
15 mOsmol/kg. In an especially useful embodiment, the osmolality or tonicity of the carrier component substantially corresponds to the tonicity of the fluids of the eye, in particular the human eye.

In one embodiment, the carrier components containing
20 the SECs and the alpha-2-adrenergic agonist components may have viscosities of more than about 0.01 centipoise (cps) at 25°C, preferably more than about 1 cps at 25°C, even more preferably more than about 10 cps at 25°C. In a preferred embodiment, the composition has a viscosity of
25 about 50 cps at 25°C and comprises a conventional buffer saline solution, a carboxymethylcellulose and a Brimonidine tartrate.

In order to insure that the pH of the aqueous liquid carrier component, and thus the pH of the composition, is
30 maintained within the desired range, the aqueous liquid carrier component may include at least one buffer component. Although any suitable buffer component may be employed, it is preferred to select such component so as not to produce a significant amount of chlorine dioxide or

CONFIDENTIAL
ALC41219

22

evolve significant amounts of gas, such as $CO_2$. It is
preferred that the buffer component be inorganic. Alkali
metal and alkaline earth metal buffer components are
advantageously used in the present invention.

5          Any suitable ophthalmically acceptable tonicity
component or components may be employed, provided that
such component or components are compatible with the other
ingredients of the liquid aqueous carrier component and do
not have deleterious or toxic properties which could harm
10    the human or animal to whom the present compositions are
administered. Examples of useful tonicity components
include sodium chloride, potassium chloride, mannitol,
dextrose, glycerin, propylene glycol and mixtures thereof.
In one embodiment, the tonicity component is selected from
15    inorganic salts and mixtures thereof.

The present compositions may conveniently be
presented as solutions or suspensions in aqueous liquids
or non-aqueous liquids, or as oil-in-water or water-in-oil
liquid emulsions. The present compositions may include
20    one or more additional ingredients such as diluents,
flavoring agents, surface active agents, thickeners,
lubricants, and the like, for example, such additional
ingredients which are conventionally employed in
compositions of the same general type.

25          The present compositions in the form of aqueous
suspensions may include excipients suitable for the
manufacture of aqueous suspensions. Such excipients are
suspending    agents,    for    example,    sodium
carboxymethylcellulose,    methylcellulose,
30    hydroxypropylmethylcellulose,    sodium    alginate,
polyvinylpyrrolidone, gum tragacanth and gum acacia;
dispersing or wetting agents may be a naturally occurring
phosphatide, for example, lecithin, or condensation
products of ethylene oxide with long chain aliphatic

CONFIDENTIAL
ALC41220

23

alcohols, for example, heptadecaethyleneoxycetanol, or
condensation products of ethylene oxide with partial
esters derived from fatty acids and a hexitol such as
polyoxyethylene sorbitol mono-oleate, or condensation
5    products of ethylene oxide with partial esters derived
from fatty acids and hexitol anhydrides, for example,
polyoxyethylene sorbitan mono-oleate, and the like and
mixtures thereof.  Such aqueous suspensions may also
contain one or more coloring agents, one or more flavoring
10   agents and one or more sweetening agents, such as sucrose,
saccharin, and the like and mixtures thereof.

The present compositions in the form of oily
suspensions may be formulated in a vegetable oil, for
example, olive oil, sesame oil or coconut oil, or in a
15   mineral oil such as liquid paraffin.  Such suspensions may
contain a thickening agent, for example beeswax, hard
paraffin or cetyl alcohol.  Sweetening agents, such as
those set forth above, and flavoring agents may be added
to provide a palatable oral preparation.

20   The present compositions may also be in the form of
oil-in-water emulsions.  The oily phase may be a vegetable
oil, for example, olive oil or arachis oil, or a mineral
oil, for example, liquid paraffin, and the like and
mixtures thereof.  Suitable emulsifying agents may be
25   naturally-occurring gums, for example, gum acacia or gun
tragacanth, naturally-occurring phosphatides, for example,
soya bean lecithin, and esters or partial esters derived
from fatty acids and hexitol anhydrides, for example,
sorbitan mono-oleate, and condensation products of the
30   said partial esters with ethylene oxide, for example,
polyoxyethylene sorbitan mono-oleate.  The emulsions may
also contain sweetening and flavoring agents.

