IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>      Defendants. | C.A. No. 04-968-GMS |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 12, 2005, a true and correct copy of **Allergan, Inc. and Allergan Sales, LLC's Response to Defendants' Third Set of Requests for Production of Documents and Things (Nos. 35-39)** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA FEDERAL EXRESS**
Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

**VIA HAND DELIVERY**
Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

Dated: May 12, 2005	FISH & RICHARDSON P.C.


	By: /s/ Sean P. Hayes
	William J. Marsden, Jr. (marsden@fr.com)
	Sean P. Hayes (hayes@fr.com )
	919 N. Market Street, Suite 1100
	P.O. Box 1114
	Wilmington, DE 19899-1114
	Telephone: (302) 652-5070

	OF COUNSEL:
	Jonathan E. Singer
	Michael J. Kane
	Deanna J. Reichel
	FISH & RICHARDSON, P.C., P.A.
	3300 Dain Rauscher Plaza
	60 South Sixth Street
	Minneapolis, MN 55402
	Telephone: (612) 335-5070

	Juanita Brooks
	W. Chad Shear
	FISH & RICHARDSON, P.C.
	12390 El Camino Real
	San Diego, CA 92130
	Telephone: (858) 678-5070

	Attorneys for Plaintiffs
	ALLERGAN, INC. and ALLERGAN SALES, LLC

80024522.doc

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

I hereby certify that on May 12, 2005, I have sent via Federal Express, the document(s) to the following non-registered participants:

Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001


/s/ Sean P. Hayes
Sean P. Hayes