IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>Defendants. | Civil Action No. 04-968-GMS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Having considered the submissions of the parties, arguments of counsel, and the record as a whole, Plaintiffs' Motion to Strike Portions of Defendants' Motion for Summary Judgment is GRANTED.

The "therapeutically effective," best mode, and solubility enhancing component/preservative arguments in Alcon's summary judgment brief are hereby stricken, and will not be considered by the Court.

IT IS SO ORDERED.

_____          _____
Date                             United States District Judge
                                 Gregory M. Sleet

60293438.doc