IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>        Defendants. | Civil Action No. 04-968-GMS |

**DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, William J. Marsden, Jr., declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., and I am counsel for Plaintiffs Allergan, Inc. and Allergan Sales, LLC, in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript from the parties' November 22, 2004 scheduling conference before the Court.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from M. Veronica Mullally, Esq. to Michael Kane, Esq. dated December 1, 2004.

4. Attached hereto as Exhibit C is a true and correct copy of the transcript from the parties' December 15, 2004 hearing before the Court.

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Patrick M. Ryan to Allergan, Inc. and Allergan Sales, Inc. dated July 6, 2004.

6. Attached hereto as Exhibit E is a true and correct copy of Alcon's Responses to Allergan's First Set of Interrogatories (Nos. 1-7) dated December 27, 2004.

7. Attached hereto as Exhibit F is a true and correct copy of Alcon's Claim Chart dated April 5, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2005               FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.  (#2247)*
William J. Marsden, Jr. (marsden@fr.com)
Sean P. Hayes (hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

Juanita Brooks
W. Chad Shear
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN SALES, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2005, I electronically filed with the Clerk of Court the DECLARATION OF WILLIAM J. MARSDEN, JR. using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

      I hereby certify that on May 16, 2005, I have sent by Federal Express, the above document to the following non-registered participants:

Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

      /s/ William J. Marsden, Jr.  (#2247)
      William J. Marsden, Jr.

60293437.doc