IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>  Defendants. | Civil Action No. 04-968-GMS<br><br>**[UNDER SEAL -- CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER NOT TO BE DISCLOSED EXCEPT BY COURT ORDER OR WRITTEN STIPULATION OF THE PARTIES]** |

**DECLARATION OF WILLIAM J. MARSDEN, JR.
TO OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF
NON-INFRINGEMENT OF ALLERGAN'S U.S. PATENT NO.
6,673,337 AND INVALIDITY OF ITS U.S. PATENT NO. 6, 641,834**