# Curriculum Vita
# Valentino J. Stella

**Address:**
> Home:  1135 West Campus road, Lawrence, Kansas  66044
> Work:   The University of Kansas, Department of Pharmaceutical Chemistry
> 2095 Constant Avenue, Lawrence, KS 66047

**Telephone:**
> (785) 843-8807 (residence);  (785) 864-3755 (work); (785) 864-5736 (FAX)

**E-mail:**
> <stella@ku.edu> or <vstella@sunflower.com>

**Date of Birth:**
> October 27, 1946

**Birthplace:**
> Melbourne, Australia

**Marital Status:**
> Married, three children (born 10/30/81, 8/7/84 and 7/15/87)

**Education:**
> Victorian College of Pharmacy, Victoria, Australia
>> Degree:  B. Pharm., 1967.
> University of Kansas, Lawrence, Kansas
>> Degree:  Ph.D. in Analytical Pharmaceutical Chemistry and Pharmaceutics, 1971,
>>> Professor Takeru Higuchi, graduate advisor.

**Experience:**
> 1965-67 (summer):  Student pharmacist, St. Vincent's Hospital and Markov's Pharmacy,  Melbourne, Australia.
> 1967-68 (1 year):  Pharmacy internship, Bendigo Base Hospital, Bendigo, Australia.
> 1968-71:  Graduate Research and Teaching Assistant, University of Kansas, Lawrence,  Kansas.
> 1971-73:  Assistant Professor of Pharmacy, University of Illinois at the Medical Center, Chicago, Illinois.
> 1973-76:  Assistant Professor of Pharmaceutical Chemistry, University of Kansas, Lawrence, Kansas.
> 1976-81:  Associate Professor of Pharmaceutical Chemistry, University of Kansas, Lawrence, Kansas.
> 1981-90:  Professor of Pharmaceutical Chemistry, University of Kansas, Lawrence, Kansas.
> 1980 - present: Victorian Professor, Victorian College of Pharmacy, Melbourne, Australia.
> 1989-2000: Director of the Center for Drug Delivery Research, The University of Kansas, Lawrence, Kansas.

1

1990-present:  University Distinguished Professor of Pharmaceutical Chemistry, University of Kansas, Lawrence, Kansas.

**Teaching Experience:**

On the undergraduate level, Professor Stella has taught courses in physical pharmacy, solid formulations, laboratories, drug stability and equilibria, biopharmaceutics and pharmacokinetics, senior dispensing and undergraduate research.  At the graduate level, he has taught courses in drug stability, pharmaceutical equilibria, advanced biopharmaceutics and pharmacokinetics, as well as directed graduate research, journal clubs and seminar discussions.

**Editorial Experience:**

Professor Stella is on the editorial board of Pharmaceutical Research, the official journal of the American Association of Pharmaceutical Scientists and Journal of Pharmaceutical Sciences, the official journal of the American Pharmaceutical Association.  He currently reviews papers for the following journals on a regular basis:

>Journal of Pharmaceutical Sciences
>International Journal of Pharmaceutics
>Pharmaceutical Research
>Analytical Chemistry
>Journal of Medicinal Chemistry
>Journal of Pharmacokinetics and Biopharmaceutics
>Journal of Controlled Release
>Journal of the American Chemical Society
>Bioorganic and Medicinal Chemistry Letters
>Journal of Carbohydrate Chemistry

He currently reviews book proposals for:
>CRC press
>J. Wiley & Sons.

**Professional Organization Memberships**
>American Association of the Advancement of Science, fellow, member of the nomination committee, 1985-1988.
>American Chemical Society, member
>Rho Chi
>American Association of Pharmaceutical Scientists, member and Fellow
>American Association of Colleges of Pharmacy, member
>Controlled Release Society, member

**Honors and Awards:**

**Undergraduate** - Top in class in physics, pharmaceutics and aggregate points in first year pharmacy at VCP (1965).
Top in class in physical pharmacy and pharmaceutics in third year pharmacy at VCP (1967).

**Graduate** - Kansas University Guesthouse Fellow (1970-71)

**University Level** - **Teaching** - H.O.P.E. Award (University of Kansas), 1989 graduating class.
Graduate Teacher award for Pharmaceutical Chemistry, Center for Teaching Excellence (University of Kansas), 2001.

**University Level** - **Scholarship** - Dolph Simons Award (University of Kansas) for Biomedical Research, 1990.

**State and Local** - Director of the KTEC sponsored Center for Drug Delivery Research 1989-1999
Finalist for the 1996 Technology of the Year Award - Silicone Prairie Technology - Biosciences division.
Finalist for the 2000 Technology of the Year Award - Biosciences division - Silicone Prairie Technology - Biosciences divison.

**National/International** - Victorian Professor, Victorian College of Pharmacy, 1980 - present
Sato Memorial International award for biomedical research, Sendai, Japan, March, 1995
Nominated for the "Australia Prize" for 1996 (not awarded).
Honorary Ph.D. Kuopio University, awarded, June 8, 1996
Honorary Doctor of Laws, Monash University (Victorian College of Pharmacy), awarded, May 13, 1997
Outstanding Poster in Pharmaceutical Sciences, 1997 Australasian Pharmaceutical Science Association Annual meeting, Sydney, Australia, Nov. 1997
Research Achievement in Pharmaceutics award, AAPS, awarded at the 12th annual meeting in Boston, November 2-6, 1997.
Aya and Takeru Higuchi Memorial Lecturer - Academy of Pharmaceutical Science and Technology, Japan - awarded in San Francisco - April 2000.
Honorary Fellow of the Cyclodextrin Society of Japan - awarded in Atsugi City, September 2000.
Recognized for outstanding teaching at the University of Kansas at 2001 annual meeting of the American Association of Colleges of Pharmacy
Gugliemo M Marconi Science Award, UNICO, Phoenix, May 13, 2004

**Professional Organizations**
Fellow of AAAS (1982)

Fellow of the Academy of Pharmaceutical Sciences (1984)
Fellow of the American Association of Pharmaceutical Scientists (1987)
Fellow of the Cyclodextrin Society of Japan (2000)

**Governmental Organizations** - NIH Pharmacology Study Section Reviewer (1983-89)

**Private Organizations** - Lederle Award (1972, 1975)

**Research Interests:**
General research interests might be defined as the application of physical organic chemistry to solving pharmaceutical problems (prodrugs, drug stability, biopharmaceutics and pharmacokinetics, especially as they relate to prodrugs, dissolution and other phase transport phenomena, etc.  Specifically:
1.  Prodrugs .
2.  Novel drug delivery systems.
3.  Preformulation studies on parenteral cytotoxic and AntiAIDs drugs.
4.  Hyaluronic and alginic acid esters as drug delivery matrices.
5.  Development and assessment of novel, modified cyclodextrins.
6.  Novel prodrugs of imides, amides and ureas.
7.  Novel prodrugs of carbon acids

**Postgraduate Students Supervised:**

1. D. Wang, "The Properties of Ditheophylline Succinamide - A Prolonged Release Prodrug Form of Theophylline".  M.S. Thesis to the University of Kansas, 1975.
2. C.K. Chu, "Effects of Chronic and Short-term Dietary Exposure to Polychlorinated Biphenyls on the Pharmacokinetics of Pentobarbital in Rats".  Ph.D. Dissertation to the University of Kansas, 1979.
3. K.G. Mooney, "Dissolution Kinetics of Organic Acids".  Ph.D. Dissertation to the University of Kansas, 1979.
4. J.D. Pipkin, "Tautomerism of Phenindione in Nonaqueous Solvent Systems".  Ph.D. Dissertation to the University of Kansas, 1980.
5. S.A. Varia, "Water Soluble Prodrugs of 5,5-Diphenylhydantoin".  Ph.D. Dissertation to the University of Kansas, 1981.
6. D.B. Williams, "Sulfation of Phenolic Drugs".  Ph.D. Dissertation to the University of Kansas, 1983.
7. V.H. Naringrekar, "Enamines as Potential Prodrugs of Primary Amines".  Ph.D. Dissertation to the University of Kansas, 1984.
8. S. Jivani, "Mechanism of Decarboxylation of p-Aminosalicylic Acid".  M.S. Thesis to the University of Kansas, 1985.
9. W.N.A. Charman, "Analytical Techniques for the Assessment of the Bioavailability of Agents Affecting Pigmentation of the Skin."  Ph.D. Dissertation to the University of Kansas, 1985.
10. S. Martodihardjo, "Low-Melting Phenytoin Prodrugs: *In Vitro*  and *In Vivo* Correlations."  Ph.D. Dissertation to the University of Kansas, 1987.

11. M. Z. Southard, " Transport Mechanisms of Sparingly Soluble Acid Dissolution in Aqueous Solution of Variable pH." Ph.D. Dissertation to the University of Kansas, 1988. Co-advised with K. Himmelstein and H. Rosson.

12. J. Sisco, "The Physicochemical, Analytical and Pharmacokinetic Properties of the Antineoplastic Agent, ICRF-187." Ph.D. Dissertation to the University of Kansas, 1989.

13. R. A. Myers, "Systemic Bioavailability and Lymphatic Transport of Penclomedine and Other Polychlorinated Compounds." Ph.D. Dissertation to the University of Kansas, 1990.

14. R. Rajewski, "Development and Evaluation of the Usefulness and Parenteral Safety of Modified Cyclodextrins." Ph.D. Dissertation to the University of Kansas, 1990.

15. A. S. Kearney, "Evaluation of the Pharmaceutical Potential of Phosphate Mono-ester Prodrugs." Ph.D. Dissertation to the University of Kansas, 1990.

16. L.S.J. Dias, "Dissolution of Weak Acids from the Rotating Disc Apparatus: Modifications by Buffers and Surface Area Availability." Ph.D. Dissertation to the University of Kansas, 1991.

17. N. Pochopin-Barber, "Amino Acid Amides as Water-Soluble Prodrugs of Primary Aromatic Amines." Ph.D. Dissertation to the University of Kansas, 1991.

18. L. Rajewski, "Mechanistic Study of Hydrocortisone Release from Devices of Hydrocortisone Esters of Hyaluronic Acid." Ph.D. Dissertation to the University of Kansas, 1992.

19. R. Oliyai, "The Kinetics and Mechanism of N,O-Acyl Migration in Cyclic and Linear Peptides." Ph.D. Dissertation to the University of Kansas, 1993.

20. H. Y. Lee, "The Effect of Modified β-Cyclodextrin, SBE4-β-CD, on the Pharmacokinetics of Two Steroids." M.S. Thesis to the University of Kansas, 1994.

21. S. Neervannan, "Dissolution Mechanisms for Sparingly Soluble Compounds Under Laminar Hydrodynamic Conditions." Ph.D. Dissertation to the University of Kansas, 1994.

22. A. S. Antipas, "Effect of Conformation on the Rate of Deamidation of Vancomycin in Aqueous Solutions." Ph.D. Dissertation to the University of Kansas, 1994.

23. L. Simon,"Mechanisms of Diffusion and Release of Proteins from Partially Esterified Hyaluronic Acid Matrices." Ph.D. Dissertation to the University of Kansas, 1996.

24. D. Ma, "Evaluation of Sulfobutyl Ether *Beta*-Cyclodextrin as a Solubilizing/Stabilizing and Freeze-Drying Excipient." Ph.D. Dissertation to the University of Kansas, 1998.

25. J. Krise, "A Novel Prodrug Approach for Tertiary Amines: Synthesis and Evaluation of N-Phosphonooxymethyl Derivatives." Ph.D. Dissertation to the University of Kansas, 1998.

26. V. Zia, "Thermodynamics and Mechanism of Inclusion Complexation: Specific Comparison of Sulfoakyl Ether β-Cyclodextrins to Hydroxypropyl β-Cyclodextrin." Ph.D. Dissertation to the University of Kansas, 1998.

27. Venkataramana Rao, "Modified Release Oral Dosage Forms of Poorly Water Soluble Drugs Including the Use of $(SBE)_{7M}$-β-CD", Ph.D. Dissertation to the University of Kansas, 2000.

28. Erika Zannou, "A Mechanistic Study of Drug Release from Cyclodextrin-Based Controlled Porosity Osmotic Pump Tablets", Ph.D. Dissertation to the University of Kansas, 2000.
29. Brad Hanson, "Evaluation of a Phosphoryloxymethyl (POM) Prodrug of Camptothecin: Preformulation, Formulation and Pharmacokinetic Studies," Ph.D. Dissertation to the University of Kansas, 2002.
30. Victor Guarino, "Sulfenamide Prodrugs: A Novel Prodrug Approach for Amides, Imides and Other NH-Acidic Compounds," Ph.D. Dissertation to the University of Kansas, 2004.


**Post-Doctoral, Special Students and Visiting Scientists Supervised:**

1. H. Okada, Tokyo University of Pharmacy and Life Science, Tokyo, Japan
2. N. Yata, Professor, Hiroshima University, Hiroshima, Japan
3. Y. Yamaoka, Kobe Kakuan University, Kobe, Japan
4. K. Yamaoka, Kyoto University, Kyoto, Japan
5. J.C. Lee, Cellegy, CA
6. P. Kennedy, British Columbia
7. M. Paborji, Theravance, CA
8. K. Umprayn, Chulalongkorn University, Bangkok, Thailand
9. R. Prankerd, Victorian College of Pharmacy, Melbourne, Australia.
10. F. Alvarez, BMS, New Brunswick, NJ
11. K. Terada, Toho University, Tokyo, Japan
12. W. Richter, Hoffman La Roche, Basel, Switzerland
13. J. Hunt, Alza Corp., Palo Alto, CA
14. A. Benedetti, Vicenza, Italy
15. L. Benedetti, Medtronics, Italy
16. K. O'Driscol, Trinity College, Dublin, Ireland
17. R. Killion, Syntex Research, Palo Alto, CA
18. F. Sendo, Kumamoto Research Hospital, Kumamoto, Japan
19. L. Alani, Pfizer Research, Ann Arbor, MI
20. R. Gollopudi, Lyphomed, Chicago, Illinois.
21. O. Kunze, Berlin, Germany
22. A. Mathew, Mobay Corp., Kansas City, Ks
23. J. Fassberg-Berry, Schering-Plough, NJ
24. H. Jahansouz, MSD, West Point, PA.
25. D. Muller, Potchefstroom University, South Africa.
26. Y. Tsunenari, Taisho Pharmaceutical, Tokyo, Japan.
27. K. Aikawa, Taisho Pharmaceutical, Tokyo, Japan.
28. J. Zadeii. Berlex, PA
29. E. Phillips, Dura, San Diego, CA
30. D. Bindra, BMS, New Brunswick, NJ.
31. D. Scott, HMR, Kansas City, Missouri.
32. D. Papini, Glaxo Inc., Verona, Italy.
33. M. Okomura, Sumitomo Pharmaceuticals, Osaka, Japan.
34. T. Sakaeda (nee Kakutani), Kobe University, Kobe, Japan.

35. G. Marcolongo, Life Group, Padua, Italy.
36. K. Kyyronen, University of Kuopio, Finland.
37. R. Bhaskar, position unknown.
38. S. Hejri, position unknown.
39. L. Hume, Schering Plough., Kenelworth, NJ.
40. V. Andrieu, Synth Labo, Paris, France.
41. K. Bergh, Potchefstroom University, South Africa.
42. B. Gorecka, CA
43. R. Tait, Faulding, Australia.
44. M. Safadi, Taro Pharmaceuticals, Israel.
45. J. Kagel, Parke Davis, Ann Arbor, MI.
46. R. Mansfield, CA.
47. L. Ruiz-Cardona, Puerto Rico.
48. T. Nakamura, Taisho Pharmaceutical, Tokyo, Japan.
49. J. Jona, BMS, New Brunswick, NJ.
50. T. Jarvinen, University of Kupio, Finland.
51. K. Jarvinen, University of Kupio, Finland.
52. N. Umeki, Taisho Pharmaceutical, Tokyo, Japan.
53. Y. Sanzgiri, Abbott Laboratory, North Chicago, IL
54. K. H. Caplinzki, Germany
55. K. Okimoto, Fujisawa Pharmaceutical Company, Osaka, Japan
56. M. Cruañes, Merck, Westpoint, PA.
57. T. Nakajima, Tasiho Pharmaceutical, Tokyo, Japan.
58. H. Alkaysi, Maryland, USA
59. S. Siam, Boehringer-Ingelheim, CN, USA
60. E. Luna, Merck. Westpoint, PA.
61. E. Bornancini, GlaxoSmithKline, PA.
62. S. Narisawa, Tanabe Pharmaceuticals. Osaka, Japan.
63. D. Bempong, USP, Washington, DC.
64. N. Medlicott, Otago University, Dunedin, NZ.
65. S. Shiraishi, Wakunaga Pharmaceutical Co. Ltd., Hiroshima, Japan.
66. H. Uetake, Taisho Pharmaceutical, Tokyo, Japan.
67. K. Egodage, Monstanto, St. Louis, IL.
68. S. Wu, Esei, RTP, North Carolina.
69. P. Jarho, Kuopio University, Kuopio, Finland.
70. O. Kondo, Taisho Pharmaceutical, Tokyo, Japan.
71. S. Chinnaswamy, Van Ardek Institute, Grand rapids, MI
72. S. Ando, Taisho Pharmaceutical, Tokyo, Japan.
73. M. Jumaa, 3M, Minneapolis, MN.
74. L. Chimilio, The University of Kansas, KS
75. S. Tongiani, University of Urbino, Urbino, Italy
76. V. Karunarantne, University of Peradeniya, Sri Lanka
77. M. Miyajima, Sankyo Co. Ltd, Tokyo, Japan.
78. T. Ozeki. Tokyo College of Pharmaceutical Sciences, Tokyo, Japan.

**Publications:**

**Research Papers**

1.    Kinetics of Synthesis of $d_4$-Succinic Anhydride from Succinic Anhydride and $d_1$-Acetic Acid.  V. Stella, J. Pharm. Sci., **62**, 634-637 (1973).

2.    Kinetics of the Acid-Catalyzed Closure of Hydantoic Acids.  Effect of 2-Aryl and 2-Alkyl Substituents.  V. Stella and T. Higuchi, J. Org. Chem., **38**, 1527-1534 (1973).

3.    Esters of Hydantoic Acids as Prodrugs of Hydantoins.  V. Stella and T. Higuchi, J. Pharm. Sci., **62**, 962-967 (1973).

4.    Hydrolytic Behavior of N-Acyl Phthalimides.  V. Stella and T. Higuchi, J. Pharm. Sci., **62**, 968-970 (1973).

5.    The Non-classical Phase Transfer Behavior of Phenylbutazone.  Valentino J. Stella, J. Pharm. Sci., **64**, 706-708 (1975).

6.    The Chemistry of a Novel 5,5-Diphenylhydantoin Pro-drug.  V. Stella, T. Higuchi, A. Hussain and J. Truelove, Chapter 3, Book #14 of the American Chemical Society Symposium Series (Pro-Drugs Novel Drug Delivery System, T. Higuchi and V. Stella, eds.).  (1975).

7.    The Metabolic Disposition of a Novel 5,5-Diphenylhydantoin Pro-drug.  A.J. Glazko, W.A. Dill, R.H. Wheelock, R.M. Young, A. Nemanich, L. Croskey, V. Stella and T. Higuchi, Chapter 4, Book #14 of the American Chemical Society Symposium Series (Pro-Drugs Novel Drug Delivery System, T. Higuchi and V. Stella, eds.).  (1975).

8.    Solvolytic Reactions of Cyclic Anhydrides in Anhydrous Acetic Acid.  M.J. Haddadin, T. Higuchi and V. Stella, J. Pharm. Sci., **64**, 1759 (1975).

9.    Acylation of Phenol by Cyclic and Acylic Anhydrides in Anhydrous Acetic Acid.  M.J. Haddadin, T. Higuchi and V. Stella, J. Pharm. Sci., **64**, 1766 (1975).

10.    Photolytic Degradation of $\alpha$-[(Dibutylamino)methyl]-6,8-dichloro-2-(3',4'-dichlorophenyl)-4-Quinoline Methanol:  An Experimental Anti-Malarial.  H. Okada, V. Stella, J. Haslam and N.Yata, J. Pharm. Sci., **64**, 1665-1667 (1975).

11.    Phenylbutazone Ionization Kinetics.  V.J. Stella and J.D. Pipkin, J. Pharm. Sci., **65**, 1161-1165 (1976).

12.    Effects of Long-Term Exposure to Environmental Levels of Polychlorinated Biphenyls on Pharmacokinetics of Pentobarbital in Rats.  C.K. Chu, V.J. Stella, J.V. Bruckner and W.D. Jiang, J. Pharm. Sci., **66**, 238-241 (1977).

13.    A Preliminary Pharmacokinetic Study of Dianhydrogalactitol (NSC-132313) Disposition in the Dog.  T. Kimura, L.A. Sternson, V.J. Stella and T. Higuchi, J. Nat. Cancer Inst., **58**, 1311-1314 (1977).

14.    The Influence of Ingestion of Environmentally Encountered Levels of a Commercial Polychlorinated Biphenyl Mixture (Aroclor 1254) on Drug Metabolism in the Rat.  J.V. Bruckner, W.D. Jiang, J.M. Brown, L. Putcha, C.K. Chuand V.J. Stella, J. Pharmacol. Exp. Therap., **202**, 22-31 (1977).

15.    Use of Trimethylanilinium Hydroxide-Tetramethylammonium Hydroxide as On-Column Methylating Agent for GLC Analysis of Phenytoin.  V.J. Stella, J. Pharm. Sci., **66**, 1510-1511 (1977).

16.    Secondary Isotope Effects in Intramolecular Catalysis.  Mono-*p*-bromophenyl Succinate Hydrolysis.  R.D. Gandour, V.J. Stella, M. Coyne and R.L. Schowen and E.A. Icaza, J. Org. Chem., **43**, 1705-1708 (1978).

17.    Thiamine Whole Blood Pharmacokinetics in Rat Using Both a Specific [35]S-Thiamine Liquid Scintillation Assay and the Thiochrome Fluorescence Assay. J.D. Pipkin and V.J. Stella, J. Pharm. Sci., **67**, 818-821 (1978).

18.    Enhancement of the Bioavailability of a Hydrophobic Amine Antimalarial by Formulation with Oleic Acid in a Soft Gelatin Capsule.  V. Stella, J. Haslam, N. Yata, H. Okada, S. Lindenbaum and T. Higuchi, J. Pharm. Sci., **67**, 1375-1377 (1978).

19.    Radiochemical Plasma Salicylamide Assay Using Ring-Labeled Tritiated Salicylamide.  V.J. Stella, S.A. Varia and M. Riedy, J. Pharm. Sci., **68**, 648-650 (1979).

20.    Hydrolysis and Dissolution Behavior of a Prolonged-Release Prodrug of Theophylline:  7,7'-Succinylditheophylline.  H.K. Lee, H. Lambert, V.J. Stella, D. Wang and T. Higuchi, J. Pharm. Sci., **68**, 288-296 (1979).

21.    Ionization Kinetics of the Carbon Acid, Phenindione, V.J. Stella and R. Gish, J. Pharm. Sci., **68**, 1042-1047 (1979).

22.    Kinetics and Mechanism of Ionization of the Carbon Acids 4'-Substituted 2-Phenyl-1,3-Indandiones.  V.J. Stella and R. Gish, J. Pharm. Sci., **68**, 1047-1049 (1979).

23.  Proton Inventory of Phthalic Anhydride Hydrolysis.  Comments on the Analysis of Proton Inventory Data, R.D. Gandour, M. Coyne, V.J. Stella and R.L. Schowen, J. Org. Chem., **45**, 1733-1737 (1980).

24.  Effects of Short-Term Dietary Exposure to Polychlorinated Biphenyls on Pharmacokinetics of Intravenous Pentobarbital in Rats.  C.K. Chu and V.J. Stella, J. Pharm Sci., **69**, 1274-1278 (1980).

25.  Effect of Short-Term Exposure to Polychlorinated Biphenyls on First-Pass Metabolism of Pentobarbital in Rats.  V.J. Stella and C.K. Chu, J. Pharm. Sci., **69**, 1279-1282 (1980).

26.  Dissolution Kinetics of Carboxylic Acids I:  Effect of pH under Unbuffered Conditions.  K.G. Mooney, M. Mintun, K.J. Himmelstein and V.J. Stella, J. Pharm. Sci., **70**, 13-22 (1981).

27.  Dissolution Kinetics of Carboxylic Acid II:  Effect of Buffers.  K.G. Mooney, M. Mintun, K.J. Himmelstein and V.J. Stella, J. Pharm. Sci., **70**, 22-32 (1981).

28.  Prodrugs and Site-Specific Drug Delivery.  Valentino J. Stella and K.J. Himmelstein, J. Med. Chem., **23**, 1275-1282 (1980).

29.  An Added Complication in the Estimation of Apparent Hepatic Blood Flow *In Vivo* by Pharmacokinetic Parameters.  V.J. Stella, K. Yamaoka and R.H. Levy, Drug Met. Disp., **9**, 172-173 (1981).

30.  Dissolution Kinetics of Phenylbutazone.  K.G. Mooney, M. Rodriguez-Gaxiola, M. Mintun, K.J. Himmelstein and V.J. Stella, J. Pharm. Sci., **70**, 1358-1365 (1981).

31.  Pharmacokinetics of 2-Butanol and Its Metabolites in the Rat.  F.K. Dietz, M. Rodriguez-Gaxiola, G.J. Traiger, V.J. Stella and K.J. Himmelstein, J. Pharmaco. Biopharm., **9**, 553-576 (1981).

32.  Thiamine Whole Blood and Urinary-Pharmacokinetics in Rats:  Urethan-Induced Dose-Dependent Pharmacokinetics.  J.D. Pipkin and V.J. Stella, J. Pharm. Sci., **71**, 169-172 (1982).

33.  Prodrugs as Drug Delivery Systems XXI.  Preparation, Physicochemical Properties and Bioavailability of a Novel Water-Soluble Prodrug Type for Carbamazepine, H. Bundgaard, M. Johansen, V.J. Stella and M. Cortese, Int. J. Pharm., **10**, 181-192 (1982).

34.  Tautomerism of Phenindione, 2-Phenyl-1,3-Indanedione, in Dipolar Aprotic/Hydrocarbon Solvent Mixtures.  J.D. Pipkin and V.J. Stella, J. Amer. Chem. Soc., **104**, 6672-6680 (1982).

35.	Low-Melting Phenytoin Prodrugs as Alternative Oral Delivery Modes for Phenytoin;  A Model for Other High-Melting Sparingly Water Soluble Drugs.  Y. Yamaoka, R.D. Roberts and V. J. Stella, J. Pharm. Sci., **72**, 400-405 (1983).

36.	Evaluation of the Prodrug Potential of Sulfate Esters of Acetaminophen and 3-Hydroxymethyl-Phenytoin.  D.B. Williams, S.A. Varia, V.J. Stella and I.H. Pitman, Int. J. Pharm., **14**, 113-120 (1983).

37.	Phenindione Solubility in Mixed Organic Solvents:  Analysis of the Role of Specific Hydrogen and Non-Hydrogen Bonding Interactions.  J.D. Pipkin and V.J. Stella, Int. J. Pharm., **14**, 263-77 (1983).

38.	Phenytoin Prodrugs III;  Water Soluble Prodrugs for Oral and/or Parenteral Use.  S.A. Varia, S. Schuller, K.B. Sloan and V.J. Stella, J. Pharm. Sci., **73**, 1068-73 (1984).

39.	Phenytoin Prodrugs IV;  Hydrolysis of Various 3-(Hydroxymethyl) Phenytoin Esters.  S.A. Varia, S. Schuller and V.J. Stella, J. Pharm. Sci., **73**, 1074-80 (1984).

40.	Phenytoin Prodrugs V;  *In Vivo*  Evaluation of Some Water Soluble Phenytoin Prodrugs in Dogs.  S.A. Varia and V.J. Stella, J. Pharm. Sci., **73**, 1080-87 (1984).

41.	Phenytoin Prodrugs VI; *In Vivo*  Evaluation of a Phosphate Ester Prodrug of Phenytoin After Parenteral Administration to Rats.  S.A. Varia and V.J. Stella, J. Pharm. Sci., **73**, 1087-90 (1984).

42.	Dissolution and Ionization of Warfarin.  V.J. Stella, K.G. Mooney and J.D. Pipkin, J. Pharm. Sci., **73**, 946-948 (1984).

43.	A Colorimetric Assay of Pancreatic Lipase: Rapid Detection of Lipase and Colipase Separated by Gel Filtration.  J.B. Roberts, V.J. Stella and C.J. Decedue, Lipids, **20**, 42-45 (1985).

44.	Lymphatic Appearance of DDT in Thoracic or Mesenteric Lymph Duct Cannulated Rats.  T. Noguchi, W.N.A. Charman and V.J. Stella, Int. J. Pharmac., **24**, 185-192 (1985).

45.	Effect of Drug Lipophilicity and Lipid Vehicles on the Lymphatic Absorption of Various Testosterone Esters.  T. Noguchi, W.N.A. Charman and V.J. Stella, Int. J. Pharmac., **24**, 173-184 (1985).

46.	Dissolution of Carboxylic Acids III:  The Effect of Polyionizable Buffers.  J.G. Aunens, M.Z. Southard, R.A. Myers, K.J. Himmelstein and V.J. Stella, J. Pharm. Sci., **74**, 1305-1316 (1985).

47.    Mechanism of Decarboxylation of p-Aminosalicylic Acid, S. Jivani and V.J. Stella, J. Pharm. Sci., **74**, 1274-1282 (1985).

48.    An Experimental System Designed to Study the In Situ Intestinal Lymphatic Transport of Lipophilic Drugs in Anesthetized Rats. W.N.A. Charman, T. Noguchi, V.J. Stella, Int. J. Pharmac., **33**, 155-164 (1986).

49.    Effects of Lipid Class and Lipid Vehicle Volume on the Intestinal Lymphatic Transport of DDT.  W.N.A. Charman and V.J. Stella, Int. J. Pharm., **33**, 165-172 (1986).

50.    Testing Potential Dosage Form Strategies for Intestinal Lymphatic Drug Transport: Studies in the Rat. W.N.A. Charman, T. Noguchi, and V.J. Stella, Int. J. Pharm., **33**, 173-179 (1986).

51.    Estimating the Maximal Potential for Intestinal Lymphatic Transport of Lipophilic Drug Molecules. W.N.A. Charman and V.J. Stella, Int. J. Pharm., **34**, 175-178 (1986).

52.    Chemical and Physical Bases Determining the Instability and Incompatibility of Formulated Injectable Drugs.  Valentino J. Stella, J. Parent. Sci. Tech., **40**, 142-163 (1986)

53.    Mechanism Investigation of the Degradation of Sulfamic Acid 1,7-Heptanediyl Ester, an Experimental Cytotoxic Agent, in Water and [18]Oxygen-Enriched Water. M. Paborji, W. Waugh and V. J. Stella, J. Pharm. Sci., **76**, 161-165 (1987).

