IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>　　　　　Defendants. | Civil Action No. 04-968-GMS<br><br>**REDACTED VERSION** |

### DECLARATION OF WILLIAM J. MARSDEN, JR. TO OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF ALLERGAN'S U.S. PATENT NO. 6,673,337 AND INVALIDITY OF ITS U.S. PATENT NO. 6, 641,834

I, William J. Marsden, Jr., declare as follows:

1.　I am a principal at the law firm of Fish & Richardson P.C., and I am counsel for Plaintiffs Allergan, Inc. and Allergan Sales, LLC, in the above-captioned matter.

2.　Attached hereto as Exhibit A is a true and correct copy of Alcon's Brimonidine Product Sheet.

3.　REDACTED

4.　REDACTED

5.　REDACTED

6.　REDACTED

7.　Attached hereto as Exhibit F is a true and correct copy of product literature from Alcon's website.

8.　REDACTED

9. Attached hereto as Exhibit H is a true and correct copy of Alcon's Responses 48 and 52 to Allergan's First Set of Requests for Production of Documents and Things (Nos. 1-57).

10. **REDACTED**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2005 FISH & RICHARDSON P.C.

By: /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (marsden@fr.com)
Sean P. Hayes (hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

Juanita Brooks
W. Chad Shear
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN SALES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2005, I electronically filed with the Clerk of Court the REDACTED VERSION OF DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF ALLERGAN'S U.S. PATENT NO. 6,673,337 AND INVALIDITY OF ITS U.S. PATENT NO. 6,641,834 using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

I hereby certify that on May 23, 2005, I have sent by U.S. Mail, the above document to the following non-registered participants:

Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

                                                              */s/ William J. Marsden, Jr.*
                                                              William J. Marsden, Jr.

80024742.DOC