

◀ HOME  **FALCON**

**GLAUCOMA**

PRODUCTS

TIMOLOL GFS

WHAT'S NEW

GENERICS

FALCON

CONTACT US

ALCON

SEARCH

### Brimonidine Tartrate Ophthalmic Solution, 0.2%

**Brand Equivalent:**
ALPHAGAN* Ophthalmic Solution

| NDC# | Strength | Size | Rating |
|------|----------|------|--------|
| 61314-143-05 | 0.2% | 5mL | AT |
| 61314-143-10 | 0.2% | 10mL | AT |
| 61314-143-15 | 0.2% | 15mL | AT |

*ALPHAGAN is a registered trademark of Allergan, Inc.

Prescription Information (PDF file)

FAQs (Frequently Asked Questions)

Prescription Information Comparison

<<< Glaucoma Products >>>



# B

# REDACTED



# REDACTED

# D

# REDACTED

E

# REDACTED

F



## To Replace Natural Tears

- 🌢 Tears Naturale® Forte Lubricant Eye Drops with TriSorb™ Triple Demulcent Technology

- 🌢 Tears Naturale® II Polyquad® Lubricant Eye Drops

- 🌢 Tears Naturale Free® Lubricant Eye Drops



**Tears Naturale® Forte Lubricant Eye Drops with TriSorb™** are formulated to offer more long-lasting relief to patients with dry eyes because they lock in moisture.

Tears Naturale® Forte Lubricant Eye Drops have a surface tension closest to natural human tears. Because they do, they offer better corneal wettability and minimal disruption of the tear film.



**Surface Tension Comparison[1]**

Mean of three methods: Pendant Drop, Autotensiometer (DuNouy Ring), Cahn DCA (DuNouy Ring).

References:
1. Data on file, Alcon Laboratories, Inc.
2. Records RE. The tear film/surface tension. In: Tasman W, Jaeger E, eds. Duane's Foundations of Clinical Ophthalmology. CD-Rom. Hagerstown, Md: Lippincott Williams & Wilkins; 2000: chap 3.

*Refresh Tears is a registered trademark of Allergan, Inc. GenTeal is a registered trademark of CIBA-GEIGY Corporation (DBA Ciba Vision).

In addition, only Tears Naturale® Forte Lubricant Eye Drops contain TRISORB™, a unique combination of three demulcents: glycerin, dextran 70, and hydroxypropyl methyl cellulose (HPMC). This Triple Demulcent Technology reduces vapor pressure to slow evaporation the way no single demulcent can. Eyes may feel as comfortable as they would with natural, healthy tears.

Tears Naturale® Forte Lubricant Eye Drops contains a comprehensive balance of electrolytes found in natural tears.

The preservative in Tears Naturale® Forte Lubricant Eye Drops is Polyquad®. This preservative is significantly more gentle on human corneal cells than sodium perborate or BAC.



**Tears Naturale® II Polyquad® Lubricant Eye Drops (Formerly Tears Naturale® II Lubricant Eye Drops)** provides the dry eye patient with effective wetting and lubrication whenever they're needed.

## Recommended by
## eye care specialists

Tears Naturale® II Polyquad® Lubricant Eye Drops are formulated to mimic natural tears and provide lasting eye comfort. In addition to added electrolytes, such as potassium, they feature DUASORB® water soluble polymeric system, a unique combination of ingredients that provides just the right amount of lubrication on the surface of the eye.

In addition, Tears Naturale® II Lubricant Eye Drops contain POLYQUAD®, a preservative that eye care professionals recommend. In three studies, POLYQUAD has been shown to be more gentle on the eye than the preservatives used in competitors' eye drops. In fact, POLYQUAD is so gentle that it can be used as often as needed by patients with even the most sensitive eyes.

Tears Naturale® II Lubricant Eye Drops with POLYQUAD® preservative was found to be significantly more gentle on human corneal cells than solutions with sodium perborate or BAC.

**Note:** Healthy corneal cells retain more red dye than damaged cells, i.e., the greater the loss of red dye, the less healthy the corneal cells.



