# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PECHINEY RHENALU,                    )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )     Civil Action No. 99-301-SLR
                                     )
ALCOA INC.,                          )
                                     )
          Defendant.                 )

O R D E R

At Wilmington, this 28th day of September, 2001, having
reviewed the papers submitted regarding defendant's right to a
jury trial;

IT IS ORDERED that plaintiff's motion to vacate the judgment
based on the jury verdict (D.I. 462) is granted.  Pursuant to the
Federal Circuit's decision in Tegal Corp. v. Tokyo Electon Am.,
Inc., 257 F.3d 1331 (Fed. Cir. 2001), given that defendant-
patentee voluntarily withdrew its claim for damages, it also
waived its right to a jury trial.

IT IS FURTHER ORDERED that the parties shall file proposed
findings of fact and conclusions of law on or before October 19,
2001.

United States District Judge