N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>Defendants. | Civil Action No. 04-968-GMS<br><br>**[UNDER SEAL – CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER NOT TO BE DISCLOSED EXCEPT BY COURT ORDER OR WRITTEN STIPULATION OF THE PARTIES]** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2005, I electronically filed with the Clerk of Court the PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' OPENING MARKMAN BRIEF using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391

I hereby certify that on May 23, 2005, I have sent by Federal Express, the above document to the following non-registered participants:

Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

             */s/ William J. Marsden, Jr. (#2247)*
             William J. Marsden, Jr.

60295968.doc