IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC, <br><br>     Plaintiffs, <br><br> v. <br><br> ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br>     Defendants. | Civil Action No. 04-968-GMS |

## NOTICE OF DEPOSITION OF TERESA MCCLENDON

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, Plaintiffs Allergan, Inc. and Allergan Sales, LLC, by their counsel, will take the deposition upon oral examination of Teresa McClendon at the offices of Fish & Richardson P.C., 5000 Bank One Center, 1717 Main Street, Dallas, TX 75201, commencing at 9:00 a.m. on July 19, 2005.

The deposition will be taken before a notary public or other officer authorized to administer oaths. Testimony will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

Dated:  May 26, 2005                    FISH & RICHARDSON P.C.

                                        By:  _____
                                             William J. Marsden, Jr. (marsden@fr.com)
                                             Sean P. Hayes (hayes@fr.com)
                                             919 N. Market Street, Suite 1100
                                             P.O. Box 1114
                                             Wilmington, DE 19899-1114
                                             Telephone:  (302) 652-5070

                                             OF COUNSEL:
                                             Jonathan E. Singer
                                             Michael J. Kane
                                             Deanna J. Reichel
                                             FISH & RICHARDSON, P.C., P.A.
                                             3300 Dain Rauscher Plaza
                                             60 South Sixth Street
                                             Minneapolis, MN  55402
                                             Telephone:  (612) 335-5070

                                             Juanita Brooks
                                             W. Chad Shear
                                             FISH & RICHARDSON P.C.
                                             12390 El Camino Real
                                             San Diego, CA 92130
                                             Telephone: (858) 678-5070

                                             Attorneys for Plaintiffs
                                             ALLERGAN, INC. and ALLERGAN SALES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2005, I electronically filed with the Clerk of

Court using CM/ECF a NOTICE OF DEPOSITION OF TERESA MCCLENDON which

will send notification of such filing(s) to the following:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

I hereby certify that on May 26, 2005, I have mailed by United States Postal

Service, the document(s) to the following non-registered participants:

Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Sean P. Hayes

10518001.doc