**SEALED DOCUMENT**

Case 1:04-cv-00968-GMS    Document 91    Filed 06/07/2005    Page 1 of 1

**SEALED DOCUMENT**