IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>          Defendants. | C.A. No. 04-968-GMS |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 6, 2005, a true and correct copy of

**ALLERGAN'S SECOND SET OF REQUESTS FOR PRODUCTION OF**

**DOCUMENTS AND THINGS NOS. [58-64] TO DEFENDANTS ALCON, INC., ET**

**AL** was caused to be served on the attorneys of record, at the following addresses and in

the manner indicated:

> **VIA FEDERAL EXPRESS**
> Brian D. Coggio, Esq.
> Orrick, Herrington & Sutcliffe LLP
> 666 Fifth Avenue
> New York, NY 10103-0001
>
>
> **VIA HAND DELIVERY**
> Josy W. Ingersoll
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, DE 19899-0391

Dated:  July 1, 2005                    FISH & RICHARDSON P.C.

By: _William J. Marsden by Stransnb (#9606)_
    William J. Marsden, Jr. (marsden@fr.com)
    Sean P. Hayes (hayes@fr.com )
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone:  (302) 652-5070

    Jonathan E. Singer
    Michael J. Kane
    Deanna J. Reichel
    FISH & RICHARDSON, P.C., P.A.
    3300 Dain Rauscher Plaza
    60 South Sixth Street
    Minneapolis, MN  55402
    Telephone:  (612) 335-5070

    Juanita Brooks
    W. Chad Shear
    FISH & RICHARDSON, P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070

    Attorneys for Plaintiffs
    ALLERGAN, INC. and ALLERGAN SALES, LLC

80025500.doc

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I electronically filed the attached **NOTICE**

**OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of

such filing(s) to the following:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

I hereby certify that on July 1, 2005, I have sent via Federal Express, the

document(s) to the following non-registered participants:

Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Stamatios Stamoulis (ss4606)