IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | Civil Action No: 04-968-GMS |

## NOTICE OF DEPOSITION OF DAVID SMALL

Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, defendants, Alcon Inc., Alcon Laboratories, Inc. and Alcon Research Ltd. (collectively "Alcon"), by their counsel will take the deposition upon oral examination of David Small at the offices of Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Irvine, California 92614-2558, commencing at 9.00 a.m. on July 29, 2005, and continuing thereafter until completed.

The deposition will be transcribed by an officer authorized to administer oaths, and may be recorded by videographic, audiographic, or other means.

WP3:1127301.1                                                                                                                    63534.1001

-2-

|  |  |
|---|---|
| Dated: July 5, 2005 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Karen E. Keller*<br>Karen E. Keller (No. 4489)<br>The Brandywine Building<br>1000 West Street<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600<br>Fax: (203) 571-1253<br>kkeller@ycst.com<br>*Attorneys for Defendants*<br>*Alcon, Inc., Alcon Laboratories, Inc.,*<br>*and Alcon Research, Ltd.* |

Of Counsel:

Daniel J. Thomasch
Brian D. Coggio
M. Veronica Mullally
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Tel: (212) 506-5000
Fax (212) 506-5151

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on July 5, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.A.
> 919 N. Market Street, Suite 1100
> Wilmington, DE 19801

I further certify that on July 5, 2005, I caused a copy of the foregoing document to be served on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Jonathan E. Singer, Esquire
> Fish & Richardson, P.A.
> 3300 Dain Rauscher Plaza
> 60 South Sixth Street
> Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendants