IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No: 04-968-GMS** |

## NOTICE OF LODGING

PLEASE TAKE NOTICE that Defendants Alcon Inc., Alcon Laboratories, Inc. and Alcon Research, Ltd. hereby lodge copies of the overhead exhibits used by Defendants at the Markman hearing held on June 29, 2005.

Dated: July 6, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*[signature]*

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (203) 571-1253
kkeller@ycst.com
*Attorneys for Defendants*
*Alcon, Inc., Alcon Laboratories, Inc.,*
*and Alcon Research, Ltd.*

WP3:1127604.1                                                                                                                        63534.1001

Of Counsel:

Daniel J. Thomasch
Brian D. Coggio
M. Veronica Mullally
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Tel: (212) 506-5000
Fax (212) 506-5151

WP3:1127604.1                                                                                                         63534.1001