IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | Civil Action No: 04-968-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Defendants' Third Set of Interrogatories (No. 13-24), Defendants Alcon Inc., Alcon Laboratories, Inc., and Alcon Research, Ltd.'s Fourth Set of Requests for Production of Documents and Things (Nos. 40-41) and this Notice of Service were served on July 8, 2005, upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND CM/ECF**

William J. Marsden, Jr., Esquire
Fish & Richardson, P.A.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

**BY EMAIL**

Jonathan E. Singer, Esquire
Fish & Richardson, P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN  55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*
_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendants Alcon, Inc., Alcon Laboratories, Inc.*
*and Alcon Research, Ltd.*

Of Counsel

Daniel J. Thomasch
Brian D. Coggio
M. Veronica Mullally
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103
Tel:  (212) 506-5000
Fax  (212) 506-5151


Dated:  July 8, 2005