IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No: 04-968-GMS |

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1**

I, Glenn C. Mandalas, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for the Defendants has made a reasonable effort to reach agreement with counsel for Plaintiff on the matters set forth in the foregoing motion.

_____
Glenn C. Mandalas (No. 4432)

Dated: July 25, 2005