IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., )<br><br>Plaintiffs, )<br>v. )<br><br>ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., )<br><br>Defendants. ) | Civil Action No: 04-968-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Alcon's Responses to Allergans Second

Set of Requests for Production of Documents and Things (Nos. 58-64) and this Notice of Service

were served on August 1, 2005, upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND CM/ECF**

William J. Marsden, Jr., Esquire
Fish & Richardson, P.A.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

**BY EMAIL**
Jonathan E. Singer, Esquire
Fish & Richardson, P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN  55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendants Alcon, Inc., Alcon Laboratories,
Inc. and Alcon Research, Ltd.*

Of Counsel:

Daniel J. Thomasch
Brian D. Coggio
M. Veronica Mullally
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103
Tel:  (212) 506-5000
Fax  (212) 506-5151

Dated:  August 1, 2005