IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>Defendants. | Civil Action No. 04-968-GMS |

## NOTICE OF DEPOSITION OF STELLA ROBERTSON

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, Plaintiffs Allergan, Inc. and Allergan Sales, LLC, by their counsel, will take the deposition upon oral examination of Stella Robertson at the offices of Fish & Richardson P.C., 5000 Bank One Center, 1717 Main Street, Dallas, TX 75201, commencing at 9:00 a.m. on August 25, 2005.

The deposition will be taken before a notary public or other officer authorized to administer oaths. Testimony will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

Dated: August 4, 2005

FISH & RICHARDSON P.C.

By: /s/
William J. Marsden, Jr. (marsden@fr.com)
Sean P. Hayes (hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON, P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

Juanita Brooks
W. Chad Shear
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN SALES, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2005, I electronically filed with the Clerk of Court the NOTICE OF DEPOSITION OF STELLA ROBERTSON using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391

      I hereby certify that on August 4, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

_____
Sean P. Hayes

10539292.doc