# EXHIBIT F

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| # | DATE | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1/15/2003 | Ryan, Patrick | Schafer, Norma | N/A | e-mail thread reflecting legal advice re patents | A/C |
| 2 | 1/14/2003 | Ryan, Patrick | Schafer, Norma | N/A | e-mail thread and attachment reflecting legal advice re patents | A/C W/P |
| 3 | 1/13/2003 | Dagnon, Terry | Knight, Kathleen; Krueger, Scott; Pfleger, Michael; Ryan, Patrick | Schafer, Norma | e-mail thread requesting legal advice re patents | A/C W/P |
| 4 | 1/8/2003 | Dagnon, Terry | Knight, Kathleen; Krueger, Scott; Pfleger, Michael; Ryan, Patrick | Schafer, Norma | e-mail thread reflecting request for legal advice re patents | A/C W/P |
| 5 | 1/3/2003 | Ryan, Patrick | Mullally, Veronica | Coggio, Brian; Thomasch, Daniel | e-mail thread reflecting attorney work product and legal advice re patents | A/C W/P |

ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS
Alcon Privilege Log – REVISED August 5, 2005

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | 12/3/2002 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 7 | 12/02/2003 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 8 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 9 | 11/15/2002 | Johnson, Rick | Mullally, Veronica | Herrick, David; Ryan, Pat | e-mail thread reflecting request by attorney for information re patents | W/P |
| 10 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 11 | 9/16/2002 | Ryan, Patrick | Bhagat, Haresh; Cantrell, Sarah | N/A | e-mail thread and attachment reflecting legal advice re patents | A/C |

*ALLERGAN, INC and ALLERGAN SALES, L.L.C v ALCON INC et al., Civil Action No: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | N/A | Patrick Ryan's files | N/A | N/A | annotated document re IP issues reflecting attorney work product | W/P |
| 13 | 12/14/2001 | Brito, Maria Carmen S. ; Tuttman, Caroline | Ryan, Patrick | N/A | correspondence re prior art search | A/C W/P |
| 14 | 10/12/2001 | Patrick Ryan's files | N/A | N/A | annotated document re: IP strategy | W/P |
| 15 | 9/18/2001 | Hemric, Mike | Ryan, Patrick | N/A | e-mail thread requesting legal advice re IP issues | A/C |
| 16 | 9/18/2001 | Ryan, Patrick | Gasparini, Sheryle | Hemric, Mike; Bhagat, Haresh | e-mail reflecting legal advice re IP issues | A/C |
| 17 | 9/12/2001 | Ryan, Patrick | Gasparini, Sheryle; Hemric, Mike; Bhagat, Haresh | N/A | correspondence reflecting legal advice re patent issues | A/C |

3

ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | COPYEE | TYPE | |
|---|---|---|---|---|---|---|
| 18 | 8/28/2001 | Herrick, David | Ryan, Patrick | N/A | correspondence requesting legal advice re IP strategy | A/C |
| 19 | 8/30/2001 | Ryan, Patrick | Herrick, David | Brazell, Wes; Bhagat, Haresh | e-mail thread reflecting legal advice re patent issues | A/C W/P |
| 20 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 21 | 7/23/2001 | Patrick Ryan's files | N/A | N/A | annotated report re IP strategy | W/P |
| 22 | 6/12/2001 | Krueger, Scott | Ryan, Patrick; King, Bob | N/A | e-mail thread requesting legal advice re patent issues | A/C W/P |
| 23 | 8/8/2003 | Ryan, Patrick | Bergamini, Michael | Pfleger, Michael; Dagnon, Terry; Schafer, Norma | e-mail reflecting legal advice re patent issues | A/C W/P |
| 24 | 7/22/2003 | Ryan, Patrick | Rein, Michael | N/A | e-mail reflecting request by attorney for prior art search | W/P |

*ALLERGAN, INC and ALLERGAN SALES, L.L.C v. ALCON INC et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| No. | Date | Author | Recipient | CC | Description | A/C W/P |
|-----|------|--------|-----------|-----|-------------|---------|
| 25 | 7/22/2003 | Schafer, Norma | Kitchen, Robert; Ciceran, Mark | Ryan, Patrick | e-mail requesting legal advice re patent issues | A/C W/P |
| 26 | 7/23/2003 | Rein, Michael | Ryan, Patrick | N/A | collection of publications requested by attorney re patent prior art | W/P |
| 27 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 28 | 7/23/2003 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 29 | 7/28/2003 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 30 | 7/29/2003 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |

