IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>             Plaintiffs,<br><br>     v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>             Defendants. | C.A. No. 04-968-GMS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' PROVISIONAL MOTION TO AMEND THE SCHEDULING ORDER**

Having considered the submissions of the parties, arguments of counsel, and the record as a whole, Plaintiffs' Provisional Motion to Amend the Scheduling Order is GRANTED. The Scheduling Order is amended as set forth in Plaintiffs' Motion.

IT IS SO ORDERED.

_____                    _____
Date                                                              United States District Judge
                                                                       Gregory M. Sleet


60308635.doc