# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

August 22, 2005

The Honorable Gregory M. Sleet
United States District Court
844 King Street, Room 4324
Wilmington, DE 19801



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re: *Allergan, Inc. v. Alcon Laboratories, et al.*
USDC-D. Del. - Civil Action No. 04-968-GMS

Dear Judge Sleet:

Pursuant to Local Rule 7.1.4, plaintiffs Allergan, Inc. and Allergan Sales, LLC respectfully request oral argument on Alcon's Motion for Leave to Amend Its Answer (D.I. 107), and on Plaintiffs' Provisional Motion to Amend the Scheduling Order (D.I. 117), which seeks to amend the scheduling order to allow time for discovery on Alcon's proposed new affirmative defenses and counterclaims in the event the Court grants Alcon's motion.

Respectfully,

William J. Marsden, Jr.

WJM/cyw

60309253.doc

cc: Clerk, U.S. District Court
Josy Ingersoll, Esq. (Via ECF)
Brian Coggio, Esq. (Via Mail)