IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOUNDRY NETWORKS, INC.,<br><br>Defendant. | Civil Action No. 03-508-JJF |
| BENITEC AUSTRALIA LTD.,<br><br>Plaintiff,<br><br>v.<br><br>NUCLEONICS, INC.,<br><br>Defendant | Civil Action No. 04-174-JJF |
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendants. | Civil Action No. 04-305-SLR |
| TELCORDIA TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant. | Civil Action No. 04-875GMS |

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>    Defendants. | Civil Action No: 04-968-GMS |
| VERSUS TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>RADIANSE, INC.<br><br>    Defendant. | Civil Action No. 04-1231-SLR |
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC. AND OVERSTOCK.COM, INC.<br><br>    Defendants. | Civil Action No. 04-1264-SLR |
| ENZON PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PHOENIX PHARMACOLOGICS, INC.,<br><br>    Defendant. | Civil Action No.: 04-1285-GMS |

DB02:5042312.1      900000.0054

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al. <br><br> Defendants. | Civil Action No. 04-1338-KAJ |
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY, <br><br> Defendants. | Case No. 04-1565-SLR |
| INTEL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> AMBERWAVE SYSTEMS CORPORATION, <br><br> Defendant. | Civil Action No. 05-301-KAJ |

3

| | |
|---|---|
| DEKALB GENETICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO., and<br>JC ROBINSON SEEDS, INC.,<br><br>Defendants. | Civil Action No. 05-355-SLR |
| ALCATEL USA RESOURCES, INC., a Delaware Corporation, and ALCATEL INTERNETWORKING, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDRY NETWORKS, INC.,<br>a Delaware Corporation,<br><br>Defendant. | Civil Action No. 05-418-SLR |
| DYSON TECHNOLOGY LIMITED and DYSON, INC.,<br><br>Plaintiffs,<br>v.<br><br>MAYTAG CORPORATION,<br><br>Defendant. | Civil Action No. 05-434-GMS |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Glenn C. Mandalas (No. 4432) withdraws from his representation in the matters of:

C.A. No. 03-508-JJF            Defendant Lucent Technologies, Inc.

4

DB02:5042312.1                                                                                                                              900000.0054

| | |
|---|---|
| C.A. No. 04-174-JJF | Plaintiff Benitec Australia, Ltd. |
| C.A. No. 04-305-SLR | Defendants Syngenta Seeds, Inc. |
| | and Syngenta Biotechnology, Inc |
| C.A. No. 04-875-GMS | Defendant Lucent Technologies, Inc. |
| C.A. No. 04-968-GMS | Defendants Alcon, Inc., |
| | Alcon Laboratories, Inc., |
| | Alcon Research, Ltd; |
| C.A. No. 04-1231-SLR | Defendant Radianse, Inc.; |
| C.A. No. 04-1264-SLR | Defendants Amazon.com, Inc., |
| | Amazon Services, Inc.; |
| C.A. No. 04-1285-GMS | Plaintiff Enzon Pharmaceuticals, Inc. |
| C.A. No. 04-1338-KAJ | Defendants Sony Corporation, |
| | Sony Corporation of America; |
| | Olympus Corporation |
| | and Olympus America Inc. |
| C.A. No. 04-1565-SLR | Plaintiff Arlin M. Adams |
| C.A. No. 05-301-KAJ | Defendant Amberwave Systems Corporation; |
| C.A. No. 05-335-SLR | Defendants Syngenta Seeds Inc., |
| | Syngenta Biotechnology, Inc., |
| | Golden Harvest Seeds, Inc., |
| | Garwood Seed Co., |
| | Golden Seed Company, L.L.C., |
| | Sommer Bros. Seed Company, |

5

|                      |                                          |
| -------------------- | ---------------------------------------- |
|                      | Thorp Seed Co.,                          |
|                      | and JC Robinson Seeds, Inc.;             |
| C.A. No. 05-418-SLR  | Plaintiffs Alcatel USA Resources, Inc., |
|                      | Alcatel Internetworking, Inc.;           |
| C.A. No. 05-434-GMS  | Plaintiffs Dyson Technology Limited     |
|                      | and Dyson, Inc.                          |

The above captioned parties continue to be represented in this action by the law firm of Young Conaway Stargatt & Taylor, LLP.

