IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No: 04-968-GMS ) ) ) ) ) ) ) |

**JOINT STIPULATION AND ORDER RE EXPERT REPORTS AND EXPERT DISCOVERY**

WHEREAS, the parties jointly desire to accommodate the schedules of several witnesses who have been noticed for deposition in the action;

WHEREAS, the parties require a change in the Scheduling Order in order to permit the completion of fact depositions in advance of serving expert reports;

WHEREAS, the Scheduling Order does not permit the filing of any further motions or otherwise contemplate the involvement of the Court in the remaining pre-trial preparations set forth in the Scheduling Order until after the submission of motions *in limine* and the Joint Pre-Trial Order (currently set to be filed on January 9, 2006);

WHEREAS, as a result, the parties accordingly respectfully submit that changing the dates for exchanging expert reports as set forth below will not impact the Court in its pre-trial preparations; and

-2-

WHEREAS, the parties have agreed that any amended dates for exchanging expert reports shall not change, and shall not be cited by the parties as a reason to change, the trial date or the other remaining pre-trial dates,

NOW, THEREFORE, THE PARTIES hereby stipulate and agree, subject to the approval of the Court, as follows:

    a.    The parties shall exchange opening expert reports on or before September 29, 2005;

    b.    The parties shall exchange rebuttal expert reports on or before October 17, 2005;

    c.    Expert discovery shall be completed on or before November 17, 2005;

    d.    Neither party may use the extension contemplated herein as basis to delay the trial date; and

    e.    Alcon may not use the granting of this extension to support its pending motion for leave to amend its Answer.

-3-

AGREED TO BY:

| FISH & RICHARDSON P.C. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
|   |   |

|      /s/ William J. Marsden, Jr._____ |      /s/ Josy W. Ingersoll_____ |
|---|---|
| William J. Marsden, Jr. (No. 2247) | Josy W. Ingersoll (No. 1088) |
| Sean P. Hayes (No. 4413) | John W. Shaw (No. 3362) |
| 919 N. Market Street, Suite 1100 | The Brandywine Building |
| P.O. Box 1114 | 1000 West Street |
| Wilmington, DE 19899-1114 | Wilmington, DE 19801 |
| (302) 652-5070 | (302) 571-6600 |
| | jshaw@ycst.com |
| Jonathan E. Singer | |
| Michael J. Kane | *Attorneys for Defendants Alcon, Inc., Alcon* |
| Deanna J. Reichel | *Laboratories, Inc., and Alcon Research Ltd.* |
| 3300 Dain Rauscher Plaza | |
| 60 South Sixth Street | |
| Minneapolis, MN 55402 | OF COUNSEL: |
| (612) 335-5070 | Daniel J. Thomasch |
| | Brian D. Coggio |
| Juanita Brooks | M. Veronica Mullally |
| W. Chad Shear | ORRICK, HERRINGTON & |
| 12390 El Camino Real | SUTCLIFFE LLP |
| San Diego, CA 92130 | 666 Fifth Avenue |
| (858) 678-5070 | New York, NY 10103 |
| | (212) 506-5000 |
| *Attorneys for Plaintiffs Allergan, Inc. and Allergan Sales, LLC* | |

SO ORDERED this ___ day of _____, 2005:

 

_____
United States District Judge

80026811.DOC