# Fish & Richardson p.c.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
p.o. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

September 1, 2005

The Honorable Gregory M. Sleet
United States District Court
844 King Street, Room 4324
Wilmington, DE 19801

Re:    *Allergan, Inc. v. Alcon Laboratories, et al.*
       USDC-D. Del. - Civil Action No. 04-968-GMS

Dear Judge Sleet:

The parties respectfully request that the dates for exchanging expert reports and completing expert discovery be extended as set forth in the enclosed Joint Stipulation. The parties require the scheduling change so that the remaining fact depositions which have been scheduled will be concluded in advance of the initial exchange of expert reports. Under the proposed Joint Stipulation, expert discovery would be completed by November 17, 2005. The proposed extension does not affect any other dates in the current Scheduling Order and the parties have agreed not to use the extension as a basis for requesting a continuation of the trial date.

The parties respectfully request that the Joint Stipulation be entered as an order of the Court. We are available to answer any questions the Court may have.

Respectfully Yours,

*/s/ William J. Marsden, Jr.*

William J. Marsden, Jr.

WJM/djr

60312076.doc

cc:    Josy Ingersoll, Esq. (VIA ECF)