# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | |
|---|---|
| BRUCE M. STARGATT | RICHARD J.A. POPPER |
| BEN T. CASTLE | TERESA A. CHEEK |
| SHELDON N. SANDLER | NEILLI MULLEN WALSH |
| RICHARD A. LEVINE | JANET Z. CHARLTON |
| RICHARD A. ZAPPA | ROBERT S. BRADY |
| FREDERICK W. IOBST | JOEL A. WAITE |
| RICHARD H. MORSE | BRENT C. SHAFFER |
| DAVID C. MCBRIDE | DANIEL P. JOHNSON |
| JOSEPH M. NICHOLSON | CRAIG D. GREAR |
| CRAIG A. KARSNITZ | TIMOTHY JAY HOUSEAL |
| BARRY M. WILLOUGHBY | BRENDAN LINEHAN SHANNON |
| JOSY W. INGERSOLL | MARTIN S. LESSNER |
| ANTHONY G. FLYNN | PAULINE K. MORGAN |
| JEROME K. GROSSMAN | C. BARR FLINN |
| EUGENE A. DIPRINZIO | NATALIE WOLF |
| JAMES L. PATTON, JR. | LISA B. GOODMAN |
| ROBERT L. THOMAS | JOHN W. SHAW |
| WILLIAM D. JOHNSTON | JAMES P. HUGHES, JR. |
| TIMOTHY J. SNYDER | EDWIN J. HARRON |
| BRUCE L. SILVERSTEIN | MICHAEL R. NESTOR |
| WILLIAM W. BOWSER | MAUREEN D. LUKE |
| LARRY J. TARABICOS | ROLIN P. BISSELL |
| RICHARD A. DILIBERTO, JR. | SCOTT A. HOLT |
| MELANIE K. SHARP | JOHN T. DORSEY |
| CASSANDRA F. ROBERTS | M. BLAKE CLEARY |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6554
DIRECT FAX: (302) 576-3467
kkeller@ycst.com

| | |
|---|---|
| ATHANASIOS E. AGELAKOPOULOS | JOHN C. KUFFEL |
| JOSEPH M. BARRY | TIMOTHY E. LENGKEEK |
| SEAN M. BEACH | MATTHEW B. LUNN |
| DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| TIMOTHY P. CAIRNS | GLENN C. MANDALAS |
| CURTIS J. CROWTHER | ADRIA B. MARTINELLI |
| MARGARET M. DIBIANCA | MICHAEL W. MCDERMOTT |
| ERIN EDWARDS | MARIBETH L. MINELLA |
| KENNETH J. ENOS | EDMON L. MORTON |
| IAN S. FREDERICKS | D. FON MUTTAMARA-WALKER |
| JAMES J. GALLAGHER | JENNIFER R. NOEL |
| DANIELLE GIBBS | JOHN J. PASCHETTO |
| ALISON G.M. GOODMAN | ADAM W. POFF |
| SEAN T. GREECHER | SETH J. REIDENBERG |
| KARA S. HAMMOND | FRANCIS J. SCHANNE |
| STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| DAWN M. JONES | MICHAEL P. STAFFORD |
| RICHARD S. JULIE | JOHN E. TRACEY |
| KAREN E. KELLER | MARGARET B. WHITEMAN |
| JENNIFER M. KINKUS | CHRISTIAN DOUGLAS WRIGHT |
| EDWARD J. KOSMOWSKI | SHARON M. ZIEG |

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
PATRICIA A. WIDDOSS

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

**BY CM/ECF AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United State District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Allergan, Inc. v. Alcon Laboratories, et al.*, C. A. No. 04-968-GMS

Dear Judge Sleet:

I write to set forth the disputes on the agenda for the discovery teleconference set for Tuesday, September 6, 2005 at 10:00 a.m. The disputes are:

- The parties cannot agree whether the Court should review <u>in camera</u> a document authored by an inventor and sent to his non-lawyer supervisor (listed on Allergan's privilege log as PRIV626) alongside an exemplar of the Record of Invention form used by Allergan, to determine whether the document PRIV626 is a Record of Invention.

- The production of documents relating to Allergan's submissions to the FDA concerning Alphagan®P.

Young Conaway Stargatt & Taylor, LLP
The Honorable Gregory M. Sleet
September 2, 2005
Page 2

- The production of inventor Orest Olejnik's hard copy documents.

We have sent this letter to counsel for Allergan, but at the time of its submission have not received a response. It is Alcon's understanding that as of the time of this letter Allergan has made no indication that it has any issues it plans on raising at Tuesday's teleconference.

Respectfully submitted,

Karen E. Keller (#4489)

JWI: kek
cc: Clerk of the Court
    Daniel J. Thomasch, Esquire (by facsimile)
    Jonathan Singer, Esquire (by facsimile)
    William Marsden, Esquire (by hand delivery)