IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>Defendants. | C.A. No. 04-968-GMS |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on September 15, 2005, a true and correct copy of Plaintiff Allergan, Inc. And Allergan Sales, LLC's Objections to Alcon's Third Notice of Deposition pursuant to Rule 30(b)(6) was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA FIRST CLASS MAIL**
Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

**VIA HAND DELIVERY**
Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391

Dated: September 16, 2005

FISH & RICHARDSON P.C.

By: ______________________

William J. Marsden, Jr. (marsden@fr.com)
Sean P. Hayes (hayes@fr.com )
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON, P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

Juanita Brooks
W. Chad Shear
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN SALES, LLC

80027157.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391

I hereby certify that on July 1, 2005, I have sent via First Class Mail, the document(s) to the following non-registered participants:

Brian D. Coggio, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

William J. Marsden, Jr.