IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | Civil Action No. 04-968-GMS |

## NOTICE OF DEPOSITION OF ALAN ROBIN

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, Plaintiffs Allergan, Inc. and Allergan Sales, LLC, by their counsel, will take the deposition upon oral examination of Alan Robin at the offices of Venable LLP, 1800 Mercantile Bank & Trust Bldg., 2 Hopkins Plaza, Baltimore, Maryland 21201, commencing at 11:00 a.m. on November 21, 2005.

The deposition will be taken before a notary public or other officer authorized to administer oaths. Testimony will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

Dated:  November 16, 2005          FISH & RICHARDSON P.C.


By: _____
       William J. Marsden, Jr. (marsden@fr.com)
       Sean P. Hayes (hayes@fr.com)
       919 N. Market Street, Suite 1100
       P.O. Box 1114
       Wilmington, DE 19899-1114
       Telephone:  (302) 652-5070


       OF COUNSEL:
       Jonathan E. Singer
       Michael J. Kane
       Deanna J. Reichel
       FISH & RICHARDSON, P.C., P.A.
       3300 Dain Rauscher Plaza
       60 South Sixth Street
       Minneapolis, MN  55402
       Telephone:  (612) 335-5070

       Juanita Brooks
       W. Chad Shear
       FISH & RICHARDSON P.C.
       12390 El Camino Real
       San Diego, CA 92130
       Telephone: (858) 678-5070

       Attorneys for Plaintiffs
       ALLERGAN, INC. and ALLERGAN SALES, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 16, 2005, I electronically filed with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following:


Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391


I hereby certify that on November 16, 2005, I have mailed by United States Postal

Service, the document(s) to the following non-registered participants:

M. Veronica Mullally, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001


_____

Sean P. Hayes