IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br>Plaintiffs, <br><br>v. <br><br>ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) **Civil Action No: 04-968-GMS** ) ) ) ) ) ) ) |

**NOTICE OF DEPOSITION OF CLIVE WILSON, PH.D.**

Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, defendants, Alcon Inc., Alcon Laboratories, Inc. and Alcon Research Ltd., by their counsel will take the deposition upon oral examination of Dr. Clive Wilson at the offices of Fish & Richardson P.C., P.A., 153 East 53rd Street, 52nd floor, New York, NY 10103, commencing at 9.00 a.m. on November 29, 2005, and continuing thereafter until completed.

The deposition will be transcribed by an officer authorized to administer oaths, and may be recorded by videographic, audiographic, or other means.

Dated: November 18, 2005

/s/ Karen E. Keller
Josy W. Ingersoll (#1022)
Karen E. Keller (#4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (203) 571-1253

Attorneys for Defendants
Alcon, Inc., Alcon Laboratories, Inc.,
and Alcon Research, Ltd.

Of Counsel:

Daniel J. Thomasch
Joseph Evall
M. Veronica Mullally
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Tel: (212) 506-5000
Fax (212) 506-5151

## **CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire hereby certify that on November 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.A.
>919 N. Market Street, Suite 1100
>Wilmington, DE 19801

I further certify that on November 18, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above captioned individual and upon the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Jonathan E. Singer, Esquire
>Fish & Richardson, P.A.
>3300 Dain Rauscher Plaza
>60 South Sixth Street
>Minneapolis, MN 55402

>Juanita Brooks, Esquire
>Fish & Richardson, P.A.
>12390 El Camino Real
>San Diego, CA 92130

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendants