## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES. LLC.. <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**Civil Action No: 04-968-GMS**

### NOTICE OF DEPOSITION OF HARDIK SHAH

Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, defendants, Alcon Inc.,

Alcon Laboratories, Inc. and Alcon Research Ltd. (collectively "Alcon"), by their counsel will

take the deposition upon oral examination of Hardik Shah at the offices of Bird & Bird, 90 Fetter

Lane, London EC4A 1JP, England, on December 2, 2005, at 11:30 a.m., and continuing

thereafter until completed.

The deposition will be transcribed by an officer authorized to administer oaths, and may

be recorded by videographic, audiographic, or other means.

Dated: December 1, 2005

*Karen E. Keller*

Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, Delaware  19801
Tel:  (302) 571-6600
Fax:  (203) 571-1253

Attorneys for Defendants
Alcon, Inc., Alcon Laboratories, Inc.,
and Alcon Research, Ltd.

Of Counsel:

Daniel J. Thomasch
Joseph Evall
M. Veronica Mullally
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103
Tel:  (212) 506-5000
Fax  (212) 506-5151

DOCSNY1:1171713.1
11716-2004 EOC/EOC

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on December 1, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.A.
> 919 N. Market Street, Suite 1100
> Wilmington, DE  19801

I further certify that on December 1, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above captioned individual and upon the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Jonathan E. Singer, Esquire
> Fish & Richardson, P.A.
> 3300 Dain Rauscher Plaza
> 60 South Sixth Street
> Minneapolis, MN  55402

> Juanita Brooks, Esquire
> Fish & Richardson, P.A.
> 12390 El Camino Real
> San Diego, CA  92130

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E. Keller*

Josy W. Ingersoll  (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendants

063534.1001