IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | Civil Action No: 04-968-GMS |

## UNOPPOSED MOTION OF DEFENDANTS FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER

Defendants Alcon Inc., Alcon Laboratories, Inc. and Alcon Research, Ltd., respectfully move to extend the date for filing the parties' Final Joint Proposed Pretrial Order by one week, until January 16, 2006. This Motion is unopposed.

1. Pursuant to the Scheduling Order in this case (D.I. 30), the Final Pretrial Order is currently due to be filed with the Court on January 9, 2006.

2. Due to the recent holidays and various vacation schedules of counsel the defendants respectfully submit that this extra time is necessary in order to have adequate time to review and respond to each party's pretrial order materials before submitting the final version to the Court.

3. Motions in Limine for both plaintiffs and defendants would still be filed pursuant to the Scheduling Order on January 9, 2006 and all remaining dates in the Scheduling Order dated February 11, 2005 (D.I. 30), shall remain in full force and effect.

-2-

4.  Pursuant to Rule 7.1.1, counsel for defendants inquired of plaintiffs whether they opposed the requested extension. Plaintiff does not oppose the one week extension.

5.  In light of the limited time remaining before the current deadline for filing the Pretrial Order, defendants respectfully request expedited consideration of this Motion.

WHEREFORE, defendants respectfully request that the Court enter an Order in the form filed herewith extending the deadline for filing the Final Joint Proposed Pretrial Order until January 16, 2006.

Dated: January 4, 2006

*/s/ Karen E. Keller*
Josy W. Ingersoll (#1022)
Karen E. Keller (#4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (203) 571-1253

Attorneys for Defendants
Alcon, Inc., Alcon Laboratories, Inc.,
and Alcon Research, Ltd.

Of Counsel:

Daniel J. Thomasch
Joseph Evall
M. Veronica Mullally
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Tel: (212) 506-5000
Fax (212) 506-5151

DB01:1950633.1    063534.1001

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on January 4, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.A.
>919 N. Market Street, Suite 1100
>Wilmington, DE 19801

I further certify that on January 4, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above captioned individual and upon the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

>Jonathan E. Singer, Esquire
>Fish & Richardson, P.A.
>3300 Dain Rauscher Plaza
>60 South Sixth Street
>Minneapolis, MN 55402

>Juanita Brooks, Esquire
>Fish & Richardson, P.A.
>12390 El Camino Real
>San Diego, CA 92130

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendants