IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No: 04-968-GMS |

## ORDER

Upon consideration of defendants Unopposed Motion for Extension of Time to File Pretrial Order:

IT IS HEREBY ORDERED this ___ day of _____, 2006 that the Motion is GRANTED.

The due date for filing the Final Joint Proposed Pretrial Order shall be January 16, 2006.

 _____
 United States District Judge