IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>    Defendants. | C.A. No. 04-968-GMS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE ALCON FROM HAVING MULTIPLE EXPERTS TESTIFY ON A SINGLE ISSUE**

Having considered the submissions of the parties, arguments of counsel, and the record as a whole, Plaintiffs' Motion in Limine to Preclude Alcon from having Multiple Experts Testify on a Single Issue is GRANTED.

IT IS SO ORDERED.

_____    _____
Date                                                      United States District Judge
                                                              Gregory M. Sleet