IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>Defendants. | C.A. No. 04-968-GMS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE ALCON FROM OFFERING ANY EVIDENCE OR THEORY THAT IT DOES NOT INFRINGE THE '834 PATENT**

Having considered the submissions of the parties, arguments of counsel, and the record as a whole, Plaintiffs' Motion in Limine to Exclude Alcon from Offering any Evidence or Theory that It does not Infringe the '834 Patent is GRANTED.

IT IS SO ORDERED.

_____           _____
Date                                                                            United States District Judge
                                                                                        Gregory M. Sleet