IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>        Defendants. | C.A. No. 04-968-GMS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE ALCON FROM PRESENTING PRIOR ART NOT RELIED ON OR EXPLAINED BY ALCON'S EXPERTS**

Having considered the submissions of the parties, arguments of counsel, and the record as a whole, Plaintiffs' Motion in Limine to Exclude Alcon from Presenting Prior Art not Relied on or Explained by Alcon's Experts is GRANTED.

IT IS SO ORDERED.

_____        _____
Date                                                        United States District Judge
                                                               Gregory M. Sleet