IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No: 04-968-GMS |

**DEFENDANTS ALCON INC., ALCON LABORATORIES, INC.,
AND ALCON RESEARCH, LTD.'S MOTIONS *IN LIMINE*** 

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Defendants
Alcon, Inc., Alcon Laboratories, Inc.
and Alcon Research, Ltd.*

OF COUNSEL:

Daniel J. Thomasch
Joseph Evall
M. Veronica Mullally
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Tel: (212) 506-5000
Fax (212) 506-5151

Dated: January 9, 2006

Defendants Alcon Inc., Alcon Laboratories, Inc., and Alcon Research Ltd. hereby move *in limine* for the following relief:

Motion *In Limine* No. 1: To Preclude Plaintiffs From Presenting Evidence Of Alleged Superiority Or Copying, Neither Of Which Is Relevant To Non-Obviousness In This Case.

Motion *In Limine* No. 2: To Preclude Dr. Wilson From Offering Opinion Testimony Regarding The Statistical Analysis Of His Student's Solubility Measurements.

Motion *In Limine* No. 3: To Exclude Opinions Of Dr. Valentino Stella Pertaining To The Alleged Infringement Of Claim 6 Of The '337 Patent.

Motion *In Limine* No. 4: To Exclude Opinions Of Dr. Valentino Stella Pertaining To Solubility Studies Conducted By Dr. Clive Wilson.

Motion *In Limine* No. 5: To Require Allergan To Bring The Inventors On The Patents-In-Suit To Testify At Trial.

The bases for defendants' *in limine* motions are set forth in the brief attached to this Motion. Also attached is a proposed Order.

/s/ Karen E. Keller
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
kkeller@ycst.com
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Defendants*

OF COUNSEL:

Daniel J. Thomasch
Joseph Evall
M. Veronica Mullally
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103

Dated: January 9, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on January 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.A.
> 919 N. Market Street, Suite 1100
> Wilmington, DE 19801

I further certify that on January 9, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above captioned individual and upon the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Jonathan E. Singer, Esquire
> Fish & Richardson, P.A.
> 3300 Dain Rauscher Plaza
> 60 South Sixth Street
> Minneapolis, MN 55402
>
> Juanita Brooks, Esquire
> Fish & Richardson, P.A.
> 12390 El Camino Real
> San Diego, CA 92130

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendants