IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     C.A. No: 04-968-GMS |

## ORDER GRANTING DEFENDANT DEFENDANTS ALCON INC., ALCON LABORATORIES, INC., AND ALCON RESEARCH, LTD.'S MOTIONS *IN LIMINE*

Having considered the submissions of all parties, IT IS HEREBY ORDERED THAT:

Defendants' Motion *In Limine* No. 1, To Preclude Plaintiffs From Presenting Evidence Of Alleged Superiority Or Copying, Neither Of Which Is Relevant To Non-Obviousness In This Case, IS GRANTED.

Defendants' Motion *In Limine* No. 2, To Preclude Dr. Wilson From Offering Opinion Testimony Regarding The Statistical Analysis Of His Student's Solubility Measurements, IS GRANTED.

Defendants' Motion *In Limine* No. 3, To Exclude Opinions Of Dr. Valentino Stella Pertaining To The Alleged Infringement Of Claim 6 Of The '337 Patent, IS GRANTED.

Defendants' Motion *In Limine* No. 4, To Exclude Opinions Of Dr. Valentino Stella Pertaining To Solubility Studies Conducted By Dr. Clive Wilson, IS GRANTED.

<u>Defendants' Motion *In Limine* No. 5</u>, To Require Allergan To Bring The Inventors On The Patents-In-Suit To Testify At Trial, IS GRANTED.

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____, 2006