175. M.A. Croyle, D.J. Anderson, B.J. Roessler and G.L. Amidon, Development of a highly efficient purification process for recombinant adenoviral vectors for oral gene delivery, Pharm.Dev. & Technol., 3, 365 (1998).

176. M.A. Croyle, B.J. Roessler, B.L. Davidson, J.M.Hilfinger and G.L. Amidon, Factors that influence stability of recombinant adenoviral preparations for human gene therapy, Pharm.Dev. & Technol., 3, 373 (1998).

177. L. Endrenyi, G.L. Amidon, K.K. Midha and J.P. Skelly, Individual bioequivalence: attractive in principle, difficult in practice, Pharm.Res., 15, 1321 (1998).

178. M.A. Croyle, B.J. Roessler, C-P Hsu, R. Sun and G.L. Amidon, Beta cyclodextrins enhance adenoviral-mediated gene delivery to the intestine, Pharm.Res.,15, 1348 (1998).

179. C-P Hsu, J.M. Hilfinger, E. Walter, H.P. Merkle, B.J. Roessler and G.L. Amidon, Overexpression of human intestinal oligopeptide transporter in mammalian cells via adenoviral transduction, Pharm.Res., 15, 1376 (1998).

180. H-k Han, D-M Oh and G.L. Amidon, Cellular uptake mechanism of amino acid ester prodrugs in Caco2/hPEPT1 cells overexpressing a human peptide transporter, Pharm.Res., 15, 1382 (1998).

181. H-k Han, B.H. Stewart, A.M. Doherty, W.L. Cody and G.L. Amidon, *In vitro* stability and intestinal absorption characteristics of hexapeptide endothelin receptor antagonists, Life Science, 63, 1599 (1998).

182. L.X. Yu and G.L. Amidon, Saturable small intestinal drug absorption in humans: modeling and interpretation of cefatrizine data, Eur.J.Pharm.Biopharm., 45, 199 (1998).

183. L.X. Yu and G.L. Amidon, Characterization of small intestinal transit time distribution in humans, Intl.J.Pharm., 171, 157 (1998).

184. G.L. Amidon, Biopharmaceutics Classification System: Interview with Prof. Gordon Amidon, Dissoln.Tech., 5, 13 (1998).

185. G.L. Amidon, Glut of PhDs?  Consider Pharmaceutical Sciences,Opinion Piece, Scientist, 12, p (1998).

186. K-M Y. Covitz, G.L. Amidon, W. Sadee, Membrane topology of the human dipeptide transporter, hPEPT1, determined by epitope insertions, Biochem., 37, 15214 (1998).

187. G.L. Amidon (contributor), Medicine by special delivery, cusp of a health revolution, research finding novel ways to administer drugs, Justin Gillis (Staff Writer), Washington Post, Nov 29 '98.

188. H.R. Axelrod, J.S. Kim, C.B. Longley, E. Lipka, G.L. Amidon, R. Kakarla, Y.W. Hui, S.Weber, S. Choe and M.J. Sofia, Intestinal transport of gentamicin with a novel, glycosteroid drug transport agent, Pharm.Res., 15, 1876 ( 1998).

189. C-P Hsu, E. Walter, H.P. Merkle, B. R-Rutishauser, H. Wunderli-Allenspach, J.M. Hilfinger and G.L. Amidon, Function and immunolocalization of overexpressed human intestinal H+/peptide cotransporter in adenovirus-transduced Caco-2 cells, Pharmsci, 1 (4), 12 (1999).

190. G.L. Amidon, Electronic publishing on the internet, AAPS News, 2, 6 (1999).

191. L.C. Kaus, W.R. Gillespie, A.S. Hussain and G.L. Amidon, The effect of *in vivo* dissolution, gastric emptying rate and intestinal transit time on the peak concentration and area-under-the-curve of drugs with different gastrointestinal permeabilities, Pharm.Res., 16, 272 (1999).

192. P. Markland, G.L. Amidon and V.C. Yang, Modified polypeptides containing γ-benzyl glutamic acid as drug delivery platforms, Intl.J.Pharm., 178, 183 (1999).

193. P. Markland, Y. Zhang, G.L. Amidon and V.C. Yang, A pH- and ionic strength-responsive polypeptide hydrogel: synthesis,characterization, and preliminary protein release studies, J.Biomed.Mats.Res., 47, 595 (1999).

194. H-k Han, J.K. Rhie, D-M Oh, G. Saito, C-P Hsu, B.H. Stewart and G.L. Amidon, CHO/hPEPT1 cells overexpressing the human peptide transporter (hPEPT1) as an alternative *in vitro* model for peptidomimetic drugs, J.Pharm.Sci., 88, 347 (1999).

195. L.X. Yu and G.L. Amidon, A compartmental absorption and transit model for estimating oral drug absorption, Intl.J.Pharm., 186, 119 (1999).

196. E. Lipka and G.L. Amidon, Setting bioequivalence requirements for drug development based on preclinical data: optimizing oral drug delivery systems, J.Cont.Rel., 62, 41 (1999).

197. C. Hilgendorf, H. Spahn-Langguth, C.G. Regardh, E. Lipka, G.L. Amidon, P. Langguth, Caco-2 versus Caco-2/HT29-MTX co-cultured cell lines: permeabilities via diffusion, inside- and outside-directed carrier-mediated transport, J.Pharm.Sci., 89, 63 (2000).

198. M.P. Desai, J.M. Hilfinger, G.L. Amidon, R.J. Levy and V. Labhasetwar, Immune response with biodegradable nanospheres and alum: studies in rabbits using staphylococcal enterotoxin B-toxoid, J.Microencapsulation, 17, 215 (2000).

199. G.L. Amidon, Re-training in the pharmaceutical sciences may be solution for under-employed biomedical PhDs, AFPE Commentary, (May 2000).

200. H-k Han and G.L. Amidon, Targeted prodrug design to optimize drug delivery, Pharmsci, 2 (1) (2000).

201. C.W. Botka, T.W. Wittig, R.C. Graul, C.U. Nielsen, K. Higaki, G.L. Amidon and W. Sadee, Human proton/oligopeptide transporter (POT) genes: identification of putative human genes using bioinformatics, Pharmsci, 2 (2) (2000).

202. A. Ezra, A.Hoffman, E. Breuer, I.S. Alferiev, J. Monkkonen, N. El-Hanany-Rozen, G. Weiss, D. Stepensky, I. Gati, H. Cohen, S. Tormalehto, G.L. Amidon and G. Golomb, A peptide prodrug approach for improving bisphosphonate oral absorption, J.Med.Chem., 43, 3641 (2000)

203. K.A. Pikal-Cleland, N. Rodriguez-Horendo, G.L. Amidon and J.F. Carpenter, Protein denaturation during freezing and thawing in phosphate buffer systems: monomeric and tetrameric β-galactosidase, Arch.Biochem.Biophy., 384, 398 (2000).

204. J. Jinno, D-M Oh, J.R. Crison and G.L. Amidon, Dissolution of ionizable water insoluble drugs: the combined effect of pH and surfactant, J.Pharm.Sci., 89, 268 (2000).

205. S.Y. Choe and G.L. Amidon, Modern Biopharmaceutics™ with Capsugel Library® (Computer Based Training CD-ROM), Ver. 4, (2000).

206. R. Lobenberg, J. Kramer, V.P. Shah, G.L. Amidon and J.B. Dressman, Dissolution testing as a prognostic tool for oral drug absorption: dissolution behavior of glibenclamide, Pharm.Res., 17, 439 (2000).

207. R. Lobenberg and G.L. Amidon, Modern bioavailability, bioequivalence and biopharmaceutics classification system: new scientific approaches to international regulatory standards, EJPB, 50, 3 (2000).

208. D. Sun, C.P. Landowski, X. Chu, R. Wallsten, T.E. Komorowski, D. Fleisher and G.L. Amidon, Drug inhibition of Gly-Sar uptake and hPepT1 localization using hPepT1-GFP fusion protein, PharmSci, 3, 1 (2001).

209. N. Takamatsu, O-N Kim, L.S. Welage, N.M. Idkaidek, Y. Hayashi, J. Barnett, R. Yamamoto, E. Lipka, H. Lennernas, A. Hussain, L. Lesko, G.L. Amidon, Human jejunal permeability of two polar drugs: cimetidine and ranitidine, Pharm.Res., 18, 742 (2001).

210. X-Y Chu, G.P. Sanchez-Castano, K. Higaki, D-M Oh, C-P Hsu and G.L. Amidon, Correlation between epithelial cell permeability of cephalexin and expression of intestinal oligopeptide transporter, JPET, 299, 575 (2001).

211. S.Y. Choe, B.L. Neudeck, L.S. Welage, G.E. Amidon, J.L. Barnett and G.L. Amidon, Novel method to assess gastric emptying in humans: the pellet gastric emptying test. EJPS, 14, 347 (2001).

212. K. Higaki, S. Yamashita and G.L. Amidon, Time-dependent oral absorption models, JPP, 28, 109, 2001.

213. D. Sun, C.P. Landowski, X. Chu, R. Wallsten, T.E. Komorowski, D. Fleisher and G.L. Amidon, Drug inhibition of gly-sar uptake and hPepT1 localization using hPepT1-GFP fusion protein, Pharmsci, 3(1), 2 (2001).

214. N. Takamatsu, L.S. Welage, Y. Hayashi, R. Yamamoto, J.L. Barnett, V.P. Shah, L.J. Lesko, C. Ramachandran and G.L. Amidon, Variability in cimetidine absorption and plasma double peaks following oral administration in the fasted state in humans: correlation with antral gastric motility, EJPB, 53, 37 (2002).

215. H. Lennernas, L. Knutson, T. Knutson, A. Hussain, L.Lesko, T. Salmonson and G.L. Amidon, The effect of amiloride on the in vivo effective permeability of amoxicillin in human jejunum: experience from a regional perfusion technique, EJPS, 15, 271 (2002).

216. H.J. Lee and G.L. Amidon, The effect of enzyme inhibitor and absorption site following [d-ala2,d-leu5] enkephalin oral administration in rats, BDD, 23, 131 (2002).

217. L.X. Yu, G.L.Amidon, J.E. Polli, H. Zhao, M.U. Mehta, D.P. Conner, V.P. Shah, L.J. Lesko, M-L Chen, V.H.L. Lee and A.S. Hussain, Biopharmaceutics Classification System: the scientific basis for biowaiver extensions, Pharm.Res., 19, 921 (2002).

218. M. Martinez and G.L. Amidon, A mechanistic approach to understanding the factors affecting drug absorption: a review of fundamentals, J.Clin.Pharmacol., 42, 620 (2002).

219. S. Tamura, A. Ohike, R. Ibuke, Gordon L. Amidon and S. Yamashita, Tacrolimus is a Class II low-solubility high-permeability drug: the effect of p-glycoprotein efflux on regional permeability of tacrolimus in rats, J.Pharm.Sci., 91, 719 (2002).

