J.E. Polli and G.L. Amidon, Comparative analysis of cholestyramine resin and colestipol hydrochloride biopharmaceutics, Pharm.Res., S228 (Nov 1994) San Diego, CA.

N. Takamatsu and G.L. Amidon, Dissolution of piroxicam from the rotating disk, Pharm.Res., S-242 (Nov. 1994) San Diego, CA.

M.L. Vieira, G.L. Amidon and V.P. Shah, Dissolution of griseofulvin into surfactant solutions, Pharm. Res., S-242 (Nov. 1994) San Diego, CA.

E. Lipka, H. Spahn-Langguth, E. Mutschler and G.L. Amidon, The impact of intestinal permeability on the nonlinear pharmacokinetics of celiprolol in conscious dogs, Pharm.Res., S-258 (Nov. 1994) San Diego, CA.

H.J. Lee, G.L. Amidon and S.Y. Choe, Absorption behavior of quinolone analogs in rat intestine, Pharm.Res., S-260 (Nov. 1994) San Diego, CA.

O-N Kim and G.L. Amidon, Intestinal wall permeabillity study of ranitidine in dogs, Pharm.Res., S-261 (Nov. 1994) San Diego, CA.

E. Lipka, H. Spahn-Langguth, E. Mutschler and G.L. Amidon, Correlation between fraction dose absorbed in humans and intestinal permeability obtained in dogs and rats, Pharm.Res., S-261 (Nov. 1994) San Diego, CA.

S.Y. Lin, J.R. Crison and G.L. Amidon, Transport properties of peptides in hydrogels: cyclic vs linear, Pharm.Res., S-261 (Nov. 1994) San Diego, CA.

F. Zhang and G.L. Amidon, *In vitro* comparative studies of resin-bile salt binding and preliminary development of *in vivo* hamster model for resin therapy, Pharm.Res., S-272 (Nov. 1994) San Diego, CA.

H. Kim, H.J. Lee, S. Yee and G.L. Amidon, Intestinal absorption and metabolic stability in various tissues for endothelin receptor antagonists: implications in effective oral delivery, Pharm.Res., S-303 (Nov. 1994) San Diego, CA.

J.K. Rhie, Y. Hayashi, L.S. Welage, J.L. Barnett, R.J. Wald, G.E. Amidon, L. Putcha and G.L. Amidon, The effect of meal viscosity on the gastric emptying of 0.71 mm caffeine and 3.6 mm acetaminophen enteric coated pellets in humans, Pharm.Res., S-303 (Nov. 1994) San Diego, CA.

H.J. Lee and G.L. Amidon, Effective oral delivery of salmon calcitonin employing a surfactant, enzyme inhibitor, and a specific absorption site in dogs, Pharm. Res., S-304 (Nov. 1994) San Diego, CA.

J.R. Crison and G.L. Amidon, The effect of small and large intestinal transit time variability on drug absorption and *in vitro in vivo* correlations, Pharm.Res., S-310 (Nov. 1994) San Diego, CA.

T.J. Cook, G.L. Amidon and V.C.M. Yang, Protein release from poly(amino acid) microspheres, Pharm.Res., S-323 (Nov. 1994) San Diego, CA.

Y. Hayashi, E. Lipka and G.L. Amidon, Pharmacokinetic analysis of cimetidine plasma concentration data in dogs using a two phase absorption mode, Pharm.Res., S-420 (Nov. 1994) San Diego, CA.

N. Takamatsu, H. Lennernas, L.S. Welage and G.L. Amidon, Intestinal permeability of piroxicam in humans, Pharm.Res., S-447 (Nov. 1994) San Diego, CA.

J.J. Frens, J.K. Rhie, L.S. Welage, Y. Hayashi and G.L. Amidon, Determination of size differentiated gastric emptying based on drug levels in plasma, 29th Annual ASHP Midyear Clinical Meeting (Dec. 1994) Miami Beach, FL.

S.R. McCreadie, L.S. Welage, N. Takamatsu and G.L. Amidon, Permeability of piroxicam in healthy volunteers, 29th Annual ASHP Midyear Clinical Meeting (Dec. 1994) Miami Beach, FL.

L.S. Welage, N. Takamatsu, H. Lennernas and G.L. Amidon, Assessment of the intestinal permeability of drugs with different transport routes of absorption using a novel technique, Abstract, Pharmacotherapy 15, 111 (1995), American College of Clinical Pharmacy Forum (Feb. 1995) Orlando, FL.

J.R. Crison, P.R. Siersma, M.D. Taylor and G.L. Amidon, Programmable oral release technology, PORT Systems®: A novel dosage form for time and site specific oral drug delivery, Pro .Intl.Symp.Controlled Release Bioact.Mat., 22, 278 (Jul 1995) Seattle, WA.

J.R. Crison, P.R. Siersma, M.E. Schiller, E.S. Ron and G.L. Amidon, Release of ibuprofen, acetaminophen and phenyl propanoloamine from pH engineered response hydrogels, Proc. Intl. Symp. Controlled Rel. Bioact. Mat., 22, 354 (Jul 1995) Seattle, WA.

E. Lipka, L.Yu, D. Liu, J.R. Crison and G.L. Amidon, Evaluation of the intestinal permeabilities of β-blocker drugs and their potential for oral controlled release, Proc. Intl.Symp.Controlled Release Bioact.Mat., 22, 366 (Jul 1995) Seattle, WA.

L.X. Yu, J.R. Crison and G.L. Amidon, A strategic approach for predicting oral drug absorption in humans, Pharm.Res., 12, S-8 (Nov. 1995) Miami Beach, FL.

M.L. Vieira, G.L. Amidon, V.P. Shah and L. Lesko, Intrinsic dissolution of griseofulvin in various surfactant solutions, Pharm.Res., 12, S-203 (Nov. 1995) Miami Beach, FL.

M.L. Vieira, G.L. Amidon, V.P. Shah and L. Lesko, Dissolution of griseofulvin in safflower oil/water emulsions, Pharm.Res., 12, S-204 (Nov. 1995) Miami Beach, FL.

F. Zhang, R.S. Newton, V.P. Shah, L.J. Lesko, and G.L. Amidon, In vivo and in vitro characterization of colestipol binding to bile salts in syrian hamsters, Pharm.Res., 12, S-205 (Nov. 1995) Miami Beach, FL.

M.P. Desai, V. Labhasetwar, C. Song, X. Qu, G.L. Amidon and R.J. Levy, Uptake of microparticles by gut associated lymphoid tissue, Pharm.Res., 12, S-233 (Nov. 1995) Miami Beach, FL.

J.M. Hilfinger, B.J. Roessler, B.L. Davidson, E. Walter and G.L. Amidon, Stability and formulation of recombinant adenoviruses for oral dellivery, Pharm.Res., 12, S-239 (Nov. 1995) Miami Beach, FL.

J. Sherman, N. Petousis, M. Taylor, H. Mosberg, D. Fleisher and G.L. Amidon, Partitioning characteristics of cyclic and linear penta-peptide compounds, Pharm.Res., 12, S-242 (Nov. 1995) Miami Beach, FL.

E. Walter, M.A. Croyle, B.L. Davidson, B.J. Roessler, J.M. Hilfinger and G.L. Amidon, Caco-2 cells as an in vitro model for adenoviral gene transfer to the gut epithelium, Pharm.Res., 12, S-245 (Nov. 1955) Miami Beach, FL.

