# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | |
|---|---|---|
| BRUCE M. STARGATT<br>BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J.A. POPPER<br>TERESA A. CHEEK | NEILLI MULLEN WALSH<br>JANET Z. CHARLTON<br>ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>BRENDAN LINEHAN SHANNON<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR.<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br>M. BLAKE CLEARY<br>CHRISTIAN DOUGLAS WRIGHT<br>DANIELLE GIBBS<br>JOHN J. PASCHETTO<br>NORMAN M. POWELL | ATHANASIOS E. AGELAKOPOULOS<br>LISA A. ARMSTRONG<br>GREGORY J. BABCOCK<br>JOSEPH M. BARRY<br>SEAN M. BEACH<br>DONALD J. BOWMAN, JR.<br>TIMOTHY P. CAIRNS<br>KARA HAMMOND COYLE<br>MARGARET M. DIBIANCA<br>MARY F. DUGAN<br>ERIN EDWARDS<br>KENNETH J. ENOS<br>IAN S. FREDERICKS<br>JAMES J. GALLAGHER<br>SEAN T. GREECHER<br>STEPHANIE L. HANSEN<br>DAWN M. JONES<br>RICHARD S. JULIE<br>KAREN E. KELLER<br>JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br><br>SPECIAL COUNSEL<br>JOHN D. MCLAUGHLIN, JR.<br>ELENA C. NORMAN (NY ONLY)<br>KAREN L. PASCALE<br>PATRICIA A. WIDDOSS | JOHN C. KUFFEL<br>TIMOTHY E. LENGKEEK<br>ANDREW A. LUNDGREN<br>MATTHEW B. LUNN<br>JOSEPH A. MALFITANO<br>ADRIA B. MARTINELLI<br>MICHAEL W. MCDERMOTT<br>MARIBETH L. MINELLA<br>EDMON L. MORTON<br>D. FON MUTTAMARA-WALKER<br>JENNIFER R. NOEL<br>ADAM W. POFF<br>SETH J. REIDENBERG<br>MICHELE SHERRETTA<br>MONTÉ T. SQUIRE<br>MICHAEL P. STAFFORD<br>CHAD S.C. STOVER (SC ONLY)<br>JOHN E. TRACEY<br>MARGARET B. WHITEMAN<br>SHARON M. ZIEG<br><br>SENIOR COUNSEL<br>CURTIS J. CROWTHER<br><br>OF COUNSEL<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6554
DIRECT FAX: 302-576-3467
kkeller@ycst.com

January 20, 2006

**BY CM/ECF AND HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   Allergan, Inc. v. Alcon Inc., C.A. No. 04-968 (GMS)

Dear Dr. Dalleo:

On January 17, 2006 the parties in the above referenced action filed their Proposed Pretrial Order (D.I. 162). It has come to our attention that page 24 of Tab 13 to the Pretrial Order is a blank page. To correct this oversight, enclosed please find a full copy of Tab 13 for substitution.

Thank you for your assistance.

Respectfully submitted,

Karen E. Keller (No. 4489)

KEK:y
Enclosure

cc:   William J. Marsden, Esquire (by CM/ECF and hand delivery)

Young Conaway Stargatt & Taylor, LLP
Clerk of the Court
January 20, 2006
Page 2

    Donald R. Dunner, Esquire (by e-mail)
    York M. Faulkner, Esquire (by e-mail)
    Veronica Mullaly, Esquire (by e-mail)