TAB 5

ALLERGAN, INC., et al. v. ALCON, INC., et al.
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX 471 | | U.S. Patent Application Publication U.S. 2004/0214829 | ALC61317-ALC61331 | | 402-403 | | | |
| DTX 472 | | U.S. Patent Application Publication 2005/0026924 A1 | ALC61332-ALC61347 | | 402-403 | | | |
| DTX 473 | | M. Z. Southard, "Transport Mechanisms of Sparingly Soluble Acid Dissolution in Aqueous Solution of Variable pH." Ph.D. Dissertation to the University of Kansas, 1988. Co-advised with K. Himmelstein and H. Rosson. | | | 402-403 | | | |
| DTX 474 | | S. Neervannan, "Dissolution Mechanisms for Sparingly Soluble Compounds Under Laminar Hydrodynamic Conditions." Ph.D. Dissertation to the University of Kansas, 1994. | | | 402-403 | | | |
| DTX 475 | | Dissolution Kinetics if Carboxylic Acids I: Effect of PH under Unbuffered Conditions. K.G. Mooney, M. Mintun, K.J. Himmelstein and V.J. Stella, J. Pharm. Sci. 70, 13-22 (1981). | | | 402-403 | | | |
| DTX 476 | | Prodrugs as Drug Delivery Systems XXI. Preparation, Physicochemical Properties and Bioavailability of a Novel Water- | | | 402-403 | | | |

TAB 5

ALLERGAN, INC., et al. v. ALCON, INC., et al.
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | Soluble Prodrug Type for Carbamazepine, H. Bundgaard, M. Johansen, V.J. Stella and M. Coresse, Int. J. Pharm., 10, 181-192 (1982). | | | | | | |
| DTX 477 | | Phenindione Solubility in Mixed Organic Solvents: Analysis of the Role of Specific Hydrogen and Non-Hydrogen Bonding Interactions, J.D. Pipkin and V.J. Stella, Int. J. Pharm., 14, 263-77 (1983). | | | 402-403 | | | |
| DTX 478 | | Equilibria and Kinetics of Ebifuramin (NSC-201047), and Azomethine Containing Structure Exhibiting a Reversible Degradation Step in Acidic Solutions, R.J. Prankerd and V.J. Stella, Int. J. Pharmac., 52 71-78 (1989). | | | 402-403 | | | |
| DTX 479 | | Preformulation Solubility and Kinetic Studies of 2',3'-Dideoxypurine Nucleosides: potential anti-AIDS agents, B.D. Anderson, M.B. Wygant, T-X. Xiang, W.A. Waugh, and V.J. Stella, Int. J. Pharmac., 45, 27-37 (1988). | | | 402-403 | | | |
| DTX 480 | | Stability and Solubility of 2-Chloro-2',3'- | | | 402-403 | | | |

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | dideoxyadenosine. L.A. Al-Razzak, and V.J. Stella, Int. J. Pharmac., 60, 53-60 (1990). | | | | | | |
| DTX 481 | | Evolution of Formulation Practices, V.J. Stella, Drug Dev. Ind. Pharm., 16, 2627-2633 (1990). | | | 402-403 | | | |
| DTX 482 | | Factors Influencing the Precipitation time of Phenytion in the presence of DDMS, one of its Prodrugs. D.G. Muller, V.J. Stella, and A.P. Lotter, Int. J. Pharmac., 75, 201-209 (1991). | | | 402-403 | | | |
| DTX 483 | | Rapid Expansion from Supercritical Solutions: Application to Pharmaceutical Processes, E.M. Phillips and V.J. Stella, Int. J. Pharmac., 94, 1-10 (1993). | | | 402-403 | | | |
| DTX 484 | | The Effect of SBE4-B-CD on I.V. Methylprednisolone Pharmacokinetics in Rats: Comparison to a co-Solvent Solution and Two Water Soluble Prodrugs, V.J. Stella, H.Y. Lee and D.O. Thompson, Int. J. Pharm., 120, 189-195 (1995). | | | 402-403 | | | |
| DTX 485 | | The Effect of SBE4-B-CD on I.M. | | | 402-403 | | | |

