6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., AND ALLERGAN SALES, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALCON, INC. ALCON LABORATORIES, INC., AND ALCON RESEARCH, LTD.<br><br>Defendants. | Civil Action No. 04-968 (GMS) |

## ALLERGAN, INC. AND ALLERGAN SALES, INC. PRELIMINARY LIST OF FACT WITNESSES

Pursuant to paragraph 2(f) of the Court's Scheduling Order, Allergan, Inc. and Allergan Sales, Inc. (collectively, "Allergan") identifies the following witnesses whose fact testimony will be offered at trial:

| | |
|---|---|
| Gyorgy Ambrus | Allergan, Inc.<br>2525 Dupont Drive<br>Irvine, CA |
| Edward Kerslake | 15 Woodbridge Street<br>Cambridge, MA |
| Orest Olejnik | Allergan, Inc.<br>2525 Dupont Drive<br>Irvine, CA |
| Scott Whitcup | Allergan, Inc.<br>2525 Dupont Drive<br>Irvine, CA |

Allergan identifies the following witnesses whose fact testimony may be offered at trial:

| | |
|---|---|
| Amy Batoosingh | Allergan, Inc.<br>2525 Dupont Drive<br>Irvine, CA |
| James Burke | Allergan, Inc.<br>2525 Dupont Drive<br>Irvine, CA |

| Hardik Shah | Flat 0/1, 51 Saint Mungo Avenue, Townhead Glasgow G4, 0PL Scotland, UK |
| --- | --- |

In addition, Allergan identifies its named expert witnesses to the extent that the topics described in the expert statements of those witnesses require fact testimony.

Allergan will offer testimony from the following named expert witnesses:

| Thomas K. Mundorf, M.D. | 1718 East 4th Street, Suite 806 Charlotte, NC |
| --- | --- |
| Dr. Valentino Stella | 1135 West Campus Road Lawrence, KS |
| Clive G. Wilson | 41 Briarcrost Place Robroyston Glasgow G33, 1RF Scotland, UK |

Allergan also reserves the right to call at trial any witnesses identified by the Defendants on their witness list.

Dated: January 17, 2006

60326927 - Tab 6.doc

7

**TAB 7**

**LIST OF POTENTIAL FACT WITNESSES FOR ALCON**

Alcon Inc., Alcon Laboratories, Inc. and Alcon Research Ltd. ("Alcon") hereby

identify the following witnesses whose fact testimony will be offered at trial:

| Ramon Espino | Alcon, Inc.<br>6201 South Freeway<br>Forth Worth, Texas |
|---|---|
| Stella Robertson, Ph.D. | Alcon, Inc.<br>6201 South Freeway<br>Forth Worth, Texas |

Alcon hereby identifies the following witnesses whose fact testimony may be

offered at trial:

| Angelika Aswad | Allergan, Inc.<br>2525 Dupont Drive<br>Irvine, CA |
|---|---|
| Ramachandran Chandrasekharan, Ph.D. | 4448 Swiss Stone Lane East<br>Apartment 2B<br>Ypsilanti, Michigan |
| Richard Graham, Ph.D. | Allergan, Inc.<br>2525 Dupont Drive<br>Irvine, CA |
| Teresa McClendon | Alcon, Inc.<br>6201 South Freeway<br>Forth Worth, TX |
| Angel Padilla | Advanced Medical Optics (AMO)<br>1700 E. St. Andrew Place<br>Santa Ana, CA |

In addition, Alcon identifies its named experts witnesses to the extent that topics

discussed in the expert statements of those witnesses require fact testimony. Alcon will

offer testimony from:

| Gordon Amidon, Ph.D. | 2012 College of Pharmacy<br>The University of Michigan<br>Ann Arbor, Michigan |
|---|---|

Alcon may offer testimony from:

| | |
|---|---|
| Alan Robin, M.D. | 6115 Falls Road<br>Baltimore, Maryland |

Alcon reserves the right to call at trial any witness identified by the Plaintiffs on their witness list. Alcon also reserves the right to question, as an adverse witness, any individual called to testify by the Plaintiffs on matters beyond the scope of direct testimony.

8

**Tab 8**

## ALLERGAN'S STATEMENT REGARDING THE
## QUALIFICATIONS OF ITS EXPERT WITNESSES

**Regarding Valentino Stella, Ph.D.:**

Dr. Stella is currently a University Distinguished Professor of Pharmaceutical Chemistry at the University of Kansas where he teaches courses in pharmacokinetics and drug stability. Dr. Stella has an undergraduate degree in pharmacy from the Victorian College of Pharmacy in Melbourne, Australia and practiced as a pharmacist for one year prior to entering graduate school in 1968. He has a doctorate in Analytical Pharmaceutical Chemistry and Pharmaceutics from the University of Kansas that he received in 1971. Dr. Stella was then was an Assistant Professor at the University of Illinois Medical Center in Chicago before returning to the University of Kansas. During his time at the University of Kansas, he was the Director for the Center of Drug Delivery Research from 1989 to 1999. Dr. Stella has also been a consultant to the pharmaceutical industry, both to innovator and to generic companies, since 1972.

Dr. Stella's Curriculum Vitae is incorporated herein by reference.

**Regarding Thomas K. Mundorf, M.D.:**

Dr. Mundorf received his undergraduate degree from Wake Forest University in 1973. He graduated from Bowman Gray School of Medicine in Winston-Salem, North Carolina in 1982. Dr. Mundorf was an Intern and Resident in Ophthalmology at the North Carolina Baptist Hospital in Winston-Salem, North Carolina, from 1982 to 1986. He was a Fellow in Glaucoma under Thom Zimmerman, M.D., Ph.D., at the University of Louisville from 1986 to 1987.

Dr. Mundorf began his private practice in Charlotte, North Carolina in 1987, specializing in the treatment of glaucoma. Approximately 70% of his practice is directed at treating patients with

glaucoma.  Dr. Mundorf sees and treats approximately 400 glaucoma patients each month in his practice.  He is a member of the American Academy of Ophthalmology, North Carolina Society of Eye Physicians and Surgeons, and the Association for Research in Vision and Ophthalmology.

Dr. Mundorf has authored or co-authored approximately 20 peer-reviewed publications.  He wrote a chapter entitled "Normal Tension Glaucoma" that was published in <u>Clinical Pathways in Glaucoma</u>, T. Zimmerman (ed.), 2001.  He has lectured on the subjects of ophthalmology and glaucoma treatment more than 250 times in the U.S., Canada, Central America, South America, South Korea, Vietnam and Malaysia.

At present, Dr. Mundorf is not a consultant to any pharmaceutical company.  Since 1986, he has participated in at least 75 studies for a variety of pharmaceutical companies including Allergan, Alcon, Merck, Pfizer, Santen and Novartis.

Dr. Mundorf's Curriculum Vitae is incorporated herein by reference.

**Regarding Clive G. Wilson, Ph.D.:**

Dr. Wilson received his Bachelors of Science in Applied Biology with honors from Hatfield Polytechnic in 1969.  In 1973 he received his Ph.D. in Biochemistry, with an emphasis in drug metabolism, from the University of Surrey.  Dr. Wilson is currently a Professor and J P Todd Chair of Pharmaceutics at Strathclyde Institute for Biomedical Sciences, University of Strathclyde, in Glasgow, U.K.  In addition, he was formerly an Adjunct Professor of Industrial Pharmacy & Pharmaceutics at the College of Pharmacy, University of Cincinnati, in Cincinnati, Ohio, and Chief Scientist at the BioImaging Research Centre, in Glasgow, U.K.  Dr. Wilson's research focus is on the study of the behavior of drug dosage formulations in man, particularly following delivery by the

gastrointestinal tract, eye and pulmonary routes.  In his career, he has published over 140 peer-reviewed papers and over 400 publications.

Dr. Wilson's Curriculum Vitae is incorporated herein by reference.

