IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br>Plaintiffs, <br><br>v. <br><br>ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No: 04-968-GMS** |

## APPLICATION FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Alcon Inc., Alcon Laboratories, Inc. and Alcon Research, Ltd. hereby request oral argument on their Motion in Limine Nos. 1-5 (D.I. 154). Briefing on the motions was completed on January 23, 2006, and the parties' briefs were filed as Docket Items 155, 159 and 166.

Respectfully Submitted,

/s/ Karen E. Keller

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (203) 571-1253

*Attorneys for Defendants*
*Alcon, Inc., Alcon Laboratories, Inc.*
*and Alcon Research, Ltd.*

Of Counsel:

Daniel J. Thomasch
Joseph Evall
M. Veronica Mullally
Eileen O'Connor
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Tel: (212) 506-5000
Fax (212) 506-5151

Dated: January 26, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on January 26, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.A.
>919 N. Market Street, Suite 1100
>Wilmington, DE 19801

I further certify that on January 26, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above captioned individual and upon the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

>Jonathan E. Singer, Esquire
>Fish & Richardson, P.A.
>3300 Dain Rauscher Plaza
>60 South Sixth Street
>Minneapolis, MN 55402
>
>Juanita Brooks, Esquire
>Fish & Richardson, P.A.
>12390 El Camino Real
>San Diego, CA 92130

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>Josy W. Ingersoll (No. 1088)
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller@ycst.com
>
>Attorneys for Defendants