IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>          Defendants. | Civil Action No. 04-968-GMS |

## APPLICATION FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Allergan, Inc. and Allergan Sales, LLC, hereby request oral argument on their Motions in Limine (D.I. Nos. 147, 148, 149, 150 and 152). Briefing on the motions was completed on January 23, 2006 and the parties' briefs were filed as D.I. 161 and 164.

Dated:  January 26, 2006          FISH & RICHARDSON P.C.


                                  By:    /s/ William J. Marsden, Jr.
                                         William J. Marsden, Jr. (marsden@fr.com)
                                         Sean P. Hayes (hayes@fr.com)
                                         919 N. Market Street, Suite 1100
                                         P.O. Box 1114
                                         Wilmington, DE 19899-1114
                                         Telephone:  (302) 652-5070

                                         Jonathan E. Singer
                                         Michael J. Kane
                                         Deanna J. Reichel
                                         3300 Dain Rauscher Plaza
                                         60 South Sixth Street
                                         Minneapolis, MN  55402

                                         Juanita Brooks
                                         W. Chad Shear
                                         12390 El Camino Real
                                         San Diego, CA 92130

                                         Attorneys for Plaintiffs
                                         ALLERGAN, INC. and ALLERGAN SALES, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2006, I electronically filed with the Clerk of Court Application for Oral Argument using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

I hereby certify that on January 27, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Veronica Mullally
Daniel J. Thomasch
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

          /s/ William J. Marsden, Jr.
          William J. Marsden, Jr. (#2247)

80029819.doc