IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>    Defendants. | C.A. No. 04-968-GMS<br><br>**PUBLIC VERSION** |

**DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF PLAINTIFFS ALLERGAN, INC. AND ALLERGAN SALES, LLC'S REPLIES TO DEFENDANTS' OPPOSITIONS TO ALCON'S MOTION *IN LIMINE* 1-5**

I, William J. Marsden, Jr., declare as follows:

1. I am a member of the law firm of Fish & Richardson P.C. and am counsel for Plaintiffs Allergan, Inc. and Allergan Sales, LLC, in the above-captioned matter.

2. Attached hereto as Exhibit 1 - REDACTED.

3. Attached hereto as Exhibit 2 - REDACTED.

4. Attached hereto as Exhibit 3 - REDACTED.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2006                ___*/s/ William J. Marsden, Jr*___
                                                  William J. Marsden, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006, I served the DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF PLAINTIFFS ALLERGAN, INC. AND ALLERGAN SALES, LLC'S REPLIES TO DEFENDANTS' OPPOSITIONS TO ALCON'S MOTION IN LIMINE 1-5 on the counsel of record at address listed in the manner indicated below:

**BY HAND**
Josy W. Ingersoll
Karen Keller
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**
Veronica Mullally
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

                                            /s/ *William J. Marsden, Jr.*
                                            William J. Marsden, Jr.

10590616.doc

1

# REDACTED

2

# REDACTED

3

Case 1:04-cv-00968-GMS    Document 176    Filed 01/30/2006    Page 7 of 8

# REDACTED