IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) **Civil Action No: 04-968-GMS** ) ) ) ) ) ) ) |

## DEFENDANT ALCON'S MOTION FOR REARGUMENT OR RECONSIDERATION OF ITS MOTION FOR LEAVE TO AMEND ITS ANSWER

Defendants Alcon Inc., Alcon Laboratories, Inc., and Alcon Research Ltd. (collectively, "Alcon") respectfully move pursuant to Fed. R. Civ. P. 59(e) and 60(b), and Local Rule 7.1.5, for reconsideration of Alcon's Motion for Leave to Amend Its Answer, which was denied by Court Order dated January 17, 2006 (D.I. 107) ("Order"). The grounds for this motion are fully set forth in the accompanying memorandum of law filed herewith.

Pursuant to Local Rule 7.1.1, Alcon certifies that they have contacted counsel for Allergan in an attempt to reach agreement on the matters set forth in the motion. Allergan's counsel has

advised Alcon's counsel that they oppose Alcon's motion.

                                 Respectfully Submitted,

                                 /s/ Karen E. Keller

                                 Josy W. Ingersoll (#1088)
                                 John W. Shaw (#3362)
                                 Karen E. Keller (#4489)
                                 YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                 The Brandywine Building
                                 1000 West Street
                                 Wilmington, Delaware 19801
                                 Tel: (302) 571-6600
                                 Fax: (203) 571-1253

                                 *Attorneys for Defendants*
                                 *Alcon, Inc., Alcon Laboratories, Inc.*
                                 *and Alcon Research, Ltd.*

Of Counsel:

Daniel J. Thomasch
Joseph Evall
M. Veronica Mullally
Eileen O'Connor
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Tel: (212) 506-5000
Fax (212) 506-5151

Dated: January 31, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on January 31, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.A.
>919 N. Market Street, Suite 1100
>Wilmington, DE 19801

I further certify that on January 31, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above captioned individual and upon the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Jonathan E. Singer, Esquire
>Fish & Richardson, P.A.
>3300 Dain Rauscher Plaza
>60 South Sixth Street
>Minneapolis, MN 55402

>Juanita Brooks, Esquire
>Fish & Richardson, P.A.
>12390 El Camino Real
>San Diego, CA 92130

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendants

DB01:1592430.1                                                                063534.1001