IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No: 04-968-GMS** |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2006, that Alcon's Motion for Reargument or Reconsideration of its Motion for Leave to Amend its Answer is hereby GRANTED and Alcon is granted leave to amend its Answer.

_____
United States District Judge