IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No: 04-968-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Defendants caused copies of Alcon Inc., Alcon Laboratories, Inc., and Alcon Research, Ltd.'s Notice Pursuant to 35 U.S.C. § 282 to be served on February 3, 2006, on the following counsel of record in the manner indicated:

### BY ELECTRONIC MAIL & HAND DELIVERY

William J. Marsden, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

### BY ELECTRONIC MAIL

Jonathan E. Singer, Esquire
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402

Juanita Brooks, Esquire
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on February 3, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL & HAND DELIVERY**

William J. Marsden, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Jonathan E. Singer, Esquire
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402

Juanita Brooks, Esquire
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendants*

Dated: February 3, 2006

DB01:1985134.1                                                                                               063534.1001