IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALCON, INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD.,<br><br>Defendants. | Civil Action No. 04-968-GMS |

### DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ALCON'S MOTION FOR REARGUMENT OR RECONSIDERATION OF ITS MOTION FOR LEAVE TO AMEND ITS ANSWER

I, William J. Marsden, Jr., declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., and I am counsel for Plaintiffs Allergan, Inc. and Allergan Sales, LLC, in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 6,627,210.

3. Attached hereto as Exhibit B is a true and correct of MPEP 716.02(f) (8th ed. 2004).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2006

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (marsden@fr.com)
Sean P. Hayes (hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

Juanita Brooks
W. Chad Shear
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN SALES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2006, I electronically filed with the Clerk of Court DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ALCON'S MOTION FOR REARGUMENT OR RECONSIDERATION OF ITS MOTION FOR LEAVE TO AMEND ITS ANSWER using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel:

Josy W. Ingersoll
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

I hereby certify that on February 9, 2006, I have sent via electronic mail, the document(s) to the following non-registered participants:

Veronica Mullally
Daniel J. Thomasch
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

William J. Marsden, Jr. (#2247)

10596735.doc