IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No: 04-968-GMS |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned as counsel on behalf of Defendants, Alcon Inc., Alcon Laboratories, Inc. and Alcon Research, Ltd., in the above-referenced matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Melanie K. Sharp (No. 2501)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6681
E-mail: msharp@ycst.com

*Attorneys for Defendants*

Dated: March 3, 2006

DB01:2014150.1                                                                                           063534.1001

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire hereby certify that on March 3, 2006, I caused to be electronically filed a true and correct copy of the Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>Wilmington, DE 19801

I further certify that on March 3, 2006, I caused a copy of the Entry of Appearance to be served by hand delivery on the above captioned individual and upon the following non-registered participants in the manner indicated:

>**BY FEDERAL EXPRESS**
>Jonathan E. Singer, Esquire
>Fish & Richardson, P.C.
>3300 Dain Rauscher Plaza
>60 South Sixth Street
>Minneapolis, MN 55402
>
>Juanita Brooks, Esquire
>Fish & Richardson, P.C.
>12390 El Camino Real
>San Diego, CA 92130
>
>_____
>Melanie K. Sharp (No. 2501)
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6681
>msharp@ycst.com
>
>*Attorneys for Defendants*