**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**


| | |
|---|---|
| ALLERGAN, INC., and ALLERGAN SALES, LLC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>ALCON INC., ALCON LABORATORIES, INC., and ALCON RESEARCH, LTD., )<br><br>Defendants. ) | Civil Action No: 04-968-GMS |


**AGREED ORDER OF DISMISSAL**

The Court being advised that the parties have settled and resolved their differences and have entered into an agreement setting out the terms and conditions of the settlement, having an effective date of March 6, 2006 ("March 6, 2006 Agreement"), and as part of such agreement have agreed to the dismissal of this case in accordance with the entry of this Order.

NOW, THEREFORE, upon the consent of the parties hereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1.    Pursuant to Rule Fed. R. Civ. P. 41, the above-captioned matter is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

2.    The parties submit to and the Court does hereby retain exclusive and continuing jurisdiction over the parties and the subject matter of this action for the purpose of enforcing the March 6, 2006 Agreement.

-2-

FISH & RICHARDSON P.C.

___/s/ William J. Marsden, Jr._____
William J. Marsden, Jr. (No. 2247)
(Marsden@fr.com)
Sean P. Hayes (No. 4413)
(hayes@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN  55402
(612) 335-5070

Juanita Brooks
W. Chad Shear
12390 El Camino Real
San Diego, CA  92130
(858) 678-5070

*Attorneys for Plaintiffs Allergan, Inc. and
Allergan Sales, LLC*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

___/s/ Melanie K.  Sharp_____
Josy W. Ingersoll (No. 1088)
(jingersoll@ycst.com)
Melanie K. Sharp (No. 2501)
(msharp@ycst.com)
The Brandywine Building
1000 West Street
Wilmington, DE  19801
(302) 571-6600

Daniel J. Thomasch
Joseph Evall
M. Veronica Mullally
ORRICK, HERRINGTON &
SUTCLIFFE LLP
666 Fifth Avenue
New York, NY  10103
(212) 506-5000

*Attorneys for Defendants Alcon, Inc., Alcon
Laboratories, Inc., and Alcon Research Ltd.*

        SO ORDERED this ___ day of _____, 2006.


                        _____
                        The Honorable Gregory M. Sleet
                        United States District Judge