OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 21 , 2007

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Fax: (302) 652-0607
Email: marsden@fr.com

**Josy W. Ingersoll**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jingersoll@ycst.com

RE: **Allergan Inc., et al v. Alcon Inc., et al**
Civ No.**04-cv-00968-GMS**

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed Order of the Court, **counsel is asked to claim the sealed documents mentioned in the Order by August 28 , 2007.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

*If counsel does not claim the documents that they filed by the above date*, the Clerk will **unseal** any sealed documents remaining and send them to the NARA in accordance with the Order.

To claim your sealed documents kindly **send an E-MAIL** to our **specially designated court address at:**
**returnsealeddocs@ded.uscourts.gov**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170


        Simply specify the documents that you are claiming by stating the
case number and docket item number(s), along with your name and firm
address.  Please do not claim your documents via any form of docket entry
in CM/ECF. Once we receive your e-mailed claim, we will prepare the
documents for your retrieval and **contact you** when they are ready for
pick-up.  **An attorney who is not a registered CM/ECF filer** may claim
their sealed documents by phoning me at the Clerk's Office, at 302-573-
6170.


                                Sincerely,


                                By:_____
                                   Deputy Clerk

Enc.
     Docket Sheet