CLOSED, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00968-GMS
## Internal Use Only

Allergan Inc., et al v. Alcon Inc., et al

Assigned to: Honorable Gregory M. Sleet

Demand: $0

Related Case: 1:07-cv-00278-GMS

Cause: 28:1338 Patent Infringement

Date Filed: 08/24/2004

Date Terminated: 03/07/2006

Jury Demand: Plaintiff

Nature of Suit: 830 Patent

Jurisdiction: Federal Question

**Plaintiff**

**Allergan Inc.**                         represented by   **William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Fax: (302) 652-0607
Email: marsden@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Paul Hayes**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: seanphayes@comcast.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allergan Sales LLC**                    represented by   **William J. Marsden, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Paul Hayes**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alcon Inc.**                            represented by   **Josy W. Ingersoll**

Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jingersoll@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Elizabeth Keller**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: kkeller@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie K. Sharp**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
Fax: (302) 571-1253
Email: msharp@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Christopher Mandalas**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*TERMINATED: 08/29/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alcon Laboratories, Incorporated**          represented by **Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Elizabeth Keller**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie K. Sharp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Christopher Mandalas**
(See above for address)
*TERMINATED: 08/29/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alcon Research Ltd.**                represented by   **Karen Elizabeth Keller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie K. Sharp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Christopher Mandalas**
(See above for address)
*TERMINATED: 08/29/2005*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Alcon Inc.**                represented by   **Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Elizabeth Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Alcon Laboratories, Incorporated**                represented by   **Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Elizabeth Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Alcon Research Ltd.**                     represented by  **Karen Elizabeth Keller**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**Allergan Inc.**                           represented by  **William J. Marsden, Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


**Counter Defendant**

**Allergan Sales LLC**                      represented by  **William J. Marsden, Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136742 (mwm) (Entered: 08/25/2004) |
| 08/24/2004 | | DEMAND for jury trial by Allergan Inc., Allergan Sales LLC (mwm) (Entered: 08/25/2004) |
| 08/24/2004 | | SUMMONS(ES) issued for Alcon Inc., Alcon Laboratories (mwm) (Entered: 08/25/2004) |
| 08/24/2004 | 2 | Disclosure Statement pursuant to Rule 7.1 by Allergan Inc., Allergan Sales LLC (mwm) (Entered: 08/25/2004) |
| 08/24/2004 | 3 | Report to Commissioner of Patents and Trademarks. Exit original. Re: 6,641,834, 6,673,337 (mwm) (Entered: 08/25/2004) |
| 08/25/2004 | | SUMMONS(ES) issued for Alcon Research Ltd. (dab) (Entered: 08/25/2004) |
| 08/25/2004 | 4 | RETURN OF SERVICE executed as to Alcon Inc. 8/25/04 Answer due on 9/14/04 for Alcon Inc. (dab) (Entered: 08/25/2004) |
| 08/25/2004 | 5 | RETURN OF SERVICE executed as to Alcon Laboratories 8/25/04 Answer due on 9/14/04 for Alcon Laboratories (dab) (Entered: 08/25/2004) |
| 08/30/2004 | 6 | NOTICE of Related Cases by Alcon Inc., Alcon Laboratories, Alcon Research Ltd. RE 02CV1682 GMS (dab) (Entered: 08/30/2004) |
| 08/31/2004 | | SUMMONS(ES) issued for Alcon Inc. (dab) (Entered: 08/31/2004) |

