OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
   CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 6, 2007

**William J. Marsden, Jr.**, ESQ.
Fish & Richardson, P.C.
Email: marsden@fr.com

    RE: Allergan Inc., et al v. Alcon Inc., et al.
        Civ. No. 04-cv-00968-GMS

Dear Counsel:

    Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 71,72,73,74,83,91,147,152,153,156,159,160,162,164,165,181.

    A copy of the signed acknowledgment has been attached for your records.

                                   Sincerely,

                                   Peter T. Dalleo, Clerk

                                   By: _[signature]_

    I hereby acknowledge receipt of the above mentioned documents on ___9-6-07___.

                          _[signature]_
                          Signature