OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
   CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 6, 2007

**Josy W. Ingersoll**, ESQ.
Young, Conaway, Stargatt & Taylor
Email: jingersoll@ycst.com

    RE: Allergan Inc., et al v. Alcon Inc., et al.
        Civ. No. 04-cv-00968-GMS

Dear Counsel:

    Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 55,122,155,161,166,178.

    A copy of the signed acknowledgment has been attached for your records.

                                    Sincerely,

                                    Peter T. Dalleo, Clerk

                                    By: _____

    I hereby acknowledge receipt of the above mentioned documents on ___9-6-07___ .

                             _____
                             Signature