The present compositions in the form of syrups and
elixirs may be formulated with sweetening agents, for

CONFIDENTIAL
ALC41221

24

example, as described elsewhere herein. Such formulations may also contain a demulcent, and flavoring and coloring agents.

The specific dose level for any particular human or
5  animal depends upon a variety of factors including the activity of the active component employed, the age, body weight, general health, sex, diet, time of administration, route of administration, rate of excretion, drug combination and the severity of the particular condition
10  undergoing therapy.

In one broad aspect of the invention, complexes are formed in the present compositions. In one embodiment, the complexes include at least one monomer unit of a quinoxaline component. Examples of quinoxaline components
15  include quinoxaline, (2-imidozolin-2-ylamino) quinoxaline, 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, salts thereof, esters thereof, other derivatives thereof, and the like and mixtures thereof. For example, in one embodiment, a complex of the present invention may include
20  a conjugation of    5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline monomer units.  In another embodiment, the complex may include a conjugation of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline monomer units and Brimonidine tartrate monomer units.

25      In a preferred embodiment, the complexes of the present invention are dimers. For example, a dimer in accordance with the present invention may include a quinoxaline and a   5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline. Preferably, a dimer in accordance with the
30  present invention includes two Brimonidine tartrate monomer units.

Without wishing to limit the invention to any theory or mechanism of operation, it is believed that any peroxide forming agent or strong oxidizing agent such as

CONFIDENTIAL
ALC41222

25

the oxidative preservative components, for example oxy-
chloro components, peroxides, persalts, peracids, and the
like, and mixtures thereof may facilitate the formation of
the complexes, preferably complexes of alpha-2-adrenergic
agonist components.  For example, dimers of Brimonidine
tartrate monomer units are believed to be formed in the
presence of chlorites, preferably stabilized chlorine
dioxide.

Furthermore, it is believed that the interactions
between the monomers which serve to hold the monomers or
monomer subunits together to form a complex, preferably an
oligomer and more preferably a dimer, may include, but not
limited to, covalent bonding, ionic bonding, hydrophobic
bonding, electrostatic bonding, hydrogen bonding, other
chemical and/or physical interactions, and the like and
combinations thereof.  Such complexes may disassociate in
liquid, for example, aqueous liquid, media.  In one
embodiment, the monomers or monomer subunits are held
together by other than covalent bonding.  In one
embodiment, the monomers or monomer subunits are held
together by electrostatic bonding or forces.

The following non-limiting examples illustrate
certain aspects of the present invention.

EXAMPLE 1

Brimonidine tartrate has a pKa of about 7.78.  The
pH-solubility profile of 0.5% (w/v) Brimonidine tartrate
in a formulation, Ophthalmic Solution, was established in
the pH range of about 5 to about 8 at 23 °C.  Table 1.  It
will be understood that concentrations of adrenergic
agonists other than 0.5% may be used, so long as they have
therapeutic activity.  Likewise, the temperature may be
varied, for example, solubility curves may be performed at
37 °C (98.6 °F).  The formulation vehicle was prepared by

CONFIDENTIAL
ALC41223

26

first dissolving polyvinyl alcohol (PVA) in water. The
PVA was added to approximately 1/3 of the required total
amount of purified water with constant stirring. The
slurry was stirred for 20-30 minutes and then heated to
5    80-95 °C with constant stirring. The mixture was removed
from the heat source within 1 hour after having reached
the temperature of 80-90 °C and stirred for an additional
10 minutes to ensure homogeneity (Part I). The other
ingredients of the Ophthalmic Solution, except for
10   Brimonidine tartrate, were dissolved in a separate
container with an additional 1/3 of the required total
amount of purified water (Part II). The PVA mixture (Part
I) was then quantitatively transferred to Part II using
several rinse volumes of purified water. The solution was
15   adjusted to final volume with purified water without pH
adjustment.

Brimonidine tartrate was weighed and transferred to
a 10 mL test tube containing 5 mL of the formulation
vehicle described above. The pH of each sample was then
20   adjusted to a desired value using dilute sodium hydroxide
and/or dilute hydrochloric acid. The samples were placed
in a rack on a stir plate and stirred at high speed to
achieve uniform mixing for 2 days; a partition was placed
between the rack and the stir plate to prevent any heat
25   diffusion from the stir plate to the samples. The
temperature of the laboratory was monitored throughout the
study and was found to be 23±1 °C.