54.    Development of Reversed Phase HPLC Assays for Cyclodisone and Clomesone. K. Umprayn, P.E. Kennedy, J. C. Lee, W. Waugh, C.M. Riley and V.J. Stella,  J. Pharm. Biomed. Anal., **5**, 625-633 (1987).

55.    Stability Indicating Assay for Fetindomide (NSC-373965), a Potential Prodrug of Mitindomide (NSC-284356) Employing High Performance Liquid Chromatography.  K. Umprayn,  V.J. Stella and C.M. Riley,  J. Pharm. Biomed. Anal., **5**, 675-685 (1987).

56.    An Analytical Method to Determine Small Quantities of Phenytoin in the Presence of Excess Amounts of One of its Prodrugs, the Monomethane Sulphonate Salt of 3-(N,N-dimethylglycyloxymethyl)-5,5-diphenylhydantoin.  D. G. Muller and V. J. Stella, J. Pharm. Biomed. Anal., **5**, 415-421 (1987).

57.    A Novel Use of Intralipid® for the Parenteral Delivery of Perilla Ketone (NSC-348407), an investigational Cytotoxic Drug with a High Affinity for Plastic. M. Paborji, C. M. Riley and V. J. Stella, Int. J. Pharmac., **42**, 243-249 (1988)

58.    Preliminary Development and Evaluation of a Parenteral Emulsion Formulation of Penclomidine (NCS-338720, 3,5-dichloro-2,4-dimethoxy- 6 trichloromethylpyridine), a Novel Practically Water Soluble Cytotoxic Agent. R. J. Prankerd, V. J. Stella and S. G. Frank, J. Parenteral Sci. Tech., **42**, 76-81 (1988).

59.    Equilibria and Kinetics of Ebifuramin (NSC-201047), an Azomethine Containing Structure Exhibiting a Reversible Degradation Step in Acidic Solutions.  R. J. Prankerd and V. J. Stella, Int. J. Pharmac., **52**, 71-78 (1989).

60.    Development of Parenteral Formulations of Experimental Cytotoxic Agents 1; Rhizoxin (NSC-332598).  W. N. Waugh, K. Umprayn and V. J. Stella, Int. J. Pharmac., **43**, 191-199 (1988).

61.    Preformulation Solubility and Kinetic Studies of 2',3'-Dideoxypurine Nucleosides: Potential anti-AIDS agents. B. D. Anderson, M. B. Wygant, T-X. Xiang, W. A. Waugh, and V. J. Stella,  Int. J. Pharmac., **45**, 27-37 (1988).

62.    The Role of Calcium and Bile salts on the Pancreatic Lipase Hydrolysis of Triglyceride Emulsions Stabilized with Lecithin. F. J. Alvarez and V. J. Stella, Pharm. Res., **6**, 449-457 (1989).

63.    Pancreatic Lipase-Catalyzed Hydrolysis of Esters of Hydroxymethyl Phenytoin Dissolved in Various Metabolized Vehicles, Dispersed in Micellar Systems, and in Aqueous Suspensions.  F. J. Alvarez and V. J. Stella, Pharm. Res., **6**, 555-563 (1989).

64.    Kinetics of Hydrolysis of Fetindomide (NSC-373965), bis-N,N'-phenylalanyloxymethyl Prodrug of Mitindomide (NSC-284356); an Unexpected Catalytic Effect of Generated Formaldehyde. F. Sendo, C. M. Riley and V. J. Stella, Int. J. Pharmac. **45**, 207-216 (1988).

65.    Evaluation of a Cumulative Time/Temperature Indicator System.  Valentino. J. Stella and Robert. A. Myers, J. Pharm. Tech., **12**, 106-116 (1988).

66.    Mechanism of Degradation of the Antineoplastic Agent, Clomesone (2-chloroethyl(methylsulfonyl)methanesulfonate, NSC-338947). A Kinetic and Mechanistic Study.  P. E. Kennedy, C. M. Riley and V. J. Stella, Int. J. Pharmac., **48**, 179-188 (1988).

67.    A Novel Drug Delivery System: Microspheres of Hyaluronic Acid Derivatives. L M. Benedetti, E.M. Topp and V.J. Stella, in "Biomedical and Biotechnological Advances in Industrial Polysaccharides" V. Crescenzi, I.C.M. Dea et al., (Eds.), Gordon and Breach, New York, 1989, pp. 27-33.

68. Characterization of Polymeric Films Prepared from Ester Derivatives of Hyaluronic Acid. J. A. Hunt, V.J. Stella, and E.M. Topp, in "Biomedical and Biotechnological Advances in Industrial Polysaccharides" V. Crescenzi, I.C.M. Dea et al., (Eds.), Gordon and Breach, New York, 1989, pp. 55-61.

69. Chemical Stability of Pentostatin (NSC-218321), a Cytotoxic and Immunosuppressant Agent. L. A. Al-Razzak, A. Benedetti, W. Waugh and V. J. Stella, Pharm. Res., **7**, 452-460 (1990).

70. The Nucleophilicity of Dextrose, Sucrose, Sorbitol, and Mannitol with p-nitrophenyl Esters in Aqueous Solution. R. B. Killion and V. J. Stella, Int. J. Pharmac. **66**,149-155(1990).

71. Stability of Carmethizole Hydrochloride, NCS-602668, an Experimental Cytotoxic Agent. V. J. Stella, A. Benedetti, W. A. Waugh, and R. B. Killion, Int. J. Pharmac., **71**,.157-165 (1991)

72. Mechanism of Hydrolysis, and Structure-Stability Relationship of Enaminones as Potential Prodrugs of Model Primary Amines. V. J. Stella and V. H. Naringrekar, J. Pharm. Sci., **79**, .138-146 (1990).

73. On the Mechanism of Isomerization of Cephalosporin Esters. W. F. Richter, Y. H. Chong, and V. J. Stella, J. Pharm. Sci., **79**, 185-186 (1990).

74. Mechanism of Degradation of the Investigational Cytotoxic Agent, Cyclodisone (NSC-348948). V. J. Stella, W. Waugh, K. Umprayn and C. M. Riley, Int. J. Pharmac., **66**, 253-262 (1990).

75. Stability and Solubility of 2-Chloro-2',3'-dideoxyadenosine. L. A. Al-Razzak, and V. J. Stella, Int. J. Pharmac., **60**, 53-60 (1990).

76. Diffusion and Drug Release in Polymer Films Prepared from Ester Derivatives of Hyaluronic Acid. J. A. Hunt, H.N. Joshi, V. J. Stella and E. M. Topp. J. Cont. Rel.,**12**, 159-169, (1990).

77. Microspheres of Hyaluronic Acid Esters--Fabrication Methods and *In Vitro* Hydrocortisone Release. L M. Benedetti, V.J. Stella, and E.M. Topp. J. Cont. Rel., **13**, 33-41 (1990).

78. Experimental Determination of Diffusion Coefficients in Dilute Aqueous Solution Using the Method of Hydrodynamic Stability. M. Z. Southard, L. J. Dias, K. J. Himmelstein and V. J. Stella, Pharm. Res., **8**, 1489-1494 (1991).

79. Dissolution of Ionizable Drugs into Unbuffered Solution: A Comprehensive Model for Mass Transport and Reaction in the Rotating Disk Geometry. M. Z.

Southard, D. W. Green, V. J. Stella, and K J. Himmelstein, Pharm. Res., **9**, 58-69 (1992).

80.   Stability, compatibility, and plasticizer extraction of taxol (NSC-125973) injection diluted in infusion solutions and stored in various containers.  W. N. Waugh, L. A. Trissel and V. J. Stella.  Amer. J. Hosp. Pharm., **48**,1520-1524 (1991).

81.   Hydrolysis of Pharmaceutically Relevant Phosphate Monoester Monoanions: Correlation to an Established Structure-Reactivity Relationship.  A.S. Kearney and V.J. Stella, J. Pharm. Sci., J. Pharm. Sci., **82**, 69-72 (1993).

82.   The Anomalous Hydrolytic Behavior of 1-Phenylvinyl Phosphate.  A.S. Kearney and V.J. Stella, Pharm. Res., **9**, 378-384 (1992).

83.   The In Vitro Enzymatic Labilities of Chemically Distinct Phosphomonoesters Prodrugs.  A.S. Kearney and V.J. Stella, Pharm. Res., **9**, 497-503 (1992).

84.   Synthesis and Evaluation of Some Water Soluble Prodrugs and Derivatives of Taxol with Antitumor Activity.  A.E. Mathew, M. Mejillano, J.P. Nath, R. H. Himes and V.J. Stella, J. Med. Chem., **35**, 145-151 (1992).

85.   The Use of Oil-in Water Emulsions as a Vehicle for Parenteral Drug Administration.  R.J. Prankerd and V.J. Stella, J. Par. Sc. & Tec., **44**, 139-149 (1990)

86.   *In Vitro* and I*n Vivo* Behavior of Phenytoin Prodrugs.  K. Terada, S. Martodihardjo, E. Fukuoka and V.J. Stella, Rec. Dev. Pharm. Pharmaceutical Tech., 164-173 (1990)

87.   Targeting of Orally Administered Lipophilic Drugs to the Lymphatic System, V. J. Stella, W. N. A. Charman and R. A. Myers, Proceedings of the 17th International Symposium on Controlled Release of Bioactive Materials, 184-185 (1990)

88.   Evolution of Formulation Practices, V.J. Stella, Drug Dev. Ind. Pharm., **16**, 2627-2633 (1990).

89.   A Kinetic and Mechanistic Study of the Hydrolysis of Camptothecin and Some Analogs, J. Fassberg and V.J. Stella, J. Pharm. Sci., **81**, 676-684 (1992).

90.   Dosage Forms from Polymeric Prodrugs: Hydrocortisone Esters of Hyaluronic Acid. L M. Benedetti, H. N. Joshi, L. Goei, J. A. Hunt, L. Callegaro, V.J. Stella, and E.M. Topp.  New Polymeric Materials, **3**, 41-48 (1991).

91. Blood and Lymph Transport of DDT after Oral and Parenteral Administration to Anaesthetized Rats. C. M. O'Driscoll, R. A. Myers and V. J. Stella, Int. J. Pharmac., **73**, 177-183 (1991).

92. Factors Influencing the Precipitation time of Phenytoin in the presence of DDMS, one of its Prodrugs. D. G. Muller, V. J. Stella, and A. P. Lotter, Int. J. Pharmac., **75**, 201-209 (1991).

93. Systemic Bioavailability of Penclomedine (NSC-338720), Oil-in Water Emulsions Administered Intraduodenally to Rats. R. A. Myers, and V. J. Stella, Int. J. Pharmac., **78**, 217-226 (1992).

94. Factors Affecting the Lymphatic Transport of Penclomedine (NSC-338720), a Lipophilic Cytotoxic Drug: Comparison to DDT and Hexachlorobenzene. R. A. Myers, and V. J. Stella, Int. J. Pharmac., **80**, 51-62 (1992).

95. Methylprednisolone Esters of Hyaluronic Acid in Ophthalmic Drug Delivery: In Vitro and In Vivo Release Studies. K. Kyyronen, L. Hume, L. Benedetti, A. Urtti., E. Topp, and V. J. Stella, Int. J. Pharmac., **80**, 161-169 (1992).

96. Drug Release from Membranes of Hyaluronic Acid and Its Esters. H. N. Joshi, V. J. Stella and E. M. Topp, J. Cont. Rel., **20**, 109-122 (1992).

97. Is ICRF-187 ((+)1,2-bis(3,5-dioxopiperazinyl-1-yl)propane) Unusually Reactive for an Imide. J. Sisco and V. J. Stella, Pharm. Res., **9**, 1076-1082 (1992).

98. An Unexpected Hydrolysis pH-Rate Profile, at pH values less than 7, of the Labile Imide, ICRF-187; (+)1,2-bis(3,5-dioxopiperazinyl-1-yl)propane. J. Sisco and V. J. Stella, Pharm. Res., **9**, 1209-1214 (1992).

99. Kinetics and Mechanism of Isomerization of Cyclosporin A. I. R. Oliyai and V. J. Stella, Pharm. Res., **9**, 617-622 (1992).

100. Drug Release from Hydrocortisone Esters of Hyaluronic Acid: Influence of Ester Hydrolysis Rate on Release Rate, L. Goei, L. Benedetti, F. Biviano, L. Callegaro, E. Topp, and V. J. Stella, Proc. 4th Int. Conf. Poly. Med: Biomed. Pharm. Appl., Technomic Publishing, Lancaster, PA, 1992, pp. 85-92.

101. Polymeric Prodrugs: Recent Experience with Devices Formed from Steroid Esters of Hyaluronic Acid, H. Joshi, L. Hume, L. Benedetti, L. Callegaro, V. J. Stella, and E. Topp, Proc. 4th Int. Conf. Poly. Med: Biomed. Pharm. Appl., Technomic Publishing, Lancaster, PA, 1992, pp. 93-101.

102. The Determination of the Amphiphilic Properties of a Prodrug (DDMS) of Phenytoin in Aqueous Media, D. G. Muller, V. J. Stella and A. P. Lotter, Int. J. Pharmac., **86**, 175-186 (1992)

103.  Enzymic and Non-enzymic Hydrolysis of a polymeric Prodrug: Hydrocortisone Esters of Hyaluronic Acid, L. G. Rajewski, A. A. Stinnett, V. J. Stella and E. M. Topp, **80**, 205-213 (1992)

104.  Kinetics of the Acid Catalyzed Hydrolysis of $O^6$-Benzylguanine, M. Safadi, D. S. Bindra, T. Williams, R. C. Moschel and V. J. Stella, Int. J. Pharmac., **90**, 239-246 (1993).

105.  Rapid Expansion from Supercritical Solutions: Application to Pharmaceutical Processess, E. M. Phillips and V. J. Stella, Int. J. Pharmac., **94**, 1-10 (1993).

106.  Characterization of Sulphoalkyl Ether Derivatives of β-Cyclodextrin by Capillary Electrophoresis with Indirect UV Detection, R. J. Tait, D. J. Skanchy, D. O. Thompson, N. C. Chetwyn, D. A Dunshee, R. A. Rajewski, V. J. Stella and J. F. Stobaugh, J. Pharm. Biomed. Anal., **9**, 615-622 (1992).

107.  A Liquid Chromoatgraphic Method for the Determination of the Enantiomeric Purity of the Anticancer Drug, 9-Amino-20(S)-camptothecin, J. Kagel, V. J. Stella and C. Riley, J. Pharm. Biomed. Anal., **11**, 793-802 (1993).

108.  A Numerical Convective-Diffusion Model for the Dissolution of Neutral Compounds Under Laminar Flow Conditions, S. Neervannan, J. Reinert, V. J. Stella and M. Z. Southard, Int. J. Pharmac., **96**, 167-174 (1993).

109.  Phosphoryloxymethyl Carbamates and Carbonates-Novel Water-Soluble Prodrugs for Amines and Hindered Alcohols, M. Safadi, R. Oliyai and V. J. Stella, Pharm. Res., **10**, 1350-1355 (1993).

110.  Plasma Pharmacokinetics of the Lactone and Carboxylate Forms of 20(S)-Camptothecin in Anesthetized Rats, D. O. Scott, D. S. Bindra and V. J. Stella, Pharm. Res. **10**, 1451-1457 (1993).

111.  Diffusion of Macromolecules in Membranes of Hyaluronic Acid Esters, D. Papini, V. J. Stella and E. M. Topp, J. Cont. Rel., **27**, 47-57 (1993).

112.  Gellan -Based Systems for Ophthalmic Sustained Delivery of Methylprednisolone, Y. D. Sanzgiri, S. Maschi, V. Crescenzi, L. Callegaro, E. M. Topp and V. J. Stella, J. Control. Rel., **26**, 195-201 (1993).

113.  Evaluation of Mucoadhesive Properties of Hyaluronic Acid Benzyl Esters, Y. D. Sanzgiri, E. M. Topp, L. Benedetti and V. J. Stella, Int. J. Pharm., **107**, 91-97 (1994).

114.   Kinetics of Acid-Catalyzed Degradation of Cyclosporin A and its Analogs in Aqueous Solution, R. Oliyai, M. Safadi, P. G. Meier, M-K Hu, D. H. Rich and V. J. Stella, Int. J. Petide Protein Res., **43**, 239-247 (1994).

115.   Degradation of $O^6$-Benzylguanine in Aqueous Polyethylene Glycol (PEG) 400 Solutions; Concerns with Formaldehyde in Peg 400, D. Bindra, T. D. Williams and V. J. Stella, Pharm. Res, **11**, 1060-1064 (1994).

116.   A Convective-Diffusion Model for Dissolution of Two Noninteracting Drug Mixtures from Cocompressed Pellets Under Laminar Hydrodynamic Conditions, S. Neervannan, M. Z. Southard and V. J. Stella, Pharm. Res., **11**, 1288-1295 (1994).

117.   Dependence of Dissolution Rate on Surface Area: Is a Simple Linear Relationship Valid for Co-compressed Drug Mixtures, S. Neervannan, M. Z. Southard and V. J. Stella, Pharm. Res., **11**, 1391-1395 (1994).

118.   Factors Affecting the Deamindation of Vancomycin in Aqueous Solutions, A. S. Antipas, D. Vander Velde and V. J. Stella, Int. J. Pharm., **109**, 261-269 (1994).

119.   The Importance of Structural Factors on the Rate and Extent of N,O-Acyl Migration in Cyclic and Linear Peptides, R. Oliyai, T. J. Siahaan and V. J. Stella, Pharm. Res., **12**, 323-328 (1995).

120.   Urinary and Biliary Disposition of the Lactone and Carboxylate Forms of 20(S)-Camptothecin in Rats, D. O. Scott, D. S. Bindra, S. C. Sutton and V. J. Stella, Drug Met. Disp., **22**, 438-442 (1994).

121.   Kinetics of Rearrangement and Hydrolysis of Amino Acid Derivatives of Prazosin, N. L. Pochopin, W. N. Charman and V. J. Stella, Int. J. Pharm., **105**, 169-176 (1994).

122.   Amino Acid Derivatives of Dapsone as Water Soluble Prodrugs, N. L. Pochopin, W. N. Charman, N. L. Pochopin and V.J. Stella, Int. J. Pharm., **121**, 157-167 (1995).

123.   Pharmacokinetics of Amino Acid Prodrugs of Dapsone in Rabbits, N. L. Pochopin, W. N. Charman and V. J. Stella, Drug Met. Disp., **22**, 770-775 (1994).

124.   Ocular Sustained Delivery of Prednisolone using Hyaluronic Acid Benzyl Ester Films, L. R. Hume, H. Y. K. Lee, L. Benedetti, Y. D. Sanzgiri, E. M. Topp and V. J. Stella, Int. J. Pharm., **111**, 295-298 (1994).

125.   Effect of pH on Theophylline Release from Partially Esterified Alginic Acid Matrices, L. D. Simon, L. Ruiz-Cardona, E. M. Topp and V. J. Stella, Drug Dev. Ind. Pharm., **20**, 2341-2351 (1994).

126.    Determination of the Position of the Ester Bond in a Micellar Prodrug of Phenytoin, D. G. Müller, V. J. Stella and A. P. Lötter, Int. J. Pharm., **102**, 109-116 (1994).

127.    The Effect of SBE4-β-CD on I.V. Methylprednisolone Pharmacokinetics in Rats: Comparison to a Co-Solvent Solution and Two Water Soluble Prodrugs, V. J. Stella, H. Y. Lee and D. O. Thompson, Int. J. Pharm., **120**, 189-195 (1995).

128.    The Effect of SBE4-β-CD on I.M. Prednisolone Pharmacokinetics and Tissue Damage in Rabbits:  Comparison to a Co-Solvent Solution and a Water Soluble Prodrug, V. J. Stella, H. Y. Lee and D. O. Thompson, Int. J. Pharm., **120**, 197-204 (1995).

129.    Sulfobutyl Ether β-Cyclodextrin (SBE-β-CD) in Eyedrops Improves the Tolerability of a Topically Applied Pilocarpine Prodrug in Rabbits, T. Jarvinen, K. Jarvinen, A. Urtti, D. Thompson and V. J. Stella, J. Ocul. Pharmacol. Ther., **11**, 95-106 (1995).

130.    The Effect of a Modified β-Cyclodextrin, SBE4-β-CD, on the Aqueous Stability and Ocular Absorption of Pilocarpine, T. Jarvinen, K. Jarvinen, D. Thompson and V. J. Stella, Cur. Eye Res., **13**, 897-905 (1994).

131.    Application of Benzyl Hyaluronate Membranes as Wound Dressings: Evaluation of Water Vapor and Gas Permeabilities and Mechanical Properties, L. Ruiz-Cardona, Y. D. Sanzgiri, V. J. Stella and E. M. Topp, Biomaterials, **17**, 1639-1643 (1996).

132.    Sulfobutyl Ether β-Cyclodextrin as a Chiral Discriminator for Use with Capillary Electrophoresis,  R. J. Tait, D. O. Thompson, V. J. Stella and J. F. Stobaugh, Anal. Chem., **66**, 4013-4018 (1994).

133.    β-Cyclodextrin Derivatives, SBE4-β-CD and HP-β-CD, Increase the Oral Bioavailability of Cinnarizine in Beagle Dogs, T. Jarvinen, K. Jarvinen, N. Schwarting and V. J. Stella, J. Pharm. Sci., **84**, 295-299 (1995).

134.    Preliminary Toxicology and Histopathology of Sulfoalkyl Ether β-Cyclodextrin Derivatives, R. Rajewski, G. Traiger, J. Bresnahan, V. J. Stella and D. O. Thompson, J. Pharm. Sci., **84**, 927-932 (1995).

135.    The Effect of a Parenterally Safe, Anionic β-Cyclodextrin Derivative, Variably Substituted Alkylsulfonates (SBE4-β-CD), on I.V. Methylprednisolone Pharmacokinetics in Rats, V. J. Stella, H. K. Lee and D. O. Thompson, Proc. 7th Int. Cyclodextrin Symp., 365-368 (1994).

136.    The Effect of a Parenterally Safe, Anionic β-Cyclodextrin Derivative, SBE4-β-CD, on I.M. Tissue Damage and Prednisolone Pharmacokinetics in Rabbits, V. J. Stella, H. K. Lee and D. O. Thompson, Proc. 7th Int. Cyclodextrin Symp., 369-372 (1994).

137.    The Analysis of Anionically Modified Cyclodextrins by Capillary Electrophoresis, V. J. Stella, E. Luna, R. J. Tait, J. F. Stobaugh and D. O. Thompson, Proc. 7th Int. Cyclodextrin Symp., 198-201 (1994).

138.    Different Mode of Interaction of Chlorpromazine with Sulphated and Sulphoalkylated Cyclodextrins and Effects on Erythrocyte Membranes, K. Shiotani, K. Uehata, K. Ninomiya, T. Irie, K. Uekama, D. O. Thompson and V. J. Stella, Proc. 7th Int. Cyclodextrin Symp., 492-495 (1994).

139.    Effect of SBE4-β-CD, a Sulfobutyl Ether β-Cyclodextrin, on the Stability and Solubility of $O^6$-Benzylguanine (NSC-637037) in Aqueous Solutions, B. A. Gorecka, D. S. Bindra, Y. D. Sanzgiri and V. J. Stella, Int. J. Pharm., **125**, 55-61 (1995).

140.    Structural Factors Affecting O,N-Acyl Transfer in O-Peptide Prodrugs of Peptides, R. Oliyai and V. J. Stella, Bioorg. Med. Chem. Let. **5**, 2735-2740 (1995).

141.    Differential Effects of Sulfate and Sulfobutyl Ether of β-Cyclodextrin on Erythrocycte Membranes *In Vitro*, K. Shiotani, K. Uehata, T. Irie, K. Uekama, D. O. Thompson, and V. J. Stella, Pharm. Res., **12**, 78-84 (1995).

142.    Evaluation of the Utility of Capillary Electrophoresis (CE) for the Analysis of Sulfobutylether Cyclodextrin Mixtures, E. A. Luna, E. R. N. Bornancini, R. J. Tait, D. O. Thompson, J. F. Stobaugh, R. A. Rajewski, and V. J. Stella, J. Pharm. Biomed. Analysis, **15** (1) 63-71(1996).

143.    The Interaction of Charged and Uncharged Drugs with Neutral (HP-β-CD) and Anionically Charged (SBE7-β-CD) β-Cyclodextrins, K. Okimoto. R. R. Rajewski, K. Uekama, J. J. Jona and V. J. Stella, Pharm. Res., **13**, 256-264 (1996).

144.    Modified β-Cyclodextrin (SBE7-β-CD) with Viscous Vehicle Improves the Ocular Delivery and Tolerability of Pilocarpine Prodrug in Rabbits.  P. Jarho, K. Jarvinen, A. Urtti, V. J. Stella, T. Jarvinen, J. Pharm. Pharmacol., **48**, 263-269 (1996).

145.    Derivatives of Melphalan Designed to Enhance Drug Accumulation in Cancer Cells. L. Kupczyk-Subotkowska, K. Tamara, D. Pay, T. J. Siahaan, V. J. Stella and R. T. Borchardt, J. Drug Targeting, **4**, 359-370 (1997).

146.    Isolation and Magnetic Resonance Characterization of Monosubstituted Sulfobutyl ether β-Cyclodextrin.  E. A. Luna, D. Vander Velde, R. J. Tait, D. O. Thompson, R. A. Rajewski and V. J. Stella, Carbohyd. Res. **299**, 111-118 (1997).

147.    Fractionation and Characterization of Sulfobutyl ether β-Cyclodextrin Mixtures. E. A. Luna, E. R. Bornancini, D. O. Thompson, R. A. Rajewski and V. J. Stella, Carbohyd. Res. **299**, 103-110 (1997).

148.    Esterase-Sensitive Cyclic Prodrugs of Peptides:  Evaluation of an Acyloxyalkoxy Pro-moiety in a Model Hexapeptide. G. M. Pauletti, S. Gangwar, F. W. Okumu, T. J. Siahaan, V. J. Stella and R. T. Borchardt, Pharm. Res., **13**, 1613-1621 (1996).

149.    Synthesis of a Novel. Esterase-Sensitive Cyclic Prodrug of a Model Hexapeptide Using an Acyloxyalkoxy Promoiety.  S. Gangwar, G. M. Pauletti, T. J. Siahaan, V. J. Stella and R. T. Borchardt, J. Org. Chem., **62**, 1356-1362 (1997).

150.    Effect of Alkyl Chain Length and Degree of Substitution on the Complexation of Sulfoalkyl Ether β-Cyclodextrins with Steroids.  V. Zia, E. R. Bornancini, E. A. Luna, R. A. Rajewski and V. J. Stella, J. Pharm. Sci., **86**, 220-224 (1997).

151.    The Effect of Conformation on Membrane Permeability of an Acyloxyalkyloxy-linked Cyclic Prodrug of a Model Hexapeptide.  S. Gangwar, S. D. S. Jois, T. J. Siahaan, D. G. Vander Velde, V. J. Stella and R. T. Borchardt, Pharm. Res., **13**, 1657-1662 (1996).

152.    SBE7-β-CD, a New, Novel and Safe Polyanionic β-Cyclodextrin Derivative: Characterization and Biomedical Applications.  V. J. Stella,  Proc. 8th Int. Cyclodextrin Symp., Kluwer Academic Publishers, J. Szejtli and L. Szente (eds.), 471-476 (1996).

153.    SBE7-β-CD with Viscous Vehicle Improves the Ocular Delivery and Tolerability of Pilocarpine Prodrug, P. Jarho, K. Jarvinen, A. Urtti, V. J. Stella, T. Jarvinen, Proc. 8th Int. Cyclodextrin Symp., Kluwer Academic Publishers, J. Szejtli and L. Szente (eds.), 399-402 (1996).

154.    Effect of Alkyl Chain Length and Degree of Substitution on Complexation of Sulfoalkyl β-Cyclodextrins with Testosterone and Progesterone.  V. Zia, E. R. Bornancini, E. A. Luna, R. A. Rajewski, and V. J. Stella, Proc. 8th Int. Cyclodextrin Symp., Kluwer Academic Publishers, J. Szejtli and L. Szente (eds.), 259-262 (1996).

155.    Characterization of Sulfobutyl Ether β-Cyclodextrin Mixtures.  E. A. Luna, E. R. Bornancini, D. O. Thompson, R. A. Rajewski, and V. J. Stella, Proc. 8th Int. Cyclodextrin Symp., Kluwer Academic Publishers, J. Szejtli and L. Szente (eds.), 133-136 (1996).

156. Protein Transport Across Hyaluronic Acid ester Membranes: Evaluation of Ribonuclease A as a Potentially Useful Model Protein. L. D. Simon, W. N. Charman, S. A. Charman, and V. J. Stella, J. Controlled Rel., **45**, 273-285 (1997).

157. Conjugation with L-Glutamic Acid for Brain Drug Delivery, T. Sakaeda, Y. Tada, T. Sugiwara, T. Ryu, F. Hirose, T. Yoshikawa, K. Hirano, L. Kupczyk-Subotkowska, T. Siahaan, K. Audus and V. J. Stella, Proc. Intern. Symp. Rel. Bioact. Mater., **23**, 607-608 (1996).

158. Prodrug Strategies to Enhance the Intestinal Absorption of Peptides. S. Gangwar, G. M. Pauletti, B. Wang, T. J. Siahaan, V. J. Stella and R. T. Borchardt, Drug Discovery Today, **2**, 22-29 (1997).

159. Novel Esterase-Sensitive Cyclic Prodrugs of a Model Hexapeptide Having Enhanced Membrane Permeabilty and Enzymatic Stability. S. Gangwar, G. M. Pauletti, B. Wang, T. J. Siahaan, V. J. Stella and R. T. Borchardt, Proc. XIV th Int. Symp. Med. Chem., 27-34 (1997).

160. Synthesis of an Esterase-Sensitive Prodrug of a Model Hexapeptide Having Enhanced Membrane Permeability and Enzymatic Stability Using an Acyloxyalkoxy Promoiety. S. Gangwar, G. M. Pauletti, T. J. Siahaan, V. J. Stella and R. T. Borchardt, in Peptidomimetic Protocols (W. M. Kazmierski, Ed.), The Humana Press, Totowa, NJ, pp. 37-52, 1998.

161. The Use of Cyclodextrins in Ophthalmic Formulations of Diprivefrin. P. Jarho, K. Jarvinen, A. Urtti, V. J. Stella, T. Jarvinen, Int. J. Pharm., **153**, 225-233 (1997).