Decrease in Neutral Red Dye
From Human Corneal Cells After Treatment
(% of Control)

*GenTeal is a registered trademark of Ciba-Geigy Corporation DBA Ciba Vision Ophthalmics.
Visine Tears is a registered trademark of Pfizer Inc.



**Tears Naturale Free® Lubricant Eye Drops** is preservative-free and is the only preservative-free artificial tear available in convenient multi-use vials for people who need several applications during the day.

Patients enjoy the comfort and lubrication that Tears Naturale Free provides, while you can have confidence in its preservative-free formulation and established safety record.

- Tears Naturale® Family of Products
- Bion Tears® Lubricant Eye Drops
- Tears Naturale® P.M. Lubricant Eye Ointment
- Tears Naturale™ Punctal Plugs

Dry Eye Syndrome

*A global healthcare company...The leader in eyecare products.*

© 2005 Alcon, Inc. All Rights Reserved. The information and materials within this section pertain to the U.S. market only. See **Privacy Policy and Legal Terms** for use of this site and internet disclaimer.





# OPTI-FREE® Comfort Drops

OPTI-FREE Comfort Drops are formulated as a gentle and effective eye lubricant and contact lens rewetting solution for use in the eye with **all contact lenses.**



## Active Ingredients:

Contains dextran 70 1mg/mL and hypromellose 3 mg/mL, with disodium edetate 1 mg/mL and POLYQUAD® (polyquaternium-1) 0.011 mg/mL as preservatives.

## Product Benefits:

- **Improves lens wearing comfort.**
  Contains special polymers that rewet and hydrate the lens.
- **Clears lenses.**
  Moistens lenses during wear.
- **Provides comfort to dry, tired or irritated eyes.**
  Moistens and refreshes eyes and contact lenses during wear.
- **Ideal for sensitive eyes.**
  Formulated with POLYQUAD, which has low potential for sensitisation.[1]

® Registered Trademark

References: 1. Tripathi BJ *et al.* Which ophthalmic and lens care preservatives are safe? Abstract from International Congress of Ophthalmology, Rome, May 1986.

Return Contact Lens Care Products page

OPTI-FREE Comfort Drops

*A global healthcare company...The leader in eyecare products.*

© 2005 Alcon Laboratories (Australia) Pty. Ltd., under license to Alcon, Inc.  All Rights Reserved.
The information and materials contained within this section pertain to the Australian market only.
See Privacy Policy and Legal Terms for use of this site and internet disclaimer.



## Tears Naturale® II
## & Tears Naturale Free®




**Tears Naturale Lubricant Eye Drops. The Naturally Healthy Tears.**

- Dry Eye is a common condition among your patients over 65, heavy computer users, outdoor enthusiasts and people who live in areas of heavy pollutants, wind or sun
- All eye drops are not the same, only **Tears Naturale II** has **Polyquad®**, a virtually non-irritating preservative, and **Duasorb®**, a unique, lubricant polymer formulation
- Similar pH and tonicity as natural tears
- **Tears Naturale Free®** is preservative-free and available in money saving multi-use vials for patients who need several applications each day

Because your recommendation makes a difference!

*A global healthcare company...The leader in eyecare products.*

© 2005 Alcon, Inc. All Rights Reserved. The information and materials within this section pertain to the U.S. market only. See Privacy Policy and Legal Terms for use of this site and internet disclaimer.

Opti-Soak Conditioning and Disinfecting Solution

Page 1 of 1



**Alcon** ◆    *Consumer*

◀HOME    CONDITIONS    SEARCH

## OPTI-SOAK®

**Conditioning and Disinfecting Solution**

**Opti-Soak is different from other systems.**

**It is specially formulated to help make your RGP lenses comfortable.**



● Thicker than many other conditioning solutions - designed to provide more cushioning and comfort.

● Tough on common ocular pathogens, but gentle on eyes.

● Only Alcon® products contain patented **Polyquad® anti-microbial agent** - proven safe and effective, even for lens wearers who have sensitive eyes.

**The result is clean, comfortable lenses.**

The only RGP system that can be used with **OPTI-FREE SupraClens Daily Protein Remover**.