5

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | FROM | TO | | DESCRIPTION | |
|---|---|---|---|---|---|---|
| 31 | 7/21/2003 | Rein, Michael | Ryan, Patrick | N/A | collection of publications requested by attorney re patent prior art | W/P |
| 32 | 7/23/2003 | Rein, Michael | Ryan, Patrick | N/A | collection of publications requested by attorney re patent prior art | W/P |
| 33 | 7/21/2003 | Ryan, Patrick | Rein, Michael | N/A | e-mail reflecting legal advice and attorney work product | A/C W/P |
| 34 | 7/22/2003 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 35 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | 3/27/2003 | Ryan, Patrick | Espino, Ramon | N/A | e-mail thread reflecting legal advice re IP strategy and attorney work product | A/C W/P |
| 37 | 3/20/2003 | Ryan, Patrick | Espino, Ramon; Bhagat, Haresh | Sutton, Scott; Bonakdar, Moji | e-mail thread reflecting legal advice re IP strategy and attorney work product | A/C W/P |
| 38 | 10/25/2002 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 39 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 40 | 8/25/2002 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |

ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS
Alcon Privilege Log – REVISED August 5, 2005

| PRIVILEGE NUMBER | DATE | AUTHOR | RECIPIENTS | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 41 | 6/25/2003 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 42 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 43 | 10/28/2002 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 44 | NOT USED | | | | | |
| 45 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 46 | 8/16/2001 | Rein, Michael | Ryan, Patrick | N/A | publications selected by attorney re patent prior art | W/P |
| 47 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v ALCON INC et al., Civil Action No. 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 49 | 7/6/2004 | Pfleger, Michael | Doug MacHatton: Ryan, Patrick; Brazell, Wes | Sear, Tim; Fouse, Jacquelyn; Rayment, Cary; Cagle, Gerald; Whitbeck, Elaine; Arno, James; Robertson, Stella; Krueger, Scott; Copeland, Barry | e-mail thread requesting legal advice re IP issues | A/C |
| 50 | 8/13/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 51 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |

ALLERGAN, INC *and* ALLERGAN SALES, L.L.C. *v.* ALCON INC *et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | CC/BCC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 52 | 7/29/2004 | Mullally, Veronica | Brown, Gregg; Patrick, Ryan; Burke, Jeannie | N/A | e-mail thread and attachment reflecting attorney work product and legal advice re litigation | A/C W/P |
| 53 | 7/29/2004 | Dassanayake, Nissanke | Brown, Gregg | N/A | e-mail and attachment reflecting attorney work product re prior art | A/C W/P |
| 54 | 7/29/2004 | Rein, Michael | Brown, Gregg | N/A | collection of publications requested by attorney re patent prior art | W/P |
| 55 | 7/14/2004 | Ryan, Patrick | Mullally, Veronica | N/A | e-mail reflecting attorney work product and legal advice re litigation | A/C W/P |

10

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | 7/13/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 57 | 4/22/2004 | Ryan, Patrick | Mullally, Veronica | Thomasch, Daniel; Copeland, Barry; Arno, James | e-mail reflecting attorney work product and requesting legal advice re litigation | A/C W/P |
| 58 | 7/6/2004 | Ryan, Patrick | Schafer, Norma | N/A | communication reflecting legal advice re patent issues | A/C W/P |
| 59 | 7/6/2004 | Ryan, Patrick | Burke, Jeannie | N/A | e-mail and attachment reflecting thoughts of counsel re patent issues | W/P |
| 60 | 6/4/2004 | Ryan, Patrick | Brazell, Wes | MacHatton, Doug; Copeland, Barry; Arno, James; Whitbeck, Elaine; Bradford, Jerry | e-mail thread responding to request for legal advice re litigation | A/C W/P |

11

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No. 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 61 | 5/25/2004 | Ryan, Patrick | N/A | N/A | publications re patent issues selected and annotated by attorney | W/P |
| 62 | 5/19/2004 | Mullally, Veronica | Ryan, Patrick | N/A | e-mail reflecting attorney work product and legal advice re litigation | A/C W/P |
| 63 | 4/27/2004 | Ryan, Patrick | Mullally, Veronica; Thomasch; Daniel | N/A | e-mail thread reflecting attorney work product and requesting legal advice re litigation | A/C W/P |
| 64 | 4/22/2004 | Ryan, Patrick | Mullally, Veronica | Thomasch, Daniel; Copeland, Barry; Arno, James | e-mail and attachment reflecting attorney work product and requesting legal advice re litigation | A/C W/P |