Dated: August 26, 2005

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (203) 571-1253
jshaw@ycst.com

6

DB02:5042312.1                                                                                    900000.0054

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on August 26, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| Civil Action No. 03-0508-JJF | Karen Jacobs Louden, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 North Market Street<br>Wilmington, DE 19801<br><br>Philip A. Rovner Esquire<br>POTTER ANDERSON & CORROON<br>1313 North Market Street<br>Wilmington, DE 19801 |
|---|---|
| Civil Action No. 04-0174-JJF | Thomas R. Lane, Esq.<br>Lane.law@comcast.net<br>42 Read's Way<br>New Castle Corporate Commons<br>New Castle, DE 19899<br><br>Robert W. Whetzel, Esq.<br>whetzel@rlf.com<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br><br>Paul E. Crawford, Esq.<br>pec@cblhlaw.com<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |

| | |
|---|---|
| Civil Action No. 04-305 | Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19899-0951 |
| Civil Action No. 04-875-GMS | Steven J. Balick, Esquire<br>ASHBY & GEDDES<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 |
| Civil Action No. 04-0968-GMS | William J. Marsden, Jr., Esquire<br>FISH & RICHARDSON, P.A.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801 |
| Civil Action No. 04-01231-SLR | George Pazuniak, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE 19801 |
| Civil Action No. 04-v-1264-SLR | Rodger D. Smith, II, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br><br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19801<br><br>John G. Day, Esquire<br>ASHBY & GEDDES<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899<br><br>David J. Margules, Esquire<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 |
| Civil Action No. 04-v-1285-GMS | Richard D. Kirk, Esquire<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |

2

DB01:1827744.1                                                                                                                    062992.1002

| | |
|---|---|
| Civil Action No. 04-1338 (KAJ) | Amy Evans, Esquire<br>CROSS & SIMON<br>913 N. Market Street, Suite 1001<br>P. O. Box 1380<br>Wilmington, DE 19899-1380<br><br>Arthur G. Connolly, III, Esquire<br>Francis DiGiovanni, Equire<br>James M. Olsen, Esquire<br>CONNOLLY, BOVE, LODGE & HUTZ, LLP<br>The Nemours Building, 8th Floor<br>1007 N. Orange Street<br>P. O. Box 2207<br>Wilmington, DE 19899<br><br>Philip A. Rovner, Esquire<br>Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br><br>Thomas L. Halkowski, Esquire<br>FISH & RICHARDSON P.C.<br>919 N. Market St., Suite 1100<br>Wilmington, DE 19899-1114<br><br>William J. Wade, Esquire<br>Frederick L. Cottrell, III, Esquire<br>Chad Michael Shandler, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899-0551<br><br>Thomas C. Grimm, Esquire<br>Leslie A. Polizoti, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington DE 19899 |

DB01:1827744.1                                                                                                                                  062992.1002

| | |
|---|---|
| Civil Action No. 04-1338 (KAJ) (Cont'd.) | Robert J. Katzenstein, Esquire<br>Robert K. Beste, III, Esquire<br>SMITH, KATZENSTEIN & FURLOW<br>800 Delaware Avenue<br>P. O. Box 410<br>Wilmington, DE 19899<br><br>Donald W. Huntley, Esquire<br>1105 North Market Street<br>P. O. Box 984<br>Wilmington, DE 19899-0948<br><br>Karen L. Pascale, Esquire<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 |
| Civil Action No. 04-v-1565-SLR- | Peter J. Walsh, Jr., Esquire<br>POTTER, ANDERSON & CORROON, LLP<br>Hercules Plaza, 6th Floor,<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br><br>Jeffery C. Wisler, Esquire<br>CONNOLLY BOVE LODGE & HUTZ, LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| Civil Action No. 05-v-00301-SLR | Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 |
| Civil Action No. 05-v-00355-SLR | Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19899-0951 |
| Civil Action No. 05-v-00418-SLR | Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19899-0951 |

DB01:1827744.1    062992.1002

| Civil Action No. 05-v-00434-GMS | Francis DiGiovanni, Esquire<br>CONNOLLY BOVE LODGE & HUTZ, LLP<br>The Nemours Building – 8th Floor<br>1007 N. Orange Street<br>Wilmington, DE 19801 |
|---|---|

YOUNG CONAWAY STARGATT & TAYLOR LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

5