220. D.Sun, H.Lennernas, L.S. Welage, J.L. Barnett, C.P. Landowski, D. Foster, D.Fleisher, K-D Lee and G.L. Amidon, Comparison of human duodenum and Caco2 gene expression profiles for 12,000 gene sequences tags and correlation with permeability of 26 drugs, Pharm.Res. , 19, 1400 (2002).

221. G.Saito, G.L. Amidon and K-D Lee, Enhanced cytosolic delivery of plasmid DNA by a sulfhydryl-acitvatable listeriolysin O/protamine conjugate utilizing cellular reducing potential, Gene Therapy, 10, 72 (2002,).

222. D-M Oh, H-K Han, R.M. Williamson, C.F. Bigge, G.L. Amidon, B.H. Stewart and N. Surendran, Improved intestinal transport of PD 158473, an N-methyl-d-aspartate (NMDA) antagonist, by involvement of multiple transporters, J.Pharm.Sci., 92, 2579 (2002).

223. S.F. Su, G.L. Amidon, H.J. Lee, Possible degrative process of cholecystokinin analogs in rabbit jejunum brush-border membrane vesicles, Life Sci., 72, 35 (2002).

224. S.F. Su, G.L. Amidon, H.J. Lee, Intestinal metabolism and absorption of cholecystokinin analogs in rats, BBRC 292, 632 (2002).

225. L.Y. Li, G.L. Amidon, J.S. Kim, T. Heimbach, F. Kesisoglou, J.T. Topliss and D. Fleisher, Intestinal metabolism promotes regional differences in apical uptake of indinavir: coupled effect of P-glycoprotein and cytochrome P450 3A on indinavir membrane permeability in rat, J.Pharm. & Exper.Therap., 301, 586 (2002).

226. Y-Y Chiu, K. Higaki, B.L. Neudeck, J.L. Barnett, L.S. Welage and G.L. Amidon, Human jejunal permeability of cyclosporin A and influence of surfactants on P-glycoprotein efflux in Caco-2 Cells, PharmRes., 20, 749 (2003).

227. H-C Shin, C.P. Landowski, D. Sun, B.S. Vig, I.Kim, S.Mittal, M.Lane, G.Rosania, J.C. Drach and G.L. Amidon, Functional expression and characterization of a sodium dependent nucleoside transporter hCNT2 cloned from human duodenum, BBRC, 307, 696 (2003).

228. B.S. Vig, P.J. Lorenzi, S. Mittal, C.P. Landowski, H-C Shin, H.I. Mosberg, J.M. Hilfinger and G.L. Amidon, Amino acid ester prodrugs of floxuridine: synthesis and effects of structure, stereochemistry and site of esterification on the rate of hydrolysis, Pharm.Res., 20, 1381 (2003).

229. C.P. Landowski, H-k Han, K-D Lee and G.L. Amidon, A fluorescent hPEPT1 transporter substrate for uptake screening, Pharm.Res., 20, 1738 (2003).

230. C.P. Landowski, D. Sun, D.R. Foster, S.S. Menon, C. Ramachandran, L.S. Welage and G.L. Amidon, Gene expression in the human intestine and correlation with oral valacyclovir pharmacokinetic parameters, J.Pharmacol.Exp.Therap., 306, 778 (2003).

231. I.Kim, X-y Chu, S. Kim, C.J. Provoda, K-D Lee and G.L. Amidon, Identification of a human valacyclovirase: biphenyl hydrolase-like (BPHL) protein as valacyclovir hydrolase, J.Biol.Chem., 278, 25348 (2003).

232. L.X. Yu, A.S. Carlin, G.L. Amidon and A.S. Hussain, Feasibility studies of utilizing disk intrinsic dissolution rate to classify drugs, Intl.J.Pharm., 270, 221 (2004).

233. T.N. Faria, J.K. Timoszyk, T.R. Stouch, B.S. Vig, G.L. Amidon, D.D. Weaver, D.A. Wall and R. Smith, A novel high throughput PepT1 transporter assay differentiates between substrates and antagonists. Molecular Pharmaceutics, 1, 67 (2004)

234. N.A. Kasim, M. Whitehouse, C. Ramachandran, M. Bermejo, H. Lennernas, A.S. Hussain, H.E. Junginger, S.A. Stavchansky, K.K. Midha, V.P. Shah and G.L. Amidon, Molecular Properties of WHO Essential Drugs and Provisional Biopharmaceutical Classification, Molecular Pharmaceutics, 1, 85 (2004).

235. I. Kim, X. Song, B.S. Vig, S. Mittal, H-C Shin, P.J. Lorenzi and G.L. Amidon, A novel nucleoside prodrug-activating enzyme: substrate specificity of biphenyl hydrolase-like protein, Molecular Pharmaceutics, 1, 117 (2004).

236. J.E. Polli, L.X. Yu, J.A. Cook, G.L. Amidon, R.T. Borchart, B.A. Burnside, P.S. Burton, M.L Chen, D.P. Conner, P.J. Faustino, A.A. Hawi, A.S. Hussain, H.N. Joshi, G. Kwei, V.H.L. Lee, L.J. Lesko, R.A. Lipper, A.E. Loper, S.G. Nerurkar, J.W. Polli, D.R. Sanvordeker, R. Taneja, R.S. Uppor, C.S. Vattikonda, I. Wilding and G. Zhang, Commentary: Summary workshop report: Biopharmaceutics classification system—implementation challenges and extension opportunities, J.Pharm.Sci., 93, 1375 (2004).

237. Vogelpoel, J. Welink, G.L. Amidon, H.E. Junginger, K.K. Midha, H. Moller, M. Olling, V.P. Shah and D.M. Barends, Commentary: Biowaiver monographs for immediate release solid oral dosage forms based on Biophrmaceutics Classification System (BCS) literature data: verapamil hydrochloride, propranolol hydrochloride and atenolol, J.Pharm.Sci., 93, 1945 (2004).

238. P.Ettmayer, G.L. Amidon, B. Clement and B. Testa, Lessons learned from marketed and investigational prodrugs, J.Med.Chem., 47, 2393 (2004).

239. K-I Hosoya, M. Tomi, M. Takayama, Y. Komokata, D. Nakai, T. Tokui, K. Nishimura, M. Ueda, M. Obinata, S. Hori, S. Ohtsuki, G.L. Amidon and T. Terasaki, Transporter mRNA exrression in a conditionally immortalized rat small intestine epithelial cell line (TR-SIE), Drug Metab.Pharmacokin., 19, 264 (2004).

240. I.Kim, G.M. Crippen and G.L. Amidon, Structure and specificity of a human valacyclovir activating enzyme: a homology model of BPHL, Molecular Pharm., 1, 434 (2004).

241. C.P. Landowski, P. Anderle, D. Sun, W. Sadee and G.L. Amidon, Transporter and ion channel gene expression after Caco-2 cell differentiation using 2 different microarray technologies, The AAPSJ., 6, Article 21, pg 1 (2004).

242. S. Mittal, X. Song, B.S. Vig, C.P. Landowski, I.Kim, J.M. Hilfinger and G.L. Amidon, Prolidase, a potential enzyme target for melanoma: design of praline-containing dipeptide-like prodrugs, Molecular Pharm., 2, 37 (2005).

243. X.Song, P.L. Lorenzi, C.P. Landowski, B.S. Vig, J.M. Hilfinger and G.L. Amidon, Amino acid ester prodrugs of the anticancer agent gemcitabine: synthesis, bioconversion, metabolic bioevasion, and hPEPT1-mediated transport, Molecular Pharm., 2, 157 (2005).

244. R. Lobenberg, J-S Kim and G.L. Amidon, Pharmacokinetics of an immediate release, a controlled release and a two pulse dosage form in dogs, EJPB, 60, 17 (2005).

## ACCEPTED/SUBMITTED FOR PUBLICATION

X. Song, B.S. Vig, P.J. Lorenzi, J.C. Drach, L.B. Townsend and G.L. Amidon, Amino acid ester prodrugs of BDCRB a novel benzimidazole antiviral agent: synthesis, uptake, metabolism and antiviral activity, Molecular Pharmaceutics (Jan 2005) – in revision.

C.P. Landowski, D. Sun, B.S. Vig and G.L. Amidon, Comparison of transporter, channel, and mtabolizing ezyme epression in Caco-2 Cells and human intestinal segments using gene chip analysis, Molecular Pharmaceutics, Jan 2005 – in revision.

P.L. Lorenzi, C.P. Landowski, X. Song, K.Z. Borysko, J.M. Breitenbach, J.S. Kim, J.M. Hilfinger, L.B. Townsend, J.C. Drach and G.L. Amidon, Amino acid ester prodrugs of 2-bromo-5,6-dichloro-1-(ß-DD-ribofuranosyl)benzimidazole enhance metabolic statility in vitro and in vivo, submitted to JPET (12/2004).

D. Sun, L.X. Yu, R.L. Smith, H-C Shin, C.P. Landowski, D. Fleisher, H. David Humes, K-D Lee and G.L. Amidon, Regional dependent gene expression profiles of 8000 sequences and correlation with drug permeability in rat intestine, Pharm.Res., (sub. Jan 2003).

N.M. Idkaidek, B.L. Neudeck, L.S. Welage, E. Lipke, J.L. Barnett, H. Lennernas and G.L. Amidon, Intestinal permeability of enalapril and the contribution of enzymatic instability to oral bioavailabiliy, J.Pharm.Sci. (sub. Jan 2003).

## Manuscripts in Preparation

S.S. Menon, C. Ramachandran, Dr. Foster, L.S. Welage, J.L. Barnett and G.L. Amidon, single-dose pharmacokinetics and evaluation of time-dependent absorption of acyclovir after oral acyclovir and valacyclovir in healthy human volunteers.

B. S. Vig, C.P. Landowski, T.N. Faria, and G.L. Amidon, Novel Amino Acid Ester Prodrugs of the Anticancer Agent Floxuridine as Substrates for the PEPT1 Transporter: Aliphatic and Aromatic Amino Acids,

C.P. Landowski, B.S. Vig, T.N. Faria, and G.L. Amidon, Novel Amino Acid Ester Prodrugs of the Anticancer Agent Floxuridine as Substrates for the PEPT1 Transporter: Acidic, Basic and Secondary Amino Acids,

B.S. Vig, S. Mittal, and G.L. Amidon. Human Hydrolases as Prodrug Activating Enzymes (A review),

K. Higaki, D-M Oh, X-Y Chu, H-K Han, Y-Y Chiu and G.L. Amidon, Contribution of hPEPT1 to permeability of cephalexin in human subjects and Caco-2/hPEPT1 cells, Clin.Pharmacol.Ther., (to be submitted).

N.A. Kasim, A.H. Nada, Y.E. Hammouda, A. Hussain, J.R. Crison and G.L. Amidon, Waiver of bioavailability and bioequivalence studies for Class II weak acid BCS drugs. Effects of pH and surfactant on in vitro solubilization and dissolution of Ketoprofen, J.Pharm.Sci., (sub.Dec. 2001).

**EDITORIALS**

G.L. Amidon, Finding the "magic", Molelcular Pharm., 1, 1 (2004).