M.A. Croyle, B.J. Roessler, B.L. Davidson, J.M. Hilfinger and G.L. Amidon, Stability of lyophilized adenoviral vectors, Pharm.Res., 12, S-266 (Nov. 1995) Miami Beach, FL.

H.Lennernas, L. Knutson, T. Knutson, L. Lesko, T. Salmonson and G.L. Amidon, Human effective permeability data for atenolol, metoprolol and carbamazepine to be used in the proposed biopharmaceutical classification for IR-products, Pharm.Res., 12, S-295 (Nov. 1995) Miami Beach, FL.

O-N Kim, R. Yamamoto, L.S. Welage, L.J. Lesko and G.L. Amidon, Correlation between rat, dog and human small intestinal permeabilities of ranitidine, Pharm.Res., 12, S-298 (Nov. 1995) Miami Beach, FL.

J.K. Rhie, Y. Hayashi, L.S. Welage, J.L. Barnett, R.J. Wald, G.E. Amidon, L. Putcha and G.L. Amidon, Evaluation of a novel non-invasive method to assess size differentiated gastric emptying in humans, Pharm.Res., 12, S-299 (Nov. 1995) Miami Beach, FL.

M. Murakami, L. Lesko and G.L. Amidon, Permeability methodology for water insoluble drugs, Pharm.res., 12, S-299 (Nov. 1995) Miami Beach, FL.

N. Takamatsu, L.S. Welage, Y. Hayashi, D-Y Liu, J. Barnett, H. Lennernas, L. Lesko and G.L. Amidon, Intestinal permeability of cimetidine in humans, Pharm.Res., 12, S-299 (Nov. 1995) Miami Beach, FL.

Y-Y Chiu, M. Murakami and G.L. Amidon, Intestinal transport properties of cyclosporin A (CyA), Pharm.Res., 12, S-299 (Nov. 1995) Miami Beach, FL.

J.R. Crison and G.L. Amidon, Bioavailability variability of water insoluble drugs: GI transit time and particle size and size distribution effects, Pharm.Res., 12, S-309 (Nov. 1995) Miami Beach, FL.

H. Axelrod, S. Walker, P. Venkatesan, J.S. Kim, M. Sofia, R. Kakarla, T.Y. Chan, G.L. Amidon, E. Lipka, S. Choe, S. Babu and D. Kahne, Oral bioavailability of gentamicin is increased by using a transphore, Pharm.Res., 12, S-311 (Nov. 1995) Miami Beach, FL.

E. Lipka, H. Lennernas and G.L. Amidon, interspecies correlation of permeability estimates: the feasibility of animal data for predicting oral absorption in humans, Pharm.Res., 12, S-311 (Nov. 1995) Miami Beach, FL.

G.L. Amidon, N.M. Idkaidek, N.M. Najib and M.M. Hassan, Determination of the population pharmacokinetic (pK) parameters of diclofenac sodium by simultaneous data fitting of the sustained release and the immediate release oral formulations using non-mem, Pharm.Res., 12, S-363 (Nov. 1995) Miami Beach, FL.

L.X. Yu, J.R. Crison and G.L. Amidon, Saturable small intestinal drug absorption in humans: modeling and interpretation of cefathrizine data, Pharm.Res., 12, S-367 (Nov. 1995) Miami Beach, FL.

C-L Cheng, D.E. Smith, S.R. Cox, P.B. Watkins, D.S. Blake, P.L. Carver, C.A. Kauffman, K. Meyer, G.L. Amidon and P.L. Stetson, Correlation between ermbt and oral exposure to delavirdine mesylate in HIV-positive patients, Pharm.Res., 12, S-374 (Nov. 1995) Miami Beach, FL.

J.E. Polli, L.L. Augsburger, V.P. Shah, L.J. Lesko and G.L. Amidon, Application of a mechanistic, model-dependent analysis of in vitro in vivo correlation (IVIVC) to piroxicam capsules, Pharm.Res., 12, S-375 (Nov. 1995) Miami Beach, FL.

H. Lennernas, L. Knutson, T. Knutson, L. Lesko, T. Salmonson and G.L. Amidon, Human effective permeability data for atenolol, metoprolol and carbamazepine to be used in the proposed biopharmaceuticalclassification for IR-products, Pharm.Res., 12, S-295 (Nov. 1995) Miami Beach, FL.

80

H. Lennernas, L. Knutson, T. Knutson, L. Lesko, T. Salmonson and G.L. Amidon, Human effective permeability data for furosemide, hydrochlorthiazdie, ketoprofen and naproxen to be used in the proposed biopharmaceutical classification for IR-products, Pharm.Res., 12 S-396 (Nov. 1995) Miami Beach, FL.

N. Takamatsu, R. Yamamoto, Y. Hayashi, L.S. Welage, J. Barnett, L. Lesko and G.L. Amidon, Effect of gastrointestinal pH and motility on the oral absorption of cimetidine in humans, Pharm.Res., 12, S-422 (Nov. 1995) Miami Beach, FL.

J.R. Crison, P.R. Siersma and G.L. Amidon, A novel programmable oral release technology for delivering drugs: human feasibility testing using gamma scintigraphy, Control Release Society Symposium (July 1996) Kyoto, Japan.

E. Lipka, J.S. Kim, C.A. Siersma, J.r. Crison and G.L. Amidon, Drug delivery uitilizing a novel programmable oral release technology: in vivo in vitro correlation of release times, Controlled Release Society Symposium (July 1996) Kyoto, Japan

J.M. Hilfinger, Y. Tsume, S. Beer, B. Davidson, J.R. Crison and G.L. Amidon, Extended release of recombinant adenovirus from PLGA microspheres, Controlled Release Symposium (July 1996) Kyoto, Japan.

K. Sakon and G.L. Amidon, Intestinal metabolism and absorption of fibrin-anti-polymerant peptide, gly-pro-arg, Controlled Release Symposium (July 1996) Kyoto, Japan.

C-L Cheng, D.E. Smith, S.R. Cox, P.B. Watkins, D.S. Blake, P.L. Carver, C.A. Kauffman, K. Meyer, G.L. Amidon and P.L. Statson, Steady-state (SS) pharmacokinetics (PK) of Delavirdine (DLV) in HIV+ patients: in vivo effect of DLV on the erythromycin breah test (ERMBT), 36th ICAAC Meeting (Sept 1996), New Orleans, LA.

S.Y. Choe, E. Lipka, L. Yu, J.R. Crison and G.L. Amidon, Optimization of dosage form release parameters based on pharmacokinetic and gastrointestinal transit time considerations, AAPS Pharm.Res., 13, S-292 (Oct. 1996) Seattle, WA.

M.A. Croyle, E. Walter, J.M. Hilfinger, B.J. Roessler and G.L. Amidon, Role of $\alpha_v$ integrins in adenoviral-mediated gene delivery to the intestinal epithelium, Pharm.Res., 13, S-387 (Oct 1996) Seattle, WA.

P. Markland, G.L. Amidon and V.C. Yang, Modified poly(amides) as drug delivery matrices: effects of hydrophilicity and structure on drug release, Pharm.Res., 13, S-294 (Oct 1996) Seattle, WA.