TAB 5

ALLERGAN, INC., et al. v. ALCON, INC., et al.
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | Prednisolone Pharmacokinetics and Tissue Damage in Rabbits: comparison to a Co-Solvent Solution and a Water Soluble Prodrug, V.J. Stella, H.Y. Lee and D.O. Thompson, Int. J. Pharm., 120, 197-204 (1995). | | | | | | |
| DTX 486 | | Effect of SBE4-B-CD, a Sulfobutyl Ether B-Cyclodextrin, on the Stability and Solubility of O6-Benzylguanine (NSC-637037) in Aqueous Solutions, B.A. Gorecka, D.S. Bindra, Y.D. Sanzgiri and V.J. Stella, Int. J. Pharm., 125, 55-61 (1995). | | | 402-403 | | | |
| DTX 487 | | The Use of (SBE) 7M-B-CD (Captisol®) as a Solubilizing and Osmotic Agent for Controlled and Complete Oral Delivery of Poorly Waters Soluble Drugs, V.J. Stella, K. Uekama, T. Irie, V.M. Rao, E.A. Zannou, R.A. Rajewski, S. Shiraishi, and K. Okimoto, in Proceedings of the 9th International Symposium on Cyclodextrins, Santiago de Compostela, Spain, J.J. Torres Labaldeira and J.L. | | | 402-403 | | | |

TAB 5

ALLERGAN, INC., et al. v. ALCON, INC., et al.
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX 488 | | Vila Jato (Eds), Kluwer Publishing, 459-462 (1999). | | | | | | |
| DTX 489 | | Influence of SBE-γ-CD ethylation on 9-NO2-Paullone Solubilization. S. Silchenko, S. Tongiani, and V.J. Stella. Proceedings of the 12th International Cyclodextrin Symposium, Montpellier, France 375-378 (2004). | | | 402-403 | | | |
| DTX 490 | | Pro-Drugs: An Overview and Definition. V. Stella. Chapter 1, Book #14 of the American Chemical Society Symposium Series (Pro-Drugs Novel Drug Delivery System, T. Higuchi and V. Stella, eds.) 1975. | | | 402-403 | | | |
| DTX 491 | | Fundamentals of Drug Stability and Compatibility. Valentino J. Stella, in "Handbook of Injectable Drugs", L. Trissel, ed., American Society of Hospital Pharmacists, pp. XI-XXII (1986). | | | 402-403 | | | |
| DTX 492 | | My Mentors. V.J. Stella, J. Pharm. Sci., 90, 969-978 (2001). | | | 402-403 | | | |
| | | Oral Controlled Release of Poorly Water Soluble Drugs Utilizing Captisol® as | | | 402-403 | | | |

64

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | both a Solubilizer and Osmotic Agent, V.J. Stella, R. Rajewski, K. Okimoto, K. Uekama, T. Irie, S. Shiraishi, E. Zannou and V. Rao, Proceedings of The 27th International Symposium on Controlled Release of Bioactive Materials, Paris, France, July 2000. | | | | | | |
| DTX 493 | | U.S. Patent No. 4,163,058 | | | | | | |
| DTX 494 | | U.S. Patent No. 5,134,127 | | | 402-403 | | | |
| DTX 495 | | U.S. Patent No. 5,833,891 | | | 402-403 | | | |
| DTX 496 | | U.S. Patent No. 5,985,856 | | | 402-403 | | | |
| DTX 497 | | U.S. Patent No. 6,204,257 | | | 402-403 | | | |
| DTX 498 | | U.S. Patent application 2001/0025035, | | | 402-403 | | | |
| DTX 499 | | U.S. Patent No. 5,376,645 | | | 402-403 | | | |
| DTX 500 | | U.S. Patent No. 5,833,891 | | | 402-403 | | | |
| DTX 501 | | U.S. Patent No. 5,985,856 | | | 402-403 | | | |
| DTX 502 | | U.S. Patent No. 6,204,257 | | | 402-403 | | | |
| DTX 503 | | U.S. Patent No. 6,451,776 | | | 402-403 | | | |
| DTX 504 | | Jumaa M, Chimilio L, Chinnaswamy S, Silchenko S, Stella VJ. Degradation of NSC-281612 (4-[bis[2-[(methylsulfonyl)oxy]ethyl]amino]-2- | | | 402-403 | | | |