9

## TAB 9

### ALCON'S STATEMENT REGARDING THE
### QUALIFICATIONS OF ITS EXPERT WITNESSES

**Regarding Gordon Amidon, Ph.D.:**

Dr. Gordon Amidon is the Charles R. Walgreen, Jr. Professor of Pharmacy and a Professor of Pharmaceutics at the College of Pharmacy at the University of Michigan, in Ann Arbor, where he conducts research and teaches courses in various aspects of pharmacology and pharmaceutical chemistry, including the formulation and properties of drug product solutions. Additionally, for many years Dr. Amidon taught courses in statistics at the University of Wisconsin. He is also the Chairman and Chief Scientific Officer of TSRL, Inc., a biopharmaceutical research company that provides consulting and research services in such areas of pharmaceutical science as drug formulation and delivery. He has over 35 years of experience working on, teaching about, and studying drug formulations and drug delivery, including the design and analysis of experimental studies of drug formulations and their properties.

Dr. Amidon received his B.S. degree in Pharmacy from the State University of New York at Buffalo. His M.A. degree in Mathematics and Ph.D. in Pharmaceutical Chemistry were both from the University of Michigan, at Ann Arbor. He has received a number of honors and awards for his work in pharmaceutical sciences, including the American Association of Pharmaceutical Scientists Meritorious Manuscript Award, the American Association of Colleges of Pharmacy Volwiler Research Achievement Award, and an honorary Doctor of Pharmacy degree from Uppsala University, Uppsala, Sweden.

Dr. Amidon is a member of many professional societies, including the American Association of Pharmaceutical Scientists (of which he was President in 1998), the

1

American Pharmacists Association, the American Society for Biochemistry & Molecular Biology, the American Chemical Society and the Controlled Release Society. He has served on the editorial board for a number of peer-reviewed publications, including the International Journal of Pharmaceutics, the Journal of Pharmaceutical Sciences, and Pharmaceutical Research. He is also the editor of the Journal of Molecular Pharmaceutics. Dr. Amidon has been an invited lecturer or a symposium participant more than two hundred times, and is an author or co-author of more than 250 papers that have been published in peer-reviewed scientific or medical journals, and approximately thirty book chapters and monographs, including "Drug derivitization as a means of solubilization: Physicochemical and biochemical strategies," in Yalkowsky, Techniques of Solubilization of Drugs (1981); "Solubility, intrinsic dissolution and solubilization: Influence on absorption," in Amidon et al., Scientific Foundations for Regulating Drug Product Quality (1997); and "Solubility as a limiting factor to drug absorption," in Dressman, Methods for Assessing Oral Drug Absorption (2000).

Dr. Amidon has substantial experience teaching biopharmaceutics and pharmaceutical chemistry to undergraduate and graduate students; a number of his graduate and professional courses have focused on solubility issues. For many years Dr. Amidon also taught courses in statistics. Dr. Amidon conducts extensive research in the area of drug formulations and maintains a substantial laboratory for research in that area.

The subject matter of Dr. Amidon's testimony will concern non-infringement and invalidity of the '337 patent, consistent with the opinions and bases therefore as set forth in his expert report, rebuttal report and any errata or supplements thereto.

2

Additional facts about Dr. Amidon's background and qualifications, including a complete list of publications, are set forth in his curriculum vitae, which is incorporated herein by reference.

**Regarding Alan Robin, M.D.:**

Dr. Robin is an Associate Professor of Ophthalmology at the School of Medicine at Johns Hopkins University, an Adjunct Associate Professor of International Health at the Bloomberg School of Public Health at Johns Hopkins University, a Clinical Professor of Ophthalmology at the School of Medicine at the University of Maryland, and a Professor of Ophthalmology in the Veterans Administration System, in Baltimore, Maryland. His specialty is ophthalmology and his subspecialty is glaucoma. Throughout the course of his career, Dr. Robin has had approximately 12,000 glaucoma patients under his care. He has consulted for numerous companies that work on both the development of ophthalmic pharmaceuticals and on diagnostic and therapeutic devices, including both Alcon and Allergan.

Dr. Robin received his B.A. degree from Yale University and his M.D. from Tufts University School of Medicine, in Massachusetts. After graduating from medical school, he was an intern at Rochester General Hospital, in Rochester, New York. From 1975 – 1978, he was a Resident, and ultimately the Chief Resident, in Ophthalmology at the Greater Baltimore Medical Center, in Baltimore, Maryland. The following year (1978-79) he was a Postdoctoral Fellow in Glaucoma at the Wilmer Institute of the Johns Hopkins Hospital in Baltimore, Maryland. Dr. Robin is licensed to practice medicine in

New York, Maryland, and Pennsylvania and is certified by the American Board of Ophthalmology.

Dr. Robin has received a number of honors and awards for his work in connection with glaucoma, including the 1998 Senior Honor Award from the American Academy of Ophthalmology and the 1977 Janice Krushner Award from the International Glaucoma Association. He was also recently presented with the Outstanding Humanitarian Service Award for 2005 by the American Ophthalmologic Society.

Dr. Robin is a member of numerous professional societies, including the American Academy of Ophthalmology, the American Ophthalmological Society, and the Association for Research in Vision and Ophthalmology, and is a charter member of the American Glaucoma Society. He has been a member of the Board of the International Eye Foundation and the Maryland Society to Prevent Blindness. He has also been an invited lecturer or a symposium participant approximately one hundred times, mostly in connection with the treatment of glaucoma.

The focus of his research has been the treatment of glaucoma, and he has participated in trials and evaluations of a number of different pharmacologic therapies for glaucoma. Dr. Robin is an author or co-author of more than 150 papers that have been published in peer-reviewed scientific or medical journals, and approximately twenty other book chapters and monographs. He was a clinical investigator for Allergan in a study that evaluated three different concentrations of brimonidine tartrate (0.08%, 0.2%, 0.5%) for potential treatment of patients suffering from glaucoma or elevated intraocular pressure. He is a co-author of the article reporting the findings of that study, Robert J. Derrick, et al., "Brimonidine Tartrate: A One-month Dose Response Study,"

4

Ophthalmology, 104(1), 131-136 (1997). The 0.2% brimonidine tartrate concentration tested in that reported study was subsequently marketed commercially by Allergan under the trade name Alphagan.

Dr. Robin has taught the medical therapy of glaucoma to ophthalmology residents, ophthalmology fellows, and optometry students and residents for close to two decades. This instruction includes, but is not limited to, concepts of therapy (compliance, formulation, drop size, dose response), aqueous formation, aqueous flow, intraocular pressure measurements, classes of medications, side effects of each, and how to use each. He has lectured and presented data on treatments for glaucoma in Asia, Africa, Australia, and the United States. He also works on public health issues relating to the prevention of blindness in less developed nations.

The subject matter of Dr. Robin's testimony will be limited to invalidity defenses to the '834 patent that will be distinct from those offered by Dr. Amidon and consistent with those set forth in Dr. Robin's report.

Additional facts about Dr. Robin's background and qualifications, including a complete list of publications, are set forth in his curriculum vitae, which is incorporated herein by reference.

10

TAB 10

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
ALLERGAN'S DEPOSITION DESIGNATIONS
January 17, 2006

| DEPONENT | DATE | PAGE/LINE RANGE |
|---|---|---|
| Haresh Bhagat | September 8, 2005 | 7:7-11 |
| | | 10:5-14 |
| | | 13:24-14:2 |
| | | 14:14-14:18 |
| | | 18:9-16 |
| | | 41:18-23 |
| | | 42:3-13 |
| | | 49:9-49:17 |
| | | 51:3-52:7 |
| | | 55:21-55:25 |
| | | 56:3-56:21 |
| | | 57:1-57:7 |
| | | 57:20-58:12 |
| | | 59:4-24 |
| | | 63:6-24 |
| | | 64:23-65:2 |
| | | 70:6-12 |
| | | 74:20-75:4 |
| | | 75:25-76:4 |
| | | 77:8-18 |
| | | 77:23-78:4 |
| | | 84:17-85:11 |
| | | 104:10-105:4 |
| | | 113:6-116:10 |
| | | |
| Moji Bonakdar | August 25, 2005 | 7:17-21 |
| | | 11:3-12:2 |
| | | 13:22-14:4 |
| | | 14:13-15 |
| | | 14:22-15:2 |
| | | 19:17-25 |
| | | 20:13-21:2 |
| | | 26:14-17 |
| | | 28:1-29:4 |
| | | 29:13-30:17 |
| | | 34:6-35:14 |
| | | 36:20-38:7 |
| | | 38:12-40:8 |
| | | 55:4-56:4 |
| | | 57:16-58:14 |
| | | 61:23-63:5 |
| | | 63:17-21 |
| | | 64:5-14 |
| | | 79:24-80:17 |
| | | 97:22-98:24 |