| | | |
|---|---|---|
| | | filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd..Answering Brief/Response due date per Local Rules is 5/16/2005. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D part 1 of 5# 5 Exhibit D part 2 of 5# 6 Exhibit D part 3 of 5# 7 Exhibit D part 4 of 5# 8 Exhibit D part 5 of 5# 9 Exhibit E part 1 of 4# 10 Exhibit E part 2 of 4# 11 Exhibit E part 3 of 4# 12 Exhibit E part 4 of 4# 13 Exhibit F part 1 of 6# 14 Exhibit F part 2 of 6# 15 Exhibit F part 3 of 6# 16 Exhibit F part 4 of 6# 17 Exhibit F part 5 of 6# 18 Exhibit F part 6 of 6# 19 Exhibit G# 20 Exhibit H# 21 Exhibit I# 22 Exhibit J# 23 Exhibit K# 24 Exhibit L# 25 Exhibit M)(Keller, Karen) (Entered: 05/02/2005) |
| 05/02/2005 | 55 | SEALED OPENING BRIEF in Support *of Motion for Summary Judgment of Non-Infringement of Allergan's U.S. Patent No. 6, 673, 337 and Invalidity of its U.S. Patent No. 6,641,834* filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd..Answering Brief/Response due date per Local Rules is 5/16/2005. (Attachments: # 1 Exhibit Exhibits 1-7)(Keller, Karen) (Entered: 05/02/2005) |
| 05/02/2005 | 56 | MOTION for Summary Judgment - filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # 1 Text of Proposed Order Granting Defendants' Motion for Summary Judgment of Non-Infringement of Allergan's U.S. Patent No. 6, 673, 337 and Invalidity of its U.S. Patent No. 6,641,834)(Keller, Karen) (Entered: 05/02/2005) |
| 05/02/2005 | 57 | CLAIM CONSTRUCTION OPENING BRIEF filed by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 05/02/2005) |
| 05/02/2005 | 58 | DECLARATION re 57 Claim Construction Opening Brief *of William J. Marsden, Jr.* by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Exhibit A & B# 2 Exhibit C# 3 Exhibit D-F# 4 Exhibit G Part 1# 5 Exhibit G Part 2# 6 Exhibit G Part 3# 7 Exhibit G Part 4# 8 Exhibit H Part 1# 9 Exhibit H Part 2# 10 Exhibit I# 11 Exhibit J Part 1# 12 Exhibit J Part 2# 13 Exhibit J Part 3# 14 Exhibit J Part 4# 15 Exhibit K Part 1# 16 Exhibit K Part 2# 17 Exhibit K Part 3)(Marsden, William) (Entered: 05/02/2005) |
| 05/05/2005 | 59 | NOTICE OF SERVICE of Defendants Alcon Inc., Alcon Laboratories, Inc., and Alcon Research, Ltd.'s Fourth Set of Requests for Production of Documents and Things (Nos. 40-41) by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd..(Keller, Karen) (Entered: 05/05/2005) |
| 05/05/2005 | 60 | OBJECTIONS by Allergan Inc., Allergan Sales LLC to 52 Notice of Service, *of Alcon's Second Notice of Deposition pursuant to Rule 30(b) (6).* (Marsden, William) (Entered: 05/05/2005) |
| 05/06/2005 | 61 | NOTICE OF SERVICE of Pltf response to deft 1st set of request for admission and response to deft 2d set of interrogatories by Allergan Inc., Allergan Sales LLC.(Marsden, William) (Entered: 05/06/2005) |
| 05/09/2005 | 62 | REDACTED VERSION of 55 Opening Brief in Support, *Summary* |

| | | |
|---|---|---|
| | | *Judgment of Non-Infringement and Invalidity* by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # 1 Exhibit 1-6# 2 Exhibit 7 part 1 of 2# 3 Exhibit 7 part 2 of 2)(Keller, Karen) (Entered: 05/09/2005) |
| 05/09/2005 | 63 | Letter to The Honorable Gregory M. Sleet from John W. Shaw regarding letter brief supporting its request to strike the jury trial demand interposed by plaintiffs, Allergan, Inc. and Allergan Sales, LLC. (Shaw, John) (Entered: 05/09/2005) |
| 05/09/2005 | 64 | Letter to Honorable Gregory M. Sleet from William J. Marsden, Jr. regarding advice of counsel discovery. (Attachments: # 1 Exhibit A and B)(Hayes, Sean) (Entered: 05/09/2005) |
| 05/12/2005 | 65 | NOTICE OF SERVICE of Response to Defendants' Third Set of Requests for Production of Documents and Things (Nos. 35-39) by Allergan Inc., Allergan Sales LLC.(Hayes, Sean) (Entered: 05/12/2005) |
| 05/16/2005 | 66 | Letter to Honorable Gregory M. Sleet from William J. Marsden, Jr. regarding jury demand and in opposition to defts 5/9/05 letter brief re 63 Letter. (Marsden, William) (Entered: 05/16/2005) |
| 05/16/2005 | 67 | REPLY BRIEF *Response to Allergan's Opening Markman Brief* filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # 1 Exhibit N through P)(Shaw, John) (Entered: 05/16/2005) |
| 05/16/2005 | 68 | MOTION to Strike *portions of Defendants Summary Judgment Brief* - filed by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Text of Proposed Order to Motion to Strike)(Marsden, William) (Entered: 05/16/2005) |
| 05/16/2005 | 69 | OPENING BRIEF in Support re 68 MOTION to Strike *portions of Defendants Summary Judgment Brief* filed by Allergan Inc., Allergan Sales LLC.Answering Brief/Response due date per Local Rules is 5/31/2005. (Marsden, William) (Entered: 05/16/2005) |
| 05/16/2005 | 70 | DECLARATION re 69 Opening Brief in Support, 68 MOTION to Strike *portions of Defendants Summary Judgment Brief* by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B through D# 3 Exhibit E and F)(Marsden, William) (Entered: 05/16/2005) |
| 05/16/2005 | 71 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF *response to Alcon Proposed Claim Construction with Exhibits A through C* filed by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 05/16/2005) |
| 05/16/2005 | 72 | SEALED ANSWERING BRIEF in Opposition re 56 MOTION for Summary Judgment *of Non-Infringement of Allergan's 337 patent and Invalidity of its 834 Patent* filed by Allergan Inc., Allergan Sales LLC.Reply Brief due date per Local Rules is 5/23/2005. (Marsden, William) (Entered: 05/16/2005) |