At the end of two days of stirring, the pH value of
each sample was measured, and then approximately 1 mL of
30   each sample was placed in a micro centrifuge tube
(polypropylene) and centrifuged at 4,000 rpm for 10
minutes. The supernatant was filtered through a 1μm
filter unit(Whatman, 13mm, PTFE). The first 3-4 drops of
the filtrate were discarded; the rest of the filtrate was

CONFIDENTIAL
ALC41224

27

received and diluted quantitatively with HPLC mobile
phase. The dilute sample was then injected directly on
the HPLC column (Dupont Zorbax, 250mm x 4.6mm, 5μm) for
Brimonidine tartrate assay in order to quantify the amount

5  of Brimonidine tartrate. A control of 10.05% Brimonidine
tartrate was prepared in the formulation vehicle at pH
6.3-6.5 and assayed before (untreated) and after (treated)
centrifugation and filtration. This was done to evaluate
the potential loss of Brimonidine tartrate in these two

10 steps of the sample preparation.    To   ensure
reproducibility, the study was repeated on consecutive
days.

Table I.    0.5% Brimonidine   tartrate   in   Ophthalmic
Solution.

15 | Ingredient | Percent(w/v) |
| --- | --- |
| Brimonidine tartrate | 0.50 |
| Benzalkonium Chloride, NF | 0.0050 |
| Polyvinyl Alcohol, USP | 1.4 |
| Sodium Chloride, USP | 0.66 |
20 | Sodium Citrate, Dihydrate, USP | 0.45 |
| Hydrochloric Acid, NF or | |
| Sodium Hydroxide, NF for pH adjustment | 5-8 |
| Purified Water, USP | QS |

25  The solubility data for Brimonidine tartrate in the
formulation vehicles are presented in Table II.    The
results show that the solubility of Brimonidine tartrate
is highly pH-dependent and spans more than two orders of
magnitude over the pH range of 5-8.    The solubility
decreases sharply as the pH increases.    The results for

30 the treated and untreated controls are very close,
suggesting that centrifugation and filtration does not
cause any significant loss of Brimonidine tartrate. The

CONFIDENTIAL
ALC41225

28

two solubility profiles obtained on consecutive days agree
with each other.

CONFIDENTIAL
ALC41226

29

Table II.  Solubility of Brimonidine tartrate in the Ophthalmic Solution Over pH Range of 5 to 8.

| | | STUDY 1 | | STUDY 2 | |
|---|---|---|---|---|---|
| Sample | pH[a] | Solubility[e] | pH[a] | Solubility[e] |
| 1 | 5.55 | ≥164.4[b] | 5.50 | ≥200.6[b] |
| 2 | 5.92 | 132.6 | 5.92 | 160.8 |
| 3 | 6.14 | 30.4 | 6.06 | 50.1 |
| 4 | 6.57 | 7.55 | 6.90 | 3.19 |
| 5 | 7.00 | 2.69 | 7.40 | 1.19 |
| 6 | 7.45 | 1.17 | 7.77 | 0.63 |
| 7 | 7.83 | 0.62 | 7.86 | 0.58 |
| 8 | — | — | 7.88 | 0.54 |
| Control/ (untreated) | — | 0.486[c] | — | — |
| Control/ (treated) | — | 0.484[d] | — | — |

[a]  Measured after stirring for two-days before sample withdrawal for centrifugation and filtration.

[b]  Represents theoretical concentration based on sample weight.  The sample solution was clear indicating that all of the Brimonidine tartrate had dissolved.

[c]  Concentration of Brimonidine tartrate in control before centrifugation and filtration step.

[d]  Concentration of Brimonidine tartrate in control after centrifugation and filtration step.

[e]  %w/v.

CONFIDENTIAL
ALC41227

30

### EXAMPLE 2

The pH-solubility profiles of Brimonidine tartrate in compositions (solutions) containing SECs and oxy-chloro components were determined.  Particularly, the effects of
5   sodium carboxymethylcellulose (CMC), an SEC, on the solubility of Brimonidine tartrate at various pH conditions were determined.  The various concentrations of CMC tested with Brimonidine tartrate were 0%, 0.056%, 0.17%, 0.5%, 1.5% (w/v), Table III.