162. Increased Shelf-Life of Fosphenytoin: Solubilization of a Degradant, Phenytoin, through Complexation with $(SBE)_{7M}$-β-CD. S. Narisawa and V. J. Stella, J. Pharm. Sci., **87**, 926-930 (1998).

163. Comparison of the Effects of Potential Parenteral Vehicles for Poorly Water Soluble Anti-Cancer Drugs (Organic Cosolvents and Cyclodextrin Solutions) on Cultured Endothelial Cells (HUV-EC). N. Medlicott, K. A. Foster, K. L. Audus, S Gupta and V. J. Stella, J. Pharm. Sci., **87**, 1138-1143 (1998).

164. Design and Evaluation of an Osmotic Pump Tablet (OPT) for Prednisolone, a Poorly water Soluble Drug using $(SBE)_{7M}$-β-CD. K. Okimoto, M. Miyake, M. Yasumura, N. Ohnishi. R. A. Rajewski, V. J. Stella, T. Irie and K. Uekama. Pharm. Res. **15**, 1562-1568 (1998).

165. Release of Testosterone from an Osmotic Pump Tablet Utilizing $(SBE)_{7M}$-β-Cyclodextrin as Both a Solubilizing and Osmotic Agent. . K. Okimoto, R. A. Rajewski, and V. J. Stella, J. Control. Rel. 58, 29-38 (1999).

166. Stability of Rifabutin in an Extemporaneously Compounded Oral Liquid. J. L. Haslam, K. L. Egodage, W. Chen, R. A. Rajewski and V. J. Stella, Amer. J. Health-System Pharm.,**56**, 333-336 (1999).

167. Some Relationships between the Physical Properties of Various 3-Acyloxymethyl Prodrugs of Phenytoin to Structure: Potential In Vivo Performance Implications. V. J. Stella, S. Martodihardjo and V. M. Rao, J. Pharm. Sci., **87**, 1235-1241 (1998).

168. Halohydrin Analogues of Cryptophycin 1: Synthesis and Biological Activity, G. I. Georg, S. M. Ali, V. J. Stella, W. N. Waugh, and R. H. Himes, Bioorg. Med. Chem. Lett., **8**, 1959-1962 (1998).

169. A Novel Prodrug Approach for Tertiary Amines: Synthesis and Preliminary Evaluation of N-Phosphonooxymethyl Prodrugs, J. P. Krise, J. Zygmunt, G. I. Georg, and V. J. Stella, J. Med. Chem.,**42**, 3094-3100 (1999).

170. A Novel Prodrug Approach for Tertiary Amines, 2: Physicochemical and In Vitro Enzymatic Evaluation of N-Phosphonooxymethyl Prodrugs, J. P. Krise, S. Narisawa, and V. J. Stella, J. Pharm. Sci. **88**, 922-927 (1999).

171. A Novel Prodrug Approach for Tertiary Amines, 3: In Vivo Evaluation of two N-Phosphonooxymethyl Prodrugs in Rats and Dogs, J. P. Krise, W. N. Charman, S. A. Charman, and V. J. Stella, J. Pharm. Sci., **88**, 928-932 (1999).

172. Design and Evaluation of an Osmotic Pump Tablet (OPT) for Chlorpromazine using (SBE)$_{7M}$-β-CD, . K. Okimoto, A. Ohike, R. Ibuki, O. Aoki, N. Ohnishi, T. Irie, K. Uekama, R. A. Rajewski, and V. J. Stella. Pharm. Res.**16**, 549-554 (1999).

173. Thermal Properties and Processing of (SBE)$_{7M}$-β-CD as a Freeze-Drying Excipient in Pharmaceutical Formulations, D. Q. Ma, R. A. Rajewski, and V. J. Stella. STP Pharma Sci., **9**, 261-266 (1999).

174. Factors Affecting Membrane-Controlled Drug Release for an Osmotic Pump Tablet (OPT) Utilizing (SBE)$_{7M}$-β-CD as Both a Solubilizer and Osmotic Agent, K. Okimoto, A. Ohike, R. Ibuki, O. Aoki, N. Ohnishi, R. A. Rajewski, V. J. Stella T. Irie, and K. Uekama. J. Cont. Rel. **60**, 311-319 (1999).

175. Aqueous Solubility and Dissolution Rate Does Not Adequately Predict In Vivo Performance: A Probe Utilizing Some N-Acyloxymethyl Phenytoin Prodrugs, V. J. Stella, S. Martodihardjo and V. M. Rao, J. Pharm. Sci., **88**, 775-779 (1999).

176. The Use of (SBE)$_{7m}$-β-CD (Captisol®) as a Solubilizing and Osmotic Agent for Controlled and Complete Oral Delivery of Poorly Waters Soluble Drugs, V. J. Stella, K. Uekama, T. Irie, V. M. Rao, E. A. Zannou, R. A. Rajewski, S. Shiraishi,

and K. Okimoto, in Proceedings of the 9th International Symposium on Cyclodextrins, Santiago de Compostela, Spain,J. J. Torres Lababdeira and J. L. Vila Jato (Eds), Kluwer Publishing, 459-462 (1999).

177.    Design and Evaluation of a Porosity Controlled Osmotic Pump Tablet for Chlorpromazine using (SBE)$_{7m}$-β-CD, K. Okimoto, M. Miyake, O. Aoki, N. Ohnishi, T. Irie, K. Uekama , R. A. Rajewski, and V. J. Stella, in Proceedings of the 9th International Symposium on Cyclodextrins, Santiago de Compostela, Spain,J. J. Torres Lababdeira and J. L. Vila Jato (Eds), Kluwer Publishing, 285-288 (1999).

178.    Effect of (SBE)$_{7m}$-β-CD on Methylprednisolone Transport Across Ethylcellulose Microporous Membranes, E. A. Zannou, S. Shiraishi, V. M. Rao, and V. J. Stella, in Proceedings of the 9th International Symposium on Cyclodextrins, Santiago de Compostela, Spain,J. J. Torres Lababdeira and J. L. Vila Jato (Eds), Kluwer Publishing, 445-448 (1999).

179.    A Novel Chemical Delivery System for Brain Targeting, T. Yoshikawa, T. Sakaeda (nee Kakutani), T. Sugawara, K. Hirano, V. J. Stella, Adv. Drug Del. Rev., **36**, 255-275 (1999).

180.    Variation in the Diffusion and Release of Ribonuclease Through and from Esterified Hyaluronic Acid Membranes: Effect of Changes in Matrix Characteristics. L.D. Simon, V.J. Stella, W.N. Charman, and S.A. Charman, J. Cont. Release, **61**, 159-164 (1999).

181.    Mechanisms Controlling Diffusion and Release of Model Proteins Through and from Partially Esterified Hyaluronic Acid Membranes. L.D. Simon, V.J. Stella, W.N. Charman, and S.A. Charman, J. Cont. Release, **61**, 267-279 (1999).

182.    New Injectable Melphalan Formulations Utilizing (SBE)$_{7M}$-β-CD or HP-β-CD, D. Q. Ma, R. A. Rajewski, and V. J. Stella.  Int. J. Pharm. **189**, 227-234 (1999).

183.    Mechanisms of Drug Release from Hyaluronic Acid Esters, L. Rajewski, E. Topp, E. Phillips and V. J. Stella,in Redefining Hyaluronan, G. Abatangelo and P. H. Weigel (Eds), Exerpta Medica, International Congress Series 1196, 149-161 (2000).

184.    Green Process Concepts for the Pharmaceutical Industry, B. Subramaniam, S. Siam, R. Rajewski and V. J. Stella, In P. Anastas, L. Heine and T. Williamson (eds.) Green Processing; ACS Symposium Series 766,.pp. 96-110; 2000 American Chemical Society, Washington, D.C.

185.    Cyclodextrin-Catalyzed Deacetylation of Spironolactone is pH and Cyclodextrin Dependent, Pekka Jarho, David Vander Velde and Valentino J. Stella, J. Pharm. Sci., **89**, 241-249 (2000).

186.    Comparison Between (SBE)$_{7M}$-β-CD and HP-β-CD in the Stabilization of Two Anti-neoplastic Agents Melphalan and Carmustine, D. Q. Ma, R. A. Rajewski, D. Vander Velde and V. J. Stella.  J. Pharm. Sci. **89**, 275-287 (2000).

187.    Enhancement of Transport of D-Melphalan Analogue by Conjugation with L-Glutamate Across Bovine Brain Microvessel Endothelial Cell Monolayers. T. Sakaeda, T. J. Siahaan, K. L. Audus and V. J. Stella, J. Drug Targeting, **8**, 195-204 (2000).

188.    Degradation Pathways of a Peptide Boronic Acid Derivative, 2-Pyz-(CO)-Phe-Leu-B(OH)$_2$, S. Wu, W. Waugh and V. J. Stella, J. Pharm. Sci., **89**, 758-765 (2000).

189.    Effect of Conformation on the Rate of Deamidation of Vancomycin in Aqueous Solutions.  A. S. Antipas, D. G. Vander Velde, T. J. Siahaan, V. J. Stella, J. Pharm. Sci., **89**, 742-750 (2000).

190.    Thermodynamics of Binding of Neutral Molecules to Sulfobutyl Ether β-Cyclodextrins (SBE-β-CDs): The Effect of Total Degree of Substitution. V. Zia, R. A. Rajewski and V. J. Stella, Pharm. Res., **17**, 936-941 (2000).

191.    Conjugation with L-Glutamate for in vivo Brain Drug Delivery.  T. Sakaeda, Y. Tada, T. Sugiwara, T. Ryu, F. Hirose, T. Yoshikawa, K. Hirano, L. Kupcyzk-Subotkowska, T. J. Siahaan, K. L. Audus and V. J. Stella, J. Drug Targeting, **9**, 23-37, 2001

192.    Controlled and Complete Release of a Model Poorly Water Soluble Drug, Prednisolone, from HPMC Matrix Tablets Using (SBE)$_{7m}$-β-CD as a Solubilizing Agent.  V. M. Rao, J. L. Haslam and V. J. Stella, J. Pharm. Sci.,**90**, 807-816 (2001).

193.    Flow and Tableting Properties of (SBE)$_{7M}$-β-CD, S. Sotthivirat, J. L. Haslam and V. J. Stella, Proceedings of the 10th International Symposium on Cyclodextrins, Ann Arbor, MI, Kluwer Publishing, CD publication..

194.    The Osmotic Properties of Sulfobutylether and Hydroxypropyl Derivatives of Cyclodextrins, E. A. Zannou, W. H. Streng and V. J. Stella, , Pharm. Res., **18**, 1226-1231 (2001).

195.    Effect of Cyclodextrin Charge on Complexation of Neutral and Charged Substrates: Comparison of (SBE)$_{7m}$-β-CD to HP-β-CD.  V. Zia, R. A. Rajewski and V. J. Stella, Pharm. Res., **18**, 667-673 (2001).

196.    The Effect of Cyclodextrin and pH on Cyclodextrin-Catalyzed Deacetylation of Spironolactone, P. Jarho, D. Vander Velde and V. J. Stella, Proceedings of the

10th International Symposium on Cyclodextrins, Ann Arbor, MI, Kluwer Publishing, CD publication.

197.  Some Unique Properties and Pharmaceutical Applications of Anionically Charged Cyclodextrins, V. J. Stella, Proceedings of the 10th International Symposium on Cyclodextrins, Ann Arbor, MI, Kluwer Publishing, CD publication.

198.  The Pharmaceutical Use of Captisol[®]: Some Surprising Observations, Valentino J. Stella, Venkatramana M. Rao and Erika A. Zannou, J. Incl. Phen. Macro. Chem., **44**, 29-33 (2002).

199.  Cyclodextrin Utility Number; A Tool to Assess the Feasibility of Using Cyclodextrins as Solubilizers of Poorly Soluble Drugs, V. Rao and V. J. Stella, J. Pharm. Sci., **92**, 927-932 (2003).

200.  Degradation of NSC-281612 (4-[bis[2-[methylsulfonyl)oxy]ethyl]amino]-2-methyl-benzaldehyde, an Experimental Antineoplastic Agent: the Effect of pH, Solvent Composition, (SBE)$_{7m}$-β-CD to HP-β-CD on Stability, M. Jumaa, L. Chimilio, S. Chinnaswamy, S. Silchenko and V. J. Stella, J. Pharm. Sci., **93**, 532-539 (2004)

201.  A Mechanistic and Kinetic Study of the E-Ring Hydrolysis and Lactonization of a Novel Phosphoryloxymethyl Prodrug of Camptothecin, Bradley A. Hanson, Richard L. Schowen, and Valentino J. Stella, Pharm. Res. **20**, 1031-8 (2003)

202.  Photostability of 2-hydroxymethyl-4,8-dibenzo[1,2-b:5,4-b']dithiophene-4,8-dione (NSC 656240), a potential anticancer drug. S. Silchenko, C. Schoneich, B. J. Carlson, V. J. Stella, Int J Pharm., **264**, 97-105 (2003).

203.  Binding Constants for Aromatic Amino Acids and Their Dipeptides with Sulfobutyl Ether β-Cyclodextrin Determined Using Capillary Electrophoresis, M. Miyajima, T. Ozeki and V. J. Stella, J. Drug Del. Sci. Tech.,

204.  Kinetics and Mechanism of Degradation of Epothilone D: An Experimental Anticancer Agent, M. Jumaa, C. Carlson, L. Chimilio and V. J. Stella, J. Pharm. Sci, **93**, 2953-2961 (2004).

205.  Phase Solubility and Structure of the Inclusion Complexes of Prednisolone and 6α-Methylprednisolone with Various Cyclodextrins, K. L. Larsen, F. L. Aachmann, R. Wimmer, V. J. Stella and U. M. Kjolner, J. Pharm. Sci., **94**, 507-515 (2005).

206.  Applicability of (SBE)$_{7m}$-β-CD in Contolled-Porosity Osmotic Pump Tablets (OPTs), K. Okimoto, A. Ohike, R. Ibuki, T. Irie, K. Uekama, R. A. Rajewski, and V. J. Stella, Int. J. Pharm., **286**, 81-8 (2004)

207.    Synthesis and characterization of new sulfoalkyl-alkyl-ether cyclodextrin derivatives, S. Tongiani, D. Vander Velde and V. J. Stella, Proceedings of the 12th International Cyclodextrin Symposium, Montpellier, France, 141-144 (2004).

208.    Influence of SBE-$\gamma$-CD ethylation on 9-$NO_2$-Paullone solubilization. S. Silchenko, S. Tongiani, and V. J. Stella. Proceedings of the 12th International Cyclodextrin Symposium, Montpellier, France, 375-378 (2004).

209.    Analysis of adaphostin-chemcially modified cyclodextrins complexes with NMR diffusion measurements.  S. Tongiani, D Vander Velde, S. Silchencko, L. Chimilio and V. J. Stella. Proceedings of the 12th International Cyclodextrin Symposium, Montpellier, France, 499-502 (2004).

210.    Binding constants for aromatic amino acids and their dipeptides with SBE7-$\beta$-CD using CE chromatography.  M Miyajima, T. Ozeki and V. J. Stella Proceedings of the 12th International Cyclodextrin Symposium, Montpellier, France, 495-498 (2004).

**Papers Submitted or in Preparation**

1..    Long-Term Stability and Formulation of a Novel Phosphoryloxymethyl Prodrug of Camptothecin, Bradley A. Hanson and Valentino J. Stella, J. Pharm. Sci., submitted.

2.    Chemical Stability and Conformational Analysis of Vancomycin Analog [1]N-acetyl Vancomycin, A. S. Antipas, D. G. Vander Velde, S. D. S. Jois, V. J. Stella, J. Pharm. Sci., submitted.

3.    Plasma Pharmacokinetics of the Lactone and Carboxylate Forms of the POM Prodrug of Camptothecin and Camptothecin in Rats, Bradley A. Hanson, Michelle P. McIntosh,  David G. Kosednar, Roger A. Rajewski, and Valentino J. Stella, in final preparation.

4.    Kinetics of E-Ring Opening and Closing of 21-Amino, 21-desoxy Camptothecin in Aqueous Solution, M. Josan, S. Silchenko and V. J. Stella, in preparation.

5.    A Case for Prodrugs, Valentino J. Stella, in "Prodrugs: Challenges and Rewards" V. J. Stella (ed.) AAPS Press, 2005.

6.    Parenteral Prodrugs, Jeffrey Hemenway and Valentino J. Stella, in "Prodrugs: Challenges and Rewards"  V. J. Stella (ed.) AAPS Press, 2005.

7.    A Functional Group Approach to Prodrugs: Alcohols and Phenols, Sandeep Dhareshwar and Valentino J. Stella, in "Prodrugs: Challenges and Rewards"  V. J. Stella (ed.) AAPS Press, 2005.

8.     A Functional Group Approach to Prodrugs: Amides, Imides and Hydantoins, Victor Guarino and Valentino J. Stella, in "Prodrugs: Challenges and Rewards" V. J. Stella (ed.) AAPS Press, 2005.

9.     A Functional Group Approach to Prodrugs: Macromolecules, William Marinaro and Valentino J. Stella, in "Prodrugs: Challenges and Rewards" V. J. Stella (ed.) AAPS Press, 2005.

10.    A Functional Group Approach to Prodrugs: Alcohols and Phenols, Sandeep Dhareshwar and Valentino J. Stella, in "Prodrugs: Challenges and Rewards" V. J. Stella (ed.) AAPS Press, 2005.

11.    Fosphenytoin: A Prodrug of Phenytoin, , in "Prodrugs: Challenges and Rewards" V. J. Stella (ed.) AAPS Press, 2005.

12.    "Prodrugs: Challenges and Rewards" V. J. Stella (ed.) AAPS Press, 2005.

13.    Sulfoalkyl Ether-Alkyl Ether Cyclodextrin Derivatives, their Synthesis, NMR Characterization and Binding of $6\alpha$-Methylprednisolone, Serena Tongiani, David Vander Velde, Tetsuya Ozeki, and Valentino J. Stella, J. Pharm. Sci., submitted

14.    Prodrug Strategies for Improving Drug-Like Properties, Valentino J. Stella, in "Optimizing Drug Like Properties During Lead Optimization" AAPS Press, 2005.

## Reviews and Book Chapters

1.     The Chemical Modification of Drugs to Overcome Pharmaceutical Problems. Valentino J. Stella, Australian J. Pharm. Sci., **NS2/2**, 57-63 (1973).

2.     Pro-Drugs:  An Overview and Definition.  V. Stella.  Chapter 1, Book #14 of the American Chemical Society Symposium Series (Pro-Drugs Novel Drug Delivery System, T. Higuchi and V. Stella, eds.) 1975.

3.     Drug Substances in Particular Prodrugs - Problems and Methods of Approach. Valentino J. Stella in "Formulation and Preparation of Dosage Forms", J. Polderman, ed., Elsevier, North Holland Biomedical Press, p. 91-111, 1977.

4.     Prodrugs:  The Control of Drug Delivery Via Bioreversible Chemical Modification.  V.J. Stella, T.J. Mikkelson and J.D. Pipkin, in "Drug Delivery Systems", R.L. Juliano, ed., Oxford University Press.  Chapter 4, 1980.

5.     Critique of Prodrugs and Site-Specific Drug Delivery, V.J. Stella and K.J. Himmelstein in "Optimization of Drug Delivery", H. Bundgaard, A.B. Hansen and H. Kofod, eds., Alfred Benzon Symposium 17, Munksgaard, Copenhagen, 1982.

6.      Trends in Prodrug Research.  V.J. Stella, V.H. Naringrekar and W.N.A. Charman, Pharm. International, **5**, 276-279 (1984).

7.      Prodrugs:  Do They Have Advantages in Clinical Practice?  V.J. Stella, W.N.A. Charman and V.H. Naringrekar, Drugs, **29**, 455-473 (1985).

8.      Prodrugs:  A Chemical Approach to Targeted Drug Delivery:  Valentino J. Stella and Kenneth J. Himmelstein in "Directed Drug Delivery:  A Multidisciplinary Problem", R.T. Borchardt, A.J. Repta and V.J. Stella, eds., Humana Press, pp. 247-267 (1985).

9.      Site-Specific Drug Delivery Via Prodrugs.  V.J. Stella and K.J. Himmelstein, in "Prodrugs", H. Bundgaard, ed.,  Elsevier Biomedical Press ,pp.177-198(1985).

10.     Fundamentals of Drug Stability and Compatibility. Valentino J. Stella, in "Handbook of Injectable Drugs", L. Trissel, ed., American Society of Hospital Pharmacists, pp.XI-XXII (1986).

11.     The Physicochemical Properties of Quinolone Antimicrobials Variously substituted at C-7. Implications in the Development of Liquid Dosage Forms.  C. M. Riley, C. G. Kindberg, and V. J. Stella, Telesymposium on Quinolones. P. Fernandes ed., J. R. Prous Science, Barcelona, Spain, June 1989, pp. 21-36.

12.     Prodrugs and Site-Specific Drug Delivery.  Valentino J. Stella, in "Xenobiotic Metabolism and Disposition", R. Kato, R.W. Estabrook and M.N. Cayen editors. Taylor & Francis, London, 1989, pp. 109-116.

13.     Intestinal Lymphatic Transport of Lipophilic Molecules.  V. J. Stella and W. N. A. Charman, in Novel Drug Delivery and Its Therapeutic Application, L. F. Prescott and W. S. Nimmo (Eds.), J. Wiley and Sons, Sussex, England, 1989, Ch. 6, pp.57-68.

14.     Pharmacokinetics of Drug Targeting; Specific Implications to Targeting via Prodrugs.  Valentino J. Stella and Albert S. Kearney, in Targeted Drug Delivery, Vol. 100 of Handbook of Experimental Pharmacology, R. Juliano (Ed.), Springer-Verlag, Heidelberg, Germany, 1991, Ch.4, 71-103.

15.     Transport of Lipophilic Molecules by the Intestinal Lymphatic System.  W. N. Charman and V. J. Stella.  Advanced Drug Delivery Reviews, **7,** 1-14 (1991).

16.     Prodrugs and Lymphatic Drug Delivery.  V. J. Stella and N. L. Pochopin, in Lymphatic Drug Delivery, W. N. A. Charman and V. J. Stella, Eds,  CRC press, Boca Ratan, Fl., 1992, Ch. 5, 181-210.

17.  Prodrugs of Peptides and Proteins for Improved Formulation and Delivery, R. Oliyai and V. J. Stella, in Annual Reviews of Pharmacology and Toxicology, Vol., **32**, A. Cho (Ed.), Annual Reviews Inc, Palo Alto, CA, 521-544 (1993).

18.  Preface, V. J. Stella, in Low Molecular Weight Prodrugs. Advanced Drug Delivery Reviews, Vol., **19**, V. J. Stella (Ed.), Elsevier, Amsterdam, 111-114 (1996).

19.  A Case for Prodrugs, Fosphenytoin, V. J. Stella, in Low Molecular Weight Prodrugs. Advanced Drug Delivery Reviews, Vol., **19**, V. J. Stella (Ed.), Elsevier, Amsterdam, 311-330 (1996).

20.  Prodrugs of Phosphates, Phosphonates and Phosphinates, J. P. Krise and V. J. Stella, in Low Molecular Weight Prodrugs. Advanced Drug Delivery Reviews, Vol., **19**, V. J. Stella (Ed.), Elsevier, Amsterdam, 287-310 (1996).

21.  Pharmaceutical Applications of Cyclodextrins II. *In Vivo* Drug Delivery. R. A. Rajewski and V. J. Stella, J. Pharm. Sci., **85**, 1142-1169 (1996).

22.  Cyclodextrins: Their Future in Drug Formulation and Delivery. R. A. Rajewski and V. J. Stella, Pharm. Res., **14**, 556-567 (1997).

209.  Mechanisms of Drug Release from Cyclodextrin Complexes, V. J. Stella, V. M. Rao, E. A. Zannou, V. Zia, Adv. Drug Del. Rev., **36**, 3-16 (1999).

24.  My Mentors. V. J. Stella, J. Pharm. Sci.,.**90**, 969-978 (2001).

25.  Some Unique Properties and Pharmaceutical Applications of Modified Cyclodextrins, V. J. Stella, Proceedings of The Society of Cyclodextrins, Japan, September 25-26, 2000.

26.  Oral Controlled Release of Poorly Water Soluble Drugs Utilizing Captisol® as both a Solubilizer and Osmotic Agent, V. J. Stella, R. Rajewski, K. Okimoto, K. Uekama, T. Irie, S. Shiraishi, E. Zannou and V. Rao, Proceedings of The 27th International Symposium on Controlled Release of Bioactive Materials, Paris, France, July 2000.

27.  (SBE)$_{7M}$-β-CD or Captisol® - Possible Utilizations, V. J. Stella, Proceedings of the CRS Symposium Workshop, "What's New in Cyclodextrin Drug Delivery?" held in conjunction with The 27th International Symposium on Controlled Release of Bioactive Materials, Paris, France, July 2000.

28.  Prodrugs: A Year of Renewed Interest in an Old Concept, J. P. Krise and V. J. Stella, AAPS News Magazine, **6**, #12, 25 (2003)

29.     Prodrugs as Therapeutics, V. J. Stella, Expert Opin. Ther. Patents, **14**, 277-280 (2004)

**Books and Major Edited Journals**

1.     Pro-Drugs as Novel Drug Delivery Systems.  T. Higuchi and V. Stella, Book #14 of the American Chemical Society, Symposium Series (1975).

2.     Chemical Stability of Pharmaceuticals.  A Handbook for Pharmacists.  K.A. Connors, G.L. Amidon and V.J. Stella, 2nd edition, J. Wiley & Sons, New York, NY, (1986).

3.     Directed Drug Delivery:  A Multidisciplinary Approach.  R.T. Borchardt, A.J. Repta and V.J. Stella, Humana Press, Clifton, N.J. (1985).

4.     Lymphatic Drug Delivery. W. N. A. Charman and V. J. Stella, CRC Press, Boca Ratan, Fl. (1992).

5.     Low Molecular Weight Prodrugs.  V. J. Stella, Advanced Drug Delivery Reviews, Elsevier, Amsterdam, Vol 19, pp.111-332 (1996).

6.     Stability of Drugs and Dosage Forms. Sumie Yoshioka and Valentino J. Stella, Kluwer/Plenum Press, New York, NY, (2000).

**Patents**

1.     Esters of Hydantoic Acid.  T. Higuchi and V.J. Stella.  U.S. Patent #3,792,081, (February 12) 1974.

2.     Derivatives of 5,5-Diphenylhydantoin Exhibiting Enhanced Solubility and Therapeutic Use Thereof.  V.J. Stella and K.B. Sloan.  U.S. Patent #4,163,058 (July 31) 1979.

3.     A Synthetic Method of Pivaloyloxymethyl-7[2-(Cyanomethylthio)Acetamido]-2,2-Dideuterio-7- Methoxy-3-[[1-Methyl-1H-Tetrazol-5yl)thio]Methyl]-3-Cephem-4-Carboxylate.  T. Higuchi, V.J. Stella and T. Watanabe, Japanese Patent #55-70975 (May 28) 1980.

4.     7-Methoxy Cephalosporin Compound and Method of Synthesis.  T. Watanabe, T. Higuchi and V.J. Stella, Japanese Patent #56-167690 (December 23) 1981.

5.     5,5-Diphenylhydantoins.  V.J. Stella and K.B. Sloan.  U.S. Patent #4,260,769 (April 7) 1981.

6.    7-Methoxy Cephalosporin Compounds and Methods of its Synthesis.  II.  T. Watanabe, T. Higuchi and V. J. Stella, Japanese Patent #58-49387 (March 23) 1983.

7.    Enaminones as Potential Prodrugs of Primary and Secondary Amines.  V.J. Stella and V.H. Naringrekar,  Foreign patents issued in 1986/87.  US patent denied.

8.    Prodrugs of Rapamycin.  V.J. Stella and P. Kennedy,  US No.4,650,803, issued March 17, 1987.

9.    Carcinostatic Agents. V. J. Stella, L. Al-Razzak, and H. Kabbe, US granted, 1989.

10.    Derivatives of Taxol, Pharmaceutical Compositions Thereof and Methods for the Preparation Thereof.  V. J. Stella and A. E. Mathew, US patent # 4,960,790, Oct. 2, 1990

11.    Derivatives of Cyclodextrins Exhibiting Enhanced Aqueous Solubility and the Pharmaceutical Use Thereof.  V. J. Stella and R. Rajewski, US patent # 5,134,127, July 18, 1992.

12.    The Use of 3-(2'-Hydroxy-4',6'-dimethylphenyl)-3,3-Dimethylpropionic Acid and Acyloxyalkoxy Linkers to Make Esterase-Sensitive, Cyclic Prodrugs of Peptides and Peptide-Nucleic Acids", B. Wang, S. Gangwar, T. J. Siahaan, V. J. Stella and R. T. Borchardt, US Patent #5,672,584, September 30, 1997.

13.    Antiviral Phosphonomethoxy Nucleotide Analogs having Increased Oral Bioavilability, M. N. Arimilli, K. C. Cundy, J. P. Dougherty, C. U. Kim, R. Oliyai and V. J. Stella, US patent #5,977,089, November 2, 1999.

14.    Methods and Apparatus of Particle Micronization and Nanonization by Recrystallization from Organic Solutions Sprayed into a Compressed Antisolvent, B. Subramaniam, S. Said, R. A. Rajewski and V. Stella; U.S. Patent  5,874,029, February 23, 1999.

15.    Sulfoalkyl ether cyclodextrin based controlled release solid pharmaceutical formulations, US patent # 6,046,177, issue date 4/4/00

16.    Polar Drug or Prodrug Compositions with Extended Shelf-life Storage and a Method of Making Thereof. Valentino J. Stella, US patent issued, 2000.

17.    Methods and Apparatus for Particle Precipitation and Coating Using Near-Critical and Supercritical Antisolvents, B. Subramaniam, S. Said, R. A. Rajewski and V. Stella; U.S. Patent 5,833,891, November 10, 1998.

18.     Water soluble Prodrugs of Secondary and Tertiary Amine Containing Drugs and Methods of making Thereof.  Valentino J. Stella, Jeffrey p. Krise, Jan J. Zygmunt and Ingrid Gunda Georg, US patent 5,985,856, November 16, 1999.

19.     Water Soluble Prodrugs of Hindered Alcohols. Valentino J. Stella, Jan J. Zygmunt, Ingrid Gunda Georg, Muhammed S. Safadi, US patent 6,204,257, March 20, 2001

20.     Water Soluble Prodrugs of Hindered Alcohols. Valentino J. Stella, Jan J. Zygmunt, Ingrid Gunda Georg, Muhammed S. Safadi, US patent application 2001/0025035, September 27, 2001.  Patent recently issued, details to follow.

21.     Derivatives of Cyclodextrins Exhibiting Enhanced Aqueous Solubility and Use Thereof, Valentino J. Stella and Roger A. Rajewski, US Patent #5,376,645, 1994.