Return to Contact Lens Care Index

*A global healthcare company...The leader in eyecare products.*

© 2005 Alcon Canada Inc., under license. All rights reserved. This site is intended for Canadian audiences only and is governed by the laws of the Province of Ontario and the laws of Canada applicable therein. See Privacy Policy and Terms of Use for this site and internet disclaimer.



# Introducing . . .

**OPTI-FREE® EXPRESS® NO-RUB™ Formula
Multi-Purpose Disinfecting Solution**



## Rubbing is History

**OPTI-FREE® EXPRESS® NO-RUB™ Formula is the world's first multi-purpose solution that cleans, disinfects, and even removes protein . . . WITHOUT RUBBING.**

- All steps in one bottle.
- Automatically cleans, disinfects, and removes protein deposits while lenses soak - no rubbing step or enzyme needed.
- Achieves the same cleaning and disinfection criteria as products that require rubbing.
- The only solution with Aldox® and Polyquad® antimicrobials, a powerful formulation that kills bacteria.
- Gentle even for sensitive eyes.

Opti-Free Express No Rub                                              Page 2 of 2



**The only multi-purpose solution approved as a NO RUB™ formula for <u>all</u> soft contact lens schedules.**

**So advanced, it does the rubbing for you.**

<u>Follow these steps</u> every time you remove your lenses to keep them clear, clean, and comfortable.

**OPTI-FREE® EXPRESS® NO RUB™ Formula SWEEPSTAKES**

Visit your eye care professional and ask for an OPTI-FREE® EXPRESS® NO RUB™ Formula Starter Kit with your next purchase of contact lenses.

OR

Visit participating retailers before October 28th, 2002 and look for the NO RUB™ Bug end aisle display.

Then visit our NO RUB™ website at www.norub.ca and you can enter to win a brand new 2003 Volkswagen Beetle.

Catch the NO RUB™ Bug today!

<strong><u>Watch our video.</u></strong>

<u>Return to Contact Lens Care Index</u>

*A global healthcare company...The leader in eyecare products.*

© 2005 Alcon Canada Inc., under license. All rights reserved. This site is intended for Canadian audiences only and is governed by the laws of the Province of Ontario and the laws of Canada applicable therein. See <u>Privacy Policy and Terms of Use</u> for this site and internet disclaimer.



# Lens Care for Disposable and Soft Contact Lenses



## OPTI-FREE® Daily Cleaner

**OPTI-FREE Daily Cleaner** has a dual-action formulation, for effective removal of deposits from disposable and all soft contact lenses.

**OPTI-FREE Daily Cleaner** is a buffered, isotonic formulation containing Microclens™ (Nylon II) special polymeric cleaning agents with disodium edetate 1 mg/mL and POLYQUAD® (polyquaternium-1) 0.01 mg/mL as preservatives.

## Instructions For Use

**General:**

- Always wash your hands prior to handling your contact lenses.
- Always handle the same lens first (i.e right or left) to avoid mix-ups.
- Clean and disinfect your lenses each time you remove them.
- After reinserting your lenses, always empty your contact lens case, rinse with a sterile solution and allow to air dry.

**Clean:**

- Shake **OPTI-FREE Daily Cleaner** well. The suspension should be white in appearance.
- Apply one to two drops of **OPTI-FREE Daily Cleaner** to each side of your contact lens.
- Rub lens in the palm of your hand using the forefinger of the other hand for approximately 20 seconds.
- Be sure to clean both sides of the lens.

**Rinse:**

- Thoroughly rinse each lens with a rinsing solution (as recommended by your eye care practitioner) to remove all debris.

**Disinfect/Store:**

- After cleaning, contact lenses should always be disinfected as recommended by your eye care practitioner.
- Fill your lens case with a disinfecting solution and place lenses in the correct side. Close case and tighten.
- Allow lenses to soak for the recommended disinfection time.

**Contact Lens Insertion Procedure:**

- Wash hands thoroughly, then remove one lens from the lens case and rinse with a rinsing dolution.
- Place the lens on your dry index finger and position the lens on the lower white portion of your eye. Close your eye and gently rub on the top of your eye lid - the lens should now be centred on your eye.
- Repeat this procedure for the other lens.
- Discard disinfecting/storage solution. Rinse your lens case with a sterile solution and allow it to air dry.