12

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No. 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 65 | 4/23/2004 | Mullally, Veronica | Ryan, Patrick | Thomasch, Daniel | e-mail reflecting attorney work product and legal advice re litigation | A/C W/P |
| 66 | 4/23/2004 | Ryan, Patrick | N/A | N/A | draft of document reflecting opinion of counsel re patent issues | W/P |
| 67 | 4/22/2004 | Ryan, Patrick | N/A | N/A | draft of document reflecting opinion of counsel re patent issues | W/P |
| 68 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 69 | 4/20/2004 | Arno, James | Ryan, Patrick | N/A | e-mail reflecting attorney work product re patents | A/C W/P |

13

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No. 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | Recipient | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 70 | 4/13/2004 | Ryan, Patrick | N/A | N/A | daft of document reflecting opinion of counsel re patent issues | W/P |
| 71 | 3/12/2004 | Schafer, Norma | Herrick, David; Ryan, Patrick; Bradford, Jerry; Vivar, Denise; Landry, Theresa; Rahimy, Mohammed; Bonakdar, Moji; Bhagat, Haresh; Heaton, Jim; Kastner, Phillip; Sanders, Mark; Sullivan, Ken; Wells, David | N/A | annotated memo reflecting attorney work product and requesting legal advice re patents | A/C |
| 72 | 4/12/2004 | Ryan, Patrick | Mullally, Veronica | Copeland, Barry; Arno, James; Bradford, Jerry | e-mail and attachment re draft of document reflecting opinion of counsel re patent issues | A/C W/P |

14

*ALLERGAN, INC and ALLERGAN SALES, L.L.C v ALCON INC et al., Civil Action No: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| Number | Date | From | To | Copies | Description | Privilege |
|---|---|---|---|---|---|---|
| 73 | 4/9/2004 | Mullally, Veronica | Ryan, Patrick | N/A | e-mail and attachment re draft of document reflecting opinion of counsel re patent issues | A/C W/P |
| 74 | 4/6/2004 | Copeland, Barry | Ryan, Patrick | N/A | draft of document reflecting opinion of counsel re patent issues | A/C W/P |
| 75 | 4/7/2004 | Mullally, Veronica | Ryan, Patrick | N/A | e-mail re draft of document reflecting opinion of counsel re patent issues | A/C W/P |
| 76 | 4/6/2004 | Ryan, Patrick | N/A | N/A | draft of document reflecting opinion of counsel re patent issues | W/P |

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | OTHER | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 77 | 4/6/2004 | Mullally, Veronica | Ryan, Patrick | N/A | comments on draft of document reflecting opinion of counsel re patent issues | A/C W/P |
| 78 | 3/30/2004 | Ryan, Patrick | Mullally, Veronica | Copeland, Barry; Bradford, Jerry; Arno, James | e-mail and attachment re draft of document reflecting opinion of counsel re patent issues | A/C W/P |
| 79 | 3/29/2004 | Ryan, Patrick | N/A | N/A | draft of document reflecting opinion of counsel re patent issues | W/P |
| 80 | 4/14/2004 | Ryan, Patrick | N/A | N/A | draft of document reflecting opinion of counsel re patent issues | W/P |

16

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| Number | Date | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 81 | 6/18/2004 | Teipel, Stephan, Dr. | Ryan, Patrick | N/A | document reflecting advice of counsel re patent issues and attorney work product | A/C W/P |
| 82 | N/A | Patrick Ryan's files | N/A` | N/A | publications selected by attorney re patent prior art | W/P |
| 83 | 4/1/2004 | Rein, Michael | Ryan, Patrick | N/A | e-mail and attachment reflecting selection of publications re patent issues requested by attorney | W/P |
| 84 | N/A | Patrick Ryan's files | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |

17

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No. 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| DOC NUMBER | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 85 | 2/16/2004 | Cagle, Gerald | Arno, James | Patrick, Ryan | e-mail thread seeking legal advice re patents | A/C W/P |
| 86 | 1/14/2003 | Patrick Ryan's files | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 87 | 2/19/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 88 | 7/23/2001 | Patrick Ryan's files | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 89 | N/A | Teipel, Stephan, Dr. | Ryan, Patrick | N/A | document reflecting legal advice re patent issues | A/C |
| 90 | N/A | unknown | Ryan, Patrick | N/A | document requesting legal advice re litigation | A/C |