G.L. Amidon, Evolution and revolution, Molecular Pharm., 1, 101 (2004).

G.L. Amidon, Molecular pharmaceutics: the NIH roadmap and the FDA pipeline problem, Molecular Pharm., 1, 337 (2004).

G.L. Amidon, Editorial reflections on the first year of Molecular Pharmaceutics, 2, 1 (2005).

## WORKSHOP REPORTS

G.L. Amidon, Drug absorption in microgravity (panelist comment), Report of NASA Workshop—Pharmacokinetics and Pharmacodynamics in Space, Houston, TX (Aug. 1988) pp 17-19.

J.P. Skelly, G.L. Amidon, W.H. Barr, L.Z. Benet, J.E. Carter, J.R. Robinson, V.P. Shah and A. Yacobi, *In vitro* and *in vivo* testing and correlation for oral controlled/modified-release dosage forms. Workshop Report.
    Pharm. Res., 7, 975 (1990)
    J. Pharm. Sci., 79, 849 (1990)
    J. Cont. Rel., 14, 95 (1990)
    Intl.J.Pharm., 63, 83, (1990).

V.P. Shah, J.P. Skelly, W.H. Barr, H. Malinowski and G.L. Amidon, Scale-up of controlled-release products—preliminary considerations, Pharm.Tech., 29, 35 (1992).

J.P. Skelly, G.A. Van Buskirk, D.R. savello, G.L. Amidon, H.M. Arbit, S. Dighe, M.B. Fawzi, M.A. Gonzalez, A.W. Malick, H.Malinowski, R. Nedich, G.E. Peck, D.M. Pearce, V.P. Shah, R.F. Shangraw, J.B. Schwartz and J. Truelove, Scaleup of immediate release oral solid dosage forms, Pharm.Res., 10, 313 (1993).

J.P.Skelly, G.A. Van Buskirk, H.M. Arbit, G.L. Amidon, L. Augsburger, W.H. Barr, S. Berge, J. Clevenger, S. Dighe, M. Fawzi, D. Fox, M.A. Gonzalez, V.A. Gray, C. Hoiberg, L.J. Leeson, L. Lesko,H. Malinowski, P.R. Nixon, D.M. Pearce, G. Peck, S. Porter, J. Robinson, D.R. Savello, P. Schwartz, J.B. Schwartz, R. Shangraw, F. Theeuwes and T. Wheatley, Scaleup of oral extended-release dosage forms, Pharm.Res., 10, 1800 (1993).

J.P.Skelly, G.A. Van Buskirk, H.M. Arbit, G.L. Amidon, L. Augsburger, W.H. Barr, S. Berge, J. Clevenger, S. Dighe, M. Fawzi, D. Fox, M.A. Gonzalez, V.A. Gray, C. Hoiberg, L.J. Leeson, L. Lesko,H. Malinowski, P.R. Nixon, D.M. Pearce, G. Peck, S. Porter, J. Robinson, D.R. Savello, P. Schwartz, J.B. Schwartz, V.P. Shah, R. Shangraw, F. Theeuwes and T. Wheatley, Scaleup of oral extended-release dosage forms, Pharm.Tech., 46 (1995).

## INTERVIEWS

G.L. Amidon (an interview), Drug delivery systems: where we're headed, Pharm.News, 2, 32 (1995).

## BOOK REVIEWS

G.L. Amidon, Quantum Pharmacology, w.G.Richards (Oxford), Butterworths, London, 1977, JACS, 101, 1643-44 (1979).

G.L. Amidon, Clinical Research in Pharmaceutical Development, B. Bleidt & m. Montagne (Eds), Marcel Dekker, Inc., 1996, J.Cont.Rel., 49, 95 (1997).

G.L. Amidon, Targeting of Drugs 4 Advances in System Constructs, G. Gregoriadis, B. McCormack and G. Poste, Eds., 1994, Plenum Press, New York; J.Cont.Rel., 49, 299 (1997).

G.L. Amidon, Chemical Aspects of Drug Delivery Systems, D.R. Karsa and R.A. Stephenson (Eds), The Royal Soc. Of Chemistry (Cambridge), 1996, J.Am.Chem.Soc., 119, 8584 (1997).

60

G.L. Amidon, Drug Bioavailability: Estimation of Solubility, Permeability, Absorption and Bioavailability, H. van de Waterbeemd, H.Lennernas and P. Artursson (Eds), Wiley-VCH, Weinheim, Germany (2003), J.Med.Chem., 47, 1868 (2004).

## PROCEEDINGS/SYMPOSIA

G.L. Amidon, G.D. Leesman, P.J. Sinko and M. Hu, Design of prodrugs for oral drug delivery in: Xenobiotic Metabolism and Disposition. Proceedings of the 2nd International ISSX Meeting, Kobe, Japan (May 1988), R.W. Estabrook and M.N. Cayen, Eds., Taylor & Francis Ltd., Great Britain, 1989, pp. 117-124.

G.L. Amidon, P.J. Sinko and M. Donovan, Oral absorption of peptides and peptide-type drugs: problems & prospects; in: Peptides, Theoretical and Practical Approaches to their Delivery; CAPSULGEL Symposia Series, CAPSUGEL Library (1992) pp. 21-26.

J.R. Crison and G.L. Amidon, Expected variation in bioavailability for water insoluble drugs, in Bio-International 2 Bioavailability, Bioequivalence and Pharmacokinetic Studies, FIP Bio-International '94', H.H. Blume and K.K. Midha (Eds), Medpharm Scientific Pub. (Stuttgart, Germany) pg 301; 1995.

G.L.Amidon, The rationale for a biopharmaceutics drug classification, in: Biopharmaceutics Drug Classification and International Drug Regulation, Seminar and Open Forum, Proceedings Booklet; Capsugel Library, Princeton, NJ , May 17, 1995, pp 3.

G.L.Amidon, A biopharmaceutic classification system: Update May 1996, in: Biopharmacrutics Drug Classification and International Drug Regulation, Seminar and Open Forum, Proceedings Booklet; Capsugel Library, Geneva, Switzerland, May 14, 1996, pp 9.

G.L. Amidon, Oral delivery of peptide-type compounds, in Peptides, Chemistry, Structure and Biology, P. Kaumaya and R. Hodges (Eds), Proceedings of the Fourteenth American Peptide Symposium, Mayflower Scientific Ltd (England), 1996, pp 151.

G.L. Amidon, Rationale and implementation of a biopharmaceutics classification system (BCS) for new drug regulation, Proceedings Booklet 1997, Capsugel Library.

G.L. Amidon, H. Han, D-M Oh, E. Walter and J.M.Hilfinger, Oral administration of peptide and protein drugs, In: Peptide and Protein Drug Delivery, Alfred Benzon Symposium 43, S. Frokjar, L. Christrup, P. Krogsgaard-Larsen (Ed) Munksgaard, Copenhagen, 146-152 (1998).

E. Lipka and G.L. Amidon, Setting bioequivalence requirements for drug development based on preclinical data: optimizing oral drug delivery systems (Nagai Symposium Proceedings), J.Cont.Rel., submitted (Sept 1998).

D.C. Pang, G.L. Amidon, P.C. Preusch and W. Sadee, Second AAPS-NIH Frontier Symposium 1999: Membrane Transporters and drug therapy, AAPS PharmSci, 1 (2) (1999).

G.L. Amidon, Optimization of Oral Drug Delivery Systems: Getting the Best from your Drugs Symposium; Optimizing oral delivery: PK/PD and controlled release, Tokyo, Japan, Proceedings Booklet 1999, pg. 109, Capsugel Library.

G.L. Amidon, Optimization of Oral Drug Delivery Systems: Getting the Best from your Drugs Symposium; Chairman's Introduction; Candidate selection for optimized oral delivery,  Basel, Switzerland, Proceedings Booklet 2002, pgs 9, 55, Capsugel Library.

G.L. Amidon, Targeted Drug Delivery in Cancer Therapy Symposium: Recent advances in prodrug targeting technology, AAPS Annual Meeting, Salt Lake City, Utah, October 2003.

## BOOK CHAPTERS

G.L. Amidon, S. Anik and J. Rubin, An energy partitioning analysis of base-sugar intramolecular C-H...O hydrogen bonding in nucleosides and nucleotides, in: Structure and Conformation of Nucleic Acids and Protein-Nucleic Acid Interactions, M. Sundaralingam and S.T. Rao, Eds., University Park Press (1975) pp 729-744.

G.L. Amidon, R.S. Pearlman and G.D. Leesman, Design of prodrugs through consideration of enzyme-substrate specificities, in: Design of Biopharmaceutical Properties Through Prodrugs and Analogs, E.B. Roche, Ed., Amer. Pharm. Assoc. (1977) Ch. 10, pp 281-315.

G.L. Amidon, Drug derivatization as a means of solubilization: Physicochemical and biochemical strategies, in: Techniques of Solubilization of Drugs, S.H. Yalkowsky, Ed., Marcel Dekker, Inc. (1981) Ch. 6, pp 183-211.

G.L. Amidon, Determination of intestinal wall permeabilities, in: Animal Models for Drug Absorption in Man, W. Crouthamel and A. Sarapu, Eds., APhA/APS, Washington, DC (1983) pp 1-25.

G.L. Flynn, E.M. Topp and G.L. Amidon, Physicochemical aspects of drug delivery to and via the skin, in: Topics in Pharmaceutical Sciences, D.D. Breimer and P. Speiser, Eds., Elsevier (1985), pp. 313-328.

D. Fleisher, B. Stewart and G.L. Amidon, Design of prodrugs for improved gastrointestinal absorption by intestinal enzyme targeting, in: Methods in Enzymology (Vol 112), K.J. Widder and R. Green, Eds., Academic Press, NY (1985) pp 360-381.

P.K. Banerjee and G.L. Amidon, Design of prodrugs based on enzyme-substrate specificity, in: Design of Prodrugs, H. Bundgaard, Ed., Elsevier Biomedical Press (Amsterdam), (1985) Ch 2, pp 93-133.

K.A. Connors, G.L. Amidon and V.J. Stella, Eds., The Chemical Stability of Pharmaceuticals, 2nd Ed., John Wiley & Sons, Inc., NY (1986) Ch. 2, pp 8-31; Ch 7, 135-159.

G.L. Amidon, B.H. Stewart and S. Pogany, Improving the intestinal mucosal cell uptake of water insoluble compounds, in: Advances in Drug Delivery Systems, J.M. Anderson & S.W. Kim (Eds.), Elsevier Science Publishers, (1986) pp 13-26.

G.L. Amidon and K.C. Johnson, Intestinal aminopeptidase distribution and specificity: bases for a prodrug strategy, in: Bioreversible Carriers in Drug Design, E.B. Roche Ed., Pergamon Press (1987) Ch. 9, pp 243-261.