J.K. Rhie, Y. Hayashi, L.S. Welage, R.J. Wald, J.L. Barnett, G.E. Amidon, L. Putcha and G.L. Amidon, Size differentiated gastric emptying assessment in humans with the noninvasive pellet gastric emptying (PGE) test, Pharm.Res., 13, S283 (Oct 1996) Seattle, WA.

M.P. Desai, V. Labhasetwar, E. Walter, R.J. Levy and G.L. Amidon, Comparative uptake of biodegradable microparticles in vitro by CACO-2 cells and in situ by rat intestine, Pharm.Res., 13, S-236 (Oct 1996) Seattle, WA.

M.P. Desai, V. Labhasetawr, J. Hilfinger, Y. Tsume, J.R. Crison, G.L. Amidon and R.J. Levy, Rabbit as a model for oral immunization using an enteric capsule, Pharm.Res., 13, S-322 (Oct 1996) Seattle, WA.

H. Han and G.L. Amidon, Intestinal absorption of valacyclovir, a novel prodrug of acyclovir, in the rat jejunum, Pharm.Res.,13, S-246 (Oct 1996) Seattle, WA.

Y-Y Chiu and G.L. Amidon, P-glycoprotein (P-GP) effect to cyclosporin A (CsA) transport in the CACO-2 system, Pharm.Res., 13, S-239 (Oct 1996) Seattle, WA.

M. C-P Hsu, L.S. Welage and G.L. Amidon, Validation of a modified HPLC method for the quantitation of caffeine metabolites in human urine, Pharm.Res., 13, S-173 (Oct 1996) Seattle, WA.

J.R. Crison, M.L. Vieira, V.P. Shah, L.J. Lesko and G.L. Amidon, Variability in the dissolution of water insoluble drugs under simulated fed and fasted conditions with application to establishing *in vivo-in vitro* corelations, Pharm.Res., 13, S-332 (Oct 1996) Seattle, WA.

J.R. Crison, P.R. Siersma, G.L. Amidon, E.P. Sandefer, W.J. Doll, R.C. Page, G.A. Digenis, Scintigraphic comparison of the fed and fasted state on the delivery and GI transit of a time-release dosage form, Pharm.Res.,13, S-321 (Oct 1996) Seattle, WA.

J.A. Gibbons, E. Lipka, C.A. Siersma, J.R. Crison, R.A. Braeckman and G.L. Amidon, Absorption of drugs into prehepatic blood: correlation between *in situ* absorption and effective permeabilities in humans, Pharm.Res., 13, S-416 (Oct 1996), Seattle, WA.

K-M Covitz, E. Walter, G.L. Amidon and W. Sadee, Development and characterization of a cell line stably transfected with the human dipeptide transporter hPEPT1, Pharm.Res., 13, S-244 (Oct 1996) Seattle, WA.

C. Hilgendorf, S. Doppenschmitt, H. Spahn-Langguth, E. Lipka, M.A. Croyle, G.L. Amidon and P. Langguth, Intestinal transport studies with talinolol enantiomers: comparison of Caco-2 and Caco-2/HT29-MTS co-cultered cell lines, 6th European ISSX Meeting, Jun 30-Jul 3, 1997, Gothenburg, Sweden.

A. Ezra, A. Hoffman, E. Breuer, G. Weiss, E. Lipka, G.L. Amidon and G. Golomb, Peptidyl prodrugs for improved oral absorption, Proc.Intl.Symp.CRS, 24, 243 (1997).

E. Lipka, J.M. Hilfinger, C.A. Siersma, Y. Tsume, J.R. Crison, R.E. Ridgewell and G.L. Amidon, Evaluation of imiquimod and analogs with respect to their oral delivery potential, Proc. Intl. Symp. CRS, 24, 337 (1997).

J.K. Rhie, K-M. Y. Covitz, W. Sadee and G.L. Amidon, Uptake of peptidomimetics in CHO-PEPT1 transfected cells, Proc.Intl.Symp.CRS, 24, 389 (1997).

M.A. Croyle, B.J. Roessler and G.L.Amidon, Beta cyclodextrins enhance gene delivery to the intestine, Proc.Intl.Symp.CRS, 24, 675(1997).

J.M. Hilfinger, E.M. Zimmermann, B.J. Roessler and G.L. Amidon, Oral adenovirus for treatment of inflammatory bowel disease, Proc.Intl.Symp. CRS, 24, 681 (1997).

G.L. Amidon, Peptide transporter based prodrug design: opportunities for improving the permeability of a polar drug, <u>Die Pharmazie</u>, Suppl. 1, S8 (1997).

K-M.Covitz, G.L.Amidon and W. Sadee, Membrane topology and subcellular localization of the human dipeptide transporter, PEPT1, 4th Meeting on Peptide and Protein Drugs, ETH Zurich, Oct 2, 1997, Zurich, Switzerland.

M.C.P. Hsu, J.M. Hilfinger and G.L. Amidon, Overexpression of human intestinal oligopeptide transporter in rat and human intestinal epithelial cell lines via adenoviral, Pharm.Res., 14, S-23 (Nov 1997) Boston, MA.

K-M.Y. Covitz, G.L. Amidon and W. Sadee, A topological study of human dipeptide transporter, PEPT1, Pharm.Res., 14 S-222 (Nov 1997) Boston, MA.

P. Markland, N.A. Nguyen, A.M. Miles, V.C. Yang and G.L. Amidon, Synthesis and characterizaion of novel poly(amino acid) pH-responsive hydrogels, Pharm.Res., 14, S-292 (Nov 1997) Boston, MA.

M.A. Croyle, B.J. Roessler and G.L. Amidon, Assessment of viral vectors for efficient gene delivery to the intestine, Pharm.Res., 14, S-347 (Nov 1997) Boston, MA.

J.R. Crison, M.L. Vieira and G.L. Amidon, Solubility vs Dissolution rate limited absorption of poorly soluble drugs: effect of particle size and size distribution for drugs of varying solubility, Pharm.Res., 14, S-527 (Nov 1997) Boston, MA.

L.C. Kaus, W.R. Gillespie, A.S. Hussain and G.L. Amidon, The effect of in vivo dissolution and gastric emptying rate on the peak concentration of drugs with different gastrointestinal permeabilities, Pharm.Res., 14, S-528 (Nov 1997) Boston, MA.

D-M Oh, L. Kaus, A.S. Hussain and G.L. Amidon, Influence of gastric emptying variation on plasma peak concentration variation for a high solubility and high permeability drug, Pharm.Res., 14, S-528 (Nov 1997) Boston, MA.

H-K. Han, J.K. Rhie and G.L. Amidon, Amino acid ester prodrugs of nucleoside antiviral agents: intestinal absorption mechanism and in vitro reconversion, Pharm.Res., 14, S-649 (Nov 1997) Boston, MA.

J.Rose, T. Gilman, J. Wu, G.L. Amidon and M.B. Bolger, Development and validation of an advanced compartmental absorption and transit model—GASTROPLUSTM, AAPS Western Reg. Mtg. (1998).

K-M Y. Covitz, D.E. Gonzalez, R.J. Mrsny, G.L. Amidon, R. Warren and W. Sadee, Expression of human dipeptide transporter, PEPT1 in human carcinoma cell lines and malignant tissues, AAPS Western Regional Meeting, April 1998.