65

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | methyl-benzaldehyde), an experimental antineoplastic agent: effects of pH, solvent composition, (SBE)7m-beta-CD, and HP-beta-CD on stability. J Pharm Sci. 2004 Mar;93(3):532-9. PMID: 14762892 | | | | | | |
| DTX 505 | | Rao VM, Stella VJ. When can cyclodextrins be considered for solubilization purposes? J Pharm Sci. 2003 May;92(5):927-32. PMID: 12711411 | | | 402-403 | | | |
| DTX 506 | | Stella VJ, Rao VM, Zannou EA, Zia V V. Mechanisms of drug release from cyclodextrin complexes. Adv Drug Deliv Rev. 1999 Mar 1;36(1):3-16. PMID: 10837705 | | | 402-403 | | | |
| DTX 507 | | Ma DQ, Rajewski RA, Stella VJ. New injectable melphalan formulations utilizing (SBE)(7m)-beta-CD or HP-beta-CD. Int J Pharm. 1999 Nov 5;189(2):227-34. PMID: 10536251 | | | 402-403 | | | |
| DTX 508 | | Krise JP, Narisawa S, Stella VJ. A novel prodrug approach for tertiary amines. 2. | | | 402-403 | | | |

TAB 5

ALLERGAN, INC., et al. v. ALCON, INC., et al.
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | Physicochemical and in vitro enzymatic evaluation of selected N-phosphonooxymethyl prodrugs. J Pharm Sci. 1999 Sep;88(9):922-7. PMID: 10479355 | | | | | | |
| DTX 509 | | Stella VJ, Martodihardjo S, Rao VM. Aqueous solubility and dissolution rate does not adequately predict in vivo performance: a probe utilizing some N-acyloxymethyl phenytoin prodrugs. J Pharm Sci. 1999 Aug;88(8):775-9. PMID: 10430541 | | | 402-403 | | | |
| DTX 510 | | Stella VJ, Martodihardjo S, Terada K, Rao VM. Some relationships between the physical properties of various 3-acyloxymethyl prodrugs of phenytoin to structure: potential in vivo performance implications. J Pharm Sci. 1998 Oct;87(10):1235-41. Erratum in: J Pharm Sci 1999 Oct;88(10):1100. PMID: 9758683 | | | 402-403 | | | |
| DTX 511 | | Medicott NJ, Foster KA, Audus KL, Gupta S, Stella VJ. Comparison of the | | | 402-403 | | | |

67

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | effects of potential parenteral vehicles for poorly water soluble anticancer drugs (organic cosolvents and cyclodextrin solutions) on cultured endothelial cells (HUV-EC), J Pharm Sci. 1998 Sep;87(9):1138-43. PMID: 9724567 | | | | | | |
| DTX 512 | | Narisawa S, Stella VJ. Increased shelf-life of fosphenytoin: solubilization of a degradant, phenytoin, through complexation with (SBE)7m-beta-CD. J Pharm Sci. 1998 Aug;87(8):926-30. PMID: 9687335 | | | 402-403 | | | |
| DTX 513 | | Stella VJ, Rajewski RA. Cyclodextrins: their future in drug formulation and delivery. Pharm Res. 1997 May;14(5):556-67. Review. PMID: 9165524 | | | 402-403 | | | |
| DTX 514 | | Rajewski RA, Stella VJ. Pharmaceutical applications of cyclodextrins. 2. In vivo drug delivery. J Pharm Sci. 1996 Nov;85(11):1142-69. Review. PMID: 8923319 | | | 402-403 | | | |
| DTX 515 | | Jarvinen K, Jarvinen T, Thompson DO, | | | 402-403 | | | |

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX 516 | | Stella VJ. The effect of a modified beta-cyclodextrin, SBE4-beta-CD, on the aqueous stability and ocular absorption of pilocarpine. Curr Eye Res. 1994 Dec;13(12):897-905. PMID: 7720398 | | | | | | |
| DTX 517 | | Southard MZ, Green DW, Stella VJ, Himmelstein KJ. Dissolution of ionizable drugs into unbuffered solution: a comprehensive model for mass transport and reaction in the rotating disk geometry. Pharm Res. 1992 Jan;9(1):58-69. PMID: 1589411 | | | 402-403 | | | |
| DTX 518 | | Stella VJ. Chemical and physical bases determining the instability and incompatibility of formulated injectable drugs. J Parenter Sci Technol. 1986 Jul-Aug;40(4):142-63. Review. PMID: 3534205 | | | 402-403 | | | |
| | | Aunins JG, Southard MZ, Myers RA, Himmelstein KJ, Stella VJ. Dissolution of carboxylic acids. III: The effect of polyionizable buffers. J Pharm Sci. 1985 Dec;74(12):1305-16. PMID: 4087198 | | | 402-403 | | | |