TAB 10

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
ALLERGAN'S DEPOSITION DESIGNATIONS
January 17, 2006

| DEPONENT | DATE | PAGE/LINE RANGE |
|---|---|---|
| | | 102:25-103:9 |
| | | 115:10-116:9 |
| | | |
| David Herrick | August 24, 2005 | 7:4-8 |
| | | 8:25-9:5 |
| | | 11:3-13 |
| | | 15:13-23 |
| | | 21:6-7 |
| | | 21:12-16 |
| | | 22:7-9 |
| | | 24:18-21 |
| | | 26:19-27:4 |
| | | 38:8-25 |
| | | 52:24-53:14 |
| | | 61:8-61:8 |
| | | 61:10-25 |
| | | 62:15-63:10 |
| | | 65:14-20 |
| | | 71:7-72:6 |
| | | 74:3-18 |
| | | 110:17-111:6 |
| | | 115:3-116:1 |
| | | |
| Michael Pfleger | August 3, 2005 | 6:2-5 |
| | | 17:8-21 |
| | | 18:23-19:3 |
| | | 43:23-44:3 |
| | | 49:16-50:20 |
| | | 56:1-6 |
| | | |
| Patrick Ryan | August 4, 2005 | 7:1-4 |
| | | 30:6-15 |
| | | 31:23-32:1 |
| | | 34:4-12 |
| | | 36:22-37:6 |
| | | 39:6-18 |
| | | 40:24-41:11 |
| | | 47:3-14 |
| | | 60:21-25 |
| | | 61:23-25 |
| | | 62:13-14 |
| | | 65:18-66:11 |
| | | 75:9-17 |
| | | 77:7-11 |
| | | 78:2-8 |
| | | 80:12-15 |

TAB 10

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS
ALLERGAN'S DEPOSITION DESIGNATIONS
January 17, 2006

| DEPONENT | DATE | PAGE/LINE RANGE |
|---|---|---|
| | | 84:8-11 |
| | | 87:1-5 |
| | | 87:10-13 |
| | | 87:17-20 |
| | | |
| Patricia Underwood | April 19, 2005 | 6:6-9 |
| | | 8:11-17 |
| | | 9:3-8 |
| | | 11:3-11 |

10587271.doc

3

10A

<u>TAB 10-A</u>

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S COUNTER DESIGNATIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN COUNTER-DESIGNATION |
|---|---|---|
| Angelika Aswad (September 16, 2005) | 8:2-15 | 16:18-17:17 |
| | 14:17-15:17 | 25:17-23 |
| | 16:5-17 | 27:2-4 |
| | 18:2-19:6 | 83:10-14 |
| | 19:23-20:23 | 84:4-9 |
| | 21:7-22:21 | 84:12-14 |
| | 29:9-11 | 84:16-18 |
| | 30:9-31:5 | 87:2-12 |
| | 44:4-8 | 103:4-10 |
| | 58:7-22 | |
| | 67:18-21 | |
| | 80:16-81:25 | |
| | 82:17-83:9 | |
| | 83:25-84:3 | |
| | 86:17-87:1 | |
| | 87:13-88:5 | |
| | 91:10-92:16 | |
| | 92:25-93:15 | |
| | 94:3-6 | |
| | 101:1-7 | |
| | 102:1-103:3 | |
| | 105:25-107:4 | |
| | 115:4-22 | |
| Richard Graham, Ph.D. (September 15, 2005) | 6:14-15 | 11:5-15 |
| | 11:16-12:1 | 12:2-8 |
| | 14:22-16:4 | 16:6-13 |
| | 17:14-18 | 17:19-18:4 |
| | 23:9-20 | 29:14-20 |
| | 24:6-25:13 | 30:3-16 |
| | 29:21-30:2 | 47:7-14 |
| | 38:24-39:5 | 49:2-6 |
| | 41:9-42:9 | 49:8-24 |
| | 43:25-44:12 | 76:16-77:12 |
| | 44:24-47:5 | 100:11-13 |
| | 47:15-20 | 100:16-18 |

1

[Note: Objections have been raised to several of defendant's designations. Should those objections be sustained, plaintiff reserves the right to withdraw its corresponding counter-designations.]

TAB 10-A

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S COUNTER DESIGNATIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN COUNTER-DESIGNATION |
|---|---|---|
| | 54:21-55:1 | 100:20-22 |
| | 55:15-56:15 | 104:18-105:1 |
| | 58:14-60:14 | 105:8-15 |
| | 75:13-76:15 | 122:12-24 |
| | 100:23-101:15 | 138:15-18 |
| | 104:2-6 | 140:14-141:5 |
| | 105:2-7 | 144:10-16 |
| | 125:22-126:3 | 144:19-145:6 |
| | 126:24-128:3 | 181:19-182:14 |
| | 132:25-133:5 | 210:3-5 |
| | 133:12-21 | |
| | 135:18-137:2 | |
| | 137:21-138:14 | |
| | 138:19-140:2 | |
| | 140:9-13 | |
| | 141:6-144:9 | |
| | 145:8-146:4 | |
| | 165:4-18 | |
| | 165:24-166:6 | |
| | 168:22-169:18 | |
| | 174:17-175:3 | |
| | 178:24-181:18 | |
| | 182:15-183:12 | |
| | 197:10-11 | |
| | 197:15-198:13 | |
| | 198:22-201:22 | |
| | 202:11-204:20 | |
| | 204:23-207:18 | |
| | 207:22-208:14 | |
| | 208:17-209:25 | |
| | 210:7-212:18 | |
| Carlos A. Fisher (July 20, 2005) | 7:12-13 | |
| | 14:5-16 | |
| | 83:20-23 | |
| | 87:19-88:13 | |
| | 93:21-94:9 | |

2

[Note: Objections have been raised to several of defendant's designations. Should those objections be sustained, plaintiff reserves the right to withdraw its corresponding counter-designations.]

TAB 10-A

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S COUNTER DESIGNATIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN COUNTER-DESIGNATION |
|---|---|---|
| | 109:25-114:8 | |
| | 117:3-119:12 | |
| | | |
| Edward Kerslake, Ph.D. | 6:9-12 | 13:12-25 |
| (April 28, 2005) | 7:12-8:10 | 14:10-16 |
| | 31:2-33:14 | 15:2-21 |
| | 33:22-34:20 | 16:10-15 |
| | 40:8-14 | 35:22-25 |
| | 55:3-59:25 | 36:2-3 |
| | 62:17-63:16 | 36:8-25 |
| | 63:23-66:19 | 37:2-19 |
| | 74:17-23 | 39:12-25 |
| | 77:15-79:8 | 40:2-5 |
| | 83:18-84:22 | 74:24-25 |
| | 87:2-89:11 | 75:2-5 |
| | 95:10-96:24 | 79:9-21 |
| | 101:9-102:9 | 84:23 |
| | 108:11-112:23 | 89:12-15 |
| | 117:6-22 | 89:18-20 |
| | 118:7-11 | 103:15-25 |
| | 121:23-122:24 | 104:2 |
| | 125:18-127:25 | 104:5-25 |
| | 131:4-132:14 | 117:14-15 |
| | 135:8-22 | 171:23-25 |
| | 137:10-19 | 192:20 |
| | 138:7-12 | |
| | 139:2-5 | |
| | 145:12-15 | |
| | 146:20-147:10 | |
| | 149:21-151:13 | |
| | 156:12-166:19 | |
| | 167:4-171:2 | |
| | 171:13-21 | |
| | 174:23-179:15 | |
| | 180:2-21 | |
| | 182:11-183:9 | |
| | 184:19-185:4 | |

3

[Note: Objections have been raised to several of defendant's designations. Should those objections be sustained, plaintiff reserves the right to withdraw its corresponding counter-designations.]