| | | |
|---|---|---|
| 05/16/2005 | 73 | SEALED DECLARATION re 72 Answering Brief in Opposition, *of Valentino Stella to Motion for summary Judgment of Non-Infringement of Allergan's 337 patent and invalidity of its 834 patent* by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 05/16/2005) |
| 05/16/2005 | 74 | SEALED DECLARATION re 73 Declaration,, 72 Answering Brief in Opposition, *of William J. Marsden to Opposition to defendants Motion for Summary Judgment of Non-infringement of Allergan's Patent No. 337 and Invalidity of Patent 834* by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 05/16/2005) |
| 05/16/2005 | 75 | Letter to The Honorable Gregory M. Sleet from John W. Shaw regarding Response to Plaintiffs' Allergan, Inc. and Allergan Sales, LLC re 63 Letter. (Attachments: # 1 Exhibit 1 through 3)(Shaw, John) (Entered: 05/16/2005) |
| 05/23/2005 | 76 | REDACTED VERSION of 73 Declaration, *Valentino Stella* by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Exhibit 1)(Marsden, William) (Entered: 05/23/2005) |
| 05/23/2005 | 77 | REDACTED VERSION of 72 Answering Brief in Opposition, *of Defendants Motion for Summary Judgment of non-infringement of Allergan's 337 patent and Invalidity of its 834 Patent* by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 05/23/2005) |
| 05/23/2005 | 78 | REDACTED VERSION of 74 Declaration, *of William J. Marsden, Jr. to Opposition to Defendants Motion for Summary Judgment of Non-Infringement of 337 patent and Invalidity of 834 Patent* by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Exhibit Exhibits A through I)(Marsden, William) (Entered: 05/23/2005) |
| 05/23/2005 | 79 | REDACTED VERSION of 71 Claim Construction Answering Brief by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Exhibit A through C)(Marsden, William) (Entered: 05/23/2005) |
| 05/23/2005 | 80 | Letter to The Honorable Gregory M. Sleet from John W. Shaw regarding letter brief re 63 Letter, [30] Proposed Order. (Attachments: # 1 Exhibit 1)(Shaw, John) (Entered: 05/23/2005) |
| 05/23/2005 | 81 | Letter to The Honorable Gregory M. Sleet from William J. Marsden, Jr. regarding willful infringement. (Marsden, William) (Entered: 05/23/2005) |
| 05/23/2005 | 82 | REPLY BRIEF *In Further Support Of Its Proposed Claim Construction* filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Shaw, John) (Entered: 05/23/2005) |
| 05/23/2005 | 83 | SEALED REPLY BRIEF *to Defendants' Response to Plaintiffs' Opening Markman Brief* filed by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Certificate of Service)(Marsden, William) (Entered: 05/23/2005) |
| 05/23/2005 | 84 | ANSWERING BRIEF in Opposition re 68 MOTION to Strike *portions of Defendants Summary Judgment Brief* filed by Alcon Inc., Alcon |