10     The samples tested also contained isotonic components, buffer components, and stabilized chlorine dioxide (Purite™), Table III.  Sodium carboxymethyl-cellulose, sodium chloride, potassium chloride, calcium chloride dihydrate, and magnesium chloride hexahydrate
15   were USP grade.  Boric acid and sodium borate decahydrate were NF grade.

#### Table III

| | Sample 1 | Sample 2 | Sample 3 | Sample 4 | Sample 5 | |
|---|---|---|---|---|---|---|
| Brimonidine tartrate | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | (w/v) |
| CMC | 0.0% | 0.056% | 0.17% | 0.5% | 1.5% | (w/v) |
| Stabilized chlorine dioxide[a] | 0.005% | 0.005% | 0.005% | 0.005% | 0.005% | (w/v) |
| Sodium chloride | 0.58% | 0.58% | 0.58% | 0.58% | 0.58% | (w/v) |
| Potassium chloride | 0.14% | 0.14% | 0.14% | 0.14% | 0.14% | (w/v) |
| Calcium chloride, dihydrate | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | (w/v) |
| magnesium chloride, hexahydrate | 0.006% | 0.006% | 0.006% | 0.006% | 0.006% | (w/v) |
| boric acid | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | (w/v) |
| sodium tetraborate, decahydrate | 0.14% | 0.14% | 0.14% | 0.14% | 0.14% | (w/v) |

[a] Sold under the trademark Purite™ by Allergan, Inc.

CONFIDENTIAL
ALC41228

31

Each sample (1 through 5) was subjected to a range of pH's from about 7 to about 10. The vials containing the sample solutions were placed on a laboratory rotator and left for equilibration for fifteen days at room temperature (~21 °C). The sample solutions were filtered using a 25 mm diameter polysulfone cellulose acetate syringe type filter with 0.45μm pore size. The filtered solutions were assayed for Brimonidine.

Conventional HPLC and detection techniques were used to detect and determine the concentrations of soluble Brimonidine tartrate. Table IV. The solubility is plotted against pH for each CMC concentration. The experimental data points were fitted to a modified Henderson-Hasselbalch equation using a nonlinear least squares routine (Deltagraph version 4.0 DeltaPoint, Inc.), Fig. 1. The $R^2$ values show the goodness of fit between the experimental values and the theoretical equation to be better than 0.991.

CONFIDENTIAL
ALC41229

32

Table IV

### Solubility of Brimonidine tartrate (%)

| pH | 0%CMC | 0.056%CMC | 0.17%CMC | 0.5%CMC | 1.5%CMC |
|---|---|---|---|---|---|
| 6.67 | | 0.9302 | | 1.4464 | |
| 6.68 | 1.4256 | | 1.4200 | | |
| 6.93 | | | 0.7302 | | |
| 7.10 | | | | 0.3693 | |
| 7.11 | 0.2064 | 0.2828 | | | |
| 7.35 | | | | | 0.1904 |
| 7.56 | | | | 0.1451 | |
| 7.68 | 0.0786 | | | | |
| 7.77 | | 0.0721 | | | |
| 7.81 | | | 0.0735 | | |
| 8.10 | | | | | 0.0498 |
| 8.46 | | | | 0.0313 | |
| 8.50 | 0.0286 | | | | |
| 8.55 | | | 0.0328 | | |
| 8.67 | | | | | 0.0311 |
| 9.93 | | 0.0234 | | | |
| 9.94 | | | | 0.0250 | |
| 10.05 | | | 0.0241 | | |
| 10.09 | 0.0218 | | | | |
| 10.11 | | | | | 0.0222 |

CONFIDENTIAL
ALC41230

33

Fig. 1 clearly shows that the solubility of
Brimonidine tartrate tends to increase with increasing CMC
concentrations. For example, at pH 7.5, the sample with
0% CMC resulted in 1000 ppm of Brimonidine tartrate;
5    0.056% CMC, 1300 ppm; 0.17% CMC, 1300 ppm; and 0.5%, 1600
ppm. At pH 7.5, the sample with 1.5% CMC resulted in
about 1400 ppm, which is less than that of a similar
solution with CMC at 0.5%. It is unclear at this point
what the cause of this observation may be. Nonetheless,
10   Brimonidine tartrate is more soluble in solution with a
1.5% CMC than with no CMC.