22.     Sulfoalkyl Ether Cyclodextrins Based Solid Dosage Forms and Their Use Thereof. Valentino J. Stella, Roger A. Rajewski, and James McGinity, US Patent #5,5,874,418, 1999.

23.     Methods and Apparatus of Particle Micronization and Nanonization by Recrystallization from Organic Solutions Sprayed into a Compressed Antisolvent, B. Subramaniam, S. Said, R. A. Rajewski and V. Stella; U.S. Patent  5,833,891, November 10, 1998.

24.     Antiviral Phosphonomethoxy Nucleotide Analogs having Increased Oral Bioavilability, M. N. Arimilli, K. C. Cundy, J. P. Dougherty, C. U. Kim, R. Oliyai and V. J. Stella, US patent #5,922,695, July 13, 1999.

25.     Antiviral Phosphonomethoxy Nucleotide Analogs having Increased Oral Bioavilability, M. N. Arimilli, K. C. Cundy, J. P. Dougherty, C. U. Kim, R. Oliyai and V. J. Stella, US patent #6,043,230, March 28, 2000.

26.     Sulfoalkyl Ether Cyclodextrin Based Conytrolled Release Solid Pharmaceutical Formulations, Valentino J. Stella, Roger A. Rajewski, Venkatramana M. Rao, James McGinity and Gerold L. Mosher, US Patent #6,046,177, April 4, 2000.

27.     Water Soluble Prodrugs of Secondary and Tertiary Amine Containing Drugs and Methods of Making Thereof, Valentino Stella, Jeffrey P. Krise, Jan J. Zygmunt, Ingrid Gunda Georg, US patent #5,985,856, November 16, 1999.

28.     Ploar Drug or Prodrug Compositions with Extended Shelf-Life Storage and a Method of Making Thereof, Valentino J. Stella, US patent #6,133,248 October 17, 2000.

29.     Water Soluble Prodrugs of Hindered Alcohols, Valentino J. Stella, Jan J. Zygmunt, Ingrid Gunda Georg, and Muhammad S. Safardi, , US patent #6,204,257 March 20, 2001.

30.     Water Soluble Prodrugs of Hindered Alcohols, Valentino J. Stella, Jan J. Zygmunt, Ingrid Gunda Georg, and Muhammad S. Safardi, , US patent #6,451,776 September 17, 2002.

31.     Antiviral Phosphonomethoxy Nucleotide Analogs having Increased Oral Bioavilability, M. N. Arimilli, K. C. Cundy, J. P. Dougherty, C. U. Kim, R. Oliyai and V. J. Stella, US patent RE38,333, November 25, 2003.

27.     Novel Prodrugs of N-H Bond-Containing Compounds and Methods of making Thereof, Victor R. Guarino, Veranja Karunaratne, and Valentino J. Stella, US patent applied for October 16, 2002.

28.     Pharmaceutical Preparation for taste Masking, S. Ando and Valentino J. Stella, Provisional and full patent applied for in 2002/3.

29.     Mixed Sulfoalkyl Ether-Alkyl Ether Cyclodextrin Derivatives, Valentino J. Stella and Serena Tongiani, Provisional patent filed October 31, 2003.

30.     Novel Prodrugs of N-H Bond-Containing Compounds and Methods of Making Thereof, Voctor Guarino, Veranja Karunaratne and Valentino Stella, full patent filed June 26, 2003.


**Professional and Continuing Education Articles**

1.     Anti-Convulsant Drugs:  Problems Associated with Bioavailability, Dosage Regimens, Therapeutic Index, Emergency Use, etc. 34th Biannual Pharmacy Extension Course, University of Kansas, Lawrence (May 1974).

2.     Anti-Parkinson Drugs:  A Discussion of L-Dopa Therapy.  The Problems Associated with Bioavailability due to First Pass Effect, Dosage Regimens and Combinations with Other Agents. 34th Biannual Pharmacy Extension Course, University of Kansas, Lawrence (May 1974).

3.     Current Drug Bioavailability Information:  Tetracycline I.  Product Comparison. T. Patton and V. Stella, J. Kansas Pharm., (August), p. 25 (1975).

4.     Current Drug Bioavailability Information:  Tetracycline I.  Product Comparison. T. Patton and V. Stella, J. Kansas Pharm., (September), p. 18 (1975).

5.      Current Drug Bioavailability Information:  Tetracycline II.  Factors Affecting Bioavailability.  V. Stella and T. Patton, J. Kansas Pharm., (October), p. 16 (1975).

6.      Current Drug Bioavailability Information:  Nitrofurantoin.  D. Brushwood, T. Patton and V. Stella, J. Kansas Pharm., (November), p. 14 (1975).

7.      Current Drug Bioavailability Information:  Digoxin I.  An Introduction.  V. Stella and T. Patton,  J. Kansas Pharm., (December), p. 12 (1975).

8.      Current Drug Bioavailability Information:  Digoxin II.  Product Comparison.  T. Patton and V. Stella, J. Kansas Pharm., **50**, #1 (January), p. 12 (1976).

9.      Current Drug Bioavailability Information:  Propoxyphene Hydrochloride.  V. Stella and T. Patton, J. Kansas Pharm., **50**, #2 (February), p. 25 (1976).

10.     Current Drug Bioavailability Information:  Warfarin.  T. Patton and V. Stella, J. Kansas Pharm., **50**, #3 (March), p. 14 (1976).

11.     Current Drug Bioavailability Information:  Insulin.  D. Brushwood, T. Patton and V. Stella, J. Kansas Pharm., **50**, #4 (April), p. 21 (1976).

12.     Current Drug Bioavailability Information:  Hydrochlorthiazide.  T. Patton and V. Stella, J. Kansas Pharm., **50**, #5 (May), p. 18 (1976).

13.     Current Drug Bioavailability Information:  Critical Evaluation of Bioavailability Studies and Promotional Claims.  T. Patton, V. Stella and T. Mikkelson, J. Kansas Pharm., **50**, #10 (October), p. 22 (1976).

14.     Antiarrhythmic Drug Therapy.  V.J. Stella, 39th Biannual Pharmacy Extension Course and Continuing Education Seminar Booklet, p. 83-131 (1976).

15.     Current Drug Bioavailability Information:  Oxytetracycline.  V. Stella, D. Brushwood, T. Patton and T. Mikkelson, J. Kansas Pharm., **50**, #11 (November), p. 20 (1976).

16.     Current  Drug Bioavailability Information:  The Use and Mis-Use of In Vitro Data in Bioavailability Assessment.  T. Patton, V. Stella and T. Mikkelson, J. Kansas Pharm., **50**, #12 (December), p. 16 (1976).

17.     Current Drug Bioavailability Information:  Phenytoin; an Introduction.  V. Stella, T. Patton, T. Mikkelson, J. Kansas Pharm., **51**, #1 (January), p. 18 (1977).

18.     Current Drug Bioavailability Information:  Phenytoin;  Product Comparisons.  V. Stella, T. Patton and T. Mikkelson, J. Kansas Pharm., **51**, #2 (February), p. 18 (1977).

19.  Current Drug Bioavailability Information:  Factors Affecting Ophthalmic Drug Bioavailability.  T. Patton, V. Stella and T. Mikkelson, J. Kansas Pharm., **51**, #3 (March), p. 26 (1977).

20.  Current Drug Bioavailability Information:  Bioavailability of Drugs from Parenteral Dosage Forms, Part I;  An Introduction and Biological Factors.  T. Mikkelson, T. Patton and V. Stella, J. Kansas Pharm., **51**, #4 (April), p. 24 (1977).

21.  Current Drug Bioavailability Information:  Bioavailability of Drugs from Parenteral Dosage Forms, Part II;  Drug and Dosage Form Factors.  T. Mikkelson, V. Stella and T. Patton, J. Kansas Pharm., **51**, #5 (May), p. 19 (1977).

22.  Current Drug Bioavailability Information:  Bioavailability of Drugs from Parenteral Dosage Forms:  Part III;  Prolonged Action Parenterals.  T. Mikkelson, T. Patton and V. Stella, J. Kansas Pharm., **51**, #6 (June), p. 28 (1977).

23.  Bioavailability Monograph:  Ferrous Sulfate.  W.L. Chiou (author), S.R. Kayser, J. M. Orr and Valentino J. Stella (collaborators), J. Amer. Pharm. Assoc., **NS 17**, p. 377 (1977).

24.  Current Drug Bioavailability Information.  V.J. Stella, T. Patton and T.Mikkelson, J. Kansas Pharm., **51**, #12 (October), p. 11 (1977).

25.  Current Drug Bioavailability Information:  Ampicillin Sulfisoxazole, Penicillin V Potassium.  T. Patton, T. Mikkelson and V. Stella, J. Kansas Pharm., **51**, #14 (November), p. 22 (1977).

26.  Current Drug Bioavailability Information:  Drug Activity and Bioavailability of Topical Dermal Preparations.  T. Mikkelson, V. Stella and T. Patton, J. Kansas Pharm., **51**, #16 (December), p. 18 (1977).

27.  Current Drug Bioavailability Information:  Quinidine.  V. Stella, T. Mikkelson and T. Patton, J. Kansas Pharm., **52**, #1 (January), p. 22 (1978).

28.  Current Drug Bioavailability Information:  Acetaminophen and Aspirin.  V.J. Stella, T. Patton and T. Mikkelson, J. Kansas Pharm., **52**, #3 (February), p. 12 (1978).

29.  Current Drug Bioavailability Information:  Factors Affecting the Bioavailability of Rectally Administered Drugs.  Susan Miller, T. Patton, T. Mikkelson and V. Stella, J. Kansas Pharm., **52**, #5 (March), p. 25 (1978).

30.  Current Drug Bioavailability Information:  Antacids and Their Effects on the Bioavailability of Orally Administered Drugs.  T. Mikkelson, T. Patton and V. Stella, J. Kansas Pharm., **52**, #7 (April), p. 12 (1978).

31.     Current Drug Bioavailability Information:  Prednisone and Prednisolone.  M. Francoeur, T. Patton, V. Stella and T. Mikkelson, J. Kansas Pharm., **52**, #9 (May), p. 24 (1978).

32.     Pharmacokinetics.  Transport and Metabolism: Barriers to Efficient Drug Delivery.  Valentino J. Stella, notes for a short course and workshop for Medicinal chemists and other professionals in the Pharmaceutical Industry.

33.     A Dilemma: Publish and Perish, in "Opinions From the Hill", Lawrence Journal World, April 26th, 1993, p4A

34-36.  Pharmacokinetics. Short course presented at the "Residential School of Medicinal Chemistry", Drew University, 1993, 1994, 1995.

37.     High Tech, Low Tech, Right Tech, Proceedings of the Merrill Advanced Studies Center Symposium, "Making Research a Part of the Public Agenda", June 7-9, 2000.

## Abstracts

1.     Carboxylate General Base Catalysis of Phthalic Anhydride Hydrolysis.  A Hydrophobic Contribution.  V. Stella and W.A. Dunn II, Midwest Regional ACS Meeting, Lawrence, Kansas, October 1973.

2.     Transition-State Structures and Isotope Effects for Ring Opening of Succinic Anhydride and Ring Closure of Succinate Esters.  V. Stella, M. Coyne, R. Gandour and R.L. Schowen, Midwest Regional ACS Meeting, Iowa City, Iowa, 1974.

3.     Esters of Hydantoic Acids as Pro-Drugs of Hydantoins.  V. Stella and T. Higuchi, 119th Annual Meeting of the American Pharmaceutical Association, Basic Pharmaceutics Section, Houston, Texas, April 1972.

4.     Hydrolytic Behavior of N-acylphthalimides.  V. Stella and T. Higuchi, 119th Annual Meeting of the American Pharmaceutical Association, Basic Pharmaceutics Section, Houston, Texas, April 1972.

5.     Photolytic Degradation of 2-[(dibutylamino)methyl]-6,8-dichloro-2-(3', 4'-dichloropheny 1)-4-quinoline Methanol or WR-30090:  An Experimental Anti-Malarial.  H. Okada, V. Stella, J. Haslam and N. Yata, Academy of Pharmaceutical Sciences Meeting, New Orleans, November 14, 1974, Paper #65.

6.     Phenylbutazone Ionization Kinetics.  V. Stella and J.D. Pipkin, APhA Academy of Pharmaceutical Sciences 122nd Annual Meeting, San Francisco, April 12, 1975, Paper #29.

7.      Pro-Drugs:  An Overview and Definition.  V. Stella, Annual Meeting of the
        American Chemical Society, Atlantic City, September 10, 1974, Paper #19.
        Division of Medicinal Chemistry.

8.      The Chemistry of a Novel, 5,5-Diphenylhydantoin Pro-Drug.  V. Stella, T.
        Higuchi, A. Hussain and J. Truelove, Annual Meeting of the American Chemical
        Society, Atlantic City, September 10, 1974, Paper #21, Division of Medicinal
        Chemistry.

9.      The Metabolic Disposition of a Novel, 5,5-Diphenylhydantoin Pro-Drug.  V.
        Stella, A.J. Glazko, W.A. Dill, R.H. Wheelock, R.M. Young, A. Nemanich, L.
        Croskey and T. Higuchi, Annual Meeting of the American Chemical Society,
        Atlantic City, September 10, 1974, Paper #22, Division of Medicinal Chemistry.

10.     The Influence of Prolonged Low-Level Ingestion of a Commercial
        Polychlorinated Biphenyl Mixture (Aroclor 1256) on Drug Metabolism in the Rat.
        J. V. Bruckner, W.D. Jiang, V. Stella and C. Chu, Fifteenth Annual Meeting of
        the Society of Toxicology, Atlanta, Georgia, March 14-18, 1976, Paper #50.

11.     The Effects of Long Term Exposure to Environmental Levels of Polychlorinated
        Biphenyls on the Pharmacokinetics of Pentobarbital in Rats.  C. Chu, V.J. Stella,
        J.V. Bruckner and W.D. Jiang, Annual Meeting of the American Pharmaceutical
        Association, New Orleans, Louisiana, April 4-8, 1976, Paper #38.

12.     A Comparison of a Whole Blood Thiamine Specific $S^{35}$-Thiamine Liquid
        Scintillation Assay Versus the Thiochrome-Fluorescence Assay for Generating
        Thiamine Pharmacokinetic Parameters in Rats.  J.D. Pipkin and V.J. Stella,
        Annual Meeting of the Kansas Academy of Science, Emporia, Kansas, April 9,
        1976.

13.     The Alteration of Thiamine Pharmacokinetics by the Use of Lipid Soluble
        Thiamine Prodrugs, I.  J.D. Pipkin and V.J. Stella, APhA Academy of
        Pharmaceutical Sciences 124th Annual Meeting, New York, May 14-19, 1977,
        Paper #4.

14.     Thiamine Whole Blood Pharmacokinetics in the Rat Using Both a Specific $^{35}S$-
        Thiamine Liquid Scintillation Assay and the Thiochrome Fluorescence Assay.
        J.D. Pipkin and V.J. Stella, APhA Academy of Pharmaceutical Sciences 124th
        Annual Meeting, New York, May 14-19, 1977, Paper #50.

15.     Drug Substances in Particular Prodrugs - Problems and Methods of Approach.
        Valentino J. Stella, 37th International Congress of Pharmaceutical Sciences, FIP,
        The Hague, September 5-9, 1977.

16.   Enhancement of the Bioavailability of a Hydrophobic Amine Antimalarial by Formulation with Oleic Acid in a Soft Gelatin Capsule, J. Haslam, V. Stella, N. Yata, H. Okada, S. Lindenbaum and T. Higuchi, APhA Academy of Pharmaceutical Sciences Annual Meeting, Basic Pharmaceutics Section (P83), Montreal, Canada, May 13-18, 1978.

17.   The Role of 2-Butanone Metabolism in the Potentiation of $CCl_4$-Induced Hepatotoxicity.  F.K. Dietz, G.J. Traiger and V. Stella, 18th Annual Meeting of the Society of Toxicology, Abstract 311, New Orleans, Louisiana, March 1979.

18.   The Kinetics of Ionization of the Carbon Acid, Phenindione: 2-Phenyl-1,3-Indandione.  V.J. Stella and R. Gish, American Pharmaceutical Association Annual Meeting, Anaheim, California, April 21-26, 1979.

19.   The Kinetics and Mechanism of Ionization of the Carbon Acids, 4'-Substituted 2-Phenyl-1,3-Indandione's.  V.J. Stella and R. Gish, American Pharmaceutical Association Annual Meeting, Anaheim, California, April 21-26, 1979.

20.   N-Hydroxymethyl-5,5-Diphenylhydantoin as an Intermediate for the Synthesis of Some Water Soluble Prodrugs of Phenytoin.  V.J. Stella, S.A. Varia, S. Schuller and K.B. Sloan, American Pharmaceutical Association Annual Meeting, Anaheim, California, April 21-26, 1979.

21.   The Dissolution Kinetics of Some Solid Carboxylic Acids as a Function of Bulk pH, Using a pH-Stat Technique.  K.G. Mooney, V.J. Stella, M. Mintun and K. Himmelstein, Academy of Pharmaceutical Sciences Annual Meeting, Kansas City, Kansas, November 11-15, 1979.

22.   Dissolution Kinetics of Carboxylic Acids II, The Effect of Buffers.  K.G. Mooney, M. Mintun, K.J. Himmelstein and V.J. Stella, 29th Annual Meeting of the Academy of Pharmaceutical Sciences, San Antonio, Texas, November 9-13, 1980.

23.   Dissolution Kinetics of the Carbon Acid, Phenylbutazone.  K.G. Mooney, M. Rodriguez-Gaxiola, M. Mintun, K.J. Himmelstein and V. J. Stella, 29th Annual Meeting of the Academy of Pharmaceutical Sciences, San Antonio, Texas, November 9-13, 1980.

24.   Media Effects on the Intrinsic Dissolution Rates of Acids.  Valentino J. Stella, 128th APhA Annual Meeting, St. Louis, Missouri, March 28-April 1, 1981.

25.   A Pharmacokinetic Model Critique of Prodrugs and Site Specific Drug Delivery. V.J. Stella and K.J. Himmelstein, 17th Alfred Benzon Symposium, "Optimization of Drug Delivery", Copenhagen, Denmark, May 30-June 4, 1981.

26. Low Melting Point Phenytoin Prodrugs as Alternative Oral Delivery Modes for Phenytoin;  A Model for Other High Melting Point, Poorly Water Soluble Drugs. Y. Yamaoka, R.D. Roberts and V.J. Stella, Higuchi Symposium as part of the Academy of Pharmaceutical Sciences 31st National Meeting, Orlando, Florida, November 15-19, 1981.

27. Some Basic Strategies in the Design and Synthesis of Prodrugs for Site Specific Delivery.  V.J. Stella, invited address at the A.P.V. Annual Congress, Munich, West Germany, May 12-15, 1982.

28. Lymphatic Absorption of Drugs I:  Evaluation of Experimental Methodology in Rats.  T. Noguchi and V. Stella, 35th National Meeting of the Academy of Pharmaceutical Sciences, Miami Beach, Florida, November 13-17, 1983.

29. Lymphatic Absorption of Drugs II:  Effects of Drug Lipophilicity and Vehicles on the Lymphatic Absorption of Testosterone Esters.  T. Noguchi and V.J. Stella, 35th National Meeting of the Academy of Pharmaceutical Sciences, Miami Beach, Florida, November 13-17, 1983.

30. Dissolution Kinetics of Carboxylic Acids III:  Effect of Polyionizable Buffers. J.G. Aunins, R.A. Myers, K.J. Himmelstein and V.J. Stella, 35th National Meeting of the Academy of Pharmaceutical Sciences, Miami Beach, Florida, November 13-17, 1983.

31. *In Vivo*  Evaluation of a Phosphate Ester Prodrug of Phenytoin After Parenteral Administration to Rats.  S.A. Varia and V.J. Stella, 35th National Meeting of the Academy of Pharmaceutical Sciences, Miami Beach, Florida, November 13-17, 1983.

32. *In Vivo*  Evaluation of Some Water Soluble Phenytoin Prodrugs in Dogs.  S.A. Varia and V.J. Stella, 35th National Meeting of the Academy of Pharmaceutical Sciences, Miami Beach, Florida, November 13-17, 1983.

33. Lymphatic Absorption of Drugs III:  An Experimental System Applied to Biopharmaceutical Studies in Anesthetized Rats.  W.N.A. Charman, T. Noguchi and V.J. Stella.  37th National Meeting of the Academy of Pharmaceutical Sciences, Philadelphia, PA, October 28-November 1, 1984.

34. Aqueous Solution, Micelle Forming Prodrugs:  Stability and Solubility Considerations.  V.J. Stella and D.G. Muller, 37th National Meeting of the Academy of Pharmaceutical Sciences, Philadelphia, PA, October 28-November 1, 1984.

35. Non-Linear Buffer Catalysis in the Hydrolysis of 4-(N-phenylamino)-3-pentene-2-one (1).  V.H. Naringrekar and V.J. Stella, 37th National Meeting of the Academy of Pharmaceutical Sciences, Philadelphia, PA, October 28-November 1, 1984.

36.     Mechanism of Decarboxylation of <u>Para</u>-Aminosalicylic Acid.  V.J. Stella and S.G. Jivani, 37th National Meeting of the Academy of Pharmaceutical Sciences, Philadelphia, PA, October 28-November 1, 1984.

37.     Factors Involved in Increasing Precipitation Times of Aqueous Solutions of Prodrugs.  D.G. Muller and V.J. Stella.  South African Academy of Pharmaceutical Sciences, Pretoria, Republic of South Africa, May 3-4, 1985.

38.     Dissolution with Simultaneous Chemical Reaction.  V.J. Stella, North Eastern Regional Pharmaceutics Association, June 28, 1985.  University of New Haven, West Haven Connecticut.

39.     Mechanism of Intestinal Lymphatic Transport of Lipophilic Drugs.  V.J. Stella, 39th National Meeting of the Academy of Pharmaceutical Sciences, Minneapolis, Minnesota, October 20-24, 1985.

40.     Evaluation of Allied Corporation's Time/Temperature Indicator Technology.  Correlation to the Half-Life of an Experimental Product, 3-Hydroxymethyl-5, 5-Diphenylhydantoin Phosphate Ester, Disodium Salt, 1, A Prodrug of Phenytoin.  R.A. Myers and V.J. Stella, 39th National Meeting of the Academy of Pharmaceutical Sciences, Minneapolis, Minnesota, October 20-24, 1985.

41.     Mechanism of Degradation of the Investigational Cytotoxic Agent, Cyclodisone [1,5,2,4-Dioxadithiepane, 2,2,4,4-Tetraoxide].  V.J. Stella, W. Waugh, and K. Umprayn, 39th National Meeting of the Academy of Pharmaceutical Sciences, Minneapolis, Minnesota, October 20-24, 1985.

42.     Mechanism of Degradation of the Cytotoxic Agent, Clomesone [2-Chloroethyl (Methylsulfonyl) Methane Sulfonate].  P.E. Kennedy and V.J. Stella, 39th National Meeting of the Academy of Pharmaceutical Sciences, Minneapolis, Minnesota, October 20-24, 1985.

43.     Lymphatic Absorption of Drugs IV:  Chylomycron Flow is an Important Factor Controlling the Intestinal Lymphatic Transport of Hydrophobic Drugs.  W.N.A. Charman, T. Noguchi, and V.J. Stella,  39th National Meeting of the Academy of Pharmaceutical Sciences, Minneapolis, Minnesota, October 20-24, 1985.

44.     Development of a HPLC Stability Indicating Assays for Cyclodisone and Clomesone, Two Investigational Cytotoxic Agents.  V.J. Stella, K.Umprayn, J.C. Lee, W. Waugh, and P. Kennedy, 39th National Meeting of the Academy of Pharmaceutical Sciences, Minneapolis, Minnesota, October 20-24, 1985.

45.     Mechanistic Investigation of the Degradation of Sulfamic Acid 1,7-Heptanediyl Ester (1), an Investigational Cytotoxic Agent (NSC #329680), in Water and Oxygen-18-Enriched Water.  M. Paborji, W. Waugh, and V.J. Stella, 39th

National Meeting of the Academy of Pharmaceutical Sciences, Minneapolis, Minnesota, October 20-24, 1985.

46. Lymphatic Absorption of Drugs V: Estimating the Potential for Lymphatic Transport of Lipophilic Drugs. W. N. A. Charman and V. J. Stella, First National Meeting of the American Association of Pharmaceutical Scientists, Washington, DC, November 2-6, 1986.

47. Kinetics of Perilla Ketone (NSC-348407) Uptake by Plastic Tubing. M. Paborji and V. J. Stella. First National Meeting of the American Association of Pharmaceutical Scientists, Washington, DC, November 2-6, 1986.

48. Kinetics of Degradation of the Antineoplastic Agent ICRF-187 [(+)-1,2-Di(2,6-dioxopiperazin-4-yl)propane]. J. M. Sisco, V. J. Stella and S. L. Yuen. First National Meeting of the American Association of Pharmaceutical Scientists, Washington, DC, November 2-6, 1986.

49. Stabilty Indicating Assay for NSC-373965, A Potential Prodrug of Mitindomide. K Umprayn, V. J. Stella and C. M. Riley. Second National Meeting of the American Association of Pharmaceutical Scientists, Boston, MA, June 7-12, 1987.

50. Determination of Plasma Progesterone by HPLC-Fluorescence Detection of the bis-Dansyl Hydrazone Derivative. R. Rajewski, V. J. Stella and J. Stobaugh. Second National Meeting of the American Association of Pharmaceutical Scientists, Boston, MA, June 7-12, 1987.

51. IV Formulation of a Novel Cytotoxic Agent, 3,5-Dichloro-2,4-dimethoxy-6-trichloromethylpyridine (NSC-338720). R. Prankerd, V. J. Stella and S. G. Frank. Second National Meeting of the American Association of Pharmaceutical Scientists, Boston, MA, June 7-12, 1987.

52. The kinetics and Mechanisms of Hydrolysis of the Phosphate Ester of 3-hydroxymethyl-5,5-diphenylhydantoin. A. Kearney and V. J. Stella. Second National Meeting of the American Association of Pharmaceutical Scientists, Boston, MA, June 7-12, 1987.

53. Effect of Ca(II) and Taurodeoxycholate on the Lipase Catalyzed Hydrolysis of Triglyceride Emulsions Stabilized with Lecithin. F. Alvarez and V. J. Stella. Second National Meeting of the American Association of Pharmaceutical Scientists, Boston, MA, June 7-12, 1987.

54. Lipase Catalyzed Hydrolysis of Some Phenytoin Prodrugs. V. J. Stella and F. J. Alvarez. The Japanese-United States Congress of Pharmaceutical Sciences, Honolulu, Hawaii, December 2-7, 1987.

55.    A Novel Drug Delivery System: Microspheres of Hyaluronic Acid Derivatives. L M. Benedetti, V.J. Stella, and E.M. Topp, Proceedings of the 3rd International Workshop on "Recent Developments in Industrial Polysaccharides: Biomedical and Biotechnological Advances", Trieste, Italy, October 24-26, 1988.

56.    Characterization of Polymeric Films Prepared from Esterified Hyaluronic Acid. J. A. Hunt, V.J. Stella, and E.M. Topp, Proceedings of the 3rd International Workshop on "Recent Developments in Industrial Polysaccharides: Biomedical and Biotechnological Advances", Trieste, Italy, October 24-26, 1988.

57.    Derivatization HPLC Assay if ICRF-187 in Plasma. J.M. Sisco and V.J. Stella. The 3rd Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, Florida, October 30-November 3, 1988.

58.    A Novel Drug Delivery System: Microspheres of Hyaluronic Acid Derivatives. L M. Benedetti, E.M. Topp and V.J. Stella. The 3rd Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, Florida, October 30-November 3, 1988.

59.    Equilibria and Kinetics of Hydrolysis of Ebifuramin (NSC-201047), an Azomethine Containing Structure Exhibiting a Reversible Degradation Step in Acidic Solutions. R.J. Prankerd and V.J. Stella. The 3rd Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, Florida, October 30-November 3, 1988.

60.    The reactivity of Dextrose Anion with Esters in Aqueous Solution. Valentino J. Stella and Robert B. Killion, Jr. The 3rd Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, Florida, October 30-November 3, 1988.

61.    Preformulation Studies of Pentostatin. Laman Al-Razzak and Valentino J. Stella. The 3rd Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, Florida, October 30-November 3, 1988.

62.    Experimental Determination of Dilute Solution Diffusion Coefficients. Lloyd S. Dias, Marylee Z. Southard and Valentino J. Stella. The 3rd Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, Florida, October 30-November 3, 1988.

63.    Characterization of Polymeric Films Prepared from Ester Derivatives of Hyaluronic Acid. J. A. Hunt, V. J. Stella, and E. M. Topp. The 3rd Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, Florida, October 30-November 3, 1988.

64.    Absorption Via Lymphatics. V. J. Stella. Third International Conference on Drug Absorption, Edinburgh, Scotland, September 27-30, 1988.

65.    The Effects of Various Oil in Water Emulsions on the Systemic Bioavailability and Lymphatic Transport of the Lipophilic Compound, Penclomedine. R. A. Myers and V. J. Stella. The 4th Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, Georgia, October 22-26, 1989.

66.    Drug Release from Hydrocortisone Esters of Hyaluronic Acid. L. Goei, L. Benedetti, E. M. Topp and V. J. Stella. The 4th Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, Georgia, October 22-26, 1989.

67.    Synthesis and Preformulation Studies of Water Soluble Prorugs of Taxol. A. E. Mathew and V. J. Stella. The 4th Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, Georgia, October 22-26, 1989.

68.    Weak Acid Dissolution and Transport Mechanisms. M. Z. Southard, L. Dias, V. J. Stella and K. J. Himmelstein. The 4th Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, Georgia, October 22-26, 1989.

69.    Stability and Solubility of 2-Chloro-2',3'-dideoxyadenosine. L. Al-Razzak and V. J. Stella. The 4th Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, Georgia, October 22-26, 1989.

70.    Drug Release from Films of Hyaluronic acid and its Esters. H. N. Joshi, V. J. Stella and E. M. Topp. The 4th Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, Georgia, October 22-26, 1989.

71.    Pharmacokinetics of ICRF-187 in Beagle Dogs. J. M. Sisco and V. J. Stella. The 4th Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, Georgia, October 22-26, 1989.

72.    An application of DSC to Determine Types of Water of Hydration in Hyaluronic Acid and its Esters.  H.N. Joshi, V.J. Stella and E.M. Topp.  The 5th Annual Meeting of the American Association of Pharmaceutical Scientists, Las Vegas, Nevada, November 4-8, 1990.