**NOTE:** Lens cases should be replaced on a regular basis, ideally every three months.

® Registered Trademark
™ Trademark

Return to Contact Lens Care Products

A global healthcare company...The leader in eyecare products.

© 2005 Alcon Laboratories (Australia) Pty. Ltd., under license to Alcon, Inc. All Rights Reserved.
The information and materials contained within this section pertain to the Australian market only.
See Privacy Policy and Legal Terms for use of this site and internet disclaimer.

G

# REDACTED

# H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No: 04-968-GMS

**ALCON'S RESPONSES TO ALLERGAN'S**
**FIRST SET OF REQUESTS FOR PRODUCTION**
**OF DOCUMENTS AND THINGS  (Nos. 1-57)**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants, Alcon Inc., Alcon Laboratories, Inc., and Alcon Research, Ltd. (collectively "Alcon"), hereby object and respond to Plaintiffs Allergan, Inc. and Allergan Sales, LLC.'s (collectively "Allergan") First Set of Requests for the Production of Documents and Things (Nos. 1-57) ("Document Requests").

**GENERAL OBJECTIONS**

1.      Alcon objects to the Document Requests to the extent that it seeks documents protected from discovery by the attorney-client privilege, work product immunity, or other applicable immunity, privilege, law or rule (collectively, "privileged" documents).  Alcon hereby claims such privileges and protections to the extent implicated by each request and excludes

to any issue in this action or reasonably calculated to lead to the discovery of admissible

evidence.

**REQUEST FOR PRODUCTION NO. 48**

All market studies of the market for glaucoma drugs, Alphagan® P, or Alcon's proposed
brimonidine product.

**RESPONSE TO REQUEST NO. 48**

Alcon objects to Request No. 48 as overly broad, unduly burdensome and as seeking

documents that are not relevant to any issue in this action or reasonably calculated to lead to the

discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 49**

All documents regarding the labeling or package inserts for Alphagan® P.

**RESPONSE TO REQUEST NO. 49**

Alcon objects to Request No. 49 as overly broad, unduly burdensome and as seeking

documents that are not relevant to any issue in this action or reasonably calculated to lead to the

discovery of admissible evidence.  Subject to and without waiver of its general and specific

objections, Alcon has produced such documents as they are contained in its NDA application for

the proposed product.

**REQUEST FOR PRODUCTION NO. 50**

All documents regarding the labeling or package inserts for Alcon's proposed
brimonidine product.

**RESPONSE TO REQUEST NO. 50**

Alcon objects to Request No. 50 as overly broad, unduly burdensome and as seeking

documents that are not relevant to any issue in this action or reasonably calculated to lead to the

-24-

discovery of admissible evidence. Subject to and without waiver of its general and specific

objections, Alcon has produced such documents as they are contained in its NDA application for

the proposed product.

## REQUEST FOR PRODUCTION NO. 51

All documents and things that refer or relate to any possible or planned marketing
materials or marketing strategies or planned sales communications for Alcon's proposed
brimonidine product.

## RESPONSE TO REQUEST NO. 51

Alcon objects to Request No. 51 as overly broad, unduly burdensome and as seeking

documents that are not relevant to any issue in this action or reasonably calculated to lead to the

discovery of admissible evidence.

## REQUEST FOR PRODUCTION NO. 52

All documents that refer or relate to Alcon's expected market share of the generic
brimonidine market.

## RESPONSE TO REQUEST NO. 52

Alcon objects to Request No. 52 as overly broad, unduly burdensome and as seeking

documents that are not relevant to any issue in this action or reasonably calculated to lead to the

discovery of admissible evidence.

## REQUEST FOR PRODUCTION NO. 53

Documents sufficient to provide the organizational structure of Alcon including its
research and sales force.

## RESPONSE TO REQUEST NO. 53

Alcon objects to Request No. 53 as overly broad, unduly burdensome and as seeking

documents that are not relevant to any issue in this action or reasonably calculated to lead to the

WP3:1069962.1                                                           63534.1001

I

# REDACTED