18

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No. 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| DOC. NUMBER | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 91 | 5/21/2003 | Safir, Peter | Ryan, Patrick | N/A | e-mail reflecting legal advice re patents | A/C W/P |
| 92 | 5/15/2003 | Safir, Peter | Ryan, Patrick | N/A | e-mail thread reflecting attorney work product and legal advice re patent issues | A/C W/P |
| 93 | 5/25/2003 | Ryan, Patrick | Safir, Peter; Knight, Kathleen | N/A | e-mail thread reflecting attorney work product and request for legal advice re patents | A/C W/P |
| 94 | 4/24/2003 | Ryan, Patrick | Safir, Peter | Knight, Kathleen | e-mail thread and attachment reflecting attorney work product and request for legal advice re patents | A/C W/P |

19

ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No. 04-968-GMS
Alcon Privilege Log – REVISED August 5, 2005

| # | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | |
|---|------|--------|-----------|-----|-------------|---|
| 95 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 96 | 4/1/2003 | Ryan, Patrick | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 97 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 98 | 9/10/2003 | Ryan, Patrick | Knight, Kathleen | Mullally, Veronica | e-mail and attachment reflecting attorney work product | A/C W/P |
| 99 | 10/2/2003 | Ryan, Patrick | Herrick, David | Bhagat, Haresh; Pfleger, Michael; Dagnon, Terry; Schafer, Norma | e-mail thread re patent issues reflecting attorney work product | W/P |
| 100 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |

20

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | OTHERS | DESCRIPTION | |
|---|---|---|---|---|---|---|
| 101 | 10/2/2003 | Dagnon, Terry | Ryan, Patrick; Herrick, David | Bhagat, Haresh; Pfleger, Michael; Schafer, Norma | e-mail thread seeking legal advice re patent issues and reflecting attorney work product | A/C W/P |
| 102 | 10/2/2003 | Ryan, Patrick | Herrick, David | Henric, Mike; Knight, Kathleen; Arno, James | e-mail thread reflecting legal advice re patent issues | A/C W/P |
| 103 | 11/4/2003 | Ryan, Patrick | Knight, Kathleen; Bhagat, Haresh; | Cagle, Gerald; Arno, James; Henric, Mike; Herrick, David; Pfleger, Michael | e-mail reflecting legal advice re patents | A/C W/P |
| 104 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 105 | 2/11/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |

21

ALLERGAN, INC and ALLERGAN SALES, L.L.C v. ALCON INC et al., Civil Action No.: 04-968-GMS
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 106 | 2/9/2004 | Ryan, Patrick | Mullally, Veronica | Knight, Kathleen | communication reflecting attorney work product and legal advice re patent issues | A/C W/P |
| 107 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 108 | 2/23/2004 | Ryan, Patrick | Mullally, Veronica | N/A | handwritten note re litigation and publication selected by attorney re patent issues | A/C W/P |
| 109 | N/A | Patrick Ryan's files | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 110 | 11/21/2003 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| | | | | | A/C W/P |
|---|---|---|---|---|---|
| 111 | 2/11/2004 | Ryan, Patrick | Mullally, Veronica | N/A | handwritten note re litigation and publication selected by attorney re patent issues |
| 112 | 3/1/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art |
| 113 | 10/3/2003 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art |
| 114 | 10/29/2003 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art |
| 115 | 2/17/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art |
| 116 | 2/18/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art |

23

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| Number | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 117 | 11/11/2002 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 118 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 119 | 3/12/2004 | Rein, Michael | Ryan, Patrick | Brown, Gregg | memo and publications selected by attorney re patent prior art | W/P |
| 120 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 121 | 2/4/2004 | Schafer, Norma | Ryan, Patrick | N/A | e-mail thread seeking legal advice re patent issues | A/C |
| 122 | N/A | Patrick Ryan's files | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |

24

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| Bates Number | Date | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 123 | 4/22/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 124 | 2/27/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 125 | N/A | Patrick Ryan's files | N/A | N/A | document re patent issues annotated by attorney | W/P |
| 126 | N/A | Patrick Ryan's files | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 127 | N/A | Patrick Ryan's files | N/A | N/A | document reflecting attorney's preparation for litigation | W/P |