E.M. Topp and G.L. Amidon, Physiological flow modeling of the gastrointestinal tract and its use in dosage form design and evaluation, in: Interrelationships Between GI Physiology and Dosage Form Design, J.R. Cardinal and E.G. Rippie, Eds., APhA (1986),

G.D. Leesman, P.J. Sinko and G.L. Amidon, Simulation of oral drug absorption: gastric emptying and gastrointestinal motility, in: Pharmacokinetics: Regulatory-Industrial-Academic Perspectives, P.G. Welling and F.L.S. Tse, Eds., Marcel Dekker, Inc. (NY) 1988, Ch. 6, pp 267-284.

G.L. Amidon, P.J. Sinko, M. Hu and G.D. Leesman, Absorption of difficult drug molecules: carrier-mediated transport of peptides and peptide analogs, in: Novel Drug Delivery and Its Therapeutic Application, L.F. Prescott and W.S. Nimmo, Eds., John Wiley & Sons Ltd., England (1989) Ch. 5, pp 45-56.

D-M Oh, P.J. Sinko and G.L. Amidon, Predicting oral drug absorption in humans: a macroscopic mass balance approach for passive and carrier-mediated compounds., in Advanced Methods of Pharmacokinetic and Pharmacodynamic System Modeling, D.Z. D'Argenio, Ed., Plenum Press (NY) (1991) pp. 3-11.

J.P-F. Bai, B.H. Stewart and G.L. Amidon, Gastrointestinal transport of peptide and protein drugs and prodrugs, in: Handbook of Experimental Pharmacology, Vol. 110–Pharmacokinetics of Drugs, P.G. Welling and L.P. Balant, Eds., Springer-Verlag (Germany), (1994) Ch 6, pp 189-206.

H.J. Lee and G.L. Amidon, Oral peptide delivery: improving the systemic availability of small peptides and enkephalin analogs, in: NIDA Research Mongraphs, R.S. Rapaka, Ed., U.S. Government Printing Office, NIH Publ. 95-3889, 86 (1995).

S.Yee and G.L. Amidon, Oral absorption of angiotensin-converting enzyme inhibitors and peptide prodrugs, in: Peptide-Based Drug Design: Controlling Transport and Metabolism, M.D. Taylor and G.L. Amidon, Eds., American Chemical Society (1995) Ch 6, pp 135-147.

E. Lipka, J.R. Crison, B.S. Schug, H.H. Blume and G.L. Amidon, Drug interactions in the gastrointestinal tract and their impact on drug absorption and systemic availability: A mechanistic review, in Mechanisms of Drug Interactions, P.F. D'Arcy, J.C. McElnay and P.G. Welling (Eds), Ch. 2, 1996, pp 13.

P. Langguth, G.L. Amidon, E. Lipka, H. Spahn-Langguth, Gastrointestinal transport processes: potentials for stereoselectivities at substrate-specific and nonspecific epithelial transport systems, In: The Impact of Stereochemistry on Drug Development and Use, H.Y. Aboul-Enein and I.W. Wainer, (Eds.) Chem. Anal.Series, Vol. 142, John Wiley & Sons, Inc., 1997 Ch. 22, pp. 611.

G.L. Amidon, S.Y. Choe, M. Vieira and D-M Oh, Solubility, intrinsic dissolution and solubilization: Influence on absorption, In: Scientific Foundations for Regulating Drug Product Quality, G.L. Amidon, J.R. Robinson and R.L. Williams (Eds), AAPS Press, Alexandria, VA, pp. 99-113 (1997).

R. Lobenberg and G.L. Amidon, Gastrointestinal drug absorption, in: Principles of Pharmacology and Drug Discovery: Pharmacodynamics, Pharmacokinetics and Toxicology, M. Williams and N. Bowery (Eds), John Wiley & Sons, Ltd., Sussex, England (1998).

D-M Oh and G.L. Amidon, Overview of Membrane Transport, In: Membrane Transporters as Drug Targets, W. Sadee and G.L. Amidon (Eds)., Kluwer Academic/Plenum Publishers, New York, pg 1 (1999).

D-M Oh, H-k Han and G.L. Amidon, Pharmaceutical and pharmacological relevance 1. Drug transport and targeting—intestinal transport, In: Membrane Transporters as Drug Targets, W. Sadee and G.L. Amidon (Eds)., Kluwer Academic/Plenum Publishers, New York, pg 59 (1999).

R. Loebenberg, M. Vieira and G.L. Amidon, Solubility as a limiting factor to drug absorption, In: Methods for Assessing Oral Drug Absorption, J.B. Dressman (Ed), Marcel Dekker, NY, June 2000

T.M. Gilman, J.P. Rose, E. Lipka, G.L. Amidon, W.S. Woltosz, J. Crison and M.B. Bolger, GastroPLUS™ simulated intestinal absorption of drug delivery systems for metoprolol. In:

"Proceedings of the 1999 Health Sciences Simulation Conference," J.G. Anderson, M. Katzper (Eds), The Society for Computer Simulation Internationa, San Diego, USA, pp. 109-114.

L.X. Yu and G.L. Amidon, Analytical solutions to mass transfer, in: Transport Processes in Pharmaceutical Systems, G.L. Amidon, P.I. Lee, E.M. Topp (Eds), Marcel Dekker, NY, 1999, pp. 23-54.

L.X. Yu, L. Gatlin and G.L. Amidon, Predicting oral drug absorption in humans, in: Transport Processes in Pharmaceutical Systems, G.L. Amidon, P.I. Lee, E.M. Topp (Eds), Marcel Dekker, NY, 1999, pp. 377-410.

H-k Han and G.L. Amidon, Designing prodrugs for the hPEPT1 transporter, In: Controlled Drug Delivery, Designing Technologies for the Future, K. Park and R.J. Mrsny (Eds), American Chemical Society, Washington, DC, 2000, pp 46-53.

G.E. Granero, C. Ramachandran and G.L. Amidon, Gastrointestinal dissolution and absorption of drugs, In: Drug Bioavailability/Estimation of Solubility, Permeability and Absorption and Bioavailability, H. van de Waterbeemd, H. Lennernas and P. Artursson (Eds), Wiley-VCH, Germany, Ch. 8 (pp 191-214) 2003).

H-C Shin, C.P. Landowski and G.L. Amidon, Transporters in the GI tract, In: Drug Bioavailability/Estimation of Solubility, Permeability and Absorption and Bioavailability, H. van de Waterbeemd, H. Lennernas and P. Artursson (Eds), Wiley-VCH, Germany, Ch. 11 (pp 245-287) 2003.


**BOOKS EDITED**

K.A. Connors, G.L. Amidon and L. Kennon, Eds., The Chemical Stability of Pharmaceuticals, Wiley-Interscience (1979).

K.A. Connors, G.L. Amidon and V.J. Stella, Eds., The Chemical Stability of Pharmaceuticals, 2nd Ed., John Wiley & Sons, Inc., NY (1986).

M.D. Taylor and G.L. Amidon, Eds., Peptide-Based Drug Design: Controlling Transport and Metabolism, American Chemical Society (1995).

Peter I.D. Lee and G.L. Amidon, Eds., Pharmacokinetic Analysis a Practical Approach. Technomic Publishing Co., Inc., Lancaster, PA (1996).

G.L. Amidon, J.R. Robinson and R.L. Williams, Scientific Foundations for Regulating Drug Product Quality, AAPS Press, Alexandria, VA (1997).

G.L. Amidon and W. Sadee, Membrane Transporters as Drug Targets, Kluwer Academic/Plenum Publishers, New York (1999).

G.L. Amidon, P.I. Lee and E.M. Topp, Eds., Transport Processes in Pharmaceutical Systems, Marcel Dekker, New York, NY (1999).

## ABSTRACTS

A.R. Mlodozeniec and G.L. Amidon, Thermal analysis of drug polymorphism and pseudo-polymorphism I.  Thermodynamics of drug phase transitions and methods of analysis, APhA/APS, Abstract #5,  74 (May 1968) Miami, FL.

A.R. Mlodozeniec and G.L. Amidon, Thermal analysis of drug polymorphism and pseudo-polymorphism II. First-order transitions and desolvation, APhA/APS, Abstract #6, 74 (May 1968) Miami, FL.

A.R. Mlodozeniec and G.L. Amidon, Thermal analysis of drug polymorphism and pseudo-polymorphism III. Second-order transitions and mesomorphism, APhA/APS, Abstract #7, 75 (May 1968) Miami, FL.

G.L. Amidon, Theoretical study of the structure of complexes and heats of complexation, APhA/APS, Abstract #72, 70 (Mar. 1971) San Francisco, CA.

P.G. Welling, W.A. Craig, G.L. Amidon and C.M. Kunin, The pharmacokinetics of trimethoprim and sulfamethoxazole in normal subjects and in patients with renal failure; Conference on Trimethoprim and Sulfamethoxazole (Dec. 1972) Boston, MA.

G.L. Amidon, Solubility in polar solvents, APhA/APS, Abstract #39, 63 (Nov. 1973) San Diego, CA.

G.L. Amidon, S. Anik and J. Rubin, An energy partitioning analysis of base-sugar intramolecular C-H--O hydrogen bonding in nucleosides and nucleotides; Fourth Annual Steinbock Symposium (June 1974) Madison, WI.

G.L. Amidon and S.H. Yalkowsky, Solubility of nonelectrolytes in polar solvents, APhA/APS Abstracts, 4(2), 137 (Nov. 1974) New Orleans, LA.

C.K. Buckner, R. Saini and G.L. Amidon, Estimation of dissociation constants of β-adrenergic agonists, 59th Annual FASEB Meeting (Apr. 1975) Atlantic City, NJ.

C.K. Buckner, G.L. Amidon and G.L. Saini, Analysis of selectivity of b-adrenergic agonists, VI International Congress of Pharmacology (July 1975) Helsinki, Finland.

G.L. Amidon and S.T. Anik, A comparison of several molecular topological indicies and molecular surface area in solubility estimation, APhA/APS Abstracts, 5(2), 138 (Nov. 1975) Atlanta, GA.

G.L. Amidon and P.G. Welling, Accelerated convergence predictive methods in pharmacokinetics, APhA/APS Abstracts, 5(1), 135 (1975).

S.H. Yalkowsky, G.L. Amidon and S.C. Valvani, Solubility of nonelectrolytes in polar solvents-polar and mixed aqueous solvents, APhA/APS Abstracts, 5(2), 138 (1975), San Francisco, CA.

S.C. Valvani, S.H. Yalkowsky and G.L. Amidon, Solubility of nonelectrolytes in polar solvents: refinements in molecular surface area computations, APhA/APS Abstracts, 5(2), 138 (1975), San Francisco, CA.

C.K. Buckner and G.L. Amidon, Methods for estimating receptor dissociation constants, 60th Annual FASEB Meeting (Apr. 1976) Anaheim, CA.

65

G.L. Amidon, R.S. Pearlman and G.D. Leesman, Design of prodrugs through consideration of enzyme substrate specificities, APhA/APS Abstracts, 6(2), 70 (Nov. 1976), Orlando, FL. (Symposium.)

G.L. Amidon and S.T. Anik, Analysis of the aqueous solubility and hydrophobicity of aromatic and alkyl substituted aromatic compounds, APhA/APS Abstracts, 7(2), 114 (Nov. 1977), Phoenix, AZ.