H-k Han and G.L. Amidon. Targeted prodrug strategy using amino acid esters to improve oral drug delivery, GPEN 98, Zurich, Switzerland

J.R. Crison, E. Lipka and G.L. Amidon, Effect of release rate and permeability on fraction dose absorbed of a highly soluble drug in the ascending colon, Proc.Intl.Symp.CRS, 25, 471 (1998).

H.Lennernas, L. Knutson, A. Hussain, L. Lesko, T. Salmonson and G.L. Amidon, Human jejunal permeabilities of lisinopril and losartan, PharmSci., 1, S-8 (Nov 1998).

H.Lennernas, L.Knutson, A. Hussain, L. Lesko, T. Salmonson and G.L. Amidon, Amiloride does not affect the effective human jejunum permeability of amoxicillin, PharmSci., 1, S-12 (Nov 1998).

P. Markland, U. Zhang, G.L. Amidon and V. Yang, Release of macromolecular drugs from a pH-sensitive polypeptide hydrogel containing poly(glutamic acid) and poly(ethylene glycol), PharmSci., 1, S-415 (Nov 1998).

C-P Hsu, E. Walter, H.P. Merkle, B. Rothen-Rutishauser, M. Gunthert, H. Wunderli-Allenspach, J M Hilfinger and G.L. Amidon, PharmSci., 1, S-437 (Nov 1998).

H-k Han, D-M Oh and G.L. Amidon, Characterization of cellular uptake and hydrolysis of amino acid ester prodrugs in a human colon carcinoma cell line, PharmSci, 1, S-439 (Nov 1998).

Y-Y Chiu, B.L. Neudeck, L.S. Welage, J. Barnett, P.B. Watkins, E. Lipka and G.L. Amidon, Intestinal permeability of cyclosporine A (CsA) in humans, PharmSci., 1, S-448 (Nov 1998).

K-M Covitz, D.E. Gonzalez, R.J. Mrsny, G.L. Amidon, R. Warren and W. Sadee, Expression of human dipeptide transporter, PEPT1 in human carcinoma cell lines and malignant tissues, PharmSci., 1, S-456 (Nov 1998).

Rose, T.M. Gilman, J.Q. Wu, G.L. Amidon, W.S. Woltosz and M.B. Bolger, Development and validation of an advanced compartmental absorption and transit model--GASTROPLUS™, PharmSci., 1, S-457 (Nov 1998).

S.Y. Choe, B.Neudeck, J. Barnett, L.S. Welage and G.L. Amidon, Validation of the size differentiated pellet gastric emptying test (PGET) in human under different gastric conditions, PharmSci., 1, S-489 (Nov 1998).

Loebenberg, D-M Oh, J. Crison, J.S. Kim and G.L. Amidon, In vitro/in vivo correlation of a two pulse dosage form in dogs, PharmSci., 1, S-491 (Nov 1998).

Junichi Jinno, D-M Oh and G.L. Amidon, Effects of pH and surfactant on the dissolution of an ionizable water insoluble drug, PharmSci., 1, S-492 (Nov 1998).

E. Lipka, J-S Kim, C.A. Siersma, S. Chattaraj, J.R. Crison and G.L. Amidon, *In vitro in vivo* correlation of a pulsatile release delivery system for pseudoephedrine in the dog, PharmSci., 1, S-495 (Nov 1998).

T.M. Gilman, J.W. Wu, J. Rose, G.L. Amidon, W.S. Woltosz and M.B. Bolger, Quantitative molecular permeability relationships (QMPR) for predicting human jejunal effective permeability ($P_{eff}$) of drugs by nonlinear partial least squares regression, PharmSci., 1, S-547 (Nov 1998).

L.S. Welage, G.L. Amidon, J. Rhie, B.L. Neudeck, S. Choe, A noninvasive test for gastric emptying and intestinal absorption, First Biennial Space Biomedical Investigators' Workshop, Jan 11-13, 1999, League City, TX.

X-Y Chu, D-M Oh, MCP Hsu, H-K Han and G.L. Amidon, Prodrug oral delivery: hydrolysis of D and L-valacyclovir in CACO-2 and Hela cells, Cont.Rel.Soc., June 1999 (Boston, MA).

S.Y. Choe, K. Higaki, S. Yamashita and G.L. Ammidon, Evaluation of time-dependent drug absorption analysis after oral administration of propranolo, cimetidine and caffeine, AAPS National Meeting, Nov. 1999 (New Orleans, LA).

X-Y Chu, D-M Oh, C-P Hsu, K. Higaki, and G.L. Amidon, Correlation between cephalexin permeability and expression of intestinal oligopeptide transporter in CACO-2 cells and rat jejunum, AAPS National Meeting, Nov. 1999 (New Orleans, LA).

R.Lobenberg, J-S Kim, J. Crison and G.L. Amidon, Effect of food on the pulsatile delivery of metoprolol, AAPS National Meeting, Nov. 1999 (New Orleans, LA).

C.A. Siersma, J-S Kim, L. Clark, J. Walton and G.L. Amidon, Evaluation of a rank order of the permeability ratios of various compounds for categorization into the biopharmaceutics classification system, AAPS National Meeting, Nov. 1999 (New Orleans, LA).

M.L. Vieira, J.R. Crison and G.L. Amidon, Diffusional boundary layer characteristics of small spherical particles under stirred and static conditions with application for setting dissolution apparatus specifications, AAPS National Meeting, Nov. 1999 (New Orleans, LA).

X-Y Chu, K. Higaki, G.P. Sanchez-Castano, D-M Oh, Y-Y Chiu and G.L. Amidon, Correlation between cephalexin permeability and expression of intestinal oligopeptide transporter in CACO-2 cells, rats and humans, Millinum World Congress 2000, Apr. 2000 (San Francisco, CA).

R. Loebenberg, JS Kim, J. Crison and G.L. Amidon, Controlled release of metoprolol: influence of motility and food, Cntrolled Release Society Meeting, July 2000, Paris, France.

G. Saito , G.L. Amidon, K. Lee, Enhancement of gene delivery by listeriolysin O reversibly conjugated to protamine-plasmid DNA complex, 2000 AAPS Annual Meeting, Oct 29-Nov 2,2000, Indianapolis, IN.

D. Sun, X. Chu, R. Wallsten, D. Fleisher and G.L. Amidon, Drug absorption and hPepT1 localization using hPepT1-GFP fusion protein, 2000 AAPS Annual Meeting, Oct 29-Nov 2, 2000, Indianapolis, IN.

N. Nguyen, J. Liang, V.C.M.Yang and G.L. Amidon, Characterization of antisense oligonucleotide-starburst poy amido amine (PAMAM) dendrimers complexes, 2000 AAPS Annual Meeting, Oct 29-Nov 2, 2000, Indianapolis, IN.

Y. Tsume, J.M. Hilfinger, C.A. Siersma, J. Kim and G.L. Amidon, An oral controlled release system for small animals: in vivo testing of the PORT System™ capsule, 2000 AAPS Annual Meeting, Ov 29-Nov 2, 2000, Indianapolis, IN.

N.A. Kasim, J.R. Crison, M.L. Vieira, A.H. Nada, Y.E. Hammouda, A. Hussain and G.L. Amidon, Ex vivo solubilization of ketoprofen, carbamazepine and griseofulvin in dog gastric and jejunal fluids and comparison to in vitro solubilization in aqueous solutions of sodium lauryl sulfate, 2000 AAPS Annual Meeting, Oct 29-Nov 2, 2000, Indianapolis, IN.