69

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX 519 | | Stella VJ, Charman WN, Naringrekar VH. Prodrugs. Do they have advantages in clinical practice? Drugs. 1985 May;29(5):455-73. Review. PMID: 3891303 Varia SA, Schuller S, Sloan KB, Stella VJ. Phenytoin prodrugs III: water-soluble prodrugs for oral and/or parenteral use. J Pharm Sci. 1984 Aug;73(8):1068-73. PMID: 6491911 | | | 402-403 | | | |
| DTX 520 | | Stella VJ, Mooney KG, Pipkin JD. Dissolution and ionization of warfarin. J Pharm Sci. 1984 Jul;73(7):946-8. PMID: 6470958 | | | 402-403 | | | |
| DTX 521 | | Mooney KG, Rodriguez-Gaxiola M, Mintun M, Himmelstein KJ, Stella VJ. Dissolution kinetics of phenylbutazone. J Pharm Sci. 1981 Dec;70(12):1358-65. PMID: 7320853 | | | 402-403 | | | |
| DTX 522 | | C.G. Wilson, Olejnik and J.G. Hardy (1983) "Precorneal drainage of polyvinyl alcohol solutions in the rabbit assessed by gamma scintigraphy" J. Pharm. | | | 402-403 | | | |

TAB 5

ALLERGAN, INC., et al. v. ALCON, INC., et al.
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX 523 | | Pharmacol. 35: 451-4. N. Washington and C.G. Wilson (1986) "Antacids: Physiology versus Pharmaceutics" Int. J. Pharmaceut. 28: 249-260. | | | 402-403 | | | |
| DTX 524 | | Pharmacokinetic Modeling using STELLA on the Apple MacIntosh N. Washington, C. Washington and C.G. Wilson Pub., Ellis Horwood, Chichester, 1992 | | | 402-403 | | | |
| DTX 525 | | N. Washington and C.G. Wilson (1995) "Physiological Factors affecting drug delivery and availability" Encyclopedia of Pharmaceutical Technology Vol. 17, 137-69 (1995). | | | 402-403 | | | |
| DTX 526 | | C.G. Wilson (2000) "Role of Excipients in Colonic Drug Delivery" In Recent advances in pharmaceutical, cosmetic and food excipients. Ed AA Hincal and H.J. de Jong, Editions SanteParis, pp 177-186 | | | 402-403 | | | |
| DTX 527 | | O. Olejnik, C.G. Wilson & Y.P. Zhu (2000). "Non-aqueous vehicles in ocular drug delivery". Proc. 3rd Int. Symposium | | | 402-403 | | | |

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | on Ocular Pharmacology & Pharmaceutics (ISSOPP) p 24. | | | | | | |
| DTX 528 | | Semenova E.M., Cooper A., Wilson C.G., Converse C.A. (2001), Cyclodextrins: Solutions for insolubility of vitamin A. British Pharmaceutical Conference Science Proceedings 2001: 126. | | | 402-403 | | | |
| DTX 529 | | C.G. Wilson (2000). Encyclopedia of Controlled drug delivery. (book review). Br. J. clin. Pharmacol. 49, 91-2. | | | 402-403 | | | |
| DTX 530 | 05/16/05 | Declaration of V. Stella | | | | | | |
| DTX 531 | | List of Expert Cases Worked on by Dr. Gordon Amidon | | | 402-403, 802, 702-703 | | | |
| DTX 532 | | Chart: Solubility of Brimonidine Tartrate | | | 402-403, 802, 702-703, F.R.C.P. 37 | | | |
| DTX 533 | | Graph: PVA Vehicle Solubility Profiles | | | 402-403, 802, 702-703, F.R.C.P. 37 | | | |
| DTX 534 | | Exerpts from Notebook 12079 for Brimonidine Tartrate Project No. 22-556 | ALC61288A-ALC61291A | | Object to use by Alcon only, 402-403, 802 | | | |
| DTX 535 | | Letter from Woodcock to Mahn re Docket No. 02P-0469/CP1, dated 05/21/2003 | ALC61292A-ALC61306 | | 402-403 | | | |