TAB 10-A

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S COUNTER DESIGNATIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN COUNTER-DESIGNATION |
|---|---|---|
| | 185:20-187:17 | |
| | 188:4-16 | |
| | 189:7-14 | |
| | 192:2-19 | |
| | 194:2-7 | |
| | | |
| Orest Olejnik, Ph.D. | 12:10-13:1 | 20:10-24 |
| (June 23, 2005) | 19:17-21 | 44:22-45:7 |
| | 26:13-27:16 | 50:25 |
| | 44:16-21 | 51:21-24 |
| | 46:3-17 | 87:3-18 |
| | 47:12-48:25 | 91:2-17 |
| | 49:11-16 | 92:6-23 |
| | 50:8-18 | 109:10-19 |
| | 50:24-51:20 | 120:2-23 |
| | 55:17-25 | 143:4-18 |
| | 58:1-60:3 | 150:14-23 |
| | 60:14-61:16 | 151:12-152:7 |
| | 64:22-66:21 | 154:3-7 |
| | 87:19-25 | 155:7-13 |
| | 88:6-21 | 156:5-157:17 |
| | 89:1 | 163:22-164:3 |
| | 91:18-92:5 | 167:3-21 |
| | 102:13-25 | 169:9-16 |
| | 103:9-107:1 | 172:17-173:7 |
| | 114:24-116:9 | 174:10-21 |
| | 123:11-124:12 | 191:13-192:1 |
| | 126:3-128:13 | 199:24-200:10 |
| | 131:14-132:7 | 214:18-215:1 |
| | 133:21-134:2 | |
| | 135:12-137:23 | |
| | 141:7-142:2 | |
| | 148:13-150:13 | |
| | 150:24-151:11 | |
| | 152:8-153:9 | |
| | 155:14-156:4 | |
| | 157:18-160:13 | |

4

[Note: Objections have been raised to several of defendant's designations. Should those objections be sustained, plaintiff reserves the right to withdraw its corresponding counter-designations.]

TAB 10-A

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S COUNTER DESIGNATIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN COUNTER-DESIGNATION |
|---|---|---|
| | 162:2-4 | |
| | 162:16-163:13 | |
| | 164:4-165:23 | |
| | 168:15-169:8 | |
| | 169:17-172:16 | |
| | 173:21-174:9 | |
| | 175:22-178:13 | |
| | 178:22-179:15 | |
| | 180:16-183:4 | |
| | 189:23-191:1 | |
| | 192:2-193:23 | |
| | 196:10-199:23 | |
| | 203:11-207:23 | |
| | 209:23-210:21 | |
| | 211:23-214:17 | |
| | 215:2-23 | |
| | 216:15-217:18 | |
| | 218:2-10 | |
| Orest Olejnik, Ph.D. (June 24, 2005) | 241:16-242:20 | 238:15-24 |
| | 245:13-246:7 | 239:1-9 |
| | 254:6-257:1 | 239:12-240:1 |
| | 258:20-259:12 | 240:3-12 |
| | 259:22-261:16 | 243:10-15 |
| | 264:16-267:8 | 253:8-254:6 |
| | 271:15-274:4 | 257:19-21 |
| | 274:21-275:13 | 257:24 |
| | 283:15-284:14 | 258:2-19 |
| | 285:23-287:20 | 259:13-21 |
| | 288:3-24 | 271:7-14 |
| | 289:8-295:2 | 298:22-300:2 |
| | 295:24-297:9 | 301:7-8 |
| | 297:19-298:8 | 301:11-22 |
| | 298:14-21 | 301:24-302:15 |
| | 303:18:305:19 | 343:11-344:7 |
| | 306:3-308:20 | 451:12-452:16 |
| | 309:6-311:24 | 456:19-21 |

5

[Note: Objections have been raised to several of defendant's designations. Should those objections be sustained, plaintiff reserves the right to withdraw its corresponding counter-designations.]

<u>TAB 10-A</u>

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S COUNTER DESIGNATIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN COUNTER-DESIGNATION |
|---|---|---|
| | 312:7-314:17 | 456:24-25 |
| | 314:25-327:16 | 470:25-471:10 |
| | 329:23-331:16 | |
| | 332:2-338:3 | |
| | 338:21-342:20 | |
| | 345:5-346:19 | |
| | 350:7-13 | |
| | 360:5-22 | |
| | 361:16-362:1 | |
| | 364:8-16 | |
| | 383:11-21 | |
| | 384:12-385:5 | |
| | 390:2-392:10 | |
| | 414:22-416:3 | |
| | 430:8-9 | |
| | 430:14-16 | |
| | 430:21-25 | |
| | 431:9-432:20 | |
| | 450:24-451:2 | |
| | 457:6-10 | |
| | 461:13-20 | |
| | 470:4-19 | |
| | 471:11-23 | |
| | 477:11-478:18 | |
| Angel Padilla (August 9, 2005) | 11:14-12:3 | 6:9-7:14 |
| | 13:2-5 | 10:24-11:1 |
| | 13:23-14:2 | 12:4-12 |
| | 14:8-18 | 13:9-22 |
| | 16:6-17:22 | 17:23-18:2 |
| | 18:25-27:15 | 18:16-24 |
| | 33:20-34:4 | 69:20-22 |
| | 36:2-38:22 | 74:18-23 |
| | 49:17-50:4 | 158:12-159:4 |
| | 52:25-53:5 | 160:2-14 |
| | 53:13-23 | 170:18-171:1 |
| | 56:25-58:2 | |

6

[Note: Objections have been raised to several of defendant's designations. Should those objections be sustained, plaintiff reserves the right to withdraw its corresponding counter-designations.]

TAB 10-A

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S COUNTER DESIGNATIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN COUNTER-DESIGNATION |
|---|---|---|
| | 60:9-18 | |
| | 69:16-19 | |
| | 71:20-25 | |
| | 73:8-10 | |
| | 73:20-74:3 | |
| | 75:10-23 | |
| | 79:22-80:25 | |
| | 92:25-93:7 | |
| | 94:15-95:4 | |
| | 95:17-96:24 | |
| | 113:1-7 | |
| | 164:11-166:9 | |
| | 166:20-167:10 | |
| | 170:6-16 | |
| | 181:13-184:25 | |

10588524.doc

7

[Note:  Objections have been raised to several of defendant's designations.  Should those objections be sustained, plaintiff reserves the right to withdraw its corresponding counter-designations.]

10B

TAB 10-B

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S OBJECTIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN OBJECTIONS TO ALCON DESIGNATION |
|---|---|---|
| Angelika Aswad | 8:2-15 | |
| (September 16, 2005) | 14:17-15:17 | |
| | 16:5-17 | |
| | 18:2-19:6 | |
| | 19:23-20:23 | |
| | 21:7-22:21 | |
| | 29:9-11 | |
| | 30:9-31:5 | |
| | 44:4-8 | |
| | 58:7-22 | |
| | 67:18-21 | |
| | 80:16-81:25 | F.R.E. 602 |
| | 82:17-83:9 | F.R.E. 602, F.R.E. 802 |
| | 83:25-84:3 | F.R.E. 802 |
| | 86:17-87:1 | F.R.E. 802 |
| | 87:13-88:5 | F.R.E. 602, F.R.E. 802 |
| | 91:10-92:16 | |
| | 92:25-93:15 | |
| | 94:3-6 | |
| | 101:1-7 | F.R.E. 802 |
| | 102:1-103:3 | F.R.E. 602, F.R.E. 802 |
| | 105:25-107:4 | |
| | 115:4-22 | F.R.E. 402 & 403 |
| | | |
| Richard Graham, Ph.D. | 6:14-15 | |
| (September 15, 2005) | 11:16-12:1 | |
| | 14:22-16:4 | |
| | 17:14-18 | |
| | 23:9-20 | |
| | 24:6-25:13 | |
| | 29:21-30:2 | |
| | 38:24-39:5 | F.R.E. 802, F.R.E. 402 & 403 |
| | 41:9-42:9 | F.R.E. 802, F.R.E. 402 & 403 |
| | 43:25-44:12 | F.R.E. 802, F.R.E. 402 & 403 |
| | 44:24-47:5 | F.R.E. 802, F.R.E. 402 & 403 |
| | 47:15-20 | |
| | 54:21-55:1 | F.R.E. 802, F.R.E. 402 & 403 |
| | 55:15-56:15 | F.R.E. 802, F.R.E. 402 & 403, F.R.E. 602 |