| | | |
|---|---|---|
| | | Laboratories, Incorporated, Alcon Research Ltd..Reply Brief due date per Local Rules is 5/31/2005. (Shaw, John) (Entered: 05/23/2005) |
| 05/23/2005 | 85 | REPLY BRIEF re 56 MOTION for Summary Judgment filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # 1 Exhibit 8 & 9# 2 Exhibit 10 through 12)(Shaw, John) (Entered: 05/23/2005) |
| 05/25/2005 | | (Court only) ***Set Patent Case Flag (rbe, ) (Entered: 05/25/2005) |
| 05/26/2005 | 86 | NOTICE to Take Deposition of Patrick Ryan on July 20, 2005 by Allergan Inc., Allergan Sales LLC.(Hayes, Sean) (Entered: 05/26/2005) |
| 05/26/2005 | 87 | NOTICE to Take Deposition of Teresa McClendon on July 19, 2005 by Allergan Inc., Allergan Sales LLC.(Hayes, Sean) (Entered: 05/26/2005) |
| 05/31/2005 | 88 | REDACTED VERSION of 83 Reply Brief *of Defendants' Response to Plaintiffs' Opening Markman Brief* by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 05/31/2005) |
| 05/31/2005 | 89 | REPLY BRIEF re 68 MOTION to Strike *portions of Defendants Summary Judgment Brief* filed by Allergan Inc., Allergan Sales LLC. (Hayes, Sean) (Entered: 05/31/2005) |
| 06/06/2005 | 90 | NOTICE OF SERVICE of Allergan's Response to Defendant's 4th set of RFP (No. 40-41) by Allergan Inc., Allergan Sales LLC.(Marsden, William) (Entered: 06/06/2005) |
| 06/07/2005 | 91 | SEALED MOTION for Leave to File *Surreply* - filed by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Exhibit sealed document) (Marsden, William) (Entered: 06/07/2005) |
| 06/09/2005 | 92 | ANSWERING BRIEF in Opposition re 91 SEALED MOTION for Leave to File *Surreply* filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd..Reply Brief due date per Local Rules is 6/16/2005. (Attachments: # 1 Exhibit Exhibit SJ 13# 2 Exhibit Unreported Cases) (Shaw, John) (Entered: 06/09/2005) |
| 06/13/2005 | 93 | ORDER granting 68 Motion to Strike *portions of Defendants Summary Judgment Brief*, and granting alternative request to strike in 91 SEALED MOTION for Leave to File Surreply. Signed by Judge Gregory M. Sleet on 6/13/05. (mmm) Modified on 6/16/2005 (asw ). (Entered: 06/13/2005) |
| 06/13/2005 | 94 | ORDER regarding Oral Argument at the upcoming 6/28/05 hearing. Signed by Judge Gregory M. Sleet on 6/13/05. (asw ) (Entered: 06/13/2005) |
| 06/29/2005 | | Minute Entry for proceeding held before Judge Gregory M. Sleet : Markman Hearing held on 6/29/2005. Counsel presentations and arguments.The Court will take this matter under advisement. (Court Reporter Kevin Maurer.) (asw ) (Entered: 06/29/2005) |
| 07/01/2005 | 95 *VOID* | STENO NOTES of Markman Hearing held on 6/28/05 before Judge |