CMC is also effective to solubilize Brimonidine
tartrate in a biological environment, for example the
biological environment of the cornea.

15                          EXAMPLE 3
Brimonidine tartrate dimers.

Brimonidine tartrate is added to a test tube
containing a composition including chlorite. The test
tube was allowed to equilibrate for ten days. Samples
20   obtained from the test tube is analyzed. It is observed
that a portion of the Brimonidine tartrate monomer units
conjugated to form dimers.

While this invention has been described with respect
to various specific examples and embodiments, it is to be
25   understood that the invention is not limited thereto and
that it can be variously practiced with the scope of the
following claims.

CONFIDENTIAL
ALC41231

34

WHAT IS CLAIMED IS:

1.    A composition comprising:
        an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;
        a solubility enhancing component in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component in the composition relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component; and
        a liquid carrier component.

2.    The composition of claim 1 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of imino-imidazolines, imidazolines, imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof and mixtures thereof.

3.    The composition of claim 1 wherein the therapeutically active component includes a quinoxaline component.

4.    The composition of claim 3 wherein the quinoxaline component is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures thereof.

5.    The composition of claim 3 wherein the quinoxaline component is selected from the group consisting of quinoxaline, (2-imidozolin-2-ylamino) quinoxaline, 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, and tartrate of 5-bromo-6-(2-imidozolin-2-

CONFIDENTIAL
ALC41232

35

ylamino) quinoxaline, derivatives thereof and mixtures thereof.

6.    The composition of claim 1 wherein the therapeutically active component comprises a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

7.    The composition of claim 1 wherein the alpha-2-adrenergic agonist component is substantially unionized.

8.    The composition of claim 1 wherein the alpha-2-adrenergic agonist component is substantially unionized in a biological environment to which the composition is administered.

9.    The composition of claim 1 wherein the alpha-2-adrenergic agonist component has increased diffusion through a lipid membrane relative to an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

10.    The composition of claim 1 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of agonists of alpha-2A-adrenergic receptors, agonists of alpha-2B-adrenergic receptors, agonists of alpha-2D-adrenergic receptors and mixtures thereof.

11.    The composition of claim 1 wherein the solubility enhancing component is effective to increase the solubility in a biological environment of the alpha-2-adrenergic agonist component relative to the solubility in a biological environment of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

CONFIDENTIAL
ALC41233

36

12. The composition of claim 1 wherein the solubility enhancing component comprises a polyanionic component.

13. The composition of claim 12 wherein said polyanionic component is selected from the group consisting of anionic cellulose derivatives, anionic polymers derived from acrylic acid, anionic polymers derived from methacrylic acid, anionic polymers derived from alginic acid, anionic polymers derived from amino acids and mixtures thereof.

14. The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of anionic cellulose derivatives and mixtures thereof.

15. The composition of claim 1 wherein the solubility enhancing component is selected from the group consisting of carboxymethylcelluloses and derivatives thereof.

16. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.1% (w/v) to about 30% (w/v).

17. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 10% (w/v).

18. The composition of claim 1 wherein the solubility enhancing component is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

CONFIDENTIAL
ALC41234

50281205 · 07140040

37

19. The composition of claim 1 wherein the liquid carrier component is an aqueous liquid carrier component.

20. The composition of claim 1 which is a solution.

21. The composition of claim 1 which has a pH of about 7 or greater.

22. The composition of claim 1 which has a pH in a range of about 7 to about 9.

23. The composition of claim 1 which is ophthalmically acceptable.

24. A composition comprising:
an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;
an anionic cellulose derivative in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component; and
an aqueous liquid carrier component.

25. The composition of claim 24 wherein the alpha-2-adrenergic agonist component comprises a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

26. The composition of claim 24 wherein the anionic cellulose derivative comprises carboxymethylcellulose.

27. The composition of claim 24 wherein the anionic cellulose derivative is present in an amount in a range of about 0.2% (w/v) to about 0.6% (w/v).