73.    Steroid Esters of Hyaluronic Acid in the Treatment of Rheumatoid Arthritis.  L.R. Hume, E.M. Topp and V.J. Stella.  The 5th Annual Meeting of the American Association of Pharmaceutical Scientists, Las Vegas, Nevada, November 4-8, 1990.

74.    Stability of Ethiofos (NSC-29691) in Aqueous Solution and Solid Phase Formulation.  H. Jahansouz, W. Waugh and V.J. Stella.   The 5th Annual Meeting of the American Association of Pharmaceutical Scientists, Las Vegas, Nevada, November 4-8, 1990.

75.     Kinetic and Mechanistic Study of the Hydrolysis of Camptothecin and Analogs. J. Fassberg and V.J. Stella.  The 5th Annual Meeting of the American Association of Pharmaceutical Scientists, Las Vegas, Nevada, November 4-8, 1990.

76.     Unusual pH Dependence of the Bis-Diketopiperazine, ICRF-187.  J.M. Sisco, R.L. Schowen and V.J. Stella.  The 5th Annual Meeting of the American Association of Pharmaceutical Scientists, Las Vegas, Nevada, November 4-8, 1990.

77.     Synthesis and *In Vitro* Enzymatic Susceptibility of a Series of Amino Acid Amines of Dapsone.  N.L. Pochopin, W.N. Charman and V.J. Stella.  The 5th Annual Meeting of the American Association of Pharmaceutical Scientists, Las Vegas, Nevada, November 4-8, 1990.

78.     Targeting of Orally Administered Lipophilic Drugs to the Lymphatic System. V. J. Stella, W. N. A. Charman and R. A. Myers. 17th International Symposium on Controlled Release of Bioactive Materials, Reno, Nevada, July 22-25, 1990.

79.     Polymeric Prodrugs: Mechanism of Drug Release from Hyaluronic Acid Ester Films. H. N. Joshi, V. J. Stella, and E. M. Topp. 17th International Symposium on Controlled Release of Bioactive Materials, Reno, Nevada, July 22-25, 1990.

80.     Use of Hyaluronic Acid Ester Microspheres in the Treatment of Rheumatoid Arthritis. L. Hume, E. Topp, J. Bresnahan and V. J. Stella. 17th International Symposium on Controlled Release of Bioactive Materials, Reno, Nevada, July 22-25, 1990.

81.     Drug Release from Microspheres Made of Corticosteroid Esters of Hyaluronic Acid. L. M. Benedetti, E. M. Topp, L. Callegaro, and V. Stella, Seventh International Symposium on Microencapsulation, Glasgow, Scotland, April 2-4, 1990.

82.     Drug Release from Hyaluronic Acid Corticosteroid Esters. L. Benedetti, L. Goei, F. Biviano, L. Callegaro, E. Topp, V. Stella, Fourth International Conference on Polymers in Medicine, Riva del Garda, Italy, September 11-13, 1990.

83.     Drug Delivery from Polymeric Prodrugs. H. Joshi, L. Benedetti, L. Callegaro, v. Stella, and E. Topp, Fourth International Conference on Polymers in Medicine, Riva del Garda, Italy, September 11-13, 1990.

84.     Steroidal Ester of Hyaluronic Acid in Ophthalmic Drug Delivery. L. M. Benedetti, K. Kyyronen, L. Hume, E. Topp and V. Stella. 18th International Symposium on Controlled Release of Bioactive Materials, Amsterdam, The Netherlands, July 8-11, 1991.

85.    Diffusion of Peptides in Polymer Films Prepared from Ester Derivatives of Hyaluronic Acid. D. Papini, S. Hejri, V. J. Stella and E. Topp. 18th International Symposium on Controlled Release of Bioactive Materials, Amsterdam, The Netherlands, July 8-11, 1991.

86.    Effect of Hydration and Hydrolysis on Drug Release from Tablets of Hydrocortisone Esters of Hyaluronic Acid, L. Goei, L. M. Benedetti, E. M. Topp and V. J. Stella, AAPS National Meeting, Washington, D.C., November 17-21st, 1991.

87.    Esters of Hyaluronic Acid for Controlled Release of Polypetides: In vitro Studies on Membranes, D Papini, L. Callegaro, V. J. Stella and E. M. Topp, AAPS National Meeting, Washington, D.C., November 17-21st, 1991.

88.    Alginic Acid Esters for Oral Drug Delivery, L. Ruiz-Cardona, V. J. Stella and E. M. Topp, AAPS National Meeting, Washington, D.C., November 17-21st, 1991.

89.    Use of Films of Hyaluronic Acid Esters in Ophthalmic Drug Delivery. K. Kyyronen, L. Hume, L. M. Benedetti, A. Urtti, E. M. Topp and V. J. Stella, AAPS National Meeting, Washington, D.C., November 17-21st, 1991.

90.    Sustained Delivery of Steroid using Hyaluronic Acid Esters. L. Hume, L. Benedetti, E. Topp, V. Stella, 19th International Symposium on Controlled Release of Bioactive Materials, Orlando, Florida, July 26-31, 1992.

91.    Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance, V. J. Stella, 13th Annual Congress of the Academy of Pharmaceutical Sciences of South Africa, Somerset West, May 21-23rd, 1992.

92.    Development and Evaluation of a Series of Parenterally Safe Cyclodextrins, V. J. Stella, 13th Annual Congress of the Academy of Pharmaceutical Sciences of South Africa, Somerset West, May 21-23rd, 1992.

93.    Characterization of Sulfobutyl Ether Derivatives of β-cyclodextrin, R. J. Tait, D. VanDer Velde, D. Thompson, J. F. Stobaugh and V. J. Stella, AAPS National Meeting, San Antonio, TX, November 15-19th, 1992.

94.    Use of Anionically Modified b-cyclodextrin for the Chiral Separation of Small Drug Molecules by Capillary Electrophoresis, R. J. Tait, D. O. Thompson, J. F. Stobaugh, and V. J. Stella, AAPS National Meeting, San Antonio, TX, November 15-19th, 1992.

95.    Kinetics and Mechanism of Acid-Catalyzed Degradation of Cyclosporin A and its Analogs, R. Oliyai and V. J. Stella, AAPS National Meeting, San Antonio, TX, November 15-19th, 1992.

96.  Mechanism of Drug Release from Hydrocortisone (HC) Hyaluronate Ester Tablets, L. G. Rajewski, E. M. Phillips, E. M. Topp and V. J. Stella, AAPS National Meeting, San Antonio, TX, November 15-19th, 1992.

97.  Pharmaceutically Useful Anionic Cyclodextrin Derivatives, R. A. Rajewski, V. J. Stella, M. Tam, W. Waugh, D. O. Thompson, AAPS National Meeting, San Antonio, TX, November 15-19th, 1992.

98   Plasma Pharmacokinetics of the Lactone and Carboxylate Forms of 20(S)-Camptothecin in Rats, D. O. Scott, D. S. Bindra, and V. J. Stella, AAPS National Meeting, San Antonio, TX, November 15-19th, 1992.

99.  "Design and Development of Prodrugs", 9th National Convention of the Royal Australian Chemical Institute, Medicinal and Agricultural Chemistry division, Monash University, Clayton, Victoria, Australia, 6-11th December, 1992.

100. Synthesis and Characterization of Sulfoalkylether Cyclodextrin Derivatives, R. A. Rajewski, V. J. Stella, D. Dunshee, R. Tait, and D. O. Thompson, 6th International Cyclodextrin Symposium, Chicago, Illinois, April 21-24th, 1992.

101. Toxicology and Histopathology of Sulfoalkyl Cyclodextrin Derivatives, R. A. Rajewski, V. J. Stella, G. Traiger, D. O. Thompson and J Breshnahan, 6th International Cyclodextrin Symposium, Chicago, Illinois, April 21-24th, 1992.

102. The Phase-Solubility Behavior of Sulfoalkyl Cyclodextrin Derivatives, R. A. Rajewski, V. J. Stella, M. Tam and W. Waugh, 6th International Cyclodextrin Symposium, Chicago, Illinois, April 21-24th, 1992.

103. Evaluation of the utility of capillary electrophoresis (CE) for the analysis of modified cyclodextrin mixtures, E. Luna, R. J. Tait, D. O. Thompson and V. J. Stella, Eight AAPS National Meeting, Orlando, FL, November 114-18th, 1993.

104. Taxol stability in aqueous solutions or in organic aqueous co-solvents, J. R. Kagel, V. J. Stella and C. M. Riley, Eight AAPS National Meeting, Orlando, FL, November 14-18th, 1993.

105. Importance of configurational and conformational factors in modulating the rate of N,O-acyl migration in cyclic and linear peptides, R. Oliyai and V. J. Stella, Eight AAPS National Meeting, Orlando, FL, November 114-18th, 1993.

106. Mucoadhesive properties of hyaluronic acid benzyl esters, Y. D. Sanzgiri, L. Benedetti, E. M. Topp and V. J. Stella, Eight AAPS National Meeting, Orlando, FL, November 114-18th, 1993.

107. In vitro and in vivo characterization of ocular prednisolone delivery using hyaluronate ester films and prodrugs, L. R. Hume, L. Benedetti, Y. D. Sanzgiri, E.

M. Topp and V. J. Stella, Eight AAPS National Meeting, Orlando, FL, November 114-18th, 1993.

108. Factors affecting the deamidation of Vancomycin in aqueous solutions, A. S. Antipas and V. J. Stella, Eight AAPS National Meeting, Orlando, FL, November 114-18th, 1993.

109. pH stability of a water-soluble prodrug of taxol, J. R. Kagel, A. Benedetti, A. E. Mathews, V. J. Stella and C. M. Riley, Eight AAPS National Meeting, Orlando, FL, November 114-18th, 1993.

110. A convective-diffusion model for dissolution of drug-inert excipient mixture under laminar flow conditions, S. Neervannan, M. Z. Southard and V. J. Stella, Eight AAPS National Meeting, Orlando, FL, November 114-18th, 1993.

111. Gellan-based systems for ophthalmic sustained delivery of methylprednisolone, Y. Sanzgiri, S. Maschi, V. Crescenzi, L. Callegaro, E. Topp and V. Stella, 20th International symposium on Controlled Release of Bioactive Materials, Washington, D.C., July 25-30th, 1993.

112. Use of prodrugs for drug targeting, V. J. Stella, Eastern Regional AAPS meeting, New Brunswick, NJ., June 7-8th, 1993.

113. Characterization of a Metabolite of 20(S)-camptothecin in Rats, K. Bergh, V. J. Stella D. O. Scott and D. S. Bindra, Congress of the Academy o Pharmaceutical Sciences of South Africa, Durban, Republic of South Africa, June, 1993.

114. The Effect of a Parenterally Safe, Anionic β-Cyclodextrin Derivative, Variably Substituted Alkylsulfonates (SBE4-β-CD), on I.V. Methylprednisolone Pharmacokinetics in Rats, V. J. Stella, H. K. Lee and D. O. Thompson, The 7th International Cyclodextrin Symposium, Tokyo, Japan, April 28th, 1994.

115. The Effect of a Parenterally Safe, Anionic β-Cyclodextrin Derivative, SBE4-β-CD, on I.M. Tissue Damage and Prednisolone Pharmacokinetics in Rabbits, V. J. Stella, H. K. Lee and D. O. Thompson, The 7th International Cyclodextrin Symposium, Tokyo, Japan, April 28th, 1994.

116. The Analysis of Anionically Modified Cyclodextrins by Capillary Electrophoresis, V. J. Stella, E. Luna, R. J. Tait, J. F. Stobaugh and D. O. Thompson, The 7th International Cyclodextrin Symposium, Tokyo, Japan, April 27th, 1994.

117. Different Mode of Interaction of Chlorpromazine with Sulphated and Sulphoalkylated Cyclodextrins and Effects on Erythrocyte Membranes, K. Shiotani, K. Uehata, K. Ninomiya, T. Irie, K. Uekama, D. O. Thompson and V. J.

Stella, The 7th International Cyclodextrin Symposium, Tokyo, Japan, April 27th, 1994.

118.   Non-linear Dependence of Dissolution Rate on Surface Area from C-Compressed Drug Mixture, S. Neervannan, M. Z. Southard and V. J. Stella, AAPS 9th National Meeting, San Diego, CA, November 6-10th, 1994.

119.   The Effect of Sulfobutyl Ether β-Cyclodextrin (SBE-β-CD) on the Ophthalmic Drug Delivery and Irritation of an Ocularly Applied Pilocarpine Prodrug in Rabbits, T. Jarvinen, K. Jarvinen, A. Urtti, D. Thompson and V. J. Stella, AAPS 9th National Meeting, San Diego, CA, November 6-10th, 1994.

120.   Effect of Sulfobutyl Ether β-Cyclodextrin (SBE4-β-CD) on the Aqueous Solubility and Stability of O$^6$-Benzylguanine (NSC-637037), Y. D. Sanzgiri, B. Gorecka, D. S. Bindra, and V. J. Stella, AAPS 9th National Meeting, San Diego, CA, November 6-10th, 1994.

121.   Influence of the Ionic State of Vancomycin on its Solution Conformation and Deamidation, A. S. Antipas, D. Vander Velde and V. J. Stella, AAPS 9th National Meeting, San Diego, CA, November 6-10th, 1994.

122.   The Effect of Sulfobutyl Ether β-Cyclodextrin (SBE-β-CD) on the Aqueous Stability and Ocular Absorption of Pilocarpine, K. Jarvinen, T. Jarvinen, D. Thompson and V. J. Stella, AAPS 9th National Meeting, San Diego, CA, November 6-10th, 1994.

123.   The Effect of an Anionically Charged Modified β-Cyclodextrin, SBE4-β-CD, on the Pharmacokinetics of Two Steroids, H. K. Lee, D. O. Thompson and V. J. Stella, AAPS 9th National Meeting, San Diego, CA, November 6-10th, 1994.

124.   The Role of Solution Conformation and Local Structure on Intramolecular Reactions in Peptide Drugs: Deamidation of Vancomycin and Acyl-Transfer Reactions in Cyclosporins, Valentino J. Stella, 115th National Meeting of the Pharmaceutical Society of Japan, Sendai, Japan, March 28-31st, 1995.

125.   SBE7-β-CD, A New, Novel and Safe Polyanionic β-Cyclodextrin Derivative,: Characterization, and Biomedical and Analytical Applications, Valentino J. Stella, 209th ACS National Meeting, Anaheim, CA, April 2-6th, 1995.

126.   Solubilization and Toxicology Formulations for Poorly Soluble Drugs, Valentino J. Stella, AAPS 10th National Meeting, Miami, FL, November 5-9th, 1995.

127.   Isolation and Magnetic Resonance Characterization of Monosubstituted Sulfobutyl Ether β-Cyclodextrins, E. A. Luna, D. Vander Velde, R. J. Tait, D. O. Thompson, V. J. Stella, R. A. Rajewski, AAPS 10th National Meeting, Miami, FL, November 5-9th, 1995.

128.   Fractionation and Characterization of a Mixture of Sulfobutyl Ether β-Cyclodextrins, E. A. Luna, E. R. Bornancini, D. O. Thompson, V. J. Stella, R. A. Rajewski, AAPS 10th National Meeting, Miami, FL, November 5-9th, 1995.

129.   Interaction of Charged and Uncharged Drugs with a Neutral (HP-β-CD) and Anionically Charged (SBE7-β-CD) β-Cyclodextrin, K. Okimoto, R. A. Rajewski, J. Jona, V. J. Stella, AAPS 10th National Meeting, Miami, FL, November 5-9th, 1995.

130.   Permeability and Release of Ribonuclease A from Partially Esterified Hyaluronic Acid Membranes, L. D. Simon, W. N. Charman, S. A. Charman, V. J. Stella, AAPS 10th National Meeting, Miami, FL, November 5-9th, 1995.

131.   Sulfobutyl Ether β-Cyclodextrins:  Effect of Alkyl Chain Length and Degree of Substitution on Complexation, V. Zia, E. R. Bornancini, E. A. Luna, R. A. Rajewski, V. J. Stella,  AAPS 10th National Meeting, Miami, FL, November 5-9th, 1995.

132.   Novel Prodrug Approaches to Prepare Cyclic Peptides with Enhanced Membrane Permeability and Enzymatic Stability, I.  Acyloxyalkoxy-Carbamate Promoiety, S. Gangwar, G. M. Pauletti, T. J. Siahaan, D. Vander Velde, V. J. Stella, R. T. Borchardt,  AAPS 10th National Meeting, Miami, FL, November 5-9th, 1995.

133.   SBE7-β-CD, a New, Novel and Safe Polyanionic β-Cyclodextrin Derivative: Characterization and Biomedical Applications.  V. J. Stella,  8th Int. Cyclodextrin Symp., Budapest, Hungary, 1996.

134.   SBE7-β-CD with Viscous Vehicle Improves the Ocular Delivery and Tolerability of Pilocarpine Prodrug, P. Jarho, K. Jarvinen, A. Urtti, V. J. Stella, T. Jarvinen, 8th Int. Cyclodextrin Symp., Budapest, Hungary, 1996.

135.   Effect of Alkyl Chain Length and Degree of Substitution on Complexation of Sulfoalkyl β-Cyclodextrins with Testosterone and Progesterone.  V. Zia, E. R. Bornancini, E. A. Luna, R. A. Rajewski, and V. J. Stella, 8th Int. Cyclodextrin Symp., Budapest, Hungary, 1996.

136.   Characterization of Sulfobutyl Ether β-Cyclodextrin Mixtures.  E. A. Luna, E. R. Bornancini, D. O. Thompson, R. A. Rajewski, and V. J. Stella, 8th Int. Cyclodextrin Symp., Budapest, Hungary, 1996.

137.   An HPLC Method for the Analysis of Sulfobutyl Ether β-Cyclodextrins, E. A. Luna, R. M. Trewyn, E. R. Bornancini, D. O. Thompson, R. A. Rajewski and  V. J. Stella  AAPS 11th National Meeting, Seattle, WA, October 27-31, 1996.

138. The Effect of Conformation on the membrane Permeability of an Acyloxy-alkoxy-Linked Cyclic Prodrug of a Model Hexapeptide, S. Gangwar, S. D. S. Jois, T. J. Siahaan, D. Vander Velde, V. J. Stella, R. T. Borchardt AAPS 11th National Meeting, Seattle, WA, October 27-31, 1996.

139. Release of Model Protein(s) from Partially Esterified Hyaluronic Acid Membranes, L. D. Simons, W. N. Charman, S. A. Charman and V. J. Stella, R. T. Borchardt AAPS 11th National Meeting, Seattle, WA, October 27-31, 1996.

140. Novel Prodrug Strategies for the Synthesis of Cyclic peptides with Increased Metabolic Stability and Enhanced Cellular Permeability, S. Gangwar, B. Wang, G. M. Pauletti, T. J. Siahaan, D. Vander Velde, V. J. Stella, and R. T. Borchardt AAPS 11th National Meeting, Seattle, WA, October 27-31, 1996.

141. Derivatives of Melphalan Designed to Enhance Drug Accumulation in Cancer Cells, L. Kupczyk-Subotkowska, K. Tamura, D. Pal, T. Sakaeda, T. J. Siahaan, V. J. Stella, R. T. Borchardt AAPS 11th National Meeting, Seattle, WA, October 27-31, 1996.

142. Evaluation of a Sulfobutyl Ether β-Cyclodextrin ($(SBE)_{7M}$-β-CD) as a Solubilizing/Stabilizing Agent for Melphalan, D. Q. Ma, R.A. Rajewski and V. J. Stella. AAPS 11th National Meeting, Seattle, WA, October 27-31, 1996.

143. Particle Micronization with Compressed Gas Antisolvents, S. Siam, B. Subramaniam, R. A. Rajewski and V. J. Stella. AAPS 11th National Meeting, Seattle, WA, October 27-31, 1996.

144. Conjugation with L-Glutamic Acid for Brain Drug Delivery, T. Sakaeda, Y. Tada, T. Sugiwara, T. Ryu, F. Hirose, T. Yoshikawa, K. Hirano, L. Kupczyk-Subotkowska, T. Siahaan, K. Audus and V. J. Stella, 23 rd International Symposium on Controlled Release of Bioactive materials, The Controlled Release Society, Kyoto, Japan, July 7-10, 1996.

145. Sulfoalkylether Cyclodextrin Derivatives in the Separation of Pharmaceutical Stereoisomers. J. F. Stobaugh, G.-H Xie, E. Luna, D. J. Skanchy, D. O. Thompson and V. J. Stella, Chiral Separation Symposium at PittCon'95, New Orleans, LA, March, 1995.

146. Separation of Didisomide (SC-40230) Enantiomers and Related Substances by CE. R. J. Tait, P. Tan, D. J. Skanchy, D. O. Thompson, V. J. Stella, J. F. Stobaugh, D. W. Demarest and E. A. Monnot-Chase, 5th International Symposium on Capillary Electrophoresis, Orlando, FL, January, 1993.

147. Chiral Separation of One and Two Chiral Center Small Drug Molecules. R. J. Tait, P. Tan, D. O. Thompson, V. J. Stella and J. F. Stobaugh, 5th International Symposium on Capillary Electrophoresis, Orlando, FL, January, 1993.

148.    Prodrugs of Phenytoin, Western Regional AAPS Meeting, South San Francisco, CA, April 24-25, 1997.

149.    Introduction: Why use Cyclodextrins.  Valentino J. Stella, International Conference on "Pharmaceutical Applications of Cyclodextrins", Lawrence, KS, June 29-July 2, 1997.

150.    Drug Dissociation from Cyclodextrin Inclusion Complexes: *In Vivo* Implications. Valentino J. Stella, International Conference on "Pharmaceutical Applications of Cyclodextrins", Lawrence, KS, June 29-July 2, 1997.

151.    Melphalan Stability: A Comparison Between $(SBE)_{7M}$-β-CD and HP-β-CD for Melphalan.  D. Ma, R. A. Rajewski and V. J. Stella, International Conference on "Pharmaceutical Applications of Cyclodextrins", Lawrence, KS, June 29-July 2, 1997.

152.    Increased Shelf-life of Fosphenytoin:  Solubilization of the Degradant, Phenytoin through Complexation with Sulfobutyl Ether β-Cyclodextrin, $(SBE)_{7M}$-β-CD.  S. Narisawa and V. J. Stella, International Conference on "Pharmaceutical Applications of Cyclodextrins", Lawrence, KS, June 29-July 2, 1997.

153.    Characterization of Binding Forces Involved in Complexation of Sulfobutyl Ether- and Hydroxypropyl-β-Cyclodextrins with Various Pharmaceutical Agents. V. Zia, R. A. Rajewski and V. J. Stella, International Conference on "Pharmaceutical Applications of Cyclodextrins", Lawrence, KS, June 29-July 2, 1997.

154.    The Use of Cyclodextrins in Ophthalmic Formulations of Dipivefrin.  T. Jarvinen. P. Jarho, A Urtti and V. J. Stella, International Conference on "Pharmaceutical Applications of Cyclodextrins", Lawrence, KS, June 29-July 2, 1997.

155.    Development of a Novel Osmotic Pump Tablet for Prednisolone Applying a Sulfobutyl Ether β-Cyclodextrin.  K. Okimoto, M. Miyake, M. Yasumura, N. Ohnishi, R. A. Rajewski, V. J. Stella, T. Irie and K. Uekama, International Conference on "Pharmaceutical Applications of Cyclodextrins", Lawrence, KS, June 29-July 2, 1997.

156.    Utilization of Modified Cyclodextrins in the Formulation of Delayed-Release Tablets: An Approach to Obtain Complete Delivery of Poorly Soluble Weak Bases.  V. M. Rao, E. A. Zannou, S. Narisawa, J. L. Haslam, R. A. Rajewski and V. J. Stella, International Conference on "Pharmaceutical Applications of Cyclodextrins", Lawrence, KS, June 29-July 2, 1997.

157.    Sustained Release of Methylprednisolone from Novel Osmotic Pump Tablets Containing Sulfobutyl Ether Derivatives of Cyclodextrins.  E. A. Zannou, V. M.

Rao, S. Narisawa, J. L. Haslam, R. A. Rajewski and V. J. Stella, International Conference on "Pharmaceutical Applications of Cyclodextrins", Lawrence, KS, June 29-July 2, 1997.

158.    Vehicles for Anti-Cancer Drugs Using Cultured Endothelial Cells (HUV-EC): Organic Co-Solvents vs. Cyclodextrin Solutions.  N. Medlicott, K. A. Foster, K. L. Audus and V. J. Stella, International Conference on "Pharmaceutical Applications of Cyclodextrins", Lawrence, KS, June 29-July 2, 1997.

159.    Reduced Venous Irritation Potential of Melphalan by Formulation with Cyclodextrin Vehicles, N. J. Medlicott, K. A. Foster, K. L. Audus, S. Gupta and V. J. Stella, AAPS 12th National Meeting, Boston, MA, November 2-6, 1997.

160.    SBE-β-CDs and HP-β-CDs: Characterization of Binding Forces Involved in Complexation, V. Zia, R. A. Rajewski and V. J. Stella, AAPS 12th National Meeting, Boston, MA, November 2-6, 1997.

161.    The Effects of Cyclodextrin Derivatives on Aqueous Stabilty and Corneal Availability of Dipiverfrin, P. Jarho, K. Jarvinen, A Urtti, V. J. Stella and T. Jarvinen, AAPS 12th National Meeting, Boston, MA, November 2-6, 1997.

162.    Correlation and Validation to the USP Bioassay for Nystatin, K. L. Egodage, J. S. Haslam, R. A. Rajewski and V. J. Stella, AAPS 12th National Meeting, Boston, MA, November 2-6, 1997.

163.    Evaluation of a New Sustained Release Intraoral Pediatric Nystatin Formulation, K. L. Egodage, J. S. Haslam, R. A. Rajewski and V. J. Stella, AAPS 12th National Meeting, Boston, MA, November 2-6, 1997.

164.    Application of (SBE)$_{7m}$-β-CD in the Preparation of Delayed-Release Tablets for Complete Delivery of Poorly Soluble Basic Drugs, V. M. Rao, E. A. Zannou, S. Narisawa, J. L. Haslam, R. A. Rajewski and V. J. Stella, AAPS 12th National Meeting, Boston, MA, November 2-6, 1997.

165.    Use of Sulfobutyl Ether Derivatives of Cyclodextrins in Novel Controlled Porosity Osmotic Pump tablet for Methylprednisolone Sustained Release, E. A. Zannou, V. M. Rao, S. Narisawa, J. L. Haslam, R. A. Rajewski and V. J. Stella, AAPS 12th National Meeting, Boston, MA, November 2-6, 1997.

166.    Ali, S. M.; Himes, R. H.; Stella, V. J.; Georg, G. I.  Cryptophycin Halohydrins: Synthesis, Biological Evaluation, and Stability Studies.  Abstracts of papers, 215th National Meeting of the American Chemical Society, Dallas, TX; American Chemical Society, Washington, D.C., 1998, MEDI 180.

167.    Synthesis, Physicochemical, and Biological Evaluation of a Novel Prodrug Approach for Increasing the Water Solubility of Tertiary Amine

ContainingDrugs, J.P. Krise, W. N. Charman, S. A. Charman, and Valentino J.

Stella, Annual meeting of the A.P.S.A. Sydney, AUS, Nov. 1997. Proc. Aus. Pharm. Sci. Assoc., P-55, 1997

168.    The Use of (SBE)$_{7m}$-β-CD (Captisol®) as a Solubilizing and Osmotic Agent for Controlled and Complete Oral Delivery of Poorly Waters Soluble Drugs, V. J. Stella, K. Uekama, T. Irie, V. M. Rao, E. A. Zannou, R. A. Rajewski, S. Shiraishi, and K. Okimoto, Proceedings of the 9th International Symposium on Cyclodextrins, Santiago de Compostela, Spain, May 31 - June 3, 1998.

169.    Design and Evaluation of a Porosity Controlled Osmotic Pump Tablet for Chlorpromazine using (SBE)$_{7m}$-β-CD, K. Okimoto, M. Miyake, O. Aoki, N. Ohnishi, T. Irie, K. Uekama , R. A. Rajewski, and V. J. Stella, Proceedings of the 9th International Symposium on Cyclodextrins, Santiago de Compostela, Spain, May 31 - June 3, 1998.

170.    Effect of (SBE)$_{7m}$-β-CD on Methylprednisolone Transport Across Ethylcellulose Microporous Membranes, E. A. Zannou, S. Shiraishi, V. M. Rao, and V. J. Stella, Proceedings of the 9th International Symposium on Cyclodextrins, Santiago de Compostela, Spain, May 31 - June 3, 1998.

171.    Physical and Chemical Stability Testing of New Drug Candidates in Solid State and in Solution, V. J. Stella, AAPS 13th National Meeting, San Francisco, CA, November 15-19, 1998.

172.    Evaluation of Latex Condom Integrity after Exposure to Intravaginal Formulations Containing Mineral Oil, K. L. Egodage, J. L. Haslam, R. A. Rajewski and V. J. Stella, AAPS 13th National Meeting, San Francisco, CA, November 15-19, 1998.

173.    Synthesis and Evaluation of a Novel Prodrug for Increasing the Water Solubility of Tertiary Amine-Containing Drugs, J. P. Krise, W. N. Charman, S. A. Charman, S. Narisawa, J. Zygmunt, and V. J. Stella, AAPS 13th National Meeting, San Francisco, CA, November 15-19, 1998.

174.    The Equilirium and Kinetics of E-Ring Opening of NSC-682298: A Camptothecin Analog where the 20-Hydroxy is Replaced and an Amino Group, M. Jozan, V. J. Stella, S. L. Gupta, X. W. Newby and B. R. Vishnuvajjala, AAPS 13th National Meeting, San Francisco, CA, November 15-19, 1998.

175.    Solubility and Stability of a Phenylurea Thiocarbamate (NSC-D161128), D. K. Bempong, X. W. Newby, W. A. Waugh, V. J. Stella, S. L. Gupta, , AAPS 13th National Meeting, San Francisco, CA, November 15-19, 1998.

176.    A Comparative Study on Stabilizing Potentials Between SBE)$_{7M}$-β-CD and HP-β-CD Using the Model Compound Melphalan, D. Q. Ma, R. A. Rajewski, D.

Vander Velde and V. J. Stella, , AAPS 13th National Meeting, San Francisco, CA, November 15-19, 1998.

177.    Evaluation of KY Jelly as an Intravaginal Sustained Release Platform Using AZT and 3TC as Model Compounds, K. L. Egodage, J. L. Haslam, R. A. Rajewski and V. J. Stella, AAPS 13th National Meeting, San Francisco, CA, November 15-19, 1998.

178.    Solubility, Stability and Formulation Development of EF5 (NSC 684681), D. K. Bempong, V. J. Stella, W. A. Waugh, and S. L. Gupta, , AAPS 13th National Meeting, San Francisco, CA, November 15-19, 1998.