25

*ALLERGAN, INC and ALLERGAN SALES, L.L.C v ALCON INC et al., Civil Action No: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| DOC NUMBER | DATE | AUTHOR | RECIPIENT | CC/ADDRESSEE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 128 | 6/28/2004 | Ryan, Patrick | N/A | N/A | draft of document (with attorney's handwritten annotations) reflecting opinion of counsel re patent issues | W/P |
| 129 | 2/11/2004 | Ryan, Patrick | Hellberg, Mark | Knight, Kathleen | e-mail reflecting legal advice re patent issues | A/C W/P |
| 130 | N/A | Ryan, Patrick | N/A | N/A | handwritten notes by attorney re patent issues | W/P |
| 131 | 10/8/2003 | Ryan, Patrick | Bhagat, Haresh; Espino, Ramon | N/A | e-mail reflecting legal advice re patents | A/C W/P |
| 132 | N/A | Patrick Ryan's files | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |

ALLERGAN, INC and ALLERGAN SALES, L.L.C v ALCON INC et al., Civil Action No: 04-968-GMS
Alcon Privilege Log – REVISED August 5, 2005

| Number | Date | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 133 | 2/11/2004 | Schafer, Norma | Krueger, Scott; Pfleger, Michael; Ryan, Patrick; Herrick, David; Burkey, Scott | N/A | e-mail seeking legal advice re patent issues | A/C |
| 134 | 3/2/2004 | Arno, James | Ryan, Patrick | Kyba, Evan | e-mail re patents reflecting attorney work product | W/P |
| 135 | N/A | Hellberg, Mark | Ryan, Patrick | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 136 | 2/25/2004 | Mullally, Veronica | Ryan, Patrick | N/A | e-mail thread reflecting attorney work product and legal advice re litigation | A/C W/P |
| 137 | N/A | Ryan, Patrick | N/A | N/A | document reflecting attorney's notes re patents and litigation | W/P |

27

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | COPY TO | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 138 | 3/15/2004 | Ryan, Patrick | Mullally, Veronica | N/A | e-mail and attachment re draft of document reflecting opinion of counsel re patent issues | A/C W/P |
| 139 | 2/2/2004 | Ryan, Patrick | Knight, Kathleen; Thomasch, Daniel; Mullally, Veronica | Arno, James | e-mail and attachment re draft of document reflecting opinion of counsel re patent issues | A/C W/P |
| 140 | N/A | Ryan, Patrick | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 141 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |

28

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| | | | | | |
|---|---|---|---|---|---|
| 142 | N/A | Patrick Ryan's files | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 143 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 144 | 3/4/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 145 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 146 | 2/26/2004 | Rein, Michael | Ryan, Patrick | N/A | publications selected by attorney re patent prior art | W/P A/C |
| 147 | N/A | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |

ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS

Alcon Privilege Log – REVISED August 5, 2005

| Number | Date | | | | | |
|---|---|---|---|---|---|---|
| 148 | N/A | Patrick Ryan's files | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 149 | N/A | N/A | Ryan, Patrick | N/A | collection of publications selected at request of attorney re patent prior art | W/P A/C |
| 150 | N/A | Patrick Ryan's files | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 151 | 2/27/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 152 | 2/9/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|
| 153 | N/A | Patrick Ryan's files | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 154 | 2/18/2004 | Patrick Ryan's files | N/A | publications selected by attorney re patent prior art | W/P |
| 155 | N/A | Patrick Ryan's files | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 156 | 11/11/2002 | Patrick Ryan's files | N/A | publications selected by attorney re patent prior art | W/P |
| 157 | 2/17/2004 | Patrick Ryan's files | N/A | publications selected by attorney re patent prior art | W/P |
| 158 | 2/11/2004 | Ryan, Patrick | Mullally, Veronica | handwritten note and publications selected by attorney re patent prior art | A/C W/P |

31

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | | DESCRIPTION | |
|--------|------|--------|-----------|---|-------------|---|
| 159 | 3/1/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 160 | N/A | Patrick Ryan's files | N/A | N/A | publications selected and annotated by attorney re patent prior art | W/P |
| 161 | 11/21/2003 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 162 | 2/23/2004 | Ryan, Patrick | Mullally, Veronica | N/A | handwritten note re litigation | A/C W/P |
| 163 | 2/11/2004 | Patrick Ryan's files | N/A | N/A | publications selected by attorney re patent prior art | W/P |
| 164 | NOT USED | | | | | |
| 165 | 7/16/2004 | Ryan, Patrick | Hemric, Mike; Herrick, David | Cagle, Gerald; Sear, Tim; Rayment, Cary; Robertson, Stella; Krueger, Scott; Pfleger, Michael | e-mail thread reflecting legal advice re patent issues | A/C W/P |

ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 166 | 7/6/2004 | Ryan, Patrick | Hemric, Mike; Herrick, David | Cagle, Gerald; Sear, Tim; Rayment, Cary; Whitbeck, Elaine; Arno, James; Robertson, Stella; Krueger, Scott; Pfleger, Michael; Copeland, Barry | e-mail reflecting legal advice re patent issues | A/C W/P |
| 167 | 4/27/2004 | Ryan, Patrick | Hemric, Mike; Herrick, David | Cagle, Gerald; Rayment, Cary; Sear, Tim; Arno, James; Robertson, Stella; Krueger, Scott | e-mail reflecting legal advice re patent issues | A/C W/P |
| 168 | 4/23/2004 | Ryan, Patrick | Hemric, Mike; Herrick, David | Robertson, Stella; Pfleger, Michael; Arno, James; Whitbeck, Elaine | e-mail reflecting legal advice re patent issues | A/C W/P |

33

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 169 | 4/14/2004 | Ryan, Patrick | Hemric, Mike; Herrick, David | N/A | e-mail and attachment reflecting legal advice re patent issues | A/C W/P |
| 170 | N/A | Ryan, Patrick | N/A | N/A | handwritten annotations of counsel re patent and litigation issues | W/P |
| ALC41807 ALC41808 ALC40889 ALC40883 ALC40869 ALC40864 ALC40827 | | | | | | |
| 171 | 1/2004 | N/A | N/A | N/A | comments from Alcon Legal Department reflecting advice re patent issues and attorney work product | A/C W/P |
| ALC53997 | | | | | | |

34

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No. 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| | BATES NUMBER | DATE | AUTHOR | RECIPIENT | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 172 | ALC54006 | 10/2003 | N/A | N/A | N/A | comments from Alcon Legal Department reflecting advice re patent issues and attorney work product | A/C W/P |
| 173 | ALC54010 | First Quarter of 2004 | N/A | N/A | N/A | comments from Alcon Legal Department reflecting advice re patent issues and attorney work product | A/C W/P |
| 174 | ALC54013 | Second Quarter of 2004 | N/A | N/A | N/A | comments from Alcon Legal Department reflecting advice re patent issues and attorney work product | A/C W/P |

35

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No. 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| # | NUMBER | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 175 | ALC54014 ALC54015 | Third Quarter of 2003 | N/A | N/A | N/A | comments from Alcon Legal Department reflecting advice re patent issues and attorney work product | A/C W/P |
| 176 | | 8/19/2004 | Hughes, Jan | Schafer, Norma | Owens, Patti | e-mail forwarding a message reflecting legal advice re IP issues | A/C |
| 177 | | 7/16/2004 | Pfleger, Michael | Schafer, Norma | N/A | e-mail forwarding a message reflecting legal advice re patent issues and attorney work product | A/C W/P |
| 178 | NOT USED | | | | | | |

36

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | | | | DESCRIPTION | |
|---|---|---|---|---|---|---|
| 179 | 7/6/2004 | Pfleger, Michael | MacHatton, Doug; Ryan, Patrick; Brazell, Wes | Sear, Tim; Fouse, Jacqualyn; Rayment, Cary; Cagle, Gerald; Whitbeck, Elaine; Arno, James; Robertson, Stella; Krueger, Scott; Copeland, Barry | e-mail thread seeking legal advice re patent issues | A/C |
| 180 | N/A | N/A | N/A | N/A | portion of document reflecting legal advice re patent issues | |
| 181 | 1/16/2004 | Schafer, Norma | Patrick, Ryan | N/A | e-mail re patent issues reflecting attorney work product | A/C W/P |
| 182 | 5/5/2004 | Arno, James | Cagle, Gerald; Whitbeck, Elaine | N/A | memo re patent issues and litigation | A/C W/P |