G.L. Amidon and M. Samaha, Functional group additivity in solubility estimation, APhA/APS Abstracts, 8(2), 76 (Nov. 1978), Hollywood, CA.

G.L. Amidon and R.L. Elliott, The role of membrane metabolism in the intestinal absorption of drugs and prodrugs, APhA/APS Abstracts, 8(2), 78 (Nov. 1978), Hollywood, CA.

G.L. Amidon and G.D. Leesman, An enzyme based prodrug approach for improving the bioavailability of water-insoluble drugs, APhA/APS Abstracts, 8(2), 85 (Nov. 1978), Hollywood, CA.

G.L. Amidon, Drug derivatization as a means of solubilization, APhA/APS Abstracts, 9(2), 21 (Nov. 1979), Kansas City, MO. (Symposium.)

P.K. Banerjee and G.L. Amidon, Design of enzymatically reconvertible prodrugs I: rationale and synthesis of amino acid derivatives of aspirin, APhA/APS Abstracts, 9(2), 96 (Nov. 1979), Kansas City, MO.

G.L. Amidon, J. Reichert and C.A. Johnson, Adsorption of insulin to the polyvinyl chloride surface of CADP solution containers, Clinical Dialysis and Transplant Form, National Kidney Foundation (Nov. 1980), Washington, DC.

G.L. Amidon, J. Taylor and R. Sorkness, A convective diffusion model for estimating drug loss to tubing: sorption of vitamin A, Parenteral Drug Association (Nov. 1980), New York, NY.

G.L. Amidon, J. Kou, R.L. Elliott and E.N. Lightfoot, Models for determining intestinal wall permeabilities, APhA/APS Abstracts, 10(2), 11 (Nov. 1980), San Antonio, TX. (Symposium.)

G.L. Amidon, G.D. Leesman and R.L. Elliott, Improving intestinal absorption of water soluble compounds: a membrane metabolism strategy, APhA/APS Abstracts, 10(2), 72 (Nov. 1980), San Antonio, TX.

N.A. Williams and G.L. Amidon, An excess free energy approach to the estimation of solubility in mixed solvent systems, APhA/APS Abstracts, 11(2), 78 (Nov. 1981), Orlando, FL.

D.A. Johnson, G.L. Amidon, E.N. Lightfoot and P.K. Banerjee, Dissolution model for drugs which are enzyme substrates, APhA/APS Abstracts, 11(2), 78 (Nov. 1981), Orlando, FL.

L. Van Campen, G.L. Amidon and G. Zografi, Moisture sorption kinetics for water-soluble substances: a heat transport controlled process, APhA/APS Abstracts, 11(2), 78 (Nov. 1981), Orlando, FL.

G.L. Amidon, M. Chang and R. Allen, Improving oral absorption via membrane hydrolysis: the importance of the $\alpha$-amino group, APhA/APS Abstracts, 11(2), 92 (Nov. 1981), Orlando, FL.

A. Johnson and G.L. Amidon, A boundary layer solution for determining intestinal wall permeabilities, APhA/APS Abstracts, (12(2), 106 (Nov. 1982), San Diego, CA.

D. Fleisher and G.L. Amidon, Improvement of hydrocortisone bioavailability through prodrug-brush border reconversion, APhA/APS Abstracts, 12(2), 107 (Nov. 1982), San Diego, CA.

D. Fleisher and G.L. Amidon, Frequency analysis of transport models, APhA/APS Abstracts, 12(2), 114 (Nov. 1982), San Diego, CA.

B.H. Stewart, D. Fleisher and G.L. Amidon, A membrane metabolism approach to improving bioavailability: absorption of the lysine ester of decanol, APhA/APS Abstracts, 12(2), 124 (Nov. 1982), San Diego, CA.

J.B. Dressman, G.L. Amidon and D. Fleisher, A physical model for dose dependent drug absorption, APhA/APS Abstracts, 13(2), 138 (Nov. 1983), Miami Beach, FL.

D.A. Johnson and G.L. Amidon, Determination of intrinsic absorption parameters in parallel mechanisms of saturable and passive uptake, APhA/APS Abstracts, 13(2), 138 (Nov. 1983), Miami Beach, FL.

B.H. Stewart, G.L. Amidon and S. Pogany, Solubility modification with brush border reconversion: the uptake of insoluble homologous alcohols and their lysinate derivatives by intestinal rings in vitro, APhA/APS Abstracts, 13(2), 140 (Nov. 1983), Miami Beach, FL.

K.C. Johnson and G.L. Amidon, Kinetic study of hydrocortisone-21-lysinate, APhA/APS Abstracts, 13(2), 142 (Nov. 1983), Miami Beach, FL.

D. Fleisher and G.L. Amidon, Intestinal absorption of hydrocortisone and three soluble prodrugs: role of brush-border enzyme reconversion, APhA/APS Abstracts, 13(2), 154 (Nov. 1983), Miami Beach, FL.

J.B. Dressman and G.L. Amidon, A radiotelemetric method for evaluating enteric coatings in vivo, APhA APS Abstracts, 13(2), 155 (Nov. 1983), Miami Beach, FL.

N. Najib and G.L. Amidon, Gastrointestinal transit time: an in vitro study of the parameters controlling the critical flow velocity of particles in a flowing fluid, 4th Pharmaceutical Technology Conference and Exhibition, (April 1984), University of Edinburgh, Edinburgh, Scotland.

D. McNamara and G.L. Amidon, A computer controlled method for measuring nonsteady-state dissolution of acids and bases using a time varying pH, APhA/APS Abstracts, 14(2), 166 (Oct.-Nov. 1984), Philadelphia, PA.

B.H. Stewart and G.L. Amidon, Intestinal ring uptake of hydrocortisone prodrugs, APhA/APS Abstracts, 14(2), 166 (Oct.-Nov. 1984), Philadelphia, PA.

E.D. Murphy, J.B. Dressman and G.L. Amidon, A physiological flow model for the gastrointestinal absorption and plasma kinetics of aspirin, APhA/APS Abstracts, 14(2), 167 (Oct.-Nov. 1984), Philadelphia, PA.

C.A. Youngberg, R.R. Berardi, M.L. Hyneck, W.F. Howatt, G.L. Amidon and J.B. Dressman, APhA/APS Abstracts, 14(2), 167 (Oct.-Nov. 1984), Philadelphia, PA.

D.A. Johnson and G.L. Amidon, Dissolution of α-chymotrypsin substrates in enzymic solutions, APhA/APS Abstracts, 14(2), 167 (Oct.-Nov. 1984), Philadelphia, PA.

J. Kou and G.L. Amidon, Swelling and drug release from methacrylic acid and 2-hydroxyethyl methacrylic acid hydrogel, APhA/APS Abstracts, 14(2), 167 (Oct.-Nov. 1984), Philadelphia, PA.

G.L. Amidon and P.K. Banerjee, Enzyme specificity and location in the gastrointestinal tract: targets for bioreversible carriers, APhA/APS Abstracts, 14(2), 91 (Oct.-Nov. 1984), Philadelphia, PA.

G.L. Amidon, Dissolution of prodrugs that are enzyme substrates, APhA/APS Abstract (Feb. 1985), San Antonio, TX.

J.H. Meyer, Y.G. Gu, J.B. Dressman and G.L. Amidon, Effect of viscosity and flow rate on gastric emptying of solids, Am. Gastroent. Assoc. (May 1985), New York City, NY.

J.H. Meyer, J.B. Dressman, A.S. Fink and G.L. Amidon, Effect of size and density on gastric emptying of indigestible solids, Am. Gastroent. Assoc. (May 1985), New York City, NY.

G.L. Amidon, J. Kou and P.I. Lee, Swelling and drug release from p-HEMA-MAA hydrogel system, 12th International Symposium of Controlled Release of Bioactive Materials (July 1985), Geneva, Switzerland.

G.L. Amidon, Physiological flow modeling of the gastrointestinal tract and its use in oral dosage form design and evaluation, APhA/APS Abstracts, 15(2), 6 (Oct. 1985), Basic Pharmaceutics Section Symposium, Minneapolis, MN.

C.Y. Lui and G.L. Amidon, A radiotelemetric evaluation of enteric coating performance I. Comparison of enteric coated and plain aspirin tablets, APhA/APS Abstracts, 15(2), 81 (Oct. 1985), Minneapolis, MN.

J.H. Kou and G.L. Amidon, Effect of the matrix swelling on drug release from polyhydroxyethyl methacrylate (HEMA)-methacrylic acid (MAA)-tetraethylene-glycol dimethocrylate (TEGDMA) hydrogel, APhA/APS Abstracts, 15(2), 81 (Oct. 1985), Minneapolis, MN.

D. McNamara and G.L. Amidon, Test of a computer controlled dissolution device for the rapid determination of pH dissolution rate profiles, APhA/APS Abstracts, 15(2), 81 (Oct. 1985), Minneapolis, MN.

K.C. Johnson and G.L. Amidon, Design of amino acid prodrugs for specific intestinal brush-border enzymatic reconversion, APhA/APS Abstracts, 15(2), 87 (Oct. 1985), Minneapolis, MN.

B.H. Stewart and G.L. Amidon, Experimental systems for investigating prodrug strategies and GI drug absorption, APhA/APS Abstracts, 15(2), 91 (Oct. 1985), Minneapolis, MN.

R.L. Oberle and G.L. Amidon, The pH and concentration dependence of the intestinal membrane permeability of cimetidine, APhA/APS Abstracts, 15(2), 91 (Oct. 1985), Minneapolis, MN.

D. Fleisher and G.L. Amidon, Gastrointestinal drug absorption from soluble prodrugs, APhA/APS Abstracts, 15(2), 91 (Oct. 1985), Minneapolis, MN.

J. Chan, S.C. Miller and G.L. Amidon, Analysis of a two component elementary osmotic delivery device, APhA/APS Abstracts, 15(2), 95 (Oct. 1985), Minneapolis, MN.

D. McNamara and G.L. Amidon, A convective-diffusion model for naproxen (NPX) dissolution and reaction in buffered aqueous solutions, AAPS Abstract, Pharm. Res., 3, 425 (1986) Washington, DC.

P.J. Sinko and G.L. Amidon, The oral absorption of β-lactam antibiotics, AAPS Abstract, Pharm. Res., 3, 93S (1986) Washington, DC.

C.Y. Lui, G.D. Leesman and G.L. Amidon, A relationship between Heidelberg capsule gastric emptying time and AUC for a first-pass metabolized drug, AAPS Abstract, Pharm. Res., 3, 93S (1986) Washington, DC.

68

R.L. Oberle and G.L. Amidon, The fasted gastrointestinal motility cycle, associated variable gastric emptying and intestinal transit rates: an explanation for the observed plasma level double peak phenomenon of cimetidine, AAPS Abstract, Pharm. Res., 3, 93S (1986) Washington, DC.

E.M. Topp and G.L. Amidon, A physiological flow model for the gastrointestinal absorption and plasma kinetics of aspirin, AAPS Abstract, Pharm. Res., 3, 93S (1986) Washington, DC.