J. Panyam, M.L. Dali, G.L. Amidon, R.J. Levy, V. Labhasetwar, Degradation characteristics of PLGA nano- and microparticles: effect of particle size, 2000 AAPS Annual Meeting, Oct 29-Nov 2, 2000, Indianapolis, IN.

X-Y Chu, S. Kim, D-M Oh, I. Kim and G.L. Amidon, Purification and characterization of an enzyme in Caco-2 cells that hydrolyses valacyclovir, the L-valyl ester prodrug of acyclovir, Pharmaceutica Congress of the Americas, Mar 2001, Florida.

D.Sun, C. Landowski, L. Welage, B.L. Neudeck, D. Foster, C-P Hsu,K. Higaki, D. Fleisher and G.L. Amidon, Application of intestinal transporter expression and in vitro/in vivo intestinal drug permeability correlation, Controlled Release Society, June 2001, California.

X-Y Chu, I.Kim, S. Kim, K-D Lee and G.L. Amidon, Purification and characterization of the enzyme that hydrolyzes valacyclovir, the L-valyl ester prodrug of acyclovir in Caco-2 cells, 2001 AAPS Annual Meeting, Oct 22-25, 2001, Denver, CO.

S.S. Menon, S.Y. Choe, L.S. Welage and G.L. Amidon, Time-dependent drug absorption models: a mechanistic approach, 2001 AAPS Annual Meeting, Oct 22-25, 2001, Denver, CO.

Y. Shima and G.L. Amidon, Cloning and characterization of new proton dependent peptide transporter hPEPT1 splicing variant, 2001 AAPS Annual Meeting, Oct 22-25, 2001, Denver, CO.

85

D. Sun, H. Lennernas, L.S. Welage, J.L. Barnett, C.P. Landowski, D. Foster, D. Fleisher, K-D Lee and G.L. Amidon, *In vivo/in vitro* intestinal drug permeability correlation and implication of intestinal transporter expression by genechip analysis, 2001 AAPS Annual Meeting, Oct 22-25, 2001, Denver, CO.

L.Y. Li, J.S. Kim, G.L. Amidon, T. Heimbach and D. Fleisher, Intracellular metabolism enhances jejunal absorption while p-glycoprotein limits ileal permeability of indinavir, 2001 AAPS Annual Meeting, Oct 22-25, 2001, Denver, CO.

J.S. Kim, S. Tyler, C.A. Siersma, A.N. NguyenPho, J.M. Hilfinger and G.L. Amidon, Biopharmaceutical characterization of dietary supplements, 2001 AAPS Annual Meeting, Oct 22-25, 2001, Denver, CO.

C. Siersma, J.S.Kim, S. Tyler, J.Hilfinger and G.L. Amidon, Development of a novel *in situ* recirculated perfusion method in the rat model for permeability determination, 2001 AAPS Annual Meeting, Oct 22-25, 2001, Denver, CO.

D. Sun, D. Fleisher, H.D. Humes, K.D. Lee and G.L. Amidon, Regional and diet dependent of drug absorption and gene expression by genechip analysis in rat, CRS Meeting, Aug 20-25, 2002, Seoul, Korea (received the CRS Graduate Student Paper Award).

I. Kim, X. Chu, K-D Lee and G.L. Amidon, Prodrug targeting using hydrolases: biphenyl hydrolase-like (BPHL) hydrolyzes valacyclovir, an ester prodrug of acyclovir, CRS Meeting, Aug 20-25, 2002, Seoul, Korea.

S.Mittal, B.S. Vig, C.P. Landowski, H-C Shin, G. Rosania and G.L. Amidon, Bioinformatic tools for identification of potential prodrug converting enzymes purpose, AAPSPharmSci, 4, Abstract Annual Meeting, Nov 10-14, 2002, Toronto, Canada.

H. Valizadeh, J.M. Hilfinger, J.S. Kim, J. Walton, H.Wei, G.L. Amidon and R. Loebenberg, Estimation of oral drug absorption by means of in vitro studies—simulation of performance of glyburide using individual pharmacokinetic data, AAPSPharmSci., 4, Abstract Annual Meeting, Nov 10-14, 2002, Toronto, Canada.

N.A. Kasim, A. Nada, Y.E. Hammouda and G.L. Amidon, The effect of gastric motility on the oral pharmacokinetics of atenolol in dogs, AAPSPharmSci., 4, Absttract Annual Meeting, Nov 10-14, 2002, Toronto, Canada.

C.P. Landowski, D. Sun, S.S. Menon, C. Ramachandran, J.L. Barnett, D.R. Foster, L.S. Welage and G.L. Amidon, Gene expression in the human intestine and correlation with oral valacyclovir pharmacokinetic parameters, AAPSPharmSci., 4, Abstract Annual Meeting, Nov 10-14, 2002, Toronto, Canada.

I. Kim, B.S. Vig, H.I. Mosberg and G.L. Amidon, Targeted prodrug strategy using a prodrug activating enzyme, AAPSPharmSci., 4, Abstract Annual Meeting, Nov 10-14, 2002, Toronto, Canada.

I. Kim, X. Chu, C.J. P{rovoda, K-D Lee and G.L. Amidon, Identification and characterization of a prodrug activating enzyme: Bphl (biphenyl hydrolase-like) hydrolyzes valacyclovir, AAPS PharmSci., 4, Abstract Annual Meeting, Nov 10-14, 2002, Toronto, Canada.

B. Vig, C.P. Landowski, H.I. Mosberg and G.L. Amidon, Novel prodrugs of the anticancer agent floxuridine as substrates for the hPEPT1 transporter, AAPSPharmSci., 4, Abstract Annual Meeting, Nov 10-14, 2002, Toronto, Canada.

S. Menon, C. Ramachandran, D.R. Foster, L.S. Welage, J.L. Barnett and G.L. Amidon, Time-dependent oral drug absorption models: a mechanistic approach for valacyclovir, AAPSPharmSci., 4, Abstract Annual Meeting, Nov 10-14, 2002, Toronto, Canada.

C.P. Landowski, D. Sun and G.L. Amidon, Comparison of transporter, channel, and metabolizing enzyme expression in CACO-2 cells and human intestinal segments, Molecular Biopharmaceutics: A New Era in Drug Absorption, Transport and Delivery, Jan 23-24, 2003, Waikiki, Hawaii.

H-C Shin, C.P. Landowski, D.Sun and G.L. Amidon, Molecular cloning and substrate recognition of the sodium dependent nucleoside transporter HCNT2 from human intestine, Molecular Biopharmaceutics: A New Era in Drug Absorption, Transport and Delivery, Jan 23-24, 2003, Waikiki, Hawaii.

S.S. Menon, R. Chandrashekaran, D.R. Foster, L.S. Welage, J.L. Barnett and G.L. Amidon, Mechanistic approach to time-dependent oral drug absorption models, Molecular Biopharmaceutics: A New Era in Drug Absorption, Transport and Delivery, Jan 23-24, 2003, Waikiki, Hawaii.

B.S. Vig, C.P. Landowski, H.I. Mosberg and G.L. Amidon, Amino acid ester prodrugs of anticancer agent floxuridine as substrates of HPEPT1 transporter, Molecular Biopharmaceutics: A New Era in Drug Absorption, Transport and Delivery, Jan 23-24, 2003, Waikiki, Hawaii.