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX 536 | | Vial Containing 0.15% Brimonidine Tartrate at pH 7.4, no Povidone | | | 402-403, 702-703, 901 | | | |
| DTX 537 | | Kramer and Flynn, 1972, Solubility and Organic Hydrochlorides, J. Pharm. Sci. 61(12): 1896-1904 | | | 402-403 | | | |
| DTX 538 | | Kostenbauder et al., 1953, A Buffer System for Ophthalmic Solutions of Sodium Sulfonamides, J. Am. Pharm. Assoc. Vol. XLII (4): 210-213 | | | 402-403 | | | |
| DTX 539 | | Amidon et al., 1995, A Theoretical Basis for a Biopharmaceutic Drug Classification: The Correlation of in Vitro Drug Product Dissolution and in Vivo Bioavailability, Pharm. Res. 12(3): 413-420 | | | 402-403 | | | |
| DTX 540 | | McNamara and Amidon, 1986, Dissolution of Acidic and Basic Compounds from the Rotating Disk: Influence of Convective Diffusion and Reaction, J. Pharm. Sci. 75(9): 858-868 | | | 402-403 | | | |
| DTX 541 | | Vadnere et al., 1984, Thermodynamic Studies on the gel-sol transition of some pluronic polyols, Int. J. Pharm. 22: 207- | | | 402-403 | | | |

73

TAB 5

ALLERGAN, INC., et al. v. ALCON, INC., et al.
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | 218 | | | | | | |
| DTX 542 | | Amidon and Williams, 1982, A solubility equation for non-electrolytes in water, Intl. J. Pharm. 11: 249-256 | | | 402-403 | | | |
| DTX 543 | | Amidon and Anik, 1980, Hydrophobicity of Polycyclic Aromatic Compounds. Thermodynamic Partitioning Analysis, J. Phys. Chem. 84(9): 970-974 | | | 402-403 | | | |
| DTX 544 | | Amidon et al., 1980, Improving Intestinal Absorption of Water-Insoluble, Compounds: A Membrane Metabolism Strategy, J. Pharm. Sci. 69(12): 1363-1368 | | | 402-403 | | | |
| DTX 545 | | Williams and Amidon, 1984, Excess Free Energy Approach to the Estimation of Solubility in Mixed Solvent Systems I: Theory, J. Pharm. Sci. 73(1): 9-13 | | | 402-403 | | | |
| DTX 546 | | Valvani et al., 1976, Solubility of Nonelectrolytes in Polar Solvents. VI. Refinements in Molecular Surface Area Computations, J. Phys. Chem. 80(8): 829-835 | | | 402-403 | | | |
| DTX 547 | | Amidon et al., 1975, Solubility of | | | 402-403 | | | |

74

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | Nonelectrolytes in Polar Solvents. V. Estimation of the Solubility of Aliphatic Monofunctional Compounds in Water Using a Molecular Surface Area Approach, J. Phys. Chem. 79(21): 2239-2246 | | | | | | |
| DTX 548 | | Amidon et al., 1974, Solubility of Nonelectrolytes in Polar Solvents II: Solubility of Aliphatic Alcohols in Water, J. Pharm. Sci. 63(12):1858-1866 | | | 402-403 | | | |
| DTX 549 | | Yalkowsky et al, 1972, Solubility of Nonelectrolytes in Polar Solvents | | | 402-403 | | | |
| DTX 550 | | J. Neter, W. Wasserman, M. Kutner, Applied Linear Statistical Models: Regression, Analysis of Variance, and Experimental Designs, (2nd Ed., 1985, Richard Irwin, Inc.) | | | 402-403 | | | |
| DTX 551 | | N. R. Draper and H. Smith, Applied Regression Analysis, (2nd Ed., 1981, John Wiley & Sons Inc.) | | | 402-403 | | | |
| DTX 552 | | Wayne Daniel, Biostatistics: A Foundation for Analysis in the Health Sciences, (4th Ed., 1987, John Wiley & | | | 402-403 | | | |