1

TAB 10-B

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S OBJECTIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN OBJECTIONS TO ALCON DESIGNATION |
|---|---|---|
| | 58:14-60:14 | F.R.E. 802, F.R.E. 402 & 403 |
| | 75:13-76:15 | F.R.E. 802, F.R.E. 402 & 403 |
| | 100:23-101:15 | F.R.E. 802, F.R.E. 402 & 403 |
| | 104:2-6 | F.R.E. 402 & 403 |
| | 105:2-7 | F.R.E. 402 & 403 |
| | 125:22-126:3 | F.R.E. 802, F.R.E. 402 & 403 |
| | 126:24-128:3 | F.R.E. 802, F.R.E. 402 & 403, F.R.E. 602 |
| | 132:25-133:5 | |
| | 133:12-21 | F.R.E. 802, F.R.E. 402 & 403 |
| | 135:18-137:2 | F.R.E. 802, F.R.E. 602 |
| | 137:21-138:14 | F.R.E. 802, F.R.E. 602 |
| | 138:19-140:2 | F.R.E. 802, F.R.E. 602 |
| | 140:9-13 | F.R.E. 802, F.R.E. 602 |
| | 141:6-144:9 | F.R.E. 802, F.R.E. 402 & 403, F.R.E. 602 |
| | 145:8-146:4 | F.R.E. 802, F.R.E. 402 & 403 |
| | 165:4-18 | F.R.E. 802, F.R.E. 402 & 403 |
| | 165:24-166:6 | F.R.E. 802, F.R.E. 402 & 403 |
| | 168:22-169:18 | F.R.E. 802, F.R.E. 402 & 403 |
| | 174:17-175:3 | F.R.E. 402 & 403 |
| | 178:24-181:18 | F.R.E. 802, F.R.E. 402 & 403 |
| | 182:15-183:12 | F.R.E. 802, F.R.E. 402 & 403 |
| | 197:10-11 | F.R.E. 802 |
| | 197:15-198:13 | F.R.E. 802, F.R.E. 402 & 403 |
| | 198:22-201:22 | F.R.E. 802, F.R.E. 402 & 403, F.R.E. 602 |
| | 202:11-204:20 | F.R.E. 802, F.R.E. 402 & 403 |
| | 204:23-207:18 | F.R.E. 802, F.R.E. 402 & 403 |
| | 207:22-208:14 | F.R.E. 802, F.R.E. 402 & 403, F.R.E. 602 |
| | 208:17-209:25 | F.R.E. 802, F.R.E. 402 & 403, F.R.E. 602 |
| | 210:7-212:18 | F.R.E. 802, F.R.E. 402 & 403, F.R.E. 602 |
| | | |
| Carlos A. Fisher (July 20, 2005) | 7:12-13 | |
| | 14:5-16 | |
| | 83:20-23 | F.R.E. 402 & 403 |
| | 87:19-88:13 | F.R.E. 402 & 403 |

TAB 10-B

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S OBJECTIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN OBJECTIONS TO ALCON DESIGNATION |
|---|---|---|
| | 93:21-94:9 | F.R.E. 402 & 403 |
| | 109:25-114:8 | F.R.E. 402 & 403 |
| | 117:3-119:12 | F.R.E. 402 & 403, F.R.E. 602, F.R.E. 802 |
| | | |
| Edward Kerslake, Ph.D. (April 28, 2005) | 6:9-12 | |
| | 7:12-8:10 | |
| | 31:2-33:14 | |
| | 33:22-34:20 | |
| | 40:8-14 | |
| | 55:3-59:25 | Up to 59:16: F.R.E. 402 & 403, F.R.E. 602, F.R.E. 802 |
| | 62:17-63:16 | F.R.E. 402 & 403, F.R.E. 602, F.R.E. 802 |
| | 63:23-66:19 | F.R.E. 402 & 403, F.R.E. 602, F.R.E. 802 |
| | 74:17-23 | |
| | 77:15-79:8 | |
| | 83:18-84:22 | 84:8-22: F.R.E. 602, F.R.E. 402 & 403 |
| | 87:2-89:11 | F.R.E. 402 & 403, F.R.E. 802, F.R.E. 602 |
| | 95:10-96:24 | F.R.E. 402 & 403 |
| | 101:9-102:9 | 102:4-9: F.R.E. 602 |
| | 108:11-112:23 | 111:14-112:13: F.R.E. 602, F.R.E. 802 |
| | 117:6-22 | F.R.E. 402 & 403 |
| | 118:7-11 | F.R.E. 402 & 403, F.R.E. 802 |
| | 121:23-122:24 | F.R.E. 402 & 403, F.R.E. 802 |
| | 125:18-127:25 | 126:24-127:25: F.R.E. 802 |
| | 131:4-132:14 | |
| | 135:8-22 | |
| | 137:10-19 | |
| | 138:7-12 | |
| | 139:2-5 | |
| | 145:12-15 | |
| | 146:20-147:10 | |
| | 149:21-151:13 | |
| | 156:12-166:19 | 156:25-157:8: F.R.E. 602 |
| | 167:4-171:2 | 168:6-23: F.R.E. 402 & 403 |
| | 171:13-21 | |

3

TAB 10-B

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S OBJECTIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN OBJECTIONS TO ALCON DESIGNATION |
|---|---|---|
| | 174:23-179:15 | |
| | 180:2-21 | 180:14-21: F.R.E. 802, F.R.E. 402 & 403, F.R.E. 602 |
| | 182:11-183:9 | |
| | 184:19-185:4 | 185:1-4: F.R.E. 602 |
| | 185:20-187:17 | 186:10-187:17: F.R.E. 602 |
| | 188:4-16 | F.R.E. 602 |
| | 189:7-14 | F.R.E. 402 & 403, F.R.E. 602 |
| | 192:2-19 | |
| | 194:2-7 | |
| Orest Olejnik, Ph.D. (June 23, 2005) | 12:10-13:1 | |
| | 19:17-21 | |
| | 26:13-27:16 | |
| | 44:16-21 | |
| | 46:3-17 | |
| | 47:12-48:25 | |
| | 49:11-16 | |
| | 50:8-18 | |
| | 50:24-51:20 | F.R.E. 402 & 403 |
| | 55:17-25 | F.R.E. 602 |
| | 58:1-60:3 | 58:1-9: F.R.E. 402 & 403 |
| | 60:14-61:16 | 60:22-61:4: F.R.E. 602 |
| | 64:22-66:21 | F.R.E. 402 & 403 |
| | 87:19-25 | F.R.E. 402 & 403 |
| | 88:6-21 | F.R.E. 402 & 403 |
| | 89:1 | F.R.E. 402 & 403 |
| | 91:18-92:5 | |
| | 102:13-25 | F.R.E. 402 & 403 |
| | 103:9-107:1 | F.R.E. 402 & 403 |
| | 114:24-116:9 | |
| | 123:11-124:12 | F.R.E. 402 & 403, F.R.E. 602 |
| | 126:3-128:13 | F.R.E. 402 & 403 |
| | 131:14-132:7 | F.R.E. 402 & 403, F.R.E. 802 |
| | 133:21-134:2 | F.R.E. 402 & 403, F.R.E. 802 |
| | 135:12-137:23 | F.R.E. 402 & 403, F.R.E. 802 |
| | 141:7-142:2 | |
| | 148:13-150:13 | |
| | 150:24-151:11 | |
| | 152:8-153:9 | F.R.E. 402 & 403, F.R.E. 802 |

TAB 10-B

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S OBJECTIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN OBJECTIONS TO ALCON DESIGNATION |
|---|---|---|
| | 155:14-156:4 | F.R.E. 402 & 403, F.R.E. 802 |
| | 157:18-160:13 | 157:18-159:10: F.R.E. 402 & 403, F.R.E. 802 |
| | 162:2-4 | |
| | 162:16-163:13 | |
| | 164:4-165:23 | |
| | 168:15-169:8 | |
| | 169:17-172:16 | |
| | 173:21-174:9 | |
| | 175:22-178:13 | 177:8-178:13: F.R.E. 402 & 403, F.R.E. 602 |
| | 178:22-179:15 | F.R.E. 402 & 403 |
| | 180:16-183:4 | F.R.E. 402 & 403 |
| | 189:23-191:1 | |
| | 192:2-193:23 | 192:2-193:14: F.R.E. 402 & 403, F.R.E. 602 |
| | 196:10-199:23 | |
| | 203:11-207:23 | |
| | 209:23-210:21 | 209:23-210:14: F.R.E. 802 |
| | 211:23-214:17 | 211:23-212:21: F.R.E. 802 |
| | 215:2-23 | |
| | 216:15-217:18 | |
| | 218:2-10 | |
| Orest Olejnik, Ph.D. (June 24, 2005) | 241:16-242:20 | |
| | 245:13-246:7 | F.R.E. 402 & 403 |
| | 254:6-257:1 | 255:2-257:1: F.R.E. 602 |
| | 258:20-259:12 | F.R.E. 602 |
| | 259:22-261:16 | 259:22-260:1: F.R.E. 602 |
| | 264:16-267:8 | |
| | 271:15-274:4 | |
| | 274:21-275:13 | F.R.E. 602, F.R.E. 802 |
| | 283:15-284:14 | F.R.E. 602 |
| | 285:23-287:20 | F.R.E. 402 & 403, F.R.E. 802 |
| | 288:3-24 | F.R.E. 402 & 403, F.R.E. 802 |
| | 289:8-295:2 | 289:23-295:2: F.R.E. 602; 289:8-22: F.R.E. 802, F.R.E. 402 & 403 |
| | 295:24-297:9 | F.R.E. 402 & 403, F.R.E. 802 |
| | 297:19-298:8 | F.R.E. 402 & 403, F.R.E. 802 |