| | | |
|---|---|---|
| | | (Ingersoll, Josy) (Entered: 08/15/2005) |
| 08/15/2005 | 🔘120 | NOTICE OF SERVICE of (1) Allergan, Inc. and Allergan Sales, LLC's Response to Defendants' Alcon Inc., Alcon Laboratroies, Inc. and Alcon Research, Ltd.'s Fourth Set of Requests for Production of Documents and Things (Nos. 40-41) and (2) Plaintiffs' Response to Defendants' Third Set of Interrogatories (Nos. 13-24) by Allergan Inc..(Hayes, Sean) (Entered: 08/15/2005) |
| 08/16/2005 | 🔘121 | NOTICE OF SERVICE of Supplemental Response to Allergan's Interrogatory No. 1 re [21] Certificate of Service by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. Related document: [21] Certificate of Service filed by Allergan Inc.,, Allergan Sales LLC,. (Ingersoll, Josy) (Entered: 08/16/2005) |
| 08/18/2005 | 🔘122 | SEALED DECLARATION *of M. Veronica Mullally in Support of Alcon's Reply Brief in Further Support of its Motion for Leave to Amend its Answer* by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Keller, Karen) (Entered: 08/18/2005) |
| 08/18/2005 | 🔘123 | REPLY BRIEF re 107 MOTION to Amend/Correct [10] Answer to Complaint, Counterclaim filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Keller, Karen) (Entered: 08/18/2005 |
| 08/22/2005 | 🔘124 | Letter to Honorable Gregory M. Sleet from William J. Marsden, Jr. regarding Oral Argument re 107 MOTION to Amend/Correct [10] Answer to Complaint, Counterclaim, 117 MOTION (Provisional) to Amend Scheduling Order re 107 MOTION to Amend/Correct [10] Answer to Complaint, Counterclaim. (Marsden, William) (Entered: 08/22/2005) |
| 08/24/2005 | 🔘125 | REDACTED VERSION of 122 Declaration *of M. Veronica Mullally* by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # 1 Exhibit A-P)(Keller, Karen) (Entered: 08/24/2005) |
| 08/26/2005 | 🔘126 | RESPONSE to Motion re 117 MOTION (Provisional) to Amend Scheduling Order re 107 MOTION to Amend/Correct [10] Answer to Complaint, Counterclaim *Alcon's Response to Allergan's Provisional Motion to Amend the Scheduling Order* filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Keller, Karen) (Entered: 08/26/2005) |
| 08/26/2005 | 🔘127 | NOTICE of Withdrawal of Glenn C. Mandalas by Amberwave Systems Corporation, Sommer Bros. Seed Company, Thorp Seed Co., Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Garwood Seed Co., Golden Harvest Seeds, Inc., Golden Seed Company, LLC, JC Robinson Seeds, Inc., Alcatel USA Resources Inc., Alcatel Internetworking Inc., Dyson Technology Limited, Dyson Inc., Benitec Australia LTD., Garwood Seed Co., Golden Seed Company, LLC, Sommer Bros. Seed Company, Thorp Seed Co., JC Robinson Seeds, Inc., Syngenta Seeds Inc., Syngenta Biotechnology, Golden Harvest Seeds, Inc., Lucent Technologies, Inc., |

| | | |
|---|---|---|
| | | Judgment filed by Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc. (mmm) (Entered: 01/09/2006) |
| 01/04/2006 | 146 | MOTION for Extension of Time to *Unopposed Motion of Defendants For Extension of Time to File Pretrial Order* - filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Keller, Karen) (Entered: 01/04/2006) |
| 01/05/2006 | | SO ORDERED, re 146 MOTION for Extension of Time to *Unopposed Motion of Defendants For Extension of Time to File Pretrial Order* filed by Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., ORDER, Resetting Deadlines: Pretrial Order due by 1/17/2006. The Pretrial order is due on 1/17/06 due to the Court being closed on 1/16/06. Signed by Judge Gregory M. Sleet on 1/5/06. (asw ) (Entered: 01/05/2006) |
| 01/09/2006 | 147 | SEALED MOTION in Limine *to Preclude Alcon from Having Multiple Experts Testify on a Single Issue* - filed by Allergan Inc., Allergan Sales LLC, Allergan Inc.. (Attachments: # 1 Text of Proposed Order)(Marsden, William) (Entered: 01/09/2006) |
| 01/09/2006 | 148 | MOTION in Limine *to Exclude Alcon from Offering Any Evidence or Theory that It Does Not Infringe the '834 Patent* - filed by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Text of Proposed Order) (Marsden, William) (Entered: 01/09/2006) |
| 01/09/2006 | 149 | MOTION in Limine *to Exclude Alcon from Presenting Prior Art Not Relied on or Explained by Alcon's Experts* - filed by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Text of Proposed Order) (Marsden, William) (Entered: 01/09/2006) |
| 01/09/2006 | 150 | MOTION in Limine *to Exclude Evidence of any Continuation Applications of the '834 Patent* - filed by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Text of Proposed Order)(Marsden, William) (Entered: 01/09/2006) |
| 01/09/2006 | 156 | SEALED DECLARATION [formerly docketed as D.I. 151] re 148 MOTION in Limine *to Exclude Alcon from Offering Any Evidence or Theory that It Does Not Infringe the '834 Patent*, 149 MOTION in Limine *to Exclude Alcon from Presenting Prior Art Not Relied on or Explained by Alcon's Experts*, 147 SEALED MOTION in Limine *to Preclude Alcon from Having Multiple Experts Testify on a Single Issue of William J. Marsden, Jr.* by Allergan Inc., Allergan Sales LLC. (Marsden, William) Additional attachment(s) added on 1/10/2006 (asw, ). Modified on 1/10/2006 (asw, ). (Entered: 01/09/2006) |
| 01/09/2006 | 152 | SEALED MOTION in Limine *to Exclude Certain Testimony from Alan Robin Under Daubert and Federal Rule of Evidence 702* - filed by Allergan Inc., Allergan Sales LLC. (Marsden, William) Additional attachment(s) added on 1/10/2006 (asw, ). (Entered: 01/09/2006) |
| 01/09/2006 | 153 | SEALED DECLARATION re 152 SEALED MOTION in Limine *to |