CONFIDENTIAL
ALC41235

38

28. A composition comprising:

a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;

a solubility enhancing component in an amount effective to increase the solubility of the tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline; and

an aqueous liquid carrier component.

29. The composition of claim 28 wherein the solubility enhancing component comprises a carboxymethylcellulose.

30. The composition of claim 28 which is ophthalmically acceptable.

31. A complex comprising monomer units derived from one or more quinoxaline components.

32. The complex of claim 31 wherein the quinoxaline component is selected from the group consisting of a quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, derivatives thereof and mixtures thereof.

33. The complex of claim 31 wherein the quinoxaline component is a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

34. An oligomer comprising monomer units derived from a quinoxaline component.

CONFIDENTIAL
ALC41236

39

35. The oligomer of claim 34 wherein the quinoxaline component is selected from the group consisting of a quinoxaline, a (2-imidozolin-2-ylamino) quinoxaline, a 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline, derivatives thereof and mixtures thereof.

36. The oligomer of claim 34 wherein the quinoxaline component is a tartrate of 5-bromo-6-(2-imidozolin-2-ylamino) quinoxaline.

37. The oligomer of claim 34 which is a dimer.

38. The oligomer of claim 35 which is a dimer.

39. The oligomer of claim 36 which is a dimer.

40. A composition comprising:
    an alpha-2-adrenergic agonist component in an amount effective to provide a therapeutic benefit to a patient to whom the composition is administered;
    an oxy-chloro component in an effective amount to at least aid in preserving the composition; and
        a liquid carrier component,
wherein the composition is substantially free of cyclodextrins.

41. The composition of claim 40 wherein the alpha-2-adrenergic agonist component is selected from the group consisting of imino-imidazolines, imidazolines, imidazoles, azepines, thiazines, oxazolines, guanidines, catecholamines, derivatives thereof and mixtures thereof.

42. The composition of claim 40 wherein the

CONFIDENTIAL
ALC41237

40

therapeutically active component includes a quinoxaline component.

43. The composition of claim 42 wherein the quinoxaline component is selected from the group consisting of quinoxaline, derivatives thereof, and mixtures thereof.

44. The composition of claim 40 which further includes a solubility enhancing component in an amount effective to increase the solubility of the alpha-2-adrenergic agonist component in the composition relative to the solubility of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

45. The composition of claim 44 wherein the solubility enhancing component is effective to increase the solubility in a biological environment of the alpha-2-adrenergic agonist component relative to the solubility in a biological environment of an identical alpha-2-adrenergic agonist component in a similar composition without the solubility enhancing component.

46. The composition of claim 44 wherein the solubility enhancing component comprises a polyanionic component.

CONFIDENTIAL
ALC41238

Figure 1



CONFIDENTIAL
ALC41239

2

CONFIDENTIAL
ALC41240

PTO/SB/68 (07-03)
Approved for use through 7/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

| | In re Application of |
|---|---|
| Bring completed form to: **RECEIVED** File Information Unit Crystal Plaza Three, Room 1D01 **DEC 0 9 2003** 2021 South Clark Place Arlington, VA Telephone: (703) 308-2733 **File Information Unit** | Application Number: 60/218200  Filed: 7-14-00  Paper No. 402 |

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____, page, _____ line _____.

United States Patent Number _6627210_, column _____, line, _____ or

WIPO Pub. No._____, page _____ , line _____.

---

**Related Information about Access to Pending Applications (37 CFR 1.14):**
Direct access to pending applications is not available to the public but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)), as follows:
For published applications that are still pending, a member of the public may obtain a copy of:
   the file contents;
   the pending application as originally filed; or
   any document in the file of the pending application.
For unpublished applications that are still pending:
(1) If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
   the file contents;
   the pending application as originally filed; or
   any document in the file of the pending application.
(2) If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
   the pending application as originally filed.

---

| | |
|---|---|
| _____ Signature | _12-3-03_ Date |
| HENRY DOOB Typed or printed name | FOR PTO USE ONLY  Approved by _____  **RECEIVED**  Unit ___  **DEC 0 9 2003**  File Information Unit |
| _____ Registration Number, if applicable | |
| (___) 415-1679 Telephone Number | |

This collection of information is required by 37 CFR 1.14. The information is required to obtain or retain a benefit by the public, which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS

CONFIDENTIAL ALC41241

12/02/03  TUE 13:35 FAX 18006661233                                    ☒001

US006627210B2

(12) **United States Patent**
Olejnik et al.