179.    Mechanism of Drug Release from Hyaluronic Acid Esters, L. Rajewski, E. Topp, E. Phillips and V. J. Stella, Redefining Hyaluronan conference, Abbrazia di Praglia, Padua, Italy, June 17-19, 1999.

180.    Formulation of a Poorly Water Soluble Basic Drug Using the Synergistic Effect of Complexation with $(SBE)_{7M}$-β-CD and pH Control by Citric Acid.  V. M. Rao, E. A. Zannou, R. A. Rajewski and V. J. Stella.  AAPS 14th National Meeting, New Orleans, LA, November 14-18, 1999.

181.    A Mechanistic and Kinetic Study of the E-Ring hydrolysis (and Lactonization) of a Novel Phosphate Prodrug of Camptothecin. B. A. Hanson, R. L. Schowen and V. J. Stella. .  AAPS 14th National Meeting, New Orleans, LA, November 14-18, 1999.

182.    Osmotic Properties of Sulfobutyl Ether and Hydroxypropyl Derivatives of Cyclodextrins.  E. A. Zannou, W. H. Streng and V. J. Stella. .  AAPS 14th National Meeting, New Orleans, LA, November 14-18, 1999.

183.    Synthesis and Evaluation of Prodrugs of Taxol/taxotere Based on an O-N Acyl Migration Strategy, G. L. Georg, D Dutta, S.K. Nair, S. B. Joshi, R. A. Rajewski and V. J. Stella, ACS National Meeting, 1999.

184.    Some Unique Properties and Pharmaceutical Applications of Modified Cyclodextrins, V. J. Stella, The Society of Cyclodextrins, Japan, Atsugi City, Japan, September 25-26, 2000.

185.    Oral Controlled Release of Poorly Water Soluble Drugs Utilizing Captisol® as both a Solubilizer and Osmotic Agent, V. J. Stella, R. rajewski, K. Okimoto, K. Uekama, T. Irie, S. Shiraishi, E. Zannou and V. Rao,  The 27th International Symposium on Controlled Release of Bioactive Materials, Paris, France, July 12, 2000.

186.    $(SBE)_{7M}$-β-CD or Captisol® - Possible Utilizations, V. J. Stella, CRS Symposium Workshop, "What's New in Cyclodextrin Drug Delivery?" held in conjunction

with The 27th International Symposium on Controlled Release of Bioactive Materials, Paris, France, July7, 2000.

187. Some Unique Properties and Pharmaceutical Applications of Anionically Charged Cyclodextrins, V. J. Stella, 10th International Symposium on Cyclodextrins, Ann Arbor, MI, May 23, 2000.

188. High Tech, Low Tech or Right Tech? The Discovery and Development of a New Pharmaceutical Excipient, Captisol®, V. J. Stella, The Takeru and Aya Higuchi Memorial Lecture, Academy of Pharmaceutical Sciences and Technology, Japan, San Francisco, CA, April 15, 2000.

189. The Efect of $(SBE)_{7M}$-β-CD and HP-β-CD on the Stability and Solubility of NSC-281612, An Experimental Anti-Neoplastic Agents, M. Jumaa and V. J. Stella, . AAPS 2000 National Meeting, Indianapolis, IN, October 29-November 2, 2000.

190. Usage of Novel Cyclodextrins as Solubilizing Agents in Parenteral Formulations: Regulatory Status, V. J. Stella, AAPS 2000 National Meeting, Indianapolis, IN, October 29-November 2, 2000.

191. Flow and Tableting Properties of $(SBE)_{7M}$-β-CD, S. Sotthivirat, J. L. Haslam and V. J. Stella, 10th International Symposium on Cyclodextrins, Ann Arbor, MI, May 21-24, 2000.

192. An Academics View to Starting a Biotechnology Company, AAPS 2001 National Meeting, Denver, CO, October 21-25, 2001.

193. A Perfect Fit: Adaphostin Complexing with $SBE_{7M}$-β-CD and HP-β-CD, L. A. Chimilio, V. Stella, S. Chinnaswamy, M. Jumaa, and S. Gupta, , AAPS 2001 National Meeting, Denver, CO, October 21-25, 2001.

194. Stability of an Anticancer Alkylating Agents in Different Media: How Can the Solution Components Affect the Degradation Pathway? , M. Jumaa, V. J. Stella, S. Chinnaswamy, L. Chimilio, S. Gupta, AAPS 2001 National Meeting, Denver, CO, October 21-25, 2001.

195. pH-Stability and Degradation Profile of Adaphostin (NSC-680410), S. Chinnaswarny, L. Chimilio, V. Stella, M. Jumaa, S. Gupta, , AAPS 2001 National Meeting, Denver, CO, October 21-25, 2001.

196. Plasma Pharmacokinetics of the Lactone and Carboxylate Forms of the POM Prodrug of Camptothecin and Camptothecin in Rats, B. A. Hanson, M. P. McIntosh, D. G. Kosednar, R. A. Rajewski, V. J. Stella, , AAPS 2001 National Meeting, Denver, CO, October 21-25, 2001.

197. A long-Term Stability Study of a Novel Phosphate Prodrug of Camptothecin, B. Hanson, V. J. Stella, , AAPS 2001 National Meeting, Denver, CO, October 21-25, 2001.

198. Chemical Stability Assessment of New Drug Candidates, V. J. Stella, APSA Conference, Melbourne, Australia, December 9-12, 2001

199. Cyclodextrin Delivery Systems for Poorly Soluble Drugs, , V. J. Stella, APSA Conference, Melbourne, Australia, December 9-12, 2001

200. A Case for Prodrugs, Valentino J. Stella, AAPS 2002 National Meeting, Toronto, Canada, November 10-14, 2002.

201. Prediction of Chemical Stability of Pharmaceutical Compounds and Structure-Reactivity Relationship, J. Tian, V. Stella, , AAPS 2002 National Meeting, Toronto, Canada, November 10-14, 2002.

202. The Pharmaceutical Use of Modified Cyclodextrins Especially Captisol®: Some Recent Surprising Observations, 11th International Cyclodextrin Symposium, May 5-8, Reykjvik, Iceland.

203. Phase Solubility and Structure of the Inclusion Complexes of Prednisolone and 6a-Methylprednisolone with Various Cyclodextrins, Lim Larsen, Fin L. Aachmann, Reinhard Wimmer, Valentino J. Stella, and Ulrich Madsen, 11th International Cyclodextrin Symposium, May 5-8, Reykjvik, Iceland.

204. The Pharmaceutical Uses of Sulfobutylether-β-Cyclodextrin, Captsol®,  Nordic Network of Cyclodextrin Technology, Stockholm, Sweden, December 6, 2002.

205. The Low Solubility Challenge Extent of the Problem and Some Approaches to Addressing It, AAPS Annual Meeting, Salt Lake City, UT, October 30, 2003.

206. A Place for Prodrugs in Lead Optimization,  ACS National meeting, New York, NY, September 9, 2003.

207. Photostability of 2-hydroxymethyl-4,8-dibenzo[1,2-b:5,4-b']dithiophene-4,8-dione (NSC 656240), a potential anticancer drug. S. Silchenko, C. Schoneich, B. J. Carlson, V. J. Stella, AAPS Annual Meeting, Salt Lake City, UT, October 27, 2003.

208. Mechanism of Drug Release from a Novel Microporous Pump Tablet Utilizing SBE-β-CD as an Osmotic Agent and Solubilizer. CRS, Glasgow, Scotland, July 21, 2003.

209. Some Novel Applications of Cyclodextrins. North Carolina Pharmaceutical Discussion Group, RTP, April 26, 2004.

210. In Vivo considerations for the use of cyclodextrins. AAPS PDD Drug Delivery Conference, Philadelphia, PA, June 7, 2004.

211. Solubility, physicochemical and biopharmaceutical considerations. AAPS PDD Drug Delivery Conference, Philadelphia, PA, June 9, 2004.

212. Synthesis and characterization of new sulfoalkyl-alkyl-ether cyclodextrin derivatives, S. Tongiani, D. Vander Velde and V. J. Stella, 12th International Cyclodextrin Symposium, Montpellier, France, May 16-19, 2004.

213. Influence of SBE-$\gamma$-CD ethylation on 9-$NO_2$-Paullone solubilization. S. Silchenko, S. Tongiani, and V. J. Stella. 12th International Cyclodextrin Symposium, Montpellier, France, May 16-19, 2004.

214. Analysis of adaphostin-chemcially modified cyclodextrins complexes with NMR diffusion measurements. S. Tongiani, D Vander Velde, S. Silchencko, L. Chimilio and V. J. Stella. 12th International Cyclodextrin Symposium, Montpellier, France, May 16-19, 2004.

215. Binding constants for aromatic amino acids and their dipeptides with SBE7-$\beta$-CD using CE chromatography. M Miyajima, T. Ozeki and V. J. Stella. 12th International Cyclodextrin Symposium, Montpellier, France, May 16-19, 2004.

216. The use of sulfobutylether beta cyclodextrin (SBE)$_{7M}$-$\beta$-CD in controlled delivery pellet formulations of a poorly water-soluble drug, S. Sotthivirit, J. Haslam and V. J. Stella, AAPS Annual Meeting, Baltimore, MD, November 7-11, 2004.

217. The effect of new modified cyclodextrin derivatives on the aqueous solubility of camptothecin, E. Semenova, S Tongiani, J D. pipkin and V. J. Stella, AAPS Annual Meeting, Baltimore, MD, November 7-11, 2004.

218. Kinetics and mechanism of O-methyl antimycin A1 (NSC 721381) degradation, S. Silchenko, R. Carlson, and V. J. Stella, AAPS Annual Meeting, Baltimore, MD, November 7-11, 2004.

219. Sulfoalkylether-alkylether mixed cyclodextrin derivatives: Their enhanced inclusion ability, T Ozeki, S. Tongiani, S. Silchenko, E Semenova, and V. J. Stella, AAPS Annual Meeting, Baltimore, MD, November 7-11, 2004.

220. Development of alternative salt forms of sulfobutyl-beta-cyclodextrins and their physicochemical properties, S Sotthivirit, J. Haslam, and V. J. Stella, AAPS Annual Meeting, Baltimore, MD, November 7-11, 2004.

**Invited Presentations:**

**University Level**

1.  "Steric Catalysis Effects in Intramolecular Reactions".  University of Illinois Medical Center, College of Pharmacy, 1973.

2.  "Directed Drug Delivery and Application of Physical-Organic Chemistry to Clinical Situations" to NSF summer fellows at the request of Dr. Middaugh, University of Kansas, 1974.

3.  "Pharmacokinetics and Pro-drugs" presented at the Medicinal Chemistry Seminar, The University of Kansas at the request of Dr. E. Smissman, June 24, 1974.

4.  "Social Drugs".  Given to students at KU enrolled in the course "Topics and Problems in Drugs in the Contemporary Society", The University of Kansas, Fall, 1974.

5.  "Kinetics of Synthesis of $d_4$-Succinic Anhydride from Succinic Anhydride and $d_1$-Acetic Acid", and "Graduate Course Requirements in Pharmaceutics as Viewed by Industrial Representatives in Research and Development".  Seminar given to the Department of Pharmaceutical Chemistry, University of Kansas, Fall 1973.

6.  "Pro-drugs as Novel Drug Delivery Systems".  Ferris State College, Michigan, December 5, 1975.

7.  "Prodrugs".  Department of Pharmacology, University of Kansas Medical Center, December 15, 1976.

8.  " Water Soluble Prodrugs of Phenytoin, 1969-1977".  Department of Pharmaceutical Chemistry, University of Kansas, February 2, 1977.

9.  " Water Soluble Prodrugs of Phenytoin, 1969-1977". George Ellett Coghill Chapter Society for Neurosciences, University of Kansas, February 10, 1977.

10.  "Prodrugs an Overview and Recent Developments".  School of Pharmacy, University of Utah, October 14, 1977.

11.  "The Development of Some Water Soluble Prodrugs of Phenytoin, 1968-Present". Organic Colloquium, Department of Chemistry, University of Kansas, Spring 1977.

12.  "Drug Mass Transport with Simultaneous Chemical Reaction".  University of Illinois Medical Center, October 1978.

13.     "Factors Affecting the Time Profile of Drugs in the Body".  Science (Chemistry) Seminar Emporia State University, Emporia, Kansas, April 9, 1979.

14.     "Dissolution Kinetics of Organic Acids".  University of Kentucky, Lexington, Kentucky, February 11, 1980.

15.     "Critical Aspects of Site Specific Drug Delivery".  Kansas University Neurological Sciences Meeting, April 16, 1981.

16.     "Prodrugs as Novel Drug Delivery Systems".  Wichita State University, Wichita, Kansas, October 13, 1982.

17.     "Prodrugs of Phenytoin, 1968-Present".  University of Minnesota, Minneapolis, Minnesota, September 2, 1983.

18.     "Basic Pharmacokinetics".  A two hour lecture given to faculty and graduate students at KUMC (Dr. K. Rozman), October 14, 1983.

19.     "Lymphatic Transport of Lipophilic Drugs". UCSF, San Francisco, CA, April 1, 1988.

20.     "Lymphatic Transport of Lipophilic Drugs". Dorsey/Sandoz lecture, Ohio State University, Columbus, Ohio, April 7, 1988.

21.     "In Vitro Dissolution Rates Can be a Poor Predictor of In vivo Bioavailability Performance" University of Florida, Gainesville, April 12, 1989.

22.     "Evolution of Formulation Practice" 9th Annual Update Conference, University of Wisconsin, Madison, WI, April 2, 1990.

23.     "Pharmacokinetics" Residential School of Medicinal Chemistry, Drew University, Madison, NJ., May 31-June 4th, 1993.

24-25. "Pharmacokinetics" and "ADME" Residential School of Medicinal Chemistry, Drew University, Madison, NJ., June 8-9th, 1994.

26.     "Development and Evaluation of Some Parenterally Safe Cyclodextrins" University of Cincinnati, February 8th, 1994.

27.     "Parental, Oral and Ophthalmic Applications of SBE-β-CDs; New, Novel and Safe Modified β-Cyclodextrins, Kyoto University, March 25th, 1995.

28-29.  "Pharmacokinetics" and "ADME" Residential School of Medicinal Chemistry, Drew University, Madison, NJ., June 5-6th, 1995.

30.  "Development and Evaluation of Some Parenterally Safe Cyclodextrins" University of Texas, June 22nd, 1995.

31.  "An Introduction to Australian Aboriginal Art," University of Kansas, Discussion Club, January 8, 1996.

32.  "SBE7-β-CD, a New, Novel and Safe Polyanionic β-Cyclodextrin Derivative: Characterization and Biomedical Applications."  V. J. Stella,  Address to the Faculty of Pharmacy, Kuopio University, June 6, 1996.

33.  "Formulation of Experimental Anticancer Drugs:  Overcoming Physical and Chemical Limitations." Address given at the symposium "Molecular Biology and Chemistry of cancer and Aging", The University of Kansas, Lawrence , Ks, May 6, 1996.

34.  "The Role of Conformation on the Deamindation of an Asparagine Residue in Vancomycin," Monash University (Victorian College of Pharmacy), August 13th, 1996.

35.  "SBE7-β-CD, A Novel and Pharmaceutically useful Cyclodextrin", GPEN meeting, The University of Kansas, October 24-26, 1996.

36.  "Prodrugs and Drug Development", N-methyl transferase working group, Chicago University, Chicago, April 7, 1997.

37.  "Design, Evaluation and Development of a Novel Cyclodextrin with Multiple Pharmaceutical Applications", Pittsburgh State University, Pittsburgh, KS, February 27, 1998.

38.  "High Tech, Low Tech, Right Tech" Joint UNC/Glaxo Wellome seminar series in pharmaceutics and clinical pharmacology, University of North Carolina, Chapel Hill, NC March 18, 1998.

39.  "If Drugs Bind Strongly to Cyclodextrins, How is the Drug Released *In Vivo*?" University of Kentucky, Lexington, KY, April 14, 1998.

40.  "Solubility and Dissolution of Drugs" University of Helsinki, Helsinki, Finland, May 18, 1998.

41.  "Prodrugs as Novel Drug Delivery Systems" University of Helsinki, Helsinki, Finland, May 18, 1998.

42.  "Chemical Stability of Pharmaceuticals" University of Helsinki, Helsinki, Finland, May 19, 1998.

43.   "Recent Developments in Cyclodextrins" University of Helsinki, Helsinki, Finland, May 19, 1998.

44.   "Synthesis and Evaluation of a Novel Prodrug Approach for Increasing the water Solubility of Tertiary Amine Containing Drugs", Kyoto University, Kyoto, Japan, February 13, 1999.

45.   "Evaluation of Sulfobutyl Ether β-Cyclodextrin as a Solubilizing/Stabilizing and Freeze-Drying Excipient", Kumamoto University, Kumamoto, Japan, February 6, 1999.

46.   "The Use of a Charged Cyclodextrin as both a Solubilizing and Osmotic Agent for Controlled and Complete Release of Poorly Water Soluble Drugs", Victorian College of Pharmacy, Monash University, Melbourne, Australia, February 23, 1999.

47.   "Pharmaceutical Applications of Novel Solubilizer/Stabilizers, Sulfobutylether Derivatives of Cyclodextrins", U. of Minnesota, Minneapolis, MN, June 3, 1999.

48.   "Oral Controlled Release of Poorly Water Soluble Drugs Utilizing Captisol® as Both a Solubilizer and Osmotic Agent", Department of Chemical Engineering, Kansas State University, Manhatton, KS, October 11, 2001

49.   "The Development of a Novel Prodrug of the antiseizure drug Dilantin®, Fosphenytoin", Grinnell College, Grinnell, Iowa, October 31, 2001.

50.   "Formulation of a Novel Water-Soluble Camptothecin Prodrug", HBC Symposium, The University of Kansas, November, 30, 2001.

51.   "Prodrug Approaches to Improving the Bioavailability and Delivery of Poorly Soluble Drugs", University of North Carolina, Chapel Hill, NC, March 28, 2002.

52   "An Academic's View on Inventing and Starting a Biotech Company: A Personal Experience" University of North Carolina, Chapel Hill, NC, March 28, 2002.

53.   "Effect of Formulation Factors 0n Oral Drug Delivery", Drew University, Princeton, NJ, June 17-18, 2002.

54.   "Effect of Solubility and Formulation Factors on Oral Drug Availability" Kuopio University, Kuopio, Finland, May 14, 2003.

55.   "Effect of pH on the Solubility of Acids, Bases and Polyionizable Drugs" Kuopio University, Kuopio, Finland, May 14, 2003.

56.   "Why $(SBE)_{7M}$-β-CD? (Captisol®)" Kuopio University, Kuopio, Finland, May 14, 2003.

57.  "Chemical Stability of New Drug Candidates" Kuopio University, Kuopio, Finland, May 15, 2003.

58.  "pH-Rate Profiles and Temperature Effect on Degradation" Kuopio University, Kuopio, Finland, May 15, 2003.

59.  "Why (SBE)$_{7M}$-β-CD as a Stabilizer" Kuopio University, Kuopio, Finland, May 15, 2003.

60.  "A Case for Prodrugs" Kuopio University, Kuopio, Finland, May 16, 2003.

61.  "A Novel Prodrug Approach for Tertiary Amines" Kuopio University, Kuopio, Finland, May 16, 2003.

62.  "Formulation of a Novel Water-Soluble Camptothecin Prodrug" Kuopio University, Kuopio, Finland, May 16, 2003.

63.  "Effect of Solubility and Formulation Factors on Oral Drug Availability" Drew University, Madison, NJ, June 17, 2003.

64.  "Being an Expert Witness," Department of Pharmacology and Toxicology, The University of Kansas, Lawrence, KS, December 11, 2003.

65.  "Prodrugs as Novel Drug Delivery Systems" Kansas Cancer Institute First Annual Research Symposium, "Creating an Environment for Translational Research," KUMC, January 24, 2004

**Community and State Level**

1.  34th Biannual Pharmacy Extension Course, Spring, 1974.  Presented in Topeka (May 5, 1974), Dodge City (May 7, 1974), Wichita (May 8, 1974), Salina (May 9, 1974).  Talks given were (a) "Anti-convulsant Drugs:  Problems Associated with Bioavailability, Dosage Regimens, Therapeutic Index, Emergency Use, etc.", and (b) "Anti-Parkinson Drugs:  A Discussion of L-Dopa Therapy.  The Problems Associated with Bioavailability due to First Pass Effect, Dosage Regimens and Combinations with Other Agents".

2.  "Stability of Insulin".  Kansas Society of Hospital Pharmacists, Wichita, Kansas, November 13, 1975.

3.  "Are All Aspirin Alike"?  Unitarian Church, Lawrence, Kansas, March 28, 1976.

4.  "Antiarrhythmic Drug Therapy".  39th Biannual Pharmacy Extension Course presented in Wichita, Dodge City, Hays, Salina and Lawrence between September 26 and October 1, 1976.

5.      "Dangers and Discrepancies of Recommended Dosages of Drugs:  Phenytoin". Kansas Physician Group, Lawrence, September 30, 1977.

6.      "Drug Packaging and the Tylenol Episode".  Given to (a) Cable 6 Television in Lawrence, Kansas, "Status Report",  (b) Cosmopolitan Club, February 16, 1983; and (c) "Hotline", a radio program produced by public radio station "KANU", February 18, 1983.

7.      "New and Future Drug Delivery Systems" Kansas Society of Hospital Pharmacists, Wichita, KS, May 15, 1987.

8.      "New and Future Drug Delivery Systems" Lawrence Memorial Hospital, Physicians Continuing Education Program, Lawrence, KS, January 15, 1988.

9.      "Formulation of Anti-Cancer Drugs".  First Annual Meeting of the Wesley Foundation Scholar Program in Cancer Research, Lawrence, Kansas, April 20, 1988.

10.     "Preparation and Evaluation of Some Novel Parenterally Safe Cyclodextrins" Kansas City Discussion Group of Pharmaceutical and Allied Sciences, American Association of Pharmaceutical Scientists, Overland Park, KS, September 25, 1990.

11.     "Drug Delivery Systems: Are They Legal?" Inaugural Lecture for The University Distinguished Professorship, The University of Kansas, October 14th, 1991.

12.     "Taxol" Saturday Seminar Series, The University of Kansas, October 10th, 1992.

13.     "New and Future Drug Delivery Systems" Department of Chemical Engineering, The University of Kansas, September 23rd, 1992.

14.     "Chemistry and Pharmacokinetics of 20(S)-Camptothecin", Kansas Health Foundation, Annual meeting, Manhattan, KS, April 12-13th, 1993.

15.     "The Role of Higher Education in Economic Development: Policy to Practice", 19th Economic Outlook Conference, The University of Kansas, Lawrence, KS, November 17, 1995.

16.     "High Tech, Low Tech, Right Tech," Old and New, March 1, 1996.

17.     "University and Business Partnerships" State of Kansas, Senate Commerce Committee, January 24, 1996.

18.     "University and Business Partnerships" State of Kansas, House Economic Development Committee, January 24, 1996.

19.     "University and Business Partnerships: A Small Company Perspective" with Peter Higuchi, The Silicon Prairie Technology Association/Scientific  Education Partnership's Bioscience Network, March 21, 1996.

20.     "Bush Fires" Old and New, April 11, 1998

21.     "Pharmaceutical Chemistry 101" Old and New, October 23, 1998.

22.     "My Mentors", Old and New, December 3, 1999.

23.     "High Tech, Low Tech, Right Tech",  Merrill Advanced Studies Center Symposium, "Making Research a Part of the Public Agenda", June 7-9, 2000.

24.     "An Academics View to Starting a Biotechnology Company", Biotech Workshop on Biotechnology as a Business, Lawrence, KS, May 5, 2001.

25.     "An Academic's View on Inventing and Starting a Biotech Company: A Personal Experience", talk to the leadership of the Kaufman Foundation, Kansas University Center for Research, October 14, 2002.

26.     High Tech, Low Tech, Right Tech" Honors program, University of Kansas, October 22, 2002.

27.     "1135 West Campus Road", Old and New, April 26, 2002.

28.     "1135 West Campus Road", KU Discussion Club, October 24, 2002.

29.     "American Indian Leadership", Old and New, Lawrence, KS, September 26, 2003.

30.     "Stella de Celti", Old and New, Lawrence, KS, April 25, 2003.

31.     "Stella de Celti" UNICO National Board meeting, Phoenix, AZ, March 13, 2004

**National Level**

1.      "Esters of Hydantoic Acids as Pro-drugs of Hydantoins".  119th Annual American Pharmaceutical Meeting, Basic Pharmaceutics Section, Houston, Texas, April 1972.

2.      "Hydrolytic Behavior of N-Acylphthalimides" 119th Annual American Pharmaceutical Meeting, Basic Pharmaceutics Section, Houston, Texas, April 1972.

3.    "The Hydrolysis of Acyl Imides".  5th Annual Higuchi Research Seminar, Lake of the Ozarks, Missouri, 1972.

4.    "Graduate Course Requirements in Pharmaceutics as Viewed by Industrial Representatives in Research and Development".  6th Annual Higuchi Research Seminar, Lake of the Ozarks, Missouri, 1973.

5.    "Photolytic Degradation of 2-[(dibutylamino)methyl]-6,8-dichloro-2-(3', 4'-dichloropheny 1)-4-quinoline Methanol or WR-30090:  An Experimental Anti-Malarial".  H. Okada, V. Stella, J. Haslam and N. Yata, Academy of Pharmaceutical Sciences Meeting, New Orleans, November 14, 1974, Paper #65.

6.    "Phenylbutazone Ionization Kinetics".  V. Stella and J.D. Pipkin, A.Ph.A Academy of Pharmaceutical Sciences 122nd Annual Meeting, San Francisco, April 12, 1975, Paper #29.

7.    "Pro-Drugs:  An Overview and Definition".  V. Stella, Annual Meeting of the American Chemical Society, Atlantic City, September 10, 1974, Paper #19. Division of Medicinal Chemistry.

8.    "The Chemistry of a Novel, 5,5-Diphenylhydantoin Pro-Drug".  V. Stella, T. Higuchi, A. Hussain and J. Truelove, Annual Meeting of the American Chemical Society, Atlantic City, September 10, 1974, Paper #21, Division of Medicinal Chemistry.

9.    "The Metabolic Disposition of a Novel, 5,5-Diphenylhydantoin Pro-Drug".  V. Stella, A.J. Glazko, W.A. Dill, R.H. Wheelock, R.M. Young, A. Nemanich, L. Croskey and T. Higuchi, Annual Meeting of the American Chemical Society, Atlantic City, September 10, 1974, Paper #22, Division of Medicinal Chemistry.

10.    "The Non-classical Phase Transport and Ionization Kinetics of Phenylbutazone". 8th Annual Higuchi Research Seminar, Lake of the Ozarks, March 10, 1975.

11.    "The Effect of the Long Term Exposure to Environmental Levels of Polychlorinated Biphenyls (PCBs) on the Pharmacokinetics of Pentobarbital in Rats".  9th Annual Higuchi Research Seminar, Lake of the Ozarks, Missouri, March 15, 1976.

12.    "The Alteration of Thiamine Pharmacokinetics by the Use of Lipid Soluble Thiamine Prodrugs", I.  J.D. Pipkin and V.J. Stella, A.Ph.A Academy of Pharmaceutical Sciences 124th Annual Meeting, New York, May 14-19, 1977, Paper #4.

13.    "Thiamine Whole Blood Pharmacokinetics in the Rat Using Both a Specific [35]S-Thiamine Liquid Scintillation Assay and the Thiochrome Fluorescence Assay".

J.D. Pipkin and V.J. Stella, A.Ph.A Academy of Pharmaceutical Sciences 124th Annual Meeting, New York, May 14-19, 1977, Paper #50.

14.    "Prodrugs an Overview and Recent Developments".  APhA Academy of Pharmaceutical Sciences, IPT and Pharmaceutical Analysis and Central Sections; Western Regional Meeting, San Francisco, October 17, 1977.

15.    "Enhancement of the Bioavailability of a Hydrophobic Amine Antimalarial by Formulation with Oleic Acid in a Soft Gelatin Capsule", J. Haslam, V. Stella, N. Yata, H. Okada, S. Lindenbaum and T. Higuchi, A.Ph.A Academy of Pharmaceutical Sciences Annual Meeting, Basic Pharmaceutics Section (P83), Montreal, Canada, May 13-18, 1978.

16.    "The Mass Transport of Acids into a Reactive Media".  12th Annual Higuchi Research Seminar, Lake of the Ozarks, Missouri, March 11-14, 1979.

17.    "Dissolution of Organic Acids".  13th Annual Higuchi Research Seminar, Lake of the Ozarks, Missouri, March 10, 1980.

18.    "Media Effects on the Intrinsic Dissolution Rates of Acids".  128th A.Ph.A Annual Meeting, St. Louis, Missouri, March 28-April 1, 1981.

19.    "The Kinetics of Ionization of the Carbon Acid, Phenindione:  2-Phenyl-1,3-Indandione".  V.J. Stella and R. Gish, American Pharmaceutical Association Annual Meeting, Anaheim, California, April 21-26, 1979.

20.    "The Kinetics and Mechanism of Ionization of the Carbon Acids, 4'-Substituted 2-Phenyl-1,3-Indandione's".  V.J. Stella and R. Gish, American Pharmaceutical Association Annual Meeting, Anaheim, California, April 21-26, 1979.

21.    "N-Hydroxymethyl-5,5-Diphenylhydantoin as an Intermediate for the Synthesis of Some Water Soluble Prodrugs of Phenytoin".  V.J. Stella, S.A. Varia, S. Schuller and K.B. Sloan, American Pharmaceutical Association Annual Meeting, Anaheim, California, April 21-26, 1979.

22.    "The Dissolution Kinetics of Some Solid Carboxylic Acids as a Function of Bulk pH, Using a pH-Stat Technique".  K.G. Mooney, V.J. Stella, M. Mintun and K. Himmelstein, Academy of Pharmaceutical Sciences Annual Meeting, Kansas City, Kansas, November 11-15, 1979.

23.    "Metabolism and Elimination of 2-Butanol on Environmental Potentiator of Carbon Tetrachloride Toxicity".  14th Annual Higuchi Research Seminar, March 15-18, 1981.

24.    "Digestion of Lipids".  Given jointly with Dr. J. Roberts, 16th Annual Higuchi Research Seminar, March 13-16, 1983.

25.    "Lymphatic Absorption of Drugs I:  Evaluation of Experimental Methodology in Rats".  T. Noguchi and V. Stella, 35th National Meeting of the Academy of Pharmaceutical Sciences, Miami Beach, Florida, November 13-17, 1983.

26.    "Lymphatic Absorption of Drugs II:  Effects of Drug Lipophilicity and Vehicles on the Lymphatic Absorption of Testosterone Esters".  T. Noguchi and V.J. Stella, 35th National Meeting of the Academy of Pharmaceutical Sciences, Miami Beach, Florida, November 13-17, 1983.

27.    "Dissolution Kinetics of Carboxylic Acids III:  Effect of Polyionizable Buffers".  J.G. Aunins, R.A. Myers, K.J. Himmelstein and V.J. Stella, 35th National Meeting of the Academy of Pharmaceutical Sciences, Miami Beach, Florida, November 13-17, 1983.

28.    "Prodrugs:  A Chemical Approach to Targeted Drug Delivery".  An invited address at a Symposium dedicated to Professor T. Higuchi, Lawrence, Kansas, October 17-19, 1984.

29.    "Dissolution with Simultaneous Chemical Reaction".  V.J. Stella, North Eastern Regional Pharmaceutics Association, June 28, 1985.  University of New Haven, West Haven Connecticut.

30.    "Mechanism of Intestinal Lymphatic Transport of Lipophilic Drugs".  V.J. Stella, 39th National Meeting of the Academy of Pharmaceutical Sciences, Minneapolis, Minnesota, October 20-24, 1985.

31.    "Pharmacokinetic Model Evaluation of Targeted Drug Delivery Via Prodrugs".  1986 Gordon Conference, "Drug Carriers in Biology and Medicine", Plymouth State College, NH, July 7-11, 1986.

32.    "Pharmacokinetic Model Evaluation of Targeted Drug Delivery Via Prodrugs".  13th International Symposium on Controlled Release of Bioactive Materials, Norfolk, VA, August 3-6, 1986.

33.    "Pharmacokinetic Model Evaluation of Targeted Drug Delivery Via Prodrugs".  AAPS Eastern Regional Meeting, Atlantic City, NJ,  September 14, 1987.

34.    "Takeru Higuchi: Scientific Contributions". 21st Annual Higuchi Research Seminar, March 13, 1988.

35.    "The Higuchi Research Seminars-25th Anniversary", 25th Annual Higuchi Research Seminar, March 8th, 1992.

36.    "Use of Prodrugs for Drug Targeting" Eastern Regional AAPS meeting, New Brunswick, NJ., June 7-8th, 1993.

37. "Chemistry and Pharmacokinetics of 20(S)-Camptothecin", 26th Annual Higuchi Research Seminar, March 14-17th, 1993.

38. "Prodrugs and Formulation Approaches to Optimizing Oral Delivery", Workshop on Oral Drug Delivery: Interface between Discovery and Development, sponsored by NIH, Washington DC, December 5-7, 1993.

39. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", AAPS, Southern California Discussion Group, San Diego, CA, April 21st, 1994.

40. "A mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs", Lake of Lakes meeting, Wisconsin, June 7th, 1994.

41. "The Effect of an Anionically Charged Modified β-Cyclodextrin, SBE4-β-CD, on the Pharmacokinetics of Two Steroids", AAPS 9th National Meeting, San Diego, CA, November 6-10th, 1994.

42. "The Role of Conformation on the Deamidation Rate of Vancomycin", 28th Annual Higuchi Research Seminar, March 12-15th, 1995.

43. "SBE7-β-CD, A New, Novel and Safe Polyanionic β-Cyclodextrin Derivative,: Characterization, and Biomedical and Analytical Applications", 209th ACS National Meeting, Anaheim, CA, April 2-6th, 1995.

44. "Physical, Chemical and Pharmacokinetic Properties of Campothecins", North Jersey- ACS, Drug Metabolism Discussion Group meeting, Clifton, NJ, April 26th, 1995.

45. "Solubilization and Toxicology Formulations for Poorly Soluble Drugs" AAPS 10th National Meeting, Miami, FL, November 5-9th, 1995.

46. "Prodrugs: Design Concepts and Pharmacokinetic Principles for Drug Targeting" as part of the a short course on "Prodrug Design - Enhanced and Targeted Delivery of Therapeutic Agents" 7th north American ISSX Meeting, San Diego, CA, October 20-24, 1996.

47. "Prodrugs of Phenytoin", Western Regional AAPS Meeting, South San Francisco, CA, April 24-25, 1997.

48. "Introduction: Why use Cyclodextrins". International Conference on "Pharmaceutical Applications of Cyclodextrins", Lawrence, KS, June 29-July 2, 1997.

49. "Drug Dissociation from Cyclodextrin Inclusion Complexes: *In Vivo* Implications".  Valentino J. Stella, International Conference on "Pharmaceutical Applications of Cyclodextrins", Lawrence, KS, June 29-July 2, 1997.

50. "Effect of Formulation Factors on Drug Oral Availability", Residential School of Medicinal Chemistry, Special Topics Course, The Forrestal Conference Center, Princeton, NJ, July 17-18, 1997.

51. "Effect of Formulation Factors on Drug Oral Availability", Residential School of Medicinal Chemistry, Special Topics Course, The Forrestal Conference Center, Princeton, NJ, July 15-17, 1998.

52. "Physical and Chemical Stability Testing of New Drug Candidates in Solid State and in Solution", V. J. Stella, AAPS 12th National Meeting, San Francisco, CA, November 15-19, 1998.

53. "Why Use Cyclodextrins" 31st Annual Higuchi Research Seminar, March 8-11, 1998.

54. "Use of Sulfobutylether Derivatives of Cyclodextrins in Novel Controlled Porosity Osmotic Pump Tablets" 31st Annual Higuchi Research Seminar, March 8-11, 1998.

55. "My Mentors", 33rd Annual Higuchi Research Seminar, March 8-11, 2000.

56. "Effect of Formulation Factors on Drug Oral Availability", ", Residential School of Medicinal Chemistry, Special Topics Course, The Forrestal Conference Center, Princeton, NJ, June 19, 2000.

57. "Usage of Novel Cyclodextrins as Solubilizing Agents in Parenteral Formulations: Regulatory Status", AAPS 2000 National Meeting, Indianapolis, IN, October 29-November 2, 2000.  Part of a Synposium on "Recent Developments in Aqueous Solubility Prediction and Drug Solubilization."

58. "An Academics View to Starting a Biotechnology Company",  AAPS 2001 National Meeting, Denver, CO, October 21-25, 2001.

59. "Prodrug Approaches to Improving the Bioavailability/Deliverability of Poorly Water Soluble Drugs" " AAPS 2001 National Meeting, Denver, CO, October 21-25, 2001.

60. "Effect of Formulation Factors on Drug Oral Availability", ", Residential School of Medicinal Chemistry, Special Topics Course, The Forrestal Conference Center, Princeton, NJ, June 25, 2001.

61.    "Effect of Formulation Factors 0n Oral Drug Delivery", GPEN meeting, Ann Arbor, MI, November 8, 2002.

62.    "A Case for Prodrugs", Invited address in a Prodrug Symposium, AAPS National meeting, Toronto, Canada, November 13, 2002.

63.    "The Low Solubility Challenge Extent of the Problem and Some Approaches to Addressing It," AAPS Annual Meeting, Salt Lake City, UT, October 30, 2003.

64.    "A Place for Prodrugs in Lead Optimization" ACS National meeting, New York, NY, September 9, 2003.

65.    "Some Novel Applications of Cyclodextrins" North Carolina Pharmaceutical Discussion Group, RTP, April 26, 2004.

66.    "Solubility, physicochemical and biopharmaceutical considerations," AAPS PDD Drug Delivery Conference, Philadelphia, PA, June 9, 2004.

67.    "In Vivo considerations for the use of cyclodextrins" AAPS PDD Drug Delivery Conference, Philadelphia, PA, June 7, 2004.

68.    "Prodrug Strategies for Improving Drug-Like Properties" AAPS workshop, Parsippany Hilton, Parsippany, NJ, September 21, 2004

69.

**International Level**

1.    "Pro-Drugs".  Pharmaceutical Society of Victoria, Melbourne, Australia, August 1972.

2.    "The Anomalous Dissolution Rate - pH Profile of Phenylbutazone".  Victorian Pharmacy College, Victoria, Melbourne, Australia, June 1973.

3.    "Pro-drugs:  An Overview and Definition".   Royal Danish Pharmaceutical Society, Copenhagen, Denmark, May 12, 1975

4.    "Pro-drugs:  An Overview and Definition". Norwegian Pharmaceutical Society and Nyco Drug Co., Oslo, Norway, May 16, 1975.

5.    "The Dangers and Discrepancies of Recommended Dosage Regimens of Drugs - A Dilemma".  Victorian College of Pharmacy, Melbourne, Australia, June 1, 1976.

6.      "An Introduction to the Pro-drug Concept".  5th International Symposium on Medicinal Chemistry (IUPAC), Paris, France, July 19, 1976.

7.      "A New and Novel Water Soluble Pro-drug of Phenytoin".  Recordati Industria Chemica e Farmacia Inc., Milan, Italy, July 22, 1976.

8.      "Drug Substances in Particular Prodrugs - Problems and Methods of Approach". 37th International Congress of Pharmaceutical Sciences, The Hague, September 6, 1977.

9.      "Mass Transport of Classical and Carbon Acids into a Reaction Media". Pharmaceutical Research and Development Group, Sankyo Co., Tokyo, Japan, April 13, 1979.

10.     "Future Trends in Prodrug Research".  Eisai Drug Co., Tokyo, Japan, April 16, 1979.

11.     "Future Trends in Prodrug Research".  Kyoto University, College of Pharmacy, Kyoto, Japan, April 17, 1979

12.     "Future Trends in Prodrug Research".  Takeda Pharmaceutical Co., Osaka, Japan, April 19, 1979.

13.     "Water Soluble Prodrugs of Phenytoin".  Kanazawa University, Kanazawa, Japan, April 7, 1980.

14.     "Future Developments in Pharmaceutics".  Kyoto University, Kyoto, Japan, April 8, 1980.

15.     "Dissolution Kinetics of Organic Acids". Takeda Chemical Industries, Osaka, Japan, April 9, 1980.

16.     "Some Water Soluble Prodrugs of Phenytoin".  Kanebo Drug Company, Osaka, Japan, April 11, 1980.

17.     "Induction of Pentobarbital Metabolism by Polychlorinated Biphenyls". Victorian College of Pharmacy, Melbourne, Australia, April 23, 1980.

18.     "Optimization of Drug Delivery".  Alfred Benzon Symposium, Copenhagen, Denmark, May 30-June 4, 1981.

19.     "Water Soluble Phenytoin Prodrugs, 1968-Present".  Victorian College of Pharmacy, Melbourne, Australia, July 28, 1982

20.     "Water Soluble Phenytoin Prodrugs, 1968-Present".  National Biological Standards Laboratory, Canberra, Australia, July 23, 1982.

21.    "The Uses and Applications of Lipid Vehicles in Oral Drug Delivery".  6th Annual Eino Nelson Conference, Paradise Island Hotel, Nassau, Bahamas, December 4-7, 1983.

22.    "Some Basic Strategies in the Design and Synthesis of Prodrugs for Site Specific Delivery".  V.J. Stella, invited address at the A.P.V. Annual Congress, Munich, West Germany, May12-15, 1982.

23.    "Preformulations Strategies in the Formulation of the New Cytotoxic Drug, Mitozolamide", Victorian College of Pharmacy, Melbourne, Australia, April 29th, 1985.

23.    "Lymphatic Transport of Lipophilic Drugs". FIDIA Laboratories, Abano Terme, ITALY, March 20, 1987.

25.    "Prodrugs of Phenytoin, 1968-Present". Centro di Studio per la Chimica del Farmaco del C.N.R., Universts degli Studi di Roma "La Sapienza", University of Rome, Rome, Italy,  May 5, 1988.

26.    "Prodrugs and Site-Specific Drug Delivery".   IInd International ISSX meeting, Kobe, Japan, May 17, 1988.

27.    "Prodrugs and Site-Specific Drug Delivery".  University of Tokyo, Japan, May 13, 1988.

28.-39. "In Vitro Dissolution Rates Can be a Poor Predictor of In vivo Bioavailability Performance". Hoshi University, Toho University, Joshi University, Daichi Seiyaku Co., Chugai Pharmaceutical Co. Ltd., Kanebo Pharmaceutical Co. Ltd., Sumitomo Pharmaceutical Co. Ltd., Takeda Pharmaceutical Co. Ltd., Fugisawa Pharmaceutical Co. Ltd., Kobe-Gakuin University, Kyoto University, Japan, May 11-25,1988.

40.    "In Vitro Dissolution Rates Can be a Poor Predictor of In vivo Bioavailability Performance" Victorian College of Pharmacy, Melbourne, Australia, July 22, 1988.

41.    "Absorption Via Lymphatics".  Third International Conference on Drug Absorption, Edinburgh, Scotland, September 27-30, 1988.

42.    "In Vitro Dissolution Rates Can be a Poor Predictor of In Vivo Bioavailability Performance" Sterling Research, Alnwick, United Kingdom, September 27, 1988.

43.    "In Vitro Dissolution Rates Can be a Poor Predictor of In vivo Bioavailability Performance" APSA annual meeting, Victorian College of Pharmacy, Melbourne, Australia, July 7th, 1989.

44.     "Pharmaceutical Education in North America; Prospects for the Future" APSA Annual meeting, Victorian College of Pharmacy, Melbourne, Australia, July 5th, 1989.

45.     "A Mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs", Farmitalia Carlo Erba, Milan, Italy, December 4th, 1989.

46.     "Prodrugs for Improved Oral Drug Delivery" Taisho International Conference on Oral Drug Absorption, Hakone, Japan, April 12th, 1990.

47.     "A mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs", Victorian College of Pharmacy, Melbourne, Australia, April 18th, 1990.

48.     "Development and Assessment of Some Parenterally Safe, Modified Cyclodextrins", Victorian College of Pharmacy, Melbourne, Australia, March 22nd, 1991.

49.     "Hyaluronic Acid Esters as Drug Delivery Matrices", Victorian College of Pharmacy, Melbourne, Australia, March 15th, 1991.

50.     "Takeru Higuchi's Contributions to Pharmaceutical Sciences", Victorian College of Pharmacy, Melbourne, Australia, April 5th, 1991.

51.     "Aqueous Solubility can be a Poor Predictor of in vivo Performance", CSIRO, Clayton, Victoria, Australia, April 3rd, 1991.

52.     "A mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs", Chemistry Department, University of Adelaide, May 10th, 1991.

53.     "Hyaluronic Acid Esters as Drug Delivery Matrices", Department of Pharmacy, University of Queensland, Brisbane, Australia, April 19th, 1991.

54.     "Hyaluronic Acid Esters as Drug Delivery Matrices", Department of Pharmacy, University of Sydney, Australia, May 2nd, 1991.

55.     "Aqueous Solubility can be a Poor Predictor of in vivo Performance", Department of Pharmacy, University of South Australia, Adelaide,, Australia, May 9th, 1991.

56.     "New and Novel Drug Delivery Systems", RACI Medicinal Chemistry meeting, Campaspi Downs, Kyenton, Victoria, Australia, March, 1991.

57.     "Hyaluronic Acid Esters as Drug Delivery Matrices" Potchefstroom University, School of Pharmacy, Potchefstroom, Republic of South Africa, May 18th, 1992.

58. "A mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs" Potchefstroom University, School of Pharmacy, Potchefstroom, Republic of South Africa, May 19th, 1992.

59. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", 13th Annual Congress of the Academy of Pharmaceutical Sciences of South Africa, Somerset West, May 21-23rd, 1992.

60. "Development and Evaluation of a Series of Parenterally Safe Cyclodextrins", 13th Annual Congress of the Academy of Pharmaceutical Sciences of South Africa, Somerset West, May 21-23rd, 1992.

61. "Lymphatic Transport of Lipophilic Molecules after Oral Dosing", Rhodes University, School of Pharmacy, Grahamstown,  Republic of South Africa, May 26th, 1992.

62. "Development and Evaluation of a Series of Parenterally Safe Cyclodextrins", Kumamoto University, Kumamoto, Japan, June 8th, 1992.

63. "Hyaluronic Acid Esters as Drug Delivery Matrices" Hitamitsu Pharmaceuticals, Tosu City, Japan, June 9th, 1992.

64. "The Effect of Lipid Vehicles on the Bioavailability and Lymphatic Transport of Poorly Water Soluble Drugs" Tasiho Pharmaceutical Co., Tokyo, Japan, June 11th, 1992.

65. "The Effect of Lipid Vehicles on the Bioavailability and Lymphatic Transport of Poorly Water Soluble Drugs" Kanazawa University, Kanazawa, Japan, June 14th, 1992.

66. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Shionogi Pharmaceutical Co., Osaka, Japan, June 16th, 1992.

67. "A mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs", Sumitomo Pharmaceutical Co., Osaka, Japan, June 17th, 1992.

68. "Development and Evaluation of a Series of Parenterally Safe Cyclodextrins", Kyoto University, College of Pharmacy, and the Kansai Pharmaceutical Society, Kyoto, Japan, June 18th, 1992.

69. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Tanabe Pharmaceutical Co., Osaka, Japan, June 19th, 1992.

70. "Design and Development of Prodrugs", 9th National Convention of the Royal Australian Chemical Institute, Medicinal and Agricultural Chemistry Division, 6-11th December, 1992.

71. "Chemistry and Pharmacokinetics of 20(S)-Camptothecin", Farmitalia Carlo Erba, Milan, Italy, May 18th, 1993.

72. "Development and Evaluation of Some Parenterally Safe Cyclodextrins" Tasiho Pharmaceutical Co., Tokyo, Japan, April 25th, 1994.

73. "The Effect of a Parenterally Safe, Anionic β-Cyclodextrin Derivative, Variably Substituted Alkylsulfonates (SBE4-β-CD), on I.V. Methylprednisolone Pharmacokinetics in Rats" The 7th International Cyclodextrin Symposium, Tokyo, Japan, April 28th, 1994.

74. "The Effect of a Parenterally Safe, Anionic β-Cyclodextrin Derivative, SBE4-β-CD, on I.M. Tissue Damage and Prednisolone Pharmacokinetics in Rabbits" The 7th International Cyclodextrin Symposium, Tokyo, Japan, April 28th, 1994.

75. "Basic Concepts in Chemical Stability" University of Kuopio, Kuopio, Finland, May 26th, 1994.

76. "Effect of Temperature on Drug Stability" University of Kuopio, Kuopio, Finland, May 26th, 1994.

77. "Design of Drug Stability Studies" University of Kuopio, Kuopio, Finland, May 27th, 1994.

78. "pH-Rate Profiles" University of Kuopio, Kuopio, Finland, May 27th, 1994.

79. "A Mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs" University of Kuopio, Kuopio, Finland, May 27th, 1994.

80. "An Overview of the Use of Prodrugs to Overcome Pharmaceutical Problems" University of Kuopio, Kuopio, Finland, May 30th, 1994.

81. "Development and Evaluation of an Injectable Phenytoin Prodrug" University of Kuopio, Kuopio, Finland, May 30th, 1994.

82. "Site Specific Drug Delivery Via Prodrugs" University of Kuopio, Kuopio, Finland, May 30th, 1994.

83. "Factors Affecting Drug Solubility and Dissolution" University of Kuopio, Kuopio, Finland, May 31st, 1994.

84. "Water Solubility may be a Poor Predictor of *In Vivo* Performance" University of Kuopio, Kuopio, Finland, May 31st, 1994.

85. "Development and Assessment of a Series of Novel, Parenterally Safe, Modified Cyclodextrins" University of Kuopio, Kuopio, Finland, June 1st, 1994.

86. "Development and Assessment of a Series of Novel, Parenterally Safe, Modified Cyclodextrins" Royal Australian Chemical Institute, Pharmaceutical Sciences Section, Melbourne, Australia, August 15th, 1994.

87. "Parental, Oral and Ophthalmic Applications of SBE-β-CDs; New, Novel and Safe Modified β-Cyclodextrins", Kyoto University, March 25th, 1995.

88-92. "Parental, Oral and Ophthalmic Applications of SBE-β-CDs; New, Novel and Safe Modified β-Cyclodextrins" given at Sumitomo Pharmaceutical Company (Osaka), Takeda Pharmaceutical Company (Osaka), Shionogi Pharmaceutical Company (Osaka), Fujisawa Pharmaceutical Company (Osaka), Sankyo Pharmaceutical Company (Tokyo), March 22-27th, 1995.

93. "The Role of Solution Conformation and Local Structure on Intramolecular Reactions in Peptide Drugs: Deamidation of Vancomycin and Acyl-Transfer Reactions in Cyclosporins", Sato Memorial International Award Lecture, 115th National Meeting of the Pharmaceutical Society of Japan, Sendai, Japan, March 28th-31st, 1995.

94. "Water Solubility and in vivo Oral Bioavailability Performance" Roche, Wildhaus, Switzerland, February 5-9, 1996.

95. SBE7-β-CD, a New, Novel and Safe Polyanionic β-Cyclodextrin Derivative: Characterization and Biomedical Applications. V. J. Stella, 8th Int. Cyclodextrin Symp., Budapest, Hungary, March 30-April 2, 1996.

96. SBE7-β-CD, a New, Novel and Safe Polyanionic β-Cyclodextrin Derivative: Characterization and Biomedical Applications. V. J. Stella, Address to the Faculty of Pharmacy, Kuopio University, June 6, 1996.

97. "The Role of Conformation on the Deamindation of an Asparagine Residue in Vancomycin," Monash University (Victorian College of Pharmacy), August 13th, 1996.

98. "Graduation Address", Monash University (Victorian College of Pharmacy), May 13, 1997.

99. "The Use of (SBE)$_{7m}$-β-CD (Captisol[®]) as a Solubilizing and Osmotic Agent for Controlled and Complete Oral Delivery of Poorly Waters Soluble Drugs", V. J. Stella, K. Uekama, T. Irie, V. M. Rao, E. A. Zannou, R. A. Rajewski, S. Shiraishi,

and K. Okimoto, 9th International Symposium on Cyclodextrins, Santiago de Compostela, Spain, May 31-June 3, 1998.

100.    "Pharmaceutical Applications of (SBE)$_{7m}$-β-CD; A New, Novel and Safe Modified β-Cyclodextrin" Orion Pharmaceuticals, Helsinki, Finland, May 14, 1998.

101.    "Solubility and Dissolution of Drugs" University of Helsinki, Helsinki, Finland, May 18, 1998.

102.    "Prodrugs as Novel Drug Delivery Systems" University of Helsinki, Helsinki, Finland, May 18, 1998.

103.    "Chemical Stability of Pharmaceuticals" University of Helsinki, Helsinki, Finland, May 19, 1998.

104.    "Recent Developments in Cyclodextrins" University of Helsinki, Helsinki, Finland, May 19, 1998.

105.    "Mechanism of Drug Release from Hyaluronic Acid Esters" presented at the Redefining Hyaluronan conference, Abbrazia di Praglia, Padua, Italy, June 17-19, 1999.

106.    "Synthesis and Evaluation of a Novel Prodrug Appraoch for Increasing the water Solubility of Tertiary Amine Containing Drugs", Kyoto University, Kyoto, Japan, February 13, 1999.

107.    "Evaluation of Sulfobutyl Ether β-Cyclodextrin as a Solubilizing/Stabilizing and Freeze-Drying Excipient", Kumamoto University, Kumamoto, Japan, February 6, 1999.

108.    "The Use of a Charged Cyclodextrin as both a Solubilizing and Osmotic Agent for Controlled and Complete Release of Poorly Water Soluble Drugs", Victorian College of Pharmacy, Monash University, Melbourne, Australia, February 23, 1999.

109.    "The Use of a Charged Cyclodextrin as both a Solubilizing and Osmotic Agent for Controlled and Complete Release of Poorly Water Soluble Drugs" Tanabe Pharmaceutical Co., Osaka, Japan, February 15-17, 1999.

110.    "The Use of a Charged Cyclodextrin as both a Solubilizing and Osmotic Agent for Controlled and Complete Release of Poorly Water Soluble Drugs" Ono Pharmaceutical Co., Kyoto, Japan, February 15-17, 1999.

111. "The Use of a Charged Cyclodextrin as both a Solubilizing and Osmotic Agent for Controlled and Complete Release of Poorly Water Soluble Drugs" Taisho Pharmaceutical Co., Tokyo, Japan, February 18, 1999.

112. "Evaluation of Sulfobutyl Ether β-Cyclodextrin as a Solubilizing/Stabilizing and Freeze-Drying Excipient" Fujisawa Pharmaceutical Co., Osaka, Japan, February 15-17, 1999.

113. "Evaluation of Sulfobutyl Ether β-Cyclodextrin as a Solubilizing/Stabilizing and Freeze-Drying Excipient"Sumitomo Pharmaceutical Co., Osaka, Japan, February 15-17, 1999.

114. " High Tech, Low Tech or Right Tech? The Discovery and Development of a New Pharmaceutical Excipient, Captisol[®]", The Takeru and Aya Higuchi Memorial Lecture, Academy of Pharmaceutical Sciences and Technology, Japan, San Francisco, CA, April 15, 2000.

115. "Some Unique Properties and Pharmaceutical Applications of Modified Cyclodextrins", The Society of Cyclodextrins, Japan, Annual meeting, Atsugi City, Japan, September 25-26, 2000.

116. "$(SBE)_{7M}$-β-CD or Captisol® - Possible Utilizations", CRS Symposium Workshop, "What's New in Cyclodextrin Drug Delivery?" held in conjunction with The 27th International Symposium on Controlled Release of Bioactive Materials, Paris, France, July 2000.

117. "Oral Controlled Release of Poorly Water Soluble Drugs Utilizing Captisol[®] as both a Solubilizer and Osmotic Agent", presented at the 27th International Symposium on Controlled Release of Bioactive Materials, Paris, France, July 2000.

118. "Oral Applications of $(SBE)_{7M}$-β-CD, Captisol®, Utilizing its Unique Physical Properties" presented at Sankyo Pharmaceutical Company, Tokyo, Japan, September 27, 2000.

119. "Some Unique Properties of SBE7-β-CD for Parenteral and other Routes of Drug Delivery" presented at Daiichi Pharmaceutical Co., Tokyo, Japan, September 27, 2000.

120. "Oral Applications of $(SBE)_{7M}$-β-CD, Captisol®, Utilizing its Unique Physical Properties" presented at Taisho Pharmaceutical Company, Tokyo, Japan, September 28 2000.

121. Chemical Stability Assessment of New Drug Candidates, V. J. Stella, APSA Conference, Melbourne, Australia, December 9-12, 2001

122.    Cyclodextrin Delivery Systems for Poorly Soluble Drugs, , V. J. Stella, APSA Conference, Melbourne, Australia, December 9-12, 2001.

123.    "An Introduction of Phamacokinetics and Transport and Metabolism:  Barriers to Efficient Drug delivery", Aventis, Paris, France., July 2-3, 2001.

124.    "The Pharmaceutical Use of Modified Cyclodextrins Especially Captsol®: Some Recent Surprising Observations" Invited address, 11th International Cyclodextrin Symposium, May 6, Reykjavik, Iceland.

125.    "Introduction to Pharmacokinetics & Transport and Metabolism: Barriers to Efficient Drug Delivery" GSK, Verona, Italy, June 27-28, 2002

126.    "Cyclodextrins", GSK, Verona, Italy, June 28, 2002.

127.    "Effect of Formulation Factors 0n Oral Drug Delivery", Serono, Geneva, Switzerland, July 1, 2002.

129.    "Effect of Formulation Factors 0n Oral Drug Delivery", Aventis, Frankfurt, Germany, July 2 2002.

130.    "Introduction to Pharmacokinetics & Transport and Metabolism: Barriers to Efficient Drug Delivery" Aventis, Frankfurt, Germany, November, 21-22, 2002.

131.    "Introduction to Pharmacokinetics &Transport and Metabolism: Barriers to Efficient Drug Delivery" Novartis, Basel, Switzerland, November 25-26, 2002.

132.    ."The Pharmaceutical Uses of Sulfobutylether-$\beta$-Cyclodextrin, Captsol®,"  Nordic Network of Cyclodextrin Technology, Stockholm, Sweden, December 6, 2002.

133.    "Effect of Solubility and Formulation Factors on Oral Drug Availability" Kuopio University, Kuopio, Finland, May 14, 2003.

134.    "Effect of pH on the Solubility of Acids, Bases and Polyionizable Drugs" Kuopio University, Kuopio, Finland, May 14, 2003.

135.    "Why $(SBE)_{7M}$-$\beta$-CD? (Captisol®)" Kuopio University, Kuopio, Finland, May 14, 2003.

136.    "Chemical Stability of New Drug Candidates" Kuopio University, Kuopio, Finland, May 15, 2003.

137.    "pH-Rate Profiles and Temperature Effect on Degradation" Kuopio University, Kuopio, Finland, May 15, 2003.

138.   "Why (SBE)$_{7M}$-β-CD as a Stabilizer" Kuopio University, Kuopio, Finland, May 15, 2003.

139.   "A Case for Prodrugs" Kuopio University, Kuopio, Finland, May 16, 2003.

140.   "A Novel Prodrug Approach for Tertiary Amines" Kuopio University, Kuopio, Finland, May 16, 2003.

141.   "Formulation of a Novel Water-Soluble Camptothecin Prodrug" Kuopio University, Kuopio, Finland, May 16, 2003.

142.   "Mechanism of Drug Release from a Novel Microporous Pump Tablet Utilizing SBE-β-CD as an Osmotic Agent and Solubilizer" CRS, Glasgow, Scotland, July 21, 2003

**Private Sector Presentations (Industry)**

1.   "The Acid Catalyzed Closure of Hydantoic Acids". Pfizer Drug Co., January 1971.

2.   "Water Soluble Derivatives of Diphenylhydantoin". Alza Corporation, Lawrence, Kansas, August 1971.

3.   "Pro-drugs", Abbott Drug Company, February 1972.

4.   "Pro-drugs", Arnar-Stone Lab. Inc., March 1972.

5.   "Prodrugs as Novel Drug Delivery Systems". Sterling Winthrop Research Institute, Rennselaer, New York, April 9, 1976.

6.   "Prodrugs an Overview and Recent Developments". Syntex Drug Company, Palo Alto, California, October 18, 1977.

7.   "Kinetic Principles and Contemporary Drug Product Stability Problems". A mini course presented over three, 1-1/2 hour lectures to the Quality Control Division, Hoffmann-LaRoche Co., Nutley, New Jersey, May 25-26, 1978.

8.   "Water-Soluble Prodrugs of Diphenylhydantoin: 1968-Present". The Upjohn Company, March 30, 1979.

9.   "Dissolution Kinetics of Organic Acids". E.R. Squibb & Sons, Inc., New Brunswick, New Jersey, June 19, 1980.

10.   "Pharmacokinetics for Medicinal Chemists". A two day lecture/workshop presentation to G.D. Searle & Co. as part of a Medicinal Chemistry Workshop, Lake Lawn Lodge, Lake Delavan, Wisconsin, October 9-10, 1980.

11.     "Prodrugs and Site Specific Drug Delivery".  E.R. Squibb and Sons, Inc., Princeton, New Jersey, October 22, 1980.

12.     "Transport and Metabolism:  Barriers to Efficient Drug Delivery".  A two-day lecture/workshop presentation to G.D. Searle and Co., June 1982.

13.     "Prodrugs of Phenytoin, 1968-Present".  Abbott Laboratories, Chicago, Illinois, October 20, 1982.

14.     "Kinetic Principles and Contemporary Drug Product Stability-Problems".  A two-day lecture/workshop presentation to Boehringer/Ingleheim, Ridgefield, Connecticut, June 6-8, 1983

15.     "Kinetic Principles and Contemporary Drug Product Stability-Problems".  A two-day lecture/workshop presentation to Schering/Plough, New Jersey, June 20-21, 1983.

16.     "Chemical Kinetics for Non-Scientists".  Allied Corp., Morristown, New Jersey, July 25, 1983.

17.     "Prodrugs of Phenytoin, 1968-Present".  American Critical Care, McGaw Park, Illinois, August 18, 1983.

18.     "The Uses and Applications of Lipid Vehicles in Oral Drug Delivery".  R.P. Scherer, Clearwater, Florida, March 23, 1984.

19.     "The Uses and Applications of Lipid Vehicles in Oral Drug Delivery".  Smith, Kline and French Laboratories, Philadelphia, Pennsylvania, March 29, 1984.

20.     "The Uses and Applications of Lipid Vehicles in Oral Drug Delivery".  E.R. Squibb & Sons, New Brunswick, New Jersey, March 30, 1984.

21.     "The Uses and Applications of Lipid Vehicles in Oral Drug Delivery".  The Upjohn Company, Kalamazoo, MI, May 18, 1984.

22.     "Kinetic Principles and Contemporary Drug Product Stability Problems".  A two-day lecture/workshop presentation to Merck, West Point, Pennsylvania, May 14-15, 1984.

23.     "Targeted Drug Delivery and Targeted Dosage Forms".  Schering Corporation, New York, New York, October 1-2, 1984.

24.     "The Uses and Applications of Lipid Vehicles in Oral Drug Delivery", Lederle Corp., Pearl River, New York, November 12, 1984.

25.    "An Introduction to Pharmacokinetics", A two day short course and workshop given to Berlex Laboratories, Morristown, NJ. June 9-12th, 1985.

26.    "Prodrugs of Phenytoin, 1968-Present".  Pfizer, Groton, Connecticut, June 27th, 1985.

27.    "Prodrugs of Phenytoin, 1968-Present". Sterling-Winthrop Research Institute, Rensselaer, NY. July 18th, 1985.

28.    "An Introduction to Pharmacokinetics", A two day short course and workshop given to Warner Lambert Consumer Products Division, Morris Plains, NJ. July 25-26th, 1985.

29.    "Water Soluble Prodrugs of Phenytoin and Carbamazepine for Parenteral Drug Administration". Ciba-Geigy, Summit, NJ. January 29th, 1986.

30.    "Dissolution of  Acids as a Function of pH and Buffers". Schering-Plough, Kenilworth, NJ, January 30th,1986.

31.    "Pharmacokinetics.  Transport and Metabolism: Barriers to Efficient Drug Delivery", a short course and workshop given at Sterling-Winthrop Research Institute, Rensselaer, NY. April 1-4, 1986.

32.    "Pharmacokinetic Model Evaluation of Targeted Drug Delivery Via Prodrugs". Xoma Corp., Berkeley, CA  August 22, 1986.

33.    "Lymphatic Transport of Lipophilic Drugs". SKF Laboratories, PA., August 13th, 1986.

34.    "Lymphatic Transport of Lipophilic Drugs". Glaxo Laboratories, Research Triangle, NC., October 7th, 1986.

35.    "Lymphatic Transport of Lipophilic Drugs". Pfizer, Groton, Connecticut, Jan 16th, 1987.

36.    "Lymphatic Transport of Lipophilic Drugs". E.R. Squibb & Sons, Inc., New Brunswick, New Jersey, January 22, 1987.

37.    "Lymphatic Transport of Lipophilic Drugs". Bristol Laboratories, Syracuse, NY, March 13, 1987.

38.    "Pharmacokinetic Model Evaluation of Targeted Drug Delivery Via Prodrugs". Penwalt Corp., Rochester, NY  March 12, 1987.

39.    "Lymphatic Transport of Lipophilic Drugs". Abbott Laboratories, North Chicago, IL, April 22, 1987.

40.     "Lymphatic Transport of Lipophilic Drugs". Sandoz Laboratories, East Hanover, NJ, April 30, 1987.

41.     "In Vitro Dissolution Rates Can be a Poor Predictor of In vivo Bioavailability Performance". Schering/Plough, Kenilworth, NJ, January 29,1988.

42.     "In Vitro Dissolution Rates Can be a Poor Predictor of In vivo Bioavailability Performance". Sterling/Winthrop, Rennselar, NY, February 29,1988.

43.     "In Vitro Dissolution Rates Can be a Poor Predictor of In vivo Bioavailability Performance". Lederle Lab., Pearl River, NY, March 3,1988.

44.     "Physicochemical Properties and Analysis of ICRF-187". Adria Labs. Columbus, Ohio, April 8, 1988.

45.     "Kinetic Principles and Contemporary Drug Product Stability Problems".  A two-day lecture/workshop presentation to Schering/Plough, Kennilworth, NJ, June 14-15, 1988.

46.     "Case Studies of Solutions to Stability and Solubility Problems with Anticancer Drugs" Allergan, Irvine, CA, June 5, 1989.

47.     " In Vitro Dissolution Rates Can be a Poor Predictor of In vivo Bioavailability Performance" Johnson and Johnson, Drug Delivery Workshop, New Brunswick, New Jersey,  November 6, 1989.

48.     "In Vitro Dissolution Rates Can be a Poor Predictor of In vivo Bioavailability Performance" American Cyanamid, Pearl River, New York, November 7, 1989.

49.     "Development and Evaluation of a Series of Parenterally Safe Cyclodextrins" Abbott Laboratories, North Chicago, IL, November 28, 1989.

50.     "In Vitro Dissolution Rates Can be a Poor Predictor of In Vivo Bioavailability Performance" SmithKline Beecham, Philadelphia, PA, December 11, 1989.

51.     "A mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs", SmithKline Beecham, Philadelphia, PA, December 12, 1989

52.     "Development and Evaluation of a Series of Parenterally Safe Cyclodextrins" FMC, Philadelphia, PA, February 14, 1990.

53.     "A mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs", Abbott Laboratories, North Chicago, IL, June 7, 1990.

54.     "A mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs", Glaxo Inc., Research Triangle, NC, June 26, 1990.

55.     "A mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs",  Sterling-Winthrop Research Institute, Rensselaer, NY, June 27, 1990.

56.     "Mechanisms of Drug Degradation and Stabilization" short course, SmithKline Beecham, King of Prussia, PA, July 9-10, 1990.

57.     "Mechanisms of Drug Degradation and Stabilization" short course, Allergan Pharmaceuticals, Irvine, CA, July 12-13, 1990.

58.     "Mechanisms of Drug Degradation and Stabilization" Midwest Regional Short Course, Sterling Drug Inc., McPherson, KS; Interx Research Corporation, Lawrence, KS; Oread Laboratories, Lawrence, KS; Boehringer Ingelheim Pharmaceuticals Inc., St. Joseph, MO; Sandoz Research Institute, Lincoln, NE; Marion Laboratories Inc., Kansas City, MO, August 2-3, 1990.

59.     "A mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs", Bristol-Myers, Syracuse, NY, August 17, 1990.

60.     "A mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs", Lederle Labs., Pearl River, NY, October 23, 1990.

61.     "Targeting of Orally Administered Lipophilic Drugs to the Lymphatic System", Lederle Labs., Pearl River, NY, October 23, 1990.

62.     "Hyaluronic Acids" Allergan, Irvine, CA, December 4, 1990.

63.     "Hyaluronic Acid Esters as Drug Delivery Matrices" Faulding Pharmaceuticals, Adelaide, Australia, May 9th, 1991.

64.     "Hyaluronic Acid Esters as Drug Delivery Matrices" SmithKline Beecham, July 29th, 1991.

65.     "Prodrugs for Improved Oral Drug Delivery", Lederle Laboratory, August 9th, 1991.

66.     "Hyaluronic Acid Esters as Drug Delivery Matrices" Hitamitsu Pharmaceuticals, Tosu City, Japan, June 9th, 1992.

67. "The Effect of Lipid Vehicles on the Bioavailability and Lymphatic Transport of Poorly Water Soluble Drugs" Tasiho Pharmaceutical Co., Tokyo, Japan, June 11th, 1992.

68. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Shionogi Pharmaceutical Co., Osaka, Japan, June 16th, 1992.

69. "A mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs", Sumitomo Pharmaceutical Co., Osaka, Japan, June 17th, 1992.

70. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Tanabe Pharmaceutical Co., Osaka, Japan, June 19th, 1992.

71. "Oral Dosing (and Testing) of Sparingly Water Soluble Drugs" American Cyanamid, February 6th, 1992.

72. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Schering Plough Co., Kennilworth, NJ, February 7th, 1992.

73. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", MSD, Westpoint, PA, December 5th, 1991.

74. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Pfizer Pharmaceuticals, Sandwich, Kent, United Kingdom, March 30th, 1992.

75. "Development and Evaluation of a Series of Parenterally Safe Cyclodextrins", Pfizer Pharmaceuticals, Sandwich, Kent, United Kingdom, March 31st, 1992.

76. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", SKB, Great Brough, Surrey, United Kingdom, April 2nd, 1992.

77. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", SKB, Worthington, United Kingdom, April 3rd, 1992.

78. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Bristol Myers Squibb, New Brunswick, NJ, April 22nd, 1992.

79. "Mechanisms of Drug Degradation and Stabilization" Warner Lambert/Parke Davis, short course, Morris Plains, NJ, April 23-24th, 1992.

80. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Sandoz, NJ, August 17th, 1992.

81.     "A Mechanistic Approach to Understanding the Physical and Chemical Basis for the Degradation of a Number of Experimental Anti-Cancer Drugs", Agouron Pharmaceutical Inc., San Diego, CA, August 7th, 1992.

82.     "Lymphatic Transport of Lipophilic Drugs" Proctor & Gamble, Cincinnati, OH, November 10th, 1992.

83.     "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", DuPont/Merck, Wilmington, Delaware, January 11th, 1993.

84-85. "Transport and Metabolism: Barriers to Efficient Drug Delivery" MSD, Rahway, NJ, and Westpoint, PA, Feb., 24-25th, 1993.

86.     "Chemistry and Pharmacokinetics of 20(S)-Camptothecin", Glaxo, Research Triangle Park, NC, April 1st, 1993.

87.     "Chemistry and Pharmacokinetics of 20(S)-Camptothecin", Agouran, San Diego, CA, April 27th, 1993.

88.     "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Rhone-Poulenc Rorer, Collegeville, PA, June 10th, 1993.

89.     "Oral Dosing (and Testing) of Sparingly Water Soluble Drugs", Dupont Merck, Wilmington, DE, August 26th, 1993.

90.     "Transport and Delivery, Barriers to Efficient Drug Delivery", Dupont Merck, Wilmington, DE, December 15th, 1993.

91.     "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Proctor and Gamble, Cincinnati, OH, February 7th, 1994.

92.     "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Agouron, San Diego, CA, March 2nd, 1994.

93.     "Development and Evaluation of Some Parenterally Safe Cyclodextrins" Gensia, San Diego, CA, March 3rd, 1994.

94.     "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Parke Davis, , April 6th, 1994.

95.     "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Agouron, San Diego, CA, March 2nd, 1994.

96.     "Pharmacokinetics. Transport and Metabolism: Barriers to Efficient Drug Delivery", a short course and workshop given at Sandoz Research Institute, NJ. June 27-29th, 1994.

97.     "Prodrug Approaches to Optimizing Oral Delivery" Syntex Research Institute, Palo Alto, CA, July 11th, 1994.

98.     "The Effect of SBE4-β-CD on Ophthalmic Drug Delivery and Irritation" Allergan Pharmaceuticals, Irvine, CA, July 13th, 1994.

99.     "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", The Upjohn Company, Kalamazoo, MI, July 19th, 1994.

100.    "Development and Evaluation of Some Parenterally Safe Cyclodextrins", Bristol-Myers Squibb, Lawrenceville, NJ, October 25th, 1994.

101.    "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance",  Glaxo, Research Triangle Park, NC, April 1st, 1993.

102.    "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Rhone-Poulenc Rorer, Collegeville, PA, January 24th 1995.

103.    "Parental, Oral and Ophthalmic Applications of SBE-β-CDs; New, Novel and Safe Modified β-Cyclodextrins" Wyeth-Ayerst Pharmaceuticals, Rouses Point, NY, January 26th, 1995.

104-108 "Parental, Oral and Ophthalmic Applications of SBE-β-CDs; New, Novel and Safe Modified β-Cyclodextrins" given at Sumitomo Pharmaceutical Company (Osaka), Takeda Pharmaceutical Company (Osaka), Shionogi Pharmaceutical Company (Osaka), Fujisawa Pharmaceutical Company (Osaka), Sankyo Pharmaceutical Company (Tokyo), March 22-27th, 1995.

109.    "Parental, Oral and Ophthalmic Applications of SBE-β-CDs; New, Novel and Safe Modified β-Cyclodextrins" Agouron Pharmaceuticals, San Diego CA, April 6th, 1995.

110.    "Parental, Oral and Ophthalmic Applications of SBE-β-CDs; New, Novel and Safe Modified β-Cyclodextrins" Cygnus Pharmaceuticals, Redwood City, CA, July 27th, 1995.

111.    "The Role of Conformation on the Deamindation of an Asparagine Residue in Vancomycin," Genentech, South San Francisco, CA, July 28th, 1995.

112.    "The Challenge of Insoluble Drugs"," Genentech, South San Francisco, CA, February 20, 1996.

113.    "The Challenge of Insoluble Drugs"," Gilead Sciences, Foster City, CA, February 21, 1996.

114. "Water Solubility and in vivo Oral Bioavailability Performance" Roche, Wildhaus, Switzerland, February 5-9, 1996.

115. "Water Solubility and in vivo Oral Bioavailability Performance" Boehringer Ingelheim, Ridgefield, CN, June 26, 1996.

116. "SBE7-β-CD: An Update" Bristol-Myers Squibb, June 7, 1996.

117. "SBE7-β-CD: An Update" Cibus, July 17, 1996.

118. "Pharmacokinetics" Oncogene, January 6, 1997,

119. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", Cambridge Neurosciences, Boston, January 21, 1997.

120. "Stability issues with Taxol", IVAX, Miami, February 5, 1997.

121. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance", BMS, Wallingford, CN, June 11, 1997.

122. "Increased Shelf-life of Fosphenytoin: Solubilization of the Degradant, Phenytoin through Complexation with Sulfobutyl Ether β-Cyclodextrin, $(SBE)_{7M}$-β-CD" Warner-Lambert Parke-Davis, Morristown, NJ, August 19, 1997.

123. "If Drugs Bind Strongly to Cyclodextrins, How is the Drug Released *In Vivo*?" Joint UNC/Glaxo Wellome seminar series in pharmaceutics and clinical pharmacology, Glaxo Wellome, Research Triangle Park, NC, March 18, 1998.

124. "Synthesis and Evaluation of a Novel Prodrug Approach of Increasing the Water Solubility of Tertiary Amine Containing Drugs" Proctor and Gamble, Mason, OH, December 1, 1998.

125. "Synthesis and Evaluation of a Novel Prodrug Approach of Increasing the Water Solubility of Tertiary Amine Containing Drugs" Gilead Science, Foster City, CA, October 28, 1998.

126. "Pharmaceutical Applications of $(SBE)_{7m}$-β-CD; New, Novel and Safe Modified β-Cyclodextrin" Orion Pharmaceuticals, Helsinki, Finland, May 14, 1998.

127. "Mechanisms of Drug Release from Cyclodextrin Complexes", Merck, Westpoint, PA, June 16, 1998.

128. "Water Solubility can be a Poor Predictor of *in vivo* Oral Bioavailability Performance",  J&J, NJ, May 15, 1998.

129. "Mechanisms of Drug Release from Cyclodextrin Complexes", Pfizer, Groton, CN, July 13, 1998.

130. "Synthesis and Evaluation of a Novel Prodrug Approach of Increasing the Water Solubility of Tertiary Amine Containing Drugs" BMS, New Brunswick, NJ, July 14, 1998.

131. "A Novel Controlled Release Dosage Form Utilizing (SBE)$_{7m}$-β-CD" Therics, Princeton, NJ, July 15, 1998.

132. "The Use of a Charged Cyclodextrin as both a Solubilizing and Osmotic Agent for Controlled and Complete Release of Poorly Water Soluble Drugs" Tanabe Pharmaceutical Co., Osaka, Japan, February 15-17, 1999.

133. "The Use of a Charged Cyclodextrin as both a Solubilizing and Osmotic Agent for Controlled and Complete Release of Poorly Water Soluble Drugs" Ono Pharmaceutical Co., Kyoto, Japan, February 15-17, 1999.

134. "The Use of a Charged Cyclodextrin as both a Solubilizing and Osmotic Agent for Controlled and Complete Release of Poorly Water Soluble Drugs" Taisho Pharmaceutical Co., Tokyo, Japan, February 18, 1999.

135. "Evaluation of Sulfobutyl Ether β-Cyclodextrin as a Solubilizing/Stabilizing and Freeze-Drying Excipient" Fujisawa Pharmaceutical Co., Osaka, Japan, February 15-17, 1999.

136. "Evaluation of Sulfobutyl Ether β-Cyclodextrin as a Solubilizing/Stabilizing and Freeze-Drying Excipient"Sumitomo Pharmaceutical Co., Osaka, Japan, February 15-17, 1999.

137. "The Use of a Charged Cyclodextrin as both a Solubilizing and Osmotic Agent for Controlled and Complete Release of Poorly Water Soluble Drugs" Alza, Palo Alto, CA, April 21, 1999.

138. "The Use of a Charged Cyclodextrin as both a Solubilizing and Osmotic Agent for Controlled and Complete Release of Poorly Water Soluble Drugs" Allergan, Irvine, CA, April 20, 1999.

140. "Synthesis and Evaluation of a Novel Prodrug Appraoch for Increasing the water Solubility of Tertiary Amine Containing Drugs", Vertex, Boston, MA, May 6, 1999.

141. "Oral Applications of (SBE)$_{7M}$-β-CD, Captisol®, Utilizing its Unique Physical Properties" presented at Sankyo Pharmaceutical Company, Tokyo, Japan, September 27, 2000.

142.   "Some Unique Properties of SBE7-β-CD for Parenteral and other Routes of Drug Delivery" presented at Daiichi Pharmaceutical Co., Tokyo, Japan, September 27, 2000.

143.   "Oral Applications of (SBE)$_{7M}$-β-CD, Captisol®, Utilizing its Unique Physical Properties" presented at Taisho Pharmaceutical Company, Tokyo, Japan, September 28 2000.

144.   "Some Novel Prodrugs of Tertiary Amine Drugs", Pharmacia, Kalamazoo, MI, June 1, 2000.

145.   "Pharmaceutical Applications of (SBE)$_{7M}$-β-CD, Captisol®" ", Pharmacia, Kalamazoo, MI, June 1, 2000.

147.   "Effect of Formulation Factors on Drug Oral Availability", Chiron, December 5, 2000.

148.   "Chemical Stability of New Drug Candidates", Allergan, Irvine , CA, December 7, 2000.

149,   "Chemical Stability of New Drug Candidates", Pfizer, Groton, CN, December 7, 2000.

150.   "Stability and Stabilization of Drug Candidates", BMS, New Brunswick, NJ, June 22, 2000.

151.   "Chemical Stability of New Drug Candidates", Schering Plough, Kenilworth, NJ, June 23, 2000.

152.   "Chemical Stability fo New Drug Candidates", ArQule, Woburn, MA, November 30, 2000.

153-6  "Effect of Formulation Factors on Drug Oral Availability",  Travelling ADME Special Topics Course, given to Guilford, April 4, 2001; Roche (CA) May 15, 2001; Albany Molecular Biosciences, November 14, 2001; Lilly, November 13, 2001.

157.   "An Introduction of Phamacokinetics and Transport and Metabolism:  Barriers to Efficient Drug delivery", Aventis, Bridgewater, NJ., January 15-16, 2001.

158.   "An Introduction of Phamacokinetics and Transport and Metabolism:  Barriers to Efficient Drug delivery", Aventis, Paris, France., July 2-3, 2001.

159.   "An Introduction of Phamacokinetics and Transport and Metabolism:  Barriers to Efficient Drug delivery", Albany Molecular Biosciences,, July 12-33, 2001.

160.   "Chemical Stability fo New Drug Candidates", Novartis, East Hanover, NJ, January 18, 2001.

161.   "pH-Rate Profiles", Allergan, Irvine, CA, May 2, 2001

162.   "Prodrugs", BMS, Walingford, CT, August 20, 2001

163.   "Prodrug Approaches to Improving the Bioavailability/Delivery of Poorly Soluble Drugs", Allergan, Irvine, CA, November 4, 2001

164.   "Formulation of a Novel Water-Soluble Camptothecin Prodrug", Gilead, Foster City, CA, may 14, 2001

165-6   "Effect of Formulation Factors on Drug Oral Availability",  Travelling ADME Special Topics Course, given to 3-D, Yardley, PA, January 17, 2002; and Pfizer, Ann Arbor, MI, January 18, 2002.

167.   "Prodrug Approaches to Improving the Bioavailability/Delivery of Poorly Soluble Drugs", Novartis, Summit, NJ, January 16, 2002.

168-9   "Effect of Formulation Factors on Drug Oral Availability",  Travelling ADME Special Topics Course, given to Gilead, Foster City, CA, February 14, 2002; and Pfizer, La Jolla, CA, February 15, 2002.

170-4   "Effect of Formulation Factors on Oral Drug Delivery", Gilead, Foster City, CA, February 14, 2002; Pfizer, La Jolla, CA, February 15, 2002; BMS, Princeton, NJ, April 15; Aventis, Bridgewater, NJ, April 16; Roche, Nutley, NJ, April 17, 2002.

174.   "Transport and metabolism: Barriers to efficient drug delivery, Allergan, Irvine, CA, April 8, 2002.

175.   "Introduction to Pharmacokinetics & Transport and Metabolism: Barriers to Efficient Drug Delivery" GSK, Verona, Italy, June 27-28, 2002

176.   "Cyclodextrins", GSK, Verona, Italy, June 28, 2002.

177.   "Prodrug Approaches to Improving the Bioavailability and Delivery of Poorly Soluble Drugs", Pharmacia, Skokie, IL, May 31, 2002.

178.   "Cyclodextrins", Novartis, East Hanover, NJ, June

179.   "Introduction to Pharmacokinetics & Transport and Metabolism: Barriers to Efficient Drug Delivery" Novartis, Summit, NJ, July 11-12, 2002

180.   "Effect of Formulation Factors 0n Oral Drug Delivery", Serona, Geneva, Switzerland, July 1, 2002.

181. "Effect of Formulation Factors 0n Oral Drug Delivery", Aventis, Frankfurt, Germany, July 2 2002.

182. "Introduction to Pharmacokinetics &Transport and Metabolism: Barriers to Efficient Drug Delivery" Aventis, Frankfurt, Germany, November, 21-22, 2002.

183. "Introduction to Pharmacokinetics &Transport and Metabolism: Barriers to Efficient Drug Delivery" Novartis, Basel, Switzerland, November 25-26, 2002.

184. "Prodrug Approaches to Improving the Bioavailability and Delivery of Poorly Soluble Drugs", Myriad Pharmaceuticals, Salt Lake City, UT, December 17, 2002.

185. Prodrugs of Phosphates and Phosphonates, and Phosphates as Prodrugs", Wyeth Labortatories, Princeton, N.J. January 30, 2003.

186. "A Case for Prodrugs" Seattle Genetics, Seattle, WA, February 28, 2003

187. "Evaluation of a Phosphoryloxymethyl (POM) Prodrug of Camptothecin: Preformulation, Formnulation and Pharmacokinertic Studies" Pharmacia, Kalamazoo, MI, March 3, 2003

188. "Evaluation of a Phosphoryloxymethyl (POM) Prodrug of Camptothecin: Preformulation, Formnulation and Pharmacokinertic Studies" Pharmacia, Skokie, IL, March 5, 2003

189. "Prodrugs of Phosphates and Phosphonates, and Phosphates as Prodrugs", Allergan, Irvine CA, April 14, 2003.

190. "Mechanism of Drug Release from a Novel Microporous Pump Tablet Utilizing SBE-β-CD as an Osmotic Agent and Solubilizer" Abbott, North Chicago, IL, July 11, 2003

191. "Effect of Solubility and Formulation Factors on Oral Drug Availability" Novartis, San Diego, CA, July 29, 2003.

192. "Effect of Solubility and Formulation Factors on Oral Drug Availability" , Quorex Pharma, Carlsbad, CA, June 11, 2003.

193. "A Case for Prodrugs", Amgen, Thousand Oaks, CA, July 30, 2003

194. "A Place for Prodrugs in Lead Optimization," Rib-X, New Haven, CT, October 15, 2003.

195. "A Case for Prodrugs," Sunesis, South San Francisco, CA, November 21, 2003.

196. "A Case for Prodrugs," Ceptyr, Bothell (Seattle), WA, November 19, 2003.

197.    "Future Prodrug Products," Infinity Pharma, Boston, MA, December 3, 2003.

198.    "Five Prodrug Products," Sofinnova Ventures, San Francisco, CA, December 16, 2003.

199.    "A Case for Prodrugs" NaPro, Boulder, CO, February 13, 2004

200.    "Synthesis and Characterization of AE- SAE-Cyclodextrin Derivatives" Allergan, Irvine, CA, May 24, 2004

201.    "Sulfenamide as Prodrugs" Gilead Sciences, Foster City, CA, May 26, 2004

202.    "A case for Prodrugs" Rigel Pharma, South San Francisco, CA, May 27, 2004

203.    "Effect of Formulation Factors on Oral Drug Availability" Millennium. Boston, MA, June 14, 2004

204.    "Effect of Formulation Factors on Oral Drug Availability" AstraZeneca. Waltham, MA, June 15, 2004

205.    "Synthesis and Characterization of AE- SAE-Cyclodextrin Derivatives" CyDex Inc, Lenexa, KS, June 22, 2004

206.    "Effect of Formulation Factors on Oral Drug Availability" Neurocrine. San Diego, CA, June 28, 2004

207.    "Sulfenamide as Prodrugs" Ceptyr. Seattle, WA, June 25, 2004

208.    "Prodrug Strategies for Improving Drug-Like Properties" Abbott Laboratories, North Chicago, Il, October 8, 2004

209.    "Effect of Solubility and Formulation Factors on Oral Drug Availability" Merck, Westpoint, PA, November 18-19, 2004.

210.    "Effect of pH on the Solubility of Acids, Bases and Polyionizable Drugs" Merck, Westpoint, PA, November 18-19, 2004.

211.    "Why Cyclodextrins?" Merck, Westpoint, PA, November 18-19, 2004.

212.    "Pharmaceutical Applications of Cyclodextrins" Merck, West Point, PA, November 18-19, 2004.

213.    "Why (SBE)$_{7M}$-β-CD? (Captisol®)" Merck, West Point, PA, November 18, 2004

214. "Synthesis and Characterization of AE- SAE-Cyclodextrin Derivatives" Merck, West Point, PA, November 18-19, 2004.

215. "Chemical Stability of New Drug Candidates" Merck, West Point, PA, November 18-19, 2004.

216. "pH-Rate Profiles and Temperature Effect on Degradation" Merck, West Point, PA, November 18-19, 2004.

217. "Why (SBE)$_{7M}$-β-CD as a Stabilizer?" Merck, West Point, PA, November 18-19, 2004.

218. "A Case for Prodrugs" Merck, West Point, PA, November 18-19, 2004

209.  "A Novel Prodrug Approach for Tertiary Amines" Merck, West Point, PA, November 18-19, 2004.

211. "Formulation of a Novel Water-Soluble Camptothecin Prodrug" Merck, West Point, PA, November 18-19, 2004.

212. "A Case for Prodrugs" Celgene, San Diego, CA, November 30, 2004.

213. "Effect of pH on the Solubility of Acids, Bases and Polyionizable Drugs" Celgene, San Diego, CA, November 30, 2004

214. "ADME" Ceptyr, Bothell, WA, December 2, 2004

215. "A Case for Prodrugs" Pfizer, Ann Arbor, MI, December 7, 2004

**Grants:**  (Current and Recent Past)

NCI-CM-27004, "**Development of Dosage Forms and Delivery Systems for New Drugs**"

b)  29% PI          c)  6/29/02 - 6/29/07          d)  Five year total $1.43 MM

e)  This program will; a) develop novel approaches for intravenous delivery of drugs that exhibit inadequate solubility and/or stability in aqueous solution; b) determine the solubility profile of the supplied bulk drug substance in various physiologically acceptable aqueous vehicles and certain organic solvents; c) develop suitable stability-indicating assays to detect the bulk drug substance under a variety of experimental conditions including the formulation *per se*, heat, light oxygen, moisture, etc.; d) prepare kinetic profiles to predict the stability of the drug substance in solid state in various physiologically acceptable aqueous vehicles and certain organic solvents and determine the pKa and partition coefficient of drug substances; e) apply the solubility and stability enhancement approaches when needed to prepare

experimental dosage formulation on small scale 50-150 units) for subsequent therapeutic and toxicological evaluation by NCI in animals; f) evaluate the experimental dosage form under simulated use conditions, i.e., completeness and clarity of the constituted solution after freeze-drying, stability of this solution per se and after dilution with intravenous fluids in glass bottles and in PVC bags, carry out a short term stability study of the finished dosage form at 50°C, 37°C and 25°C for one year.

**ProQuest "Prodrugs using the N-S Technology"**
b)   PI and Director           c) FYI 2002                    d)   $50,000
e)   A Collaborative Study between CDDR, the University of Kansas and ProQuest
f)   No overlaps.

**NIH "Collaborative Studies for Optimized Delivery of Apigenin" ***
b)   Co-invetigator            c) 8/1/02-7/31/05              d)   $174,600
e) A Collaborative Study with Jill Pelling at KUMC
f)    No overlaps.
* This proposal was NOT funded but a resubmission is being considered.

I am also a member of the **NCI Analytical training grant** administered by Professor John Stobaugh and was until recently a member of the **NIGMS Biotechnology training grant** administered by Professor Ron Borchardt.