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| | | AUTHOR | | | |
|---|---|---|---|---|---|
| 183 | 7/7/2004 | Arno, James | Cagle, Gerald; Whitbeck, Elaine | N/A | memo re patent issues and litigation | A/C W/P |
| 184 | 8/5/2004 | Arno, James | Cagle, Gerald; Whitbeck, Elaine | N/A | memo re patent issues and litigation | A/C W/P |
| 185 | 3/27/2003 | Bhagat, Haresh | Espino, Ramon; Ryan, Patrick | Sutton, Scott | e-mail thread reflecting advice of counsel re IP issues and work product | A/C W/P |
| 186 | 4/27/2004 | Ryan, Patrick | Espino, Ramon; Bhagat, Haresh | N/A | e-mail and attachment reflecting advice of counsel re patent issues and attorney work product | A/C W/P |

38

ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | CC TO | DESCRIPTION | TYPE |
|---|---|---|---|---|---|---|
| 187 | 5/4/2004 | Espino, Ramon | Ryan, Patrick | Bhagat, Haresh | e-mail thread and attachment seeking legal advice re patent issues and reflecting attorney work product | A/C W/P |
| 188 | 5/5/2004 | Ryan, Patrick | Espino, Ramon; Bhagat, Haresh | Rajni, Jani | e-mail thread and attachment reflecting legal advice re patent issues and attorney work product | A/C W/P |
| 189 | 5/5/2004 | Espino, Ramon | Ryan, Patrick | Bhagat, Haresh | e-mail thread seeking legal advice re patent issues and reflecting attorney work product | A/C W/P |
| 190 | 7/30/2004 | Copeland, Barry | Thomasch, Daniel | Ryan, Patrick | e-mail seeking advice of counsel re litigation | A/C |

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v ALCON INC et al., Civil Action No: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | CC/BCC | TITLE | PRIVILEGE |
|---|---|---|---|---|---|---|
| 191 | 6/14/2004 | Copeland, Barry | Ryan, Patrick | N/A | e-mail thread seeking legal advice re patent issues | A/C W/P |
| 192 | 6/14/2004 | Copeland, Barry | Ryan, Patrick | N/A | e-mail thread seeking legal advice re litigation | A/C |
| 193 | 5/19/2004 | Copeland, Barry | Ryan, Patrick | N/A | e-mail thread seeking legal advice re patent issues and litigation | A/C |
| 194 | 5/7/2004 | Copeland, Barry | Dean, Tom | N/A | e-mail thread reflecting legal advice re patent issues | A/C |
| 195 | 5/7/2004 | Copeland, Barry | Ryan, Patrick | N/A | e-mail thread reflecting legal advice re patent issues | A/C |
| 196 | 5/7/2004 | Copeland, Barry | Ryan, Patrick | N/A | e-mail thread requesting legal advice re patent issues | A/C |

40

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| | | | | | | |
|---|---|---|---|---|---|---|
| 197 | | 4/22/2004 | Copeland, Barry | Ryan, Patrick | N/A | e-mail thread reflecting legal advice re patent issues | A/C |
| 198 | | 4/20/2004 | Copeland, Barry | Ryan, Patrick | N/A | e-mail thread requesting legal advice re patent issues | A/C |
| 199 | | 3/25/2004 | Copeland, Barry | Ryan, Patrick | N/A | e-mail thread requesting legal advice re patent issues | A/C |
| 200 | NOT USED | | | | | | |
| 201 | | 8/9/2004 | Ryan, Patrick | Copeland, Barry | N/A | e-mail forwarding a message reflecting legal advice re patent issues and attorney work product | A/C W/P |

41

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | TO | CC | SUBJECT | |
|---|---|---|---|---|---|---|
| 202 | 8/5/2004 | Ryan, Patrick | Copeland, Barry | N/A | e-mail forwarding a message reflecting legal advice re patent issues and attorney work product | A/C W/P |
| 203 | 8/5/2004 | Ryan, Patrick | Mullally, Veronica | Copeland, Barry | e-mail thread requesting legal advice re litigation and reflecting attorney work product | A/C W/P |
| 204 | 7/16/2004 | Ryan, Patrick | Thomasch, Daniel; Mullally, Veronica | Copeland, Barry; Arno, James; Bradford, Jerry; Whitbeck, Elaine | e-mail reflecting legal advice and attorney work product | A/C W/P |

42

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No. 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| DOC NO. | DATE | FROM | TO | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 205 | 7/6/2004 | MacHatton, Doug | Ryan, Patrick; Brazell, Wes | Sear, Tim; Fouse, Jacquelyn; Rayment, Cary; Cagle, Gerald; Whitbeck, Elaine; Arno, James; Robertson, Stella; Krueger, Scott; Pfleger, Michael; Copeland, Barry | e-mail requesting legal advice re patent issue | A/C |
| 206 | 6/28/2004 | Ryan, Patrick | Mullally, Veronica | Thomasch, Daniel; Copeland, Barry; Arno, James | e-mail requesting legal advice re patent issues | A/C |
| 207 | 6/14/2004 | Ryan, Patrick | Sipes, Chris | Copeland, Barry | e-mail requesting legal advice re patent issues | A/C |
| 208 | 6/14/2004 | Ryan, Patrick | Copeland, Barry | N/A | e-mail requesting legal advice re litigation | A/C |

43

*ALLERGAN, INC. and ALLERGAN SALES, L.L.C. v. ALCON INC. et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| DOCUMENT NUMBER | DATE | AUTHOR | ADDRESSEE | CC'D PARTY | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 209 | 5/19/2004 | Ryan, Patrick | Mullally, Veronica | Copeland, Barry | e-mail requesting legal advice re litigation and reflecting attorney work product | A/C W/P |
| 210 | 5/13/2004 | Ryan, Patrick | Copeland, Barry | N/A | e-mail thread re IP issues reflecting attorney work product | A/C W/P |
| 211 | 4/27/2004 | Ryan, Patrick | Copeland, Barry | N/A | e-mail thread reflecting legal advice re patent issues and litigation | A/C W/P |
| 212 | 4/23/2004 | Ryan, Patrick | Mullally, Veronica | Copeland, Barry | e-mail reflecting attorney work product and requesting legal advice re patent issues | A/C W/P |

44

ALLERGAN, INC and ALLERGAN SALES, L.L.C. v ALCON INC et al., Civil Action No: 04-968-GMS
Alcon Privilege Log – REVISED August 5, 2005

| | | | | | | |
|---|---|---|---|---|---|---|
| 213 | 4/22/2004 | Ryan, Patrick | Mullally, Veronica | Thomasch, Daniel; Copeland, Barry; Arno, James | e-mail requesting legal advice re patent issues and reflecting attorney work product | A/C W/P |
| 214 | 4/20/2004 | Arno, James | Copeland, Barry | N/A | e-mail forwarding a thread of e-mails reflecting legal advice re patent issues | A/C W/P |
| 215 | 4/20/2004 | Ryan, Patrick | Mullally, Veronica; Thomasch, Daniel | Copeland, Barry; Arno, James | e-mail requesting legal advice re patent issues and reflecting attorney work product | A/C W/P |
| 216 | 4/20/4004 | Arno, James | Copeland, Barry | Ryan, Patrick | e-mail thread requesting legal advice re patent issues and reflecting attorney work product | A/C W/P |

45

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v ALCON INC et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| NUMBER | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | |
|---|---|---|---|---|---|---|
| 217 | 4/20/2004 | Copeland, Barry | Arno, James | Ryan, Patrick | e-mail thread reflecting legal advice re litigation | A/C W/P |
| 218 | 4/19/2004 | Arno, James | Copeland, Barry | N/A | e-mail thread requesting legal advice re patent issues and litigation | A/C |
| 219 | 4/6/2004 | Ryan, Patrick | Copeland, Barry | Arno, James; Bradford, Jerry | e-mail thread reflecting legal advice re patent issues and attorney work product | A/C W/P |
| 220 | 3/25/2004 | Ryan, Patrick | Copeland, Barry | Bradford, Jerry; Arno, James | e-mail thread reflecting legal advice re litigation | A/C W/P |
| 221 | 3/8/2004 | Knight, Kathleen | Thomasch, Daniel; Mullally, Veronica | Ryan, Patrick; Copeland, Barry; Stekelenburg, Diana | e-mail thread reflecting legal advice re litigation | A/C W/P |
| 222 | 3/8/2004 | Thomasch, Daniel | Knight, Kathleen; Mullally, Veronica | Ryan, Patrick; Copeland, Barry; Stekelenburg, Diana | e-mail thread reflecting legal advice re litigation | A/C W/P |

46

*ALLERGAN, INC and ALLERGAN SALES, L.L.C. v. ALCON INC et al., Civil Action No.: 04-968-GMS*
Alcon Privilege Log – REVISED August 5, 2005

| | | | | | |
|---|---|---|---|---|---|
| 223 | 3/8/2004 | Knight, Kathleen | Thomasch, Daniel; Mullally, Veronica | Ryan, Patrick; Copeland, Barry; Stekelenburg, Diana | e-mail requesting legal advice re litigation | A/C W/P |