J.H. Meyer, J. Elashoff, V. Porter-Fink, J.B. Dressman and G.L. Amidon, What should be the size of pancreatin microspheres?, Amer. Gastro. Assoc., Gastroenterology, 92, 1533 (May 1987) Chicago, IL.

M.D. Donovan, G.L. Amidon and G.L. Flynn, Molecular weight permeability dependence in the nasal and gastrointestinal mucosa, Abstract, Pharm. Res., 4, S-38 (June 1987) Boston, MA.

M. Hu and G.L. Amidon, Absorption mechanism of pharmacologically active amino acid analogs and an ACE inhibitor in rat intestine, Abstract, Pharm. Res., 4, S-40 (June 1987) Boston, MA.

K.C. Johnson and G.L. Amidon, The design of amino acid prodrugs as substrates for intestinal brush border enzymes, Abstract, Pharm. Res., 4, S-40 (June 1987) Boston, MA.

P.J. Sinko, G.D. Leesman and G.L. Amidon, Utilization of in situ membrane absorption parameters to simulate -lactam antibiotic plasma levels, Abstract, Pharm. Res., 4, S-44 (June 1987) Boston, MA.

A. Sintov, G.L. Amidon and R.J. Levy, Drug delivery polyurethane as myocardial implant for antiarrhythmic therapy--in vitro evaluation, Abstract, Pharm. Res., 4, S-52 (June 1987) Boston, MA.

P.J. Sinko, M. Hu and G.L. Amidon, Oral absorption of amino acid and peptide analogs, Abstract, Controlled Release Society (Aug 1987) Toronto, Canada.

J.H. Kou and G.L. Amidon, Mechanism of drug release from a dynamically swelling hydrogel matrix, Abstract, Controlled Release Society (Aug 1987), Toronto, Canada.

C.M. Sinko and G.L. Amidon, Concentration dependence of the viscoelastic properties of PEG 200/eudragit S blends, Abstract, Controlled Release Society (Aug 1987), Toronto, Canada.

T.P. Johnston, F.J. Schoen, G.L. Amidon and R.J. Levy, Sustained inhibition of calcification of bioprosthetic heart valve leaflets with immobilized CaEHDP, Controlled Release Society (Aug 1987) Toronto, Canada.

A. Sintov, G.L. Amidon and R.J. Levy, Drug delivery polyurethane as myocardial implant for antiarrhythmic therapy, Controlled Release Society (Aug 1987) Toronto, Canada.

M. Hu, P. Subramanian, H.I. Mosberg and G.L. Amidon, Use of peptide carrier transport system to improve the oral absorption of $\alpha$-methyldopa, JUC Pharm Sci '87 (Dec 1987) Honolulu, Hawaii.

P.J. Sirois, J.B. Dressman, G.L. Amidon and J.H. Meyer, Particle size and density discrimination in the canine gastrointestinal tract: a hydrodynamic correlation, JUC Pharm. Sci. '87 (Dec 1987) Honolulu, Hawaii.

R.L. Oberle, T.S. Chen, C. Lloyd, G.L. Amidon, J.L. Barnett, C. Owyang and J.H. Meyer, The influence of the interdigestive migrating motor complex on gastric emptying of liquids, Abstract, Gastroenterology 94, A328 (May 1988) New Orleans, LA.

J.H. Meyer, V. Porter-Fink, L.S. Graham, J.B. Dressman and G.L. Amidon, Proximal stomach (PS) also sieves, Abstract, Gastroenterology 94, A301 (May 1988) New Orleans, LA.

C.M. Sinko, A.F. Yee and G.L. Amidon, The physical aging behavior of pharmaceutical film coatings, Abstract, Pharm. Res., 5, S-85 (Nov 1988) Orlando, FL.

M.D. Donovan, G.L. Amidon and G.L. Flynn, The effect of absorption adjuvants on the molecular weight permeability profile of polyethylene glycols in the nasal mucosa, Abstract, Pharm. Res., 5, S-97 (Nov 1988) Orlando, FL.

G.D. Leesman, P.J. Sinko and G.L. Amidon, The utility of a micro-mixing model to approximate a dispersed plug flow model in order to describe gastrointestinal transit and resultant fraction dose absorbed for drugs with nonlinear kinetics, Abstract, Pharm. Res., 5, S-101 (Nov 1988) Orlando, FL.

P.J. Sinko, G.D. Leesman and G.L. Amidon, Predicting fraction dose absorbed in humans I: theoretical analysis, Abstract, Pharm. Res., 5, S-101 (Nov 1988) Orlando, FL.

P.J. Sinko, G.D. Leesman and G.L. Amidon, Predicting fraction dose absorbed in humans II: application to passively and nonpassively absorbed drugs, Abstract, Pharm. Res., 5, S-102 (Nov 1988) Orlando, FL.

C.I. Reppas, P.J. Sirois, G.L. Amidon, J.H. Meyer, J. Doty and J.B. Dressman, Effect of nondigestible fiber on luminal viscosity and GI transit in dogs, Abstract, Pharm. Res., 5, S-102 (Nov 1988) Orlando, FL.

M. Hu and G.L. Amidon, Passive and carrier-mediated intestinal absorption components of captopril, Abstract, Pharm. Res., 5, S-104 (Nov 1988) Orlando, FL.

D.I. Friedman and G.L. Amidon, Intestinal absorption mechanism of ACE inhibitors in rats: SQ29,852 and fosinopril sodium, Abstract, Pharm. Res., 5, S-109 (Nov 1988) Orlando, FL.

H.K. Choi, G.L. Amidon and G.L. Flynn, Some general influences of n-decylmethyl sulfoxide on the permeation of drugs across hairless mouse skin, Abstract, Pharm. Res., 5, S-131 (Nov 1988) Orlando, FL.

R.L. Oberle, T.S. Chen, C. Lloyd, G.L. Amidon, J.L. Barnett, C. Owyang and J. Meyer, The effect of the interdigestive migrating myoelectric complex (IMMC) on the oral absorption of cimetidine, Abstract, Pharm. Res., 5, S-133 (Nov 1988) Orlando, FL.

P.E. Luner and G.L. Amidon, Evaluation of factors affecting the binding of bile salts to sequestrants, Abstract, Pharm. Res., 5, S-140 (Nov 1988) Orlando, FL.

M.D. Donovan, G.L. Amidon and G.L. Flynn, Diffusion of polyethylene glycols 600-2000 through HEMA-MA hydrogels, Abstract, J. Controlled Rel., (Aug 1989) Chicago, IL.

C.M. Sinko, A.F. Yee and G.L. Amidon, Permeability reductions in physically aged cellulose acetate, Abstract, J. Controlled Rel., (Aug 1989)

H-K Choi, G.L. Flynn and G.L. Amidon, Transdermal delivery of bioactive peptides: the effect of n-decyl-methyl sulfoxide and pH on enkephalin transport, Abstract, Pharm. Res., 6, S-84 (Oct 1989) Atlanta, GA.

P.J. Sinko, G.D. Leesman and G.L. Amidon, Theoretical approach for predicting fraction dose absorbed in humans: nonlinear absorption and stability considerations, Abstract, Pharm. Res., 6, S-89 (Oct 1989) Atlanta, GA.

T-S Chen and G.L. Amidon, Investigation of cimetidine transport in the small intestine, Abstract, Pharm. Res., 6, S-90 (Oct 1989) Atlanta, GA.

D-M Oh, P.J. Sinko and G.L. Amidon, Characterization of the oral absorption of some penicillins: determination of intrinsic membrane absorption parameters in the rat intestine *in situ*, Abstract, Pharm. Res., 6, S-91 (Oct 1989) Atlanta, GA.

S.E. Rose, G.D. Leesman and G.L. Amidon, A model for predicting variability in enantiomeric plasma concentration ratios as a function of input rate: application to propranolol, Abstract, Pharm. Res., 6, S-91 (Oct 1989) Atlanta, GA.

D.I. Friedman and G.L. Amidon, Intestinal hydrolysis and jejunal permeability of leu-enkephalin and analogues, Abstract, Pharm. Res., 6, S-91 (Oct 1989) Atlanta, GA.

K.M. Lee and G.L. Amidon, The influence of gastric emptying on the plasma concentration-time curves of drugs, Abstract, Pharm. Res., 6, S-114 (Oct 1989) Atlanta, GA.

J.P-F Bai, P. Subramanian, H.I. Mosberg and G.L. Amidon, The structural requirements for the intestinal mucosal cell peptide transporter: the need for n-terminal $\alpha$-amino group, Abstract, Pharm. Res., 6, S-117 (Oct 1989) Atlanta, GA.

M.D. Donovan, G.L. Flynn and G.L. Amidon, The molecular weight permeability dependence of polyethylene glycols through mucin, Abstract, Pharm. Res., 6, S-120 (Oct 1989) Atlanta, GA.

C. Lippert, D. Fleisher and G.L. Amidon, Nutrient effects on phenytoin absorption, Abstract, Pharm. Res., 6, S-132 (Oct 1989) Atlanta, GA.

H-K Choi, G.L. Flynn and G.L. Amidon, Transdermal delivery of bioactive peptide: the effect of inhibitors on enkephalin metabolism and transport, Abstract, Pharm. Res., 6, S-148 (Oct 1989) Atlanta, GA.

P.E. Luner and G.L. Amidon, Determination of ion-exchange and adsorption components of bile salt binding to cholestyramine, Abstract, Pharm. Res., 6, S-150 (Oct 1989) Atlanta, GA.

S. Rose, G.D. Leesman, V.P. Shah, J.P. Skelly and G.L. Amidon, A model for predicting drug isomer plasma levels from oral controlled release dosage forms: application to (+) and (-) propranolol, Abstract 17th International Symposium on Controlled Release of Bioactive Materials (July 1990) Reno, NV.

J.H. Kou, D. Fleisher and G.L. Amidon, Release of phenyl propanolamine from dynamically swelling poly(hydroxyethyl methacrylate-co-methacrylic acid) hydrogels, Abstract 1st International Symposium on Cosmetic and Pharmaceutical Applications of Polymers (Aug 1990), Washington, DC.

J.P-F Bai and G.L. Amidon, A peptide prodrug strategy for increasing oral bioavailability, Abstract, Pharm. Res., 7, S-121 (Nov 1990), Las Vegas, NV.

J.P-F Bai and G.L. Amidon, The substrate specificity of prolidase targeted as prodrug converting enzyme, Abstract 5th Annual AAPS Meeting (Nov 1990), Las Vegas, NA.

T-S Chen, J.P. Skelly, V.P. Shah and G.L. Amidon, Fasted state phase related variation in gastric emptying in dog and comparison to human, Abstract, Pharm. Res., 7, S-118 (Nov 1990), Las Vegas, NV.

J.R. Crison, G.L. Amidon, J.P. Skelly and V.P. Shah, Dissolution of carbamazepine into surfactant solutions, Abstract, Pharm. Res., 7, S-137 (Nov 1990) Las Vegas, NV.

J-H Guo, R.E. Robertson and G.L. Amidon, The effects of physical aging on the water permeation, dissolution and mechanical properties of cellulose acetate, ethylcellulose and hydroxypropyl methylcellulose phthalate, Abstract, Pharm. Res., 7, S-170 (Nov 1990) Las Vegas, NV.

J-H Guo, R.E. Robertson and G.L. Amidon, The effects of plasticizers on the water permeability and mechanical properties of cellulose acetate, Abstract, Pharm. Res., 7, S-170 (Nov 1990) Las Vegas, NV.

J.H. Kou, D. Fleisher and G.L. Amidon, Calculation of the aqueous diffusion layer resistance for Michaelis Menton absorption in a tube, Abstract, Pharm. Res., 7, S-121 (Nov 1990) Las Vegas, NV.

K.M. Lee, T-S Chen, G.L. Amidon and G. Leesman, The effect of infusate pH on cimetidine duodenal absorption in the dog, Abstract, Pharm. Res., 7, S-234 (Nov 1990) Las Vegas, NV.

H.J. Lee, G.D. Leesman and G.L. Amidon, Effect of input rate and pH on bioavailability of captopril in midgut fistulated dogs, Abstract, Pharm. Res., 7, S-241 (Nov 1990) Las Vegas, NV.

P.E. Luner and G.L. Amidon, Description and simulation of a mixing tank model for bile sequestrant action in the GI tract, Abstract, Pharm. Res., 7, S-121 (Nov 1990) Las Vegas, NV.

D-M Oh, P.J. Sinko and G.L. Amidon, Peptide transport of β-lactam antibiotics: structural requirements for an α-amino group, Abstract, Pharm. Res., 7, S-119 (Nov 1990) Las Vegas, NV.

S-F Su, G.L. Amidon, V.P. Shah and J.P. Skelly, Characterization of the oral absorption parameters and degradation profile of [D-ala] peptide-T amide, Abstract, Pharm. Res., 7, S-130 (Nov 1990) Las Vegas, NV.

S.P. Schwendeman, G.L. Amidon, M.E. Meyerhoff and R.J. Levy, Characterization of the iontophoretic transport through heterogeneous cation-exchange membranes, Abstract, Pharm. Res., 7, S-171 (Nov 1990) Las Vegas, NV.

S. Yee and G.L. Amidon, Intestinal absorption mechanism of three angiotensin-converting enzyme inhibitors: quinapril, benazepril and CGS16617, Abstract, Pharm. Res., 7, S-155 (Nov 1990) Las Vegas, NV.

H. Yuasa, T-S Chen and G.L. Amidon, Intestinal absorption of acid and basic drugs: effect of concentration and surface pH on apparent permeability, Abstract, Pharm. Res., 7, S-260 (Nov 1990) Las Vegas, NV.

H-H Lu, D. Fleisher, J.P. Skelly, V.P. Shah and G.L. Amidon, Studies on the oral absorption mechanism of zidovudine, Abstract, Pharm. Res., 7, S-154 (Nov 1990) Las Vegas, NV.

H-Y Ahn, G.L. Amidon and D.E. Smith, Stereoselective disposition of ibuprofen enantiomers in dog, Abstract, Pharm. Res., 7, S-234 (Nov 1990) Las Vegas, NV.

C.A. Rodriguez, G.L. Amidon, J.G. Wagner and D.E. Smith, Effect of protein binding on the renal excretion of cefonicid in the isolated perfused rat kidney, Abstract, Pharm. Res., 7, S-233 (Nov 1990) Las Vegas, NV.

A.C. Tsuei, G.L. Amidon and V.C. Yang, Block peptide polymers for drug delivery: synthesis and preliminary results, Abstract, Pharm. Res., 7, S-171 (Nov 1990) Las Vegas, NV.

P.J. Sinko, T.S. Chen and G.L. Amidon, Characterization of fasting chymotrypsin levels in duodenally fistulated dogs as a function of gastric motility phase, Abstract, Pharm. Res., 7, S-118 (Nov 1990) Las Vegas, NV.

P.J. Sinko, G.D. Leesman and G.L. Amidon, Determining the effect of stochastic parameter variability on estimates of the extent of oral drug absorption in humans, Abstract, Pharm. Res., 7, S-132 (Nov 1990) Las Vegas, NV.

H.J. Lee, G. Leesman and G.L. Amidon, Effect of input rate and pH on bioavailability of captopril in midgut fistulated dogs, Abstract, Pharm. Res., S-241 (Nov 1990) Las Vegas, NV.

N.Janiczek, H.N. Bockbrader, T. Chang, G.L. Amidon and D.E. Smith, Stereoselective liquid chromatographic assay for pirmenol enantiomers in dog plasma, Abstract, Pharm. Res., 8, S-28 (Nov 1991) Washington, DC.

J-S Kim, V.C. Yang and G.L. Amidon, Structure-permeability and structure-activity relationship for ACE inhibitors, Abstract, Pharm. Res., 8, S-56 (Nov 1991) Washington, DC.

J.S. Chu, R. Chandrasekharan, G.L. Amidon, N.D. Weiner and A.H. Goldberg, Viscometric study of poylacrylic acid systems as muco-adhesive sustained release gels, Abstract, Pharm. Res., 8, S-118 (Nov 1991) Washington, DC.

J.S. Chu, D.M. Yu, R. Chandrasekharan, G.L. Amidon, N.D. Weiner and A.H. Goldberg, Viscoelastic properties of polyacrylic acid polymeric gels in mixed solvents, Abstract, Pharm. Res., 8, S-118 (Nov 1991) Washington, DC.

J.S. Chu, G.L. Amidon, N.D. Weiner and A.H. Goldberg, Mixture experimental design in the development of muco-adhesive gel formulation, Abstract, Pharm. Res., S-119 (Nov 1991) Washington, DC.

S.P. Schwendeman, G.L. Amidon and R.J. Levy, Modulatable drug release using iontophoresis through heterogeneous cation-exchange membranes, Abstract, Pharm. Res., S-141 (Nov 1991) Washington, DC.

S.P. Schwendeman, R.J. Levy, H.A. Murphy and G.L. Amidon, Influence of the silicone rubber matrix on the iontophoretic transport through heterogeneous cation-exchange membranes, Abstract, Pharm. Res., S-141 (Nov 1991) Washington, DC.

D-M Oh, R.L. Curl and G.L. Amidon, Effect of micronization on the extent of drug absorption from suspensions in humans, Abstract, Pharm. Res., S-170 (Nov 1991) Washington, DC.

D-M Oh, R.L. Curl and G.L. Amidon, Estimating the fraction dose absorbed from suspensions of poorly soluble compounds in humans, Abstract, Pharm. Res., S-171 (Nov 1991) Washington, DC.

J-H Guo, R.E. Robertson and G.L. Amidon, Investigating the factors affecting the mechanical and transport properties of aqueous latex films, Abstract, Pharm. Res., S-179 (Nov 1991) Washington DC.

J.R. Crison, G.D. Leesman, J.P. Skelly, V.P. Shah and G.L. Amidon, Dissolution of carbamazepine in a soybean oil/water emulsion, Abstract, Pharm. Res., S-183 (Nov 1991) Washington, DC.

K.M. Lee, G.L. Amidon and G.D. Leesman, Cimetidine oral absorption: effects of intestinal pH and gastric emptying in the fasted-state, Pharm.Res., S-252 (Nov 1991) Washington, DC.

S.Y. Lin, G.L. Amidon, N.D. Weiner and A.H. Goldberg, Effect of formulation variables on the rheology of anionic polymers in water, Abstract, Pharm. Res., S-191 (Nov 1991) Washington, DC.

H. Yuasa, G.L. Amidon and D. Fleisher, Kinetic characterization of aminocephalosporin uptake in intestinal brush-border membrane vesicles: quantitative correlation of vesicle data to perfusion data, Abstract, Pharm. Res., S-198 (Nov 1991) Washington, DC.

S. Yee and G.L. Amidon, Transport characterization of the ACE inhibitor enalapril in rabbit intestinal brush-border membrane vesicles, Abstract, Pharm. Res., S-198 (Nov 1991) Washington, DC.

G.D. Leesman, R.L. Oberle and G.L. Amidon, Use of error functions in characterizing gastric emptying in humans, Pharm. Res., S-254 (Nov 1991) Washington, DC.

J.P-F Bai and G.L. Amidon, The oral absorption of peptide prodrugs of α-methyldopa, Abstract, Pharm. Res., S-201 (Nov 1991) Washington DC.

J.P-F Bai and G.L. Amidon, The structural requiremens for the peptide transporter in the intestinal mucosal cell: the need for a C-terminal carboxyl group and the planar geometry of amide bond, Abstract, Pharm. Res., S-215 (Nov 1991) Washington, DC.

S-F Su and G.L. Amidon, Investigation of the oral absorption parameters and degradation profile of [D-ala1] peptide-T amide, Abstract, Pharm. Res., S-219 (Nov 1991) Washington, DC.

M. Asgharnejad, J.J. Tukker and G.L. Amidon, Analysis of the models for determining actual hydrodynamics or flow characteristics of the chronically isolated intestinal loops in rats, Abstract, Pharm. Res., S-219 (Nov 1991) Washington, DC.

M. Asgharnejad and G.L. Amidon, Characterization of the oral absorption of L-α-methyldopa and L-phenylalanine in chronically isolated intestinal loop in the rat: determination of membrane absorption parameters and comparison with the *in situ* perfusion method, Abstract, Pharm. Res., S-220 (Nov 1991) Washington, DC.

D-M Oh, P.J. Sinko and G.L. Amidon, Effect of drug-drug interaction on the extent and rate of oral absorption of carrier-mediated compounds in humans, Abstract, Pharm. Res., S-220 (Nov 1991) Washington, DC.

C-L Teng, H. Gallo-Torres and G.L. Amidon, Estimating the extent of oral absorption of bile acids in humans: a mathematical model, Astract, Pharm. Res., S-220 (Nov 1991) Washington, DC.

H. Yuasa, G.L. Amidon and D. Fleisher, Noncompetitive inhibition of intestinal cephradine uptake by enalapril: an enalapril specific inhibitory binding site on the peptide carrier, Abstract, Pharm. Res., S-221 (Nov 1991) Washington, DC.

P.J. Sinko, G.D. Leesman and G.L. Amidon, Predicting oral drug absorption and intestinal metabolism: theory and application to peptides and peptide analogs, Abstract, Pharm. Res., S-256 (Nov 1991) Washington, DC.

I. Tamai, H.J. Lee, B. Stewart and G.L. Amidon, Kinetic analysis of metabolic pathways of leucine enkephalin and its analogues by rabbit intestinal brush-border enzymes, Abstract, Pharm. Res., S270 (Nov 1991) Washington, D.C.

H.J. Lee and G.L. Amidon, Pharmacokinetics of [D-ala,d-leu]enkephalin after various oral and intravenous doses in rats, Abstract, Pharm. Res., S-271 (Nov 1991) Washington, D.C.

S.Y. Lin, G.L. Amidon, N.D. Weiner and A.H. Goldberg, Viscoelasticity of polymer and its implication in designing nasal delivery system, Abstract, Controlled Release Society Symposium (Jul 1992) Orlando, FL.

S.P. Schwendeman, G.L. Amidon, V. Labhasetwar and R.J. Levy, Modulated release of d-sotalol using iontophoresis through heterogeneous cation-exchange membranes, Abstract, Controlled Release Society Symposium (Jul 1992) Orlando, FL.

S. Yamashita and G.L. Amidon, New models for time dependent rate constant in oral drug absorption, Abstract, Sixth Japanese-American Conference on Pharmacokinetics and Biopharmaceutics (Aug 1992) Buffalo, NY.

H.J. Lee and G.L. Amidon, Biopharmaceutics and pharmacokinetics of peptides: I. [D-ala,D-leu-enkephalin, Abstract, Sixth Japanese-American Conference on Biopharmaceutics and Pharmacokinetics (Aug 1992) Buffalo, NY.

S. Yee, B.E. Bleske, P.L. Carver, M.J. Shea, P.L. Stetson and G.L. Amidon, Captopril pharmacokinetics in normal subjects, Abstract, Sixth Japanese-American Conference on Pharmacokinetics and Biopharmaceutics (Aug 1992) Buffalo, NY.

D-M Oh, G.L.Amidon and W. Sadee, Endogenous peptide transporter and exogenous proton/peptide cotransporter expressed in xenopus oocytes, Abstract, Pharm.Res., S-82 (Nov 1992) San Antonio, TX.

S.P. Schwendeman, G.L. Amidon and R.J. Levy, Modulated release of antiarrhythmics by iontophoresis through polymer membranes, Abstract, Pharm.Res., S-169 (Nov 1992) San Antonio, TX.

J.R. Crison and G.L. Amidon, The effect of particle size distribution on drug dissolution: a mathematical model for predicting dissolution and absorption of suspensions in the small intestine, Abstract, Pharm.Res., S-170 (Nov 1992) San Antonio, TX.
L.C. Kaus, G.L. Amidon and T.M. Ludden, Analysis of transit speed and its variation in the human small intestine, Abstract, Pharm.Res., S-173 (Nov 1992) San Antonio, TX.

S-F Su and G.L. Amidon, Investigation of the oral absorption parameters and degradation profile of cholecystokinin analogues, Abstract, Pharm.Res., S-175 (Nov 1992) San Antonio, TX.

D.M. Yu, G.L. Amidon, N.D. Weiner and A.H. Goldberg, The role of rheological properties in mucociliary transport by frog palate ciliated model, Abstract, Pharm.Res., S-181 (Nov 1992) San Antonio, TX.

J.E. Polli and G.L. Amidon, An ACSL program to simulate gastric emptying and GI transit: application to cholestyramine in vivo performance, Abstract, Pharm.Res., S-181 (Nov 1992) San Antonio, TX.

S.Y. Lin, D.M-S Yu, G.L. Amidon, N.D. Weiner and A.H. Goldberg, Intranasal delivery of a self-gelling meclizine formulation in dogs, Abstract, Pharm.Res., S-206 (Nov 1992) San Antonio, TX.

M. Asgharnejad and G.L. Amidon, Improved oral delivery via the peptide transporter: a dipeptide prodrug or L-α-methyldopa, Abstract, Pharm.Res., S-248 (Nov 1992) San Antonio, TX.

J.S. Sherman and G.L. Amidon, Intestinal/hepatic transport and metabolism issues for enkephalin analogues: model pentapeptide compounds with the potential for oral delivery, Abstract, Pharm.Res., S-290 (Nov 1992) San Antonio, TX.

S. Yamashita and G.L. Amidon, New models for time dependent rate constant in oral drug absorption, Abstract, Pharm.Res., S-310 (Nov 1992) San Antonio, TX.

G.D. Leesman and G.L. Amidon, The use of error functions in characterizing plasma level time curves: application to cimetidine, Abstract, Pharm.Res., S-310 (Nov 1992) San Antonio, TX.

M. Asgharnejad and G.L. Amidon, Analysis of a two phase absorption model: application to cimetidine, Abstract, Pharm.Res., S-310 (Nov 1992) San Antonio, TX.

S. Yamashita, H.J. Lee, Y. Hayashi, G. DeBrincat and G.L. Amidon, Investigation of the intestinal absorption mechanism of tetracyclines, Abstract, Pharm.Res., S-171 (Nov 1992) San Antonio, TX.

G.L. Amdion, Intestinal epithelial cell peptide transport: structure transport and improving oral peptide delivery, J.Cell.Biochem./Abst. Suppl., No. 17C, L302, 228 (Mar 1993), Taos, New Mexico.

J.E. Polli and G.L. Amidon, Biopharmaceutical rational for the low potency of cholestyramine: a dimensional analysis approach, Abstract, AAPS Midwest Regional Meeting (May 1993) Chicago, IL.

P. Langguth, H.P. Merkle and G.L. Amidon, Site-dependent intestinal metabolism and absorption of the pentapeptide metkephamid, Cont.Rel.Soc. Symp. (1993) Washington, D.D.

H.J. Lee and G.L. Amidon, Peptide oral delivery employing a selective enzyme inhibitor and a specific absorption site: I. [D-ala2, D-leu5] enkephalin, Abstract, International Symposium on Delivery of Protein Drugs--The Next 10 Years, FIP Conference (Sept 1993) Kyoto, Japan.

J.S. Sherman, D. Fleisher and G.L. Amidon, Intestinal Permeability of enkephalin analogs: the influence of induced water absorption on membrane permeability,  Abstract, Pharm.Res., S291 (Nov 1993) Lake Buena Vista, FL.

J.S. Sherman and G.L. Amidon, An investigation of the intestinal absorption of enkephalin analogs, Abstract, Pharm.Res., S291 (Nov 1993) Lake Buena Vista, FL.

T.I. Cook, G.L. Amidon and V.C.M. Yang, The use of polypeptides as controlled release implants: *in vitro* investigations, Abstract Pharm.Res., S-192 (Nov 1993) Lake Buena Vista, FL.

H.J. Lee and G.L. Amidon, The effects of the route of administration on biopharmaceutics and pharmacokinetics of peptides I; [D-ala$^2$,D-leu$^5$ ]enkephalin, Abstract, Pharm.Res., S-408 (Nov 1993) Lake Buena Vista, FL.

H.J. Lee and G.L. Amidon, Peptide oral delivery employing a selective enzyme inhibitor and a specific absorption site: I. [D-ala, D-leu]-enkephalin, Pharm. Res., S-184 (Nov. 1993) Lake Buena Vista, FL.

S-F Su, H.J. Lee and G.L. Amidon, A systemic bioavailability study of cholecystokinin-octapeptide in rats: characterization of targeted delivery, Abstract, Pharm.Res., S-291 (Nov 1993) Lake Buena Vista, FL.

H.J. Lee, J.S. Kim, G.L. Amidon, R. Chandrasekharan and N.D. Weiner, Effective delivery of salmon calcitonin employing a surfactant, liposome and a specific absorption site in rats, Abstract, Pharm.Res., S-291 (Nov 1993) Lake Buena Vista, FL.

S.Y. Lin, D. M-S Yu and G.L. Amidon, Intranasal gelling delivery systems: a viscoelasticity analysis of nasal residence time, Abstract, Pharm.Res., S-195 (Nov 1993) Lake Buena Vista, FL.

J.K. Rhie, G. DeBrincat, R.J. Wald, G.E. Amidon, L. Putcha and G.L. Amidon, Preliminary development of a noninvasive method to assess gastric emptying, Abstract, Pharm.Res., S-212 (Nov 1993) Lake Buena Vista, FL.

J.E. Polli and G.L. Amidon, Effect of degree of cross-linkage on bile acid sequenstrant activity, Abstract, Pharm.Res., S-263 (Nov 1993) Lake Buena Vista, FL.

J.E. Polli and G.L. Amidon, Mechanistic analysis of bile acid sequestrant performance: omplications for enhanced resin potency, Abstract, Pharm.Res., S-183 (Nov 1993) Lake Buena Vista, FL.

Y. Hayashi, I-D Lee and G.L. Amidon, Effects of gastrointestinal motility and pH variation on oral absorption of cimetidine in dogs, Abstract, Pharm.Res., S-371 (Nov 1993) Lake Buena Vista, FL.

I-D Lee, H. Lennernas, U. Fagerholm and G.L. Amidon, Study of hydrodynamic characteristics in human intestine applying residence time ditribution analysis, Abstract, Pharm.Res., S-370 (Nov 1993) Lake Buena Vista, FL.

I-D Lee, E. Lipka, Y.Hayashi, H. Lennernas and G.L. Amidon, Methodology for investigating effects of gastrointestinal motility, pH, and intestinal permeation on oral drug absorption, Abstract, Pharm.Res., S-370 (Nov 1993) Lake Buena Vista, FL.

E. Lipka, I-D Lee, P.Langguth, H. Spahn-Langguth, E. Mutschler and G.L. Amidon, The effect of gastric motility on the oral absorption of celiprolol in dogs, Abstract, Pharm.Res., S-370 (Nov 1993) Lake Buena Vista, FL.

J.R. Crison, V.P. Shah and G.L. Amidon, The in vitro-in vivo correlation of dissolution and bioavailability of four commercial carbamazepine products based on a macroscopic mass balance approach, Abstract, Pharm.Res., S-184 (Nov 1993) Lake Buena Vista, FL.

L.S. Welage, M.J. Shea, G.L. Amidon, B.E. Bleske, The influence of dosage forms on the pharmacokinetics of R and S propranolol, Abstract,  American College of Clinical Pharmacy Forum (Feb. 1994) San Diego, CA.

J.R. Crison and G.L. Amidon, Theoretical approach to controlled drug delivery of water insoluble drugs based on solubility and effective surface area, Controlled Release Society, Jun 27-Jul 1, 1994, Nice, France.

L.B. Sherman, J.r. Crison and G.L. Amidon, Optimization of the water permeability of cellulosic films and coatings, Controlled Release Society, Jun 27-Jul 1, 1994, Nice, France.

A.S. Fox, J.R. Crison, S.Y. Lin and G.L. Amidon, PVP-Based hydrogels for controlled drug delivery, Controlled Release Society, Jun 27-Jul 1, 1994, Nice, France.

J.r. Crison, S.Y. Lin, A.S. Fox and G.L. Amidon, Physical chemical properties effecting drug transport through poly(ethylene oxide) hydrogels, Controlled Release Society, Jun 27-Jul 1, 1994, Nice, France.

B.L. Davidson, M.A. Croyle, B.J. Roessler and G.L. Amidon, Pharmaceutical stabilization of adenoviral vectors, Controlled Release Society, Jun 27-Jul 1, 1994, Nice, France.

Y. Taki, SD. Yamashita, T. Sakane, T. Nadal, H. Sezaki, P. Langguth and G.L. Amidon, Gastrointestinal absorption of metkephamid quantitative evaluation of degradation and permeation Controlled Release Society, Jun 27-Jul 1, 1994, Nice, France.