I. Kim, G.M. Crippen and G.L. Amidon, A new molecular target for prodrug activation, Molecular Biopharmaceutics: A New Era in Drug Absorption, Transport and Delivery, Jan 23-24, 2003, Waikiki, Hawaii.

S. Mittal, I. Kim, B.S. Vig and G.L. Amidon, Proteomic tools for the identification of prodrug activating enzymes, Molecular Biopharmaceutics: A New Era in Drug Absorption, Transport and Delivery, Jan 23-24, 2003, Waikiki, Hawaii.

C.P. Landowski, B.L. Neudeck, D.R. Foster, J.P. Gonzales, D. Sun, G.L. Amidon and L.S. Welage, Alterations in cephalexin transport and PEPT1 expression following thermal injury in rats, Molecular Biopharmaceutics: A New Era in Drug Absorption, Transport and Delivery, Jan 23-24, 2003, Waikiki, Hawaii.

P.L. Lorenzi, B.S. Vig and G.L. Amidon, Differential activation of amino acid floxuridine prodrugs, Molecular Biopharmaceutics: A New Era in Drug Absorption, Transport and Delivery, Jan 23-24, 2003, Waikiki, Hawaii.

X. Song, B.S. Vig, P. Lorenzi, C.P. Landowski, R. Chandrashekaran, J.C. Drach, L.B. Townsend and G.L. Amidon, Synthesis and uptake of prodrugs of BDCRB a novel benzimidazole antiviral agent, Molecular Biopharmaceutics: A New Era in Drug Absorption, Transport and Delivery, Jan 23-24, 2003, Waikiki, Hawaii.

Y. Tsume, J. Hilfinger, P. Kish, B. Roessler and G.L. Amidon, The characterization of bile acid DNA conjugates as oral delivery agents, Molecular Biopharmaceutics: A New Era in Drug Absorption, Transport and Delivery, Jan 23-24, 2003, Waikiki, Hawaii.

M.E. Lane, M. Hanlon, K.A. Levis, J.F. Gilmer, C.P. Landowski, O.I. Corrigan and G.L. Amidon. Synthesis and characterization of amino acid derivatives of ibuprofen, CRS Meeting, July 2003, Lisbon, Portugal.

S. Menon, C. Ramachandran, D.R. Foster, L.S. Welage, J.L. Barnett and G.L. Amidon, Oral drug delivery of prodrugs and carrier-mediated transport: mechanistic modeling approaches to describe the

improved oral absorption of the acyclovir prodrug, valacyclovir, in humans, CRS Meeting, July 2003, Lisbon, Portugal.

I.Kim, X. Song, B.S. Vig, S. Mittal, G.M. Crippen and G.L. Amidon, Characterization of biphenyl hydrolase-like (BPHL), a new prodrug activating enzyme: substrate specificity and molecular modeling of BPHL, CRS Meeting, July 2003, Lisbon Portugal.

S. Mittal, C.P. Landowski, B.S. Vig, I. Kim, H-C Shin and G.L. Amidon, Prolidase, a potential enzymatic taret for melanoma, AAPS, Abstract Annual Meeting, Oct 28-30, 2003, Salt Lake City, UT.

P.J. Lorenzi, X. Song, B.S. Vig, J.C. Drach, L.B. Townsend and G.L. Amidon, Toward enhanced oral bioavailability of 2-bromo-5,6-dichloro-ß-D-ribofuranosyl benzimidazole (BDCRB) via amino acid ester prodrugs, AAPS, Abstract Annual Meeting, Oct 28-30, 2003, Salt Lake City, UT.

C.P. Landowski, B.S. Vig, T.N. Faria and G.L. Amidon, Novel amino acid ester prodrugs of the anticancer agent floxuridine as substrates for the PEPT1 transporter: acidic, basic and secondary amino acids, AAPS, Abstract Annual Meeting, Oct 28-30, 2003, Salt Lake City, UT.

88

Y. Tsume, C.P. Landowski, J.M. Hilfinger, X. Song and G.L. Amidon, Novel dipeptide ester prodrugs of the anticancer agent floxuridine as substrates for the PEPT1 transporter, Pharmaceutical Sciences World Congress (PSWC2004), May 29-Jun 3, 2004, Kyoto, Japan.

S. Mittal, X. Song, B.S. Vig and G.L. Amidon, Proline prodrug of melphalan targeted to prolidase expressing melanoma, Pharmaceutical Sciences World Congress (PSWC2004), May 29-Jun 3, 2004, Kyoto, Japan.

P.J. Lorenzi, C.P. Landowski, X. Song, L.B. Townsend, J.C. Drach and G.L. Amidon, Bioinformatic tools implicate an unsuspected group of enzymes in drug metabolism—nuclear DNA repair enzymes, Pharmaceutical Sciences World Congress (PSWC2004), May 29-Jun 3, 2004, Kyoto, Japan.

C.P. Landowski, X. Song and G.L. Amidon, Targeting floxuridine amino acid prodrugs to MDCK cells expressing PEPT1, Pharmaceutical Sciences World Congress (PSWC2004), May 29-Jun 3, 2004, Kyoto, Japan.

L. Lai, Z. Xu and G.L.Amidon, Overexpression, purification and crystallization of human biphenyl hydrolase-like protein, AAPS, Abstract Annual Meeting, Nov. 7-11, 2004, Baltimore, MD.

C. Landowski, X. Song, B.Vig and G.L. Amidon, Floxuridine amino acid ester prodrugs and their potential for improved oral bioavailability, AAPS, Abstract Annual Meeting, Nov. 7-11, 2004, Baltimore, MD.

M. Lane, C. Landowski, P. Deasy, J. Quigley, G.L. Amidon and O. Corrigan, Synthesis and characterization of arginine derivatives of ibuprofen, AAPS, Abstract Annual Meeting, Nov. 7-11, 2004, Baltimore, MD.

S. Mittal, X. Song, B.S. Vig and G.L. Amidon, Prolidase, a highly specific dipeptidase: praline prodrugs of melphalan for targeting melanoma, AAPS, Abstract Annual Meeting, Nov. 7-11, 2004, Baltimore, MD.

T. Takagi, C. Ramachandran, M. Bermejo, S. Yamashita, and G.L. Amidon, Provisional biopharmaceutical classification of top US, European and Japanese Drugs, AAPS, Abstract Annual Meeting, Nov. 7-11, 2004.

P. Yang, S. Mittal, C.P. Landowski, R. Chandrasekharan and G.L. Amidon, Selecting a candidate enzyme target for anticancer prodrug therapy: dipeptidyl peptidase IV, 3rd World Conference on Drug Absorption, Transport and Delivery, Clinical Significance and regulatory Impact (EUFEPS), Barcelona, Spain, Apr 18-20, 2005.

89

**Gordon L. Amidon –**
**Grad. Students/Researchers**

**Current Graduate Students (2004-2005)**
Jennifer Sheng
Pe-hua (Patty) Yang
John Chung
Longsheng Lai
Yashiro Tsume
Jonathan Miller (co-adv)
Hairat Sabit (co-adv)
**Current Member Dissertation Comittee**

Pen-Chung Chen
Guangbing Ding
Scott Ocheltree
**Current Research Fellows (2004-2005)**

Young Hoon Kim (Korean FDA)
Toshihide Takagi (Dainippon Phrm.Co., Japan)
Zhiqian Wu
**Former Visiting Graduate Students**

Marc Whitehouse (Bath Univ., UK)
Ekanat Jantratid (Thailand)


**Former Research Assistant**

Elke Lipka (Germany)

**Former Visiting Scholars**

Peter Langguth (Univ. Mainz, Germany)
Narushi Takamatsu (Yamanouchi, Japan)

**Former Research Fellows**

Doron Friedman (Hebrew Univ, Jerusalem)
Chung Lui
Hiroaki Yuasa (Nagoya City Univ, Japan)

**Former Research Fellows (cont)**

Xueqin Song (China)
Ikumi Tamai (Kanazawa Univ., Japan)
Yayoi Hayashi (Nagoya City Univ, Japan)
Josef Tukker (Univ Utrecht, The Netherlands)
Shinji Yamashita (Setsunan Univ., Japan)
Hiroshi Kikuchi (Daiichi Phrm. Co., Japan)
James Chu (Syntex, Calif)
Shun-Yih Lin
Xiaoyan (Rebecca) Chu (Univ Tokyo, Japan)
Gladys Granero (Ciudad Univ., Argentina)
Ho-Chul Shin (Korean Res.Inst.Tech., Korea)
Balvinder Vig (Univ. Maryland, USA)

**Former Visiting Research Investigators**

Ryuzo Yamamoto (Ono P'ceut.Co., Japan)
Kiyoyuki Sakon (Teijin Co., Japan)
Hideto Sasaki (Takeda P'ceut.Co., Japan)
Constance Hilgendorf (Martin Luther Univ, Germany)
Shigeki Tamura (Fujisawa Co., Japan)
Gershon Golomb (Hebrew Univ., Jerusalem)
Eli Brewer (Hebrew Univ., Jerusalem)
Junichi Jinno (Otsuka P'ceut. Co., Japan)
Nehal Kasim (Univ.Alexandria, Eqypt)
Anneli Ullrich (Germany)
Henrik Scholten (Germany)
Jae Seung Kim (Korea) (TSRL,Inc. MI)
Ok-Nam Kim (Deceased)
Elke Walter (ETH-Zurich)
Katzutaka Higaki (Okayame Univ., Japan)
Masaru Imamizu (Kyorin P'ceut.Co., Japan)
Raimer Lobenberger (Germany)
Naji Najib (Jordan Univ)
Majella Lane (Trinity College, Ireland)
Yoichiro Shima (Ajinomoto P'ceut.Co. Japan)

**Former Visiting Scholars**
Masahiro Murakami (Kyoto P'ceut. Univ.
  Japan)

**Former Visiting Research Investigators**
Thomas P. Johnson (co-advised)
Amnon Sintov (co-advised)
P. Subramanian (co-advised)
Hae-Young Ahn (co-advised)

**UM - Past Member of Dissertation Committee**

| | PhD |
|---|---|
| Zhense Hu | 1992 |
| David Lechuga-Ballesteros | 1992 |
| Alan Kugler | 1992 |
| Vanaja Mummaneni | 1993 |
| Linda Lieb | 1993 |
| You-Yin Fun | 1993 |
| Cecily Lalor | 1994 |
| Nancy Janiczek | 1995 |
| Susan Niemic | 1995 |
| Shanaz Tata | 1995 |
| Pablo Davila-Zavala | 1995 |
| Cheryl Stevenson | 1996 |
| Beth Szkudlarek | 1996 |
| Andrea Lauer | 1996 |
| Han-yi Kuan | 1997 |
| Nusara Piyapolrungroj | 1998 |
| Nancy Jezyk | 1998 |
| Yuji (Simon) Zhou | 1998 |
| Roger Adami | 1999 |
| Bee Ah Cho | 2001 |
| Ying (Lillian) Li | 2001 |
| Beverly Langevin | 2002 |
| Nathan Teuscher | 2002 |
| Elizabeth Mathew | 2003 |
| Barbara Spong | 2004 |

<u>The University of Michigan – Chairman PhD Thesis Committee</u>

<u>1986</u>

Kevin C. Johnson - The design of amino acid prodrugs for intestinal brush border enzymes

Danial P. McNamara -Dissolution of acidic and basic compounds from the rotating disk: influence of diffusion, convection, and reaction

Barbra Stewart - Improving the intestinal absorption of water-insoluble compounds and the specificity of targeted drug delivery

Elizabeth Murphy Topp - A physiological flow model for the gastrointestinal absorption and plasma kinetics of aspirin

<u>1987</u>

Jim Kou - Release of water soluble drugs from dynamically swelling poly (2-hydroxyethyl methacrylate-CO-methacrylic acid) hydrogels

<u>1988</u>

Ming Hu - Investigation into drug and drug analogs transported by the peptide carrier system: intestinal absorption of captopril and of peptidyl derivatives of methyldopa

Rebecca Oberle - The influence of the interdigestive migrating myoelectric complex on the gastric emptying of liquids and oral absorption of cimetidine

Patrick J. Sinko - Predicting oral drug absorption in man for compounds absorbed by carrier-mediated and passive absorption processes

<u>1989</u>

Hoo-Kyun Choi - Enhanced transdermal delivery of propranolol, hydrocortisone, acyclovir and peptide-type drugs (co-advised)

Maureen Donovan - The molecular weight dependence of the absorption of polyethylene glycols in the nasal and gastrointestinal mucosa and its correlation to size dependent diffusion (co-advised)

Christopher Sinko - An investigation into the relaxation behavior of pharmaceutical film coatings

<u>1990</u>

Tzyy-Show Chen - Investigation into fasted state gastric emptying variation and cimetidine absorption

Pei-fan Jane Bai - Peptide prodrug strategy for increasing oral bioavailability

Paul Luner - The mode of action of bile sequestants in the GI tract: *in vitro* binding studies and modeling of *in vivo* performance

<u>1990</u> (cont)

Steven Rose - The effect of input rate on the plasma disposition of propranolol enantiomers in the dog

<u>1991</u>

Jian-Hwa Guo  - Investigating the properties of polymers for pharmaceutical controlled release applications

Kathleen Lee - The role of time dependent gastrointestinal parameters in the oral absorption of drugs

DooMan Oh - Estimating oral drug absorption in humans

Hsiao-hwa Lu (co-advised) - The influence of water transport on drug absorption in the small intestine

<u>1992</u>

Shiyin Yee - Oral absorption of ACE inhibitors

Steven Schwendeman (co-advised) -Modulation of drug delivery by iontophoresis through polymer membranes

Christina Lippert (co-advised) - Investigations into fed-state effects on phenytoin absorption and pharmacokinetics in dogs

Mandana Asgharnejad - Investigation into intestinal transport and absorption of an amino acid, amino acid analogue and its peptidomimetic prodrug

John Crison - Estimating the dissolution and absorption of water insoluble drugs in the small intestine

Sheng-fang Su - Investigation of the intestinal metabolism and absorption of polypeptides

Danny Man-sum Yu - Use of polymeric gelling system to improve intranasal residence time effect of viscoelasticity on mucociliary transport

<u>May 1992</u>

Served as Opponent for the public defense of Mr. Hans Lennernas doctoral thesis, "Intestinal absorption characteristics of three model drugs", Uppsala University, Uppsala, Sweden.

<u>1993</u>

James Polli - Mechanistic analysis of bile acid sequestrant performance

<u>1995</u>

Thomas J. Cook (co-advised) - Synthesis and release characterization of polypeptides for the controlled release of drugs.

<u>1996</u>

Fan Zhang - Analysis of bile acid sequestrants performance through mechanistic and animal model approaches.

Julie Rhie - The pellet gastric emptying (PGE) test: development of a non-invasive method to assess gastric emptying.

<u>1997</u>

Xuanqiang (Lawrence) Yu – A biopharmaceutics design model for oral delivery: predicting intestinal drug absorption.

Manisha Desai (co-advised) – Biodegradable microparticles and nanoparticles in oral vaccine delivery: investigation of critical determinants.

Ching-Ling Cheng (co-advised) – Absorption and disposition of poorly water soluble weak bases: application to delavirdine.

Nasir Idekaidek – Investigations in oral absorption of enalapril maleate

Maria Croyle – Biological and pharmaceutical aspects of adenovirus-mediated gene delivery to the intestinal epithelium.

<u>1998</u>

Hyo-kyung Han – A new discovery of improved oral drug absorption targeting the hPEPT1 transporter.

Yu-Yuan Chu – *In vitro, in situ,* and *in vivo* transport phenomena of cyclosporin A (CsA): its implication for oral absorption prediction.

Peter Markland – Modified polypeptides and polypeptide hydrogels for controlled drug delivery.

Jeffrey Sherman (co-advised) – An investigation of partitioning and permeability of pentapeptide compounds.

<u>1999</u>

Cheng-Pang Hsu – Over expression of human intestinal oligopeptide transporter via adenoviral transduction.

<u>2000</u>

Sally Choe – Analyses of time-dependent oral drug absorption.

Ngoc-Anh Nguyen – Intracellular delivery of antisense oligodeoxynucleotides utilizing starburts polyamidoamine (PAMAM) as carriers.

<u>2001</u>

Lillian Li (co-advised) –Mechanisms of region-dependent absorption of a weakly basic HIV-protease inhibitor, indinavir: clinical ramifications and comparison with nelfinavir.

<u>2002</u>

Go Saito –  Enhanced cytosolic delivery of DNA by a sulfydryl-activatable listeriolysin O bioconjugate: implication for DNA vaccination.

Duxin Sun – Drug absorption evaluation, prodrug design and intestinal transporter expression by genechip analysis.

Michael Vieira – Dissolution into surfactant and emulsion systems: implications to the formulation of bio-relevant dissolution media for water-insoluble drugs.

<u>2003</u>

Tycho H. Heimbach (co-advised) – Oral phosphate prodrugs: absorption rate limit considerations.

<u>2004</u>

Sujatha Menon – Modeling approaches to time-dependent oral drug absorption.

Insook Kim – A novel prodrug activating enzyme, identification and characterization of BPHL.

<u>2005</u>

Philip L. Lorenzi – Bioevasive prodrugs: identification and evasion of nucleoside-metabolizing enzymes.

Christopher Landowski – Designing anticancer prodrugs for targeting drug transporters and activating enzymes.

Sachin Mittal – Proline prodrug of melphalan targeted to prolidase, a highly specific dipeptidase overexpressed in melanoma.

<u>University of Wisconsin - Chairman - Graduate Student Thesis Committee</u>

<u>1978</u>

Shabbir T. Anik - A thermodynamic analysis of the aqueous solubility and hydrophobicity of hydrocarbons using molecular surface area

<u>1979</u>

Pradip K. Banerjee - Design of enzymatically reconvertible prodrugs: amino acid derivatives of aspirin

Richard L. Elliott - Intestinal absorption: analysis of theoretical models

Magda Wadih Samaha - A free energy partitioning analysis of solubility and partition coefficient data

<u>1980</u>

95

Glen D. Leesman - Improving absorption of water insoluble drugs through interfacial metabolism

<u>1982</u>

N. Adeyinka Williams - An excess free energy approach to the estimation of solubility in mixed solvent systems

<u>1983</u>

David Fleisher - Intestinal absorption of hydrocortisone through prodrug reconversion

<u>1985</u>

Donald Johnson - Intestinal transport problems involving Michaelis-Menten kinetics

**PhD Graduates/Research Fellows** who have held/hold academic positions

David Fleisher – 1983-present - University of Michigan (MI).

Elizabeth Murphy Topp – 1986-present - University of Kansas (KS).

Ming Hu – 1990-present - Washington State University (WA).

Patrick J. Sinko – 1991 – present - Rutgers University (NJ).

Hoo-Kyun Choi – 1995 – present - Chosun University (Korea).

Maureen Donovan – 1989 – present - University of Iowa (IA).

Paul Luner – 1995 - 2002 - University of Iowa (IA).

Steven Schwendeman (co-advised) – 1995 – 2000 – Ohio State University, OH; 2000: 2000-present – The University of Michigan (MI).

Sheng-fang Su – 1992 - 2002 - National Cheng Kung University (Taiwan).

James Polli – 1993 - present - University of Maryland (MD).

Thomas J. Cook (co-advised) – (1995) - Rutgers University (NJ).

Nasir Idakaidek – 1997 - present – Jordan University.

Maria Croyle – 2001 - present – University of Texas at Austin (TX).

Duxin Sun – 2003 – present - Ohio State University

Gladys Granero – 1998 – present - National University of Cordoba, Argentina

Ho-Chul Shin (DVM) – 1987 - present - Korea Res. Inst. Of Technology, Korea

Gershon Golomb -1990-present - Hebrew Univ., Jerusalem

Nehal Kasim – 1995-present - Univ. Alexandria, Egypt

Majella Lane – 1997-present - Trinity College, Ireland

Robert Pearlman –1975 - present- Univ. of Texas, TX

Peter Langguth, Johannes Gutenberg - 1998-present - Univ. of Mainz, Germany

Marival Bermejo Sanz – 1994 – present - University of Valencia, Spain

Pei-fan (Jane) Bai, 1990 - 1995- Univ. of Minnesota, MN

Kazutaka Higaki – 1996 – present – Okayama University, Okayama, Japan

Raimar Loebenberg – 2000 – present – University of Alberta, Canada

Xiaoyan (Rebecca) Chu – 1989 - 1998 - Dalian Med. University, China; Univ. of Tokyo, Japan

97

Elke Walter – 1995 - 2002- ETH-Zurich, Switzerland

Thomas P. Johnston – 1987 - present – University of Missouri-Kansas City, MO

Hiroaki Yuasa – 1990 - present -  Nagoya City University, Japan

Ikumi Tamai –1990 - present – Kanazawa University, Tokyo College of Pharamcy, Japan

Yayoi Hayashi – 1992 - present – Nagoya City University, Japan

Shinji Yamashita – 1991 - present – Setsunan University, Japan

Ok-Nam Kim – 1992 - 1994 – Sookmyung Women's University, Korea (deceased)

Masahiro Murakami – 1995 - 2000 – Kyoto University, Japan

Naji Najib – 1990 - present – Jordan University, Jordan

Josef Tukker – 1985 – 2001 - University of Utrecht, The Netherlands

Hyo-Kyung Han –2004 – present  - Chosun University, Korea

5/2005