TAB 5

ALLERGAN, INC., et al. v. ALCON, INC., et al.
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | Sons) | | | | | | |
| DTX 553 | | SigmaStat 3.1, Chapter 8, pp. 203-328 | | | 402-403 | | | |
| DTX 554 | | SigmaStat 3.1, Chapter 11, pp. 465-668 | | | 402-403 | | | |
| DTX 555 | | A. T. Florence and D. Attwood, Physiochemical Principles of Pharmacy, (2nd Ed., Chapman and Hall) | | | 402-403 | | | |
| DTX 556 | | Remington's Pharmaceutical Sciences (17th Ed., 1985, Mark Publishing Co.) Chapters 10, 16, and 17 | | | 402-403 | | | |
| DTX 557 | | Martin, Physical Pharmacy, (4th Ed., 1993, Lea & Febiger) Chapters 5, 6, 7, 8, 10, and 20 | | | 402-403 | | | |
| DTX 558 | | W. O. Foye et al, 1995, Principles in Medicinal Chemistry 4th ed. pp. 16-24 | | | 402-403 | | | |
| DTX 559 | | Krebs, 1945, J. Chem. Soc. 593 | | | 402-403 | | | |
| DTX 560 | | Higuchi, 1949, Pharmaceutical Coding and Dispersing (R. Lyman Ed.) p. 179 | | | 402-403 | | | |
| DTX 561 | | Yalkowsky, Techniques of Solubilization of Drugs, (1981, M. Dekker) | | | 402-403 | | | |
| DTX 562 | | Amidon Graph of Wilson Data "Solubility v. pH for Brimonidine (0 and 1.2% PVP) | ALC61350 | | 402-403, 702-703, 802 | | | |

76

TAB 5

ALLERGAN, INC., et al. v. ALCON, INC., et al.
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX 563 | | Amidon Printout Concerning Wilson Data | ALC61351-ALC61352 | | 402-403, 702-703, 802 | | | |
| DTX 564 | | Sigma-Aldrich Catalog Product Information on PVP360 | | | 402-403 | | | |
| DTX 565 | | Sigma-Aldrich Catalog Specification Sheet on PVP360 | | | 402-403 | | | |
| DTX 566 | | The Merck Index: Brimonidine | | | 402-403 | | | |
| DTX 567 | | GraphPad Prism 4 Software: Prism Simplifies Statistics | | | | | | |
| DTX 568 | | GraphPad Prism Version 4.0 Statistics Guide 1999-2003 | | | | | | |
| DTX 569 | | GraphPad Prism Version 4.0 Statistics Guide 1999-2005 | | | | | | |
| DTX 570 | | Model IQ150 Handheld pH/mV/Temperature Meter Instruction Manual | | | | | | |
| DTX 571 | | Wilson et al., 1998, Ocular contact time of a carbomer gel (GelTears) in humans, Br. J. Ophthalmol 82: 1131-1134 | | | 402-403 | | | |
| DTX 572 | | Snibson et al., 1992, Ocular Surface Residence Times of Artificial Tear Solutions, Cornea 11(4): 288-293 | | | 402-403 | | | |

77

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX 573 | | Wilson et al, 2001, Opthalmic Drug Delivery (Drug Delivery and Targeting for Pharmacists and Pharmaceutical Scientists, edited by A. Hillery, A. Lloyd and J. Swarbrick) | | | 402-403 | | | |
| DTX 574 | | Greaves and Wilson, 1993, Treatment of diseases of the eye with mucoadhesive delivery systems, Advanced Drug Delivery Reviews 11: 349-383 | | | 402-403 | | | |
| DTX 575 | | Encyclopedia of Pharmaceutical Technology Vol. 12, (Ed. Swarbrick and Boylan), pp. 137-166 | | | 402-403 | | | |
| DTX 576 | | Wilson, 2004, Topical drug delivery in the eye, Exp. Eye Res. 78: 737-7432 | | | 402-403 | | | |
| DTX 577 | | Gurny et al., 1987, Design and Evaluation of Controlled Release Systems for the Eye, J. Controlled Release 6: 367-373 | | | 402-403 | | | |
| DTX 578 | | Martin et al., 1998, Chitosan based hydrogels for macromolecular drug delivery, J. Pharm. Pharmacol. 50 (Supp.): 171 | | | 402-403 | | | |

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX 579 | | Wilson et al., 1983, Precorneal drainage, of polyvinyl alcohol solutions in the rabbit assessed by gamma scintigraphy, J. Pharm. Pharmacol. 35: 451-454 | | | 402-403 | | | |
| DTX 580 | | Zaki et al., 1986, A comparison of the effect of viscosity on the precorneal residence of solutions in rabbit and man, J. Pharm. Pharmacol. 38: 463-466 | | | 402-403 | | | |
| DTX 581 | | Fitzgerald and Wilson, 1994, Polymeric Systems for Ophthalmic Drug Delivery (Polymeric Biomaterials, S. Dumitriu ed. Marcel Dekker) | | | 402-403 | | | |
| DTX 582 | | K. Connors et al., 1979, Chemical Stability of Pharmaceuticals: A Handbook for Pharmacists (John Wiley & Sons) | | | 402-403 | | | |
| DTX 583 | | WO 0587202 | | | 402-403 | | | |
| DTX 584 | | WO 0368843 | | | 402-403 | | | |
| DTX 585 | | WO 0367952 | | | 402-403 | | | |
| DTX 586 | | Literature Re: Kollidon and Povidone | | | 402-403 | | | |

79

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX 587 | 12/17/04 | Plaintiffs' Allergan, Inc. and Allergan Sales, LLC'S Answers to Defendants' First Set of Requests for Production of Documents and Things (Nos. 1-26) | | | 402-403 | | | |
| DTX 588 | 12/17/04 | Plaintiffs Allergan, Inc. and Allergan Sales, LLC'S Responses to Defendants First Set of DTX Interrogatories (Nos. 1-11) | | | 402-403 | | | |
| DTX 589 | 01/13/05 | Allergan, Inc. and Allergan Sales, LLC'S Response to Defendants' Second Set of Requests for Production of Documents and Things (Nos. 27-34) | | | 402-403 | | | |
| DTX 590 | 02/04/05 | Allergan, Inc. and Allergan Sales, LLC'S Supplemental Responses to Defendants' Interrogatories Nos. 1-5 | | | 402-403 | | | |
| DTX 591 | 03/22/05 | Plaintiffs Allergan, Inc. and Allergan Sales, LLC'S Supplemental Response to Defendants' Interrogatories Nos. 2 and 3 | | | 402-403 | | | |
| DTX 592 | 05/06/05 | Plaintiffs' Response to Defendants' First Set of Requests for Admissions (Nos. 1-26) | | | 402-403 | | | |
| DTX 593 | 05/06/05 | Plaintiffs' Response to Defendants' Second Set of Interrogatories (No. 12) | | | 402-403 | | | |

80

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection[1] | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX 594 | 05/12/05 | Allergan, Inc. and Allergan Sales, LLC's Response to Defendants' Third Set of Requests for Production of Document and Things (Nos. 35-39) | | | 402-403 | | | |
| DTX 595 | 08/15/05 | Allergan, Inc. and Allergan Sales, Ltd.'s Response to Alcon Inc.'s et al. Fourth Set of Requests for Production of Documents and Things (Nos. 40-41) | | | 402-403 | | | |
| DTX 596 | 08/15/05 | Plaintiffs' Response to Defendants' Third Set of Interrogatories (Nos. 13-24) | | | 402-403 | | | |
| DTX 597 | | Vial of Alcon's Proposed Product Containing 0.15% Brimonidine Tartrate | | | 402-403, 702-703, 901 | | | |
| DTX 598 | | Supplemental Expert Report of Gordon Amidon | | | 402, 403, 802, 702, 703, and F.R.C.P .37(c) and Scheduling Order | | | |
| DTX 599 | 01/17/06 | Lab Notebook Page from Supplemental Expert Report of Gordon Amidon | ALC61348 | | 402, 403, 802, 702, 703, and F.R.C.P .37(c) and Scheduling Order | | | |
| DTX 600 | 01/17/06 | Brimonidine Tartrate HPLC Assay from Supplemental Expert Report of | ALC61349 | | 402, 403, 802, 702, 703, and F.R.C.P | | | |

81

TAB 5

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
PROPOSED SCHEDULE OF ALCON'S TRIAL EXHIBITS
January 17, 2006

Alcon hereby reserves the right to use any exhibit identified by either party. Alcon also reserves the right to amend the joint exhibit list upon further review of the documents listed on Allergan's schedule of proposed trial exhibits. Per the parties' agreement, Alcon will identify its demonstrative exhibits at a later date.

| Defendant Exh. No. | Date of Document | Title or Description | Bates Numbers | Deposition Exhibit No. | Allergan Objection | Alcon Objection | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | Gordon Amidon | | | .37(c) and Scheduling Order | | | |
| DTX 601 | | Demonstrative Exhibits | | | | | | |

82