TAB 10-B

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S OBJECTIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN OBJECTIONS TO ALCON DESIGNATION |
|---|---|---|
| | 298:14-21 | F.R.E. 402 & 403 |
| | 303:18;305:19 | |
| | 306:3-308:20 | F.R.E. 802, F.R.E. 402 & 403; 307:24-308:20: F.R.E. 602 |
| | 309:6-311:24 | F.R.E. 802, F.R.E. 402 & 403 |
| | 312:7-314:17 | F.R.E. 802, F.R.E. 402 & 403 |
| | 314:25-327:16 | F.R.E. 402 & 403, F.R.E. 602; 314:25-321:16: F.R.E. 802 |
| | 329:23-331:16 | F.R.E. 602, F.R.E. 402 & 403 |
| | 332:2-338:3 | F.R.E. 402 & 403, F.R.E. 602, F.R.E. 802 |
| | 338:21-342:20 | F.R.E. 402 & 403, F.R.E. 602, F.R.E. 802 |
| | 345:5-346:19 | F.R.E. 402 & 403 |
| | 350:7-13 | F.R.E. 402 & 403 |
| | 360:5-22 | F.R.E. 802, F.R.E. 602 |
| | 361:16-362:1 | F.R.E. 602 |
| | 364:8-16 | |
| | 383:11-21 | F.R.E. 802 |
| | 384:12-385:5 | F.R.E. 802 |
| | 390:2-392:10 | F.R.E. 802 |
| | 414:22-416:3 | |
| | 430:8-9 | F.R.E. 802 |
| | 430:14-16 | F.R.E. 802 |
| | 430:21-25 | F.R.E. 802 |
| | 431:9-432:20 | F.R.E. 802 |
| | 450:24-451:2 | F.R.E. 802 |
| | 457:6-10 | |
| | 461:13-20 | |
| | 470:4-19 | F.R.E. 602 |
| | 471:11-23 | F.R.E. 602 |
| | 477:11-478:18 | F.R.E. 602 |
| | | |
| Angel Padilla (August 9, 2005) | 11:14-12:3 | |
| | 13:2-5 | |
| | 13:23-14:2 | |
| | 14:8-18 | |
| | 16:6-17:22 | |
| | 18:25-27:15 | |
| | 33:20-34:4 | |

TAB 10-B

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN'S OBJECTIONS TO
ALCON, INC.'S DEPOSITION DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON DESIGNATION | ALLERGAN OBJECTIONS TO ALCON DESIGNATION |
|---|---|---|
| | 36:2-38:22 | F.R.E. 402 & 403 |
| | 49:17-50:4 | F.R.E. 402 & 403, F.R.E. 802 |
| | 52:25-53:5 | F.R.E. 402 & 403 |
| | 53:13-23 | F.R.E. 402 & 403 |
| | 56:25-58:2 | F.R.E. 402 & 403 |
| | 60:9-18 | F.R.E. 402 & 403, F.R.E. 802 |
| | 69:16-19 | |
| | 71:20-25 | |
| | 73:8-10 | |
| | 73:20-74:3 | 73:20-74:3: F.R.E. 402 & 403; 74:1-3: F.R.E. 602 |
| | 75:10-23 | |
| | 79:22-80:25 | 79:22-80:25: F.R.E. 402 & 403; 80:18-25: F.R.E. 802 & 602 |
| | 92:25-93:7 | |
| | 94:15-95:4 | F.R.E. 402 & 403, F.R.E. 802 |
| | 95:17-96:24 | 95:23-96:5: F.R.E. 602; 95:17-96:19: F.R.E. 802 |
| | 113:1-7 | |
| | 164:11-166:9 | F.R.E. 602 |
| | 166:20-167:10 | F.R.E. 802 |
| | 170:6-16 | F.R.E. 802, F.R.E. 602 |
| | 181:13-184:25 | F.R.E. 402 & 403, F.R.E. 602 & 802 |

10588533.doc

7

10C

TAB 10-C

*ALLERGAN, INC., et al. v. ALCON, INC., et al.*
Civil Action No. 04-968-GMS

ALLERGAN OBJECTIONS TO ALCON COUNTER-DESIGNATIONS

January 17, 2006

| DEPONENT (DATE OF DEPO) | ALCON COUNTER-DESIGNATION | ALLERGAN OBJECTION TO ALCON COUNTER-DESIGNATION |
|---|---|---|
| Haresh Bhagat (September 8, 2005) | 78:8-14 78:21-79:8 | |
| Moji Bonakdar (August 25, 2005) | 35:15-36:14 46:7-8 50:6-51:13 52:2-53:24 64:15-65:5 66:4-66:13 67:1-12 117:15-118:20 118:25-119:12 119:15-20 | |
| David Herrick (August 24, 2005) | 53:15-16 53:20-23 81:10-12 114:11-18 | |
| Michael Pfleger (August 3, 2005) | 16:23-17:7 17:22-18:22 | 17:22-18:2, 18:5, 18:8-9, 18:12-20: Not Testimony - Objections of Counsel |
| | 19:4-9 42:8-43:22 | 42:15-43:12: Not Testimony - Objections of Counsel |
| | 55:3-25 | 55:12-18: Not Testimony - Objections of Counsel |
| | 56:7-57:11 | |
| Patrick Ryan (August 4, 2005) | None | |
| Patricia Underwood (April 19, 2005) | None | |

10588859 - Tab 10C.doc

1

11

## TAB 11

### ALCON'S OBJECTIONS AND COUNTER-DESIGNATIONS TO ALLERGAN'S DEPOSITION DESIGNATIONS; ALCON'S DEPOSITION DESIGNATIONS AND OBJECTIONS TO ALLERGAN'S COUNTER-DESIGNATIONS

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Scheduling Order, Alcon submits the following designations of deposition testimony, objections to Allergan's counter-designations of deposition testimony, objections to Allergan's designations of deposition testimony, and counter-designations to Allergan's designations of deposition testimony.

Alcon generally objects to Allergan's deposition designations as follows:

1.      To the extent Allergan's deposition designations refer to or incorporate exhibits that are listed on Allergan's trial exhibit list, Alcon objects to the use of these exhibits for the reasons set forth in its objections to Allergan's trial exhibits, which objections are hereby incorporated by reference.  For brevity, Alcon will not repeat these objections herein.

2.      Allergan has designated, or covered, may issues with multiple witnesses. Depending upon whose testimony Allergan tries to use at trial, Alcon also objects on the grounds that the testimony is cumulative.

3.      Alcon reserves the right to amend or supplement its objections based on the outcome of any motions decided by the Court before or during trial.

1

To the extent that Alcon has sought to exclude certain testimony in its motions *in limine*, Alcon has nonetheless made conditional counter-designations in the event that the Court denies Alcon's motions.

**Alcon's Key to Objections to Deposition Designations**

| Abbreviation | Objection |
|---|---|
| AMBIG | Question is improperly vague and ambiguous |
| ARG | Question is improperly argumentative |
| COMP | Compound question; it cannot be determined to which portion of the question the deponent answered or responded |
| EXP | Question improperly calls for an expert opinion |
| FO | No foundation; question is premised upon facts that cannot be proven |
| H | Testimony is hearsay (or hearsay within hearsay) and inadmissible under Fed. R. Evid. 801 and 802 or 805 |
| INC | Designation is incomplete, omitting either part of the question, all or part of the answer, or both |
| LAW | Testimony as to matters of law |
| MIST | Question misstates the record |
| PK | No foundation; it was not established that the witness had any personal knowledge of the subject matter |
| REL | Testimony is irrelevant and inadmissible under Fed. R. Evid. 402 |
| SP | Question improperly calls for speculation |

**Haresh Bhagat, September 8, 2005**

| Allergan Designations | Alcon Objections | Alcon Counters |
|---|---|---|
| 7:7-11 | | |
| 10:5-14 | | |
| 13:24-14:2 | | |
| 14:14-14:18 | | |
| 18:9-16 | | |
| 41:18-23 | | |
| 42:3-13 | AMBIG | |
| 49:9-49:17 | | |
| 51:3-52:7 | | |
| 55:21-55:25 | MIST & COMP | |
| 56:3-56:21 | MIST & COMP (as to 56:3-4) | |
| 57:1-57:7 | | |
| 57:20-58:12 | AMBIG (as to 57:20-58:1) | |
| 59:4-24 | | |
| 63:6-24 | COMP (as to 63:6-14) | |
| 64:23-65:2 | REL | |
| 70:6-12 | FO | |
| 74:20-75:4 | | |
| 75:25-76:4 | | |
| 77:8-18 | REL | 78:8-14<br>78:21-79:8 |
| 77:23-78:4 | REL | |
| 84:17-85:11 | | |
| 104:10-105:4 | FO (as to 104:10-20) | |
| 113:6-116:10 | AMBIG (as to 112:6-15) | |

**Moji Bonakdar, August 25, 2005**

| Allergan Designations | Alcon Objections | Alcon Counters |
|---|---|---|
| 7:17-21 | | |
| 11:3-12:2 | | |
| 13:22-14:4 | | |
| 14:13-15 | | |
| 14:22-15:2 | | |
| 19:17-25 | | |
| 20:13-21:2 | | |
| 26:14-17 | | |

| Allergan Designations | Alcon Objections | Alcon Counters |
|---|---|---|
| 28:1-29:4 | | |
| 29:13-30:17 | MIST (as to 30:1-3) | |
| 34:6-35:14 | | 35:15-36:14 |
| 36:20-38:7 | | |
| 38:12-40:8 | AMBIG (as to 38:15-39:5) | 46:7-8<br>50:6-51:13<br>52:2-53:24 |
| 55:4-56:4 | | |
| 57:16-58:14 | | |
| 61:23-63:5 | MIST & ARG (as to 62:14-18 and as to 62:19-62:22); FO (as to 62:23-63:1) | |
| 63:17-21 | MIST | |
| 64:5-14 | | 64:15-65:5<br>66:4-66:13<br>67:1-12 |
| 79:24-80:17 | | |
| 97:22-98:24 | | |
| 102:25-103:9 | | |
| 115:10-116:9 | | 117:15-118:20<br>118:25-119:12<br>119:15-20 |

**David Herrick, August 24, 2005**

| Allergan Designations | Alcon Objections | Alcon Counters |
|---|---|---|
| 7:4-8 | | |
| 8:25-9:5 | | |
| 11:3-13 | | |
| 15:13-23 | | |
| 21:6-7 | REL | |
| 21:12-16 | REL | |
| 22:7-9 | REL | |
| 24:18-21 | | |
| 26:19-27:4 | REL | |
| 38:8-25 | | |
| 52:24-53:14 | REL & FO (as to 52:24-53:6) | 53:15-16<br>53:20-23 |
| 61:8-61:8 | | |
| 61:10-25 | MIST & AMBIG (as to 61:22-25) | |

4

| Allergan Designations | Alcon Objections | Alcon Counters |
|---|---|---|
| 62:15-63:10 | MIST & AMBIG (as to 62:15-18) | |
| 65:14-20 | | |
| 71:7-72:6 | REL; AMBIG (as to 71:10-15) | |
| 74:3-18 | REL; FO & AMBIG (as to 74:3-8) | 81:10-12 |
| 110:17-111:6 | REL | 114:11-18 |
| 115:3-116:1 | REL; COMP & AMBIG (as to 115:3-8); AMBIG (as to 115:18-23) | |

**Michael Pfleger, August 3, 2005**

| Allergan Designations | Alcon Objections | Alcon Counters |
|---|---|---|
| 6:2-5 | | |
| 17:8-21 | REL | 16:23-17:7 17:22-18:22 19:4-9 |
| 18:23-19:3 | REL | |
| 43:23-44:3 | | 42:8-43:22 |
| 49:16-50:20 | | |
| 56:1-6 | | 55:3-25 56:7-57:11 |

**Patricia Underwood, April 19, 2005**

| Allergan Designations | Alcon Objections | Alcon Counters |
|---|---|---|
| 6:6-9 | | |
| 8:11-17 | | |
| 9:3-8 | | |
| 11:3-11 | | |

**Patrick Ryan, August 4, 2005**

| Allergan Designations | Alcon Objections | Alcon Counters |
|---|---|---|
| 7:1-4 | | |
| 30:6-15 | | |

| Allergan Designations | Alcon Objections | Alcon Counters |
|---|---|---|
| 31:23-32:1 | | |
| 34:4-12 | | |
| 36:22-37:6 | AMBIG (as to 37:2-6) | |
| 39:6-18 | ARG (as to 39:15-18); H (as to 39:18) | |
| 40:24-41:11 | | |
| 47:3-14 | H (as to 47:3-8) | |
| 60:21-25 | | |
| 61:23-25 | | |
| 62:13-14 | | |
| 65:18-66:11 | H | |
| 75:9-17 | | |
| 77:7-11 | | |
| 78:2-8 | | |
| 80:12-15 | | |
| 84:8-11 | | |
| 87:1-5 | | |
| 87:10-13 | | |
| 87:17-20 | | |

**Angelika Aswad, September 16, 2005**

| Alcon Designations | Allergan Counters | Alcon Objects |
|---|---|---|
| 8:2-15 | 16:18-17:17 | H |
| 14:17-15:17 | 25:17-23 | |
| 16:5-17 | 27:2-4 | |
| 18:2-19:6 | 83:10-14 | |
| 19:23-20:23 | 84:4-9 | |
| 21:7-22:21 | 84:12-14 | |
| 29:9-11 | 84:16-18 | |
| 30:9-31:5 | 87:2-12 | |
| 44:4-8 | 103:4-10 | |
| 58:7-22 | | |
| 67:18-21 | | |
| 80:16-81:25 | | |
| 82:17-83:9 | | |
| 83:25-84:3 | | |
| 86:17-87:1 | | |
| 87:13-88:5 | | |
| 91:10-92:16 | | |
| 92:25-93:15 | | |
| 94:3-6 | | |

6

| 101:1-7 | | |
|---------|---|---|
| 102:1-103:3 | | |
| 105:25-107:4 | | |
| 115:4-22 | | |

### Richard Graham, Ph.D., September 15, 2005

| Alcon Designations | Allergan Counters | Alcon Objects |
|--------------------|-------------------|---------------|
| 6:14-15 | 11:5-15 | |
| 11:16-12:1 | 12:2-8 | REL |
| 14:22-16:4 | 16:6-13 | |
| 17:14-18 | 17:19-18:4 | |
| 23:9-20 | 29:14-20 | |
| 24:6-25:13 | 30:3-16 | |
| 29:21-30:2 | 47:7-14 | |
| 38:24-39:5 | 49:2-6 | |
| 41:9-42:9 | 49:8-24 | |
| 43:25-44:12 | 76:16-77:12 | |
| 44:24-47:5 | 100:11-13 | |
| 47:15-20 | 100:16-18 | |
| 54:21-55:1 | 100:20-22 | |
| 55:15-56:15 | 104:18-105:1 | |
| 58:14-60:14 | 105:8-15 | |
| 75:13-76:15 | 122:12-24 | |
| 100:23-101:15 | 138:15-18 | |
| 104:2-104:6 | 140:14-141:5 | |
| 105:2-7 | 144:10-16 | H |
| 125:22-126:3 | 144:19-145:6 | H |
| 126:24-128:3 | 181:19-182:14 | |
| 132:25-133:5 | 210:3-5 | INC |
| 133:12-21 | | |
| 135:18-137:2 | | |
| 137:21-138:14 | | |
| 138:19-140:2 | | |
| 140:9-13 | | |
| 141:6-144:9 | | |
| 145:8-146:4 | | |
| 165:4-18 | | |
| 165:24-166:6 | | |
| 168:22-169:18 | | |
| 174:17-175:3 | | |
| 178:24-181:18 | | |
| 182:15-183:12 | | |
| 197:10-11 | | |

| 197:15-198:13 | | |
|---|---|---|
| 198:22-201:22 | | |
| 202:11-204:20 | | |
| 204:23-207:18 | | |
| 207:22-208:14 | | |
| 208:17-209:25 | | |
| 210:7-212:18 | | |

### Carlos A. Fisher, July 20, 2005

| Alcon Designations | Allergan Counters | Alcon Objects |
|---|---|---|
| 7:12-13 | | |
| 14:5-16 | | |
| 83:20-23 | | |
| 87:19-88:13 | | |
| 93:21-94:9 | | |
| 109:25-114:8 | | |
| 117:3-119:12 | | |

### Edward D. S. Kerslake, Ph.D., April 28, 2005

| Alcon Designations | Allergan Counters | Alcon Objects |
|---|---|---|
| 6:9-12 | 13:12-25 | |
| 7:12-8:10 | 14:10-16 | |
| 31:2-33:14 | 15:2-21 | |
| 33:22-34:20 | 16:10-15 | |
| 40:8-14 | 35:22-25 | |
| 55:3-59:25 | 36:2-3 | |
| 62:17-63:16 | 36:8-25 | |
| 63:23-66:9 | 37:2-19 | |
| 74:17-23 | 39:12-25 | |
| 77:15-79:8 | 40:2-5 | |
| 83:18-84:22 | 74:24-25 | |
| 87:2-89:11 | 75:2-5 | |
| 95:10-96:24 | 79:9-21 | |
| 101:9-102:9 | 84:23 | |
| 108:11-112:23 | 89:12-15 | H |
| 117:6-22 | 89:18-20 | H |
| 118:7-11 | 103:15-25 | |
| 121:23-122:24 | 104:2 | |
| 125:18-127:25 | 104:5-25 | |
| 131:4-132:14 | 117:14-15 | |
| 135:8-22 | 171:23-25 | |

| | | |
|---|---|---|
| 137:10-19 | 192:20 | |
| 138:7-12 | | |
| 139:2-5 | | |
| 145:12-15 | | |
| 146:20-147:10 | | |
| 149:21-151:13 | | |
| 156:12-166:19 | | |
| 167:4-171:2 | | |
| 171:13-21 | | |
| 174:23-179:15 | | |
| 180:2-21 | | |
| 182:11-183:9 | | |
| 184:19-185:4 | | |
| 185:20-187:17 | | |
| 188:4-16 | | |
| 189:7-14 | | |
| 192:2-19 | | |
| 194:2-7 | | |

### Orest Olejnik, Ph.D, June 23, 2005

| Alcon Designations | Allergan Counters | Alcon Objects |
|---|---|---|
| 12:10-13:1 | 20:10-24 | |
| 19:17-21 | 44:22-45:7 | |
| 26:13-27:16 | 50:25 | |
| 44:16-21 | 51:21-24 | |
| 46:3-17 | 87:3-18 | |
| 47:12-48:25 | 91:2-17 | |
| 49:11-16 | 92:6-23 | |
| 50:8-18 | 109:10-19 | |
| 50:24-51:20 | 120:2-23 | |
| 55:17-25 | 143:4-18 | |
| 58:1-60:3 | 150:14-23 | SP (as to 150:16-23) |
| 60:14-61:16 | 151:12-152:7 | SP (as to 151:12-18) |
| 64:22-66:21 | 154:3-7 | |
| 87:19-25 | 155:7-13 | |
| 88:6-21 | 156:5-157:17 | |
| 89:1 | 163:22-164:3 | |
| 91:18-92:5 | 167:3-21 | |
| 102:13-25 | 169:9-16 | |
| 103:9-107:1 | 172:17-173:7 | |
| 114:24-116:9 | 174:10-21 | |
| 123:11-124:12 | 191:13-192:1 | |
| 126:3-128:13 | 199:24-200:10 | |

| | | |
|---|---|---|
| 131:14-132:7 | 214:18-215:1 | |
| 133:21-134:2 | | |
| 135:12-137:23 | | |
| 141:7-142:2 | | |
| 148:13-150:13 | | |
| 150:24-151:11 | | |
| 152:8-153:9 | | |
| 155:14-156:4 | | |
| 157:18-160:13 | | |
| 162:2-4 | | |
| 162:16-163:13 | | |
| 164:4-165:23 | | |
| 168:15-169:8 | | |
| 169:17-172:16 | | |
| 173:21-174:9 | | |
| 175:22-178:13 | | |
| 178:22-179:15 | | |
| 180:16-183:4 | | |
| 189:23-191:1 | | |
| 192:2-193:23 | | |
| 196:10-199:23 | | |
| 203:11-207:23 | | |
| 209:23-210:21 | | |
| 211:23-214:17 | | |
| 215:2-23 | | |
| 216:15-217:18 | | |
| 218:2-10 | | |

**Angel Padilla, August 9, 2005**

| Alcon Designations | Allergan Counters | Alcon Objects |
|---|---|---|
| 11:14-12:3 | 6:9-7:14 | |
| 13:2-5 | 10:24-11:1 | |
| 13:23-14:2 | 12:4-12 | |
| 14:8-18 | 13:9-22 | |
| 16:6-17:22 | 17:23-18:2 | |
| 18:25-27:15 | 18:16-24 | |
| 33:20-34:4 | 69:20-22 | |
| 36:2-38:22 | 74:18-23 | |
| 49:17-50:4 | 158:12-159:4 | |
| 52:25-53:5 | 160:2-14 | |
| 53:13-23 | 170:18-171:1 | |
| 56:25-58:2 | | |
| 60:9-18 | | |
| 69:16-19 | | |

| 71:20-25 | | |
|---|---|---|
| 73:8-10 | | |
| 73:20-74:3 | | |
| 75:10-23 | | |
| 79:22-80:25 | | |
| 92:25-93:7 | | |
| 94:15-95:4 | | |
| 95:17-96:24 | | |
| 113:1-7 | | |
| 164:11-166:9 | | |
| 166:20-167:10 | | |
| 170:6-16 | | |
| 181:13-184:25 | | |

**Orest Olejnik, Ph. D, June 24, 2005**

| Alcon Designations | Allergan Counters | Alcon Objects |
|---|---|---|
| 241:16-242:20 | 238:15-24 | |
| 245:13-246:7 | 239:1-9 | |
| 254:6-257:1 | 239:12-240:1 | |
| 258:20-259:12 | 240:3-12 | |
| 259:22-261:16 | 243:10-15 | REL |
| 264:16-267:8 | 253:8-254:6 | |
| 271:15-274:4 | 257:19-21 | |
| 274:21-275:13 | 257:24 | |
| 283:15-284:14 | 258:2-19 | |
| 285:23-287:20 | 259:13-21 | |
| 288:3-24 | 271:7-14 | |
| 289:8-295:2 | 298:22-300:2 | |
| 295:24-297:9 | 301:7-8 | |
| 297:19-298:8 | 301:11-22 | |
| 298:14-21 | 301:24-302:15 | |
| 303:18-305:19 | 343:11-344:7 | |
| 306:3-308:20 | 451:12-452:16 | |
| 309:6-311:24 | 456:19-21 | |
| 312:7-314:17 | 456:24-25 | |
| 314:25-327:16 | 470:25-471:10 | |
| 329:23-331:16 | | |
| 332:2-338:3 | | |
| 338:21-342:20 | | |
| 345:5-346:19 | | |
| 350:7-13 | | |
| 360:5-22 | | |
| 361:16-362:1 | | |

11

| | | |
|---|---|---|
| 364:8-16 | | |
| 383:11-21 | | |
| 384:12-385:5 | | |
| 390:2-392:10 | | |
| 414:22-416:3 | | |
| 430:8-9 | | |
| 430:14-16 | | |
| 430:21-25 | | |
| 431:9-432:20 | | |
| 450:24-451:2 | | |
| 457:6-10 | | |
| 461:13-20 | | |
| 470:4-19 | | |
| 471:11-23 | | |
| 477:11-478:18 | | |