| | | |
|---|---|---|
| | | *Exclude Certain Testimony from Alan Robin Under Daubert and Federal Rule of Evidence 702 of William J. Marsden, Jr.* by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 01/09/2006) |
| 01/09/2006 | 154 | MOTION in Limine - filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # 1 Text of Proposed Order Granting Defendants Motions in Limine)(Keller, Karen) (Entered: 01/09/2006) |
| 01/09/2006 | 155 | SEALED MOTION in Limine *No. 1, No. 2, No. 3, No. 4. No. 5* - filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # (1) Exhibit 1-2# (2) Exhibit 3-4# (3) Exhibit 5 part 1 of 3# (4) Exhibit 5 part 2 of 3# (5) Exhibit 5 part 3 of 3# (6) Exhibit 6-8# (7) Exhibit 9# (8) Exhibit 10 part 1 of 2# (9) Exhibit 10 part 2 of 2) (Keller, Karen) Modified on 1/10/2006 (asw ). Additional attachment(s) added on 1/10/2006 (asw, ). (Entered: 01/09/2006) |
| 01/09/2006 | | CORRECTING ENTRY: THE ATTACHMENT FOR D.I. 155 HAS BEEN CORRECTED TO READ 'SEALED DOCUMENT'. (asw ) (Entered: 01/10/2006) |
| 01/09/2006 | | Remark: D.I. 156 was formerly docketed as D.I. 151. As a result of correcting the entry, the docket number 151 cannot be assigned in this case. The next docket entry shall be assigned D.I. #157. (asw ) (Entered: 01/10/2006) |
| 01/16/2006 | 157 | REDACTED VERSION of 155 MOTION in Limine *No. 1, No. 2, No. 3, No. 4. No. 5* by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # 1 Exhibit Redacted Ex 1-4# 2 Exhibit Redacted Ex. 5 pt. 1# 3 Exhibit Ex 5 pt. 2# 4 Errata Ex. 5 pt 3# 5 Exhibit Ex. 5 pt 4# 6 Exhibit Redacted Ex 6-9# 7 Exhibit Ex 10 pt 1# 8 Exhibit Ex 10 pt 2)(Keller, Karen) (Entered: 01/16/2006) |
| 01/17/2006 | 158 | ORDER denying 107 Motion to Amend/Correct . Signed by Judge Gregory M. Sleet on 1/17/06. (mmm) (Entered: 01/17/2006) |
| 01/17/2006 | 159 | SEALED ANSWERING BRIEF in Opposition re 155 MOTION in Limine *No. 1, No. 2, No. 3, No. 4. No. 5* filed by Allergan Inc., Allergan Sales LLC.Reply Brief due date per Local Rules is 1/24/2006. (Hayes, Sean) (Entered: 01/17/2006) |
| 01/17/2006 | 160 | SEALED DECLARATION re 159 Answering Brief in Opposition *of William J. Marsden, Jr.* by Allergan Inc., Allergan Sales LLC. (Hayes, Sean) (Entered: 01/17/2006) |
| 01/17/2006 | 161 | SEALED ANSWERING BRIEF in Opposition re 148 MOTION in Limine *to Exclude Alcon from Offering Any Evidence or Theory that It Does Not Infringe the '834 Patent*, 149 MOTION in Limine *to Exclude Alcon from Presenting Prior Art Not Relied on or Explained by Alcon's Experts*, 152 SEALED MOTION in Limine *to Exclude Certain Testimony from Alan Robin Under Daubert and Federal Rule of Evidence 702*, 147 SEALED MOTION in Limine *to Preclude Alcon from Having Multiple* |

| | | |
|---|---|---|
| | | *Experts Testify on a Single Issue* filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd..Reply Brief due date per Local Rules is 1/24/2006. (Shaw, John) (Entered: 01/17/2006) |
| 01/17/2006 | 162 | (SEALED) Proposed Pretrial Order by Allergan Inc., Allergan Sales LLC, Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd. (Hayes, Sean) Modified on 6/15/2007 (eew). (Entered: 01/17/2006) |
| 01/20/2006 | 163 | Letter to Dr. Peter T. Dalleo from Karen E. Keller regarding substitution of Tab 13 to Joint Pretrial Order - re 162 Proposed Pretrial Order. (Keller, Karen) (Entered: 01/20/2006) |
| 01/23/2006 | 164 | SEALED REPLY BRIEF re 150 MOTION in Limine *to Exclude Evidence of any Continuation Applications of the '834 Patent*, 148 MOTION in Limine *to Exclude Alcon from Offering Any Evidence or Theory that It Does Not Infringe the '834 Patent*, 149 MOTION in Limine *to Exclude Alcon from Presenting Prior Art Not Relied on or Explained by Alcon's Experts*, 147 SEALED MOTION in Limine *to Preclude Alcon from Having Multiple Experts Testify on a Single Issue*, 152 SEALED MOTION in Limine *to Exclude Certain Testimony from Alan Robin Under Daubert and Federal Rule of Evidence 702* filed by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 01/23/2006) |
| 01/23/2006 | 165 | SEALED DECLARATION re 164 Reply Brief,, *of William J. Marsden, Jr.* by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 01/23/2006) |
| 01/23/2006 | 166 | SEALED MEMORANDUM in Support re 155 MOTION in Limine *No. 1, No. 2, No. 3, No. 4. No. 5* filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd..Answering Brief/Response due date per Local Rules is 2/6/2006. (Keller, Karen) (Entered: 01/23/2006) |
| 01/24/2006 | 167 | REDACTED VERSION of 161 Answering Brief in Opposition,, by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # 1 Supplement part 2)(Keller, Karen) (Entered: 01/24/2006) |
| 01/24/2006 | 168 | REDACTED VERSION of 162 Proposed Pretrial Order by Allergan Inc., Allergan Sales LLC, Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # 1 Exhibit Tab 1-4# 2 Exhibit Tab 5 - part 1# 3 Exhibit Tab 5 - part 2# 4 Exhibit Tab 6-11# 5 Exhibit Tab 12# 6 Exhibit Tab 13)(Marsden, William) (Entered: 01/24/2006) |
| 01/24/2006 | 169 | REDACTED VERSION of 159 Answering Brief in Opposition *to Alcon's Motion in Limine 1-5* by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 01/24/2006) |
| 01/24/2006 | 170 | REDACTED VERSION of 160 Declaration *of Marsden to Allergan Opposition to Alcon Motion in Limine 1-5* by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Exhibit 1-8)(Marsden, William) (Entered: |

| | | 01/24/2006) |
|---|---|---|
| 01/26/2006 | ●171 | REQUEST for Oral Argument by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Keller, Karen) (Entered: 01/26/2006) |
| 01/26/2006 | ●172 | REQUEST for Oral Argument by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 01/26/2006) |
| 01/27/2006 | ●173 | REDACTED VERSION of 166 MEMORANDUM in Support by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Keller, Karen) (Entered: 01/27/2006) |
| 01/30/2006 | ●174 | MOTION for Pro Hac Vice Appearance of Attorney Sean Shields - filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Keller, Karen) (Entered: 01/30/2006) |
| 01/30/2006 | ●175 | REDACTED VERSION of 164 Reply Brief,, by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 01/30/2006) |
| 01/30/2006 | ●176 | REDACTED VERSION of 165 Declaration *of William Marsden* by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 01/30/2006) |
| 01/31/2006 | ● | ORDER CHANGING DATE OF PRETRIAL CONFERENCE: The Pretrial Conference currently scheduled for Monday, February 6, 2006, at 10:00 a.m. HAS BEEN CHANGED to Friday, February 10, 2006, at 10:00 a.m. Signed by Judge Gregory M. Sleet on 1/31/06. (ctd) (Entered: 01/31/2006) |
| 01/31/2006 | ●177 | MOTION for Reargument *or Reconsideration of Its Motion for Leave to Amend Its Answer (D.I. 107)* - filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # 1 Text of Proposed Order)(Keller, Karen) (Entered: 01/31/2006) |
| 01/31/2006 | ●178 | SEALED MEMORANDUM in Support re 177 MOTION for Reargument *or Reconsideration of Its Motion for Leave to Amend Its Answer (D.I. 107)* filed by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd..Answering Brief/Response due date per Local Rules is 2/14/2006. (Attachments: # 1 Exhibit A-D (Sealed))(Keller, Karen) (Entered: 01/31/2006) |
| 02/01/2006 | ● | SO ORDERED, re 174 MOTION for Pro Hac Vice Appearance of Attorney Sean Shields filed by Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc . Signed by Judge Gregory M. Sleet on 2/1/06. (asw ) (Entered: 02/01/2006) |
| 02/02/2006 | ●179 | REDACTED VERSION of 178 MEMORANDUM in Support, by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Attachments: # 1 Exhibit part 1 A-D# 2 Exhibit part 2 A-D)(Keller, Karen) (Entered: 02/02/2006) |

| | | |
|---|---|---|
| 02/03/2006 | ● | ORDER (Paperless) CHANGING DATE OF PRETRIAL CONFERENCE: The Pretrial Conference currently scheduled for Friday, February 10, 2006, at 10:00 a.m. HAS BEEN CHANGED to Tuesday, February 14, 2006, at 10:00 a.m. Ordered by Judge Gregory M. Sleet on on 2/3/06. (ctd) (Entered: 02/03/2006) |
| 02/03/2006 | ●180 | NOTICE OF SERVICE of Alcon Inc., Alcon Laboratories, Inc., and Alcon Research, Ltd.'s Notice Pursuant to 35 U.S.C. Section 282 by Alcon Inc., Alcon Laboratories, Incorporated, Alcon Research Ltd.. (Shaw, John) (Entered: 02/03/2006) |
| 02/09/2006 | ●181 | SEALED ANSWERING BRIEF in Opposition re 177 MOTION for Reargument *or Reconsideration of Its Motion for Leave to Amend Its Answer (D.I. 107)* filed by Allergan Inc., Allergan Sales LLC.Reply Brief due date per Local Rules is 2/16/2006. (Marsden, William) (Entered: 02/09/2006) |
| 02/09/2006 | ●182 | DECLARATION re 181 Answering Brief in Opposition, *to Defts Mtn for Reargument or Reconsideration of its Motion for Leave to Amend its Answer* by Allergan Inc., Allergan Sales LLC. (Attachments: # 1 Exhibit A and B)(Marsden, William) (Entered: 02/09/2006) |
| 02/14/2006 | ● | Minute Entry for proceedings held before Judge Gregory M. Sleet : Pretrial Conference held on 2/14/2006. The Court ruled on the parties' motions in limine; the Court reserved judgment on the Defendant's 3rd motion in limine. The pending motion for reargument or reconsideration is DENIED. Discussion on deposition testimony and objections. The bench trial will be a timed trial allowing each side 21 hours. (Court Reporter Kevin Maurer.) (asw ) (Entered: 02/14/2006) |
| 02/15/2006 | ●183 | TRANSCRIPT of Pretrial Conference held on February 14, 2006 before Judge Gregory M. Sleet. Court Reporter: Kevin Maurer. (Transcript on file in Clerk's Office) (mmm) (Entered: 02/15/2006) |
| 02/15/2006 | ●184 | REDACTED VERSION of 181 Answering Brief in Opposition, *to Defendants' Motion for Reargument or Reconsideration of its Motion for Leave to Amend Its Answer* by Allergan Inc., Allergan Sales LLC. (Marsden, William) (Entered: 02/15/2006) |
| 02/17/2006 | | (Court only) ***Motions terminated: 154 MOTION in Limine filed by Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., 150 MOTION in Limine *to Exclude Evidence of any Continuation Applications of the '834 Patent* filed by Allergan Inc., Allergan Sales LLC, 148 MOTION in Limine *to Exclude Alcon from Offering Any Evidence or Theory that It Does Not Infringe the '834 Patent* filed by Allergan Inc., Allergan Sales LLC, 149 MOTION in Limine *to Exclude Alcon from Presenting Prior Art Not Relied on or Explained by Alcon's Experts* filed by Allergan Inc., Allergan Sales LLC,177 MOTION for Reargument *or Reconsideration of Its Motion for Leave to Amend Its Answer (D.I. 107)* filed by Alcon Laboratories, Incorporated, Alcon Research Ltd., Alcon Inc., 152 SEALED MOTION in Limine *to Exclude Certain Testimony from Alan Robin Under Daubert and Federal Rule of* |