(10) Patent No.: **US 6,627,210 B2**
(45) Date of Patent: *Sep. 30, 2003

(54) **COMPOSITIONS CONTAINING α-2-ADRENERGIC AGONIST COMPONENTS**

(75) Inventors: Orest Olejnik, Coto de Caza, CA (US); Edward D. S. Kerslake, Charlestown, MA (US)

(73) Assignee: Allergan, Inc., Irvine, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 8 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 09/904,018

(22) Filed: Jul. 10, 2001

(65) **Prior Publication Data**
US 2002/0032201 A1 Mar. 14, 2002

**Related U.S. Application Data**
Provisional application No. 63/218,220, filed on Jul. 14, 2000.

(51) Int. Cl.⁷ .......................... A61K 33/14; A61K 9/00; A61K 9/08

(52) U.S. Cl. ..................... 424/427; 424/400; 424/401; 424/466; 424/423; 514/772.4; 514/772.6

(58) Field of Search ..................... 424/427, 400, 424/423, 661, 407; 514/772.4, 772.6

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,278,447 A | 10/1966 | McNicholas | |
| 3,890,319 A | 6/1975 | Danielewicz et al. | |
| 4,530,920 A | 7/1985 | Nestor et al. | |
| 4,806,556 A | 2/1989 | Portoghese | |
| 5,021,416 A | 6/1991 | Gluchowski | |
| 5,302,128 A | 4/1993 | Meunis et al. | |
| 5,215,991 A * | 8/1993 | Burke | 514/255 |
| 5,352,796 A | 10/1994 | Hooper et al. | |

| | | | |
|---|---|---|---|
| 5,459,133 A * | 10/1995 | Neufeld | 514/211 |
| 5,703,077 A | 12/1997 | Burke et al. | |
| 6,719,197 A | 2/1998 | Kaelin et al. | |
| 5,725,887 A | 3/1998 | Marlin et al. | |
| 5,814,638 A | 9/1998 | Lee et al. | |
| 5,834,302 A | 11/1998 | Chong et al. | |
| 5,994,120 A | 11/1999 | Morbeck et al. | |
| 2002/0012212 A1 * | 1/2002 | Garst | 514/892 |
| 2002/0071874 A1 * | 6/2001 | Olejnik et al. | 424/661 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2045315 | 2/1992 |
| EP | 0009961 | 8/1994 |
| WO | 94/15045 | 8/1994 |
| WO | 98/47878 | 10/1998 |
| WO | 99/43289 | 9/1999 |
| WO | 99/51273 | 10/1999 |
| WO | 00/12137 | 3/2000 |
| WO | 00/19981 | 4/2000 |

OTHER PUBLICATIONS

Remington's Pharmaceutical Sciences, Eighteenth Edition, 1990, pp. 1504–1305.*
U.S. patent application Ser. No. 09/905,962, Olejnik et al., filed Jul. 10, 2001.

* cited by examiner

*Primary Examiner*—Thurman K. Page
*Assistant Examiner*—Rachel M. Bennett
(74) *Attorney, Agent, or Firm*—Carlos A. Fisher; Martin A. Voet; Robert J. Baran

(57) **ABSTRACT**

Compositions useful for improving effectiveness of alpha-2-adrenergic agonist components include carrier components, alpha-2-adrenergic agonist components, solubility enhancing components which aid in solubilizing the alpha-2-adrenergic agonist components. In one embodiment, the alpha-2-adrenergic agonist components include alpha-2-adrenergic agonists. In another embodiment, the solubility enhancing components include carboxymethylcelluose.

**34 Claims, 1 Drawing Sheet**



CONFIDENTIAL
ALC41242

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on May 2, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.A.
> 919 N. Market Street, Suite 1100
> Wilmington, DE  19801

I further certify that on May 2, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

> Jonathan E. Singer, Esquire
> Fish & Richardson, P.A.
> 3300 Dain Rauscher Plaza
> 60 South Sixth Street
> Minneapolis, MN  55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E. Keller*

Josy W. Ingersoll  (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendants